UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THAKUR, *et al.*,

    Plaintiff(s),

v.

TRUMP, *et al.*,

    Defendant(s).

Case No. 3:25-cv-04737

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Erwin Chemerinsky, an active member in good standing of the bar of Supreme Court of the United States, Illinois, and District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Elizabeth J. Cabraser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 083151.

| | |
|---|---|
| LAW BUILDING 215, UNIVERSITY OF CALIFORNIA, BERKELEY SCHOOL OF LAW, BERKELEY, CALIFORNIA 94720-7200 | 275 BATTERY STREET, 29TH FLOOR SAN FRANCISCO, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 510-642-5398 | 415-356-1000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| echemerinsky@law.berkeley.edu | ecabraser@lchb.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number: IL 3122596, D.C.289330

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __6/5/25__   

Erwin Chemerinsky  *Erwin Chemerinsky*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Erwin Chemerinsky  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE