1  Erwin Chemerinsky (*pro hac vice* forthcoming*)*
   echemerinsky@law.berkeley.edu
2  Claudia Polsky (CA Bar No. 185505)
   cpolsky@law.berkeley.edu
3  U.C. BERKELEY SCHOOL OF LAW
   Law Building
4  Berkeley, CA 94720-7200
   Telephone: 510.642.6483
5
   Elizabeth J. Cabraser (CA Bar No. 83151)
6  ecabraser@lchb.com
   Richard M. Heimann (CA Bar No. 63607)
7  rheimann@lchb.com
   LIEFF CABRASER HEIMANN &
8  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
9  San Francisco, CA 94111
   Telephone: 415.956.1000
10
   Anthony P. Schoenberg (CA Bar No. 203714)
11 tschoenberg@fbm.com
   FARELLA BRAUN + MARTEL LLP
12 One Bush Street, Suite 900
   San Francisco, CA 94104
13 Telephone: 415. 954.4400

14 *Attorneys for Plaintiffs and the Proposed Class*
   [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION;<br><br>[*caption cont'd next page*] | Case No. 3:25-cv-04737-RL<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>The Honorable Rita F. Lin |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

EX PARTE APPLICATION / MOTION FOR TEMPORARY RESTRAINING ORDER – Case No. 3:25-cv-04737

46686\20394041.2

BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL ENDOWMENT FOR THE HUMANITIES;
MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities;
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
UNITED STATES DEPARTMENT OF AGRICULTURE;
BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture;
AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE);
JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps;
UNITED STATES DEPARTMENT OF DEFENSE;
PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense;
UNITED STATES DEPARTMENT OF EDUCATION;
LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education;
UNITED STATES DEPARTMENT OF ENERGY;
CHRIS WRIGHT, in his official capacity as Secretary of Energy;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services;
UNITED STATES CENTERS FOR DISEASE CONTROL;
MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control;
UNITED STATES FOOD AND DRUG ADMINISTRATION;
MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration;
UNITED STATES NATIONAL INSTITUTES OF HEALTH;
JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

EX PARTE APPLICATION / MOTION FOR TEMPORARY RESTRAINING ORDER – Case No. 3:25-cv-04737

46686\20394041.2

| | |
|---|---|
| 1 | Health;<br>INSTITUTE OF MUSEUM AND LIBRARY |
| 2 | SERVICES;<br>KEITH SONDERLING, in his official capacity |
| 3 | as Acting Director of the Institute of Museum<br>and Library Services; |
| 4 | UNITED STATES DEPARTMENT OF THE<br>INTERIOR; |
| 5 | DOUG BURGUM, in his official capacity as<br>Secretary of the Interior; |
| 6 | UNITED STATES DEPARTMENT OF STATE;<br>MARCO RUBIO, in his official capacity as |
| 7 | Secretary of the U.S. Department of State;<br>DEPARTMENT OF TRANSPORTATION; |
| 8 | SEAN DUFFY, in his official capacity as<br>Secretary for the U.S. Department of |
| 9 | Transportation, |
| 10 | Defendants. |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

EX PARTE APPLICATION / MOTION FOR
TEMPORARY RESTRAINING ORDER – Case No.
3:25-cv-04737

46686\20394041.2

**MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

TO ALL DEFENDANTS: PLEASE TAKE NOTICE that as soon as counsel may be heard in Courtroom 15, 18th Floor, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, Plaintiffs will move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65-1 of the Civil Local Rules and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. § 705, for a temporary restraining order as follows:

1. Enjoin Federal Defendant Agencies identified above; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under or in concert with these Defendants (collectively, "TRO Defendants") from taking any actions to implement or enforce Defendant Trump and Defendant DOGE's directives to unlawfully terminate federal research grants previously awarded to Plaintiffs and the Proposed Class, including but not limited to:

    (a) cutting off agency and grantee access to congressionally appropriated funding, and

    (b) giving effect to the violative terminations, or undertaking any similar violative action to terminate additional duly awarded agency grants.

2. Enjoin TRO defendants to:

    (a) restore Plaintiffs' and Proposed Class members' previously awarded grants terminated through unlawful processes, and

    (b) provide no-cost extensions to Plaintiffs and Proposed Class members for the time necessary to resume and complete interrupted work.

3. Enjoin TRO Defendants to return to the lawful and orderly grant procedures they employed prior to January 20, 2025, including but not limited to:

    (a) providing Plaintiffs and Proposed Class members reasonable notice and an opportunity to be heard prior to terminating already awarded grants, and

    (b) providing Plaintiffs and Proposed Class members a meaningfully individualized explanation of the reason(s) for any proposed grant

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

EX PARTE APPLICATION / MOTION FOR TEMPORARY RESTRAINING ORDER – Case No. 3:25-cv-04737

1

46686\20394041.2

1           termination, rather than a barely customized form letter.

2         4.     Order each and all Defendants to file and serve declarations verifying that they have complied with this Order, and detailing the steps they have taken to do so.

         The Motion is made on the grounds that (1) Plaintiffs are likely to prevail on their claims that Defendants' decisions to unilaterally cancel duly awarded grants and withhold funding that Congress has appropriated to fund such grants violates the separation of powers; that Defendants' termination of grants en masse to disadvantage or promote particular political and ideological ideas is unlawful viewpoint discrimination in violation of the First Amendment; that Defendants' abrupt cancellation or imminent cancellation of federal grant and contract funding violates Plaintiffs' Fifth Amendment right to due process; that Defendants' actions are contrary to law under the Administrative Procedure Act, because they violate the Impoundment Control Act, agencies' enabling statutes, and agency regulations; and that Defendants' mass termination of grants previously awarded to Plaintiffs and the Class was also arbitrary and capricious under the Administrative Procedure Act; (2) Plaintiffs will suffer irreparable injury unless the relief requested is granted; and (3) the balance of equities and the public interest favor injunctive relief.

         This Motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order and Appendices; the Declarations of Named Plaintiffs and additional Class members; the Complaint; and the entire record in this case. Plaintiffs have provided notice of this Motion and are serving it through the Court's electronic filing service, as set forth in the accompanying Declaration of Plaintiffs' counsel Anthony P. Schoenberg.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

EX PARTE APPLICATION / MOTION FOR TEMPORARY RESTRAINING ORDER – Case No. 3:25-cv-04737

2

46686\20394041.2

| | |
|---|---|
| Dated: June 5, 2025 | By: /s/ Anthony P. Schoenberg |

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
John J. Darin (CA Bar No. 323730)
jdarin@fmb.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

Erwin Chemerinsky (*pro hac vice* forthcoming)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless
awanless@lchb.com (CA Bar No. 339635)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Attorneys for Plaintiffs and the Proposed Class*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

EX PARTE APPLICATION / MOTION FOR TEMPORARY RESTRAINING ORDER – Case No. 3:25-cv-04737

3

46686\20394041.2