| | |
|---|---|
| 1 | Erwin Chemerinsky (*pro hac vice* forthcoming*)* <br> echemerinsky@law.berkeley.edu |
| 2 | Claudia Polsky (CA Bar No. 185505) <br> cpolsky@law.berkeley.edu |
| 3 | U.C. BERKELEY SCHOOL OF LAW <br> Law Building |
| 4 | Berkeley, CA 94720-7200 <br> Telephone: 510.642.6483 |
| 5 | |
| 6 | Elizabeth J. Cabraser (CA Bar No. 83151) <br> ecabraser@lchb.com |
| 7 | Richard M. Heimann (CA Bar No. 63607) <br> rheimann@lchb.com |
| 8 | LIEFF CABRASER HEIMANN & <br> BERNSTEIN, LLP |
| 9 | 275 Battery Street, 29th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.956.1000 |
| 10 | |
| 11 | Anthony P. Schoenberg (CA Bar No. 203714) <br> tschoenberg@fbm.com |
| 12 | FARELLA BRAUN + MARTEL LLP <br> One Bush Street, Suite 900 <br> San Francisco, CA 94104 |
| 13 | Telephone: 415. 954.4400 |

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION; <br><br> [*caption cont'd next page*] | Case No. 3:25-cv-04737-RL <br><br> **DECLARATION OF CHRISTINE PHILLIOU** <br><br> The Honorable Rita F. Lin |

| | |
|---|---|
| 1 | |
| 2 | BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation; |
| 3 | NATIONAL ENDOWMENT FOR THE HUMANITIES; |
| 4 | MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities; |
| 5 | |
| 6 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; |
| 7 | LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; |
| 8 | UNITED STATES DEPARTMENT OF AGRICULTURE; |
| 9 | BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; |
| 10 | AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); |
| 11 | |
| 12 | JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps; |
| 13 | UNITED STATES DEPARTMENT OF DEFENSE; |
| 14 | PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; |
| 15 | UNITED STATES DEPARTMENT OF EDUCATION; |
| 16 | LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; |
| 17 | UNITED STATES DEPARTMENT OF ENERGY; |
| 18 | CHRIS WRIGHT, in his official capacity as Secretary of Energy; |
| 19 | UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; |
| 20 | ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; |
| 21 | |
| 22 | UNITED STATES CENTERS FOR DISEASE CONTROL; |
| 23 | MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control; |
| 24 | UNITED STATES FOOD AND DRUG ADMINISTRATION; |
| 25 | MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration; |
| 26 | |
| 27 | UNITED STATES NATIONAL INSTITUTES OF HEALTH; |
| 28 | JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of |

DECLARATION OF CHRISTINE PHILLIOU
Case No.: 3:25-cv-04737-RL

| | |
|---|---|
| 1 | Health; |
| 2 | INSTITUTE OF MUSEUM AND LIBRARY SERVICES; |
| 3 | KEITH SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services; |
| 4 | UNITED STATES DEPARTMENT OF THE INTERIOR; |
| 5 | DOUG BURGUM, in his official capacity as Secretary of the Interior; |
| 6 | UNITED STATES DEPARTMENT OF STATE; |
| 7 | MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; |
| 8 | DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of |
| 9 | Transportation, |
| 10 | Defendants. |

DECLARATION OF CHRISTINE PHILLIOU
Case No.: 3:25-cv-04737-RL

# DECLARATION OF CHRISTINE PHILLIOU

I, Christine Philliou, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. I am a Professor of History at the University of California, Berkeley. I have held this position since 2021. From 2015 to 2021, I held the position of associate professor at the University. Previously I served as an assistant professor and then associate professor at Columbia University (2006-2015) and as a lecturer at Yale University (2004-2006).

3. I hold a B.A. from Columbia University and an M.A. and Ph.D. from Princeton University.

4. I am the author of two books: *Turkey: A Past Against History* (University of California Press, 2021) and *Biography of an Empire: Governing Ottomans in an Age of Revolution* (University of California Press, 2010), as well as dozens of articles and book chapters.

5. My work has received numerous recognitions, including a Fulbright-Hays Research Fellowship, a Brookings Institution Research Award, and the Lenfest Distinguished Faculty Award, and offers of fellowships from Stanford University and the American Council of Learned Societies.

6. In addition to my research and teaching, I founded the Program in Modern Greek and Hellenic Studies at the Institute for European Studies, the Turkish Ottoman and Post-Ottoman Studies Initiative at the Center for Middle Eastern Studies, and the Istan-Polis collaborative research project, which has drawn students and scholars from Berkeley, Greece, Turkey and elsewhere.

7. These programs have as their aim reframing our understanding of the area we call the Middle East and the Eastern Mediterranean and understanding anew connections between the seemingly separate nations-states and people of the region.

8. The programs have received recognitions including the Nikos Kazantzakis endowment from the Modern Greek Studies Foundation and grants from the Elios Foundation, the Pan-Cretan Association, the Peder Sather Center for Advanced Study, and the National Endowment for the Humanities.

9. A central focus of my work has been to help change the way students and scholars see the role of Christians, as well as Muslims and Jews, in the Ottoman Empire. Revealing the forms and extent of informal power in the Ottoman Empire offers a new lens on that part of the world and that period of history. It also shines an instructive light on a society in which people from different backgrounds found ways to live and prosper together.

10. A true and correct copy of my curriculum vitae is attached as **Exhibit A**.

**Grant Funding for the Istan-Polis Project**

11. A key feature of my recent work has been the Istan-Polis Project, which seeks both to produce new scholarly knowledge about one of the world's great cities, and to bring that knowledge to the public. The centerpiece of the public-facing effort is a novel interactive website that brings, to anyone with an Internet connection, previously unavailable data about the historical demography and topography of Istanbul.

12. The Istan-Polis project was conceived and initiated in 2021. To make the vision a reality, however, the project needed funding. For that, we turned to the National Endowment for the Humanities (NEH).

**Application for Grant Funding (RZ-292650-23)**

13. On November 29, 2022, through the Regents of the University of California, I submitted to the NEH an Application for Federal Domestic Assistance titled "Visualizing Local Christian Communities in Muslim Cosmopolitan Istanbul in the 19th and 20th Centuries." The application consisted of a completed form and the following attachments: a team member list, narrative proposal, work plan, list of key personnel, resumes for key personnel, bibliography, appendices, list of funding received, and agreement (collectively, the "Grant Application"). A true and correct copy of the Grant Application is attached hereto as **Exhibit B**.

14. The purpose of the grant was to fund a project to reconstruct and analyze the history of Istanbul's Orthodox Christian communities in the final Ottoman century. The grant would provide funding for, among other things, (1) a review of census registers in Ottoman Turkish that were released to scholars only in the last 10 years, each of which contains 1000-6000 entries, and (2) an analysis of population counts and other sources with demographic information in Greek and French. We planned to complete historical profiles of dozens of different neighborhoods in Istanbul.

15. The grant would also fund development of a public-facing website to display the results of our data projects and to feed further research, collaboration, and a range of conventional (print) scholarly publications. The website would be designed both for scholars and, especially through the visualizations and interactive maps, for non-specialists including educators and a general audience. The project as a whole would form the basis for a new subfield of inquiry and serve to enhance understanding of the varied experiences of Orthodox Christians as a religious and ethnic minority within the changing landscape and shifting political and social conditions of the 19th and early 20th century.

16. The website would serve as a resource for Greek diaspora communities in the U.S. as well. The project's focus on the experience of this minority was intended to provide new tools for scholars seeking to clarify how the tensions between cosmopolitanism and nationalism were manifested in cities globally. It was also aimed to benefit lay people interested in genealogy.

17. As a capstone, the director and key collaborators would give public talks about the project to publicize and disseminate the project's research findings.

18. The Grant Application proposed a cumulative budget of $249,842 in NEH funds over three years. This budget would partially fund the salaries and benefits for myself, a Graduate Student Researcher, and a Finance Director. It would also fund travel and research expenses for key academic collaborators on the project and a post-doctoral researcher.

**Award of Grant Funding (RZ-292650-23)**

19. On September 22, 2023, the University of California, Berkeley and I received a letter from Shelly Lowe, the chair of the NEH, approving Project Application RZ-292650-23 for funding (the "Offer Letter"). The Offer Letter stated that NEH "has approved an award of $246,347.00 in support of your institution's project" and noted that the award documents from the NEH Office of Grant Management, which provide information on the period of performance and the terms and conditions that apply to the project, were available in NEH's electronic grant management system. A true and correct copy of the Offer Letter is attached hereto as **Exhibit C**.

20. In response to the award of the grant, my team and I planned for and then began executing the steps laid out in the grant application. We reached out to community members in Istanbul to establish the relationships that would lead to us being given access to churches, schools, and other community spaces that are closed to the public; we set up and expanded our data research team in order to develop our public-facing website for the project; we started investing time and resources into our first winter meeting and our first summer *in situ*, both in 2024; we assembled the archival sources and bibliography that would be needed to carry out the data collection and analysis; and we publicized the grant widely on websites and social media in order to build a public community to which we would disseminate our findings. We set up purchase orders for independent contractors, purchased airline tickets, reimbursed expenses for international and domestic travel, hired student workers, and paid vendors for lodging and catering. Some of these expenses have been invoiced and paid by NEH according to the terms of the grant. But there remains an encumbrance on our ledgers in the amount of $46,750 to pay our contractors—which has not been reimbursed—and budgeted amounts of $80,904 which have been designated to cover Project expenses through the full term of the grant. In incurring these expenses, we relied on the grant provisions that stated NEH would provide reimbursement for covered costs once they had been invoiced. And we bypassed other opportunities and diverted resources to the Project because we knew that by its terms the NEH letter stated the grant would last three years.

21. In the first year of the grant, we built the infrastructure for the project and the foundation for the website. The team members traveled to Berkeley for our first winter meeting in January 2024, some went to Europe in June 2024 for a related seminar on digital methods, and in June-July 2024 we all met in Istanbul for our *in situ* seminar. We hired and contracted with project managers to coordinate transcription and other work on the census register project, and spent funds on the project's website infrastructure. We also successfully tested the proof of concept for the website, posting 360-degree photographs of Orthodox churches in Istanbul that had been closed for decades.

22. Overall, the team in Year 1 of the grant focused on the Old City of Istanbul. We received special permission from the Ecumenical Patriarchate of Constantinople (Istanbul) to get access to these now-closed churches and schools. Art historians, architectural historians, and photographers helped to produce 360-degree pictures for the Project website. These pictures were revelatory: not only did people get to see inside churches that are closed to the public, but the churches looked different architecturally from what most people expected and their history turned out to be one that no one had before taken note of. The website has become a treasure to people with Greek heritage, and other heritages tracing their lineage to Istanbul, around the world. The Archbishop of North and South America, Elpidophoros, was so moved that he recorded and posted to YouTube his own 360-degree tour of the Orthodox Theological School on the island of Heybeliada (Chalki) in Istanbul, which has been closed for half a century but remains a site of global cultural and geopolitical significance. We unloaded the 360-degree photos of churches and schools of Istanbul to Google Eart for the first time, and the Patriarchate plans to link to them in its official website.

23. Our *in situ* seminar for Year 1 was life-changing for the students, undergraduate and graduate, who accompanied us, and the experience has shifted their own research trajectories in multiple significant ways. We were also joined by some of the world's top experts in Ottoman and Islamic architecture and urban studies, who not only shared their expertise with us but also got access to these spaces themselves for the first time in their lives.

24. Year 2 of the grant was to focus on the other side of the Bosporus (the Frankish Quarter). I believe that it would have produced similarly dramatic, perspective-changing results.

25. Year 3 of the grant would have centered on neighborhoods up and down the Bosporus. I believe that it, too, would have had significant and lasting impact.

**Termination of Grant Funding (RZ-292650-23)**

26. On April 2, 2025, the University of California, Berkeley, received an email from the address "Grant_Notifications@nehemail.onmicrosoft.com." Although it was not sent from an "neh.gov" email address, the email appeared to be from Michael McDonald, Acting Chairman for the National Endowment for the Humanities (the "Termination Email"). A true and correct copy of this email is attached hereto as **Exhibit D**.

27. Attached to the Termination Email was a letter, apparently from Michael McDonald, cancelling grant RZ-292650-23, effective the prior day, April 1 ("the Termination Letter"). A true and correct copy of this letter is attached hereto as **Exhibit E**.

28. The Termination Letter, which purports to be "in accordance with the termination clause of your Grant Agreement," reads in relevant part:

> Your grant no longer effectuates the agency's needs and priorities and conditions of the Grant Agreement and is subject to termination due to several reasonable causes, as outlined in 2 CFR §200.340. NEH has reasonable cause to terminate your grant in light of the fact that the NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda. The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions. *See Commencing the Reduction of the Federal Bureaucracy,* E.O. 14217 (Feb. 19, 2025). Your grant's immediate termination is necessary to safeguard the interests of the federal government, including its fiscal priorities. The termination of your grant represents an urgent priority for the administration, and due to exceptional circumstances, adherence to the traditional notification process is not possible. Therefore, the NEH hereby terminates your grant in its entirety effective April 1, 2025.

*See* Exh. E at p. 1.

DECLARATION OF CHRISTINE PHILLIOU     6
Case No.: 3:25-cv-04737-RL

**Harm Suffered from Termination of Grant Funding**

29. The Istan-Polis Project, its staff, and I have suffered direct and immediate harm as a result of the cancellation of the grant. This is a particularly critical interval for the Project because we are completing the second year of a three-year grant in which we have invested significant time and money.

30. For example, when I received the Termination Letter, I was in the middle of planning a seminar in Istanbul for this summer. As a result of the grant termination, this seminar cannot proceed unless I urgently find replacement funding. Thus, the time I spent on its planning is likely to represent both sunk cost and opportunity cost. Further, even if I find replacement funding, the time I must now spend fundraising rather than doing project work is a real cost.

31. I am concerned that staff who were depending on funds provided by the grant will be without a livelihood. I am aware that the Project has outstanding invoices for researchers who have done difficult and painstaking work for which they have not been paid; I am concerned that these researchers may not be paid, even for work they have already performed. And I am concerned that they will be without future income.

32. As a result of the Termination Letter, I do not believe that we can continue our work under the grant. I have had to cancel or postpone indefinitely our main activity that was to happen this June and next year. Work on the website has been disrupted because the flow of information has been disturbed. I and my team are now unable to continue surveying and adding photographs from other areas of Istanbul. In addition to what I have just described, my staff and I have begun to consider cutbacks in our work plans and goals for the year. As far as I know, we do not have any alternate funding source in place.

33. I have observed that people working on the Project are demoralized, confused, and disappointed. Like them, I do not understand what is wrong with our grant or why it would violate any stated policy of the Administration. I am unsure of how to proceed. As noted below, we have submitted an appeal of the termination, but given the text and tone of the Termination Letter, I am not optimistic.

DECLARATION OF CHRISTINE PHILLIOU   7
Case No.: 3:25-cv-04737-RL

34. I believe my research team is doing something valuable for society. I do not understand why the NEH thought this work needed to be terminated. The 360-degree photos—dependent entirely on this grant—are immensely valuable. They give a worldwide community remote access to a precious piece of its heritage. I am deeply concerned that the end of the grant could mean an end to that access, and the closing of a remarkable window that was just opened.

**Appeal from Termination of Grant (RZ-292650-23) Funding**

35. On April 30, 2025, the University of California, Berkeley submitted to NEH via email an *Appeal of Termination of Award No. RZ-292650-23* (the "Appeal Letter"). A true and correct copy of this appeal letter is attached hereto as **Exhibit F**.

36. The Appeal Letter notes that "[a]lthough no statute or regulation requires UC to exhaust any administrative appeal process, the University is filing this appeal in accordance with Section XIII of the General Terms and Conditions for Awards to Organizations." *See* Exhibit F at p. 2, n.2.

37. The Appeal Letter contains three sections that in sequence explain why the grant should not have been terminated: (I) Section 200.340 Does Not Permit Termination of the Award; (II) The General Terms and Conditions Do Not Permit Termination of the Award; and (III) This Award is Not Inconsistent with Agency Priorities. *See* Exhibit F at pp. 2, 3, and 4.

38. The Award of Grant Funding remains unavailable to the Istan-Polis Project pending appeal.

**Role of Class Representative**

39. I am willing to take on the responsibilities of serving as a class representative. I understand that I will need to stay informed of developments in the lawsuit, communicate regularly with my attorneys, and act in the best interests of the class. I do not have any conflicts of interest that would prevent me from taking on this responsibility.

40. I have been in communication with other UC researchers, who would be members of the class, who have suffered the same general type of harm as I describe above, from the abrupt termination of their previously approved research grants. This harm is widespread and I believe it will only increase in scope and impact if classwide relief is not granted.

DECLARATION OF CHRISTINE PHILLIOU
Case No.: 3:25-cv-04737-RL

8

1   I declare under penalty of perjury under the laws of the State of California and the United
2   States that the foregoing is true and correct.

3

4   Executed this 28 day of May, 2025.

5
                                                        Signed by:
6                                                       Christine Philliou
                                                        ─4C88C57347D847B...
7                                                       Christine Philliou

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRISTINE PHILLIOU     9
Case No.: 3:25-cv-04737-RL