# EXHIBIT A

# Nell Green Nylen

Wheeler Water Institute | Center for Law, Energy & the Environment
1995 University Avenue, Suite 460 • Berkeley, CA 94704-1070
ngreennylen@berkeley.edu

## Employment

| | | |
|---|---|---|
| Oct. 2013–Present | **WHEELER WATER INSTITUTE | CENTER FOR LAW, ENERGY & THE ENVIRONMENT (CLEE), UNIVERSITY OF CALIFORNIA, BERKELEY, SCHOOL OF LAW** | *Berkeley, CA* |

**Senior Research Fellow** (Dec. 2016–present)
**Research Fellow** (Oct. 2013–Dec. 2016)
Research and write about California water law and policy, including sustainable groundwater management, groundwater recharge, governance and funding of regional monitoring programs, water rights administration and oversight, water innovation, the intersection of regulation and innovation in the wastewater sector, drinking water access and affordability, stormwater management, and citizen enforcement of the Clean Water Act. Engage with a range of governmental and non-governmental stakeholders.

Aug. 2012–Aug. 2013    **COLORADO SUPREME COURT**    *Denver, CO*
**Judicial Law Clerk** for Justice Gregory J. Hobbs, Jr.
Researched and drafted opinions. Researched petitions and wrote recommendation memoranda. Reviewed proposed opinions. Edited co-clerks' and interns' writing. Provided interns with guidance and oversight. Dealt with a variety of civil and criminal cases and issues of state and federal law.

June 2011–Dec. 2011    **UNIVERSITY OF CALIFORNIA, BERKELEY, SCHOOL OF LAW**    *Berkeley, CA*
**Teaching Assistant** (Part-time)
Helped students formulate independent theses and explore research options. Read and edited drafts of papers and memoranda, providing personalized feedback in individual conferences. Courses: *Legal Research and Writing, LL.M. Summer Program; Environmental Law Writing Seminar.*

May 2011–Aug. 2011    **CALIFORNIA ATTORNEY GENERAL'S OFFICE**    *Oakland, CA*
**Summer Honors Program Legal Intern**, Environment, Land, and Natural Resources Law Sections
Researched and wrote legal memoranda on the California Air Resources Board's authority, remedies for spoliation of evidence, and the potential utility of a state Food Policy Council. Contributed to a brief opposing a jury trial in an enforcement action seeking injunctive relief and civil penalties for strict liability Health & Safety Code violations. Assisted deposition preparation for an archaeological resources enforcement case. Attended a case management conference, a motion hearing, an interview with a potential expert witness, depositions, and oral arguments.

May 2010–Aug. 2010    **CENTER FOR BIOLOGICAL DIVERSITY**    *San Francisco, CA*
**Legal Intern**, Oceans and Urban Wildlands Programs
Drafted a complaint addressing inadequate lead-based paint cleanup on Midway Atoll. Researched and wrote a comment letter on a proposed residential development in the Santa Monica Mountains. Contributed to California condor section of Tejon Mountain Village Project opening brief. Researched and wrote legal memoranda. Engaged with CEQA, MBTA, ESA, RCRA, and California Coastal Act.

Jan. 2009–June 2009    **CALIFORNIA ACADEMY OF SCIENCES**    *San Francisco, CA*
**Research and Curatorial Assistant**, Department of Invertebrate Zoology & Geology
Researched environmental preferences and food web associations and developed trophic guilds for animals from San Francisco Bay and an Indo-Pacific coral reef. Modeled food webs and extinction scenarios. Helped develop and maintain a comprehensive diatom taxon bibliography. Updated content and format of paleontology lab website.

| | | |
|---|---|---|
| Nov. 2006–<br>Aug. 2008 | **YALE PEABODY MUSEUM OF NATURAL HISTORY**<br>**Museum Assistant and GIS Specialist** (Part-time) | *New Haven, CT* |

Gathered and prepared georeferenced climatic/environmental data for Madagascar; modeled plant species distributions; prepared visual and tabular summaries of results to aid field research. Digitized herbarium (plant) specimens for online database.

| | | |
|---|---|---|
| Oct. 2006–<br>Aug. 2008 | **YALE UNIVERSITY**<br>**Assistant to Michael Donoghue**, Professor of Ecology and Evolutionary Biology (Part-Time) | *New Haven, CT* |

Provided research, graphics, website, and clerical support for professor who also served as the Director of the Yale Peabody Museum of Natural History through June of 2008.

| | | |
|---|---|---|
| Sept. 1995–<br>Aug. 2001 | **STANFORD UNIVERSITY**<br>**Undergraduate Teaching Assistant** (Part-time) (Sept. 1995–June 1996)<br>**Graduate Teaching Assistant** (Part-time) (Sept. 1998–Aug. 2001) | *Stanford, CA* |

Held office hours and review sessions; corrected assignments and exams; coordinated field trips and guest lectures; taught labs. Courses: *The Oceans: An Introduction to the Marine Environment; Statistical Methods for Earth and Environmental Sciences; Theories of the Origin of the Earth, Solar System, and Universe; The Coastal Zone Environment; Fundamentals of Geology Laboratory; Sophomore College: Geologic Hazards*.

| | | |
|---|---|---|
| July 1997–<br>Aug. 1998 | **MAPS AND RECORDS, STANFORD UNIVERSITY**<br>**GIS/CAD/Graphics Specialist** (Sept. 1997–Aug. 1998)<br>**GIS/Graphics Intern** (July 1997–Sept. 1997) | *Stanford, CA* |

Produced thematic maps for campus clients.

| | | |
|---|---|---|
| June 1996–<br>June 1997 | **UNITED STATES GEOLOGICAL SURVEY**<br>**Geologist** | *Menlo Park, CA* |

Mapped field geology. Digitized and edited geologic maps using ArcInfo GIS. Analyzed earthquake hazards, regional deformation, and landslide susceptibility in the San Francisco Bay area. Created web page for the International Lithosphere Program's Global Geoscience Transect (GGT) project.

## Other Practical Legal Experience

| | | |
|---|---|---|
| Feb. 2011–<br>May 2012 | **ENVIRONMENTAL LAW SOCIETY**<br>**Administrative Action Comment Team Member** | *Berkeley, CA* |

Coordinated/contributed to public comments regarding Delaware River Basin Commission (DRBC) Draft Natural Gas Development Regulations (2011) and Drakes Bay Oyster Company (DBOC) Special Use Permit Draft Environmental Impact Statement (2011–12). Co-presented DRBC work at conference in Boston. Converted DBOC comment into Ecology Law Currents article.

| | | |
|---|---|---|
| Aug. 2011–<br>Dec. 2011 | **ENVIRONMENTAL JUSTICE PRACTICE PROJECT**<br>**Tooleville Working Group Member** | *Berkeley, CA* |

Served unincorporated Central Valley communities in practicum linked with California Rural Legal Assistance's Community Equity Initiative. Participated in Matheny Tract community survey. Attended Tooleville community meeting; researched and presented on Tooleville's relationship with special water districts to further residents' long-term goal of improving water quality and availability.

| | | |
|---|---|---|
| Aug. 2009–<br>Mar. 2010 | **CALIFORNIA ASYLUM REPRESENTATION CLINIC**<br>**Volunteer Advocate** | *Berkeley, CA* |

Interviewed client and helped prepare client's application for asylum. Represented client at asylum interview.

## Education

May 2012    **UNIVERSITY OF CALIFORNIA, BERKELEY, SCHOOL OF LAW**    *Berkeley, CA*
**J.D. with Certificate of Specialization in Environmental Law**

*Honors*
- Ellis J. Harmon Prize in Environmental Law & Policy (2012)
- Professor Joseph Sax Fellowship (2011)
- Public Interest/Public Sector Summer Fellowship (2010)
- Best Brief, Written and Oral Advocacy Section (2010)

*Activities*
- *Ecology Law Quarterly* (Articles Editor, 2011–2012; Currents Publishing Editor, 2010–2011)
- California Water Law Symposium (Symposium Co-chair, 2012)
- Environmental Law Society (Vice President–Internal Programming, 2010–2012)
- Students for Economic & Environmental Justice (Symposium Co-Organizer, 2010–2012)
- Animal Law Society (Secretary, 2010–2012)

June 2005    **STANFORD UNIVERSITY**    *Stanford, CA*
**Ph.D. in Geological & Environmental Sciences**
*Dissertation*:  A Multi-Proxy Approach to Understanding Plio-Pleistocene Climatic and Environmental Change Along the Coast of Northern California

*Honors*
- National Science Foundation Graduate Research Fellowship (1999–2002)
- McGee Fund Grants (1999, 2002)

June 1996    **STANFORD UNIVERSITY**    *Stanford, CA*
**B.S. with Departmental Honors in Geological & Environmental Sciences**

*Honors*
- Departmental honors for thesis analyzing the paleoenvironmental history of a portion of the Merced Formation, San Francisco Peninsula, California (1996)
- Association of Women Geoscientists Outstanding Woman Student for Stanford University (1996)
- Undergraduate Research Opportunities Grant (1996)
- McGee Fund Grant (1996)

## Publications

### *Journal Articles:*

Hackett, L., **N. Green Nylen**, E.M. Bruno, A. Ayres, M. Kiparsky, J. Medellín-Azuara, & S. Null. "Estimating the Gains from Water Trade: A Systematic Evaluation of Modeling Considerations" (Submitted to *Review of Environmental Economics and Policy*).

**Green Nylen, N.**, M. Kiparsky, and A. Milman. 2022. "Cultivating Effective Utility-Regulator Relationships Around Innovation: Lessons from Four Case Studies in the U.S. Municipal Wastewater Sector" *PLOS Water* 1(8): e0000031.

Cano Pecharroman, L., C. Williams, **N. Green Nylen**, and M. Kiparsky. 2021. "How Can We Govern Large-Scale Green Infrastructure for Multiple Water Security Benefits?" *Blue Green Systems* 3(1): 62–80.

**Green Nylen, N.** 2021. "Surface Water Quality Regulation as a Driver for Groundwater Recharge: The Case of Virginia's Sustainable Water Initiative for Tomorrow." *Case Studies in the Environment* 5(1): 1124592.

Owen, D., A. Cantor, **N. Green Nylen**, T. Harter, and M. Kiparsky. 2019. "California Groundwater Management, Science-Policy Interfaces, and the Legacies of Artificial Legal Distinctions." *Environmental Research Letters* 14(4): 045016.

**Green Nylen, N.** 2013. "Why Federal Dietary Guidelines Should Acknowledge the Food-Choice / Environment Nexus: Examining the Recommendation to Eat More Seafood." *Ecology Law Quarterly* 40: 759–794.

**Green Nylen, N.**, E. Long, M. Loum, H. Welles, D. Carlin, B. Cook, & S. Adams. 2012. "Will the Wilderness Act Be Diluted in Drakes Estero?" *Ecology Law Currents* 39: 46–99.

**Green Nylen, N.** 2011. "To Achieve Biodiversity Goals, the New Forest Service Planning Rule Needs Effective Mandates for Best Available Science and Adaptive Management." *Ecology Law Quarterly* 38: 241–291.

**Green Nylen, N.** 2010. "Washington v. Chu: A Positive Sign for Hanford Cleanup?" *Ecology Law Quarterly* 37: 743–750.

### *Reports, Policy Papers, and Issue Briefs:*

Kiparsky, M., D. Smith, F. Marcus, J. Mattingly, C. Mummert, and **N. Green Nylen**. 2024. *A Framework for Permitting Innovation in the Wastewater Sector*. U.S. Environmental Protection Agency Report: EPA 820R24006, 28 pp.

Bruce, M., N. Green Nylen, M. Kiparsky, H.E. Dahlke, R. Grimm, S. Null, E. Bruno, S. Khan, S. Naumes, J. Viers. 2024. *Information Needs for Water Markets: Fair and Fair and Effective Water Markets Require Adequate Measurement and Reporting of Diversion and Use*. Center for Law, Energy & the Environment, UC Berkeley School of Law, Berkeley, CA, 45 pp.

Marcus, F., **N. Green Nylen**, D. Owen, and M. Kiparsky. 2024. *Five Guiding Principles for Effective Voluntary Agreements: A Case Study on VAs for Water and Habitat in California's Bay-Delta Watershed*. Center for Law, Energy & the Environment, UC Berkeley School of Law. Berkeley, CA, 53 pp.

Fisher, A.T., **N. Green Nylen**, J. Pensky, M. Bruce, M. Kiparsky, V. Bautista, E. Kam, N. Santos, J. Viers, A. Rallings, and G. Fogg. 2023. *Pre-Feasibility Study for a Flood-MAR Program in the Santa Clara Valley Water District Service Area, Santa Clara County*. Water Resources Innovation Partnership. 78 pp.

**Green Nylen, N.**, D. Owen, J. Harder, M. Kiparsky, and M. Hanemann. 2023. *Managing Water Scarcity: A Framework for Fair and Effective Water Right Curtailment in California*. Center for Law, Energy & the Environment, UC Berkeley School of Law. Berkeley, CA. 143 pp.

California State Water Resources Control Board and UCLA Luskin Center for Innovation. 2020. *Recommendations for Implementation of a Statewide Low-Income Water Rate Assistance Program*, 49 pp. (**Contributed legal analysis**).

California State Water Resources Control Board and UCLA Luskin Center for Innovation. 2020. *Recommendations for Implementation of a Statewide Low-Income Water Rate Assistance Program: Appendices*, 93 pp. (**Contributed legal analysis**).

**Green Nylen, N.**, M. Kiparsky, D. Owen, H. Doremus, and M. Hanemann. 2018. *Addressing Institutional Vulnerabilities in California's Drought Water Allocation, Part 2: Improving Water Rights Administration and Oversight for Future Droughts*. California's Fourth Climate Change Assessment, California Natural Resources Agency, Publication number: CCCA4-CNRA-2018-010. 67 pp.

**Green Nylen, N.**, M. Kiparsky, D. Owen, H. Doremus, and M. Hanemann. 2018. *Addressing Institutional Vulnerabilities in California's Drought Water Allocation, Part 1: Water Rights Administration and Oversight During Major Statewide Droughts, 1976–2016*. California's Fourth Climate Change Assessment, California Natural Resources Agency, Publication number: CCCA4-CNRA-2018-009. 172 pp.

Miller, K., **N. Green Nylen**, H. Doremus, D. Owen, and A. Fisher. 2018. *Issue Brief: When Is Groundwater Recharge a Beneficial Use of Surface Water in California?*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 8 pp.

**Green Nylen, N.**, C. Pannu, and M. Kiparsky. 2018. *Learning from California's Experience with Small Water System Consolidations: A Workshop Synthesis*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 28 pp.

Miller, K., **N. Green Nylen**, H. Doremus, A. Fisher, G. Fogg, D. Owen, S. Sandoval Solis, J. Viers, and M. Kiparsky. 2018. *Issue Brief: California's Stream Flow Monitoring System is Essential for Water Decision Making*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 4 pp.

Cantor, A., D. Owen, T. Harter, **N. Green Nylen**, and M. Kiparsky. 2018. *Navigating Groundwater-Surface Water Interactions Under the Sustainable Groundwater Management Act*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 50 pp.

**Green Nylen, N.**, M. Kiparsky, K. Archer, K. Schnier, H. Doremus. 2017. *Trading Sustainably: Critical Considerations for Local Groundwater Markets Under the Sustainable Groundwater Management Act*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 90 pp.

**Green Nylen, N.**, L. Sherman, M. Kiparsky, and H. Doremus. 2016. *Citizen Enforcement and Sanitary Sewer Overflows in California*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 200 pp.

Kiparsky, M., D. Owen, **N. Green Nylen**, J. Christian-Smith, B. Cosens, H. Doremus, A. Fisher, and A. Milman. 2016. *Designing Effective Groundwater Sustainability Agencies: Criteria for Evaluation of Local Governance Options*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 63 pp.

**Green Nylen, N.** and M. Kiparsky. 2015. *Accelerating Cost-Effective Green Stormwater Infrastructure: Learning from Local Implementation*. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 47 pp.

### *Blog Posts:*

**Green Nylen, N.** and M. Bruce, "Meeting information needs for water markets: Understanding water diversion and use," *Legal Planet* (November 14, 2024).

**Green Nylen, N.**, F. Marcus, D. Owen, and M. Kiparsky, "Evaluating Voluntary Agreements in the Bay-Delta Watershed," *Legal Planet* (January 26, 2024).

**Green Nylen, N.**, M. Kiparsky, and A. Milman. "The Role of Regulatory Relationships in Wastewater Innovation." *Legal Planet* (May 23, 2023).

**Green Nylen, N.**, D. Owen, J. Harder, M. Kiparsky, and M. Hanemann, "To Manage Water Scarcity, California Needs a Framework for Fair and Effective Water Right Curtailment," *Legal Planet* (April 24, 2023).

Kiparsky, M., D. Smith, **N. Green Nylen**, L. Sherman, A. Cantor, A. Milman, F. Marcus, D. Sedlak, B. Truffer, C. Binz, S. Harris-Lovett, J. Lape, J. Mattingly, D. Owen, L. Tummers, B. Thompson, "A decade of unraveling the effects of regulation on water innovation," *Legal Planet* (May 24, 2023).

Cano Pecharroman, L., C. Williams, **N. Green Nylen**, and M. Kiparsky, "Can we govern large-scale green infrastructure for multiple water benefits?" *Legal Planet* (February 22, 2022).

**Green Nylen, N.**, "Losing Justice Hobbs, Western Water Expert and Valued Mentor," *Legal Planet* (December 15, 2021).

Lamm, T., K. Alex, L. Bedsworth, J. Diamond, **N. Green Nylen**, and K. Segal, "California's Recall Election Has Serious Climate and Environmental Implications: A new governor wouldn't disrupt core mandates but could redirect spending and priorities," Legal Planet (August 31, 2021).

Fritz, K. and **N. Green Nylen**, "When does a groundwater recharge project NOT need a water right?" *Legal Planet* (August 3, 2020).

Fritz, K. and **N. Green Nylen**, "Water Right Permitting Options for Groundwater Recharge: Avoiding Unintended Consequences," *Legal Planet* (July 27, 2020).

**Green Nylen, N.**, "Making Key Policy Decisions in Advance of Droughts: Part 6 in a Series on Improving California Water Rights Administration and Oversight for Future Droughts," *Legal Planet* (May 24, 2019).

**Green Nylen, N.**, "Developing a Decision-Support Framework for Curtailment: Part 5 in a Series on Improving California Water Rights Administration and Oversight for Future Droughts," *Legal Planet* (May 13, 2019).

**Green Nylen, N.**, "A Contingency-Based Framework to Support Drought Decision Making: Part 4 in a Series on Improving California Water Rights Administration and Oversight for Future Droughts," *Legal Planet* (April 8, 2019).

**Green Nylen, N.**, "Actions to Improve California Water Rights Administration and Oversight for Future Droughts: Part 3 in a Series on Improving California Water Rights Administration and Oversight for Future Droughts," *Legal Planet* (Mar. 29, 2019).

**Green Nylen, N.**, "Water Rights Administration and Oversight During Past California Droughts: Part 2 in a Series on Improving California Water Rights Administration and Oversight for Future Droughts," *Legal Planet* (March 15, 2019).

**Green Nylen, N.**, "Why It's Important to Prepare for Drought During a Deluge: Part 1 in a Series on Improving California Water Rights Administration and Oversight for Future Droughts," *Legal Planet* (March 7, 2019).

**Green Nylen, N.**, "When Are Markets Appropriate Tools for Sustainably Managing Groundwater?" *Legal Planet* (August 7, 2017).

Doremus, H., **N. Green Nylen**, and M. Kiparsky, "Of Sewage Spills and Citizen Suits," *Legal Planet* (April 12, 2016).

**Green Nylen, N.**, "Accelerating Cost-Effective Green Stormwater Infrastructure: Learning from Local Implementation," *Legal Planet* (February 25, 2015).

**Green Nylen, N.**, "California's New Groundwater Law: An Interactive Timeline," *Legal Planet* (October 8, 2014).

**Green Nylen, N.**, "California's Proposed Drinking Water Program Reorganization: A Primer," *Legal Planet* (January 21, 2014).

**Green Nylen, N.**, H. Welles, D. Carlin, E. Long, and M. Loum, "Contextualizing Secretary Salazar's Recent Decision on Oyster Farming at Point Reyes." *Legal Planet* (December 10, 2012).

## Service

***University Service:***

- Worked with 17 U.C. Berkeley student research assistants (10 undergraduate students through the Undergraduate Research Apprentice Program (URAP), 5 JD students, and 2 LLM students), *2014–Present*
- Hiring Committee Member, 2023, 2017, 2016, 2015, 2014
- Mentored undergraduate honors theses for two students, 2021–2022

***Volunteer Board, Committee, and Advisory Group Service:***

- Wastewater Needs Assessment Advisory Group Member, 2024–Present
  (group convened by the State Water Resources Control Board and UCLA Luskin Center for Innovation to aid evaluation of California's wastewater infrastructure baseline conditions and needs to inform opportunities for advancing equitable access to sanitation.

- <u>Environmental Law Section Executive Committee</u>, California Lawyers Association
  (Advisor, 2023–Present; Yosemite Conference Water Subcommittee Lead or Co-Lead, 2022–Present; Law School Outreach Committee Chair, 2022–Present; Voting Member, 2020–2023; Yosemite Conference Planning Co-Chair, 2021)

- <u>California Water Law Symposium Board of Directors</u>, 2019–Present
  (Secretary, 2021–Present; Writing Prize Coordinator, 2019–Present)

- <u>NGO Groundwater Collaborative Member</u>, 2015–Present

- <u>County Drought Advisory Group Member</u>, 2018–2020
  (group convened by the California Department of Water Resources to aid AB 1668 implementation)

- <u>Oversight Committee Member for the Holland Tract Pilot</u>, 2020
  (the pilot is a joint project of the Office of the Delta Watermaster and the State Water Resources Control Board's Division of Water Rights)

- <u>Judging Committee Member</u>, California Water Law Writing Prize, 2016–2017

**Bar Admissions**

California Bar, 2013 *(Inactive)*