# EXHIBIT D

RD - 84046301 - 0    Page 1

| | | | |
|---|---|---|---|
|  | **U.S. ENVIRONMENTAL PROTECTION AGENCY**<br><br>Grant Agreement | **GRANT NUMBER (FAIN):** 84046301<br>**MODIFICATION NUMBER:** 0<br>**PROGRAM CODE:** RD | **DATE OF AWARD**<br>07/15/2022 |

| | |
|---|---|
| | **TYPE OF ACTION**<br>New | **MAILING DATE**<br>07/20/2022 |
| | **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>0016 |

| | |
|---|---|
| **RECIPIENT TYPE:**<br>State Institution of Higher Learning | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:**<br>The Regents of the University of CA - Berkeley<br>1608 Fourth Street Suite 220<br>Berkeley, CA 94710-1749<br>**EIN:** 94-6002123 | **PAYEE:**<br>Director<br>The Regents of the University of CA - Berkeley<br>2195  Hearst Avenue Room 130; Mail Code 1103<br>Berkeley, CA 94704-1103 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Michael Kiparsky<br>391 Simon Hall<br>Berkeley, CA 94720-0001<br>**Email:** kiparsky@berkeley.edu<br>**Phone:** 510-643-6044 | Jacquelyn Bell<br>1200 Pennsylvania Ave. NW, 8104R<br>Washington, DC 20460<br>**Email:** bell.jacquelyn@epa.gov<br>**Phone:** 202-564-4811 | Jennifer Brooks<br>1200 Pennsylvania Ave. NW, 3903R<br>Washington, DC 20460<br>**Email:** brooks.jennifer@epa.gov<br>**Phone:** 202-564-6374 |

**PROJECT TITLE AND DESCRIPTION**

Developing Tools and Resources to Enable Economic, Institutional, and Technical Clarity in Support of Enhanced Aquifer Recharge Implementation

See attachment 1 for project description

| BUDGET PERIOD<br>09/01/2022 - 08/31/2025 | PROJECT PERIOD<br>09/01/2022 - 08/31/2025 | TOTAL BUDGET PERIOD COST<br>$1,999,998.00 | TOTAL PROJECT PERIOD COST<br>$1,999,998.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 01/13/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $1,999,998.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $1,999,998.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| Environmental Protection Agency , Grants and Interagency Agreement<br>1200 Pennsylvania Ave, NW Mail code 3903R<br>Washington, DC 20460 | Environmental Protection Agency, OSAPE<br>ORD - Office of Research and Development<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official for  Jill Young - Chief - Grants Management Branch<br>LaShaun Phillips - Associate Award Official | **DATE**<br>07/15/2022 |
|---|---|

RD - 84046301 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $0 | $1,999,998 | $1,999,998 |
| EPA In-Kind Amount | $0 | $0 | $0 |
| Unexpended Prior Year Balance | $0 | $0 | $0 |
| Other Federal Funds | $0 | $0 | $0 |
| Recipient Contribution | $0 | $0 | $0 |
| State Contribution | $0 | $0 | $0 |
| Local Contribution | $0 | $0 | $0 |
| Other Contribution | $0 | $0 | $0 |
| Allowable Project Cost | $0 | $1,999,998 | $1,999,998 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.509 - Science to Achieve Results (STAR) Program | Safe Drinking Water Act: Sec. 1442 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 40 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Oganization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 222631M048 | 2122 | C | 2631000 | 000FK7XR4 | 4141 | - | 26A6A | $387,998 |
| - | 222631M048 | 2122 | C | 2631000 | 000FK7XR3 | 4141 | - | 26A6A | $1,612,000 |
| | | | | | | | | | $1,999,998 |

RD - 84046301 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $689,499 |
| 2. Fringe Benefits | $169,044 |
| 3. Travel | $21,806 |
| 4. Equipment | $0 |
| 5. Supplies | $2,500 |
| 6. Contractual | $61,000 |
| 7. Construction | $0 |
| 8. Other | $464,337 |
| 9. Total Direct Charges | $1,408,186 |
| 10. Indirect Costs: 0.00 % Base See Term and Condition F | $591,812 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $1,999,998 |
| 12. Total Approved Assistance Amount | $1,999,998 |
| 13. Program Income | $0 |
| 14. Total EPA Amount Awarded This Action | $1,999,998 |
| 15. Total EPA Amount Awarded To Date | $1,999,998 |

## *Attachment 1 - Project Description*

This project will strategically combine applied research, decision-support innovations, and public engagement to lower barriers to widespread adoption of enhanced aquifer recharge (EAR) and unlock its potential to provide multiple water security benefits.

This project will develop a life-cycle view of EAR to encompass three pillars of decision making: geochemical and physical considerations; legal and institutional considerations; and cost-benefit analysis and life-cycle assessment. The project will a) generalize and contextualize cutting edge research contributions, b) produce a comprehensive picture of the life cycle of EAR implementation, and c) create actionable recommendations for practitioners and develop and formalize best practices for EAR. The deliverables of this project include annual and final reports, as well as an EAR Lifecycle map that can be used as a tool for state and local decision-makers contemplating EAR projects and as a repository from which key resources and tools can be found and evaluated. Direct beneficiaries of this project will be water quality managers, state and local decision makers, and the general public, especially in areas susceptible to drought. The subaward to UC Davis ($82,259) is for research and synthesis on geophysical elements and technical methods for EAR. The subaward to UC Santa Cruz ($254,912) is for research and synthesis on geophysical elements and technical methods for EAR, as well as work on methods and considerations for managing water quality. The subaward to UC Hastings ($59,994) supports research on legal, policy and institutional topics.

# *Administrative Conditions*

**A.  General Terms and Conditions**

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2021-or-later.  These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

**B.  Correspondence Condition**

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

   • Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov and **brooks.jennifer@epa.gov**

   • MBE/WBE reports (EPA Form 5700-52A): **Suzanne Hersh, DBE Coordinator; mbe.wbe@epa.gov**

   • All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **bell.jacquelyn@epa.gov**

   • Payment requests (if applicable): **bell.jacquelyn@epa.gov**

   • Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: **bell.jacquelyn@epa.gov**

**C.  Prompt Payment**

In accordance with Section 2(d) of the Prompt Payment Act (P.L. 97-177), Federal funds may not be used by the recipient for the payment of interest penalties to contractors when bills are paid late nor may interest penalties be used to satisfy cost sharing requirements. Obligations to pay such interest penalties will not be obligations of the United States.

**D.  No Fed**

The recipient understands that none of the funds for this project (including funds contributed by the recipient as cost sharing) may be used to pay for the travel of Federal employees or for other costs associated with Federal participation in this project. Except however, if a Federal agency is selected through the recipient's procurement process to carry out some of the work as a contractor to the recipient, funds may be used to allow necessary Federal travel and other costs associated with Federal participation in this project.

**E.  Payment to Consultants**

EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule (formerly GS-18), to be adjusted annually. This limit applies to consultation services of designated individuals with

specialized skills who are paid at a daily or hourly rate. As of January 1, 2022, the limit is $675.80 per day and $84.47 per hour. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices). Subagreements with firms for services which are awarded using the procurement requirements in Subpart D of 2 CFR 200, are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See 2 CFR 1500.9.

**F.  Indirect Costs - Accep Lower Rate**

The recipient's current indirect cost rate is **60.50%** of **$1,028,199**. However, in accordance with the application dated 1/13/2022, the lesser amount of **$591,812** is budgeted for indirect costs.

## *Programmatic Conditions*

**A.  Standard Terms and Conditions for Research Awards**

This award is subject to EPA's set of standard terms and conditions for research awards located at
https://www.epa.gov/grants/grant-terms-and-conditions#office.

**B.  Quality Assurance**

Organizations performing activities involving the use or generation of environmental data under covered assistance agreements shall provide the PO within 60 days of award: Quality documentation such as a quality management plan (QMP), and/or other documentation that demonstrates conformance to U.S. EPA quality program requirements found at www.epa.gov/quality ; and Demonstration of competency in the field(s) of expertise. Demonstration of competency may include (but not be limited to): Current participation in accreditation or certification programs that are applicable to the environmental data generated under the Agency-funded assistance; Ongoing participation by the organization in proficiency testing (PT) or round robin programs conducted by external organizations; Ongoing U.S. EPA accepted demonstrations and audits/assessments of proficiency; and Other pertinent documentation that demonstrates competency (e.g., past performance to similar statement of work [SOW]).

The recipient must also provide acceptable quality assurance and quality control documentation for each project under the assistance agreement to the EPA Project Officer within 90 days of award of this agreement.  Acceptable documentation will be a Quality Assurance Project Plan (QAPP).  Specific requirements for writing QAPPs may be found at https://www.epa.gov/quality/epa-qar-5-epa-requirements-quality-assurance-project-plans.  Additional EPA Quality Guidance for Assistance Agreements may be found at https://www.epa.gov/quality/agency-wide-quality-system-documents#guidance.

The EPA Project Officer will provide the recipient with the EPA QA contact's information upon request for pre-submittal questions.  The recipient will copy the PO on any communication with the EPA QA contact.

**C.  Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia**

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is

defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

**D.  Subaward Reporting Requirement**

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries of results of reviews of financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved.

4. Summaries of audit findings and related pass-through entity management decisions.

5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and 2 CFR 200.339.

**E**.  **Geospatial Data Standards**

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.