# EXHIBIT F

RD - 84046301 - 1     Page 1

| | | |
|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | GRANT NUMBER (FAIN): 84046301<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: RD | DATE OF AWARD 05/07/2025 |
| | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE 05/07/2025 |
| | PAYMENT METHOD:<br>ASAP | ACH#<br>0016 |

| **RECIPIENT TYPE:**<br>State Institution of Higher Learning | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| Regents of the University of California, The<br>1608 4th St Ste 220<br>Sponsored Projects Office<br>Berkeley, CA 94710-1749<br>**EIN:** 94-6002123 | Regents of the University of California, The<br>2195 Hearst Avenue Room 130; Mail Code 1103<br>Berkeley, CA 94704-1103 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Michael Kiparsky<br>391 Simon Hall<br>Berkeley, CA 94720-0001<br>**Email:** kiparsky@berkeley.edu<br>**Phone:** 510-643-6044 | Jacquelyn Harper<br>1200 Pennsylvania Ave. NW, 8104R<br>Washington, DC 20460<br>**Email:** bell.jacquelyn@epa.gov<br>**Phone:** 202-564-4811 | Jennifer Brooks<br>1200 Pennsylvania Ave. NW, 3903R<br>Washington, DC 20460<br>**Email:** brooks.jennifer@epa.gov<br>**Phone:** 202-564-6374 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Developing Tools and Resources to Enable Economic, Institutional, and Technical Clarity in Support of Enhanced Aquifer Recharge Implementation

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD<br>09/01/2022 - 05/07/2025 | PROJECT PERIOD<br>09/01/2022 - 05/07/2025 | TOTAL BUDGET PERIOD COST<br>$ 1,999,998.00 | TOTAL PROJECT PERIOD COST<br>$ 1,999,998.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 01/13/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 1,999,998.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| Environmental Protection Agency, Grants Management & Business Operations Division<br>1200 Pennsylvania Ave, NW Mail code 3903R<br>Washington, DC 20460 | Environmental Protection Agency, OSAPE<br>ORD - Office of Research and Development<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official for** Devon Brown - Branch Chief, GMB<br>**by** Keva Lloyd - Award Official Delegate | DATE<br>05/07/2025 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---:|---:|---:|
| EPA Amount This Action | $ 1,999,998 | $ 0 | $ 1,999,998 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 1,999,998 | $ 0 | $ 1,999,998 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.509 - Science to Achieve Results (STAR) Program | Safe Drinking Water Act: Sec. 1442 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 40 |

RD - 84046301 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 689,499 |
| 2. Fringe Benefits | $ 169,044 |
| 3. Travel | $ 21,806 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 2,500 |
| 6. Contractual | $ 61,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 464,337 |
| 9. Total Direct Charges | $ 1,408,186 |
| 10. Indirect Costs: 0.00 % Base | $ 591,812 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 1,999,998 |
| 12. Total Approved Assistance Amount | $ 1,999,998 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 1,999,998 |

# Administrative Conditions

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

   b. Explanations on why established outputs/outcomes were not met; and

   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

RD - 84046301 - 1     Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.


All Administrative Conditions Remain the Same.

## Programmatic Conditions

All Programmatic Conditions Remain the Same.