# EXHIBIT I

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
○ Preapplication
● Application
○ Changed/Corrected Application

**\* 2. Type of Application:**
● New
○ Continuation
○ Revision

**\* If Revision, select appropriate letter(s):**
[ ]

**\* Other (Specify)**
[ ]

**\* 3. Date Received:** 09/29/2021

**4. Applicant Identifier:** [ ]

**5a. Federal Entity Identifier:** [ ]

**\* 5b. Federal Award Identifier:** [ ]

**State Use Only:**

**6. Date Received by State:** [ ]

**7. State Application Identifier:** [ ]

### 8. APPLICANT INFORMATION:

**\* a. Legal Name:** Iowa State University of Science and Technology

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 426004224

**\* c. Organizational DUNS:** 005309844

**d. Address:**

**\* Street1:** 1138 Pearson Hall
**Street2:** 505 Morrill Road
**\* City:** Ames
**County:** Story
**\* State:** IA: Iowa
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 50011-2103

**e. Organizational Unit:**

**Department Name:** Office of Sponsored Programs

**Division Name:** Vice President for Research

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** [ ]
**\* First Name:** Sara
**Middle Name:** [ ]
**\* Last Name:** Fonseca Ricke
**Suffix:** [ ]

**Title:** Pre-Award Administrator

**Organizational Affiliation:**
Iowa State University of Science and Technology

**\* Telephone Number:** 515-294-5225
**Fax Number:** 515-294-8000

**\* Email:** egrants@iastate.edu

**Application for Federal Assistance SF-424**

**9. Type of Applicant 1: Select Applicant Type:**

H: Public/State Controlled Institution of Higher Education

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

* Other (specify):

**\* 10. Name of Federal Agency:**

Environmental Protection Agency

**11. Catalog of Federal Domestic Assistance Number:**

66.511

CFDA Title:

Office of Research and Development Consolidated Research/Training/Fellowships

**\* 12. Funding Opportunity Number:**

EPA-G2021-ORD-E1

* Title:

NATIONAL PRIORITIES: WATER INNOVATION, SCIENCE, ENGAGEMENT TO ADVANCE WATER REUSE

**13. Competition Identification Number:**

NONE

Title:

None

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

**\* 15. Descriptive Title of Applicant's Project:**

Accelerating technical and community readiness for beneficial water reuse in small systems

Attach supporting documents as specified in agency instructions.

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant  IA-004                     * b. Program/Project: IA-004

Attach an additional list of Program/Project Congressional Districts if needed.

**17. Proposed Project:**

* a. Start Date: 05/01/2022              * b. End Date: 04/30/2026

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 3,246,000.00 |
| * b. Applicant | 811,500.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 4,057,500.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

○ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

○ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

● c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes", provide explanation and attach.)**

○ Yes          ● No

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 218, Section 1001)**

☑ **\*\* I AGREE**

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: _____          * First Name: Sara

Middle Name: _____

* Last Name: Fonseca Ricke

Suffix: _____

* Title: Pre-Award Administrator

* Telephone Number: 515-294-5225          Fax Number: 515-294-8000

* Email: egrants@iastate.edu

* Signature of Authorized Representative: Sara Fonseca Ricke          * Date Signed: 09/29/2021

Prescribed by OMB Circular A-102

<u>Attachments</u>

AreasAffected
**File Name**                                                    **Mime Type**

AdditionalProjectTitle
**File Name**                                                    **Mime Type**

AdditionalCongressionalDistricts
**File Name**                                                    **Mime Type**

DebtExplanation
**File Name**                                                    **Mime Type**

Form Approved OMB N0:2030-0020

# EPA KEY CONTACTS FORM

**Authorized Representative:** *Original awards and amendments will be sent to this individual for review and acceptance, unless otherwise indicated.*

| | |
|---|---|
| **\* Name:** | Sara  Fonseca Ricke |
| **Title:** | Pre-Award Administrator |
| **\* Complete Address:** | 1138 Pearson Hall  505 Morrill Road  Ames  IA: Iowa 50011-2103 USA: UNITED STATES |
| **\* Phone Number:** | 515-294-5225 |
| **Fax Number:** | 515-294-8000 |
| **Email:** | egrants@iastate.edu |

**Payee:** *Individual authorized to accept payments.*

| | |
|---|---|
| **\* Name:** | Mindy  Ann  Stensland |
| **Title:** | Fiscal and Operational Officer |
| **\* Complete Address:** | 2521 University Blvd, Suite 124  Ames  IA: Iowa 50010 USA: UNITED STATES |
| **\* Phone Number:** | 515-294-1576 |
| **Fax Number:** | |
| **Email:** | mindyas@iastate.edu |

**Administrative Contact:** *Individual from Sponsored Programs Office to contact concerning administrative matters (i.e., indirect cost rate computation, rebudgeting requests etc).*

| | |
|---|---|
| **\* Name:** | SaraFonseca Ricke |
| **Title:** | Pre-Award Administrator |
| **\* Complete Address:** | 1138 Pearson Hall  505 Morrill Road  Ames  IA: Iowa 50011-2103 USA: UNITED STATES |
| **\* Phone Number:** | 515-294-5225 |
| **Fax Number:** | 515-294-8000 |
| **Email:** | egrants@iastate.edu |

**Project Manager:** *Individual responsible for the technical completion of the proposed work.*

| | |
|---|---|
| **\* Name:** | Kaoru  Ikuma |
| **Title:** | Assistant Professor |
| **\* Complete Address:** | 394 Town  Ames  IA: Iowa 50011 USA: UNITED STATES |
| **\* Phone Number:** | 515-294-2140 |
| **Fax Number:** | |
| **Email:** | kikuma@iastate.edu |

EPA Form 5700-54

**Preaward Compliance Review Report for**

**All Applicants and Recipients Requesting EPA Financial Assistance**

**I. A.** **Applicant/Recipient (Name, Address, City, State, Zip Code)**

Name: Iowa State University of Science and Technology

Address: 1138 Pearson Hall 505 Morrill Road

City: Ames

State: IA: Iowa                          Zip Code: 50011-2103

**B. DUNS No.** 005309844

**II.** **Is the applicant currently receiving EPA Assistance?** [ **X** ] Yes  [  ] No

**III.** **List all civil rights lawsuits and administrative complaints pending against the applicant/recipient that allege discrimination based on race, color, national origin, sex, age, or disability. (Do not include employment complaints not covered by 40 C.F.R. Parts 5 and 7.)**

Dept of Education Office of Civil Rights #05-19-2093 filed on 6/13/2019, currently pending review; complaint based on sex
Dept of Education Office of Civil Rights #05-20-2311 filed on 11/25/2020, currently pending review; complaint based on sex
Iowa Civil Rights Commission #08-21-77014, EEOC#26A-2021-00716C filed on 8/17/2021, currently pending review; complaint based on sex, age; retaliation
Iowa Civil Rights Commission #08-21-76963, EEOC#26A-2021-00685C filed on 8/5/2021, currently pending review; complaint based on national origin, disability; retaliation

**IV.** **List all civil rights lawsuits and administrative complaints decided against the applicant/recipient within the last year that allege discrimination based on race, color, national origin, sex, age, or disability and enclose a copy of all decisions. Please describe all corrective actions taken. (Do not include employment complaints not covered by 40 C.F.R. Parts 5 and 7.)**

None

**V.** **List all civil rights compliance reviews of the applicant/recipient conducted by any agency within the last two years and enclose a copy of the review and any decisions, orders, or agreements based on the review. Please describe any corrective action taken. (40 C.F.R. § 7.80(c)(3))**

None

**VI.** **Is the applicant requesting EPA assistance for new construction? If no, proceed to VII; if yes, answer (a) and/or (b) below.**

[  ] Yes     [ **X** ] No

**a.** **If the grant is for new construction, will all new facilities or alterations to existing facilities be designed and constructed to be readily accessible to and usable by persons with disabilities? If yes, proceed to VII; if no, proceed to VI(b).**

[  ] Yes     [  ] No

**b.** **If the grant is for new construction and the new facilities or alterations to existing facilities will not be readily accessible to and usable by persons with disabilities, explain how a regulatory exception (40 C.F.R. 7.70) applies.**

**VII.** **Does the applicant/recipient provide initial and continuing notice that it does not discriminate on the basis of race, color, national origin, sex, age, or disability in its program or activities? (40 C.F.R 5.140 and 7.95)**     [ **X** ] Yes  [  ] No

**a.** **Do the methods of notice accommodate those with impaired vision or hearing?**     [ **X** ] Yes  [  ] No

**b.** **Is the notice posted in a prominent place in the applicant's offices or facilities or, for education programs and activities, in appropriate periodicals and other written communications?**     [ **X** ] Yes  [  ] No

**c.** **Does the notice identify a designated civil rights coordinator?**     [ **X** ] Yes  [  ] No

**VIII.** Does the applicant/recipient maintain demographic data on the race, color, national origin, sex, age, or handicap of the population it serves? (40 C.F.R. 7.85(a))   [ **X** ] Yes   [   ] No

**IX.** Does the applicant/recipient have a policy/procedure for providing access to services for persons with limited English proficiency? (40 C.F.R. Part 7, E.O. 13166)   [ **X** ] Yes   [   ] No

**X.** If the applicant is an education program or activity, or has 15 or more employees, has it designated an employee to coordinate its compliance with 40 C.F.R. Parts 5 and 7? Provide the name, title, position, mailing address, e-mail address, fax number, and telephone number of the designated coordinator.

```
Margo Foreman, Interim Vice President for Diversity and Inclusion and Equal Opportunity, 2680 Beardshear Hall,
Ames, IA 50011-2103, eooffice@iastate.edu, Ph: 515-294-7612
```

**XI.** If the applicant is an education program or activity, or has 15 or more employees, has it adopted grievance procedures that assure the prompt and fair resolution of complaints that allege a violation of 40 C.F.R. Parts 5 and 7? Provide a legal citation or Internet Address for, or a copy of, the procedures.

```
https://www.policy.iastate.edu/policy/discrimination
```

---

**For the Applicant/Recipient**

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law. I assure that I will fully comply with all applicable civil rights statutes and EPA regulations.

A. Signature of Authorized Official _____

B. Title of Authorized Official   `Pre-Award Administrator`

C. Date   `09/29/2021`

## Project Narrative File(s)

| FileName | MimeType |
|---|---|
| Merged_coPI_updated_printed1031419452.pdf | application/pdf |
| EPA_G2021_ORD_E1_ISU_narrative_final1031419454.pdf | application/pdf |
| 153205_Justification_Ikuma_final1031419455.pdf | application/pdf |
| CVs_all1031419449.pdf | application/pdf |
| CPS_all_printed1031419450.pdf | application/pdf |
| LOI_all1031419451.pdf | application/pdf |

OMB Control No. 2030-0020
Approval expires 06/30/2024

 **EPA**

# ADDITIONAL KEY CONTACTS
*(Use as many sheets as needed.)*

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name: Joseph Goodwill

Title: Assistant Professor

Mailing Address: Fascitelli Center for Advanced Engineering 312, University of Rhode Island, Kingston, RI 02881

Phone Number: (401) 874-2889

FAX Number:

E-Mail Address: goodwill@uri.edu

Web URL: https://sites.google.com/view/waterfortheworldlab/home?authuser=0

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name: Michael Kiparsky

Title: Director, Wheeler Water Institute, Center for Law, Energy & the Environment

Mailing Address: University of California, Berkeley, 391 Simon Hall, Law Building, Berkeley, CA 94720-7200

Phone Number: (510) 643-6044

FAX Number: (510) 643-2672

E-Mail Address: kiparsky@berkeley.edu

Web URL: https://www.law.berkeley.edu/research/clee/about/people/michael-kiparsky/

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name: Lu Liu

Title: Assistant Professor

Mailing Address: 394 Town Engineering Building, Department of Civil, Construction, and Environmental Engineering, Iowa State University, Ames, IA 50011-1066

Phone Number: (515) 294-2414

FAX Number: 515-294-8216

E-Mail Address: luliu@iastate.edu

Web URL: https://www.ccee.iastate.edu/directory/focus-areas/profile/luliu

OMB Control No. 2030-0020
Approval expires 06/30/2024

 **EPA**

# ADDITIONAL KEY CONTACTS

*(Use as many sheets as needed.)*

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Antonio Arenas Amado

Title:  Assistant Professor

Mailing Address:  394 Town Engineering Building, Department of Civil, Construction, and Environmental Engineering,
Iowa State University, Ames, IA 50011-1066

Phone Number:  (515) 294-2410

FAX Number:  515-294-8216

E-Mail Address:  aarenas@iastate.edu

Web URL:  https://www.ccee.iastate.edu/directory/focus-areas/profile/aarenas

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Chris Rehmann

Title:  Associate Professor

Mailing Address:  394 Town Engineering Building, Department of Civil, Construction, and Environmental Engineering,
Iowa State University, Ames, IA 50011-1066

Phone Number:  515-294-1203

FAX Number:  515-294-8216

E-Mail Address:  rehmann@iastate.edu

Web URL:  https://www.ccee.iastate.edu/directory/focus-areas/profile/rehmann

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Say Kee Ong

Title:  Professor

Mailing Address:  394 Town Engineering Building, Department of Civil, Construction, and Environmental Engineering,
Iowa State University, Ames, IA 50011-1066

Phone Number:  (515) 294-3927

FAX Number:  (515) 294-8216

E-Mail Address:  skong@iastate.edu

Web URL:  https://www.ccee.iastate.edu/directory/focus-areas/profile/skong

OMB Control No. 2030-0020
Approval expires 06/30/2024



# ADDITIONAL KEY CONTACTS

*(Use as many sheets as needed.)*

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Joe Charbonnet

Title:  Assistant Professor

Mailing Address:  394 Town Engineering Building, Department of Civil, Construction, and Environmental Engineering, Iowa State University, Ames, IA 50011-1066

Phone Number:  (515) 294-2140

FAX Number:  (515) 294-8216

E-Mail Address:  jcharbo@iastate.edu

Web URL:  https://www.ccee.iastate.edu/directory/focus-areas/profile/jcharbo

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Vinka Oyanedel-Craver

Title:  Professor

Mailing Address:  Fascitelli Center for Advanced Engineering 317, University of Rhode Island, Kingston, RI 02881

Phone Number:  (401) 874-2784

FAX Number:

E-Mail Address:  craver@uri.edu

Web URL:  https://web.uri.edu/engineering/meet/vcraver/

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Nell Green Nylen

Title:  Senior Research Fellow

Mailing Address:  University of California, Berkeley, 393 Simon Hall, Law Building, Berkeley, CA 94720-7200

Phone Number:  (510) 642-7235

FAX Number:  (510) 643-2672

E-Mail Address:  ngreennylen@law.berkeley.edu

Web URL:  https://www.law.berkeley.edu/research/clee/about/people/nell-green-nylen/

OMB Control No. 2030-0020
Approval expires 06/30/2024

 **EPA**

# ADDITIONAL KEY CONTACTS
*(Use as many sheets as needed.)*

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Yu Wang
Title:  Associate Professor
Mailing Address:  545 Ross Hall, Department of Political Science, Iowa State University, Ames, IA, 50011-1054

Phone Number:  (515) 294-3934
FAX Number:
E-Mail Address:  yuwang@iastate.edu
Web URL:  https://www.pols.iastate.edu/directory/yu-wang/

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:  Todd Guilfoos
Title:  Associate Professor
Mailing Address:  Coastal Institute 219, University of Rhode Island, Kingston, RI 02881

Phone Number:  (312) 505-2120
FAX Number:
E-Mail Address:  guilfoos@uri.edu
Web URL:  https://web.uri.edu/enre/todd-guilfoos/

## Major Co-Investigators: *Individual responsible for the completion of major portions of the proposed work.*

Name:
Title:
Mailing Address:

Phone Number:
FAX Number:
E-Mail Address:
Web URL:

# TABLE OF CONTENTS

**Abstract** ................................................................................................................................ **3**

**Research Plan** ........................................................................................................................ **4**

   **Introduction** ....................................................................................................................... **4**

      Objective 1: Develop water inventory to overcome the water information barrier ....................... 5

      Objective 2: Develop validated list of fit-for-purpose technologies to overcome lack of guidance on appropriate technologies ............................................................................................................ 6

      Objective 3. Construct projected cost curves that incorporate environmental benefits ................ 6

      Objective 4. Identify ways to overcome social barriers to public acceptance .............................. 7

      Objective 5. Foster institutional innovation to overcome organizational barriers ...................... 7

      Objective 6. Conduct case studies to accelerate community readiness for water reuse in five small communities across the US .......................................................................................................... 8

   **Approach and Activities** .................................................................................................... **8**

      Task 1-1: Develop methods to quantify the amount of water available for beneficial reuse ....... 8

      Task 1-2: Develop a prototype calculation engine ..................................................................... 9

      Task 2-1: Define treatment performance necessary for different end uses ................................... 9

      Task 2-2: Scan of low-input technologies appropriate for water reuse in small systems ........... 10

      Task 2-3: Validate low-input technologies ................................................................................ 11

      Task 3: Construct cost curves of source waters for beneficial reuse .......................................... 11

      Task 4: Assess public attitudes and willingness to pay (WTP) on water reuse .......................... 13

      Task 5-1: Analyze opportunities for coordinating disparate interests ........................................ 14

      Task 5-2: Clarify implications of water rights and effluent-dependent ecosystems ................... 14

      Task 5-3: Assess how to address collective opposition to regulation ........................................ 15

      Task 5-4: Identify ways to build underserved communities' trust ............................................. 15

      Task 5-5: Clarify opportunities to advance regulatory leadership ............................................. 15

      Task 6: Conduct case studies of five small communities to construct implementation roadmaps centered around windows of opportunity for water reuse ............................................................ 16

      Responsiveness to EPA National Water Reuse Action Plan (WRAP) ........................................ 19

   **Environmental Justice** ...................................................................................................... **19**

   **Innovation and Sustainability** ......................................................................................... **20**

      Innovation ................................................................................................................................ 20

      Sustainability ........................................................................................................................... 20

   **Expected Results, Benefits, Outputs, and Outcomes** ..................................................... **21**

   **Project Management** ......................................................................................................... **22**

      Facilities ................................................................................................................................... 22

      Personnel expertise and experience .......................................................................................... 22

      Overall project management structure ...................................................................................... 22

      Project Schedule ...................................................................................................................... 23

**Quality Assurance Statement** ............................................................................................ **24**

   **1. Project QA Management Structure** ............................................................................. **24**

   **3. Data Collection, Analyses, and Use** ............................................................................. **24**

   **4. Data Management Activities** ........................................................................................ **25**

**EPA Human Subjects Research Statement** ........................................................................ **27**

**Scientific Data Management Plan** ...................................................................................... **31**

**Community Engagement Research (CEnR) Plan** ...................................................................**33**

**References** ...........................................................................................................................**36**

## ABSTRACT

**Funding Opportunity Title:** National Priorities: Water Innovation, Science, and Engagement to Advance Water Reuse
**Number:** EPA-G2021-ORD-E1
**Project Title:** Accelerating technical and community readiness for water reuse in small systems
**Investigators:** Kaoru Ikuma (lead PI; kikuma@iastate.edu); co-PIs: Joe Charbonnet, Lu Liu, Antonio Arenas Amado, Yu Wang, Chris Rehmann, Say Kee Ong, Joseph Goodwill, Vinka Oyanedel-Craver, Todd Guilfoos, Michael Kiparsky
**Institutions:**  Iowa State University of Science and Technology, Ames, IA (main institution applying for assistance); University of Rhode Island, Kingston, RI; University of California, Berkeley, CA
**Project Period and Location:**  5/01/2022 to 4/30/2026, Iowa, Rhode Island, California, Colorado
**Project Cost:**  Funding requested from the EPA: $3,246,000; non-federal cost share: $811,500. Total: $4,057,500.

## Project Summary

*Objectives:* Water reuse is an increasingly important response to water stress; however, major advancements in water reuse have neglected small, rural communities that comprise most public water systems. The objective of this project is to accelerate water reuse adoption in rural communities by increasing technical and community readiness. The general hypothesis is that community readiness for water reuse in small systems can be accelerated by a convergence of technical, informational, social, and institutional innovation. Also, we hypothesize that severe water scarcity need not be a prerequisite for water reuse implementation, given careful attention to windows of opportunity that integrate multiple community concerns.

*Approach:* Barriers to water reuse adoption are intertwined and complex. Therefore, our proposed work will be an integrated research and engagement program in which we: (1) address knowledge gaps and generate frameworks for overcoming these barriers, and (2) use research outputs to evaluate and accelerate community readiness for reuse in five case studies. Both general activities will be execute in parallel such that knowledge can be co-produced with decision-makers. Specific methods to address knowledge gaps include, community surveys, the use of a prototype calculation engine, and desktop, bench-scale and pilot-scale evaluations of treatment technologies. Specific methods to accelerate community readiness include legal and policy analyses and case-study evaluations of five small water systems.

*Expected results:* This project is expected to produce outputs and outcomes that lead to acceleration of community readiness for reuse in small systems. Specifically, key results include modular, decision support tools such as water inventories, technology databases, cost and demand curves for reuse. These outputs will be integrated into institutional and regulatory decision-making processes in small, rural, underserved communities with results made available to communities through workshops, outreach events, and publications. We will go through many iterative processes throughout the project in which feedback from small community members and stakeholders will inform the modifications of tools and outputs so that they are indeed meaningful and useful to small communities facing unique challenges.

Keywords: water reuse, environmental justice, small systems, technology validation, public acceptance

# RESEARCH PLAN

## Introduction

Major advances in water reuse have historically focused on large, urban, and well-resourced systems. Although such focus has been appropriate for a range of reasons related to resources and technology innovation, it can overlook the potential for implementation in the underserved small, rural, or low-capacity communities. The systems serving these communities are individually small (serving 10,000 people or fewer [1]), but they comprise over 97% of all active public water systems in the US [2]. The need for attention to advancing water management in these vast areas of the country is increasingly urgent: climate change [3], increasing scarcity of groundwater and surface water supplies [4], deteriorating water quality [5], increasing pressure from population growth and land use change, changing societal expectations, and other stressors make clear that many rural communities must change how they relate to water-related services. Traditional, fragmented approaches to water supply and wastewater treatment will no longer meet community needs for water-related services; water reuse in all of its forms will need to be part of the solution.

Water reuse could have profound and multi-faceted benefits in small communities, but small communities often lack the resources and expertise to evaluate alternatives and take appropriate actions on reuse [6]. Actualizing the potential of reuse will require refinements in water reuse technologies to increase their affordability and fitness for rural application, combined with tools and knowledge that address real and perceived institutional and social barriers to widespread adoption.

Our **overarching hypothesis** for this proposed work is that *community readiness for water reuse in small systems can be accelerated by a convergence of technological, informational, social, and institutional innovation*. In addition, we hypothesize that severe water scarcity need not be a prerequisite for water reuse implementation, given careful attention to windows of opportunity that integrate multiple community concerns.

Overcoming barriers to the broad legitimization of water reuse for small and rural communities [7], and thus barriers to systemic change for water and environmental management at the national scale, will require greater clarity of the interplays within and between the Research Areas and Topics of the RFA as outlined below. Specifically, implementation of water reuse in small systems will likely face the following **major barriers**:

1. Lack of easily accessible information on availability of different source waters for reuse [RFA Topic C]
2. Lack of clear guidance on appropriate reuse technologies that can provide water of adequate quality for a given combination of source water and end-use [RFA Topics and B]
3. Lack of a framework to clarify costs and benefits of water reuse tailored to small systems [RFA Topics A, B, C]
4. Lack of information on the level of public acceptance and willingness to pay for water reuse in small and rural communities [RFA Topic E]
5. Need for institutional innovations that support consideration of water reuse by decision makers in small and rural communities [RFA Topic D]

These barriers are interrelated and intertwined, complicating decision-making processes in the face of limited local capacity [8-13]. We propose an integrated research and engagement program through which we: (1) address knowledge gaps and generate frameworks for overcoming these barriers through the following Objectives 1-5, and (2) use research outputs to evaluate and

accelerate community readiness for reuse in five case studies (Objective 6), and crucially, 3) develop both of these activities in parallel such that knowledge can be co-produced with decision makers [14] (Figure 1), ensuring our outputs will be relevant and broadly applicable.



**Figure 1.** Project framework for accelerating water reuse implementation in small systems with 6 objectives to converge technological, informational, social, and institutional innovation.

*Objective 1*: **Develop water inventory to overcome the water information barrier**

Comprehensive assessment of water reuse requires an inventory of water available water from various sources, including rainwater, municipal wastewater, stormwater, agricultural runoff and return flow and water produced from extracting natural resources. In some cases, data are readily available, such as historic daily precipitation data [15] and an inventory of municipal wastewater for the US [16]. In other cases, further calculation and processing are necessary. For example, in urban settings not covered by the EPA's National Stormwater Calculator [17] and agricultural areas, stormwater will need to be estimated from runoff models.

A challenge in collecting information on water availability is assembling data in a way that is useful and useable for decision makers in small communities [18]. Although the datasets on water from different sources are valuable, the data are stored in different formats, and the temporal and spatial resolutions of different datasets do not necessarily align [19]. Most communities do not have the resources to devote to overcoming this data barrier. We <u>hypothesize</u> that *the lack of an organized inventory inhibits the adoption of water reuse*. Therefore, a tool that collects and reconciles available data, estimates unmeasured components such as stormwater, and compiles an inventory would allow communities to focus on higher-level decisions regarding water reuse.

Climate change exacerbates these issues. Estimates of historic volumes of water available for reuse must be complemented with predictions of volumes under climate change. Climate change threatens both the quantity and quality of drinking water throughout the U.S. [20]. For example, the index of [21] identifies 70% of counties in the U.S. at potential risk for water shortage, and increased temperatures alter myriad factors that control water quality [22]. As a result, planning for water reuse must account for these changes.

To address these research gaps, Obj. 1 will produce a prototype calculation engine for developing an inventory of water available for reuse. We will engage five case-study communities, identified in Obj. 6, in co-developing this engine so that it addresses actual needs and produces output useful for their decisions. These activities will benefit the case-study communities directly and help to generalize the engine to be useful for other communities as well.

***Objective 2****:* **Develop validated list of fit-for-purpose technologies to overcome lack of guidance on appropriate technologies**

Water reuse can increase water system sustainability and resilience, but it also increases health-based risk to community members due to inherently impaired nature of water previously consumed by human activities [23]. For example, stormwater for irrigation may contain more pathogens or contaminants of emerging concern (CECs) than groundwater or surface waters; reusing this stormwater to irrigate a recreational area carries often undefined risk. Water treatment technologies can physically or chemically address this health risk for pathogens and CECs [24]. However, a persistent and problematic gap remains between new technologies and health-based risk assessment for water reuse [25]. Innovative technologies often fail to consider the scale and operational limitations of small systems. Similarly, typical methods of water reuse risk assessment use broad water quality guidance for a range of potential reuse applications. For community leaders, engineering service providers, and regulators, determining appropriate technology and assessing health risks can be prohibitively complex. We <u>hypothesize</u> that *a subset of existing technologies is appropriate for small systems, and can be rapidly advanced to full scale*.

The goal of Obj. 2 is to close this gap between innovation and health-based risk assessment in water reuse for small systems. We will do so by screening appropriate technologies based on treatment performance and validating newer technologies to allow for diverse potential fit-for-purpose technology options in small, rural systems. Completion of this objective will provide clarity to small systems on appropriate, fit-for-purpose technology options, thereby increasing water reuse adaptation while decreasing public health risk.

***Objective 3****.* **Construct projected cost curves that incorporate environmental benefits**

A lack of available cost comparisons specific to the interests of small communities limits adoption of water reuse [26]. Time- and resource-stressed small and rural communities cannot perform comprehensive benefit-cost analyses derived from academic research. Streamlining production of cost curves to facilitate economic comparison across water management options for small communities would remove a significant hurdle for broader adoption of water reuse.

A challenge in producing cost curves for different water sources lies in the monetization of damages and benefits associated with water sources and end uses. Extensive qualitative literature highlights benefits of water reuse [27], but quantitative assessments are lacking. The complex fate and transport of water pollution in receiving waters and varied impacts on downstream ecosystem services can skew economic assessment [26]. Climate change complicates analysis by influencing the marginal cost of meeting additional water demand from traditional sources. Internalizing damages associated with conventional water supply, and including the benefits of avoiding these damages, can help develop more robust cost curves for water reuse. Precise estimates of the social cost of water pollution require extensive research with integrated assessment models [28] and are out of reach for small communities. We propose to fill the knowledge gap with contingent valuation surveys to estimate people's willingness to pay and the value of water reuse relative to non-reuse system expansion (Obj. 4).

We <u>hypothesize</u> that *broader consideration of costs and benefits can demonstrate that water reuse can be a viable option even absent current water stress*. Incorporating environmental benefits may change estimates of the true cost for water. We will develop a framework to construct cost curves for fit-for-purpose water reuse for small systems. This research will produce a decision tool for benefit-cost analysis tailored for small systems, enabling comparison among water reuse and conventional approaches, considering both tangible and intangible benefits of reuse.

6

**_Objective 4_. Identify ways to overcome social barriers to public acceptance**

Communities will weigh water reuse projects against other options such as limiting water consumption or expanding traditional supplies. When choosing an appropriate solution, decision-makers, stakeholders, and residents need data and information on the acceptance of water reuse and the willingness to pay (WTP) for such programs. We will develop and implement survey methods to inform decision-makers about existing public support for water reuse programs, and tools to engage and community members to build support.

Social acceptance is one of the most significant factors for successful implementation of water reuse programs [29,30]. Previous surveys have found significant differences in the acceptance of reclaimed water for different end-uses. In general, high public support (>80%) is found for non-potable uses with limited human contact such as firefighting, irrigation of non-crop lands, and cooling power plants. However, support for reused water drops dramatically (<50%) for end-uses with higher human contact, such as irrigation for edible crops, laundry, bathing, and drinking [29-32]. Social, psychological, economic, and demographic factors affect acceptance, including disgust, perceived health risks, perceived water scarcity, attitude toward science, trust in authorities, and water fees [29-33]. Financial incentives can increase the support for water reuse, especially in cases of potable uses [30,31], and willingness to pay for water reuse increases with the potential to avoid usage restrictions or high water fees [34].

Important questions remain unanswered, because rural residents have been shown less likely to support water reuse [31], but existing literature does not detail their specific concerns. We hypothesize that _residents in small communities will support and be willing to pay for only a subset of the available source water and end-use combinations for water reuse_.

To better inform decision makers, we will survey communities with small water systems. The purposes of the survey are to understand the need and support of small communities regarding (1) support among various source waters and uses; (2) comparing health, psychological, and economic concerns; (3) WTP among water reuse programs, compared with other scenarios; and (4) ways to increase public support for water reuse.

**_Objective 5_. Foster institutional innovation to overcome organizational barriers**

Small and rural communities face unique institutional challenges in developing water reuse. Previous EPA-funded research conducted by the UCB team (EPA grant EPR91601-0001, [35-37]) demonstrated the importance of institutional aspects in the substance and process of innovation in the wastewater sector. We expect analogous issues to apply to water reuse, but research is needed to understand the institutional challenges specific to expanding water reuse in small and rural communities and how to address them successfully. We theorize that technological advances are necessary but not sufficient to make water reuse viable for many small and rural communities: institutional innovations will be crucial in enabling the broader adoption and diffusion of a range of fit-for-purpose water reuse approaches. More specifically, we hypothesize that (1) _aligning common interests among and within organizations with distinct missions may unlock new opportunities for economic and political support of multi-benefit water reuse projects_; (2) _water rights and effluent-dependent ecosystems may be impediments to reuse in some states, but thoughtful approaches can be developed for navigating these constraints_; (3) _regulators may need to respond differently to organized resistance to regulation according to its motivation and form_; (4) _distrust of water reuse in underserved communities may be particularly intense, and active, ongoing engagement of community members in decision making may be needed to generate trust and legitimacy_; and, finally, (5) _regulatory leadership will be critical in identifying and_

*addressing institutional barriers to water reuse in small and rural communities*. We define <u>*regulatory leadership*</u> as a proactive approach by regulators that goes beyond demands for compliance with standards to create viable pathways for achieving integrative solutions. Regulatory leadership is especially pertinent for water reuse in small communities because of the importance of integrating multiple benefits to make water reuse projects viable, which requires acknowledging, leveraging, and expanding communities' windows of opportunity to do so.

We propose to explore these interconnected and mutually reinforcing hypotheses using case studies and legal and policy analysis to draw lessons for regulators and local decision makers. To accelerate real world impact, we will complement our research activities with an engagement program designed to highlight and inspire regulatory leadership.

### *Objective 6*. **Conduct case studies to accelerate community readiness for water reuse in five small communities across the US**

Scaling the adoption and diffusion of water reuse in small communities presents particular challenges. For federal and state regulators seeking to encourage compliance with regulatory standards through forward-thinking and integrative projects, meaningful engagement and assessment is resource intensive because small/rural communities are geographically fragmented. For communities facing water and wastewater challenges, budgets are often limited by small tax bases, attention of decision makers is stretched among many competing priorities, and technical assistance from consultants and non-governmental organizations (NGOs) can lack the visionary support necessary for implementing non-standard approaches. These issues are particularly salient for underserved communities, including communities of color with histories of environmental injustice in their water services.

The perceived barriers for water reuse implementation in small systems are in part because of an assumption that increased complexity and cost of water reuse, especially to the extent where reuse involves novel or integrative technical methods, may not be matched by technical, managerial, and financial (TMF) capacity that could enable small communities to evaluate, implement, and operate such systems effectively. Though small community water systems are indeed expected to present unique TMF challenges in decision making about water reuse projects, we <u>hypothesize</u> that *understanding and systematizing water and wastewater decision-making processes for regulators and community representatives, and broadening the scope of these processes to explicitly and systematically include water reuse as an option, could accelerate the adoption of water reuse across the nation's rural landscape.*

In Obj. 6, we will test this hypothesis through case studies of five small/rural communities across the US. Results from all previous Obj. 1-5 will be tailored specifically to these five small systems to aid in the decision-making process with the aim of accelerating community readiness for water reuse. In particular, unique windows of opportunity for water reuse adoption will be evaluated with the goal of providing generalizable guidance for small systems throughout the US.

### Approach and Activities

To meet the objectives stated above, we will complete the following activities as described below.

### *Objective 1*
### *Task 1-1: Develop methods to quantify the amount of water available for beneficial reuse*

Inventories of water available for reuse will consider historic and projected data on four sources: rainwater, municipal wastewater, stormwater, and agricultural runoff and return flow. Historic precipitation will come from Daymet [9], and precipitation projected to 2099 will come

from the downscaled phase five of the Coupled Model Intercomparison Project (CMIP5,[38]). Stormwater availability will come from community-collected stormwater data [39], EPA's National Stormwater Calculator [11], CMIP5, and estimates from rainfall runoff methods, such as the Natural Resources Conservation Service curve number method [40]. The inventory of available municipal wastewater will be built using data from the EPA Clean Watersheds Needs Survey [41]. Agricultural runoff will also be estimated with the curve number method.

These data will be consolidated across attributes such as format, type, spatial and temporal resolution, and time frame will ensure a data product of consistency and of sufficient granularity for small communities. For example, because the inventory of municipal wastewater in [16] was developed for watersheds larger than the typical small system, we will retrieve data in [41] but at scales relevant for small communities. We will document methods for scholarly review and validation and capture these methods in the prototype calculation engine of the next task in "how to" guidance for application by consulting engineers and other practitioners.

### *Task 1-2: Develop a prototype calculation engine*

To enable development of water reuse inventories for small and rural communities across the US, we will translate the results of Task 1-1 into a calculation engine for practitioners and decision makers to identify water reuse opportunities within their communities. This engine will be designed to automatically compute the amount of current and projected source waters with predefined input data, refined through data available from community-based sources. The content, functionality and outputs of the engine will be refined through interviews with community stakeholders and consultants in Obj. 6. Further effort may include designing a web-based data query platform to facilitate communities with limited resources.

### ___Objective 2___
### *Task 2-1: Define treatment performance necessary for different end uses*

How well water reuse technologies can remove microbiological, chemical, and physical hazards depends on the source water and treatment combinations, which will then dictate the appropriate end uses of the produced water (Table 1). The water quality required for each end use is typically determined by regulatory standards; however, standards for water reuse, particularly non-potable reuse, are largely unclear and not as well defined in most states.

**Table 1.** Potential sources and uses of recycled water for evaluation during technology scans



We will first perform a literature review on appropriate health-based standards for direct and indirect potable reuse as well as various non-potable reuse scenarios. This will include synthesis review of existing water quality standards for water reuse across the world, including California Title 22, relevant Texas Administrative Codes, European standards, and World Health

Organization guidance. A resulting assessment of removal efficiency of select microbial and chemical hazards, linked to previously identified pollutants in source water, will be incorporated into Task 2-2 [42-47]. The removal rates will be compared to various existing regulatory standards; this comparison will be a component of the "technology readiness" gate used in Task 2-2.

***Task 2-2: Scan of low-input technologies appropriate for water reuse in small systems***

We will identify technologies that are most appropriate and impactful for small systems. In particular, we seek "low-input" technologies—those that require chemical and energy inputs that small systems can consistently supply. We propose to conduct a strategic technology scan (STS) to evaluate and identify appropriate technologies for application in water reuse in small systems. The STS will impartially evaluate prospective water recycling technologies in a process adapted from



**Figure 2.** Conceptual flow diagram of strategic technology scan approach.

transportation infrastructure and broadly informed by the LIFT Technology Scan [48]. Three key differences between our STS the LIFT approach will be 1) a greater depth and rigor of technical evaluation, 2) independence from technology provider/inventor initiation and 3) the focus on the applicability to small water systems, which have received insufficient attention to date, and which present distinct challenges and opportunities [49].

The STS will identify water treatment technologies for near-term adoption in small systems (e.g., within 5 years). The STS will critically review existing literature on various water treatment processes, meaning the PIs use their technical expertise to examine claims and expose research gaps. The STS will focus on answering three key questions, each of which is a technology scan Gate (Figure 2): [Gate 1] Is the technology low-input? [Gate 2] Is the technology currently at a high level of technical readiness? [Gate 3] Do unknowns in performance currently block adoption?

The technology scan starts with identification of known water treatment processes technology that could potentially be used in a water treatment regime, resulting in a broad collection of approaches. Gate 1 examines candidates for small system appropriateness through a low input screen. Assessment of appropriateness will also include qualitative input on design best practices from consultants specializing in small systems (see LOI – Tighe & Bond), proving a "real world" perspective. Gate 2 assesses technical readiness, quantifying the technical readiness level (TRL) of each technology passing Gate 1 using definitions adapted from NASA [50]. Technologies with a TRL of less than 4 or greater than 7 will be rejected, and technologies with a TRL ranging from 4 to 7 will be accepted. Gate 3 evaluates research gaps preventing current use. The assessment of significant gaps will rest on PI expertise, as well as input from a State Regulatory Primacy Agency (see LOI – RI Department of Health). Treatment approaches with research unknowns will be included in the next phase of the STS. For example, membrane micro/ultrafiltration (MF/UF) is widely accepted and not blocked by research gaps.

The technologies scanned will include those capable of treating water from a range of sources (Table 1). The technologies will be evaluated for appropriateness to a suite of non-potable and potable end uses, ranging from landscape irrigation to flange-to-flange direct potable reuse

(Table 1). Technologies will be scored at each gate, quantifying the extent to which they satisfied the requirements and allowing application of different decision criteria for different communities.

### Task 2-3: Validate low-input technologies

Technologies passing the STS will face detailed validation. The goal is to close research gaps by developing performance data. The validation approach will consist of testing each treatment process with input water representative of all appropriate sources. Validation will quantify the removal of contaminants of concern from source waters in larger scale, continuous flow experiments (e.g., piloting), using a general approach similar to prior work executed by the PIs [51]. The demonstrated removal of these contaminants and long-term performance of these treatment technologies in representative source water streams will be geared to address the knowledge gaps that hinder full scale adoption by small communities. Because research and demonstration are crucial to recruiting early adopters of new technologies in the water sector [52], this targeted research will address a key bottleneck in the innovation lifecycle.

We will test the performance of each selected technology in four source water matrices, each with distinct and representative water quality, matrix constituents, and contaminants of concern. To ensure repeatability and broad geographic applicability of the results, we use real waters collected from the field along with simulated source water matrices. A pilot-scale treatment system will be used to evaluate active treatment technologies (e.g., ferrate), while mesoscale (i.e., 1 m-long) columns will be used to evaluate passive treatment technologies (e.g., manganese oxide media). Each technology will be screened for removal or inactivation of select model/surrogate contaminants spiked into each source water, including viral and bacterial pathogens, metals, nutrients, pesticides, plasticizers, pharmaceuticals, antibiotics, per-/polyfluoroalkyl substances, and total dissolved and suspended solids. Each configuration of treatment technology and source water will be evaluated over a 4-week period of continuous operation. Trends in treatment performance will help assess longevity of each technology and enable estimates of maintenance required in various water reuse applications. The PIs have extensive experience with similar bench/pilot-scale experiments to test water technologies and all analytical methods needed.

Upon completion of these technology validation efforts, a more complete STS, with research gaps addressed through Task 2-3, will be available for broader use in small communities. A simplified open-access, web-based spreadsheet will be constructed to enable rapid search for appropriate combinations of water sources, technologies, and end-uses for each given scenario.

### _Objective 3_
### Task 3: Construct cost curves of source waters for beneficial reuse

We will develop cost curves as a tool for benefit-cost analysis, enabling comparison of water reuse options with conventional water systems, and allowing consideration of both monetized and unmonetized benefits of fit-for-purpose reuse. We propose to (1) collect data on capital investment and operational and management (O&M) costs for technologies identified in Task 2-2; (2) monetize the benefits of water reuse by source water and end use purpose; and (3) construct a cost curve for fit-for-purpose water reuse, differentiated by end-use, for each small system identified in the study (Figure 3).

**Select treatment technologies:** Output from Task 2-2 will provide a list of treatment technologies or measures aimed at water reuse for small systems.

**Calculate financial costs:** Financial costs of water reuse implementation include capital investment costs, O&M costs, and treatment costs. This information will be collected for each

small system-measure pair based on literature data search and technology scanning (Task 2-2). The financial costs will be presented in the form of present values [53] based on 2021 prices and analyzed over a 50-year time horizon (2022 to 2071), which corresponds to the typical lifetime of wastewater treatment plants, considering reinvestment or depreciation [54] as necessary.

**Measure cost savings and perform benefit-cost analysis:** Water reuse can provide a range of monetizable and unmonetized benefits, including water supply augmentation, supply reliability, reduction of treated wastewater effluent disposal, reduced maintenance and deferred construction



**Figure 3.** Steps to identify measures for fit-for-purpose water reuse for cost curve construction. Choice of end use shown is simplified for clarity.

of new facilities, increase public health protection, reduced environmental impacts, increase inland surface water flow, increase groundwater recharge, and many other benefits. To monetize and quantify the benefits of water reuse, we will perform the analysis in two steps.

First, we will measure cost savings generated by water reuse in the form of tangible benefits. We will focus on supply side benefits with monetary values: displacing a fraction of current freshwater supply; reduced maintenance, savings on construction of new freshwater supply facilities; sales of treated water; etc. Literature data will be compiled to quantify a range of values for these and other benefits. These values will be incorporated as opportunity costs (see below), adjustable given economy of scale and other factors for a specific community.

Second, we will measure cost savings including environmental (unmonetized) benefits derived using contingent valuation (see Task 4, below). We will use data and methods from attempts to estimate the social cost of water pollution [28] to generate values for people's willingness to pay for cleaner water. Meanwhile, Task 4 will provide environmental benefit estimates through valuation surveys.

A sample cost curve for water reuse is presented in Figure 4. Each bar represents a specific measure identified for each type of source water. The width of the bar indicates the volume of water and the height of the bar indicates the amortized marginal cost of implementing the specific measure. Monetized benefits are computed as the sum of monetizable and environmental benefits. Marginal cost can be calculated by dividing net cost by the total volume of reused water from measure $i$. By incorporating existing data



**Figure 4.** Hypothetical example cost curve for fit-for-purpose reuse for a small system.

with new estimates in a cost curve, we will provide a structured way for decision makers to 1) estimate a first order approximation of economic viability for a range of technologies and 2) compare water reuse options against other supply options in a unifying economic framework.

### *Objective 4*
### *Task 4: Assess public attitudes and willingness to pay (WTP) on water reuse*

We will conduct a national survey to determine what end-uses people are willing to accept, the willingness to pay (WTP) for a water reuse program, and the value of recycled water relative to alternative sources of water. The survey targets towns in rural areas with population smaller than 10,000, while also including a small sample of urban populations for comparison. The survey instrument will be designed to answer the following questions:

1. Do people accept water reuse from some sources better than other sources?
2. How does support for water recycling vary with end use (e.g., firefighting, irrigation of edible/non-edible crops, groundwater/surface water augmentation) in small communities?
3. How do concerns around water reuse (e.g., health, psychological, economic) compare?
4. How do factors such as disgust, information, perceived health risks, trust, perceived water scarcity, environmental concerns, and water price affect the support of water reuse?
5. What is the WTP for recycled water? We will use the contingent valuation method [55,56] with dichotomous choice questions to estimate WTP for water reuse programs, compared with a non-reuse system expansion option.

Combined online/mail surveys will be used to collect responses from a representative national sample of rural populations. Respondents will be randomly assigned to one of the treatment groups (Table 2) to test the effect of health risk information, framing (environ-

**Table 2.** Survey experiment of information and framing.

|  | **Treatment 1 - Information** | |
|---|---|---|
| **Treatment 2 - Framing** | Information on health risk, Environmental benefits | No-information, Environmental benefits |
|  | Information on health risk, Water scarcity | No-information, Water scarcity |

mental benefits versus water scarcity), water reuse programs, and incentive.

We will build on previous survey studies for water reuse focusing on (a) public acceptance, and (b) WTP. The survey instrument (Figure 5) will be designed for a national representative sample of small, rural communities, with tailored versions targeting the specific communities in Colorado and California (Obj. 5) and the five US case study communities (Obj. 6). The survey questionnaire tailored for the Colorado case studies will have information on relevant institutional and regulatory elements, while those in the five US case study communities will address specific technological options surfaced in Obj. 6. Survey instruments will be tested with focus groups before distribution. Information collected by the survey will be used to:

- identify the sources of water and end-uses with high acceptance to inform the scan and selection of water reuse technologies in Task 2-2
- estimate environmental benefits of reclaimed water by comparing with a non-reuse system expansion, and support the cost estimates from Task 4 for benefit-cost analysis
- generate demand curves for reused water, which can be scaled and integrated with cost curves
- understand the factors influencing acceptance to help identify barriers to adopting water reuse in small communities, provide information on potential ways to increase public support, and recommendations for appropriate policy actions (Task 5-1)

Each of these outputs will contribute to a clearer economic view of water reuse options, and jointly will produce a coordinated suite of information that can help guide both local level decision making on water reuse, and policies to support broader adoption in small communities.



**Figure 5.** Survey instrument design.

### *Objective 5*

We will anchor our research on institutional aspects of water reuse for small and rural communities around detailed case studies in Colorado, augmented by comparative research in other areas. The Colorado Department of Public Health and Environment (CDPHE) has developed more stringent regulatory standards for wastewater discharges in recent years and is shifting increasing attention toward compliance in small and rural communities (see LOI - CDPHE). In the face of organized opposition to regulatory activity among rural communities in the state, CDPHE is actively exploring how to engage more effectively with these communities to help them understand their water quality responsibilities and what resources are available to help them build needed capacities. In parallel, CDPHE is developing new water reuse regulations. Further, Colorado's water rights system presents opportunities and challenges for water reuse that fall largely outside CDPHE's jurisdiction. We will use semi-structured interviews, stakeholder workshops, document analysis, and legal and policy analysis to develop case studies in Colorado and other states, draw comparative lessons, and inform recommendations for regulators and local decision makers through five interconnected and mutually reinforcing tasks, outlined below.

### *Task 5-1: Analyze opportunities for coordinating disparate interests*

Some water reuse projects will be justifiable based on water supply benefits alone, but many more may only be economically or politically viable when taking multiple benefits into account. Examples include projects that combine groundwater recharge and stormwater management, agricultural water supply augmentation and reduction of nutrient loading to receiving waters, water supply availability and habitat creation [57], etc. However, water management and regulation are typically fragmented institutionally, making accounting for and incorporating multiple benefits dependent on effective coordination among multiple entities with disparate interests [58]. Therefore, we will complement the cost-benefit analysis of Obj. 3 by examining mechanisms for coordination around water reuse. Case studies in Colorado and California will analyze the complementary and conflicting interests within a single regulatory agency and among local stakeholders, highlighting potential alignment and coordination.

### *Task 5-2: Clarify implications of water rights and effluent-dependent ecosystems*

In Western states, decisions to reuse wastewater effluent that was previously discharged to surface water could affect downstream water rights or diminish instream flows that support ecosystems. Potential reuse proponents may not appreciate the importance of these tensions, or may incorrectly perceive them as insurmountable barriers to water reuse. We will use stakeholder

workshops and case studies to enumerate potential barriers to water reuse arising from water rights and ecosystem needs and protections, highlight creative solutions that appropriately navigate these tensions, and generate recommendations for policy actions that respect water rights, support ecosystems, and enable holistic management of water through reuse. We will augment in-depth case studies with comparative analysis of western water rights and water reuse to suggest where and how water rights and ecosystems may need special attention from water reuse proponents.

### Task 5-3: Assess how to address collective opposition to regulation

Necessary regulation, such as implementing regulatory standards that adequately protect public and environmental health, is sometimes perceived as contrary to the interests of small and rural communities. Resistance to regulation may be motivated by different combinations of factors (e.g., perceptions of high cost, perceptions of risk, political ideology), can take different forms (e.g., formal opposition via industry groups vs. communities loosely acting in concert), and may involve seemingly independent third parties (e.g., consultants serving multiple communities). It can be particularly challenging in distributed situations, such as when opposition spreads through a rural region, and can impede the integrative thinking necessary to fulfill the promise of water reuse. To understand how regulators can address collective opposition appropriately with the right mixture of carrots and sticks, we will conduct case studies of organized resistance to regulation (e.g., Colorado rural communities' resistance to increasingly stringent nutrient regulations, pushback by wastewater industry groups, etc. and relevant regulatory responses. We will give particular attention to effective communication and engagement, means of incentivizing regulatory compliance given resource limitations, and the perceived costs and benefits of water reuse.

### Task 5-4: Identify ways to build underserved communities' trust

Even where water reuse may help underserved communities address water challenges, they may distrust proposed solutions and their water system's capacity for successful implementation. Many have histories of race- and class-motivated underinvestment resulting in inadequate water and wastewater service and unsafe, unpalatable, or unreliable drinking water, with tangible and lasting repercussions for economic and public health. We will interview community members in underserved communities to document sources of distrust and develop recommendations for legitimizing reuse. Our goal will be to identify and expand windows of opportunity for pursuing water reuse while establishing clear mechanisms for building accountability and trust0.

### Task 5-5: Clarify opportunities to advance regulatory leadership

Prior EPA-funded research by the UCB team highlighted the importance of regulatory relationships when wastewater utilities are seeking to adopt innovative technologies. The work identified five interconnected characteristics of regulatory relationships that, individually and collectively, appear to facilitate innovation (see Figure 6) [59]. Large, well-resourced, and sophisticated utilities can be expected to shoulder significant responsibility for cultivating effective regulatory relationships around reuse. By contrast, a more proactive approach (regulatory leadership) may be needed to make reuse accessible to small and rural communities, including new means of coordination, outreach, engagement, education, and assistance. We propose to clarify the potential for regulators to increase progress toward meeting regulatory goals through more actively identifying and addressing barriers to socially and environmentally beneficial innovation, as well as cultivating more effective regulatory relationships to accelerate appropriate adoption of water reuse. We will use workshops with key thought leaders from the regulator and

regulated communities to augment lessons from Tasks 5-1 to 5-4. To highlight insights from Objective 5, will disseminate policy-focused research results, centered around a "virtual road show" that calls on proven leaders to highlight the institutional aspects of successful (and failed) water reuse projects and the role of regulatory leadership.



**Figure 6.** Characteristics of effective regulatory relationships around innovation

## *Objective 6*
### *Task 6: Conduct case studies of five small communities to construct implementation roadmaps centered around windows of opportunity for water reuse.*

We propose to examine decision making for water reuse in small and rural communities, taking a broader view of TMF concerns and opportunities than is typically considered in water-related planning. Our goal is to distill and systematize key considerations for water reuse with a focus on highlighting "windows of opportunity," which we define as points where communities can identify connections among a range of physical, social, and institutional priorities that together support implementation of water reuse. Ultimately, the windows of opportunity approach will become a tool to foster implementation of appropriate reuse technologies by highlighting areas where communities can leverage integration across disparate goals for multiple benefits.

We will anchor our work in five case studies in which detailed engineering assessments are mated with institutional analysis to produce a holistic picture of suitability for water reuse. Community engagement will be infused throughout this process and fed back into the technical elements of the proposal, supporting the co-production of useful and useable results [60]. We will draw directly from Obj. 1 (water availability), 2 (technology screening), 3 (cost curves), 4 (WTP), and 5 (regulatory leadership) for methodology and data inputs, with the goal of using and building on existing EPA guidance (Figure 7, [61]). Our efforts will produce an implementation roadmap with clear guidance for regulators, funding agencies, public stakeholders, and the private sector on where, when, and how water reuse can be successfully implemented.

Our team will collaborate closely with key staff from American Water Works Association (AWWA) and Engineers Without Borders (see LOI - AWWA). These organizations have deep, relevant experience with water engineering and planning for small and rural communities. Both, especially through AWWA's Community Engineering Corps, have deep networks of professional

16

trainers and advisors, on which to draw, including volunteers who regularly contribute TMF capacity to small and rural communities to advance water system performance. AWWA staff will consult on project selection and implementation, and work closely with a postdoctoral scholar on our team.

We will develop five case studies in parallel, using a four stage process: case study screening and selection, infrastructure and organizational assessment, windows of opportunity framework, and landscape analysis. Our ultimate goals will be to assist these five communities, and in so doing to develop a generalizable framework for applying such assessment in other rural communities



**Figure 7.** Framework for Obj. 6 case studies and incorporating outputs from Obj. 1-5. Major barriers identified in this proposed work are shown in red arrows; Obj. 1-5 outputs will help overcome these barriers. Adapted from the Rural and Small Systems Guidebook to Sustainable Utility Management [61].

**Preliminary design of screening criteria:** Formal assessments of small water system suitability often rely on deterministic technical assessments that consider standard methodology [62,63]. Crucially, they often lack a the ability to reflect decision makers' full range of priorities. Sole reliance on engineering-based analysis can limit outcomes for communities [64]. For the first step towards producing a broader windows of opportunity framework, we will produce a conceptual model for screening criteria based on interviews with regulators and experts within Small Systems Division and the Water Reuse Committee within AWWA. Criteria will include a range of factors such as physical geography and infrastructure characteristics, existing water and wastewater infrastructure and its condition, water demand and available supply (Obj. 1); regulatory compliance or lack thereof, existing and potential funding and financing mechanisms, financial stability of the community and the system, and access to critical expertise or materials, access to labor and material value chains, metrics of social and cultural acceptability (Obj. 4), a regulatory environment that would foster stakeholder collaboration for implementation, and so forth.

**Case study selection:** Preliminary criteria will be used to identify five target communities for reuse evaluation, in coordination with stakeholder agencies, local partnerships, and through the AWWA network of volunteers. At least two of the communities will be identified as underserved, defined, for example, by a mean household income (MHI) less than 80% of the statewide MHI.

**Infrastructure and organizational assessment:** Drawing on the criteria developed above, we will conduct a broad-spectrum infrastructure assessment in each of the five communities to

17

determine the technical feasibility of reuse, drawing on research and methods described in Objectives 1-5. The infrastructure assessment will examine the current state of water, wastewater, and – crucially - related infrastructure within the five selected communities, in parallel with institutional elements. We will collaborate on this assessment with regulators and an engineering consulting firm that services small systems (Tighe & Bond). The goals of this exercise will be to a) produce an assessment report of reuse potential for each of the case studies to inform decision makers in each community of their options for reuse, b) refine and expand the criteria developed above, c) draw connections between criteria to support a windows of opportunity framework.

The technical carrying capacity (the amount and complexity of infrastructure the community can be expected to support long term) of the selected communities will be evaluated using quantitative and qualitative techniques. Quantitative inputs into the carrying capacity assessment will include (1) the frequency and nature of any water quality violations, (2) the complexity of existing treatment processes, and (3) the number and grade of water system operator licenses held by the community. Qualitative inputs from the implementation analysis will be gathered through document analysis and interviews with identified community partners. Target interviewees will include include public works directors, water superintendents, and head operators. Our team will also engage with utility advisory boards or town council members for broader community stakeholder perspective. Interview questions during these meetings will focus on technology needs, current and future supply line status, operational capabilities, and overall community perspective on water reuse. In addition, we will use input from these meetings to help define and refine decision support tools developed through this proposed work.

**Windows of opportunity framework:** Building on the assessment reports, and in collaboration with regulators and community leaders, we will highlight windows of opportunity where technical, social, financial, organizational, and regulatory elements can *combine* to produce favorable conditions for water reuse options. Windows of opportunity will be revealed through mapping linkages among (often seemingly disparate) priorities to yield ideas for creative combinations of drivers. For example, a small utility struggling with phosphate removal from wastewater and drought-driven receding groundwater levels might combine these two factors as an opportunity to adopt an engineered biochar percolation system that decreases phosphate levels while also redistributing effluent to groundwater recharge. A key focus of windows of opportunity will be looking for opportunities to leverage disparate funding sources. For example, joining a grant to upgrade a distribution system with planned road repair could change the cost-benefit for both.

A synthesis report, highlighting the five case studies, a final set of criteria, and the windows of opportunity framework will be used to develop a generalized framework and decision support tool geared to help regulators, stakeholders, consultants, and community decision makers holistically evaluate their reuse readiness. The report will outline strategies for regulators and stakeholders to effectively present appropriate reuse technologies. The synthesis report will also demonstrate the interconnectivity between public and private sector partners, equipment vendors, and technical resources, and define roles and responsibilities of associated parties in creating successful and sustainable implementations of reuse.

The synthesis report will serve as a tool for national analysis of water reuse potential. An important assumption underlying our overarching approach to this proposal is the uniqueness of each small water system and the context within which it resides. Given this, the synthesis report

will be geared not towards a coarse assessment of country-wide readiness for reuse, but towards empowering regulators, stakeholders, and local decision makers to evaluate the role reuse could play in achieving multiple benefits for any given community, and generating pathways to realistically actualize them. The ultimate integrative result of our work will be a flexible method for evaluation of a community's water reuse readiness, applicable at a national scale (i.e., the landscape). Our approach will be packaged as a final report submitted to the EPA, providing recommendations for ways to incentivize water reuse in small communities. The EPA can then modify and incorporate this approach into its technical guidance offerings for small and rural communities to improve decision making capacity at a national scale.

### *Responsiveness to EPA National Water Reuse Action Plan (WRAP)*
The following section summarizes ways the proposed research responds to calls for action in WRAP. Only WRAP Action numbers are noted for brevity.

- **Objective 1:** *Primary:* Action 5.5; *Related and supporting:* Actions 8.5, 1.2, 10.3, 3.4
- **Objective 2:** *Primary:* Actions 3.6, and 4.7; *Related and supporting:* Actions 3.1, 3.7, and 1.5
- **Objective 3:** *Related and supporting:* Actions 1.5 and 3.4
- **Objective 4:** *Primary:* Action 8.6; *Related and supporting:* Actions 2.16 and 8.5
- **Objective 5:** *Primary:* Actions 2.6, 8.5, 2.16, 1.2, 2.1; *Related and supporting:* 11.3 and 10.3
- **Objective 6:** *Primary:* 10.3, 1.2, 2.1, 8.6, 8.5; *Related and supporting:* 6.4 and 11.3

## Environmental Justice

Water stress is increasing in many areas of the US, but may be an especially serious challenge for smaller communities with undiversified water supplies, including many small and rural underserved communities across the nation. Water reuse is nearing an imperative for many areas, yet the tools typically used to mitigate the increased risks inherent in reusing contaminated water are not readily adoptable by small and rural systems. For example, adaptation of ozone and UV, two common inputs for water reuse, occurs at much lower rates than larger systems [65]. Also, small drinking water systems in the USA have higher rates of health-based water quality violations [5]. This combination of increasing water stress and inappropriate technology represent an environmental injustice whereby geography and community size are unfortunate predictors of adequate water supplies. This project squarely addresses the disproportionate and adverse human health and environmental impacts by accelerating potential water reuse from small and rural systems, with attention to feasibility, public health implications, and affordability. Survey work (Obj. 4) and interviews and stakeholder workshops (Obj. 5) will actively seek the views, insights, and ideas of community members and community advocacy groups in underserved communities regarding water reuse, willingness to pay for water reuse, opportunities for coordination among disparate interests to enable multi-benefit water reuse, mechanisms for bringing accountability and transparency to water reuse decision making, the role of regulation, and opportunities for regulatory leadership to advance water reuse in underserved communities. A key community research partner, *Leadership Counsel for Justice and Accountability (LCJA),* will work with the academic team on detailed planning and implementation of Obj. 5. Obj. 6 will include case studies in at least two underserved communities. Products from this work including the windows of opportunity roadmap, framework for carrying capacity quantification and list of appropriate and accessible water reuse technology are targeted specifically to small and rural communities: as

many such communities are underserved, our work will help close health and environmental gaps and contribute to national environmental justice priorities.

## Innovation and Sustainability

### *Innovation*

The proposed work is driven largely by an interest in acknowledging and addressing the innovation deficit [66] in water management in rural and small systems. The gulf between the current scarce implementation of water reuse in small systems and its potential is wide: advancing water reuse will, by definition, require developing new approaches to technology and management practices. The proposed work itself consists of individual efforts of research innovation, which as a whole will combine to, in turn, enable broader applied innovation through the real-world use of its framework and decision tools. The result will be increased potential for water reuse innovations on the ground, enabling the broader adoption and diffusion of reuse and ultimately its transition to a standard practice. As impediments to the broad legitimization of water reuse are often multidisciplinary barriers, this project contributes to filling knowledge gaps across technical, social, financial, organizational, and regulatory elements, and co-producing community-tailored roadmaps with community leaders. Specifically, this project overcomes the informational (Obj. 1) and technical (Obj. 2) challenges in water reuse implementation, ties with socioeconomic (Obj. 3 and 4) and institutional (Obj. 5) innovations that incentivize water reuse and accelerates community readiness for water reuse via visionary and integrative solutions (Obj. 6). Through the convergence of multidisciplinary innovations, we aim to close the knowledge gaps, address multiple community concerns, and provide generalizable guidance for small systems throughout the US.

### *Sustainability*

This proposed work embodies the three pillars of sustainability: environmental, social, and economic. The central motivation behind the proposed work is the premise that appropriate application of water reuse can help address all three of these pillars at a national scale. By increasing the pace of adoption and diffusion of water reuse approaches, the proposed work will contribute to national sustainability goals for water and environmental systems. Implementation of fit-for-purpose water reuse collectively addresses multiple environmental issues, including but not limited to, reducing exposures to water contamination, alleviating water stress, sustaining ecosystem services, and enhancing resilience against climate change. In particular, advancing water reuse for underserved small, rural, and low-capacity communities may help these communities achieve multiple benefits while simultaneously addressing environmental goals in ways that traditional infrastructure typically does not. Products from this work, which will be co-produced with regulators and community leaders, will address the disproportionate and adverse human health and environmental impacts felt by small communities, and thus promoting the development, planning, and building of sustainable communities. Additionally, this work also empowers communities to learn about sustainability and resilience of water reuse through the proposed community-based case studies. Additionally, this project will connect scientific data with economic analysis that provide quantifiable incentives and considerations of water reuse for resource-stressed communities.

## Expected Results, Benefits, Outputs, and Outcomes

The expected outputs and outcomes of this project are summarized in Table 3.

**Table 3.** Expected results, outputs, benefits and outcomes for each objective.

| Objectives / Results | Outputs | Benefits / Outcomes |
|---|---|---|
| Obj. 1: | • Inventory of sources for water reuse for Obj. 6 case study communities<br>• Stepwise SOP for developing water inventory<br>• Prototype calculation engine to compute water inventory<br>• Peer-reviewed publications | • Improved access by decision makers to useful, and useable data on water available for reuse<br>• Increased potential for decision makers to consider water reuse from a source water perspective |
| Obj. 2: | • Searchable, web-based spreadsheet of source/ technology/end-use combinations<br>• A technology scan framework that can be used periodically as new technology developments<br>• Peer-reviewed publications | • Small systems interested in reuse of pre-screened technologies to focus on.<br>• Several new technologies ready for full-scale application due to closed research gaps. |
| Obj. 3: | • Cost curves for source water/end-use combinations tailored to small communities<br>• Framework for developing cost curves for water reuse<br>• Peer-reviewed publications | • Increased ability for decision makers to consider water reuse in an economic context, and to compare with traditional options.<br>• Increased ability for decision makers to consider intangible economic benefits of water reuse in broader context. |
| Obj. 4: | • National-scale survey data on public acceptance and WTP for water reuse focused on small community residents<br>• Tailored survey data on water reuse acceptance and WTP for specific source water/technology/end-use combinations for Obj. 6 case study communities<br>• Recommendations for policy approaches and incentives for overcoming social resistance to water reuse.<br>• Peer-reviewed publications | • Increased understanding by decision makers about their constituents' willingness to pay for water reuse in small communities.<br>• Potential policy action targeted towards overcoming small communities' resistance to water reuse. |
| Obj. 5: | • Workshops<br>• Outreach and engagement (blog posts, fact sheets)<br>• Video products – distillation for lay audiences, motivational<br>• A "virtual road show" through which research results are communicated to broader audiences, and leadership in water reuse is exemplified by the regulators and community decision makers who have succeeded in advancing its implementation<br>• Publications (white papers, issue briefs, journal articles, law review) | • Advancing regulatory leadership in Colorado<br>• Better informed and empowered regulators and community leaders more capable of considering and implementing water reuse in small and rural communities<br>• Methods for advancing environmental justice through water reuse, co-developed and jointly disseminated with a leading EJ organization |
| Obj. 6: | • Roadmap for water reuse available as guidance to small communities<br>• Peer-reviewed journal articles summarizing convergence of water reuse factors | • Small water systems have tools and resources for accelerating water reuse application<br>• Small systems with more resilience water resources<br>• A decreasing gap between large and small systems with respect to water reuse technology adaptation. |

**Project Management**

*Facilities*
<u>ISU laboratories</u>: The Environmental Engineering laboratories at ISU are equipped with liquid chromatograph with mass spectrometer (LC-MS), gas chromatograph with mass spectrometer (GC-MS), ion chromatograph, inductively-coupled plasma emission spectroscopy (ICP-ES), combustion oxidation organic carbon analyzer, and routine molecular biology equipment, which will be used in Obj. 2. The research team has access to all ISU core facilities for a nominal fee that offers state-of-the-art equipment for chemical, biological, and physical characterization.

<u>URI laboratories:</u> The Environmental Engineering lab is equipped with routine chemical equipment as well as a UV-vis spectrophotometer, GC for THM analysis, total organic carbon (TOC) analyzer. The laboratory includes a 350 ft$^2$ area for continuous flow column experiments, including tanks for water storage. Core facilities on campus housing state-of-the-art instrumentation will be leveraged for the analytical methods used in this proposed work.

<u>UCB facilities:</u> The Center for Law, Energy & the Environment at UCB School of Law has extensive facilities for convenings, and a 15 year history of successfully organizing and facilitating workshops, conferences, focus groups, and other meetings. This experience and the related intellectual infrastructure are key resources on which we will draw heavily to complete the proposed work. Our events will most likely to take place off campus, in the regions that are the substantive focus of this work, or virtually as appropriate.

*Personnel expertise and experience*
*Project leadership:* <u>PI Ikuma (lead PI)</u> has extensive research experience in environmental microbiology and water quality with a focus on public health protection in water reuse. She has experience leading interdisciplinary, federally-funded research projects with multiple PIs involving human subject research, and has recently completed formal training on effectively leading for large teams. <u>Co-PI Goodwill (URI lead)</u> has fifteen years of experience in academia and consulting working on water physicochemical processes. He specializes in transformation and removal of contaminants in water reuse. <u>Co-PI Kiparsky (UCB lead)</u> has 20 years of experience leading research and engagement efforts at the intersection of water institutions, science, and technology, including extensive work on processes of urban water sector innovation.

*Water information expertise:* We include a strong team of water resources researchers with expertise in climate change predictions of water availability (<u>Co-PI Liu</u> [ISU]), agricultural flows (<u>Co-PI Arenas</u> [ISU]), and stormwater management (<u>Co-PI Rehmann</u> [ISU]).

*Technology innovation and health risk expertise:* The project team represents a strong background in innovative active (<u>Co-PIs Goodwill</u> and <u>Ong</u> [ISU]) and passive treatment technologies (<u>Co-PI Charbonnet</u> [ISU]), and public health risk prevention (<u>PI Ikuma</u>, <u>Co-PI Craver</u> [URI]).

*Social and organizational innovation expertise:* Our team includes researchers with exceptionally strong backgrounds in institutional innovation and regulatory leadership (<u>Co-PI Kiparsky</u>, <u>Senior Research Fellow Green Nylen</u> [UCB]), as well as water and environmental policy (<u>Co-PI Wang</u> [ISU]) and economics (<u>Co-PI Guilfoos</u> [URI]).

*Overall project management structure*
PI Ikuma will serve as the lead PI and overall project manager. The postdoctoral researcher to be hired at ISU will serve as the QA manager  as well as assist in project management in addition to

their research efforts. Most objectives have 2-3 lead co-PIs who will oversee the tasks as shown in Figure 8; these PIs will organize weekly or biweekly progress meetings with associated project personnel. PI Ikuma will organize monthly project-wide meetings with all project personnel to track



**Figure 8.** Project management organization.

progress towards achieving the expected results outlined above. These meetings are particularly important to ensure that Obj. 1-5 are not conducted in a vacuum, but that these research efforts are informed by the real small community context through Obj. 6 efforts. All meetings will take place at ISU with URI, UCB, and stakeholders participating via conference video calls. Meeting notes will be shared in a timely manner with all project personnel through an online server and/or email. In addition, PI Ikuma will host a Microsoft Teams channel for real-time communication between project personnel that will be routinely monitored by the postdoc researcher. Other data will be shared using an online server (see QA Statement and Scientific Data Management Plan). PI Ikuma will be responsible for keeping the project, budget, and dissemination of results on track throughout the project period.

### Project Schedule

The proposed work will span a 4-year period (Table 4). While most tasks will be concurrent, continuous communication with project personnel across tasks will ensure that decisions are made according to the goals and objectives for this project.

**Table 4.** Project schedules with associated milestones and target dates. Data collection will not start until the QAPP and IRB/HRSSO approval.

| Obj | Task | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| -- | QAPP to EPA for approval | | | | | | | | | | | | | | | | |
| -- | Obtain IRB and HSRRO approval for human subjects research | | | | | | | | | | | | | | | | |
| 1 | Overcome water information barrier | Collect and consolidate available data | | | | | | | | Develop prototype calculation engine and SOP | | | | | | | |
| 2 | Overcome technology/health barrier | Develop STS framework | | | | Validate technologies and make spreadsheet tool for technology selection | | | | | | | | | | | |
| 3 | Construct cost curve | | | | | Calculate costs | | | | Perform benefit-cost analysis and construct cost curves | | | | | | | |
| 4 | Understand public acceptance and WTP | Conduct national survey | | | | Conduct target community surveys | | | | | | | | | | | |
| 5 | Foster regulatory leadership | CO/CA in-depth case studies on disparate interests, water rights, collective opposition, and building trust | | | | | | | | | | | | Advance regulatory leadership | | | |
| 6 | Conduct case studies in small communities | Case study community selection | | | | Infrastructure & organizational assessment | | | | Windows of opportunity framework | | | | Landscape analysis | | | |
| -- | Reporting to EPA | | | | AR | | | | AR | | | | AR | | | | FR |

**QAPP**: Quality Assurance Project Plan; **IRB**: Institutional Review Board; **HSRRO**: EPA Human Subjects Research Review Official; **AR**: Annual Report; **FR**: Final Report

# QUALITY ASSURANCE STATEMENT

## 1. Project QA Management Structure

The postdoctoral researcher (ISU; to be hired) will serve as the Quality Assurance (QA) Manager for the entire project and will oversee all QA and quality control (QC) of research activities outlined in the Research Plan. Responsibilities include working with ISU staff on administration of contracts associated with project activities, preparation, review, and approval of the quality assurance project plan (QAPP) and subsequent revisions to ensure data quality, records management, and overall data QA management. Specifically, PI Ikuma (ISU) and the postdoc will coordinate with all other project personnel to maintain adequate QA management of each objective. PI Ikuma has served as QA Manager or in similar roles in two other EPA-funded projects during her postdoc years as well as an assistant professor at ISU, and therefore, can guide the postdoc in how to build an effective QA management structure.

QA management for each objective will be the primary responsibility of the following PIs: Obj. 1 - Co-PI Rehmann (ISU); Obj. 2 - Co-PIs Goodwill (URI) and Charbonnet (ISU); Obj. 3 – Co-PI Liu (ISU); Obj. 4 – Co-PI Wang (ISU); Obj. 5 – Co-PI Kiparsky (UCB); Obj. 6 – PI Ikuma.

## 2. Project Objectives and Hypotheses

The main goal of this project is to accelerate community readiness for water reuse in small, rural, and underserved communities by overcoming major barriers to water reuse adoption. Our overarching hypothesis for this proposed work is that community readiness for water reuse in small systems can be accelerated by a convergence of technological, informational, social, and institutional innovation. In addition, we hypothesize that severe water scarcity need not be a prerequisite for water reuse implementation, given careful attention to windows of opportunity that integrate multiple community concerns. These main hypotheses will be tested through the following objectives of this project: (1) develop water inventory to overcome the water information barrier; (2) develop validated list of fit-for-purpose technologies to overcome lack of guidance on appropriate technologies; (3) construct projected cost curves that incorporate environmental benefits; (4) identify ways to overcome social barriers to public acceptance; (5) foster institutional innovation to overcome organizational barriers; and (6) conduct case studies to accelerate community readiness for water reuse in five small communities across the US.

## 3. Data Collection, Analyses, and Use

a. *Collection of new data:* Data collection and analytical methods to be used in each objective will follow the *Research Plan* and best practices in each research area. Though specific analytical methods are not listed herein, we will use rigorously tested and validated methods for all analytical measurements in the laboratory (mostly EPA methods and Standard Methods). In particular for Obj. 2, precision of chemical and biological data will be evaluated by relative percent difference or relative standard deviation on duplicate or split samples (<20% acceptable); accuracy will be evaluated by blind proficiency testing and percent recovery of spikes (<20% acceptable); and completeness will be evaluated (strive for 100% completeness). For quality control purposes, duplicate water samples will

be collected on a minimum of 10% of the batch or pilot-scale experiments performed. Unique sample ID will be generated for each sample to track its progress through the laboratory. Samples are considered complete when all analyses have been performed, and data have been reviewed, verified, and validated. In addition, this project will collect human subjects data. The survey answers will be transferred to an electronic format while hard copies will be destroyed. Semi-structured interview data will include original interview data, including audio recordings and transcriptions of those recordings. Data quality will be assessed through the quality of recordings and transcriptions, and completeness of survey answers.

b. *Use of existing data:* Existing publicly available data will be used in Obj. 1 to generate inventories of water available for reuse and cost curves, which involve volumes and marginal costs of water from different sources. These data will be collected from Oak Ridge National Laboratory Daymet database, CMIP5 hydrology and climate projections, and LOCA hydrologic projections (see *Research Plan* and *Scientific Data Management Plan*). These sources were chosen based on their availability and widespread use, also because all data from these sources go through rigorous QA/QC procedures. Existing, secondary data used in the project will be clearly identified in our data files and in all reports and publications.

c. *Methods development:* No new methods will be developed in this project.

d. *Development of models:* A calculation engine for water availability will be developed in Task 1-2. The calculation engine essentially automates and streamlines the estimation of source water quantity by producing an executable file that performs all calculations based on the methods developed in Task 1-1. Detailed method will be documented and published on peer-reviewed journals, and source code will be shared on public code-sharing platform such as GitHub. Extensive validation and verification of the calculation engine will be performed by comparing calculated results with the data inventory (Task 1-1) for a selective of communities. The calculation engine will be maintained and updated upon additional/new data availability.

e. *Development of environmental technology:* Though no new environmental technology will be developed through this project, we will validate existing, close-to-full-scale water reuse technologies as described in the *Research Plan* (Task 2-3). The technologies will be tested through mesoscale bench or pilot-scale continuous flow experiments in the laboratory. The produced water from these technologies, using different source waters for reuse, will be compared to existing health-based water quality standards as described in Task 2-1 to be deemed acceptable or not. Standard Operating Procedures will be written prior to the testing of each technology. Any design changes will be documented in laboratory notebooks and further clearly stated in reports or other publications.

f. *Conducting surveys:* This project will collect data from human subject interviews and human subject surveys. The survey will be sent to up to 1,000 households in small/rural communities across the US. Detailed treatments and design of surveys including data analysis are provided in the *Research Plan*.

## 4. Data Management Activities

Scientific data and record files (code, data from simulations, spreadsheets, scans of notebooks, etc.) will be stored on local personal computers. We will maintain backups in the form of hard disk

and cloud-based technologies for digital media. Data will also be backed up using CyBox, a secure, cloud-based storage system sponsored by ISU, which can be made accessible to non-ISU project members. CyBox has the advantage of supporting automatic file-versioning, enabling the tracking and correcting of older versions of a file in case an error is discovered or the current working file is lost. Physical data (e.g., lab notebooks) will be retained in a fire-safe cabinet for a minimum of five years after conclusion of the award or five years after public release (publication), whichever is later. Physical data related to a student's research work will be retained for at least five years after the degree is awarded. Longer periods will apply when questions arise from inquiries or investigations with respect to research. All electronic data collected will be indexed and stored for the remainder of the PIs' careers and will be transferred to new storage media as technology changes over time.

The survey answers will be transferred to an electronic format while hard copies will be destroyed. The researchers will use IRB guidelines to protect the identity of the participants and will keep respondents' names anonymous. Audio recordings from interviews will not be retained after transcription and after applicable policy timelines as they contain personally identifiable information. The survey and interview data will be stored in secure sites (ISU's Cybox) and a locked cabinet for physical copies of surveys and interview recordings. All other data will be maintained with accordance to the IRB protocol at ISU and UCB (see *Human Subject Research Statement*). To ensure replicability of our analysis by others, we will archive all collected data with all personally identifiable information removed.

All data will be shared among project members for discussion and quality assurance throughout the project period. The data will be released to the public at the earliest possible time including an immediate release after publication. Data will be shared with interested parties upon request. Release of the data will adhere to EPA and ISU policies regarding appropriate protection of privacy, confidentiality, security, intellectual property, or other rights or requirements.

**EPA HUMAN SUBJECTS RESEARCH STATEMENT**

The proposed research includes human subjects research associated with Tasks 3-1 and 3-2 to assess the organizational and social barriers to water reuse adoption in small and rural communities.  Prior to beginning any human subjects work, refined plans for the proposed research will be submitted for review to the appropriate Institutional Review Boards (IRBs): for Task 4 the ISU IRB (Federalwide Assurance # FWA00002678; IRB00000473); for Objective 5: The IRB at the University of California, Berkeley (FWA00006252; IRB00000455 and IRB00005610).

**1.   Risk to Human Subjects**

**a. Human Subjects Involvement, Characteristics, and Design**

Expanding water reuse in small and rural communities will require understanding the unique institutional challenges they face and the different approaches communities and regulators might take to create, or take advantage of, windows of opportunity for appropriate water reuse.

Task 4 and Obj. 5, and will employ mixed methods approaches to understanding organizational and social barriers, including the following human subjects research:

- Surveys to assess public attitudes about water reuse and willingness to pay (WTP);
- Interviews with knowledgeable parties to aid the development of case studies on (a) coordination among and within organizations that is enabling, or could enable, water reuse in small and rural communities; (b) organized resistance to regulation that may affect the prospects for expanding water reuse and regulatory responses to such resistance; and (c) the implications of water rights and effluent-dependent ecosystems for water reuse;
- Interviews on sources of distrust of water reuse in underserved communities and ways to address that distrust;
- Stakeholder convenings (workshops) on (a) the implications of water rights and effluent-dependent ecosystems for water reuse in western states and (b) the potential for more effective regulatory relationships and regulatory leadership around water reuse.

Participants will provide critical insights into institutional challenges associated with water reuse, their social and cultural dimensions and historical origins, and potential means of addressing them that could not be derived in other ways.

Survey data will be collected when participants respond to our online or mail survey. Respondents will receive an invitation letter with the URL link of the online survey, a printed copy of the questionnaire, and a reminder card. They can choose to use the online link to fill out the survey online, or fill out the paper survey and mail back to our address. We will buy name/address information from a service provider (e.g., Dynata) for a representative national sample (2000) of rural population, with a small random sample (500) of urban population for comparison.

Interview and workshop participants will be selected for their involvement in decision making for water reuse, their role as stakeholders who will be affected by reuse projects, or their involvement in community advocacy with underrepresented communities.  They will include stakeholders and decision makers associated with water and wastewater utilities (e.g., utility managers and high-level staff), consultants, technical service providers, state and federal water quality regulators, community advocates from underserved communities, NGOs, and other entities that might pursue

water reuse or be affected by it.  Many interviews will be focused on case studies in Colorado and California, but participants from other states will also be included, as appropriate.  Workshops will include participants from a range of states, with an emphasis on the western U.S.  Academic team members will identify potential interviewees and workshop participants in collaboration with community research partners, through publicly available information, and via snowball sampling. Community / non-academic team members will be engaged in specific research projects to assure that the design, implementation, and analysis of the research meets the needs of potential users and beneficiaries. Interview participants will be offered a stipend/honorarium (up to $100) for their participation in this research.

All research participants will be adults (age 18 and older), some of whom will be from economically vulnerable populations. The participation of socioeconomically vulnerable groups will contribute critical perspectives that are too often excluded from water decision making. These perspectives will be crucial for helping us to understand the range in attitudes toward reuse and willingness to pay in small and rural communities, identify untapped opportunities for coordination and collaboration on water reuse in underserved communities, and understand sources of distrust and concern about water reuse in underserved communities as well as potential mechanisms for building accountability and trust around reuse.

### b. Sources of Materials

Survey data will be collected from respondents' answers to online or mail survey questions regarding their attitudes about water reuse, willingness to pay, and demographic information. Names/addresses of the sample will be encrypted with a series of randomly-assigned letters and numbers. This encryption will separate personal identifiable information from their survey answers. The personal identifiable information will be stored in the secure university online system – Cybox. Data sharing will also be done via Cybox. The co-PIs and their research assistants who directly participate in survey administration and data entry will have access to personally identifiable information. All personnel who have access to sensitive information will have a certificate of human subject research training.

Interviews will be conducted by phone or Zoom depending on the participant's preference. Workshops will be conducted by Zoom.  Collected material from interview and workshop participants will include researchers' notes and audio/video recordings that will be used to aid in data transcription and/or checking notes for accuracy.  For Zoom interviews and workshops, we will use the UC Berkeley-licensed version of Zoom and adhere to the UC Berkeley best practices and guidance for Zoom security, including keeping the software up-to-date, using a password-protected meeting code, not allowing others to join before the host, and not allowing others to screen share. We will only do local recordings onto the computer (not Cloud recordings) from Zoom. Participants' personal information (name, organizational affiliation, contact information) will be omitted or anonymized in reporting of results. Data will be secured on a password protected computer and backed up on an external hard drive inside the PIs locked offices. Data will be shared through a secure platform (Box), and accessible to only the researchers on the project team listed on Task 3-2 and approved to conduct Human Subjects Research. All data will be destroyed 5 years after resulting publications.

### c. Potential Risks

There is minimal risk in this study in which survey respondents, interviewees, and workshop participants will describe and reflect on their personal and/or professional experiences and views related to water reuse, which is not considered a sensitive topic. It is possible that, due to the specific nature of this project, although individual identities will be kept anonymous, participants might be identifiable to knowledgeable persons of the field.

## 2.  Adequacy of Protection Against Risks

Survey participants will be contacted with an invitation letter. The letter will include an introduction to the study, the URL link to the online survey, informed consent, and a small token ($2 bill) to incentivize participation. Participation in the survey is voluntary. A printed questionnaire will be mailed to those who do not initially respond to provide additional venues of data collection. Individual-level data containing personal identifiable will be encrypted and separated from survey data. The data file containing personal information will be stored using the secure university-approved system – Cybox to ensure safety and reliability. Data and findings will only be reported on the aggregated level. Data-sharing of non-identifiable information will also be conducted through Cybox to prevent any potential risks.

To minimize potential risks to interview and workshop participants, an Information Letter will clearly state, and the interviewer will remind the interviewee at the start of the interview, that confidentiality cannot be guaranteed due to the unique nature of each institution's experience. Participants will be informed about the following elements, at a minimum: a) The identity/affiliation of the researchers; b) A clear description of the study procedures; c) A statement that participation in the research is voluntary; d) Contact information for questions about the research. Participants will also be informed that their name, contact information, and any other identifying information will be kept confidential and that research results will not include a list of interview participants and will not link any identifying information to quotes or any other data, unless they specifically grant permission for it. Audio/video recording will be conducted only if interviewees / workshop participants agree to be audio/video recorded at the beginning of the interview or workshop.  Participants will be given the opportunity to review their own quotes and contributions to final publications and will be asked how they should be identified in any publications. They will also be given the opportunity to withdraw their information any time prior to publication of results.

There is a possibility that data privacy could be breached if, e.g., the researcher's computers are hacked, revealing participants survey responses, answers to interview questions, or contributions to workshop discussions. We expect the magnitude of potential harm associated with such a breach would be minimal, since surveys, interviews, and workshops will not be designed to elicit sensitive information and would not put participants at risk of any civil or criminal liability.

## 3.  Potential Benefits of the Proposed Research to Human Subjects and Others

The survey will provide some basic information on water reuse, including how water can be reused from different sources and the potential environmental and health benefits from water reuse. Depending on the participants' prior knowledge, this information may be new to them. A small financial token will be provided to respondents – a $2 bill will be included in the first invitation letter to encourage participation. Respondents who complete the survey will be entered in a lottery to win $20 (up to 30 recipients).

Interview and workshop participants could benefit by developing a better understanding of the institutional challenges associated with implementing water reuse in small and rural communities and ways to address those challenges. Underserved communities in particular could benefit from guidance on improving coordination among and within organizations with different interests to enable water reuse that helps meet multiple community needs, addressing organized resistance to regulation that affects the prospects for water reuse, building accountability and trust around water reuse, and promoting proactive regulatory leadership that helps small and rural communities meet the challenges and responsibilities they face. Workshop participation will provide opportunities for members of underrepresented groups and decision makers at regulatory agencies and water utilities to form networking relationships with each other. These relationships may serve as a point of entry for people from marginalized groups to be meaningfully included in future decision making for water reuse, as well as for decision makers to have access to the valuable perspectives of community members from marginalized groups. Additionally, interview participants will be offered a stipend/honorarium (up to $100) for their participation in this research.

The potential benefits for research participants outweigh the potential risks associated with participation in this study. The risks to participants are reasonable because we expect the risks of a potential breach of confidentiality to be minimal while participants may gain knowledge that could help their communities, or help them in their work.

## 4. Importance of the Knowledge to be Gained

Small rural communities depend on small systems for water supply, and they often face more constraints and challenges than larger communities. Rural populations differ from urban populations in acceptance, attitudes, and risk perception of water reuse. The survey will provide first-hand data on the specific needs, challenges, and concerns of small rural communities in water reuse. This survey will also be useful in answering some of the questions that haven't been investigated in-depth by previous studies, such as the difference in accepting recycled water from different sources, the specific concerns and risk perceptions of small rural communities, and their willingness to pay for water reuse.

Interviews and workshops will give academic researchers and collaborating partners insights into the institutional challenges associated with implementing water reuse in small and rural communities and how to address those challenges. Resulting publications and other outputs will convey these insights widely, providing critical information to decision makers and stakeholders that can accelerate widespread adoption of water reuse by the nation's many small and rural communities.

The risks to research participants are reasonable because we expect the risks of a potential breach of confidentiality to be minimal while we expect to gain knowledge of great interest and utility to both academics and potential implementers of water reuse projects.

30

## SCIENTIFIC DATA MANAGEMENT PLAN

**Types of data and metadata**

Objectives 1 and 3 of the proposed project will use publicly available data to generate inventories of water available for reuse and cost curves, which involve volumes and marginal costs of water from different sources). The prototype calculation engine from these objectives will collect and process the data and generate the inventories and cost curves.

Objective 2 of the proposed project will generate two main types of data: (1) numerical rankings from desktop assessments of water treatment technology and (2) bench-scale and pilot-scale treatment processes performance data from resulting from laboratory experiments. Examples of data resulting from laboratory experimentation includes fundamental water quality parameters before and after treatment, such as pH, turbidity, dissolved metals, etc.

**Location where data will be publicly accessible**

The data used in Objectives 1 and 3 are already accessible from national databases such as SSURGO Database (https://websoilsurvey.sc.egov.usda.gov/App/HomePage.htm), National Elevation Dataset (NED) (https://gdg.sc.egov.usda.gov/Catalog/ProductDescription/NED.html), and Cropland Data Layer (CDL) (https://nassgeodata.gmu.edu/CropScape/). Table 1 presents the sources of meteorological data to be used in Objective 1; runoff will be computed with the curve number method [40]. The particular data used to create the inventories and cost curves for the five case-study communities, as well as the source code, executables, and documentation for the prototype calculation engine, will be made publicly available on GitHub.

Table 1. Sources of meteorological data to be used in Objective 1.

| Period | Variable | Sources |
|---|---|---|
| Historic | Precipitation | Oak Ridge National Laboratory, Daymet [15] |
| | Surface runoff | Downscaled CMIP5 hydrology projections [38] |
| Projected | Precipitation | Downscaled CMIP5 climate projections [67] |
| | Surface runoff | LOCA hydrologic projections [38] |

Data resulting from Objective 2 will be made publicly accessible by posting on The University of Rhode Island Digital Repository (DigitalCommons@URI – digitalcommons.uri.edu). DigitalCommons@URI is open to all URI researchers and offers long-term preservation of 20GB of data, with public access and digital object identifier (DOI) registration. Unique Objective 2 data collected at ISU may be stored on figshare.com to allow open access.

**Data standards**

The data used, source code, and results produced in the project will be stored as text files, unless otherwise noted. Community-based results produced in Objective 1 and all data from Objective 2 will be stored as spreadsheets (.xlsx).  Multiple software programs are capable of viewing and editing .xlsx files.

**Access, sharing, and long-term preservation**

The PIs have a record of significant peer-reviewed publications, and it is anticipated that the majority of data will be published in peer-reviewed journal publications. When appropriate, manuscripts will be submitted to open access journals. Upon publication, regardless of the journal type, these articles will be made available worldwide by their inclusion in the open-access ISU Digital Repository (http://lib.dr.iastate.edu/), and DigitalCommons@URI. Objective 1 data will also be shared on GitHub, as described above. Archiving these products on these sites will ensure long-term preservation, DOI citations, and free worldwide access.

**Validation of published results**

Along with the source data, code, and results, we will also store on GitHub documentation that explains how to reproduce figures and tables published in journal articles.

**Roles and responsibilities**

The three PIs involved in Objectives 1 and 3 (Liu, Arenas, and Rehmann) will share the responsibility of ensuring that the data and code are archived properly on GitHub. PIs Liu and Arenas, who will supervise the graduate research assistants working on Objectives 1 and 3, will guide the students in archiving the results. PIs Ikuma and Goodwill will have final responsibility of ensuring that all data resulting from Objective 2 is properly archived on DigitalCommons@URI or figshare.com.

**Resources and capabilities requested**

We have not requested any resources for data management. All data management activities involved in Objectives 1 and 3 can be handled within the duties and responsibilities of the PIs and ISU researchers; the ISU Library offers adequate data management support for researchers. Similarly, DigitalCommons@URI is provided to all members of the URI community without costs, and proper archiving within Objective 2 will handled without additional resources required from this proposed project.

### COMMUNITY ENGAGEMENT RESEARCH (CEnR) PLAN

This proposed work involves significant levels of community engagement, especially in Objectives 5 and 6, as a critical component of our efforts to accelerate small/rural community readiness for water reuse.

**Collaboration and engagement proposed with communities:**
Obj. 5 focuses on case studies of small, rural communities in Colorado and California to better understand the unique institutional challenges these communities face in considering and implementing water reuse. We will work with the *Colorado Department of Public Health & Environment* as well as towns such as *Telluride, CO* (see Letters of Intent) for community and stakeholder engagement. The tasks in this objective will leverage existing and new collaboration with experts in environmental justice, including the *Leadership Counsel for Justice and Accountability (LCJA)* and *Felicia Marcus*, who is the William C. Landreth Visiting Fellow at Stanford University's Water in the West Program, a Consultant and Founding Member of the Water Policy Group, and a Fellow of the National Academy of Public Administration (see Letters of Intent). Community engagement with LCJA around Tasks 5-1 to 5-5 will center the environmental justice implications of water reuse in small and rural communities (for example, for Task 5-1: the implications of coordination through consolidation of small water systems in underserved communities with larger drinking water and wastewater systems as a means to generate additional scale benefits for enabling water reuse). LCJA will contribute to the project in several critical ways, including helping to facilitate connections with appropriate interviewees in underserved communities; helping to refine research questions and interview protocols; and reviewing, commenting on, and co-authoring research and policy products. Dr. Marcus will collaborate across the project with a focus on organizational and social aspects of water reuse, participating in research efforts, co-authoring and reviewing drafts, and engaging with external stakeholders.

Obj. 6 integrates all aspects of the proposed work through case studies of five small, rural communities across the US in which the project team will assess ways to accelerate water reuse adoption. Of the five case studies, at least two underserved communities will be selected to further environmental justice and build understanding of how underserved communities needs may differ from better resourced communities' needs. This work will be conducted in close collaboration with the *American Water Works Association (AWWA)* (see Letter of Intent). AWWA has relevant experience developing water engineering and planning for small and rural communities. In particular, AWWA's Community Engineering Corps has deep networks of professional trainers, advisors, and volunteers on which to draw, who regularly assist in contributing technical carrying capacity to small and rural communities to advance water system performance. AWWA staff will consult on selection of small communities for study, technical and institutional assessments, and interviews/meetings with stakeholders, and work closely with a postdoctoral scholar on our team.

*Local stakeholders and residents* will be engaged throughout the case study period in all five communities. We will engage with the board of each water utility selected for this study through interviews and meetings/conference calls. The boards are comprised of community leaders, and part of their duties include representing community interests. They also have knowledge of utility

33

realities, thus they are a great place to assess things such as "ick factor". Board inputs will be included when assessing the technical "carrying capacity" on an individual water system.

In addition, Co-PI Goodwill will engaging with *Rhode Island Department of Health (RIDOH)* and *Tighe & Bond* (see Letters of Intent) to inform the strategic technology scan in Obj. 2 as well as the community case studies in Obj. 6. As a regulatory state agency and local consulting firm, respectively, RIDOH and Tighe & Bond are in unique positions to provide information on utility capabilities and technology best practices for small systems. Co-PI Goodwill will have quarterly meetings with RIDOH and Tighe & Bond to ensure open communication and information exchange about target communities and their current situation. Valuable information that could be gained from RIDOH includes: record of violations (or lack thereof), inventory of existing treatment technologies and inventory of licensed operators, and their respective levels. These data will be used to assess the "carrying capacity" of partner utilities. Ultimately, RIDOH will play a key role in providing utilities to work with in Obj. 2 and 6. Valuable information that could be gained from Tighe & Bond includes: (1) their current practice in assessing carrying capacity of a given community; (2) current market trends in water reuse adaptation; (3) impact of water stress on local communities. These data will inform Obj. 2 and 6.

**Enhancing overall impact of the project through community engagement:**
Stakeholder workshops conducted as part of Task 5-5 will be geared towards helping us design and implement a program to highlight the potential for regulatory innovation and leadership, with target audiences of regulators, those they regulate, and small and rural community members. The program will include dissemination of policy-focused research results, but will be focused primarily on a "virtual road show," through which regulators and local utility managers collaborate with academic experts to highlight their stories of successful (and failed) attempts at implementing water reuse projects, and the lessons learned about possibilities for regulatory leadership and institutional innovation.

Engagement with NGOs, AWWA volunteers, and community stakeholders in Obj. 6 will be crucial not only to make the whole project more directly beneficial to those involved, but also to make sure that outputs from Obj. 1-5 are indeed applicable and useable for small and rural communities more generally. Throughout the proposed work, there will be feedback mechanisms, including interviews and meetings with the communities and collaborators in Obj. 6, to inform work across all objectives so that each output/outcome is best tailored towards the needs of small and rural systems, taking into account their unique challenges and issues. In addition, collaboration and engagement with communities will enhance the real-world applicability of the whitepapers, implementation roadmap, and other publications produced through Obj. 6.

**Close and cohesive collaboration across the project team:**
Frequent communication will be crucial to ensure effective multi-way feedback mechanisms across the objectives and between project researchers. PI Ikuma, Co-PI Goodwill, and Co-PI Kiparsky will ensure that there is sufficient time allocated to feedback and discussion on how each objective informs others during routine, monthly project-wide meetings. In addition, to ensure real-time lines of communication between researchers, PI Ikuma will host a Slack or Microsoft Teams channel that will be routinely monitored by the postdoc researcher. This online platform

34

will allow project-wide discussions to occur organically and foster better feedback and innovative solutions throughout the project.

**Collaboration/engagement plan during project performance:**
Letters of intent/support are included from all collaborators identified for this project as described above.

The project team will communicate frequently with community partners outlined above. Co-PI Goodwill will be primarily responsible for coordination with RIDOH and Tighe & Bond. Both RIDOH and Tighe & Bond are based near the URI campus, and quarterly meetings with be in person. Co-PI Kiparsky will be primarily responsible for coordination with LCJA, Dr. Marcus, and CO DPHE through routine meetings. PIs Ikuma, Goodwill, and Kiparksy will be the primary coordinators with AWWA and community stakeholders identified in Obj. 6. All project team members will be encouraged to participate in meetings with these stakeholders and AWWA staff/volunteers to better inform each part of the proposed project. The coordinators for each community collaboration and engagement will be responsible for connecting the whole project team with each collaborator.

**Resources allocated for collaboration and engagement:**
Both RIDOH and Tighe & Bond have allocated resources internally that will be provided to the project as in-kind contributions, as confirmed in the LOIs. The in-kind contributions from RIDOH and Tighe & Bond include $10,000 and $8,000 per year, respectively. These resources are adequate to ensure meaningful participating from these project partners.

Requested project funds include contractual fees to hire Felicia Marcus, J.D. ($10,000 per year), LCJA consultants to assist in interviewing stakeholders in disadvantaged communities and reviewing drafts of research and policy products ($5,000 per year in years 2-3), and multiple engineering consultants will be hired through AWWA ($50,000 per year) (see Budget Justification for more details). These funds include both personnel costs, travel funds to community sites as necessary, and incentives for community stakeholder interviews administered by LCJA.

# REFERENCES

1. U.S. EPA (2021) Safe Drinking Water Act (SDWA), https://www.epa.gov/sdwa, accessed September 29, 2021.
2. U.S. EPA (2020) Small drinking water systems research and development, https://www.epa.gov/ sites/default/files/2020-02/documents/scienceinaction_small_systems_research_2020.pdf, accessed September 29, 2021.
3. Brown, T.C., Mahat, V. and Ramirez, J.A. (2019) Adaptation to future water shortages in the United States caused by population growth and climate change. Earth's Future 7(3), 219-234.
4. Averyt, K., Meldrum, J., Caldwell, P., Sun, G., McNulty, S., Huber-Lee, A. and Madden, N. (2013) Sectoral contributions to surface water stress in the coterminous United States. Environmental Research Letters 8(3), doi:10.1088/1748-9326/8/3/035046.
5. Allaire, M., Wu, H.W. and Lall, U. (2018) National trends in drinking water quality violations. Proceedings of the National Academy of Sciences of the United States of America 115(9), 2078-2083.
6. Mueller, J.T. and Gasteyer, S. (2021) The widespread and unjust drinking water and clean water crisis in the United States. Nature Communications 12(1), doi:10.1038/s41467-021-23898-z.
7. Harris-Lovett, S.R., Binz, C., Sedlak, D.L., Kiparsky, M. and Truffer, B. (2015) Beyond user acceptance: a legitimacy framework for potable water reuse in California. Environmental Science & Technology 49(13), 7552-7561.
8. Alcalde-Sanz, L. and Gawlik, B.M. (2017) Minimum quality requirements for water reuse in agricultural irrigation and aquifer recharge - Towards a water reuse regulatory instrument at EU level, EUR 28962 EN, Publications Office of the European Union, Luxembourg, 2017, ISBN 978-92-79-77176-7, doi: 10.2760/887727, PUBSY No.109291.
9. Oertle, E., Hugi, C., Wintgens, T. and Karavitis, C.A. (2019) Poseidon—decision support tool for water reuse. Water 11(1), doi:10.3390/w11010153.
10. Wencki, K., Thone, V., Becker, D., Kromer, K., Sattig, I., Lischeid, G. and Zimmermann, M. (2020) Application of a decision support tool for industrial and agricultural water reuse solutions in international case studies. Journal of Water Reuse and Desalination 10(4), 405-418.
11. Jones, C.H., Meyer, J., Cornejo, P.K., Hogrewe, W., Seidel, C.J. and Cook, S.M. (2019) A new framework for small drinking water plant sustainability support and decision-making. Science of the Total Environment 695, doi:10.1016/j.scitotenv.2019.133899.
12. Hamouda, M.A., Anderson, W.B. and Huck, P.M. (2009) Decision support systems in water and wastewater treatment process selection and design: a review. Water Science and Technology 60(7), 1757-1770.
13. Almeida, G., Vieira, J., Marques, A.S., Kiperstok, A. and Cardoso, A. (2013) Estimating the potential water reuse based on fuzzy reasoning. Journal of Environmental Management 128, 883-892.

14. Harvey, B., Cochrane, L. and Van Epp, M. (2019) Charting knowledge co-production pathways in climate and development. Environmental Policy and Governance 29(2), 107-117.

15. Thornton, M.M., Shrestha, R., Wei, Y., Thornton, P.E., Kao, S., and Wilson, B.E. (2020) Daymet: daily surface weather data on a 1-km grid for North America, version 4. ORNL Distributed Active Archive Center, doi: 10.3334/ORNLDAAC/1840.

16. Tidwell, V. and Jeffers, R. (2021) Water Atlas Features Database. United States. doi:10.18141/1756186.

17. Rossman, L.A. (2019) National stormwater calculator user's guide—version 2.0.0.1. https://www.epa.gov/sites/default/files/2019-04/documents/swc_users_guide_desktop_v1.2.0.3_april_2019.pdf, accessed September 29, 2021.

18. Kiparsky, M., Milman, A., and Vicuña, S. (2012) Climate and water: knowledge of impacts to action on adaptation. Annual Review of Environment and Resources 37, 163-194.

19. Cantor, A., Sherman, L., Milman, A. and Kiparsky, M. (2021) Regulators and utility managers agree about barriers and opportunities for innovation in the municipal wastewater sector. Environmental Research Communications 3(3), doi:10.1088/2515-7620/abef5d.

20. U.S. Global Change Research Program (2018) Impacts, Risks, and Adaptation in the United States: Fourth National Climate Assessment, Volume II [Reidmiller, D.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, K.L.M. Lewis, T.K. Maycock, and B.C. Stewart (eds.)], Washington, DC, USA, 1515 pp. doi: 10.7930/NCA4.2018.

21. Roy, S.B., Chen, L.M., Girvetz, E.H., Maurer, E.P., Mills, W.B. and Grieb, T.M. (2012) Projecting water withdrawal and supply for future decades in the U.S. under climate change scenarios. Environmental Science & Technology 46(5), 2545-2556.

22. Murdoch, P.S., Baron, J.S. and Miller, T.L. (2000) Potential effects of climate chance on surface-water quality in North America. Journal of the American Water Resources Association 36(2), 347-366.

23. World Health Organization (2017) Potable reuse: Guidance for producing safe drinking-water. Geneva, Licence: CC BY-NC-SA 3.0 IGO.

24. Goodwin, D., Raffin, M., Jeffrey, P. and Smith, H.M. (2015) Applying the water safety plan to water reuse: towards a conceptual risk management framework. Environmental Science-Water Research & Technology 1(5), 709-722.

25. Jahne, M., Schoen, M., Ashbolt, N. Brinkman, N., Keely, S. and Garland, J. (2017) Risk-based treatment targets for onsite non-potable water reuse. 14th Cincinnati Area Water Distribution System Seminar, Cincinnati, OH, April 27, 2017.

26. U.S. EPA (2019) National water reuse action plan—draft. https://www.epa.gov/sites/default/files/2019-09/documents/water-reuse-action-plan-draft-2019.pdf, accessed September 29, 2021.

27. Anderson, J. (2003) The environmental benefits of water recycling and reuse. Water Supply 3(4):1-10, doi: 10.2166/ws.2003.0041.

28. Keiser, D., Kling, C.L., and Phaneuf, D.J. (2020) Introduction to the special issue: integrated assessment models and the social cost of water pollution, Land Economics, 96:iii-iv, doi:10.3368/wple.96.4.iii.

29. Fielding, K.S., Dolnicar, S. and Schultz, T. (2019) Public acceptance of recycled water. International Journal of Water Resources Development 35(4), 551-586.

30. Robinson, K.G., Robinson, C.H., and Hawkins, S.A. (2005) Assessment of public perception regarding wastewater reuse, Water Supply, 5, 59–65. doi:10.2166/ws.2005.0008.

31. Garcia-Cuerva, L., Berglund, E.Z. and Binder, A.R. (2016) Public perceptions of water shortages, conservation behaviors, and support for water reuse in the US. Resources Conservation and Recycling 113, 106-115.

32. Rock, C., Solop, F.I. and Gerrity, D. (2012) Survey of statewide public perceptions regarding water reuse in Arizona. Journal of Water Supply Research and Technology-Aqua 61(8), 506-517.

33. Menegaki, A.N., Mellon, R.C., Vrentzou, A., Koumakis, G. and Tsagarakis, K.P. (2009) What's in a name: Framing treated wastewater as recycled water increases willingness to use and willingness to pay. Journal of Economic Psychology 30(3), 285-292.

34. Verlicchi, P., Al Aukidy, M. and Zanni, G. (2018) Willingness to pay for recreational benefit evaluation in a wastewater reuse project. analysis of a case study. Water 10(7), doi:10.3390/w10070922.

35. Nylen, N.G., Kiparsky, M., and Milman, A. Cultivating effective utility-regulator relationships around innovation: lessons from four case studies in the U.S. municipal wastewater sector, in prep.

36. Cantor, A., Sherman, L., Milman, A. and Kiparsky, M. (2021) Regulators and utility managers agree about barriers and opportunities for innovation in the municipal wastewater sector. Environmental Research Communications 3(3), doi:10.1088/2515-7620/abef5d.

37. Sherman, L., Cantor, A., Milman, A. and Kiparsky, M. (2020) Examining the complex relationship between innovation and regulation through a survey of wastewater utility managers. Journal of Environmental Management 260, doi:10.1016/j.jenvman.2019.110025.

38. Vano, J., Hamman, J., Gutmann, E., Wood, A., Mizukami, N., Clark, M., Pierce, D., Cayan, D., Wobus, C., Nowak, K., and Arnold, J. (2020) Comparing Downscaled LOCA and BCSD CMIP5 Climate and Hydrology Projections - Release of Downscaled LOCA CMIP5 Hydrology. 96 p, https://gdo-dcp.ucllnl.org/downscaled_cmip_projections/techmemo/LOCA_BCSD_hydrology_tech_memo.pdf, accessed September 29, 2021.

39. Nylen, N.G., & Kiparsky, M. (2015). Accelerating cost-effective green stormwater infrastructure. Berkeley, CA: Wheeler Institute for Water Law & Policy.

40. Hjelmfelt, A.T. (1991) Investigation of curve number procedure. Journal of Hydraulic Engineering 117(6), 725-737.

41. U.S. EPA (2012) Clean Watersheds Need Survey. https://www.epa.gov/cwns, accessed September 29, 2021.

42. Ottoson, J. and Stenstrom, T.A. (2003) Faecal contamination of greywater and associated microbial risks. Water Research 37(3), 645-655.

43. Mena-Ulecia, K. and Hernandez, H.H. (2015) Decentralized peri-urban wastewater treatment technologies assessment integrating sustainability indicators. Water Science and Technology 72(2), 214-222.

44. Schoen, M.E. and Garland, J. (2017) Review of pathogen treatment reductions for onsite non-potable reuse of alternative source waters. Microbial Risk Analysis 5, 25-31.

45. Benami, M., Gillor, O. and Gross, A. (2016) Potential microbial hazards from graywater reuse and associated matrices: A review. Water Research 106, 183-195.

46. Oteng-Peprah, M., Acheampong, M.A. and deVries, N.K. (2018) Greywater characteristics, treatment systems, reuse strategies and user perception-a review. Water Air and Soil Pollution 229(8), doi: 10.1007/s11270-018-3909-8

47. Jahne, M.A., Schoen, M.E., Garland, J.L. and Ashbolt, N.J. (2017) Simulation of enteric pathogen concentrations in locally-collected greywater and wastewater for microbial risk assessments. Microbial Risk Analysis 5, 44-52.

48. Fisher, A. (2018). LIFT Technology Scan General Application. https://www.waterrf.org/sites/default/files/file/2019-07/LIFT Scan Application-LIFT Link%2BHub_0.pdf, accessed September 29, 2021.

49. Dziegielewski, B., and Bik, T. (2004) Technical assistance needs and research priorities for small community water systems. Journal of Contemporary Water Research & Education 128(1): 13-20.

50. Héder, M. (2017). From NASA to EU: The evolution of the TRL scale in Public Sector Innovation. Innovation Journal, 22(2), 1–23.

51. Goodwill, J.E., Jiang, Y., Reckhow, D.A. and Tobiason, J.E. (2016) Laboratory assessment of ferrate for drinking water treatment. Journal American Water Works Association 108(3), 80.

52. Parker, D.S. (2011) Introduction of new process technology into the wastewater treatment sector. Water Environment Research 83(6), 483-497.

53. Hastings, N. A. J. (2021) Physical asset management: with an introduction to ISO55000 Series of Standards, 3rd ed. Springer International Publishing.

54. Hashimzade, N., Myles, G., and Black, J. (2017) A Dictionary of Economics. Oxford University Press.

55. Carson, R.T., Mitchell, R.C., Hanemann, M., Kopp, R.J., Presser, S. and Ruud, P.A. (2003) Contingent valuation and lost passive use: Damages from the Exxon Valdez oil spill. Environmental & Resource Economics 25(3), 257-286.

56. Johnston, R.J., Boyle, K.J., Adamowicz, W., Bennett, J., Brouwer, R., Cameron, T.A., Hanemann, W.M., Hanley, N., Ryan, M., Scarpa, R., Tourangeau, R. and Vossler, C.A. (2017) Contemporary guidance for stated preference studies. Journal of the Association of Environmental and Resource Economists 4(2), 319-405.

57. Milman, A., Bylo, K., Gage, A., & Blomquist, W. (2021). Groundwater recharge to support wildlife and water users: the Heyborne ponds project, Sedgwick county, Colorado. Case Studies in the Environment, 5(1), 1235924.

58. Pecharroman, L.C., Williams, C., Nylen, N.G., and Kiparsky, M. How can we govern large-scale green infrastructure for multiple water security benefits?" Blue Green Systems, in press.

59. Nylen, N.G., Kiparsky, M., and Milman, A. (2021) Cultivating effective utility-regulator relationships around innovation: lessons from four case studies in the U.S. municipal wastewater sector, in preparation.

60. Kiparsky, M., Milman, A. and Vicuna, S. (2012) Climate and water: knowledge of impacts to action on adaptation. Annual Review of Environment and Resources, 37, 163-194.

61. U.S. EPA (2016) Rural and Small Systems Guidebook to Sustainable Utility Management. https://www.epa.gov/sustainable-water-infrastructure/rural-and-small-systems-guidebook-sustainable-water-and-wastewater, accessed September 29, 2021.

62. Budd, G.C. and Elder, D. (2011) Overview of water treatment processes. In J. K. Edzwald (Ed.), Water Quality & Treatment: A Handbook on Drinking Water (6th ed., pp. 5.1-5.38). AWWA, McGraw Hill.

63. Wiesner, M.R., O'Melia, C.R., & Cohon, J.L. (1987) Optimal water treatment plant design. Journal of Environmental Engineering (ASCE), 113(3), 567–584.

64. Martin, E.J., & Martin, E.T. (1991) Technologies for small water and wastewater systems. Van Nostrand Reinhold.

65. American Water Works Association (2018) 2017 Water Utility Disinfection Survey Report. https://www.awwa.org/Portals/0/AWWA/ETS/Resources/2017DisinfectionSurveyReport.pdf ?ver=2018-12-21-163548-830, accessed September 29, 2021.

66. Kiparsky, M., Sedlak, D.L., Thompson Jr, B.H., and Truffer, B. (2013). The innovation deficit in urban water: the need for an integrated perspective on institutions, organizations, and technology. Environmental Engineering Science, 30(8), 395-408.

67. Pierce, D.W., Cayan, D.R. and Thrasher, B.L. (2014) Statistical downscaling using localized constructed analogs (LOCA). Journal of Hydrometeorology 15(6), 2558-2585.

**Budget Justification - Iowa State University (ISU)**

**SENIOR PERSONNEL (Requested: $149,588      Cost share: $331,290)**
Partial faculty salaries for ISU PIs are requested for the four-year project period. The PIs are responsible for overseeing the project, supervising the postdoctoral research associate and graduate and undergraduate research assistants, analyzing and interpreting the data, and dissemination of research results. Please see the table below for a breakdown of personnel costs.

**OTHER PERSONNEL   (Requested: $544,940)**
**Post-doctoral Scholar (Requested: $210,854)**
Funds are requested for four years' support of 1 postdoctoral scholar, who will conduct experiments to fulfill Objective 1, assist in survey efforts in Objective 3, and assist the lead PI in overall project management. The salary for Year 1 is $4,200/month as shown below.

**Graduate Research Assistant (Requested: $316,282)**
Funds are requested for 3 graduate research assistants (GRA) for 12 months each year during the project period. The graduate students will conduct experiments and analyses to support Objectives 1 and 2. Per University policy, GRA effort cannot exceed 20 hours per week. The graduate stipend for Year 1 is $2,100/month as shown below.

**Undergraduate Research Assistant  (Requested: $17,804)**
Funds are requested for 1 undergraduate research assistant (URA) for 12 months per year for three years. The undergraduate student will assist research efforts in Objective 1. The URA is expected to work on average 40 hours per month at $12/hour rate.

| Position/ Title | Base Fringe% | Costs Year 1 | Year 2 | Year 3 | Year 4 | Total |
|---|---|---|---|---|---|---|
| PI- Kaoru Ikuma-Requested | 26.30% | $1,797 | $1,851 | $1,906 | $1,964 | $7,518 |
| PI- Kaoru Ikuma-Costshare | 26.30% | $3,980 | $4,099 | $4,221 | $4,349 | $16,649 |
| CO-PI- Lu Liu- Requested | 26.30% | $1,338 | $1,379 | $1,420 | $1,463 | $5,600 |
| CO-PI- Lu Liu- Cost share | 26.30% | $2,965 | $3,053 | $3,145 | $3,239 | $12,402 |
| CO-PI- Joe Charbonnet- Requested | 26.30% | $1,268 | $1,306 | $1,345 | $1,386 | $5,305 |
| CO-PI-- Joe Charbonnet- Cost share | 26.30% | $2,808 | $2,893 | $2,980 | $3,069 | $11,750 |
| CO-PI-- Antonio Arenas- Requested | 26.30% | $1,353 | $1,393 | $1,435 | $1,478 | $5,659 |
| CO-PI-- Antonio Arenas- Cost share | 26.30% | $2,996 | $3,086 | $3,178 | $3,273 | $12,533 |
| CO-PI-- Chris Rehmann- Requested | 26.30% | $1,177 | $1,213 | $1,249 | $1,287 | $4,926 |
| CO-PI- Chris Rehmann- Costshare | 26.30% | $2,607 | $2,685 | $2,766 | $2,849 | $10,907 |
| CO-PI-- Yu Wang- Requested | 26.30% | $1,125 | $1,159 | $1,193 | $1,229 | $4,706 |
| CO-PI- Yu Wang- Costshare | 26.30% | $2,491 | $2,566 | $2,643 | $2,722 | $10,422 |
| CO-PI- Say Kee Ong- Requested | 26.30% | $1,345 | $1,386 | $1,427 | $1,470 | $5,628 |
| CO-PI- Say Kee Ong- Costshare | 26.30% | $2,980 | $3,069 | $3,161 | $3,256 | $12,466 |
| Postdoc Reascher- Requested | 31.60% | $15,926 | $16,404 | $16,896 | $17,403 | $66,629 |
| Graduate Resarch Assistant- Requested | 8.50% | $6,426 | $6,619 | $6,817 | $7,022 | $26,884 |
| Undergraduate Assistant- Requested | 0.60% | $35 | $36 | $37 | $0 | $108 |
| Total Fringe Benefits Request | | $31,792 | $32,744 | $33,725 | $34,702 | $132,963 |
| Total Fringe Benefits Cost-share | | $20,827 | $21,451 | $22,094 | $22,757 | $87,129 |
| Total Fringe (EPA + Cost Share) | | $52,617 | $54,197 | $55,819 | $57,459 | $220,092 |

Iowa State University charges salaries to sponsored projects on a percentage of effort basis as permitted by 2 CFR 200 Subpart E, Cost Principles for Educational Institutions. 2 CFR 200 is incorporated in the FAR in section 31.3. Iowa State University defines year as institutional fiscal year, July 1 – June 30. Labor costs for post docs and graduate students are based on projected monthly salaries paid by the participating academic departments at ISU.. A 3% increase is included in each subsequent fiscal year.

**FRINGE BENEFITS (Requested: $132,963          Cost share: $87,129)**

At Iowa State University, fringe benefits are specifically identified to each employee and are charged individually as direct costs. These costs are budgeted as a percentage of an individual's salary based on his/her labor category. Current rates for applicable labor categories:

| | | | |
|---|---|---|---|
| Faculty | 26.3% | Post Docs | 31.6% |
| Graduate Assistants | 8.5% | Undergrad Assistants | 0.6% |

| Position/ Title | Annaul Salary | Percentage of time | Costs | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Year 1 | Year 2 | Year 3 | Year 4 | |
| PI- Kaoru Ikuma-Requested | | 7% | $6,832 | $7,037 | $7,249 | $7,466 | $132,626 |
| PI- Kaoru Ikuma-Costshare | $104,042 | 15% | $15,132 | $15,586 | $16,053 | $16,535 | $63,306 |
| CO-PI- Lu Liu- Requested | | 5% | $5,089 | $5,242 | $5,400 | $5,561 | $116,292 |
| CO-PI- Lu Liu- Cost share | $95,000 | 12% | $11,272 | $11,610 | $11,958 | $12,317 | $47,157 |
| CO-PI- Joe Charbonnet- Requested | | 5% | $4,822 | $4,966 | $5,115 | $5,269 | $110,172 |
| CO-PI-- Joe Charbonnet- Cost share | $90,000 | 12% | $10,678 | $10,999 | $11,329 | $11,668 | $44,674 |
| CO-PI-- Antonio Arenas- Requested | | 5% | $5,143 | $5,297 | $5,456 | $5,620 | $117,516 |
| CO-PI-- Antonio Arenas- Cost share | $96,000 | 12% | $11,390 | $11,732 | $12,084 | $12,446 | $47,652 |
| CO-PI- Chris Rehmann- Requested | | 3% | $4,477 | $4,611 | $4,749 | $4,892 | $148,245 |
| CO-PI- Chris Rehmann- Costshare | $129,516 | 8% | $9,914 | $10,211 | $10,518 | $10,833 | $41,476 |
| CO-PI- Yu Wang- Requested | | 5% | $4,277 | $4,406 | $4,537 | $4,674 | $97,733 |
| CO-PI- Yu Wang- Costshare | $79,839 | 12% | $9,473 | $9,757 | $10,050 | $10,351 | $39,631 |
| CO-PI- Say Kee Ong- Requested | | 3% | $5,115 | $5,269 | $5,427 | $5,590 | $169,396 |
| CO-PI- Say Kee Ong- Costshare | $147,995 | 8% | $11,329 | $11,668 | $12,018 | $12,379 | $47,394 |
| Postdoc Reascher- Requested | $50,400 | 100% | $50,400 | $51,912 | $53,469 | $55,073 | $261,255 |
| 3 Graduate Resarch Assistants- Requested | $25,200 | 100% | $75,600 | $77,868 | $80,204 | $82,610 | $341,483 |
| Undergraduate Assistant- Requested | $480 | 100% | $5,760 | $5,933 | $6,111 | $0 | $18,285 |
| Total Salaries Request | | | $167,515 | $172,541 | $177,717 | $176,755 | $694,528 |
| Total Salaries Cost-share | | | $79,188 | $81,563 | $84,010 | $86,529 | $331,290 |
| Total Salaries ( Requested +Cost Share) | | | $246,703 | $254,104 | $261,727 | $263,284 | $1,025,818 |

**TRAVEL  (Requested: $23,072)**

Funds are requested for travel to annual EPA progress meetings, national conferences (locations to be determined) such as annual meetings of the American Chemical Society, American Water Works Association, etc., sampling trips across Iowa for Objective 1, and travel to selected communities for stakeholder interviews and community engagement efforts for Objective 4 as shown below. No EPA funds will be used for foreign travel without approval from the EPA.

| Domestic Travel | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Lodging | | | Meals | | | | |
| Year | Purpose & Destination | # of People | Airfare / Person | # Nights | Rate per Night | Lodging Total | # Meal Days | Meal Cost per Day | Meal Total | Ground Transportation | Registration Per Person | TOTAL |
| 1 | EPA Progress Review, Washington DC | 2 | $300 | 2 | $188 | $376 | 3 | $76 | $228 | $120 | $0 | $2,048 |
| 1 | Sampling trips, | 4 | $0 | 0 | $0 | $0 | 1 | $40 | $40 | $210 | $0 | $370 |
| | | | | | | | | | | | Year 1 Total | $2,418 |
| 2 | Professional Conference | 1 | $309 | 3 | $194 | $582 | 4 | $65 | $260 | $120 | $400 | $1,671 |
| 2 | EPA Progress Review, Washington DC | 2 | $309 | 2 | $194 | $388 | 3 | $76 | $228 | $120 | $0 | $1,970 |
| 2 | Sampling trips | 4 | $0 | 0 | $0 | $0 | 1 | $40 | $40 | $210 | $0 | $370 |
| | Community engagement, TBD | 4 | $309 | 3 | $194 | $582 | 4 | $55 | $220 | $400 | $0 | $4,844 |
| | | | | | | | | | | | Year 2 Total | $8,855 |
| 3 | Community engagement, TBD | 4 | $318 | 4 | $200 | $800 | 5 | $55 | $275 | $125 | $0 | $6,072 |
| 3 | EPA Progress Review, Washington DC | 2 | $318 | 2 | $200 | $400 | 3 | $76 | $228 | $120 | $0 | $2,132 |
| | | | | | | | | | | | Year 3 Total | $8,204 |
| 4 | Professional Conference | 1 | $328 | 2 | $200 | $400 | 3 | $65 | $195 | $120 | $400 | $1,443 |
| 4 | EPA Progress Review, Washington DC | 2 | $328 | 2 | $200 | $400 | 3 | $76 | $228 | $120 | $0 | $2,152 |
| | | | | | | | | | | | Year 4 Total | $3,595 |
| | | | | | | | | | | | Total Cost | $23,072 |

**OTHER DIRECT COSTS**

**Participant Support Costs  (Requested: $2,600)**

Funds are requested as incentives payments in the surveys proposed in Objective 3 ($2/survey for 1000 surveys). 30 gift cards of $20 each will also be purchased as additional incentives to be distributed through a lottery with survey respondents.

## Supplies (Requested: $22,694)

Funds are requested for the purchase of research and laboratory supplies that are necessary and essential for completion of tasks as proposed. These include plasticware including reactor components ($6,000), glassware ($2,000), chemicals ($8,000), DNA isolation kits ($5,000), and personal protective equipment ($1,694).

## Consultants   (Requested: $262,400)

Funds are requested to outsource survey administration and collection in Objective 3 to a specialized firm ($12,400 in year 1). Funds are requested to hire Felicia Marcus, J.D. (Consultant and Founding Member of the Water Policy Group) to collaborate across the teams with a focus on organizational and social aspects of water reuse and engage with external stakeholders. The consultant will be hired at $80/hour for 125 hours per project year ($10,000 per year). Additionally, funds are requested to hire consultants in the Leadership Council for Justice and Accountability (LCJA) to assist in interviewing stakeholders in disadvantaged communities and reviewing drafts of research and policy products. The LCJA consultants will be hired at $75/hour to a total of $2,500 per year. Multiple engineering consultants will be hired through the American Water Works Association at $60/hour rate each year to assist in engineering assessments in Objective 4 ($50,000 per year to cover 5 test communities including travel-associated costs).

## User Fees   (Requested: $10,800)

Laboratory user fees are requested in years 1-3 for water quality analyses. These fees will be used for pay equipment/facility  user fee such as a Seal AQ2 Discrete Analyzer for water chemistry analysis and liquid chromatography for trace organic contaminant measurements at ISU labs.

## Subrecipients  (Requested: $1,241,906          Cost share: $171,319)

We have 2 subcontractors as shown below.

Subaward#1 University of Rhode Island   Requested: $681,965      Cost share: $171,379
Co-PIs Goodwill, Craver, and Guilfoos will conduct analyses for Objectives 1, 3, and 4.

Subaward#2  University of California Berkeley   Requested: $559,941      Cost share: $0
Co-PI Kiparsky will lead work on organizational barriers in Objective 3 and support Objective 4.

## Tuition  (Requested: $220,914)

Per University policy, tuition remission is being requested for three graduate students, commensurate with his or her time on the project. The projected tuition rates are published by the office of the Vice President for Research and Economic Development at http://ospa.iastate.edu/proposal/preparation/tuition/.

## INDIRECT COSTS  (Requested: $634,122        Cost share: $221,762)

For sponsored research at ISU, indirect rates are applied to Modified Total Direct Costs (MTDC). MTDC consists of all salaries and wages, fringe benefits, materials, supplies, services, travel, and subgrant or subcontracts up to the first $25,000 of each subgrant or subcontract (regardless of the period covered by the sub grant or subcontract). MTDC excludes equipment, capital expenditures, charges for patient care, student tuition remission, rental costs of off-site facilities, scholarships and fellowships, as well as the portion of each subgrant and subcontract in excess of $25,000. Current rates are provided below. These rates were approved by the Department of Health and Human Services (effective 07/01/2020 – 06/30/2024).

On-campus - Organized Research                53.0%

**Revised 05/01/2020**          **NSF BIOGRAPHICAL SKETCH**          OMB-3145-0058

NAME**:**

POSITION TITLE & INSTITUTION:

**A. PROFESSIONAL PREPARATION**
**(see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| | | | | |

**B. APPOINTMENTS**
**(see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| | |

**C. PRODUCTS**
**(see PAPPG Chapter II.C.2.f.(i)(c))**
**Products Most Closely Related to the Proposed Project**

**Other Significant Products, Whether or Not Related to the Proposed Project**

**D. SYNERGISTIC ACTIVITIES**
**(see PAPPG Chapter II.C.2.f.(i)(d))**

**Revised 05/01/2020**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME**:**

POSITION TITLE & INSTITUTION:

**A. PROFESSIONAL PREPARATION**
**(see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| | | | | |

**B. APPOINTMENTS**
**(see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| | |

BS-1 of 2

**C. PRODUCTS**
**(see PAPPG Chapter II.C.2.f.(i)(c))**
**Products Most Closely Related to the Proposed Project**

**Other Significant Products, Whether or Not Related to the Proposed Project**

**D. SYNERGISTIC ACTIVITIES**
**(see PAPPG Chapter II.C.2.f.(i)(d))**

**Biographical Sketch – Michael Kiparsky**

**Professional Preparation**

| | | | |
|---|---|---|---|
| Brown University | Biology | A.B. | 1995 |
| University of California, Berkeley | Energy and Resources | M.S. | 2002 |
| University of California, Berkeley | Energy and Resources | Ph.D. | 2010 |

**Appointments**

| | |
|---|---|
| 2015-present | Director, Wheeler Water Institute, Center for Law, Energy & the Environment, University of California, Berkeley, School of Law, |
| 2015-present | Co-Director, UC Water Security and Sustainability Research, University of California Initiative (UC Water), *www.ucwater.org* |
| 2012-15 | Associate Director, Wheeler Water Institute, Center for Law, Energy & the Environment, UC Berkeley, School of Law |
| 2012-13 | Research Scientist, Berkeley Water Center, UC Berkeley |
| 2010-11 | Assistant Research Professor, Department of Geography, University of Idaho |
| 2008-10 | Visiting Scientist, Department of Geography, University of Idaho |
| 2007-8 | Graduate Student Researcher, Department of Civil and Environmental, UC Berkeley |
| 2006 | Risk Analysis Intern, CA Public Utilities Commission, San Francisco, CA |
| 2003-2005 | Science Policy Analyst and Writer, CALFED Science Program Sacramento, CA |
| 2002-2004 | Research Assistant and Research Affiliate, Pacific Institute, Oakland, CA |
| 2002 | Research Assistant, Stanford University, Stanford, CA |
| 2000-2002 | Consultant and Writer, San Francisco, CA |
| 1999-2000 | Software Consultant and Quality Assurance Engineer, San Francisco, CA |
| 1996-1999 | Science Teacher, Seoul Foreign H.S, Seoul, S. Korea and Telluride Academy, Telluride, CO |
| 1992-1995 | Research Assistant, Brown University, Providence, RI and Darling Marine Center, Walpole, ME |

**Five Related Publications**

1. Alida Cantor, Luke Sherman, Anita Milman, and **Michael Kiparsky**. 2021. "Regulators and utility managers agree about barriers and opportunities for innovation in the municipal wastewater sector." *Environmental Research Communications* 3: 031001, https://doi.org/10.1088/2515-7620/abef5d
2. Luke Sherman, Alida Cantor, Anita Milman, and **Michael Kiparsky**. 2020. "Examining the complex relationship between innovation and regulation through a survey of wastewater utility managers." *Journal of Environmental Management* 260: 110025, https://doi.org/10.1016/j.jenvman.2019.110025
3. Christian Binz, Noosha Bronte Razavian, and **Michael Kiparsky**. 2018. "Of Dreamliners and Drinking Water: Developing Risk Regulation and a Safety Culture for Direct Potable Reuse." *Water Resources Management* 32(2): 511-525, doi: 10.1007/s11269-017-1824-1
4. **Michael Kiparsky**, Anita Milman, Dave Owen, and Andrew T. Fisher. 2017. "The Importance of Institutional Design for Distributed Local Level Governance of Groundwater." *Water*, 9(10):755. doi:10.3390/w9100755

5. **Michael Kiparsky**, Christian Binz, Barton H. Thompson, Jr., Bernhard Truffer, David L. Sedlak and Lars Tummers. 2016. "Barriers to innovation in urban wastewater utilities: Attitudes of managers in California." *Environmental Management*, 57(6): 1204-1216, DOI:10.1007/s00267-016-0685-3

## Five Additional Publications

1. Sasha Harris-Lovett, Christian Binz, David L. Sedlak, **Michael Kiparsky** and Bernhard Truffer. 2015. "Beyond User Acceptance: A Legitimacy Framework for Potable Water Reuse in California." *Environmental Science & Technology* 49(13): 7552–7561, DOI: 10.1021/acs.est.5b00504
2. Nell Green Nylen and **Michael Kiparsky**. 2015. Accelerating Cost-Effective Green Stormwater Infrastructure: Learning from Local Implementation. Wheeler Institute for Water Law & Policy, University of California at Berkeley. Berkeley, CA. 47 pp.
3. **Michael Kiparsky**, David L. Sedlak, Barton H. Thompson, Jr., and Bernhard Truffer. 2013. "The innovation deficit in urban water: the need for an integrated perspective on institutions, organizations, and technology." Invited paper, Special Issue of *Environmental Engineering Science*, 30(8): 395-408.
4. **Michael Kiparsky**, Anita Milman, and Sebastian Vicuna. 2012. "Climate and water: knowledge of impacts to action on adaptation." Invited paper for *Annual Review of Environment and Resources*, 37: 163-194.
5. Giorgos Kallis, **Michael Kiparsky**, Anita Milman, and Isha Ray. 2006. "Glossing over the complexity of water." *Science* **314** (5804): 1387c-1388. (Letter).

## Synergistic Activities

1. Winner (with Richard Roos-Collins), Imagine $H_2O$ California Water Policy Challenge, For California Water Rights and Use Database. April 2017 ($30,000).
2. Highlighted as one of "Nine Experts to Watch on California Water Policy" by Water Deeply, July 7, 2016.
3. Extensive media engagement, including interviews, quotes, and Op-eds.
4. Over 40 invited presentations from 2010-2021. These include academic conferences, presentations to state and federal regulatory agencies, and an Invited Keynote address to the 2016 International Groundwater and Agriculture Conference.
5. Invited participant, "California's Water Future: An Advanced Communication Workshop." COMPASS, Santa Barbara, May 2016

**Revised 05/01/2020**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME:  Lu Liu

POSITION TITLE & INSTITUTION:  Assistant Professor, Iowa State University

## A. PROFESSIONAL PREPARATION
(see PAPPG Chapter II.C.2.f.(i)(a))

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| University of Maryland | College Park, MD | Civil and Environmental Engineering | Ph.D. | 2017 |
| University of Oklahoma | Norman, OK | Environmental Science | M.S. | 2012 |
| University of Oklahoma | Norman, OK | Environmental Science | B.S. | 2010 |

## B. APPOINTMENTS
(see PAPPG Chapter II.C.2.f.(i)(b))

| From - To | Position Title, Organization and Location |
|---|---|
| 2021 - Present | Assistant Professor, Iowa State University, Ames, IA |
| 2020 - 2021 | Research Associate, Houston Advanced Research Center, The Woodlands, TX |
| 2018 - 2020 | Postdoctoral Research Associate, Rice University, Houston, TX |
| 2014 - 2017 | Graduate Research Assistant, University of Maryland, College Park, MD |
| 2012 - 2014 | Postmaster Research Associate, Joint Global Change Research Institute, College Park, MD |
| 2010 – 2012 | Graduate Research Assistant, University of Oklahoma, Norman, OK |

**C. PRODUCTS**
**(see PAPPG Chapter II.C.2.f.(i)(c))**
**Products Most Closely Related to the Proposed Project**

1. Liu L., E. Lopez, L. Dueñas-Osorio, L. Stadler, Y. Xie, P. Alvarez, and Q. Li (2020), The importance of system configuration for distributed direct potable water reuse, Nature Sustainability. DOI: 10.1038/s41893-020-0518-5.
2. Liu L., M. Hejazi, G. Iyer, and B. Forman (2019), Implications of water constraints on electricity capacity expansion in the United States, Nature Sustainability. DOI: 10.1038/s41893-019-0235-0.
3. Liu L., M. Hejazi, H. Li, B. Forman, and X. Zhang (2017), Vulnerability of US thermoelectric power generation to climate change when incorporating state-level environmental regulations, 2, 17109, Nature Energy. DOI: 10.1038/nenergy.2017.109.
4. Liu L., Hejazi M., Patel P., Kyle P., Davies E., Zhou Y., Clarke L., Edmonds J. (2015), Water demands for electricity generation in the U.S.: Modeling different scenarios for the water energy nexus. Technological Forecasting and Social Change, 94, 318-334, DOI:10.1016/j.techfore.2014.11.004.
5. Liu L., Y. Hong, J. E. Hocker, M. A. Shafer, C. N. Bednarczyk (2012), Hydro-climatological Drought Analyses and Projection using Meteorological and Hydrological Drought Indices: A Case Study in Blue River Basin, Oklahoma, 26 (10), 2761–2779, Water Resources Management. DOI: 10.1007/S11269-012-0044-y.

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Liu L., S. Parkinson, M. Gidden, E. Byers, Y. Satoh, K. Riahi, and B. Forman (2018), Quantifying the potential for reservoirs to secure future surface water yields in the world's largest river basins, Environmental Research Letters. DOI: 10.1088/1748-9326/aab2b5.
2. Voisin N., M. I. Hejazi, L. R. Leung, L. Liu, M. Huang, H. Li, and T. Tesfa (2017), Effects of sectoral water withdrawals, allocation and consumptive use on the redistribution of water resources in an integrated water model, Water Resources Research. DOI: 10.1002/2016WR019767.
3. Kim S., M. Hejazi, L. Liu, K. Calvin, L. Clarke, J. Edmonds, P. Kyle, P. Patel, M. Wise, E. Davies (2015), Balancing global water availability and use at basin scale in an integrated assessment model. Climatic Change. DOI: 10.1007/s10584-016-1604-6.

**D. SYNERGISTIC ACTIVITIES**
**(see PAPPG Chapter II.C.2.f.(i)(d))**

• Organized 2019 Chinese Environmental Scholars Forum (2019)
• Mentored two M.S. students on Master's theses, Tsinghua University (2018 – 2021)
• Contributed to STEM education in K-12 as LEAD E-Mentor for Elizabeth Seton High School, Maryland (2018)
• Served as peer reviewer for multiple journals including Nature Sustainability, Nature Energy, Nature Communications, Journal of Applied Remote Sensing, International Journal of Remote Sensing, Environmental Research Letters, Environmental Science & Technology, and Climatic Change (2014 – present)
• Designed and hosted science and engineering education workshops for Oklahoma K-12 teachers (2011)

**Revised 05/01/2020**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME**:**

POSITION TITLE & INSTITUTION:

## A. PROFESSIONAL PREPARATION
**(see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| | | | | |

## B. APPOINTMENTS
**(see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| | |

**C. PRODUCTS**
**(see PAPPG Chapter II.C.2.f.(i)(c))**
**Products Most Closely Related to the Proposed Project**

**Other Significant Products, Whether or Not Related to the Proposed Project**

**D. SYNERGISTIC ACTIVITIES**
**(see PAPPG Chapter II.C.2.f.(i)(d))**

BS-2 of 2

# Chris R. Rehmann

## Professional preparation

| | | |
|---|---|---|
| Massachusetts Institute of Technology (Cambridge, MA) | Civil Engineering | B.S., 1989 |
| Stanford University (Stanford, CA) | Civil Engineering | M.S., 1990 |
| Stanford University (Stanford, CA) | Civil Engineering | Ph.D., 1995 |
| Stanford University (Stanford, CA) | Postdoc. researcher | 1995-1996 |
| Woods Hole Oceanographic Institution (Woods Hole, MA) | Postdoc. scholar | 1996-1998 |

## Appointments

| | |
|---|---|
| 2021-present | Joel A. and Judy Cerwick Professor |
| 2012-present | Associate Chair for Undergraduate Affairs, Dept. of Civil, Construction, and Environmental Eng., Iowa State University |
| 2010-2012 | Assistant Chair for Undergraduate Affairs, Dept. of Civil, Construction, and Environmental Eng., Iowa State University |
| 2008-present | Associate Professor, Iowa State University |
| 2004-2008 | Assistant Professor, Iowa State University |
| 1998-2004 | Assistant Professor, University of Illinois at Urbana-Champaign |
| 1995-1996 | Lecturer, Stanford University |

## Selected publications

Dickey, L.C., McEachran, A.R., Rutherford, C.J., Rehmann, C.R., Perez, M.A., Groh, T.A., and Isenhart, T.M. 2021 Slope stability of streambanks at saturated riparian buffer sites. *Journal of Environmental Quality*, doi:10.1002/jeq2.20281.

Rehmann, C.R., Jackson, P.R., and Puglis, H.J. 2021 Predicting the spatiotemporal exposure of aquatic species to intrusions of fire retardant in streams with limited data. *Science of the Total Environment*, 782, 146879, doi:10.1016/j.scitotenv.2021.146879.

McEachran, A.R., Dickey, L.C., Rehmann, C.R., Groh, T.A., Isenhart, T.M., Perez, M.A., and Rutherford, C.J. 2020 Improving the effectiveness of saturated riparian buffers for removing nitrate from subsurface drainage. *Journal of Environmental Quality*, doi:10.1002/jeq2.20160.

Ikuma, K. and Rehmann, C.R. 2020 Importance of extracellular DNA in the fate and transport of antibiotic resistance genes downstream of a wastewater treatment plant. *Environmental Engineering Science*, doi:10.1089/ees.2019.0319.

Alfawzan, F., Alleman, J.E., and Rehmann, C.R. 2019 Wind energy assessment for NEOM city, Saudi Arabia. *Energy Science and Engineering*. 8(2), doi:10.1002/ese3.548.

Xie, S., Hill, A.L., Rehmann, C.R., and Levy, M.Z. 2018 Dynamics of bed bug infestations and control under disclosure policies. *Proc. Natl. Acad. Sci.*, 116(13), 6473-6481.

Maroney, C.L. and Rehmann C.R. 2017 Stream depletion rate for a radial collector well in an unconfined aquifer near a fully penetrating river, *Journal of Hydrology*, 547, 732-741. doi: 10.1016/j.jhydrol.2017.02.010.

Tesfatsion, L., Rehmann, C.R., Cardoso, D.S., Jie, Y., and Gutowski, W.J. 2017 WACCShed: an agent-based watershed platform, *Environmental Modelling and Software*, 89, 40-60, doi: 10.1016/j.envsoft.2016.11.021.

Pandey, P.K., Soupir, M.L., Ikenberry, C., and Rehmann C.R. 2016 Predicting streambed sediment and water column *Escherichia coli* levels at watershed scale, *Journal of the American Water Resources Association*, 52, 184-197, doi: 10.1111/1752-1688.12373.

Schmalle, G.F. and Rehmann, C.R. 2014 Analytical solution of a model of contaminant transport in the advective zone of a river, *Journal of Hydraulic Engineering*, 140, 04014029, doi: 10.1061/(ASCE)HY.1943-7900.0000885.

Wain, D.J., Kohn, M.S., Scanlon, J.A., and Rehmann, C.R. 2013 Internal wave driven transport of fluid away from the boundary of a lake, *Limnology and Oceanography*, 58, 429-442.

Pandey, P.K., Soupir, M.L., and Rehmann, C.R. 2012 A model for predicting resuspension of *Escherichia coli* from streambed sediments, *Water Research*, 46, 115-126.

Rehmann, C.R. and Soupir, M.L. 2009 Importance of interactions between the water column and the sediment for microbial concentrations in streams, *Water Research*, 43, 4579–4589.

**Selected research grants**

U.S. Environmental Protection Agency: Ikuma, K. (PI), Rehmann, C.R. (co-PI), Poleacovschi, C., Weems, C.F., and Garcia Zambrana, I., "Building resilience in elderly vulnerable communities facing repeated flooding and increased exposure risks to untreated wastewater in Puerto Rico", 2020-2023.

Iowa Department of Transportation: Rehmann, C.R. (PI), Perez, M.A., "Groundwater systems impacts on the U.S. 63 railroad underpass at Waterloo, Iowa: Phase IV", 2014-2019.

Iowa Department of Agriculture and Land Stewardship and City of Johnston: Rehmann, C.R. (PI), Perez, M.A., Ikuma, K., "In-situ performance evaluation of bioretention intake systems", 2019-2020.

City of Clive: Rehmann, C.R. (PI), Perez, M.A., Ikuma, K., "Field evaluation of the unified sizing criteria for post-construction stormwater management practices", 2019-2020.

Minnesota Department of Transportation: Rehmann, C.R. (PI), Ikuma, K., Perez, M.A., Cetin, B., "Environmental field evaluation of potassium acetate", 2019-2021.

National Resources Conservation Service: Rutherford, C.J. (PI), Perez, M.A., Rehmann, C.R. (co-PI), Isenhart, T.M., and Jaynes, T., "Evaluation and enhancement of saturated buffers as a conservation drainage practice for agricultural subsurface drainage treatment", 2018-2020.

U.S. Army Corps of Engineers: Wilkinson, G. (PI), Crumpton, W., Rehmann, C.R. (co-PI), "Water quality monitoring for Saylorville, Red Rock, and Coralville Reservoirs", 2017-2022.

U.S. Environmental Protection Agency Region 7: Soupir, M.L (PI) and Rehmann, C.R., "Improving SWAT for TMDLs for Bacteria", 2009-2010.

**Selected service**

Associate Editor, *Journal of Hydraulic Engineering,* 2005-2012.

Associate Editor, *Limnology and Oceanography*, 2005-2012

Technical Committee on Hydraulic Measurements and Experimentation, Environmental and Water Resources Institute (EWRI) of the American Society of Civil Engineers (ASCE), secretary 2002-2003, vice chair 2005-2006, chair 2006-2008.

# BIOGRAPHICAL SKETCH

NAME: Joseph A. Charbonnet
POSITION TITLE & INSTITUTION: Assistant Professor, Iowa State University

## A. PROFESSIONAL PREPARATION

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR |
|---|---|---|---|---|
| Georgia Institute of Technology | Atlanta, GA | Environmental Engineering | BS | 2012 |
| University of California, Berkeley | Berkeley, CA | Civil & Environmental Engineering | MS | 2013 |
| University of California, Berkeley | Berkeley, CA | Civil & Environmental Engineering | PhD | 2018 |
| Colorado School of Mines | Golden, CO | Environmental Engineering | Postdoctoral Fellowship | 2020-2021 |

## B. APPOINTMENTS

| From - To | Position Title, Organization and Location |
|---|---|
| 2022- Present | Assistant professor; Iowa State University; Ames, IA |
| 2019-2020 | Instructor; Mt. Tamalpais College; San Quentin, CA |
| 2019 | Lecturer; University of California, Berkeley; Berkeley, CA |
| 2018-2020 | Staff Scientist; Green Science Policy Institute; Berkeley, CA |
| 2016 | Researcher; Lawrence Berkeley National Laboratory; Kolkata, India |

## C. PRODUCTS

**Charbonnet, J.A.\***, Rodowa, A.E.\*, Guelfo, J.L., Field, J., Higgins, C., Helbling, D.E. & Houtz, E.F. Environmental Source Tracking of Per- and Polyfluoroalkyl Substances within a Forensic Context: Current and Future Techniques. *Environ. Sci. and Technol.* (2021)*.* DOI: 10.1021/acs.est.0c08506

**Charbonnet, J. A.**, Duan Y., Van Genuchten, C. & Sedlak, D. L. Regenerated manganese-oxide  coated sands: The role of mineral phase in organic contaminant reactivity. *Environ. Sci. and Technol.* **55,** 5282-5290 (2021). DOI: 10.1021/acs.est.0c05745

**Charbonnet, J.A.,** Weber, R. & Blum, A. Flammability Standards for Furniture, Building Insulation and Electronics: Benefit and Risk. *Emerg. Contam.* **6,** 432-441 (2020). DOI: 10.1016/j.emcon.2020.05.002

**Charbonnet, J. A.**, Duan Y. & Sedlak, D. L. The use of manganese oxide-coated sand for the removal of trace metal ions from stormwater. *Environ. Sci.: Water Res. & Tech.* (2019) DOI: 10.1039/C9EW00781D

**Charbonnet, J. A.**, Duan Y., Van Genuchten, C. & Sedlak, D. L. Chemical regeneration of manganese oxide coated sand for oxidation of organic stormwater contaminants. *Environ.         Sci. and Technol.* **53,** 10728-10736 (2018). DOI: 10.1021/acs.est.8b03304

Grebel, J. E.*, **Charbonnet, J. A.**\* & Sedlak, D. L. Oxidation of organic contaminants by manganese oxide geomedia for passive urban stormwater treatment systems. *Water Res.* **88,** 481–491 (2016). DOI: 10.1016/j.watres.2015.10.019

Teixido, M., **Charbonnet, J. A.**, LeFevre, G.H., Luthy, R. & Sedlak, D.L. Geomedia-amended infiltration system to enhance metal and trace organic compound removal in urban stormwater runoff. *In preparation*

*equal contributions*


# D. SYNERGISTIC ACTIVITIES

Per- and Polyfluoroalkyl Substances Suspect List (2021): In collaboration with National Institute of Standards and Technology, compiled most comprehensive publically available data of PFAS structures for high-resolution mass spsctrometry suspect screening (https://github.com/usnistgov/NISTPFAS).

Water You Talking About Podcast (2016-Present): Founder and producer of podcast featuring environmental engineering academics communicating water issues and innovations to a lay audience (https://soundcloud.com/water-podcast). Over 30 episodes have been produced with over 15,000 total listens.

Colorado School of Mines Society of Hispanic Professional Engineers (2020-2021): Chapter co-advisor, mentor to senior student leadership, and seminar presenter ("School So Nice You Do It Twice: Everything to Know About Graduate School." November 6, 2020).

King Middle School, Berkeley, CA (2013-2018): Volunteer science tutor and mentor. Including supervising the development, execution, and reporting of results for 10 science experimentation projects. In collaboration with museum educators at the Lawrence Hall of Science, developed and led urban stormwater modeling activity.

Re-Inventing the Nation's Urban Water Infrastructure (ReNUWIt) ERC: Student Leadership Council President and Campus Representative. Organized weekly seminars and student activities and presentations at annual meetings.

**Say Kee Ong, P.E.**

*Professor*

Civil, Construction, and Environmental Engineering, 422 Town Engineering Building,
Iowa State University, Ames, Iowa 50011
Tel. Phone: 515 294 3927, E-mail: skong@iastate.edu

_____

**Education**

| | |
|---|---|
| Ph.D. | Environmental Engineering, Cornell University, NY |
| M.S. | Environmental Engineering, Vanderbilt University, TN |
| B.E. | Mechanical Engineering, University of Malaya, Malaysia |

**Experience**

| | |
|---|---|
| May '06 – present | Professor, Dept. of Civil, Construction and Environmental Engineering, Iowa State University, Ames, IA |
| Jan. '06 – May '19 | Visiting Professor, International Faculty Member, National Center of Excellence for Environmental and Hazardous Waste Management (NCE-EHWM), Chulalongkorn University, Bangkok, Thailand |
| May '00 – May '06 | Associate Professor, Dept. of Civil, Construction and Environmental Engineering, Iowa State University, Ames, IA |
| Jan. '94 – May '00 | Assistant Professor, Dept. of Civil, Construction and Environmental Engineering, Iowa State University, Ames, IA |
| Sept. '92 - Dec. '93 | Assistant Professor, Dept. of Civil and Environmental Engineering, Polytechnic University, Brooklyn, NY (now NYU) |
| Jan. '90 - Aug. '92 | Principal Research Engineer, Environmental Tech. Dept., Battelle, Columbus, OH |
| Apr. '80 - Apr. '84 | Project Engineer, Water and Wastewater Group, Paterson Candy Co., Malaysia |

**Honors (Selected)**

| | |
|---|---|
| 2020 | Joseph C. and Elizabeth A. Anderlik Faculty Award for Excellence in Undergraduate Teaching |
| 2020 | Visiting Faculty, Swiss Federal Institute of Aquatic Science and Technology (Eawag), Switzerland |
| 2018 | Iowa State University Board of Regents Award for Faculty Excellence |
| 2011 | Erskine Fellow, University of Canterbury, New Zealand |
| 2008 | WEF McKee Groundwater Protection, Restoration or Sustainable Use Medal |
| 2005 | Assoc. of Environmental Engineering and Science Professors (AEESP) Outstanding Teacher Award |
| 2005 | Montgomery-Watson-Harza / AEESP Master Thesis Award, First Place (with Angela Kolz) |

**Publications**

i. Five related

1. Shi, G., S.K. Ong, 2021. Oxidation of 2,4-Dichlorophenoxyacetic acid (2,4 D) by persulfate or peroxymonosulfate with iron(II) as an activator, ASCE J. of Hazardous, Toxic and Radioactive Waste Management. DOI: 10.1061/(ASCE)HZ.2153-5515.0000645

2. Moharramzadeh, S., S.K. Ong, J. Alleman, K. Cetin, 2021, Parametric study of the progressive freeze concentration for desalination, Desalination, 510. 115077. doi:https://doi.org/10.1016/j.desal.2021.115077

3. Law, J.Y., M.L. Soupir, D.R. Raman, T.B. Moorman, S.K. Ong, 2018, Electrical stimulation for enhanced denitrification in woodchip bioreactors: Opportunities and challenges, J. Ecological Engineering, 110:38-47.

4. Tian, Q., L. Zhuang, S.K. Ong, Q. Wang, K. Wang, X. Xie, Y. Zhu, F. Li, 2017.  Phosphorus (P) recovery coupled with increasing influent ammonium facilitated intracellular carbon source storage and simultaneous aerobic phosphorus & nitrogen removal, Water Research, 119: 267 – 275 (http://dx.doi.org/10.1016/j.watres.2017.02.050)

5. Tian, Q., S. K. Ong, K. W. Wang, X. Xie , F. Li, B. Yang, Y. Zhu, 2016, Enhanced phosphorus recovery and biofilm microbial community changes in an alternating anaerobic/aerobic biofilter, Chemosphere 144:1797-1806.

ii. Five other
1. Waleeittikul, A., S. Chotpantarat, S.K. Ong, 2019, Impacts of salinity level and flood irrigation on Cd mobility through a Cd-contaminated soil, Thailand: experimental and modeling techniques, J. Soils and Sediments. 19:2357-2373
2. Sharma, B., B. Steward, S.K. Ong, and F.E. Miguez, 2017. Evaluation of teaching approach and students' learning in an interdisciplinary sustainable engineering course, J. Cleaner Production, 142(4):4032-4040.
3. Sikkemma, J. K., S. K. Ong, J. E. Alleman, 2015, Photocatalytic concrete pavements: Laboratory investigation of NO oxidation rate under varied environmental conditions, Construction and Building Materials, 100:305-314
4. Wikiniyadhanee, R., S. Chotpantarat, S.K. Ong, 2015,  Effects of kaolinite colloid on Cd2+ transport through saturated sand under varying ionic strength conditions: Column experiments and modeling approaches, J. of Contaminant Hydrology, 182:146-156  (doi:10.1016/j.jconhyd.2015.08.008)
5. Mao, F., S.K. Ong, J. Gaunt, 2015.  Modelling benzene permeation through drinking water high density polyethylene (HDPE) pipes, Journal of Water and Health, 13(3):758-772. (doi:10.2166/wh.2015.183)

**Synergistic Activities**

Dr. Ong's teaching experience and research interests are in fate and transport of pollutants in engineered and natural systems, development of sustainable urban water infrastructure, and development of sustainable compact water and wastewater treatment processes. Dr. Ong's research is focused on the interactions of physical, chemical and biological processes on the behavior of nutrients, micro-pollutants and hazardous compounds in water and wastewater. Since joining ISU, Dr. Ong has graduated 18 Ph.D. students and 53 M.S. students. He has received five teaching awards including ISU Foundation Award for Outstanding Achievement in Teaching, ISU top teaching award. Courses he taught include Environmental Engineering Chemistry, Wastewater and Water Treatment Design, and Sustainable Engineering and International Development. Dr. Ong served as a visiting International Faculty member at the National Center of Excellence for Environmental and Hazardous Waste Management, Chulalongkorn University, Bangkok, Thailand from 2006 - 2020.

**Collaborators and other Affiliations**

Dr. Rao Surampalli, US EPA, Kansas City, MO; Dr. Tom Moorman, USDA-ARS, Ames, IA; Dr. Robert Hinchee, Battelle, Columbus, OH; Dr. B. Wickramnayake, Battelle, OH; Dr. James Alleman, Iowa State University; Dr. Andrea Leeson, SERDP, Washington, DC; Dr. Ni-Bin Chang, Univ. of Central Florida, FL; Dr. Shihwu Sung, University of Hawaii, Hilo.

**Graduate students and Post-docs advised**

Jeong Hyub Ha, Pohang University of Science and technology,, Korea; Chu-Lin Cheng, U. of Texas, Pan American, TX; Shane Rogers, Ph.D., Clarkson University, NY; Washington Braida, Ph.D., Stevens Institute of Technology, Hoboken, NJ (also worked as a post-doc); Ben Pak-Hing Lee, Ph.D., Fooyin University, Kaoshiung, Taiwan; Chulsung Kim, Ph.D., Georgia Gwinnet University, GA; Keh Ping Chao, Ph.D., Environmental Health Department, China Medical College, Taichung, Taiwan; Yong Woo Lee, Ph.D., Hyundai Research Center, Seoul, Korea; Cagatayhan Ersu, PhD, Cukurova University, Turkey.

**Thesis Advisors**

Master's thesis advisor - Dr. Alan Bowers, Dept. of Civil and Environmental Engineering, Vanderbilt University, Nashville, TN

Ph.D. dissertation advisor - Dr. Leonard Lion, Dept. of Civil and Environmental Engineering, Cornell University, Ithaca, NY

# Biographic Sketch

**Yu Wang**
Department of Political Science
Iowa State University
545 Ross Hall, Ames, IA 50010
Phone: (515)294-3934

## (a) Professional Preparation
Georgia Institute of Technology, Atlanta, GA, Public Policy, Ph.D, 2014
Shanghai Jiao Tong University, Shanghai, China, Environmental Engineering, M.S, 2008
Shanghai Jiao Tong University, Shanghai, China, Natural Resources & Environment, B.S, 2005

## (b) Academic Appointments
Associate Professor, Department of Political Science, Iowa State University, 2021 - present
Assistant Professor, Department of Political Science, Iowa State University, 2014 - 2021

## (c) Products
### (i) Five Closely Related Products
(1) Robert Urbatsch, Yu Wang. (2021) Religiosity and energy-policy preferences. Accepted at Energy Research & Social Science
(2) Yang, C., Wang, Y.*, Dong, Z. (2020) Evaluating the impact of denitrification tariff on energy-related NOX generation in China: policy effects and regional disparities. Energy Policy. 142. 111520, ISSN 0301-4215.
(3) Wang, Y.*, and Cheng, M. Greenhouse Gas Emissions Embedded in US-China Fuel Ethanol Trade: A Comparative Well-to-Wheel Estimate. Journal of Cleaner Production. 2018 (183): 653-661
(4) Yu Wang*, Ming-Hsun Cheng, and Mark Mba-Wright. Life-cycle energy consumption and greenhouse gas emissions from corncob ethanol in China. Biofuels Bioproducts & Biorefining. 2018; 12: 1037-1046.
(5) Brown, M., Wang, Y. Energy-Efficiency Skeptics and Advocates: The Debate Heats Up as the Stakes Rise. Energy Efficiency, 2017; 10(5): 1155-1173

### (ii) Other Significant Products
(1) Alvina Aui, Yu Wang*. Mark Mba-Wright. (2021) Meta-analysis of economic feasibility of cellulosic ethanol technologies. Renewable & Sustainable Energy Review. 145: 111098
(2) Chen, C.-F., Wang, Y., Adua, L., & Bai, H. (2020). Reducing Household Fossil Fuel Consumption by Enabling Technology and Behavior. Energy Research and Social Science, 60:101402.
(3) Chien-fei Chen, Tianzhen Hong, Gerardo Zarazua de Rubens, Selin Yilmaz, Karol Bandurski, Zsófia Deme Bélafi, Marilena De Simone, Mateus Vinícius Bavaresco, Yu Wang, Pei-ling Liu, Verena M. Barthelmes, Jacqueline Adams, Simona D'Oca, Łukasz Przybylski, Culture, conformity, and carbon? A multi-country analysis of heating and cooling practices in office buildings, Energy Research & Social Science, Volume 61, 2020, 101344, ISSN 2214-6296

(4) Yu Wang*. Overview of State Policies for Energy Efficiency in Buildings. Current Sustainable and Renewable Energy Reports. 2018: 5(1): 101-108

(5) Ming-Hsun Cheng, Minliang Yang, and Yu Wang*. 2016. American's Energy Future: An Analysis of the Proposed Energy Policy Plans in Presidential Election. *Energies*. 9, 1000

**(d) Synergistic Activities**

(1) Serving as the co-PI on multiple research projects to study energy use by buildings, including a research project (funded by A. Sloan Foundation) examining the social acceptance of demand response technologies, and a research project modeling building level energy use in an urban center (funded by the Iowa Energy Center)

(2) Serving on the policy council and review panel for the Association of Public Policy Analysis & Management since 2019; Review manuscripts; Organize and chair multiple panels; Serving as discussant for multiple panels; Funding member of the Chinese Policy Scholar Group since 2020

(3) Setting up the ISU-NMES (National Energy Modeling System) model to establish modeling capacity of the national energy market, and facilitate interdisciplinary collaboration on energy research;

(4) Serving as reviewer for multiple journals in the field of energy policy research, including Journal of Policy Analysis and Management, Journal of Cleaner Production, Global Environmental Change, Applied Energy, etc; Written a book on energy efficiency policies to introduce the policies and markets for energy efficiency and offer analysis of state, national, and global energy efficiency markets

(5) Panel reviewer: NSF-GRFP 2017; APPAM Fall Research Conference multiple panels

## NSF BIOGRAPHICAL SKETCH

NAME: Oyanedel-Craver, Vinka

ORCID: 0000-0002-7851-2108

POSITION TITLE & INSTITUTION: Interim Associate Dean of Research, College of Engineering, University of Rhode Island

### (a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| P. Catholic U. of Valparaiso | Valpo., Valpo. | Biochemical Engineering | BS | 1997 |
| P.Catholic U. of Valparaiso | Valparaiso, Valpo. | Biochemical Engineering | MS | 2001 |
| U. of Santiago de Compostela | Compostela, Galicia | Chem. and Environ. Engineering | PHD | 2002 |
| U. of Virginia | Charlottesville, Virginia | Civil and Enviro. Engineering | Postdoctoral Fellow | 2003 - 2007 |

### (b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))

| | |
|---|---|
| 2021 - present | Interim Associate Dean of Research, College of Engineering, University of Rhode Island, Kingston, RI |
| 2021 - present | Academic Advisor, New England Transportation Consortium |
| 2019 - present | Professor, University of Rhode Island, Department of Civil and Environmental Engineering, Kingston, RI |
| 2019 - present | Board Member, Ixtatan Foundation (non profit organization) |
| 2020 - 2020 | Visiting Scholar, Department of Sanitary and Environmental Engineering, Universidade Federal de Santa Maria |
| 2019 - 2021 | President, Sustainable Nanotechnology Organization |
| 2015 - 2015 | Visiting Scholar (sabbatical), Harvard T.H. Chan School of Public Health |
| 2015 - 2015 | Visiting Scholar, Biochemical Engineering School, Pontificia Universidad Catolica, Valparaiso |
| 2014 - 2019 | Associate Professor, University of Rhode Island, Department of Civil and Environmental Engineering, Kingston, RI |
| 2008 - 2014 | Assistant Professor, University of Rhode Island, Department of Civil and Environmental Engineering, Kingston, RI |
| 2006 - 2007 | Adjunct Professor, University of Virgia, Department of Civil and Environmental Engineering, Charlottesville, VA |

### (c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))

**Products Most Closely Related to the Proposed Project**

1. Faghihzadeh F, Anaya N, Hadjeres H, Boving T, Oyanedel-Craver V. Pulse UV light effect on microbial biomolecules and organic pollutants degradation in aqueous solutions. Chemosphere. 2019 February; 216:677-683. Available from: https://linkinghub.elsevier.com/retrieve/pii/S0045653518320472 DOI:

10.1016/j.chemosphere.2018.10.176

2. Guilfoos T, Hayden S, Uchida E, Oyanedel-Craver V. WTP for water filters and water quality testing services in Guatemala. Water Resources and Economics. 2020 July; 31:100139-. Available from: https://linkinghub.elsevier.com/retrieve/pii/S2212428417301615 DOI: 10.1016/j.wre.2019.01.005

3. Singh D, Schifman L, Watson-Wright C, Sotiriou G, Oyanedel-Craver V, Wohlleben W, Demokritou P. Nanofiller Presence Enhances Polycyclic Aromatic Hydrocarbon (PAH) Profile on Nanoparticles Released during Thermal Decomposition of Nano-enabled Thermoplastics: Potential Environmental Health Implications. Environmental Science & Technology. 2017 April 20; 51(9):5222-5232. Available from: https://pubs.acs.org/doi/10.1021/acs.est.6b06448 DOI: 10.1021/acs.est.6b06448

4. Kallman E, Oyanedel-Craver V, Smith J. Ceramic Filters Impregnated with Silver Nanoparticles for Point-of-Use Water Treatment in Rural Guatemala. Journal of Environmental Engineering. 2011 June; 137(6):407-415. Available from: http://ascelibrary.org/doi/10.1061/%28ASCE%29EE.1943-7870.0000330 DOI: 10.1061/(ASCE)EE.1943-7870.0000330

5. Mellor J, Kallman E, Oyanedel-Craver V, Smith J. Comparison of Three Household Water Treatment Technologies in San Mateo Ixtatán, Guatemala. Journal of Environmental Engineering. 2015 May; 141(5):04014085-. Available from: http://ascelibrary.org/doi/10.1061/%28ASCE%29EE.1943-7870.0000914 DOI: 10.1061/(ASCE)EE.1943-7870.0000914

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Schifman LA, Kasaraneni VK, Sullivan RK, Oyanedel-Craver V, Boving TB. New Antimicrobially Amended Media for Improved Nonpoint Source Bacterial Pollution Treatment. Environ Sci Technol. 2015 Dec 15;49(24):14383-91. PubMed PMID: 26562065.

2. Gambilongo L, Greco L, Oyanedel-Craver V. Life Cycle Assessment approach: comparative analysis of CLT panels and concrete system for a complex building envelope.. [Print]. Calabria, Italy: Università della Calabria; 2020 July.

3. Chede S, Anaya N, Oyanedel-Craver V, Gorgannejad S, Harris T, Al-Mallahi J, Abu-Dalo M, Qdais H, Escobar I. Desalination using low biofouling nanocomposite membranes: From batch-scale to continuous-scale membrane fabrication. Desalination. 2019 February; 451:81-91. Available from: https://linkinghub.elsevier.com/retrieve/pii/S0011916417309463 DOI: 10.1016/j.desal.2017.05.007

4. Sullivan R, Erickson M, Oyanedel-Craver V. Understanding the microbiological, organic and inorganic contaminant removal capacity of ceramic water filters doped with different silver nanoparticles. Environmental Science: Nano. 2017; 4(12):2348-2355. Available from: http://xlink.rsc.org/?DOI=C7EN00443E DOI: 10.1039/C7EN00443E

5. Shepard Z, Lux E, Oyanedel-Craver V. Performance of silver nanoparticle-impregnated ovoid ceramic water filters. Environmental Science: Nano. 2020; 7(6):1772-1780. Available from: http://xlink.rsc.org/?DOI=D0EN00115E DOI: 10.1039/D0EN00115E

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. Professional: Chair of the diversity committee for the College of Engineering. Participate in the organization of multiple activities, especially those engaging young professionals and women.

2. Outreach: Collaboration with Guiding Education in Math and Science Network (GEMS-Net) to support developing hands-on activities for K-12 science classrooms .

3. Innovation in education: NSF funded undergraduate course NanoTools. Results for this effort were recently published in the book " Exposure to Engineered Nanomaterials in the Environment"

4. Scientific Community: President of the Sustainable Nanotechnology Organization.

5. International: Co-Chair of two Pan American Nanotechnologies conferences (2017 and 2020) A total of 120 participants were from the USA and over 400 Latin American.

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

## BIOGRAPHICAL SKETCH
Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Todd Guilfoos

eRA COMMONS USER NAME (credential, e.g., agency login):

POSITION TITLE:Associate Professor

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| The Ohio State University | BSBA | 05/2001 | Finance |
| Binghamton University | PhD | 05/2013 | Economics |

## A.  Personal Statement

I am a water economist, and my main interests are in water economics, cooperation and behavioral economics, environmental markets, and non-market valuation. I'm a member of the Water Cluster at URI which is a leading group of interdisciplinary scientists interested in water who work across disciplines. A component of my research has been in groundwater economics and thinking about the connections between hydrology and optimal groundwater management.  Recent advances in the field have explored how spatial and physical constraints affect groundwater use and management.  Additionally, I have done work to understand water quality from a valuation and policy perspective. I've worked on valuation work in Guatemala on water filtration systems and measured economic impacts of the chemical spill in the Elk River in West Virginia in 2013. I'm currently working on a project investigating causes of lead exposure in schools through drinking water.

## B.  Positions, Scientific Appointments, and Honors

Associate Professor, University of Rhode Island, 2019-current
Assistant Professor, University of Rhode Island, 2013-2019

Associate Editor – Water & Resource Economics, 2020-current
Guest co-Editor – Agricultural and Resource Economics Review, 2016 Special Issue on Water Quality Economics

Program Committee, International Conference on Complex Systems 2018
Program Committee, Northeast Regional Conference on Complex Systems 2018, 2019
NAREA Board Member, 2017-2020
Chair, Agricultural Experiment Station W3190 2016-2017
Vice Chair, Agricultural Experiment Station W3190 2015-2016
Secretary, Agricultural Experiment Station W3190 2014-2015

## C.  Contributions to Science

Guilfoos, T., Pape, A. D. (2020). Estimating Case-Based Learning. *Games*, 11(3), 38.

Edwards, E., Guilfoos, T. (2020). The Economics of Groundwater Governance Institutions Across the Globe. *Applied Economic Perspectives and Policy*. (Forthcoming)

Zia, A., Ding, S., Messer, K. D., Miao, H., Suter, J. F., Fooks, J. R., ... & Merrill, S. (2020). Characterizing Heterogeneous Behavior of Non-Point-Source Polluters in a Spatial Game under Alternate Sensing and Incentive Designs. *Journal of Water Resources Planning and Management*, *146*(8), 04020054.

Weir, M. J., Ashcraft, C. M., Leuchanka Diessner, N., McGreavy, B., Vogler, E., & Guilfoos, T. (2020). Language effects on bargaining. *Plos one*, *15*(3), e0229501.

Guilfoos, T., Hayden, S., Uchida, E., & Oyanedel Craver, V. (2019). WTP for Water Filters and Water Quality Testing Services in Guatemala. *Water Resource and Economics*: 100139.

Guilfoos, T., Miao, H., Trandafir, S., & Uchida, E. (2019). Social Learning and Communication with Threshold Uncertainty. *Resource and Energy Economics*. *55*, 81-101.

Boslett, A., Guilfoos, T., & Lang, C. (2019). Valuation of the External Costs of Unconventional Oil and Gas Development: The Critical Importance of Mineral Rights Ownership. *Journal of the Association of Environmental and Resource Economists.* 6(3), 531-561.

Brozyna, C., Guilfoos, T., & Atlas, S. (2018). Slow and deliberate cooperation in the commons. *Nature Sustainability*, *1*(4), 184.

Guilfoos, T., Kell, D., Boslett, A., & Hill, E. L. (2018). The Economic and Health Effects of the 2014 Chemical Spill in the Elk River, West Virginia. *American Journal of Agricultural Economics*.

Merrill, N. H., & Guilfoos, T. (2018). Optimal groundwater extraction under uncertainty and a spatial stock externality. *American journal of agricultural economics*, *100*(1), 220-238.

Guilfoos, T., Khanna, N., & Peterson, J. M. (2016). Efficiency of Viable Groundwater Management Policies. *Land Economics*, 92(4), 618-640.

Miao, H., Fooks, J. R., Guilfoos, T., Messer, K. D., Pradhanang, S. M., Suter, J. F., ... & Uchida, E. (2016). The impact of information on behavior under an ambient-based policy for regulating nonpoint source pollution. *Water Resources Research*.

Booth, P. L., Guilfoos, T., & Uchida, E. (2016). Endowment Effects and Drinking Water Quality. *Agricultural and Resource Economics Review*,*45*(02), 338-366.

Kim, C. S., & Guilfoos, T. (2016). The Effect of Cost-share Programs on Ground Water Exploitation and Nonpoint-source Pollution under Endogenous Technical Change. *Agricultural and Resource Economics Review*, *45*(02), 394-417.

Boslett, A., Guilfoos, T., & Lang, C. (2016). Valuation of expectations: a hedonic study of shale gas development and New York's Moratorium. *Journal of Environmental Economics and Management*, *77*, 14-30.

Guilfoos, T., & Pape, A. D. (2016). Predicting human cooperation in the Prisoner's Dilemma using case-based decision theory. *Theory and Decision*,*80*(1), 1-32.

Guilfoos, T., Pape, A. D., Khanna, N., & Salvage, K. (2013). Groundwater management: The effect of water flows on welfare gains. *Ecological Economics*, *95*, 31-40.

## Biographical Sketch — Nell Green Nylen

University of California, Berkeley, School of Law • 393 Simon Hall, Berkeley, CA 94720
ngreennylen@berkeley.edu

### Education

| | | | |
|---|---|---|---|
| Stanford University | Geological and Environmental Sciences | B.S. | 1996 |
| Stanford University | Geological and Environmental Sciences | Ph.D. | 2005 |
| University of California, Berkeley | Law | J.D. | 2012 |

### Experience

| | |
|---|---|
| 2016-present | Senior Research Fellow, Wheeler Water Institute, Center for Law, Energy & the Environment, University of California, Berkeley, School of Law, Berkeley, CA |
| 2013–2016 | Research Fellow, Wheeler Water Institute, Center for Law, Energy & the Environment, University of California, Berkeley, School of Law, Berkeley, CA |
| 2012–2013 | Law Clerk to Justice Gregory J. Hobbs, Jr., Colorado Supreme Court, Denver, CO |
| 2011 | Teaching Assistant (Part-time), University of California, Berkeley, School of Law, Berkeley, CA |
| 2011 | Legal Intern, California Attorney General's Office, Oakland, CA |
| 2010 | Legal Intern, Center for Biological Diversity, San Francisco, CA |
| 2009 | Research and Curatorial Assistant, California Academy of Sciences, San Francisco, CA |
| 2006–2008 | Museum Assistant and GIS Specialist (Part-time), Yale Peabody Museum of Natural History, New Haven, CT |
| 2006–2008 | Assistant to Professor Michael Donoghue (Part-time), Yale University, New Haven, CT |
| 1998–2002 | Teaching Assistant (Part-time), Stanford University, Stanford, CA |
| 1997–1998 | GIS, CAD, and Graphics Specialist, Stanford University, Stanford, CA |
| 1997 | GIS and Graphics Intern, Stanford University, Stanford, CA |
| 1996–1997 | Geologist, United States Geological Survey, Menlo Park, CA |
| 1995–1996 | Teaching Assistant, Stanford University, Stanford, CA |

### Selected Publications

**Nell Green Nylen**, Michael Kiparsky, and Anita Milman. "Cultivating Effective Utility-Regulator Relationships Around Innovation: Lessons from Four Case Studies in the U.S. Municipal Wastewater Sector."   (In preparation)

Lidia Cano Pecharroman, Christopher Williams, **Nell Green Nylen**, and Michael Kiparsky. "How Can We Govern Large-Scale Green Infrastructure for Multiple Water Security Benefits?" *Blue Green Systems*.   (In press)

**Nell Green Nylen**. 2021. "Surface Water Quality Regulation as a Driver for Groundwater Recharge: The Case of Virginia's Sustainable Water Initiative for Tomorrow." *Case Studies in the Environment* 5(1): 1124592, https://doi.org/10.1525/cse.2020.1124592.

**Nell Green Nylen**, Michael Kiparsky, Dave Owen, Holly Doremus, and Michael Hanemann. 2018. Addressing Institutional Vulnerabilities in California's Drought Water Allocation, Part 1: Water Rights Administration and Oversight During Major Statewide Droughts, 1976–2016, California's Fourth Climate Change Assessment, California Natural Resources Agency, Publication number: CCCA4-CNRA-2018-009, https://www.energy.ca.gov/sites/default/files/2019-12/Water_CCCA4-CNRA-2018-009_ada.pdf.

**Nell Green Nylen**, Camille Pannu, and Michael Kiparsky. 2018. Learning from California's Experience with Small Water System Consolidations: A Workshop Synthesis. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 28 pp, *available at* https://www.law.berkeley.edu/research/clee/research/wheeler/learning-from-consolidations/.

**Nell Green Nylen**, Luke Sherman, Michael Kiparsky, and Holly Doremus. 2016. Citizen Enforcement and Sanitary Sewer Overflows in California. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 200 pp, *available at* https://www.law.berkeley.edu/research/clee/research/wheeler/sso-citizen-enforcement/.

**Nell Green Nylen** and Michael Kiparsky. 2015. Accelerating Cost-Effective Green Stormwater Infrastructure: Learning from Local Implementation. Center for Law, Energy & the Environment, University of California, Berkeley. Berkeley, CA. 47 pp, *available at* https://www.law.berkeley.edu/research/clee/research/wheeler/accelerating-cost-effective-green-stormwater-infrastructure-learning-from-local-implementation/


## Synergistic Activities and Associations

Executive Committee Member, Environmental Law Section of the California Lawyers Association, 2020–present

Board Member, California Water Law Symposium, 2019–present

Member, County Drought Advisory Group, convened by California Department of Water Resources to aid AB 1668 implementation, 2018–present

Over 20 invited presentations from 2015–2021

Member, Judging Committee, 2017 California Water Law Writing Prize


## Bar Admission

California (inactive)



**United States**
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: Kaoru Ikuma | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support

Project/Proposal: Building resilience in vulnerable older adult communities facing increased exposure risks to wastewater contamination from flooding in Puerto Rico

Source of Support: U.S. Environmental Protection Agency

Total Award Amount: 800,000.00    Total Award Period Covered: 08/16/2020 to 08/15/2023

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.    Cal: 0.65    Acad: 0.00    Sumr: 0.00

---

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support

Project/Proposal: Environmental Field Evaluation of Potassium Acetate

Source of Support: Minnesota Department of Transportation

Total Award Amount: 212,877.00    Total Award Period Covered: 08/15/2019 to 07/15/2022

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.    Cal: 0.00    Acad: 0.00    Sumr: 0.25

---

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support

Project/Proposal: A systems approach for understanding, predicting, and managing harmful algal blooms in Midwestern lakes

Source of Support: U.S. Environmental Protection Agency

Total Award Amount: 760,000.00    Total Award Period Covered: 01/01/2018 to 12/31/2021

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.    Cal: 0.00    Acad: 0.00    Sumr: 0.25

---

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support

Project/Proposal: Evaluation of per- and polyfluoroalkyl substances in Iowa wastewater treatment facilities, treated effluent, and biosolids

Source of Support: Iowa Water Environment Association

Total Award Amount: 10,000.00    Total Award Period Covered: 08/01/2021 to 06/30/2022

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.    Cal: 0.00    Acad: 0.00    Sumr: 0.10

---

Support: ☐Current ☑Pending ☐Submission Planned in Near Future ☐*Transfer of Support

Project/Proposal: Biodegradable polymeric nanoparticles: transport, fate and release of agrochemicals in soil environments

Source of Support: U.S. Dept. of Agriculture National Institute of Food and Agriculture

Total Award Amount: 650,000.00    Total Award Period Covered: 01/01/2022 to 12/31/2025

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.    Cal: 0.00    Acad: 0.00    Sumr: 0.60

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



**ENVIRONMENTAL PROTECTION AGENCY**
United States
Washington, DC 20460

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

Investigator: Kaoru Ikuma

Other agencies (including NSF) to which this proposal has been/will be submitted.

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support
Project/Proposal: CAREER: Understanding the development of bacterial resistance to disinfectants during water reuse

Source of Support: National Science Foundation
Total Award Amount: 519,488.00    Total Award Period Covered: 05/01/2022 to 04/30/2027
Location of Project: Iowa State University
Person-Months Per Year Committed to the Project.    Cal: 0.50    Acad: 0.00    Sumr: 0.00

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support
Project/Proposal: Pathways to exposure to pathogens during floods

Source of Support: National Institutes of Water Resources
Total Award Amount: 250,000.00    Total Award Period Covered: 10/15/2021 to 10/01/2024
Location of Project: Iowa State University
Person-Months Per Year Committed to the Project.    Cal: 1.70    Acad: 0.00    Sumr: 0.00

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support
Project/Proposal: Accelerating technical and community readiness for water reuse in small systems

Source of Support: U.S. Environmental Protection Agency
Total Award Amount: 3,246,000.00    Total Award Period Covered: 05/01/2022 to 04/30/2026
Location of Project: Iowa State University
Person-Months Per Year Committed to the Project.    Cal: 0.00    Acad: 0.00    Sumr: 1.50

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support
Project/Proposal:

Source of Support:
Total Award Amount:    Total Award Period Covered: to
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support
Project/Proposal:

Source of Support:
Total Award Amount:    Total Award Period Covered: to
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

NCER FORM 5 (9/01) For Use with
EPA STAR Grant Applications
Page
USE ADDITIONAL SHEETS AS NECESSARY



**ENVIRONMENTAL PROTECTION AGENCY**
Washington, DC 20460

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: Joseph E. Goodwill | Other agencies (including NSF) to which this proposal has been/will be submitted.<br>None |
|---|---|

Support: ☑ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support
Project/Proposal: CAREER: Closing the Rural Water and Eduction Gaps with a Simple Advanced Oxidation Process

Source of Support: NSF
Total Award Amount: 507,240.00     Total Award Period Covered: 04/01/2021 to 04/01/2026
Location of Project: Univ. or Rhode Island, Kingston, RI
Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr: 0.75

---

Support: ☑ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support
Project/Proposal: Co-treatment of Acid Mine Drainage in Municipal Waster Plants for Sustainable Design in Reclamation

Source of Support: US Dept. of Interior
Total Award Amount: 199,630.00     Total Award Period Covered: 09/01/2021 to 05/01/2023
Location of Project: Univ. of Rhode Island, Kingston, RI
Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr: 0.25

---

Support: ☑ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support
Project/Proposal: Nonstructural approaches to reduce sediment and pollutant runoff from infrastructure in urban areas

Source of Support: Transportation Infrastructure Durability Center, UMaine
Total Award Amount: 400,576.00     Total Award Period Covered: 08/01/2021 to 07/31/2022
Location of Project: Univ. of Rhode Island, Kingston, RI
Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr: 0.25

---

Support: ☐ Current   ☑ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support
Project/Proposal: RII Track-1: Blue Economies Require Health Coastal Ecosystems: Building Capacity at the Nexus of Climate Change, Marine Plastics, and Emerging Pollutants in the Ocean State

Source of Support: NSF-EPSCOR
Total Award Amount: 20,000,000.00     Total Award Period Covered: 07/01/2022 to 07/01/2027
Location of Project: Univ. of Rhode Island, Kingston, RI
Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr: 0.50

---

Support: ☐ Current   ☑ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support
Project/Proposal: Accelerating technical and community readiness for beneficial water reuse in small systems (this proposal)

Source of Support: USEPA
Total Award Amount: 821,919.00     Total Award Period Covered: 09/01/2022 to 08/31/2026
Location of Project: Univ. of Rhode Island, Kingston, RI
Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr: 1.00

---

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



**United States**
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: **Michael Kiparsky** | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support
Project/Proposal: **Water Resource Innovation Partnership with Valley Water**

Source of Support: **Santa Clara Valley Water District**
Total Award Amount: **79.994**        Total Award Period Covered: **01/01/2021** to **12/21/2022**
Location of Project: **UC Berkeley**
Person-Months Per Year Committed to the Project.        Cal: **1**        Acad:        Sumr:

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support
Project/Proposal: **Guidance for Achieving Voluntary Agreements in California Water**

Source of Support: **Water Foundation**
Total Award Amount: **26,000**        Total Award Period Covered: **08/19/2021** to **12/31/2021**
Location of Project: **UC Berkeley**
Person-Months Per Year Committed to the Project.        Cal: **1**        Acad:        Sumr:

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support
Project/Proposal: Recharge Net Metering to Secure Water Resources, Enhance Aquatic Systems, sustain landscapes and empower local institutions

Source of Support: **Gordon and Betty Moore Foundation**
Total Award Amount: **157,968**        Total Award Period Covered: **11/02/2020** to **11/01/2023**
Location of Project: **UC Berkeley**
Person-Months Per Year Committed to the Project.        Cal: **2**        Acad:        Sumr:

Support: ☑Current ☐Pending ☐Submission Planned in Near Future ☐*Transfer of Support
Project/Proposal: **Improving Water Rights Administration and Oversight for Future Droughts**

Source of Support: **State Water Resources Control Board**
Total Award Amount: **296,188**        Total Award Period Covered: **06/25/2020** to **01/31/2022**
Location of Project: **UC Berkeley**
Person-Months Per Year Committed to the Project.        Cal: **2**        Acad:        Sumr:

Support: ☐Current ☑Pending ☐Submission Planned in Near Future ☐*Transfer of Support
Project/Proposal: **Reinventing teh Nation's Urban Water Reuse Systems (ReNUWeRs)**

Source of Support: **EPA**
Total Award Amount: **3,245,670**        Total Award Period Covered: **08/01/2022** to **07/31/2026**
Location of Project: **UC Berkeley**
Person-Months Per Year Committed to the Project.        Cal: **1**        Acad:        Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



OMB Control No. 2030-0020
Approval expires 06/30/2024

**United States**
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: **Michael Kiparsky** | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☐ Current   ☑ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal: Accelerating Technical and community readiness for benefical water reuse in small systems

Source of Support: **EPA**

Total Award Amount: 3,245,670      Total Award Period Covered: 08/01/20222  to 07/31/2026

Location of Project: UC Berkeley

Person-Months Per Year Committed to the Project.      Cal: 2      Acad:      Sumr:

---

Support: ☐ Current   ☑ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal: Data enabled water trading to sustain agrosystems in the semi-arid west

Source of Support: USDA

Total Award Amount: 924,646      Total Award Period Covered: 10/01/21  to 09/30/25

Location of Project: UC Berkeley

Person-Months Per Year Committed to the Project.      Cal: 1.5      Acad:      Sumr:

---

Support: ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:      Total Award Period Covered:      to

Location of Project:

Person-Months Per Year Committed to the Project.      Cal:      Acad:      Sumr:

---

Support: ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:      Total Award Period Covered:      to

Location of Project:

Person-Months Per Year Committed to the Project.      Cal:      Acad:      Sumr:

---

Support: ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:      Total Award Period Covered:      to

Location of Project:

Person-Months Per Year Committed to the Project.      Cal:      Acad:      Sumr:

---

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



United States
**ENVIRONMENTAL PROTECTION AGENCY**
Washington, DC 20460

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: Lu Liu | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☑ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  GOALI: Collaborative Research: Advancing wastewater treatment resiliency and sustainability

Source of Support:  NSF

Total Award Amount: 35,331.00     Total Award Period Covered: 08/16/2019  to  08/14/2022

Location of Project:  Iowa State University, Ames, IA

Person-Months Per Year Committed to the Project.     Cal: 0.20     Acad: 0.00     Sumr: 0.00

Support: ☑ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  Analytical tool for assessing climate risks for ERCOT

Source of Support:  Alfred P. Sloan Foundation

Total Award Amount: 40,000.00     Total Award Period Covered: 05/01/2021  to  04/30/2023

Location of Project:  Iowa State University, Ames, IA

Person-Months Per Year Committed to the Project.     Cal: 0.00     Acad: 0.00     Sumr: 0.00

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  The impact of climate change, agriculture management, and water use on nitrate levels in the primary source of drinking water supply for Des Moines, IA

Source of Support:  USGS - G21AS00518

Total Award Amount: 201,931.00     Total Award Period Covered: 10/01/2021  to  10/01/2024

Location of Project:  Iowa State University, Ames, IA

Person-Months Per Year Committed to the Project.     Cal: 2.00     Acad:     Sumr:

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  Accelerating technical and community readiness for water reuse in small systems

Source of Support:  EPA

Total Award Amount: 3,254,999.00     Total Award Period Covered: 05/01/2022  to  04/30/2026

Location of Project:  Iowa State University, Ames, IA

Person-Months Per Year Committed to the Project.     Cal: 1.55     Acad:     Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:     Total Award Period Covered:     to

Location of Project:

Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

NCER FORM 5 (9/01)  For Use with
EPA STAR Grant Applications
Page

USE ADDITIONAL SHEETS AS NECESSARY



United States
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include your OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: Antonio Arenas | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☑Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support

Project/Proposal: Developing Design Criteria to Test a New Saturated Waterway Consevation Practice

Source of Support: Iowa Nutrient Research Center

Total Award Amount: 27,157.00     Total Award Period Covered: 10/01/2021  to  09/30/2021

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.     Cal:     Acad: 2.00     Sumr:

Support: ☐Current  ☑Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support

Project/Proposal: ASSESSING THE FLOOD REDUCTION BENEFITS OF ON-ROAD STRUCTURES

Source of Support: Iowa Department of Transportation / The University of Iowa

Total Award Amount: 194,087.00     Total Award Period Covered: 10/01/2021  to  02/28/2024

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.     Cal:     Acad: 3.00     Sumr:

Support: ☐Current  ☑Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support

Project/Proposal: Accelerating technical and community readiness for beneficial water reuse in small systems

Source of Support: U.S. Environmental Protection Agency

Total Award Amount: 3,245,999.00     Total Award Period Covered: 05/01/2022  to  04/30/2026

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.     Cal:     Acad: 1.55     Sumr:

Support: ☐Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:     Total Award Period Covered:     to

Location of Project:

Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr:

Support: ☐Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:     Total Award Period Covered:     to

Location of Project:

Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



United States
**ENVIRONMENTAL PROTECTION AGENCY**
Washington, DC 20460

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (28217), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator:  Chris Rehmann | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support:  ☑Current   ☐Pending   ☐Submission Planned in Near Future   ☐*Transfer of Support
Project/Proposal:  Building resilience in elderly vulnerable communities facing repeated flooding and increased exposure risks to untreated wastewater in Puerto Rico

Source of Support:  U.S. Environmental Protection Agency
Total Award Amount: 800,000.00          Total Award Period Covered: 09/01/2020   to  08/31/2023
Location of Project:  Iowa State University
Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 1.00

Support:  ☑Current   ☐Pending   ☐Submission Planned in Near Future   ☐*Transfer of Support
Project/Proposal:  Environmental Field Evaluation of Potassium Acetate

Source of Support:  Minnesota Department of Transportation
Total Award Amount: 212,877.00          Total Award Period Covered: 08/01/2019   to  07/31/2022
Location of Project: Iowa State University
Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 0.25

Support:  ☑Current   ☐Pending   ☐Submission Planned in Near Future   ☐*Transfer of Support
Project/Proposal:  Evaluation and Enhancement of Saturated Buffers as a Conservation Drainage Practice for Agricultural Subsurface Drainage Treatment

Source of Support:  U.S. Department of Agriculture--Natural Resource Conservation Service
Total Award Amount: 150,000.00          Total Award Period Covered: 09/01/2018   to  08/31/2022
Location of Project:  Iowa State University
Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 0.00

Support:  ☑Current   ☐Pending   ☐Submission Planned in Near Future   ☐*Transfer of Support
Project/Proposal:  Groundwater Systems Impacts on the US 63 Railroad Underpass at Waterloo, Iowa: Phase IV

Source of Support:  Iowa Department of Transportation
Total Award Amount: 139,999.00          Total Award Period Covered: 01/01/2020   to  12/31/2021
Location of Project:  Iowa State University
Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 0.50

Support:  ☑Current   ☐Pending   ☐Submission Planned in Near Future   ☐*Transfer of Support
Project/Proposal:  IRecognizeU: Finding the pathway to increasing women civil engineering students' feeling of recognition to develop an engineering identity

Source of Support:  National Science Foundation
Total Award Amount: 199,965.00          Total Award Period Covered: 09/01/2020   to  08/31/2023
Location of Project:  Iowa State University
Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 0.25

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



**United States**
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: **Chris Rehmann** | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal: Pathways to exposure to pathogens during floods

Source of Support: National Institutes for Water Resources

Total Award Amount: 250,000.00          Total Award Period Covered: 10/15/2021  to  10/14/2024

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 1.70

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal: Accelerating technical and community readiness for water reuse in small systems

Source of Support: U.S. Environmental Protection Agency

Total Award Amount: 3,246,000.00          Total Award Period Covered: 05/01/2022  to  04/30/2026

Location of Project: Iowa State University

Person-Months Per Year Committed to the Project.          Cal: 0.00     Acad: 0.00     Sumr: 1.00

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:          Total Award Period Covered:          to

Location of Project:

Person-Months Per Year Committed to the Project.          Cal:     Acad:     Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:          Total Award Period Covered:          to

Location of Project:

Person-Months Per Year Committed to the Project.          Cal:     Acad:     Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:          Total Award Period Covered:          to

Location of Project:

Person-Months Per Year Committed to the Project.          Cal:     Acad:     Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



United States
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's burden for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: **Joseph A. Charbonnet** | Other agencies (including NSF) to which this proposal has been/will be submitted. **N/A** |
|---|---|

Support: ☑ Current ☐ Pending ☐ Submission Planned in Near Future ☐ *Transfer of Support

Project/Proposal: Evaluation of per- and polyfluoroalkyl substances in Iowa wastewater treatment facilities, treated effluent, and biosolids

Source of Support: Iowa Water Environment Association

Total Award Amount: 10,0000     Total Award Period Covered: 8/1/2021 to 5/31/22

Location of Project: Ames, IA

Person-Months Per Year Committed to the Project.     Cal: 0     Acad: 0     Sumr: 0

Support: ☐ Current ☑ Pending ☐ Submission Planned in Near Future ☐ *Transfer of Support

Project/Proposal: National Priorities: Water Innovation, Science, and Engagement to Advance Water Reuse

Source of Support: US EPA

Total Award Amount: 4,057,500     Total Award Period Covered: 5/1/2022 to 4/30/2026

Location of Project: Ames, IA

Person-Months Per Year Committed to the Project.     Cal: 1.55     Acad:     Sumr:

Support: ☐ Current ☐ Pending ☐ Submission Planned in Near Future ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:     Total Award Period Covered: to

Location of Project:

Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr:

Support: ☐ Current ☐ Pending ☐ Submission Planned in Near Future ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:     Total Award Period Covered: to

Location of Project:

Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr:

Support: ☐ Current ☐ Pending ☐ Submission Planned in Near Future ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:     Total Award Period Covered: to

Location of Project:

Person-Months Per Year Committed to the Project.     Cal:     Acad:     Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



United States
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: Say Kee Ong | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☑ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Evaluation of per- and polyfluoroalkyl substances in Iowa wastewater treatment facilities, treated effluent, and biosolids

Source of Support: Iowa Water Environment Association

Total Award Amount: 10,000.00    Total Award Period Covered: 09/01/2021  to  09/01/2022

Location of Project: Iowa

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.00

---

Support: ☑ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Evaluation of wastewater disinfection using peracetic acid

Source of Support: Iowa Water Environment Association

Total Award Amount: 9,000.00    Total Award Period Covered: 09/01/2020  to  09/01/2021

Location of Project: Des Moines, Iowa

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.00

---

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Clean Watersheds Needs Survey

Source of Support: Iowa Dept. of Natural Resources

Total Award Amount: 105,000.00    Total Award Period Covered: 11/01/2021  to  05/15/2023

Location of Project: Iowa

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 1.00

---

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Accelerating technical and community readiness for water reuse in small systems

Source of Support: US EPA

Total Award Amount: 3,246,000.00    Total Award Period Covered: 05/01/2022  to  04/30/2026

Location of Project: Iowa, New Hampshire

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 1.00

---

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:

Total Award Amount:    Total Award Period Covered:    to

Location of Project:

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

NCER FORM 5 (9/01)  For Use with
EPA STAR Grant Applications

USE ADDITIONAL SHEETS AS NECESSARY



United States
**ENVIRONMENTAL PROTECTION AGENCY**
Washington, DC 20460

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

Investigator: **Yu Wang**

Other agencies (including NSF) to which this proposal has been/will be submitted.

Support:  ☐ Current   ☑ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support
Project/Proposal:

This proposal

Source of Support: **EPA**
Total Award Amount: **$4,057,500**    Total Award Period Covered:    to
Location of Project: **Iowa State University**
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.5

Support: ☑ Current   ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support
Project/Proposal:

A Model-based Assessment of Socioeconomic, Policy, and Environmental Implications for Sustainable

Source of Support: **USDA**
Total Award Amount: **$499,622**    Total Award Period Covered: 03/15/2017   to   03/14/2022
Location of Project: Iowa State Univeristy
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.35

Support: ☑ Current   ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support
Project/Proposal:

Future growth of diverse demand response resources and their impact on transmission and distribution

Source of Support: **Alfred Sloan Foundation**
Total Award Amount: **$263,764**    Total Award Period Covered: 08/15/2019   to   12/3/2021
Location of Project: **Iowa State University**
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.5

Support: ☑ Current   ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support
Project/Proposal:

CNH2-L: Sustainable field-to-market supply chains enabled by blockchain networks (this proposal)

Source of Support: **NSF**
Total Award Amount: $381,795    Total Award Period Covered: 01/01/2020   to   12/31/2021
Location of Project: **Iowa State University**
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.5

Support: ☐ Current   ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support
Project/Proposal:

Source of Support:
Total Award Amount:    Total Award Period Covered:    to
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

NCER FORM 5 (9/01)  For Use with
EPA STAR Grant Applications                    Page                    USE ADDITIONAL SHEETS AS NECESSARY



United States
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

Investigator:  Vinka Oyanedel-Craver

Other agencies (including NSF) to which this proposal has been/will be submitted.

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  Nonstructural approaches to reduce sediment and pollutant runoff from transportation infrastructure in urbanized areas

Source of Support:  TIDC-FHWA

Total Award Amount: 185,879.00    Total Award Period Covered: 09/01/2021 to 12/27/2021

Location of Project:  URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.30

---

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  RI Water Resources Center 104b 2021

Source of Support:  USGS

Total Award Amount: 125,000.00    Total Award Period Covered: 09/01/2021 to 08/30/2022

Location of Project: URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 1.00

---

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  Response of anti-reflection material to a biofouling challenge

Source of Support:  HIGHRI OPTICS, INC.

Total Award Amount: 62,000.00    Total Award Period Covered: 07/01/2021 to 06/30/2024

Location of Project:

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.30

---

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  RI Water Resource Center 104b 2020

Source of Support:  USGS

Total Award Amount: 125,000.00    Total Award Period Covered: 03/01/2020 to 12/30/2021

Location of Project:  URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.30

---

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  MRI: Acquistion of a Scanning/Transmission Electron Microscope for Materials Research and Education

Source of Support:  NSF

Total Award Amount: 1,600,000.00    Total Award Period Covered: 08/01/2019 to 07/30/2022

Location of Project:  URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.30

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

Investigator:  Vinka Oyanedel-Craver

Other agencies (including NSF) to which this proposal has been/will be submitted.

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  MRI: Acquisition of a Confocal High Content Screening System to Enhance Bioengineering and Biomedical Research

Source of Support: NSF

Total Award Amount: 863,345.00    Total Award Period Covered: 09/01/2018  to  11/27/2021

Location of Project:  URI

Person-Months Per Year Committed to the Project.    Cal:    Acad: 1.00    Sumr:

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  Are microplastics a vector for organic pollutants and disease in marine food webs?

Source of Support:  Seagrant

Total Award Amount: 292,830.00    Total Award Period Covered:  09/01/2021  to  08/30/2022

Location of Project: URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.20

Support:  ☑ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  Rhode Island – Enhancing the Coastal Environment to Enable Growth in a Blue Economy

Source of Support:  NSF

Total Award Amount: 20,000,000.00    Total Award Period Covered:  07/01/2017  to  06/30/2022

Location of Project:

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.20

Support:  ☐ Current    ☑ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  Blue Economies Require Healthy Coastal Ecosystems: Building Capacity at the Nexus of Climate Change, Marine Plastics, and Emerging Pollutants in the Ocean State

Source of Support:  NSF

Total Award Amount: 20,000,000.00    Total Award Period Covered:  03/01/2022  to  12/30/2027

Location of Project:  URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.50

Support:  ☐ Current    ☑ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal:  Towards a mechanistic understanding of the structure and reactivity biogenic of MnOx nanoparticles

Source of Support:  NSF

Total Award Amount: 432,707.00    Total Award Period Covered:  08/01/2022  to  07/30/2025

Location of Project:  URI

Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr: 0.50

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

NCER FORM 5 (9/01)  For Use with
EPA STAR Grant Applications

Page 2

USE ADDITIONAL SHEETS AS NECESSARY



United States
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

---

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator:  Todd Guilfoos | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support:  ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  Accelerating technical and community readiness for beneficial water reuse in small systems

Source of Support:  EPA
Total Award Amount: 821,919.00    Total Award Period Covered: 09/01/2022  to  08/31/2026
Location of Project:  Rhode Island
Person-Months Per Year Committed to the Project.                    Cal:          Acad:          Sumr: 0.75

---

Support:  ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  Communication, Rules, and Cooperation in Social Dilemmas: Large-scale Experiments Using Games

Source of Support:  NSF
Total Award Amount: 1,386,234.00    Total Award Period Covered: 07/01/2022  to  07/01/2026
Location of Project: University of Rhode Island
Person-Months Per Year Committed to the Project.                    Cal:          Acad: 1.00     Sumr: 1.00

---

Support:  ☑ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:  Does Mental Stress Affect Preferences For Groundwater Management

Source of Support:  USDA
Total Award Amount: 200,000.00    Total Award Period Covered: 06/01/2019  to  05/31/2022
Location of Project:  University of Rhode Island
Person-Months Per Year Committed to the Project.                    Cal:          Acad:          Sumr: 1.00

---

Support:  ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:
Total Award Amount:          Total Award Period Covered:          to
Location of Project:
Person-Months Per Year Committed to the Project.                    Cal:          Acad:          Sumr:

---

Support:  ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:
Total Award Amount:          Total Award Period Covered:          to
Location of Project:
Person-Months Per Year Committed to the Project.                    Cal:          Acad:          Sumr:

---

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

| Investigator: Nell Green Nylen | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

Support: ☑Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support
Project/Proposal: Water Resource Innovation Partnership with Valley Water

Source of Support: Santa Clara Valley Water District
Total Award Amount: 79.994     Total Award Period Covered: 01/01/2021 to 12/21/2022
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.          Cal:1          Acad:          Sumr:

Support: ☑Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support
Project/Proposal: Guidance for Achieving Voluntary Agreements in California Water

Source of Support: Water Foundation
Total Award Amount: 26,000     Total Award Period Covered: 08/19/2021 to 12/31/2021
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.          Cal:.5          Acad:          Sumr:

Support: ☑Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support
Project/Proposal: Recharge Net Metering to Secure Water Resources, Enhance Aquatic Systems, sustain landscapes and empower local institutions

Source of Support: Gordon and Betty Moore Foundation
Total Award Amount: 157,968     Total Award Period Covered: 11/02/2020 to 11/01/2023
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.          Cal:1          Acad:          Sumr:

Support: ☑Current  ☐Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support
Project/Proposal: Improving Water Rights Administration and Oversight for Future Droughts

Source of Support: State Water Resources Control Board
Total Award Amount: 296,188     Total Award Period Covered: 06/25/2020 to 01/31/2022
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.          Cal:3          Acad:          Sumr:

Support: ☐Current  ☑Pending  ☐Submission Planned in Near Future  ☐*Transfer of Support
Project/Proposal: Reinventing teh Nation's Urban Water Reuse Systems (ReNUWeRs)

Source of Support: EPA
Total Award Amount: 3,245,670     Total Award Period Covered: 08/01/2022 to 07/31/2026
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.          Cal:2          Acad:          Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



United States
**ENVIRONMENTAL PROTECTION AGENCY**
**Washington, DC 20460**

OMB Control No. 2030-0020
Approval expires 06/30/2024

# Current and Pending Support

This collection of information is approved by OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. (OMB Control No. 2030-0020). Responses to this collection of information are required to obtain an assistance agreement (40 CFR Part 30, 40 CFR Part 31, and 40 CFR Part 33 for awards made prior to December 26, 2014, and 2 CFR 200, 2 CFR 1500, and 40 CFR Part 33 for awards made after December 26, 2014). An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The public reporting and recordkeeping burden for this collection of information is estimated to be 0.5 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates and any suggested methods for minimizing respondent burden to the Regulatory Support Division Director, U.S. Environmental Protection Agency (2821T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

*The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.*

Investigator: **Nell Green Nylen**

Other agencies (including NSF) to which this proposal has been/will be submitted.

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal: Accelerating Technical and community readiness for benefical water reuse in small systems

Source of Support: EPA
Total Award Amount: 3,245,670    Total Award Period Covered: 08/01/20222 to 07/31/2026
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.    Cal: 3    Acad:    Sumr:

Support: ☐ Current  ☑ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal: Data enabled water trading to sustain agrosystems in the semi-arid west

Source of Support: USDA
Total Award Amount: 924,646    Total Award Period Covered: 10/01/21 to 09/30/25
Location of Project: UC Berkeley
Person-Months Per Year Committed to the Project.    Cal: 3    Acad:    Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:
Total Award Amount:    Total Award Period Covered: to
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:
Total Award Amount:    Total Award Period Covered: to
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

Support: ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal:

Source of Support:
Total Award Amount:    Total Award Period Covered: to
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:    Acad:    Sumr:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.



American Water Works
Association
*Dedicated to the World's Most Important Resource®*

6666 West Quincy Avenue
Denver, CO 80235-3098
**T** 303.794.7711
**F** 303.794.7310
   800.926.7337
   www.awwa.org

September 20, 2021

Dr. Kaoru Ikuma
Assistant Professor
Iowa State University
328 Town Engr
813 Bissell Rd.
Ames, IA 50011

RE: Letter of Support

Dr. Ikuma and Members of the Bidding Consortium,

With regards to the solicitation **Environmental Protection Agency; National Priorities: Water Innovation, Science and Engagement to Advance Water Reuse, EPA-G2021-ORD-E1**, American Water Works Association (AWWA) stands in support of broadening the water supply portfolio of utilities in the context of small and rural systems throughout the United States. If the consortium, led by Iowa State University, is successful in their bid to conduct this research program, AWWA will seek to mobilize resources to assist in this effort in a fee-for-service model. Examples of potential activities may include engineering and infrastructure feasibility studies conducted through the Community Engineering Corps program (www.communityengineeringcorps.org), and utilization of volunteers and technical experts to assess the potential for water reuse in small, disadvantaged, and rural communities. All activities dependent on employing AWWA resources will be negotiated after award.

Sincerely,

Barbara Martin
Director of Engineering & Technical Services
American Water Works Association



**Department of Health**

Three Capitol Hill
Providence, RI 02908-5097

TTY: 711
www.health.ri.gov

September 21, 2021

Sarah Ludwig-Monty
United State Environmental Protection Agency
Office of Research
1200 Pennsylvania Ave NW
Washington, DC 20004

**RE:    Letter of Intent, EPA-G2021-ORD-E1**

Dear Ms. Ludwig-Monty:

If the proposal submitted by the University of Rhode Island (Prime: Iowa State University) is selected for funding by the United States Environmental Protection Agency, I am pleased to participate and collaborate as detailed in the proposal. Briefly, this will include connecting the principal investigators to target small utilities in the region for execution of pilot studies, the sharing of water quality and treatment data and operator licensing information *via* quarterly meetings with Dr. Goodwill. It is estimated that the value of this data and staff time represents an in-kind contribution equivalent to $10,000 per year.

Sincerely,

Zhengkai Li, Sc.D., P.E.
Environmental Engineer IV
Center for Drinking Water Quality
Rhode Island Department of Health

**State of Rhode Island**



September 21, 2021

Sarah Ludwig-Monty
United State Environmental Protection Agency
Office of Research
1200 Pennsylvania Ave NW
Washington, DC 20004

Re:    **Letter of Intent, EPA-G2021-ORD-E1**

Dear Ms. Ludwig-Monty:

If the proposal submitted by the University of Rhode Island (Prime: Iowa State University) is selected for funding by the United States Environmental Protection Agency, it is my intent to collaborate as detailed in the proposal. Briefly, this will include connecting the principal investigators to target small utilities in the region for execution of physical and desktop pilot studies, the sharing of relevant project experience in the Northeast including market trends and our approach to determining appropriate designs for small communities, and quarterly meetings with Dr. Goodwill. It is estimated that the value of this data and staff time represents an in-kind contribution equal to $8,000 per year.

Very truly yours,
**TIGHE & BOND, INC.**

Benjamin Levesque, PE
Vice President



**COLORADO**
Department of Public
Health & Environment

Michael Kiparsky
Director, Wheeler Water Institute
Center for Law, Energy & the Environment
UC Berkeley School of Law
Via email

RE: Letter of Intent to participate in EPA-G2021-ORD-E1

September 20, 2021

Dear Dr. Kiparsky:

The Colorado Water Quality Control Division, Permits Section is pleased to participate in the research proposal entitled, "National Priorities: Water Innovation, Science, and Engagement to Advance Water Reuse" (RFA EPA-G2021-ORD-E1). Advancing water reuse is important for our organization, and we believe this research could contribute to successful implementation of our reuse program. We recognize the need to understand the complex institutional environment for reuse and to coordinate the disparate interests that could benefit from it. We are pleased to collaborate with the Iowa State University research team by helping to refine research questions, provide information through documents and interviews, and review drafts of written products, as appropriate and as availability permits.

We look forward to participating with you in this important project. However, please note that this letter does not necessarily constitute an endorsement of any future findings or conclusions stemming from this research.

Sincerely,

Meg Parish
Colorado Department of Public Health and Environment
Water Quality Control Division
Permits Section Manager
Phone: 303-692-3419
Meg.parish@state.co.us





Public Works Department     970-728-2177 Phone
P.O. Box 397                970-728-0548 Fax
Telluride, CO    81435

January 7, 2019

Michael Kiparsky
Director, Wheeler Water Institute
Center for Law, Energy & the Environment
UC Berkeley School of Law
Via email

**RE:    Letter of Intent to participate in EPA-G2021-ORD-E1**

Dear Dr. Kiparsky:

The Town of Telluride is pleased to participate in the research proposal entitled, "National Priorities: Water Innovation, Science, and Engagement to Advance Water Reuse" (RFA EPA-G2021-ORD-E1). We recognize the need to understand the complex institutional environment for reuse and to coordinate the disparate interests that could benefit from it. We are pleased to collaborate with the Iowa State University research team by helping to refine research questions, provide information through documents and interviews, and review drafts of written products, as appropriate.

We look forward to participating with you in this project.

Respectfully,

Joyce Huang
Town Engineer
Public Works Department



Michael Kiparsky
Director, Wheeler Water Institute
Center for Law, Energy & the Environment
UC Berkeley School of Law
Via email

RE: Letter of Intent to participate in EPA-G2021-ORD-E1


September 20, 2021

Dear Dr. Kiparsky:

Leadership Counsel for Justice and Accountability is pleased to participate in the
research proposal entitled, "National Priorities: Water Innovation, Science, and
Engagement to Advance Water Reuse" (RFA EPA-G2021-ORD-E1).  Examining the
potential for water reuse to address environmental justice concerns is of great interest
to our organization.  We recognize the need to understand the complex institutional
environment for reuse and to coordinate the disparate interests that could benefit from
it.  We are pleased to collaborate with the Iowa State University research team by
helping to facilitate connections with appropriate interviewees in disadvantaged
communities; reviewing and commenting on research questions and interview protocols;
and reviewing, commenting on, and co-authoring research and policy products, to the
extent time permits. We look forward to participating with you in this project.


Sincerely,

Phoebe Seaton, Co-Executive Director
Leadership Counsel for Justice and Accountability

# FELICIA MARCUS
## FELICIAAMARCUS@GMAIL.COM

Michael Kiparsky
Director, Wheeler Water Institute
Center for Law, Energy & the Environment
UC Berkeley School of Law
Via email

RE: Letter of Intent to participate in EPA-G2021-ORD-E1

September 28, 2021

Dear Dr. Kiparsky:

I am pleased to participate in the research proposal entitled, "National Priorities: Water Innovation, Science, and Engagement to Advance Water Reuse" (RFA EPA-G2021-ORD-E1).  Examining the potential for water reuse in small and rural communities is of great interest to me and builds directly on my unique experience as an implementer and regulator of water and wastewater systems.  I am pleased to collaborate with the Iowa State University research team on all aspects of the proposed research, and look forward to the opportunity to advance water reuse through research and engagement.

Sincerely,

Felicia Marcus
Founding Member, Water Policy Group
Fellow, National Academy of Public Administration
William C. Landreth Visiting Fellow, Stanford University, Water in the West Program

**BUDGET INFORMATION - Non-Construction Programs**

| SECTION A - BUDGET SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
| | | Federal (c) | Non-Federal (d) | Federal (e) | Non-Federal (f) | Total (g) |
| 1.  Year 1 | 66.511 | | | $827,005.00 | $185,016.00 | $1,012,021.00 |
| 2.  Year 2 | 66.511 | | | $815,724.00 | $202,616.00 | $1,018,340.00 |
| 3.  Year 3 | 66.511 | | | $801,548.00 | $208,753.00 | $1,010,301.00 |
| 4.  Year 4 | 66.511 | | | $801,723.00 | $215,115.00 | $1,016,838.00 |
| 5.  Totals | | | | $3,246,000.00 | $811,500.00 | $4,057,500.00 |
| SECTION B - BUDGET CATEGORIES | | | | | | |
| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | | Total |
| | (1) Year 1 | (2) Year 2 | (3) Year 3 | (4) Year 4 | | (5) |
| a. Personnel | $167,515.00 | $172,541.00 | $177,717.00 | $176,755.00 | | $694,528.00 |
| b. Fringe Benefits | $31,790.00 | $32,746.00 | $33,725.00 | $34,702.00 | | $132,963.00 |
| c. Travel | $2,418.00 | $8,855.00 | $8,204.00 | $3,595.00 | | $23,072.00 |
| d. Equipment | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| e. Supplies | $7,695.00 | $7,500.00 | $7,500.00 | | | $22,695.00 |
| f. Contractual | $77,400.00 | $65,000.00 | $60,000.00 | $60,000.00 | | $262,400.00 |
| g. Construction | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| h. Other | $359,766.00 | $375,254.00 | $360,307.00 | $380,893.00 | | $1,476,220.00 |
| i. Total Direct Charges (*sum of 6a-6h*) | $646,584.00 | $661,896.00 | $647,453.00 | $655,945.00 | | $2,611,878.00 |
| j. Indirect Charges | $180,421.00 | $153,828.00 | $154,095.00 | $145,778.00 | | $634,122.00 |
| k. TOTALS (*sum of 6i and 6j*) | $827,005.00 | $815,724.00 | $801,548.00 | $801,723.00 | | $3,246,000.00 |
| 7. Program Income | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

Prescribed by OMB Circular A-102

| SECTION C - NON-FEDERAL RESOURCES | | | | |
|---|---|---|---|---|
| (a) Grant Program | (b) Applicant | (c) State | (d) Other Sources | (e) TOTALS |
| 12. TOTAL (sum of lines 8-11) | | | | |
| **SECTION D - FORECASTED CASH NEEDS** | | | | |
| 13. Federal | **Total for 1st Year** | **1st Quarter** | **2nd Quarter** | **3rd Quarter** | **4th Quarter** |
| 14. Non-Federal | | | | |
| 15. TOTAL (*sum of lines 13 and 14*) | | | | |
| **SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT** | | | | |
| (a) Grant Program | FUTURE FUNDING PERIODS (Years) | | | |
| | (b) First | (c) Second | (d) Third | (e) Fourth |
| 20. TOTAL (*sum of lines 16-19*) | | | | |
| **SECTION F - OTHER BUDGET INFORMATION** | | | | |
| 21. Direct Charges:  2611878 | | 22. Indirect Charges:  634122 | | |
| 23. Remarks: | | | | |

2