# EXHIBIT J

CR - 84046101 - 0    Page 1

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Grant Agreement | **GRANT NUMBER (FAIN):** 84046101<br>**MODIFICATION NUMBER:** 0<br>**PROGRAM CODE:** CR<br>**DATE OF AWARD:** 08/03/2022<br>**TYPE OF ACTION:** New<br>**MAILING DATE:** 08/08/2022<br>**PAYMENT METHOD:** ASAP<br>**ACH#** 77915 |

| | |
|---|---|
| **RECIPIENT TYPE:** State Institution of Higher Learning | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:**<br>Iowa State University<br>1138 Pearson Hall<br>Ames, IA 50011-2207<br>**EIN:** 42-6004224 | **PAYEE:**<br>Fiscal and Operational Officer<br>Iowa State University<br>2521 University Blvd, Suite 124<br>Ames, IA 50010-8629 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Kaoru Ikuma<br>394 Town<br>813 Bissell Rd<br>Ames, IA 50011-2207<br>**Email:** kikuma@iastate.edu<br>**Phone:** 515-294-2140 | Sarah Ludwig-Monty<br>1300 Pennsylvania Ave NW, 3204R<br>Washington, DC 20460-0001<br>**Email:** Ludwig-Monty.Sarah@epa.gov<br>**Phone:** 202-566-1072 | Alison Hanlon<br>OGD-GIAMD, 3903R<br>1200 Pennsylvania Ave NW<br>Washington, DC 20460-0001<br>**Email:** Hanlon.Alison@epa.gov<br>**Phone:** 202-564-0244 |

**PROJECT TITLE AND DESCRIPTION**

Accelerating Technical and Community Readiness for Beneficial Water Reuse in Small Systems

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 09/01/2022 - 08/31/2026 | 09/01/2022 - 08/31/2026 | $4,057,500.00 | $4,057,500.00 |

## NOTICE OF AWARD

Based on your Application dated 09/29/2021 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $3,246,000.00. EPA agrees to cost-share <u>80.00%</u> of all approved budget period costs incurred, up to and not exceeding total federal funding of $3,246,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS**<br>Environmental Protection Agency, Grants and Interagency Agreement<br>1200 Pennsylvania Ave, NW Mail code 3903R<br>Washington, DC 20460 | **ORGANIZATION / ADDRESS**<br>Environmental Protection Agency, OSAPE<br>ORD - Office of Research and Development<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| | | |
|---|---|---|
| Digital signature applied by EPA Award Official | Jill Young - Chief - Grants Management Branch<br>LaShaun Phillips - Associate Award Official | **DATE**<br>08/03/2022 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $0 | $3,246,000 | $3,246,000 |
| EPA In-Kind Amount | $0 | $0 | $0 |
| Unexpended Prior Year Balance | $0 | $0 | $0 |
| Other Federal Funds | $0 | $0 | $0 |
| Recipient Contribution | $0 | $811,500 | $811,500 |
| State Contribution | $0 | $0 | $0 |
| Local Contribution | $0 | $0 | $0 |
| Other Contribution | $0 | $0 | $0 |
| Allowable Project Cost | $0 | $4,057,500 | $4,057,500 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.511 - Office of Research and Development Consolidated Research/Training/Fellowships | SafeDrinkingWaterAct:Sec.1442<br><br>CleanWaterAct:Sec.104<br><br>2021ConsolidatedAppropriationsAct(PL116-260) | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 40 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Oganization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 222631M040 | 2122 | C | 2631000 | 000FL2 | 4141 | - | 26A6A | $3,246,000 |
| | | | | | | | | | $3,246,000 |

CR - 84046101 - 0    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---:|
| 1. Personnel | $1,029,903 |
| 2. Fringe Benefits | $220,919 |
| 3. Travel | $23,192 |
| 4. Equipment | $0 |
| 5. Supplies | $16,343 |
| 6. Contractual | $262,400 |
| 7. Construction | $0 |
| 8. Other | $1,649,558 |
| 9. Total Direct Charges | $3,202,315 |
| 10. Indirect Costs: 53.00 % Base MTDC | $855,185 |
| 11. Total (Share: Recipient __20.00 % Federal __80.00 %) | $4,057,500 |
| 12. Total Approved Assistance Amount | $3,246,000 |
| 13. Program Income | $0 |
| 14. Total EPA Amount Awarded This Action | $3,246,000 |
| 15. Total EPA Amount Awarded To Date | $3,246,000 |

## *Attachment 1 - Project Description*

The objective of this project is to accelerate water reuse adoption in rural communities by increasing technical and community readiness. The general hypothesis is that community readiness for water reuse in small systems can be accelerated by a convergence of technical, informational, social, and institutional innovation. The research project aims for an integrated research and engagement program that will: (1) address knowledge gaps and generate frameworks for overcoming these barriers, and (2) use research outputs to evaluate and accelerate community readiness for reuse in five case studies. Both general activities will be executed in parallel such that knowledge can be co-produced with decision-makers. Specific methods to address knowledge gaps include, community surveys, the use of a prototype calculation engine, and desktop, bench-scale and pilot-scale evaluations of treatment technologies. Specific methods to accelerate community readiness include legal and policy analyses and case-study evaluations of five small water systems. This project's outputs include annual and final reports, as well as modular, decision support tools such as water inventories, technology databases, cost and demand curves for water reuse. These outputs will be integrated into institutional and state and local regulatory decision-making processes in small, rural, and underserved communities. Intended beneficiaries include stakeholders in small communities such as utilities and local resource managers, state and tribal decision makers, as well as customers of small water systems. The subaward to the University of Rhode Island (Requested $681,965 Cost share: $171,319) is for analyses for Objectives 2 (Develop validated list of fit-for-purpose technologies), 4 (Identify ways to overcome social barriers to public acceptance), and 6 (Conduct case studies). The subaward to the University of California Berkeley (Requested: $559,941) is for work on organizational barriers in Objective 5 (Foster institutional innovation to overcome organizational barriers) and support for Objective 6 (Conduct case studies).

# *Administrative Conditions*

**A. General Terms and Conditions**

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2021-or-later.  These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

**B. Correspondence Condition**

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov and *Alison Hanlon, EPA Grants Specialist, Hanlon.Alison@epa.gov*

- MBE/WBE reports (EPA Form 5700-52A): **Suzanne Hersh, DBE Coordinator; mbe.wbe@epa.gov**

- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: Sarah Monty-Ludwig, EPA Project Officer, Ludwig-Monty.Sarah@epa.gov

- Payment requests (if applicable): rtpfc-grants@epa.gov

- Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: Sarah Monty-Ludwig, EPA Project Officer, Ludwig-Monty.Sarah@epa.gov

**C. Prompt Payment**

In accordance with Section 2(d) of the Prompt Payment Act (P.L. 97-177), Federal funds may not be used by the recipient for the payment of interest penalties to contractors when bills are paid late nor may interest penalties be used to satisfy cost sharing requirements. Obligations to pay such interest penalties will not be obligations of the United States.

**D. No Fed**

The recipient understands that none of the funds for this project (including funds contributed by the recipient as cost sharing) may be used to pay for the travel of Federal employees or for other costs associated with Federal participation in this project. Except however, if a Federal agency is selected through the recipient's procurement process to carry out some of the work as a contractor to the recipient, funds may be used to allow necessary Federal travel and other costs associated with Federal participation in this project.

**E. Payment to Consultants**

EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule (formerly GS-18), to be adjusted annually. This limit applies to consultation services of designated individuals with specialized skills who are paid at a daily or hourly rate. As of January 1, 2022, the limit is $675.80 per day and $84.47 per hour. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices). Subagreements with firms for services which are awarded using the procurement requirements in Subpart D of 2 CFR 200, are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See 2 CFR 1500.9.

## *__Programmatic Conditions__*

This award is subject to EPA's set of standard terms and conditions for research awards located at https://www.epa.gov/grants/grant-terms-and-conditions#office.

**A. Authority: Quality Assurance** applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement the Quality Assurance (QA) planning documents in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents.

1. **Quality Management Plan (QMP)**
    a. Prior to beginning environmental information operations, the recipient must:
        i. Develop a QMP,
        ii. Prepare the QMP in accordance with the most current version of EPA QA/R-2: EPA Requirements for Quality Management Plans,
        iii. Submit the document to the EPA PO for EPA QA review, and
        iv. Obtain EPA Director of Quality Assurance (DQA) approval prior to work start.
    b. The recipient must submit the QMP within 60 days after grant award.
    c. The recipient must review their approved QMP at least annually. The results of the QMP review and any revisions must be submitted to the PO and the DQA in the annual report and may also be submitted when changes occur.
2. **Quality Assurance Project Plan (QAPP)**
    a. Prior to beginning environmental information operations, the recipient must:
        i. Develop a QAPP,
        ii. Prepare QAPP in accordance with the most current version of EPA QA/R-5: EPA Requirements for Quality Assurance Project Plans,
        iii. Submit the document for EPA review, and
3. Obtain EPA DQA approval prior to work start.

    b. The recipient must submit the QAPP 90 days after grant award.

    c. The recipient shall notify the PO and DQA when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

    d. The recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the DQA in the annual report and may also be submitted when changes occur.

**For Reference:**

- EPA QA/R-2: *EPA Requirements for Quality Management Plans* and EPA QA/R-5: *EPA Requirements for Quality Assurance Project Plans*; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.
- EPA QA/G-5: *Guidance for Quality Assurance Project Plans*, Appendix C provides a QAPP Checklist.
- Quality Specifications for non-EPA Organizations to do business with EPA.
- The Office of Grants and Debarment Quality Assurance Requirements.

The EPA Project Officer will provide the recipient with the EPA QA contact's information upon request for pre-submittal questions.  The recipient will copy the PO on any communication with the EPA QA contact.

**B.** All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at www.fgdc.gov.

**C.** Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia (a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements. (b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition. If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data. (2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.331(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

CR - 84046101 - 0    Page 8

D. Subaward Reporting Requirement

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are: 1. Summaries of results of reviews of financial and programmatic reports. 2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance. 3. Environmental results the subrecipient achieved. 4. Summaries of audit findings and related pass-through entity management decisions. 5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and 2 CFR 200.339.

E. Minimum Matching Share Requirement

This award and the resulting federal funding share of 80% as shown under "Notice of Award" above is based on estimated costs requested in the recipient's application dated 09/29/21. While actual total costs may differ from those estimates, the recipient is required to provide no less than 20% of the final total allowable program/project costs (outlays).  EPA's participation shall not exceed the total amount of federal funds awarded or the statutory limitation of 80%.