# EXHIBIT N

5/22/25, 1:48 PM    EPA Announces $49 Million in Technical Assistance to Help Rural, Small, and Tribal Communities Address Wastewater Challenges | US EPA

Case 3:25-cv-04737-RFL    Document 11-14    Filed 06/05/25    Page 2 of 4



# EPA Announces $49 Million in Technical Assistance to Help Rural, Small, and Tribal Communities Address Wastewater Challenges

April 29, 2025

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** – The U.S. Environmental Protection Agency (EPA) announced $49 million in funding to technical assistance providers to help communities address wastewater challenges through the Rural, Small and Tribal Clean Water Technical Assistance Grant Program.

This funding will be for projects helping hundreds of communities with wastewater infrastructure and Clean Water Act compliance projects advancing the agency's Powering the Great American Comeback initiative by ensuring that all Americans can rely on clean air, land and water.

"Small and rural communities are the backbone of this great country, and EPA is committed to partnering with them to provide clean and safe water that supports healthy people, agricultural production, economic opportunity, and vibrant ecosystems," **said EPA Senior Advisor Jessica Kramer**. "With $49 million, more communities will receive assistance for planning, designing and funding essential wastewater infrastructure upgrades."

5/22/25, 1:48 PM    EPA Announces $49 Million in Technical Assistance to Help Rural, Small, and Tribal Communities Address Wastewater Challenges | US EPA

Case 3:25-cv-04737-RFL    Document 11-14    Filed 06/05/25    Page 3 of 4

EPA anticipates awarding federal grants to these recipients after legal and administrative requirements are satisfied:

- National Rural Water Association <https://nrwa.org/>
- Rural Community Assistance Partnership <https://www.rcap.org/>
- Southwest Environmental Finance Center-New Mexico <https://swefc.unm.edu/home/>
- Alaska Municipal League <https://www.akml.org/>
- NEIWPCC <https://neiwpcc.org/> (formerly known as New England Interstate Water Pollution Control Commission)
- Pacific International Center for High Technology Research <https://pichtr.org/>

"NRWA is grateful that EPA has continued making these vital technical assistance awards. Funding for hands-on assistance programs is essential for addressing the significant water and wastewater challenges faced by the small and rural communities across our nation," **said Matt Holmes, CEO of the National Rural Water Association**. "We are honored by the EPA's confidence in our ability to deliver effective training and technical assistance, assist in navigating complex funding landscapes, and support the implementation of reliable infrastructure solutions where they are needed most."

"We are very excited to work with EPA to further the capacity building efforts of rural and tribal utilities across the nation," **said Olga Morales Pate, CEO, Rural Community Assistance Partnership Incorporated**. "As a national leader in technical assistance, RCAP is positioned to continue to provide customized assistance to small utilities, particularly those who need it most. We appreciate and support EPA's commitment to improve the quality of life of those who call rural America home."

**Background**

Many rural, small, and tribal systems face unique financial and operational challenges, including aging infrastructure, workforce shortages, increasing costs, and declining rate bases. The technical assistance providers receiving EPA's grant funding will help address the most pressing water challenges in communities, provide training on water infrastructure and management best practices, and help communities navigate the application process for federal and state water infrastructure financing and strategically invest in reliable infrastructure solutions.

5/22/25, 1:48 PM EPA Announces $9.4 Million in Technical Assistance to Help Rural, Small, and Tribal Communities Address Wastewater Challenges | US EPA

Case 3:25-cv-04737-RFL    Document 11-14    Filed 06/05/25    Page 4 of 4

Learn more about EPA's Water Technical Assistance efforts and request assistance for a community <https://epa.gov/water-infrastructure/water-technical-assistance-waterta>.

Discover training and technical assistance resources for small, rural, Tribal wastewater systems <https://epa.gov/small-and-rural-wastewater-systems/training-and-technical-assistance-ta-program-rural-small-and>.

Last updated on April 29, 2025