# EXHIBIT A

CURRICULUM VITAE
CORRECTED AS OF 4 JUNE 2025, 11:23 AM

**ROBERT H. HIRST**

*General Editor, Mark Twain Project*                3550 Robinson Drive
   *Curator, Mark Twain Papers*                Oakland, CA   94602-4140
University of California                (510) 530-8799
The Bancroft Library, Room 475
Berkeley, California   94720-6000
(510) 643-3560  $  FAX: (510) 642-6349  $  rhirst@library.berkeley.edu
$BASICS: *born*, New York, N.Y., 11 August 1941; *married*, Margaret A. Wade; *two children*, Thomas Wade Hirst (b. 5 May 1984) *and* Emma Christine Hirst (b. 3 May 1988)

**1.**  EDUCATION

Ph.D., English, University of California, Berkeley, 1976
M.A., English, University of California, Berkeley, 1965
B.A., English, Harvard University, 1963
Public schools, Hastings-on-Hudson, N.Y., 1946B1959

**2.**  EMPLOYMENT

General Editor, Mark Twain Project; also Head and Curator, Mark Twain Papers, The Bancroft Library, University of California, Berkeley, 1980 to the present

Adjunct professor, Department of English, University of California, Berkeley, 1996B2013[1]

Assistant professor, Department of English, UCLA, 1976B79

Principal editor, Senior editor, Editor, and Editorial assistant, Mark Twain Papers, The Bancroft Library, under Frederick Anderson, 1966B76, with a few interruptions

Instructor for Henry Nash Smith, Arts & Sciences 104x (AThe Theme of the Self in American Literature@), University of California, Berkeley, 1970B71

Teaching assistant, Department of English, University of California, Berkeley, 1964B1966

**3.**  TEACHING

Second Reader for Bailey Strelow, AThe Reporter Gets a Name: Samuel Clemens in Nevada and th Emergence of >Mark Twain,=@ English H195, May 2015, Professor Katherine Snyder

Second Reader for Alex Parry,@God and the Machine: The Legal Theology and Narrative Structure of Mark Twain,@ English 195H, May 2013, Professor Eric Falci

---

[1] My primary appointment is Research Literary Editor, 100% time, last reviewed and promoted to Step 7 in 2008. My secondary appointment was AAdjunct Professor, on a without salary basis in the Department of English.@ With three exceptions (1999, 2006, and 2011) I taught one course a year since 1996; I resigned this position after the Spring 2013 semester.

English 150 and English 190 (AMark Twain@), research seminars for juniors and seniors, Department of English, University of California, Berkeley: Fall 1998, Spring 2000, 2001, 2002, 2003, 2004, 2005, 2007, 2008, 2009, 2010, 2012, and 2013

English 250 (AEditing Mark Twain: Theory and Practice@), a graduate seminar, Department of English, University of California, Berkeley, Fall 1997

English 250 (AMark Twain: Text and Context@), a graduate seminar, Department of English, University of California, Berkeley, Spring 1996

Second reader for Joseph Di Prisco, AMark Twain=s Art of Doing Business: Commerciality and Form in the 1890s,@ Ph.D. diss., Department of English, University of California at Berkeley, filed 28 October 1985 [When I learned that my signature did not Acount@as a reader, I declined to read any more dissertations, with one exception, below.]

Second reader for Jay E. Gillette, AMark Twain=s Literary Production: the Writer at Work, 1876B1885,@ Ph.D. diss., Department of English, University of California at Berkeley, filed 23 April 1985

English 151 (AMark Twain@), a seminar for seniors, Department of English, University of California, Berkeley, Spring 1981

Various undergraduate and graduate courses in 19th-century American literature and especially on Mark Twain, Department of English, UCLA, 1976B79

See also below, section **10.**

4. FELLOWSHIPS

Regents= Junior Faculty Fellowship, UCLA, 1978B79
Regents= Graduate Fellowship, 1969B70
Woodrow Wilson Fellowship, 1963B64

5. GRANTS AND ENDOWMENTS

$As Principal Investigator for the Mark Twain Project since 1980, I have applied for, received, and managed the following twenty-three (23) grants from the National Endowment for the Humanities (NEH). The amounts listed here include outright and federal matching funds from NEH, as well as the private (nonstate, nonfederal) funds raised by the Project and matched by NEH as part of these grants. All grants were made in support of a professional staff numbering between five and eight editors, who have been at work on a comprehensive scholarly edition of Mark Twain=s writings since 1967.

| 2025–28 | $900,000 | 1995B98 $696,442 |
| 2021–24 | $900,000 | 1993B95: $760,000 |
| 2020–21 | $300,000 | 1992B93: $390,000 |
| 2018–20 | $1,050,000 | 1990B92: $740,000 |
| 2016B18: | $1,050,000 | 1988B90: $640,000 |
| 2014B16: | $700,000 | 1986B88: $900,318 |
| 2012B14: | $700,000 | 1984B86: $596,000 |
| 2010B12: | $600,000 | 1982B84: $700,262 |
| 2008B10: | $600,000 | 1980B82: $500,000 |

| | |
|---|---|
| 2006B08: | $1,100,000 |
| 2003B06: | $900,000 |
| 2001B03: | $310,000 |
| 1999B01: | $736,000 |
| 1998B99: | $420,000 |

TOTAL:      **$16,189,022**

$Since about 2,003, the Project has, with the help of Bancroft Library administration, UC Library Development office, and the Mark Twain Luncheon Club, been able to raise not just the Amatch@ for the then current NEH grant, but also funds for the long haul. In the last fifteen years I have been present at the creation of four (4) endowments or funds functioning as endowments. I did not solicit these gifts and do not claim responsibility for them. At the end of fiscal year 2024 these endowments had a market value of **$3,032,167** and were yielding spendable, annual income of about **$96,000**. At the start of the current NEH grant period (October 2024) the Project had available for all expenses, including the next NEH matching offer, somewhat more than **$450,000,** *not counting* the market value of the four endowments, from four sources: interest, gifts, grants, and royaltiesCby far the most secure financially it has ever been. And this year the Project has just received from the U.S. Mint a payment of **$427,937** which is its share of the proceeds from the sale of two commemorative coins dedicated to Mark Twain. Some of these funds are being used for matching NEH grants, but most are ineligible for matching and are spent providing major supplements to NEH grants, i.e., funds neither matched nor provided by NEH. Likewise, after 2010, the Project earned more than **$1,000,000** in royalties from the *Autobiography.*

**6.** Awards and Prizes to the Mark Twain Project

In June 2018 the Project received $427,937 from the U.S. Mint as its share of the proceeds from the 2016 sale of two Mark Twain gold and silver coins, the result of the Mark Twain Commemorative Coin Act of December 4, 2012, public law 112-201, which named four Mark Twain institutions as equal beneficiaries: Mark Twain Boyhood Home and Museum in Hannibal, Mo; Elmira College, Elmira, N.Y.; Mark Twain House and Museum, Hartford, Conn.; and Mark Twain Project at UC Berkeley.

In September 2015 the National Endowment for the Humanities listed the Mark Twain Project as one among A50 NEH-supported grant projects@ it chose to highlight on a website <https://www.neh.gov/50> celebrating the Endowment=s 50th anniversary.

The John Tuckey Award in recognition of lifetime achievements and contributions to Mark Twain Studies, 2 August 2013, presented to Robert H. Hirst by Elmira College at the 7th International Conference on the State of Mark Twain Studies, Elmira, N.Y.

Our web site, MARKTWAINPROJECT.ORG, was honored in 2011 by the American Library Association as among free websites it designated ABest of Reference.@

*Mark Twain=s Autobiography,* volume 1, received in 2010 the AAward for Excellence in the Humanities@ from the American Publishers Awards for Professional and Scholarly Excellence.

Honorary D. Litt. to Robert H. Hirst, General Editor, Mark Twain Project, from Elmira College, 6 June 2010.

Mark Twain Circle of America, 23 May 2008, the Thomas A. Tenney Award presented to ARobert H. Hirst, General Editor, The Mark Twain Project and his Staff in appreciation of their outstanding service to the field of Mark Twain studies by their ongoing preparation of authoritative, state-of-the-art editions of Mark Twain=s literary works and papers.@

Designated by the National Endowment for the Humanities, in August 2006 with its two-year grant of $100,000 outright and $500,000 matching, a AWe the People@ project, honored Afor promoting knowledge and understanding of American history and culture.@

Modern Language Association=s Morton N. Cohen Award for a Distinguished Edition of Letters, awarded in December 2003 to the Mark Twain Project=s 2002 edition *Mark Twain=s Letters, Volume 6: 1874B1875,* edited by Michael B. Frank and Harriet Elinor Smith. The volume is listed below under section **7.**

Winner, Division 2 (Moderately Expensive), the year 2000 Katharine Kyes Leab and Daniel J. Leab *American Book Prices Current* Exhibition Catalogue Award for Excellence, presented 9 July 2000 at the Chicago meeting of the Rare Book and Manuscripts Section of the Association of College and Research Libraries, American Library Association, for *Mark Twain at Large: His Travels Here and Abroad,* prepared for an exhibition from the Mark Twain Papers of The Bancroft Library, University of California, Berkeley, 25 September to 11 December 1998. Curators and authors of the catalog and exhibition: Lin Salamo, Harriet Elinor Smith, and Robert Pack Browning of the Mark Twain Project. Designer: Mary Scott of Library Graphics.

Modern Language Association Prize for a Distinguished Scholarly Edition, awarded in December 1995 to the Mark Twain Project=s 1993 edition of *Roughing It,* edited by Harriet Elinor Smith and Edgar Marquess Branch, and associate editors Lin Salamo and Robert Pack Browning. The volume is listed below under section **7.**

The Mark Twain Circle of America, on 2 June 1994, ACertificate of Merit@ to Robert H. Hirst and the Mark Twain Project.

All of the books listed under section **7.** appeared in the Mark Twain Papers, Works of Mark Twain, Mark Twain Library, or Jumping Frogs series.[2] Except

---

[2]The *Mark Twain Papers* series is for texts and documents that Mark Twain did *not* publish, or in some cases *intend* to publish (letters, notebooks, literary manuscripts, the autobiographical dictations). The *Works of Mark Twain*

for the latter series (which publishes accurate texts but not critical editions), all but one (*Mark Twain=s Satires & Burlesques,* 1967) were examined by the MLA=s Committee on Scholarly Editions (CSE) or its Center for Editions of American Authors (CEAA) and awarded its AApproved Edition@ or AApproved Text@ seal, as appropriate.

7.  PUBLICATIONS (PRINTED, MICROFORM, AND DIGITAL)

PAS GENERAL EDITOR:

*Pudd'nhead Wilson Manuscript and Revised Versions with "Those Extraordinary Twins."* Edited by Benjamin Griffin. Works of Mark Twain, 2024.

*Autobiography of Mark Twain, Volume 3.* Edited by Benjamin Griffin and Harriet Elinor Smith, with Associate editors Victor Fischer, Michael B. Frank, Amanda Gagel, Sharon K. Goetz, Leslie Diane Myrick, and Christopher Ohge. Mark Twain Papers, 2015. Published simultaneously in print and electronically on Mark Twain Project Online, which is open access.

*A Family Sketch and Other Private Writings by Mark Twain, Livy Clemens, and Susy Clemens.* Edited by Benjamin Griffin of the Mark Twain Project. Jumping Frogs Series, 2014.

*Autobiography of Mark Twain, Volume 2.* Edited by Benjamin Griffin and Harriet Elinor Smith, with Associate editors Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Leslie Diane Myrick. Mark Twain Papers, 2013. Published simultaneously in print and electronically on Mark Twain Project Online, which is open access.

*Autobiography of Mark Twain, Volume 1.* Edited by Harriet Elinor Smith, with Associate editors Benjamin Griffin, Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Leslie Diane Myrick. Mark Twain Papers, 2010. Published simultaneously in print and electronically on Mark Twain Project Online, which is open access.

*Letters Newly Published, Part 1.* Edited by the Mark Twain Project. Published only on Mark Twain Project Online, 2010.

*Mark Twain=s Book of Animals.* Edited by Shelley Fisher Fishkin. Text established by the Mark Twain Project. Jumping Frogs Series, 2009.

*Mark Twain=s Letters, 1876B1880.* Edited by the Mark Twain Project. Published only electronically in Mark Twain Project Online, 2007.

---

series publishes critical editions of writings, long and short, which Mark Twain did publish, whether or not he ever collected them into books. And the *Mark Twain Library* series REPRINTS edited texts from both the *Papers* and *Works* seriesCcorrected as necessary, and absent technical annotation, but sometimes with extensive new explanatory notes or other additions. A fourth series recently begun, *Jumping Frogs: Undiscovered, Rediscovered, and Celebrated Writings of Mark Twain,* is designed to publish gift books containing carefully established texts without scholarly apparatus. All printed titles in these four series are published by the University of California Press in Berkeley, Los Angeles, and London. Microfilm editions and digital catalogs are published by the Mark Twain Project, The Bancroft Library, University of California, Berkeley.

*Mark Twain Project Online,* Beta version: http://www.marktwainproject.org. University of California Press, California Digital Library, and the Mark Twain Project: 23 October 2007. Edited by Anh Q. Bui, Victor Fischer, Michael B. Frank, Sharon K. Goetz, Benjamin Griffin, Robert H. Hirst, Andrea Laue, Leslie Myrick, Lin Salamo, and Harriet Elinor Smith.

*Mark Twain=s Helpful Hints for Good Living: A Handbook for the Damned Human Race.* Edited by Lin Salamo, Victor Fischer, and Michael B. Frank. Jumping Frogs Series, 2004.

*Is He Dead? A Comedy in Three Acts* by Mark Twain. Edited by Shelley Fisher Fishkin. Text established by the Mark Twain Project. Illustrations by Barry Moser. Jumping Frogs Series, 2003.

*Adventures of Huckleberry Finn.* Edited by Victor Fischer and Lin Salamo. Works of Mark Twain, *revised edition,* 2003.

*Mark Twain=s Letters, 1876B1880: An Electronic Edition.* Edited by the Mark Twain Project. Berkeley: The Bancroft Library, 2003. Available online via <ebrary.com> and <www.ucpress.edu>.

*Mark Twain=s Letters, Volume 6: 1874B1875.* Edited by Michael B. Frank and Harriet Elinor Smith. Mark Twain Papers, 2002.

*Microfilm Edition of Mark Twain=s Literary Manuscripts Available in the Mark Twain Papers.* 42 reels. Edited by Anh Quynh Bui, Victor Fischer, Michael B. Frank, Robert H. Hirst, Lin Salamo, and Harriet Elinor Smith. Berkeley: The Bancroft Library, 2001.

*Microfilm Edition of Mark Twain=s Manuscript Letters Now in the Mark Twain Papers.* 11 reels. Edited by Anh Quynh Bui, Victor Fischer, Michael B. Frank, Robert H. Hirst, Lin Salamo, and Harriet Elinor Smith. Berkeley: The Bancroft Library, 2001.

*Microfilm Edition of Mark Twain=s Previously Unpublished Letters.* 8 reels. Edited by Anh Quynh Bui, Victor Fischer, Michael B. Frank, Robert H. Hirst, Lin Salamo, and Harriet Elinor Smith. Berkeley: The Bancroft Library, 2001.

*Adventures of Huckleberry Finn.* Edited by Victor Fischer, Lin Salamo, Harriet Elinor Smith, and Walter Blair. Mark Twain Library, *revised edition,* 2001.

*Mark Twain Papers: Index to the Microfilm.* Edited by Paul Berkowitz and the Mark Twain Project. Berkeley: The Bancroft Library, 1999. <http://www.berks.com/ mtp/>

*Database of Letters Written by and to Samuel L. Clemens (Mark Twain).* Edited by the Mark Twain Project. Berkeley: The Bancroft Library, 1998. <http//www.lib. berkeley.edu/BANC/MTP/database/>, now part of <marktwainproject.org>

*Mark Twain=s Letters, Volume 5: 1872B1873.* Edited by Lin Salamo and Harriet Elinor Smith. Mark Twain Papers, 1997.

*Roughing It.* Edited by Harriet Elinor Smith and Edgar Marquess Branch; Associate Editors, Lin Salamo, and Robert Pack Browning. Mark Twain Library, 1996.

*Mark Twain=s Letters, Volume 4: 1870B1871.* Edited by Victor Fischer and Michael B. Frank; Associate Editor, Lin Salamo. Mark Twain Papers, 1995.

*Roughing It.* Edited by Harriet Elinor Smith and Edgar Marquess Branch; Associate Editors, Lin Salamo, and Robert Pack Browning. Volume 2. Works of Mark Twain, 1993. [N.B. This edition was designed to supersede the 1972 edition of *Roughing It,* the first volume published in the Works of Mark Twain series.]

*Mark Twain=s Letters, Volume 3: 1869.* Edited by Victor Fischer and Michael B. Frank; Associate Editor, Dahlia Armon. Mark Twain Papers, 1992.

*Mark Twain=s Letters, Volume 2: 1867B1868.* Edited by Harriet Elinor Smith and Richard Bucci; Associate Editor, Lin Salamo. Mark Twain Papers, 1990.

*Huck Finn and Tom Sawyer among the Indians, and Other Unfinished Stories.* Foreword and notes by Dahlia Armon and Walter Blair. Texts established by Dahlia Armon, Paul Baender, Walter Blair, William M. Gibson, and Franklin R. Rogers. Mark Twain Library, 1989.

*Mark Twain=s Letters, Volume 1: 1853B1866.* Edited by Edgar Marquess Branch, Michael B. Frank and Kenneth M. Sanderson; Associate Editors, Harriet Elinor Smith, Lin Salamo, and Richard Bucci. Mark Twain Papers, 1988.

*Adventures of Huckleberry Finn.* Edited by Walter Blair and Victor Fischer, with the assistance of Dahlia Armon and Harriet Elinor Smith. Volume 8. Works of Mark Twain, 1988.

*Union Catalog of Clemens Letters.* Edited by Paul Machlis. University of California Publications: Catalog and Bibliographies, Volume 1. 1986.

*Adventures of Huckleberry Finn.* Edited by Walter Blair and Victor Fischer. Mark Twain Library, 1985.

*Adventures of Huckleberry Finn.* Illustrated by Barry Moser. Foreword by Henry Nash Smith. 1985. [Reprints in photofacsimile the Pennyroyal typesetting originally published by Barry Moser, which was set from the critically established but then unpublished text produced by the Mark Twain Project.]

*A Connecticut Yankee in King Arthur=s Court.* Edited by Bernard L. Stein. Mark Twain Library, 1983.

*The Prince and the Pauper.* Foreword and notes by Victor Fischer and Michael B. Frank. Text established by Victor Fischer. Mark Twain Library, 1983.

*Tom Sawyer Abroad – Tom Sawyer, Detective.* Foreword and notes by John C. Gerber. Text established by Terry Firkins. Mark Twain Library, 1982.

*The Adventures of Tom Sawyer.* Foreword and notes by John C. Gerber. Text established by Paul Baender. Mark Twain Library, 1982.

*No. 44, The Mysterious Stranger.* Foreword and notes by John S. Tuckey. Text established by William M. Gibson and the staff of the Mark Twain Project. Mark Twain Library, 1982.

*Early Tales & Sketches, Volume 2 (1864B1865).* Edited by Edgar Marquess Branch, Robert H. Hirst, with the assistance of Harriet Elinor Smith. Volume 15:1. Works of Mark Twain, 1981.

IN PROGRESS AND FORTHCOMINGC

*Mark Twain=s San Francisco Correspondence, 1865B1866.* Edited by Edgar Marquess Branch, Richard Bucci, Louis J. Budd, Benjamin Griffin, and Robert H. Hirst. Works of Mark Twain, forthcoming 2028.

*The Innocents Abroad, or The New Pilgrim=s Progress.* Edited by Robert H. Hirst, Harriet Elinor Smith, Amanda Gagel, Christopher Ohge, and other editors of the Mark Twain Project. Works of Mark Twain, forthcoming 2026.

PAS EDITOR OR CO-EDITOR:

*Who Is Mark Twain?* Edited with an introduction by Robert H. Hirst. New York: Harper Studio, 2009.

*Early Tales & Sketches, Volume 2 (1864B1865).* Edited by Edgar Marquess Branch, Robert H. Hirst, with the assistance of Harriet Elinor Smith. Volume 15:2. Works of Mark Twain, 1981. [I was also the General Editor for this volume.]

*Early Tales & Sketches, Volume 1 (1851B1864).* Edited by Edgar Marquess Branch, Robert H. Hirst, with the assistance of Harriet Elinor Smith. Volume 15:1. Works of Mark Twain, 1979.

PAS EDITORIAL ASSOCIATE:

*A Connecticut Yankee in King Arthur=s Court.* Edited by Bernard L. Stein, with an Introduction by Henry Nash Smith. Volume 9. Works of Mark Twain, 1979.

*Mark Twain=s Notebooks & Journals, Volume 1 (1855B1873).* Edited by Frederick Anderson, Michael B. Frank, and Kenneth M. Sanderson. Mark Twain Papers, 1975.

*Roughing It.* Edited by Franklin R. Rogers and Paul Baender. Volume 2. Works of Mark Twain, 1972. [This volume was superseded by the 1993 edition of this same title, listed above.]

**8.** OTHER WRITINGS (ARTICLES, NOTES,   REVIEWS, AND UNPUBLISHED WORK)

AThree, and Done. *Autobiography of Mark Twain, Volume 3,* to be published October 15th,@ *Bancroftiana* (Fall 2015), 146:7.

AMark Twain and Four Aliases,@ *Bancroftiana* (Fall 2014), 145:8B9.

ANew Photographs of Mark Twain,@ *Bancroftiana* (Spring 2010), 136:10.

AClass of =58 Donates $1 Million to Mark Twain Project,@ *Bancroftiana* (Spring 2009), 134: 10B11.

AMissing Maxims Returned to the Mark Twain Papers,@ *Bancroftiana* (Fall 2008), 133:11.

AMark Twain=s Autobiography: Frank and Free and Unembarrassed as a Love Letter,@ *Bancroftiana* (Spring 2008), 132:8B9.

AMark Twain Papers and Project@ in *Exploring The Bancroft Library: A Centennial Guide to Bancroft=s Extraordinary History, Spectacular Special Collections, Research Pleasures, Its Amazing Future, & How It All Works.* Edited by Charles Faulhaber and Stephen Vincent. Berkeley: The Bancroft Library and Signature Books, 2006.

AO Brave New World: Progress Report on the Mark Twain Digital Project,@ *Bancroftiana* (Spring 2006), 128:10.

AGlossary of Terms,@ with John Unsworth and Morris Eaves, in *Electronic Textual Editing.* Edited by Lou Burnard, Katherine O=Brien O=Keeffe, and John Unsworth. New York: Modern Language Association (MLA) and Text Encoding Initiative (TEI), 2006

AWhat Paine Left Out: 200 New Letters by Samuel Clemens and His Wife,@ *Bancroftiana* (Fall 2004), 125:10.

AThe Curators= Chickens Come Home to Roost: Mark Twain=s Satire on Charles A. Dana,@ *Bancroftiana* (Spring 2004), 124:11.

AMark Twain and Music.@ Compact Disk produced by Harriet Elinor Smith and the San Francisco Choral Artists, 2003. A recording of the Mark Twain Luncheon Club performance on 8 October 2003.

A>Permission to Drink Anything=: Mark Twain=s Letters to Eduard Pötzl,@ *Bancroftiana* (Fall 2002), 121:10.

AMark Twain Photo OpCDecember 21, 1908: Alvin Langdon Coburn, Mark Twain, and Isabel V. Lyon,@ with Lin Salamo, *Bancroftiana* (Spring 2002), 120:1, 4.

AAbout the Author.@ *A Murder, a Mystery, and a Marriage.* Foreword and Afterword by Roy Blount, Jr. Transcribed and emended by Robert H. Hirst, General Editor, Mark Twain Project. New York and London: W. W. Norton & Company, 2001.

ANew Mark Twain LettersCAgain,@ *Bancroftiana* (Fall 2001), 119:13.

AHome at LastCFour Manuscript Chapters of Mark Twain=s *A Tramp Abroad* Come to Bancroft,@ *Bancroftiana* (Spring 2001), 118:11, 15.

AWho Was >G. G., Chief of Ordnance=?Ca Peek at the New Edition of *Huckleberry Finn,@ Bancroftiana* (Fall 2000), 117:8, 11.

ANew (Old) Mark Twain Found in Bancroft Scraps,@ *Bancroftiana* (Fall 1999), 115: 10,12.

AWhere Do You *Find* Mark Twain=s Letters?@ *Bancroftiana* (Spring 1999), 114: 13.

A>Sinners & Pilgrims=: Colonel Denny=s Journal and Photo Album Give Different Version of *The Innocents Abroad,*@ *Bancroftiana* (Fall 1998), 113: 1, 6B7.

AMark Twain Project: Back from the Brink,@ *Bene Legere,* Winter 1997B98, 8.

AMark Twain Still Lives! Reports of His Death Are an Exaggeration,@ *Bene Legere,* Summer 1997, 9.

AA Note on the Text@ in each of 29 volumes in *The Oxford Mark Twain,* a photographic facsimile of the first American edition for each of Mark Twain=s principal books. General Editor, Shelley Fisher Fishkin. Oxford University Press, New York, 1996.

ANew Acquisitions to the Mark Twain Papers,@ *Bene Legere,* Summer 1996, 7

AMark Twain Exhibition at the Blackhawk Museums@ and ANew Mark Twain Letters and Manuscripts,@ *Bancroftiana* (January 1995). 108: 4B6.

AEditing Mark Twain, Hand to Hand, >Like All DCd Fool Printers,=@ *Papers of the Bibliographical Society of America* 88 (June 1994): 157B88.

AHuck Finn Manuscript,@ *Bancroftiana* (December 1992), 3B4.

AMark Twain=s Letters, Volume 3: 1869,@ *Bancroftiana* (January 1992): 3.

AHuck Finn and Tom Sawyer Go to High School,@ *Bancroftiana* (October 1989): 8.

AAnnual Meeting of the Friends, May 5th,@ *Bancroftiana* (April 1985): 10.

*The Grangerford-Shepherdson Feud . . . .with an Account of Mark Twain=s Literary Use of the Bloody Encounters at Compromise, Kentucky.* (With Edgar Marquess Branch). Keepsake No. 33. Berkeley: The Friends of The Bancroft Library, 1985.

ANote on the Text,@ *Adventures of Huckleberry Finn,* illustrated by Barry Moser. Foreword by Henry Nash Smith. Berkeley, Los Angeles, and London: University of California Press, 1985, 415B17.

AWilliam E. James=s Stereoscopic Views of the *Quaker City* Excursion@ (with Brandt Rowles). *Mark Twain Journal* 22 (Spring 1984): 15B33.

AThe Mark Twain Project: >The Most Significant Ongoing Editorial Enterprise in the Country,=@ *The General Library Faculty Newsletter* (October 1983): 2B3.

AMark Twain Swims the Hellespont!@ *Bancroftiana* (April 1983): 5B7.

AMark Twain Project Funding,@ *Bancroftiana* (November 1982): 11B12.

Review: *Mark Twain International: A Bibliography and Interpretation of His Worldwide Popularity,* edited and compiled by Robert P. Rodney. Westport, Conn.: Greenwood Press, 1982,   in *RQ,* August 1982.

AThe Unmarked Twain,@ *California Monthly* 92 (July 1982): 15B17.

AFundraising for the Mark Twain Project,@ *Bancroftiana* (July 1981): 5B6

AWhen Is a Knight a Labrick?@ *Bancroftiana* (October 1980): 9B10.

AMark Twain Becomes a Writer,@ *Wilson Quarterly* 4 (Autumn 1980): 168B81.

ANewly Published Mark Twain,@ *Bancroftiana* (June 1980): 11B12.

A>He Trimmed & Trained & Schooled Me=: How Bret Harte Edited *The Innocents Abroad,*@ typescript of 46 pages, accepted for publication by David Erdman in January 1979 for *Bulletin of Research in the Humanities,* but never published.

Review: W. D. Howells, *A Modern Instance,* A Selected Edition of W. D. Howells, Volume 10. Edited by George N. Bennett, David J. Nordloh, and David Kleinman. Bloomington and London: Indiana University Press, 1977, in *Nineteenth-Century Fiction* 33 (March 1979): 493B98.

Review: George C. Carrington, Jr., *The Dramatic Unity of AHuckleberry Finn.@* Columbus: Ohio State University Press, 1976; and William Searle, *The Saint and the Skeptics: Joan of Arc in the Work of Mark Twain, Anatole France, and Bernard Shaw.* Detroit: Wayne State University Press, 1976, in *Nineteenth-Century Fiction* 32 (September 1977): 241B 47.

AThe Making of *The Innocents Abroad:* 1867B1872,@ Ph.D diss., 1975, accepted in 1979 for publication by the University of Nebraska Press, but never published. Published **without my permission** in microfilm by University Microfilms International (UMI)

**9.** PROFESSIONAL ACTIVITIES

NEH panelist for "American and British Literature," Program for Editions and Translations, National Endowment for the Humanities, 25 March 2025

NEH panelist for AAmerican and British Literature,@ Program for Editions and Translations, National Endowment for the Humanities, 22 March 2017

NEH panelist for ALiterature,@ Program for Editions and Translations, National Endowment for the Humanities, 13 March 2013

NEH reviewer, Collaborative Research Program, AEditing Volumes I and II of The Complete Letters of Henry James,@ by Greg W. Zacharias, October 2001

Reviewer for the Social Sciences and Humanities Research Council (SSHRC) of Canada, a proposal to continue the *Collected Works of Northrop Frye,* by Professor Alvin Lee,   January 2001

Advisory Board for the Charles Brockden Brown Electronic Archive and Scholarly Edition, 2001Bpresent

NEH reviewer, Division of Preservation and Access, AAmerican Documentary Heritage Library: American Renaissance Collection,@ a proposal   to digitize existing volumes of ten print editions, by David R. Chesnutt, October 1999

Reader/Consultant to the University of California Press for *Robert Duncan: The Collected Early Poems and Plays,* volume one of a projected seven volumes, edited by Robert J. Bertholf: three separate and distinct reviews, all negative, in January 1993, June 1995, and February 1999

Project faculty member for ALiterature and Writing,@ an NEH sponsored summer seminar at Illinois State University, designed to encourage high-school teachers to use manuscript in teaching literature; directed by Rodger L. Tarr and Ron Fortune, 27B31 July 1998

Advisory Board and Executive Committee, Charles Sanders Peirce Edition Project, Indiana UniversityBPurdue University, Indianapolis, 1985Bpresent

*Chair,* Committee on Scholarly Editions (CSE) of the MLA, two terms: 1996B2000, and 2000B2001; continued as a member through 2004

Member of the Publications Committee, Bibliographical Society of America, 1995B99

Advisory Board, 1995B98, *The Oxford Reader=s Companion to Mark Twain,* edited by Gregg Camfield, forthcoming 2001

Consultant for the CSE, advising James Karman, editor of *The Collected Letters of Robinson Jeffers with Selected Letters of Una Jeffers,* to be published by Stanford University Press, 2002

Reviewer for the Social Sciences and Humanities Research Council (SSHRC) of Canada, a proposed union catalog of the correspondence of Sir Walter Scott, by Professor Jane Millgate, February 1995

NEH reviewer, Tools Program, a proposed calendar of the correspondence of Henry James, Jr., by Professor Steven H. Jobe, December 1994

Council Member, Bibliographical Society of America, two terms: 1994B1997 and 1997B2000

CSE vettor (i.e., pre-publication inspector or consultant) for each of the following:

PGeorge Santayana, *The Letters of George Santayana, Book Six, 1937B1940.* Edited by William G. Holzberger, Herman J. Saatkamp, and Marianne S. Wokeck, with Kristine Frost and Johanna Resler. The Works of George Santayana. MIT Press, forthcoming. [Inspection report submitted on 24 February 2004]

PWilliam Wordsworth, *Sonnet Series and Itinerary Poems, 1820B1845.* edited by Geoffrey Jackson. The Cornell Wordsworth. Cornell University Press, forthcoming 2004. [This is actually a post-inspection report to the CSE, which asked me to supplement the original vetting report that seemed less than satisfactory to me.]

PGeorge Santayana, *The Letters of George Santayana, Book Five, 1933B1936.* Edited by William G. Holzberger, Herman J. Saatkamp, and Marianne S. Wokeck, with Kristine Frost and Johanna Resler. The Works of George Santayana. MIT Press, forthcoming. [Inspection report submitted on 2 April 2003]

PThomas Carlyle. *On Heroes, Hero-Worship, & the Heroic in History.* Edited by Michael K. Goldberg, Joel J. Brattin, and Mark Engel. Editor-in-Chief, Murray Baumgarten. The Norman and Charlotte Strouse Edition of the

Works of Thomas Carlyle. Berkeley, Los Angeles, Oxford: University of California Press, 1993 [Inspection report submitted on 31 March 1992]

P*The Correspondence of William James, Volume 1: William and Henry, 1861B 1884.* Edited by Ignas K. Skrupskelis and Elizabeth M. Berkeley, with the assistance of Bernice Grohskopf and Wilma Bradbeer. Charlottesville and London: University Press of Virginia, 1992 [Inspection report submitted on 7 December 1990]

PWilliam James. *Psychology: The Briefer Course.* Edited by Fredson Bowers and Ignas K. Skrupskelis. The Works of William James. Cambridge: Harvard University Press, 1985 [Inspection report submitted on 29 March 1984]

PWilliam James. *Principles of Psychology.* 3 volumes. Edited by Fredson Bowers and Ignas K. Skrupskelis. The Works of William James. Cambridge: Harvard University Press, 1980 [Inspection report submitted on 7 March 1979]

PJohn Dewey. *Experience and Nature.* Edited by Jo Ann Boydston. The Later Works of John Dewey. Urbana: Southern Illinois University Press, 1981 [Inspection report submitted on 5 August 1978.]

PWilliam Dean Howells. *Venetian Life.* Edited by David Nordloh. Bloomington: Indiana University Press, 1976 [Inspection report submitted on 18 October 1976]

NEH panelist, Reference Materials: Tools and Access Categories, Literature and Philosophy panel, February 1989 (27 applications)

Executive Committee on Methods of Literary Research of the MLA, 1986B90

Consultant to the Library of America, 1986B92, for Mark Twain=s *Collected Tales, Sketches, Speeches: 1852B1890* and *Collected Tales, Sketches, Speeches: 1891B1910,* selected and annotated by Louis J. Budd. New York: Literary Classics of the United States, 1992

Member, Committee on Scholarly Editions (CSE) of the MLA, one term: 1985B89

NEH panelist, Travel to Collections Program, March 1985

NEH reviewer, Editions Program, proposed edition of Nathaniel Hawthorne=s letters and later writings (Ohio State University Centenary Edition of the Works of Nathaniel Hawthorne), 7 December 1984

NEH consultant, Program for Editions, project site visit to the Charles Sanders Peirce Edition Project (Indianapolis), 1B4 August 1984

NEH reviewer, Editions Program, proposed edition of Theodore Dreiser=s *Jennie Gerhardt,* edited by James L. W. West III, 9 January 1984

NEH consultant, Editions Program, volumes 1 and 2 of *Walt Whitman=s Journalism,* edited by Herbert Bergman, 30 June 1982

Reviewer for the University of California Press of a proposed anthology, *The AScience Fiction@ of Mark Twain,* edited by David Ketterer, 24 June 1981

NEH panelist, Research Materials: Editions, March 1981 (48 applications)

NEH reviewer, Editions Program, a proposed edition of Edgar Allan Poe=s contributions to the *Broadway Journal,* in two volumes, by Burton R. Pollin, 29 December 1980

Consultant to the University of California Press on a proposed facsimile reprint of the Arion Press typesetting of *Moby-Dick,* illustrated by Barry Moser and typeset from the Northwestern/Newberry Library critical edition (in proof), 30 July 1980

Reviewer for the University of California Press of a proposed edition of Samuel Richardson=s *Clarissa,* edited by Professor Carroll, January 1979

**10.** SPEECHES, TALKS, LECTURES, INFORMAL PRESENTATIONS, AND INTERVIEWS

"Who Is Mark Twain?," Pacific Union-Club Luncheon discussion, San Francisco, 17 October 2023

Archival exhibit and tour for Professor Jennifer Terry's history class, "History of American Celebrity Culture," 5 October 2023

"Joan of Arc," discussion with the Mark Twain Literary Group,, Olympic Club, San Francisco, 16 February 2023

"Mark Twain's Most Important Letter," brief presentation to the Wellman Group, UC Berkeley Faculty Club, 5 November 2018

Podcast interview for Podcast Workshop sponsored by the Berkeley Advanced Media Institute in the Graduate School of Journalism, 15 June 2018

Archival exhibit and tour for Professor Shelley Fisher Fishkin=s class in American Studies from Stanford, 8 December 2017

Archival exhibit and tour for Professor Diego Pirillo=s class in Italian Studies, UC Berkeley, 9 November 2017

Discussion leader, small exhibit, and lunch with the Mark Twain Luncheon Club Book Club, *The Prince and the Pauper,* Berkeley Faculty Club, 2 November 2017

Interview about APrince Oleomargarine@ on ATop of Mind, with Julie Rose,@ BYU radio, Brigham Young University, Provo, Utah, 13 October 2017

Archival exhibit and tour (3 sections), luncheon talk with slides, for the MS Society, MTP and Berkeley City Club, 19 May 2017

Discussion leader and small exhibit, Mark Twain Luncheon Club Book Club, *Sketches New & Old,* 15 May 2017

Archival exhibit, tour, and lunch for Camilla Smith=s book group of diplomat wives, 13 January 2017

Archival exhibit and tour for Professor Shelley Fisher Fishkin=s class in American Studies from Stanford, 2 December 2016

Archival exhibit and tour for Professor Diego Pirillo=s class in Italian Studies, UC Berkeley, 21 November 2016

Discussion leader and small exhibit for he Mark Twain Luncheon Club Book Club, *The Adventures of Tom Sawyer,* 2 November 2016

Archival exhibit and tour for Charles Faulhaber and the Bohemian Club Library Committee, 31 October 2016

ATales of Archival Research and Publishing Innovation,@ with slides, The Colophon Club, Berkeley City Club,   Berkeley, Calif., 16 June 2016

ASecret History of Editing the Autobiography,@ with slides, Berkeley Breakfast Club, Berkeley, Calif., 8 April 2016

Discussion leader and small exhibit for the Mark Twain Luncheon Club Book Club, *Life on the Mississippi,* 30 March 2016

Archival exhibit and tour for Charles Faulhaber and a Phi Beta Kappa group, 1 December 2015

Archival exhibit and tour for Professor Shelley Fisher Fishkin=s class in American Studies from Stanford, 13 November 2015

ASecret History of Editing the Autobiography,@ with slides, Mark Twain Luncheon Club, Berkeley, Calif., 28 October 2015

Archival exhibit, tour, and lunch for five auction winners, benefit for the Berkeley Symphony, 2 October 2015

Reading and discussionof selections from *Roughing It,* University Press Books, Berkeley, Calif., 24 September 2015

Archival exhibit and talk,English honors class, Professor Scott Saul, UC Berkeley, 15 September 2015

Archival exhibit and talk, English honors class, Professor Namwali Serpell, UC Berkeley, 8 September 2015

Interview with Canadian BC, Mark Twain=s lost *Enterprise* work newly collected, 21 May 2015

A>Better Shove This in the Stove,=@with slides, Cal Alumni Club of Rossmoor, Rossmoor, Calif., 17 January 2015

Archival exhibit and talk, English honors class, Professor Katherine Snyder, UC Berkeley, 30 September 2014

Archival exhibit and talk American literature class of Professor Mitch Breitweiser, initiated by his graduate student TA, Juliana Chow, UC Berkeley, 5 August 2014

Archival exhibit and talk for Professor Shelley Fisher Fishkin=s class of eight freshmen from Stanford University, 3 June 2014

Archival exhibit and talk, English honors class, Professor Namwali Serpell, UC Berkeley, 13 November 2013

A>If a Jay Ain=t Human=: Tales from the Mark Twain Papers,@ Glenbrook Historical Society Dinner, Glenbrook, Nevada, 11 August 2013

AMinor Mysteries from the Mark Twain Papers,@ with slides, for St. Paul=s Towers retirement home, Oakland, Calif., 29 May 2013

AInnocents DelayedCBut Not Denied,@ with slides, for the 7th International Conference on the State of Mark Twain Studies, Elmira College, Elmira, N.Y., 3 August 2013

ATales from the Mark Twain Papers,@ with slides, for The Vi in Palo Alto, Palo Alto, Calif., 21 May 2013

Archival exhibit and tour for Helen Meyer and colleagues, 9 May 2013

ANews from the Mark Twain Papers and Project,@ Class of 1958 55th Reunion Luncheon Program, Berkeley, Calif., 20 April 2013

Presentation and discussion for the English class (juniors and seniors) of Ann Marie Slevin, Holy Names High School, Oakland, Calif., 19 March 2013

AMark Twain=s Box of Posthumus Stuff: Four Decades in the Mark Twain Papers,@ Cosmos Club, 1379 Church Street, San Francisco 94114, 8 March 2013

AA Toast to Mark Twain,@ hosted by Susan and Tucker York for the UC Berkeley Library, 63 East 66th Street, New York, N. Y., 24 January 2013

Archival exhibit and talk for Camilla Smith=s book group, 29 October 2012

Archival exhibit and talk Caroline Giers=s ACulture Vultures,@ 18 October 2012

Archival exhibit and talk, English honors class, Professor Scott Saul, UC Berkeley, 20 September 2012

Brief talk at the memorial service for Professor Howard G. Baetzhold, longtime Mark Twain scholar and editor for the Mark Twain Project, Indianapolis, Ind., 8 September 2012

Archival exhibit, talk, and lunch with Mac Laetsch and Camilla Smith, for India=s Consul General, 29 August 2012

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ with slides, for the AWine for Words@ fund raiser for the El Dorado County Main Library, Placerville, Calif., 26 August 2012

AMark Twain in the West,@ five talks as Faculty Lecturer, Golden Gate Tours, Murphys, Grass Valley, Columbia, Calif., and Virginia City, Nevada, 12B17 August 2012

AMark Twain on Racism: Evidence from the MS of *Huckleberry Finn,* and other documents,@ lecture with extensive handout reproducing original documents for NEH sponsored ALandmarks of American History and Culture Workshop for Teachers: *Huck, Jim, and Jim Crow,*@ Mark Twain House and Home, Hartford, Conn., two (2) separate sessions, on 11 and 25 July 2012

Interview about the *Autobiography,* with WOCA, Ocala, Florida, 14 June 2012

Interview about the *Autobiography,* with Frankie Boyer, Lifestyle Talk Radio, BIZ Talk Radio, 11 June 2012

Interview about the *Autobiography,* with KCMN, Colorado Springs, Colorado, 5 June 2012

2 Interviews about the *Autobiography,* (1) WDAD, Indiana, Penn., and (2) WTAX, Springfield, Ill., 4 June 2012

2 Interviews about the *Autobiography,* with (1) WLW-AM, Cincinnati, Ohio; and (2) WGTD, Milwaukee, Wis., 30 May 23012

Interview about the *Autobiography,* with KTTH, Seattle, Wash., 29 May 2012

Interview about the *Autobiography,* with KRLD, Dallas, Texas, 25 May 2012

3 Interviews about the *Autobiography,* with (1) WTKF, Jacksonville, NC; (2) KPCW, Park City, Utah; (3)   WMBW, Washington, D.C., 24 May 2012

Interview about the *Autobiography,* with WMJI, Cleveland, Ohio, 22 May 2012

2 Interviews about the *Autobiography,* (1) WHAM, Rochester, N.Y., and (2) WPHM, Detroit, Mich., 18 May 2012

Interview about the *Autobiography,* with WBAL, Baltimore, 11 May 2012

Interview about the *Autobiography,* with JoAnn Griffith, BBC, 6 May 2012

AMark Twain in His Own Words: 100 Years Later,@ with slides, read to the Saratoga Foothill Club at its 15th Annual Public Lecture Series, Saratoga, Calif., 27 March 2012

AOn *Huckleberry Finn,*@ for Richard Hutson=s C136: ATopics in American StudiesCBoys and Girls in the Era of Mark Twain and Henry James,@ Barrows 56, UC Berkeley, 8 March 2012

AGetting to Know Mark Twain,@ with slides, read for the Northern California Association of Phi Beta Kappa, Fred Far Center at Asilomar, Pacific Grove, Calif., 17 February 2012

AMark Twain and Racism: Evidence from the MS of *Huckleberry Finn,*@ Susan Lehman=s Language and Composition AP class, Novato High School, Novato, Calif., 15 February 2012

ARevealing Mark Twain=s Autobiography,@ with slides, read for the Discover Cal Lecture Series at New City Hall, Sacramento, Calif., 9 November 2011

AThe Making of Mark Twain=s Autobiography: Editing a Humorist Is No Laughing Matter,@ with slides, read for the Town and Gown Club, Berkeley, Calif., 7 November 2011

AGetting to Know Mark Twain: 44 Years in the Mark Twain Papers,@ with slides, read for the Discover Cal Lecture Series at the Hyatt La Jolla at Aventine, San Diego, Calif., 2 November 2011

AGetting to Know Mark Twain: 44 Years in the Mark Twain Papers,@ with slides, read for Homecoming and Parents Weekend 2011, Stevens Hall, UC Berkeley, 15 October 2011

A*Finding* Mark Twain=s Autobiography,@ with slides, read for The Big Read/One Book Sacramento 2011, Tsakopoulos Library Galleria, Sacramento Public Library, 29 September 2011

AWhere the Twain Meet: The Enduring Cross-Generational Appeal of *Tom Sawyer*,@ with slides, read at the Kansas City Public Library, Kansas City, Mo., 20 September 2011

AGetting to Know Mark Twain: Forty Years in the Mark Twain Papers,@ with slides, read for the Kensington Public Library, Kensington, Calif., 12 September 2011

A>Finding= Mark Twain=s Autobiography,@ informal presentation for Gardner Combs=s Dinner Party, Faculty Club, UC Berkeley, 22 September 2011

AGetting to Know Mark Twain: 44 Years in the Mark Twain Papers,@ with slides, the keynote address at AMark Twain=s Hannibal: The Clemens Conference,@ Hannibal, Mo, 13 August 2011

Informal talk, AMark Twain *Roughing It* in Tahoe,@ Schacht-Gage Home in Tahoe City, Calif., 30 July 2011

AThe Composition of *Roughing It,*@ with slides, read for AMark Twain and the Culture of Progress,@ an NEH Summer Teacher Institute, Virginia City, Nevada, 13 July 2011

ATen Minutes on Mark Twain,@ for the Wellman Group, Bowker Room of the Faculty Club, UC Berkeley, 6 June 2011

Discussion with illustrations of *Huckleberry Finn* for Judy Webb=s Book Group, Morrison Room of the UC Berkeley Library, 25 May 2011

AFinding Mark Twain=s Autobiography,@ with slides, read for the UC Berkeley Library Advisory Board, Valley Hunt Club, Pasadena, Calif., 22 May 2011

A>Finding= Mark Twain=s Autobiography (Hiding in Plain Sight),@ with slides, read to the Olympic Club=s Speaker Lunch Series, San Francisco, Calif., 15 April 2011

AMark Twain=s Autobiography? (Where Has It Been Hiding?),@ Peninsula Volunteers, Inc, 20th Annual Authors Salon Luncheon, San Jose, Calif., 10 April 2011

A>Finding= Mark Twain=s Autobiography (Hiding in Plain Sight),@ with slides, read for the Discover Cal  2011 lecture series, Hyatt Regency Newport Beach, Newport Beach, Calif., 28 March 2011

A>Finding= Mark Twain=s Autobiography (Hiding in Plain Sight),@ with slides, read for the Pacific-Union Club, San Francisco, Calif., 24 March 2011

A*Finding* Mark Twain=s Autobiography (Hiding in Plain Sight),@ with slides, read for the Osher Lifelong Learning Institute, at the Lafayette Library and Learning Center, Lafayette, Calif., 17 March 2011. Taped by C-SPAN Book TV

A*Finding* Mark Twain=s Autobiography,@ with slides, read for the Contra Costa County Historical Society and the Pittsburg Historical Society, Martinez, Calif., 12 March 2011

A>I=m the only person who has ever found out the right way to build an autobiography,@ with slides, and with McAvoy Lane as Mark Twain, for AAuthors on the Move,@ Sacramento Public Library Foundation, Sacramento, Calif., 5 March 2011

AFinding Mark Twain=s Autobiography,@ with slides, read for a meeting of the Berkeley Foundation Board, Clark Kerr Campus, Berkeley, Calif., 25 February 2011

AFINDING Mark Twain=s Autobiography,@ with slides, read for The Sages, Grove Room at Noon, The Bohemian Club, San Francisco, Calif., 22 February 2011

AEditing a Humorist Is No Laughing Matter: <u>Finding</u> the *Autobiography of Mark Twain*,@ with slides, read at the National Endowment for the Humanities and again in the Capitol Building, Washington, D.C., 16 February 2011

ATales from the Mark Twain Papers, Including the *Autobiography of Mark Twain,*@ with slides, read at the Hammer Museum Program in Billy Wilder theater, Los Angeles, Calif., followed by a conversation on stage with Hal Holbrook and David Kipen as moderator, 8 February 2011

ATen Minutes for the 100 Club,@ talk about the *Autobiography,* Morrison Room of the UC Library, Berkeley,Calif., 7 February 2011

Interview about the *Autobiography,* John Hockenberry and Celeste Headlee, The Takeaway, WNYC, 6 January 2011

AMark Twain: in His Own Words,@ interview by Justin Goldman, *Diablo Magazine,* November 2010

ATrue to Twain,@ interview published in *Southern Inspired Magazine,* October/November 2010, 54B57

Talk to the Bohemian Book Club, San Francisco, Calif., 7 December 2010

Interview about the *Autobiography,* McCarthy and Friends, KPVR St. Louis, Mo., 7 December 2010

Interview about the *Autobiography,* Carole Goldberg, Hartford *Courant,* Hartford, Conn., 6 December 2010

AWho Is Mark Twain? And Does the Autobiography Tell Us?,@ with slides, read for the Walnut Creek Library Foundation, Walnut Creek Library, Walnut Creek, Calif., 2 December 2010

Interview about the *Autobiography,* Diane Rhem Show, WAMU, Washington, D.C., 1 December 2010

AMark Twain=s Autobiography: A Wide-Ranging Gift to Posterity,@ with slides, read at a Smithsonian Resident Associate Program, National Museum of Natural History, Washington, D.C., 30 November 2010

2 Interviews about the *Autobiography,* 30 November 2010: (1) Susan Logue Coster, Voice of America TV, Washington, D.C.; (2) Jane Aikin, Director of the NEH Editions Program, Washington, D.C.

Interview about the *Autobiography,* AMidday with Dan Rodricks@ and Professor Hollis Robbins, WYPR, Baltimore, Maryland, 19 November 2010

Interview about the *Autobiography,* David Bianculli, NPR=s Fresh Air, 18 November 2010 (aired 1 December)

2 Interviews about the *Autobiography,* 16 November 2010: (1) Drake and Zeke, WXMX, Memphis, Tenn.; (2) Brent Cannon, NBC11

2 Interviews about the *Autobiography,* 15 November 2010: (1) Orla Barry, AThe Green Room,@ Newstalk Radio, Ireland; (2) John McChesney, NPR

A>The Final (& Right) Plan=: The Evolution of Mark Twain=s Autobiography,@ with slides, keynote address for AMark Twain at 175: An American Icon Reconsidered,@ Saint Joseph College, Hartford, Conn., 13 November 2010

A>The Final (& Right) Plan=: The Evolution of Mark Twain=s Autobiography,@ with slides, read at the Mark Twain Library, Redding, Conn., 12 November 2010

Interview about the *Autobiography,* Colin McEnroe, WNPR, Hartford, Conn., 11 November 2010

3 Interviews about the *Autobiography,* 10 November 2010: (1) Brent Martin, *Missourinet;* (2) AUp to Date With Steve Kraske,@ KCUR, Kansas City, Mo.; (3) Tony Hicks, *Contra Costa Times,* Walnut Creek, Calif.

A>The Final (& Right) Plan=: The Evolution of Mark Twain=s Autobiography,@ with slides, read at the Central Library of the Kansas City Public Library, Kansas City, Mo., 10 November 2010

AThe Only >True and Reliable= Text of the *Autobiography of Mark Twain,*@Berkeley Breakfast Club, Berkeley, Calif., 5 November 2010

AThe Only >True and Reliable= Text of the *Autobiography of Mark Twain,*@with slides, read at The Stanford Club of San Ramon, San Ramon, Calif., 2 November 2010

AThe Only >True and Reliable= Text of the *Autobiography of Mark Twain,*@ with slides, read at The Hillside Club, Berkeley, Calif., 1 November 2010

Interview about the *Autobiography,* Debra Levi Holtz, San Francisco *Chronicle,* 27 October 2010

Interview about the *Autobiography,* Jeff Glor, CBS Sunday Morning, 17 October 2010

AMark Twain, A Moralist in Disguise,@ Kobe City University of Foreign Studies, Kobe, Japan, 15 October 2010

AMark Twain, A Moralist in Disguise,@ Koka Women=s University, Kyoto, Japan, 13 October 2010

AMark Twain, A Moralist in Disguise,@ Doshisha University, Kyoto, Japan, 12 October 2010

AEditing Mark Twain=s >Box of Posthumous Stuff=: Forty-two Years in the Mark Twain Papers,@keynote address to the annual meeting of the Mark Twain Society in Japan, Keio University, Japan, 8 October 2010

AMark Twain, A Moralist in Disguise,@ Waseda University, Tokyo, Japan, 7 October 2010

AMark Twain in Buffalo,@ with slides, read at the Buffalo Central Library, Buffalo, N.Y., 25 September 2010

2 Interviews about the *Autobiography,* 22 September 2010: (1) David Ross, KALW; (2) Carole Goldberg, Hartford *Courant*

Interview with Joyce Kryszak, 20 September 2010, WBFO, Buffalo, NY

Interview about the *Autobiography,* 13 September 2010, Kurt Anderson, Studio 360, WNYC

Interview about the *Autobiography,* 19 August 2010 (aired 26 September), William Crawley, BBC Radio Ulster

Panel with Susan Gillman and Jerome Loving on AForum,@ 18 August 2010, moderated by Spencer Michels, KQED, Berkeley, Calif.

Interview about the *Autobiography,* 26 July 2010, Jane Henderson, St. Louis *Post Dispatch*

Interview about the *Autobiography,* 16 July 2010 (aired 19 July), Harriett Gilbert, AThe Strand,@ BBC World Service

Interview about the *Autobiography,* 6 July 2010 (aired 7 July), Spencer Michels, PBS Newshour

Interview about the *Autobiography,* 1 July 2010, Jonathan Shipley, *Fine Books & Collections Magazine*

AThe Only True and Reliable Text of the *Autobiography of Mark Twain,*@ read at the ALife and History of Mark Twain@ dinner, Zephyr Cove Resort, Zephyr Cove, Nevada, 12 June 2010

Interview about the *Autobiography,* 1 June 2010, Kathryn Ryan, ANine to Noon,@ Radio New Zealand

2 Interviews about the *Autobiography,* 31 May 2010: (1) Newshour, BBC World Service; (2) Ramona Koval, AThe Book Show,@ Australian BC Radio National

Interview about the *Autobiography,* 28 May 2010, Max Fuzowski, *Newsweek Polska*

Interview about the *Autobiography,* 27 May 2010, Barbara Celis, *El País: el periódico global*

5 Interviews about the *Autobiography,* 26 May 2010: (1) AThe Takeaway,@ WNYC, New York City; (2) McGraw Milhaven, KTRS Radio, St. Louis; (3) James Naughtie, AToday Programme,@ BBC-4 Radio; (4) Derek Davis, 4fm Ireland Radio; (5) Mark and Dave, KEXM, Portland; (6) Tavis Buchan, Lakeside Public Television, WLPR, Chicago

2 Interviews about the *Autobiography* on 25 May 2010: (1) Bob Miller, KPAM, Portland; (2) AAs It Happens,@ NPR, Toronto

5 Interviews about the *Autobiography* on 24 May 2010: (1) Ed Wenck, WIBC, Indianapolis; (2) Gianna Albaum, *The Daily Californian,* Berkeley, Calif.; (3) Tim Parsons, *Tahoe Daily Tribune;* (4) Basil Katz, Reuters; (5) Jarrod Crawford, CBS evening news

AThe *Autobiography of Mark Twain:* An Inside Look.@ Luncheon in the Library, Doe Memorial Library, Berkeley, Calif., 22 May 2010

Interview about the *Autobiography* with Guy Adams, London *Independent,* 21 May 2010 (published 24 May 2010)

AThe Collector and the Editor: Tales from the Mark Twain Papers,@ with slides, read at the opening of an exhibition from a private collection, A>Known to Everyone, Liked by All=: The Business of Being Mark Twain,@ Cornell University Library, Ithaca, N.Y., 23 April 2010 <http://www.cornell.edu/video/robert-hirst-tales-from-the-mark-twain-papers>

AThe *Autobiography of Mark Twain,*@ UC Press Reception, Luxe Hotel, Los Angeles, 22 April 2010

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers.@ Rossmoor Cal Alumni Club, Rossmoor, Calif., 21 April 2010

AMark TwainCA National Treasure,@ panel with Michael Shelden and Jerome Loving for the Annapolis Book Festival at the Key School, Annapolis, Maryland, 17 April 2010

AThe Autobiography of Mark Twain,@ Luncheon in the Library, Morrison Room of the UC Berkeley Library, 16 January 2010

Faculty Lecturer for AMark Twain=s Hawai=i,@ California Alumni Association trip to the Hawaiian Islands, Golden Gate Tours, 4B14 November 2009

AThe *Autobiography of Mark Twain:* Is a Comprehensive Edition Possible?,@ with slides, read at the 6th International Conference on the State of Mark Twain Studies, Elmira College, Elmira, N.Y., 7 August 2009

AMark Twain on Racism: Evidence from the Manuscript of *Huckleberry Finn* and Other Documents,@Lecture with extensive handout reproducing original documents at the ALandmarks of American History and Culture Workshop for Teachers,@ sponsored by NEH at the Mark Twain House and Museum, Hartford, Conn., 29 July 2009

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers.@ Berkeley Breakfast Club, Berkeley, Calif., 24 July 2009

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers@ (twice) for the Northern California Alumni Group and the Redding Library, Redding, Calif., 24 and 25 April 2009

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ Lafayette Historical Society, Lafayette, Calif., 13 May 2008

Talk and small exhibit of original documents at ADinner with Mark Twain,@ a benefit for the Fritz Institute Salon at the home of Bob Alspaugh, Carmel, Calif., 22 March 2008

Talk to the Bohemian Club Book Group about *Huckleberry Finn,* 4 March 2008

A>Better Shove this in the Stove=: Tales from the Mark Twain Papers,@ Cal Club of Joaquin County, Stockton, Calif., 20 February 2008

Talk to Prof. Donald McQuade=s English 100 class, UC Berkeley, 12 February 2008

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ St. Mary=s College of Maryland, St. Mary=s City, Maryland, 7 February 2008

A>Literature of a Low Order, i.e. Humorous=: Mark Twain *vs.* His Editors,@ panel on editing humorists entitled AIf You Have to Explain It, Is It Still Funny?@ Association for Documentary Editing 2007 Annual Meeting, Richmond, Va., 17 November 2007

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ Oakland Rotary Club No. 3, Oakland, Calif., 11 October 2007

Faculty Lecturer for a Bear Treks tour, AMark Twain in the West: A Visit to the Sites of Mark Twain in California and Nevada.@ 1B5 October 2007

AMark Twain and Racism: Evidence from the Manuscript of *Huckleberry Finn,* and Other Documents.@ Informal presentation with an extensive handout to an NEH sponsored workshop for High School Teachers, Mark Twain House and Museum, Hartford, Conn., two separate sessions, 9 and 24 July 2007

Interview for documentary film in the making, AMark Twain and the Holy Land,@ sponsored by Benjamin Shapell, 30 May 2007

A>A Funeral Excursion without a Corpse=: Mark Twain and the Innocents Abroad.@ Informal talk with slides for the 13th meeting of the Mark Twain Luncheon Club, 2 May 2007

A>The Privilege of the Grave,=@ for ADinner in the Library: Tents, Testimonios & Twain,@ 3 November 2006, UC Berkeley Library

Faculty Lecturer for a Bear Treks tour, AMark Twain at Home, a Fall Foliage Tour of the Major Residences of Samuel Clemens,@ 9B19 October 2006

A>An Entirely New Subject=: Why Mark Twain Wrote Life on the Mississippi,@ Mark Twain Reading Club of the San Francisco Olympic Club, San Francisco, Calif., 21 September 2006

Informal discussion for Shelley Fisher Fishkin=s graduate students from Stanford University, Mark Twain Papers, Berkeley, 2 May 2006

A>Like All DCn Fool Printers=: A Glimpse at the Editorial Process,@ Hartford House, Hartford, Connecticut, 2 April 2006

Informal discussion for Kerry Driscoll=s undergraduate class, St. Joseph=s College, Hartford, Connecticut, 31 March 2006

A>He Told the Truth, Mainly=: Why We Still Read Mark Twain.@ King and Low-Heywood Thomas School, Stamford, Connecticut, 30 March 2006

Informal presentation and discussion of Mark Twain=s Papers for newly accepted graduate students in the Department of English, for Department Chair, Elizabeth Abel, 20 March 2006

Informal discussion and exhibit for George Starr=s English 100 class, UC Berkeley,17 February 2006

Informal presentation and exhibit for St. Helena High School Class, Mark Twain Papers, 3 January 2006

Informal presentation with Sharon Goetz of the Mark Twain Project=s ongoing digital project, Modern Language Association annual convention, Washington, D.C., 29 December 2005

Informal talk to the Philanthropic Education Organization, Oakland, California, 9 November 2005

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ Southern Oregon California Alumni Association, Medford, Oregon, 22 September 2005

A>Like All DCd Fool Printers=CA Glimpse at the Editorial Process.@ The 5thh International Conference on the State of Mark Twain Studies, Elmira College, Elmira, N.Y., 6 August 2005

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ Il Cenacolo, San Francisco, California, 26 May 2005

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ President=s and Regents Retiree=s Association (PARRA), Berkeley, California, 4 May 2005

A>Better Shove This in the Stove=: Tales from the Mark Twain Papers,@ Savannah College of Art and Design, Savannah, Georgia, 27 April 2005

Narrator for AA Musical Tribute to Mark Twain,@ with Tim Hockenberry, and Duane Carroll, Music Director and Conductor, Contra Costa Wind Symphony, Hofmann Theatre, Walnut Creek, Calif., 20 March 2005

AFrom Huckleberry Finn to >No. 44, The Mysterious Stranger,=@ UC Retirement Center Program, Berkeley, Calif., 6 December 2004

AMark Twain Becomes a Writer: from Hannibal to San Francisco, 1847B1868,@ UC Retirement Center Program, Berkeley, Calif., 15 November 2004

Narrator for Will Furman=s AMark Twain Comes to San Francisco,@ Seventh Meeting of the Mark Twain Luncheon Club, 7 November 2004

Interviewed by Drew Van de Creek for AMark Twain=s Mississippi River,@ Northern Illinois Universities, <http://dig.lib.niu.edu/twain/video.html#bob>

Small exhibition in MTP for the Massachusetts Institute of Technology Alumni Club of Northern California, 2 October 2004

Presentation and exhibition to Carolyn Sheaff=s group of tour directors, Mark Twain Papers, 25 June 2004

ABetter Shove This in the Stove,@ The Olympic Club, San Francisco, California, 20 May 2004

ABetter Shove This in the Stove,@ Cupertino Rotary Club, Cupertino, California, 5 May 2004

Informal presentation to Shelley Fisher Fishkin=s class from Stanford University, 28 April 2004

ABetter Shove This in the Stove,@ Alameda Rotary Club, Alameda, California, 23 March 2004

Informal talk about Mark Twain to Sarah Chodsko=s reading group, San Francisco, 20 January 2004

AMark Twain=s Letters from San Francisco, 1865B1866,@ Thomas A. Leonard=s Freshman Seminar, 10 November 2003

Brief talk to Mark Twain Papers/Bancroft Library/UC Press reception in The Bancroft Library, 29 October 2003

AEditing Mark Twain: >Like All DCd Fool Printers,=@ George Starr=s English 150 on Mark Twain, 23 October 2003

Brief exhibition, with Victor Fischer, as part of AMark Twain Comes to San Francisco,@ Bohemian Club, San Francisco, 19 October 2003

Talk to freshman seminar, AWriting the High Sierra,@ taught by Gene Rose and Susan Schweik, Bancroft Library, 13 October 2003

AMark Twain and Music,@ with Harriet Elinor Smith and the San Francisco Choral Artists, Sixth Meeting of the Mark Twain Luncheon Club, 8 October 2003

Informal talk to the Class of 1958 reunion Dinner, Hearst Mining Building, UC Berkeley, 3 October 2003

ATales Out of the Mark Twain Archives: Or, >Better Shove This in the Stove,=@ San Jose Rotary Club, San Jose, California, 17 September 2003

ATales Out of the Mark Twain Archives: Or, >Better Shove This in the Stove,=@ Livermore Rotary Club, Livermore, California, 10 September 2003

ATales Out of the Mark Twain Archives: Or, >Better Shove This in the Stove,=@ Richmond Rotary Club, Richmond, California, 22 August 2003

ABetter Shove This in the Stove,@ City Commons Club, Berkeley, California, 20 June 2003

A>Heaven on the Half-Shell=: Mark Twain in California,@ Elder Hostel, Berkeley, California, 13 June 2003

AMining for Nuggets in Mark Twain=s Archives,@ Pleasanton Rotary Club, Pleasanton, California, 22 May 2003

AWhy Publish Mark Twain=s Letters after He Is >Planted=?@ Fifth Meeting of the Mark Twain Luncheon Club, Berkeley City Club, 14 May 2003

A>Better Shove This in the Stove:= Editing Mark Twain=s Papers,@ Los Angeles Corral of the Westerners, Alhambra, California, 9 April 2003

A>Better Shove This in the Stove:= Editing Mark Twain=s Papers,@ Cal Alumni Club of Oakmont, Santa Rosa, California, 26 March 2003

ABetter Shove This in the Stove,@ Hayward Rotary Club, 24 February 2003

ABetter Shove This in the Stove,@ Cal Alumni Club at Rossmoor, 18 January 2003

ABetter Shove This in the Stove,@ San Francisco Rotary Club, 10 December 2002

Brief talk to the Class of 1958 reunion planning meeting, Morrison Library, 24 October 2002

AEditing Mark Twain: >Like All DCd Fool Printers,@ presentation to Linda Morris=s Graduate Seminar from UC Davis, 13 May 2002

A>Better Shove This in the Stove=: Editing Mark Twain=s Papers and Works,@ Cal Alumni Club of Long Beach, 20 March 2002

A>Better Shove This in the Stove=: Editing Mark Twain=s Papers and Works,@ Emeryville Rotary Club, 25 February 2002

Informal presentation on *The Innocents Abroad,* San Francisco Commonwealth Club Book Discussion Group, 28 January 2002

A>Heaven on the Half-Shell,=@ National Council of Jewish Women, Rossmoor, California, 23 January 2002

Brief interview (live) on NBC Weekend Today, talking about Mark Twain=s letters in the Bancroft Library, 13 January 2002

A>Heaven on the Half-Shell=: Mark Twain in California,@ Live From the Bancroft, recorded for KQED, 28 November 2001; broadcast on KQED, 24 January 2002

ARe-editing *Huckleberry Finn,* >Like All DCd Fool printers,=@ Herbert Feinstein=s seminar on Mark Twain, San Francisco State University, 25 October 2001

Panel Discussion and Slides:  Selected Photographs and other Images from the Mark Twain Papers, Buffalo and Erie County Public Library, 13 October 2001

Cal Alumni Faculty Lecturer, AMark Twain & the Mississippi River,@ Bear Treks trip down the Mississippi, 8B22 September 2001

ALooking for Mark Twain,@ Reception for Berkeley Alumni Hosted by Sally and Chris Henson, Wilton, Connecticut, 14 June 2001

AHunting for Mark Twain: Letters from San Francisco, 1865B1866,@ San Francisco Historical Society, 8 May 2001

AFrom Definitive Editions to Editing without a Copy-Text,@ Modern Language Association Annual Meeting, 26 December 2000, Washington, D.C.

AMark Twain=s Mysterious Stranger MSS,@ for Alisha Siebers=s English 1B class, UC Berkeley English Department, 3 November 2000

ARe-Editing *Huckleberry Finn,*@ for Herbert Feinstein=s AModern American Novel@ course, San Francisco State University, 24 October 2000

A*Huckleberry Finn* Again,@ Association for Documentary Editing Annual Meeting, Oakland, California, 6 October 2000

A>Those Were the Days!=: Mark Twain in Nevada, 1861B1864@ and A>Heaven on the Half-Shell=: Mark Twain in California, 1864B1868,@ written and recorded for the Wells Fargo sponsored Bancroft Library outreach program, 5 September 2000

ALooking for Mark Twain?,@ for the Solano New and Old Blues, 25 May 2000

Brief guided exhibition of the Mark Twain Papers for the Sundodgers Camp, Bohemian Club, in the Faculty Club and Stone Room, The Bancroft Library, 26 April 2000

AEditing Mark Twain=s Papers,@ for Herbert Feinstein=s English class, San Francisco State University, 23 November 1999

AThe State of the Mark Twain Project,@ The Friends of the Mark Twain Papers, Krouzian and Stone rooms, The Bancroft Library, 17 November 1999

AMark Twain=s Mysterious Stranger MSS,@ for Alisha Siebers=s English classes, UC Berkeley English Department, 11 and 12 November 1999

AMummies, Manuscripts, Tracts and Twain,@ with Anthony S. Bliss, Belvedere-Tiburon Library, 28 October 1999

AEditing Mark Twain: >Like All DCn Fool Printers,=@ McFarlin Fellows, University of Tulsa, 21 October 1999

Two informal presentations (with handouts) about editing Mark Twain, for Gordon Taylor=s undergraduate class and several graduate students at the University of Tulsa, 21 October 1999

AMark Twain in California,@ for a traveling group from the University Club of New York, in San Francisco, 15 October 1999

AMark Twain in San Francisco,@ Society of California Pioneers, San Francisco, 14 October 1999

AMark Twain in the Gold Country,@ Golden Gate Tours, Nevada City, California, 14 September 1999

AMark Twain in California,@ part of a symposium, APacific Visions: The Culture and Environment of Early California,@ sponsored by the   Cantor Arts Center, Stanford University, in conjunction with an art exhibition, *Pacific Arcadia: Images of California, 1600B1915,* curated by Claire Perry, 30 April and 1 May 1999

AMark Twain, Zoologist,@ Annual Meeting of the Docent Council of the Oakland Museum of California, Oakland Museum, 26 April 1999

AThe Mysterious Stranger MSS,@ for Alisha Siebers=s UC Berkeley English 1B, Stone Room, The Bancroft Library, 19 April 1999

AHunting for Mark Twain,@ Town & Gown Club, Berkeley, 8 March 1999

A*Roughing It*Cthe Book, Not the Movie,@ Book Night at the Bohemian Club, San Francisco, 2 March 1999

AThe Mark Twain Project at U.C.,@ McCune Room, Kennedy Library, Vallejo, 21 February 1999

AMark Twain, Blue-Jays, and Other Talking Animals,@ Museum Talk, The Bohemian Club, San Francisco, 9 February 1999

ATraveling through Mark Twain: What=s New under the Sun?,@ Ventura County Cal Alumni Club, Camarillo, Calif., 5 November 1998

AEditing Mark Twain=s Papers and Works: >Like All DCd Fool Printers,=@ Annual Meeting of the Association for Documentary Editing, St. Louis, 8 October 1998

ATraveling through Mark Twain: What=s New under the Sun?,@ Cal Homecoming Reunion Weekend, University of California at Berkeley, 25 September 1998

AMark Twain at Large: His Travels Here and Abroad,@ Exhibition of Mark Twain documentary materials for The Bancroft Library, prepared by Lin Salamo, Harriet Elinor Smith, and Robert Pack Browning, opening 25 September 1998

AEverything You Ever Wanted to Know about Mark Twain, but Were Afraid to Ask (with Apologies to Woody Allen),@ Berkeley Breakfast Club, at Spenger=s Grotto, Berkeley, 11 September 1998

Radio discussion of *Huckleberry Finn* on *AirTalk* with Dr. Daniel Victor, hosted by Jonathan L. Kirsch and Larry Mantle, KPCC radio, 20 July 1998, 6:10B7:00 pm

AMark Twain, Archeologist,@ Museum Talk for the Bohemian Club, at Bohemian Grove, 20 July 1998

AEditing Mark Twain,@ Prof. Herbert Feinstein=s senior seminar on Mark Twain, San Francisco State University, 15 July 1998

ARe-editing *Huckleberry Finn,@* Prof. Herbert Feinstein=s undergraduate course on Mark Twain, San Francisco State University, 13 January 1998

ARe-editing *Huckleberry Finn,@* Linda Morris=s senior seminar, Department of English, UC Riverside, 21 November 1997

A*Huck Finn* Redux: A New Edition,@ Bancroft Library Roundtable, 20 November 1997

ASkimming the 1993 Edition of *Roughing It:* Do Critics, Editors, and Other Tricksters Know Anything *Now* That They Didn=t Know *Before* 1993?,@ presented at the American Literature Association Symposium on the Trickster, Cal-Neva, Nevada, 10 October 1997

AEditing Mark Twain: >Like All DCd Fool Printers,=@ Homecoming and Reunion Weekend, University of California, Berkeley, 20 September 1997

ARe-editing *Huckleberry Finn,@* for AMaking American Literatures,@ an NEH sponsored summer seminar for teachers, Donald A. McQuade, Director, 23 July 1997

AEditing Mark Twain,@ for Prof. Herbert Feinstein=s undergraduate class on Mark Twain, San Francisco State University, 8 May 1997

AMark Twain and the Mysterious Printer,@ lecture for the American Printing History Society, San Francisco, 24 April 1997

AEditing Mark Twain: >Like All DCd Fool Printers,=@ presentation for Cal Day, 19 April 1997

AEditing Mark Twain=s Papers and Works, with a Glance at the New Manuscript of *Huckleberry Finn,@* presentation to George Starr=s English 131, 13 February 1997

AFinding Mark Twain,@ California Studies Association Conference, 7 February 1997

AHuckleberry FinnCAgain,@ address to the Roxburghe Club of San Francisco, 17 September 1996

AEditing Mark Twain=s Papers and Works, with a Glance at the New Manuscript for *Adventures of Huckleberry Finn,*@ Prof. Herbert Feinstein=s graduate seminar on Mark Twain (English 780), San Francisco State University, 25 April 1996

AThe Mark Twain Project: What It Does, and Why,@ Calaveras County Cal Alumni Association, Murphy=s, California, 9 February 1995

Interview by Spencer Michels, AFinallyCMark Twain,@ MacNeil/Lehrer Newshour, aired on 30 January 1995

Interview (with Robert Pack Browning) by Spencer Michels (standing in for Michael Krasne), AForum,@ KQED radio, 21 December 1994

AEditing Mark Twain=s Papers and Works, with a Glance at the New Manuscript for *Adventures of Huckleberry Finn,*@ lecture to Prof. Herbert Feinstein=s English 580: Mark Twain, San Francisco State University, 13 October 1994

AThe Mark Twain Papers and the Works of Mark Twain,@ lecture to Prof. Herbert Feinstein=s English 580: Mark Twain, San Francisco State University, 28 June 1994

Informal talk about editing to Prof. Linda A. Morris=s graduate English course, University of California at Davis, 11 March 1994

Informal talk about the Mark Twain Project to a group of twenty-five high-school teachers from the California Association of Teachers of English, 11 February 1994

AEditing Mark Twain: A Hand-to-Hand (or Hand-to-Mouth?) Endeavor,@ read at the Annual Meeting of the Bibliographical Society of America, 28 January 1994. [A more formal version of this lecture appeared in *Papers of the Bibliographical Society of America* 88 (June 1994): 157B88, listed above.]

AEditing Mark Twain,@ lecture to Prof. Herbert Feinstein=s English 158: American Literature, San Francisco State University, 11 January 1994

AEconomizing the Editions: >What Need One?=@ for a panel called AEditions under Fire,@ organized by the Association for Documentary Editing, MLA Convention, 27 December 1993

AMark Twain and the Mark Twain Papers,@ School of Humanities Summer Sessions lecture for Prof. Herbert Feinstein=s English 580: Mark Twain, San Francisco State University, 21 June 1993

Untitled lecture and exhibition of documents for Prof. Robert Coleman=s graduate class in English, Sonoma State University, 22 March 1993

Informal talk about the Mark Twain Papers to Prof. Frederick Crews=s undergraduate seminar on Mark Twain, University of California at Berkeley, 28 January 1993

AMark Twain and the Mark Twain Papers,@ School of Humanities Special Lecture for Prof. Herbert Feinstein=s English 580: Mark Twain, San Francisco State University, 29 June 1992

AMark Twain Project,@ lecture to Prof. Herbert Feinstein=s English 158: American Literature, San Francisco State University, 3 October 1991

Interview by Ken Kashawahara for ABC Television News, 6 September 1991

AMark Twain Project,@ lecture to Prof. Herbert Feinstein=s undergraduate course on Mark Twain, San Francisco State University, 7 June 1991

AEditing the Works and Papers of Samuel L. Clemens (Known to the Police as >Mark Twain=),@ lecture to the Friends of the Lilly Library, Indiana University, 9 April 1991

AEditing the Papers and Works of Samuel L. ClemensCKnown to the Police as >Mark Twain,=@ informal talk about editing to Prof. Linda A. Morris=s graduate English course, University of California at Davis, 21 February 1991

AEditing the Papers and Works of Samuel L. ClemensCKnown to the Police as >Mark Twain,=@ lecture to The Century Club of California, San Francisco, 9 January 1991

AMark Twain=s Letters: Lean *vs.* Full Annotation, a Test Case@ for a session on AConstructing a Commentary for a Critical Edition: Theory and Practice II,@ MLA Convention, 29 December 1990

Informal talk given at a ANo-Host Technology Luncheon Meeting,@ organized by Czeslaw Jan Grycz, Scholarship and Technology Study Project, at the Faculty Club, University of California at Berkeley, 10 May 1990

AThe Mark Twain Project@ (Robert H. Hirst and Victor Fischer) and AThe Emma Goldman Papers@ (Candace Falk), *Discover Cal* program in the Morrison Reading Room of the Doe Library, University of California, Berkeley, 2 February 1990

ADeveloping Standards for Transcribing and Publishing Personal Letters@ for a session on AManuscripts and Typescripts: Descriptions, Transcriptions, Editions: II,@ sponsored by the Division on Methods of Literary Research, MLA convention, 29 December 1989

Respondent for a panel discussion on ANew Interpretations of the Mark Twain Papers,@ organized and moderated by Maria O. Marotti, MLA convention, 28 December 1989

Lecture about the Mark Twain Project to Prof. Herbert Feinstein=s graduate seminar on Mark Twain, San Francisco State University, 10 October 1989

Lecture about the Mark Twain Project to Prof. Herbert Feinstein=s undergraduate survey course, San Francisco State University, 1 May 1989

AMemory, Speech, and the Reprobate Elect: Background to *Adventures of Huckleberry Finn,*@ one of the WOLM Special Lectures, Spring Series, Santa Rosa Junior College, 26 April 1989

ATranscribing Mark Twain=s Letters: the Origins of >Plain Text,=@ Annual Dickens Project Biography Conference: Letters and Lives, University of California at Santa Cruz, 14 April 1989

Informal discussion and workshop on scholarly editing, sponsored by the CSE at the MLA convention, 30 December 1988

AEditing Mark Twain,@ for the Northern California Fall Workshop AArchives and Publishing,@ Society of California Archivists, at the California Academy of Sciences, San Francisco, 2 December 1988

Informal seminar on editing letters for eight staff members of the University of California Press, including three members of the Faculty Press Committee: on 12, 19, and 26 May, and 7 July 1988

Interview (with Michael Frank) on National Public Radio about the publication of *Mark Twain=s Letters, Volume 1: 1853B1866,* 29 March 1988

Informal talk and exhibition of documents for Prof. Linda A. Morris=s undergraduate seminar on Mark Twain, University of California at Davis, 27 January 1988

Informal workshop on CSE standards and procedures, MLA Convention, 30 December 1987

AMark Twain and the West,@ informal talk to a meeting of the Mark Twain Circle, MLA Convention, 29 December 1987

AEnhancing the Archive You Work In: or, Collecting, Cataloging, and Cadging for a Secondary Archive,@ sponsored by the Executive Committee on Methods of Literary Research, MLA Convention, 28 December 1987

Informal talk for a panel titled A>God First Made Idiots, Just for Practice. Then He Made Editors,=CMark Twain,@ Western University Presses Annual Meeting, Berkeley, 13 October 1987

Informal talk about editing literary manuscripts in a seminar titled AIssues in Publishing Literary Manuscripts,@ organized by the Continuing Education Committee of the Rare Books and Manuscripts Section, Association of College and Research Libraries (ALA), at Stanford University, 24 June 1987

AMark Twain: The Printer in the Penman, & Vice Versa,@ lecture to the members of The Roxburghe Club of San Francisco, 21 April 1987

Informal lecture and exhibition of documents for Prof. Ida Egli=s undergraduate seminar on American literature, Mendocino College (Ukiah), twice: on 5 December and 6 January 1986

Lecture for Prof. Herbert Feinstein=s Mark Twain seminar, San Francisco State University, 5 December 1985

Interview, Channel 4 television in San Francisco, aired 30 November 1985

Interview by Gary Rebstock, Channel 7 television in San Francisco, aired on 29 and 30 November 1985

ARestoring Mark Twain=s Text@ read at the 54th Annual Book Awards Luncheon of the Commonwealth Club, San Francisco, 14 June 1985

ARestoring Mark Twain=s Text,@ an informal talk for Cal Alumni Day, Berkeley, 1 June 1985

Round-table discussion of *Huckleberry Finn* (including Alan Dundes, Wright Morris, and Victor Fischer) for the Annual Meeting of The Friends of The Bancroft Library, 5 May 1985

Interviewed by Bernadette Tansey, California Times Public Affairs radio, aired locally on 28 April 1985

Lecture and exhibition for Prof. Herbert Feinstein=s graduate course in Mark Twain, San Francisco State University, 16 April 1985

Informal lecture about Mark Twain to Jennifer Nold=s high-school senior class (San Francisco), 22 March 1985

Lecture and exhibition of documents to Louis J. Bollen=s class in American humor, Vista College, Berkeley, 20 March 1985

Informal lecture to the Diablo Tuesday Morning Forum, Danville, 12 March 1985

Lecture and exhibition for Prof. Mitchell Breitwieser=s English 151: Mark Twain, University of California at Berkeley, 4 and 8 March 1985

Interview (with William McClung) by Peter Carroll (for Andy Ross) on ABook Talk,@ KPFA radio in Berkeley, 4 February 1985

A>Clear= *versus* >Literal= Texts: The Question of Deletions Intended to Be Read,@ for a session on AEditing Correspondence: Principles and Procedures,@ organized by the Division on Methods of Literary Research, MLA convention, 27 December 1984

Lecture and exhibition of documents for Prof. Richard Bridgman=s English 200 graduate students, University of California at Berkeley, 1 November 1984

Informal report (with Elizabeth H. Witherell) on a statistical survey of documentary editions, part of a session titled AEstablishing, Funding, Managing, and Publishing Editions,@ annual convention of the Association for Documentary Editing, 18 October 1984

Exhibition and panel discussion, AEditing Dickens and Twain,@ for the Dickens and Twain Conference, University of California at Santa Cruz, 12 August 1984

Lecture and exhibition for Michelle Craig=s English 2B, University of California at Berkeley, 21 February 1984

Lecture and exhibition for Louis J. Bollen=s class in American humor, Vista College, Berkeley, 25 January 1984

Informal talk about editing to the Manuscripts Committee of the American Literature section of the Modern Language Association, MLA Convention, 29 December 1983

Interviewed by Nicole Clifton, radio station KALX, Berkeley, 24 October 1983

Informal talk about editing letters to representatives of the University of California Press and the Mark Twain Project, Berkeley, 10 October 1983

Informal talk at a session of the Manuscripts Society=s annual meeting, Berkeley, 27 May 1983

Informal talk to the Colophon Club, San Francisco, 27 April 1983

Lecture and exhibition for Louis J. Bollen=s class in Mark Twain, Vista College, Berkeley, 9 March 1983

Lecture and exhibition for Jackie Cole=s high-school class from Ignacio Valley High, 19 November 1982

Lecture for Prof. Herbert Feinstein=s undergraduate class on Mark Twain, San Francisco State University, 18 November 1982

A>The Language of the Vulgar, the Low-flung, and the Sinful=: Censorship and Self-Censorship in Mark Twain=s Early Works,@ an informal paper presented by invitation at the Caltech/Weingart Conference organized by Jerome J. McGann: ATextual Studies and Their Meaning for Literary Criticism,@ Pasadena, 21B26 March 1982

Lecture for Prof. Herbert Feinstein=s undergraduate class on Mark Twain, San Francisco State University, 29 October 1981

Lecture and exhibition for Jackie Cole=s Ignacio Valley High-school classes, grades 10B12, 27 February 1981

Informal presentation to Cliff Crain=s 6th grade class, Donlon Elementary School, Pleasanton, 3 February 1981

Informal talk and exhibition on *Huck Finn* for Mary Webb=s class on Mark Twain, Berkeley Adult School, 30 September 1980

AEditing Mark Twain: Or, >Why Don=t You Just *Publish* What Mark Twain *Wrote?=*@ read by invitation at the annual meeting of the Mark Twain Memorial in Hartford, 22 May 1980

AThe Scholarly Uses of Modern Editions,@ a paper read at a meeting organized by the CSE, AScholarly Editions: Needs and Uses,@ at the MLA Convention, 29 December 1979

AEditing for the Literary Historians: Some Examples from Mark Twain=s Early Works,@ a paper read in Wheeler Hall by invitation of Ralph W. Rader, Chair, Department of English, University of California at Berkeley, 5 February 1979

⊃