# EXHIBIT B

OMB Number: 4040-0003
Expiration Date: 02/28/2025

## APPLICATION FOR FEDERAL DOMESTIC ASSISTANCE - Short Organizational

**\* 1. NAME OF FEDERAL AGENCY:**

National Endowment for the Humanities

**2. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:**

45.161

**CFDA TITLE:**

Promotion of the Humanities Research

**\* 3. DATE RECEIVED:**  | Completed Upon Submission to Grants.gov | **SYSTEM USE ONLY**

**\* 4. FUNDING OPPORTUNITY NUMBER:**

20221130-RQ

**\* TITLE:**

Scholarly Editions and Scholarly Translations

## 5. APPLICANT INFORMATION

**\* a. Legal Name:**

The Regents of the University of California

**b. Address:**

| **\* Street1:** | **Street2:** |
| --- | --- |
| c/o Sponsored Projects Office | 1608 Fourth Street, Suite 220, MC #5940 |

| **\* City:** | **County/Parish:** |
| --- | --- |
| Berkeley | Alameda |

| **\* State:** | **Province:** |
| --- | --- |
| CA: California | |

| **\* Country:** | **\* Zip/Postal Code:** |
| --- | --- |
| USA: UNITED STATES | 94710-1749 |

**c. Web Address:**

http:// spo.berkeley.edu

| **\* d. Type of Applicant:** Select Applicant Type Code(s): | **\* e. Employer/Taxpayer Identification Number (EIN/TIN):** |
| --- | --- |
| H: Public/State Controlled Institution of Higher Educ | 94-6002123 |
| Type of Applicant: | **\* f. UEI:** |
| | GS3YEVSS12N6 |
| Type of Applicant: | **\* g. Congressional District of Applicant:** |
| **\* Other (specify):** | CA-013 |

## 6. PROJECT INFORMATION

**\* a. Project Title:**

Mark Twain Project

**\* b. Project Description:**

The Mark Twain Project asks support for a full-scale critical edition of Following the Equator, and for work needed to publish, both in print and on its digital edition, Mark Twain Project Online (MTPO), three major volumes in the Works of Mark Twain series: Pudd'nhead Wilson, The Innocents Abroad, and San Francisco Correspondence 1865-1866. The first two of these are also to be adapted for publication in the Mark Twain Library series, which brings the critically-established texts and explanatory notes to general readers and classrooms. Mark Twain's Letters, Volume 7 is to be prepared for publication on MTPO, along with five other editions already published in print by the UC Press; and the texts of 1,405 Mark Twain letters are to be transcribed, edited, supplied with critical apparatus, and published online. Support is sought for the ongoing management and curation of the Project's textual and image datasets, improvements to the digital infrastructure, development of MTPO's fe

| c. Proposed Project: | **\* Start Date:** 10/01/2024 | **\* End Date:** 09/30/2027 |
| --- | --- | --- |

**APPLICATION FOR FEDERAL DOMESTIC ASSISTANCE - Short Organizational**

**7. PROJECT DIRECTOR**

| Prefix: | * First Name: | Middle Name: |
|---|---|---|
| | Robert | H. |

| * Last Name: | Suffix: |
|---|---|
| Hirst | |

| * Title: | * Email: |
|---|---|
| General Editor | rhirst.mtp@berkeley.edu |

| * Telephone Number: | Fax Number: |
|---|---|
| 510-642-6480 | 510-642-6480 |

| * Street1: | Street2: |
|---|---|
| The Bancroft Library, Room 475 | University of California, Berkeley |

| * City: | County/Parish: |
|---|---|
| Berkeley | Alameda |

| * State: | Province: |
|---|---|
| CA: California | |

| * Country: | * Zip/Postal Code: |
|---|---|
| USA: UNITED STATES | 94720-6000 |

**8. PRIMARY CONTACT/GRANTS ADMINISTRATOR**

☐ Same as Project Director (skip to item 9):

| Prefix: | * First Name: | Middle Name: |
|---|---|---|
| | Jessie | |

| * Last Name: | Suffix: |
|---|---|
| Brown | |

| * Title: | * Email: |
|---|---|
| Contracts and Grants Officer | jwbrown@berkeley.edu |

| * Telephone Number: | Fax Number: |
|---|---|
| 510-642-8120 | 510-642-8236 |

| * Street1: | Street2: |
|---|---|
| Sponsored Projects Office, UC Berkeley | 1608 Fourth Street, Suite 220 |

| * City: | County/Parish: |
|---|---|
| Berkeley | Alameda |

| * State: | Province: |
|---|---|
| CA: California | |

| * Country: | * Zip/Postal Code: |
|---|---|
| USA: UNITED STATES | 94710-1749 |

**APPLICATION FOR FEDERAL DOMESTIC ASSISTANCE - Short Organizational**

9. * By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties (U.S. Code, Title 18, Section 1001)

** I Agree ☒

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

AUTHORIZED REPRESENTATIVE

| Prefix: | * First Name: Jessie | Middle Name: |
|---|---|---|

| * Last Name: Brown | Suffix: |
|---|---|

| * Title: Contract and Grant Officer | * Email: spo_grants_gov@lists.berkeley.edu |
|---|---|

| * Telephone Number: 510-642-8120 | Fax Number: 510-642-8236 |
|---|---|

| * Signature of Authorized Representative: Completed by Grants.gov upon submission. | * Date Signed: Completed by Grants.gov upon submission. |
|---|---|

OMB Number: 3136-0134
Expiration Date: 10/31/2024

# Supplementary Cover Sheet for NEH Grant Programs

| 1. Project Director | Major Field of Study | Literature: American Literature |
|---|---|---|

| 2. Institution Information | Type | 1330: University |
|---|---|---|

### 3. Project Funding

| | |
|---|---|
| Outright Funds | 0.00 |
| Federal Match | 450,000.00 |
| Total from NEH | 450,000.00 |
| Cost Sharing | 450,000.00 |
| Total Project Costs | 900,000.00 |

### 4. Application Information

Will this proposal be submitted to another NEH division, government agency, or private entity for funding?

☐ Yes
☒ No

If yes, please explain where and when:

Type of Application    ☒ New
                       ☐ Supplement    If supplement, list current grant number(s).

Primary project discipline          Literature: American Literature

Secondary project discipline (optional)

Tertiary project discipline (optional)

## RESEARCH & RELATED BUDGET - Budget Period 1

**UEI:** GS3YEVSS12N6    **Enter name of Organization:** The Regents of the University of California

**Budget Type:** ☒ Project    ☐ Subaward/Consortium    **Budget Period:** 1    **Start Date:** 10/01/2024    E

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Base Salary ($) | Cal. | Months Acad. | Sum. | Requested Salary ($) |
|--------|-------|--------|------|--------|-----------------|------|------|------|----------------------|
| | Robert | H. | Hirst | | 228,800.00 | 36.00 | | | 0.00 |
| **Project Role:** PD/PI |
| | Blake | | Bronson-Bartlett | | 107,988.00 | 36.00 | | | 188,488.00 |
| **Project Role:** Digital Publications Manager |
| | Benjamin | | Griffin | | 114,996.00 | 36.00 | | | 205,320.00 |
| **Project Role:** Writer/Editor IV |
| | Kerry | | Driscoll | | 128,496.00 | 36.00 | | | 235,848.00 |
| **Project Role:** Writer/Editor IV |

**Additional Senior Key Persons:** [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]    **Total Funds requ** **Key Persons**

**Total**

## B. Other Personnel

| Number of Personnel | Project Role | Cal. | Months Acad. | Sum. | Requested Salary ($) | |
|---------------------|--------------|------|------|------|----------------------|---|
| | Post Doctoral Associates | | | | | |
| | Graduate Students | | | | | |
| | Undergraduate Students | | | | | |
| | Secretarial/Clerical | | | | | |
| | | | | | | |
| | **Total Number Other Personnel** | | | | **Tot** | |

**Total Salary, Wages and Fringe**

PREVIEW Date: Nov 29, 2023        Workspace ID: WS01207512 Funding Opportunity Number: 20221130-RQ

## C. Equipment Description

**List items and dollar amount for each item exceeding $5,000**

| Equipment item | Funds Requested ($) |
|---|---|
| | |

Additional Equipment: [_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

| | |
|---|---|
| Total funds requested for all equipment listed in the attached file | |
| Total Equipment | |

## D. Travel

| | | Funds Requested ($) |
|---|---|---|
| 1. | Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | |
| 2. | Foreign Travel Costs | |
| | Total Travel Cost | |

## E. Participant/Trainee Support Costs

| | | Funds Requested ($) |
|---|---|---|
| 1. | Tuition/Fees/Health Insurance | |
| 2. | Stipends | |
| 3. | Travel | |
| 4. | Subsistence | |
| 5. | Other | |

[____] Number of Participants/Trainees     Total Participant/Trainee Support Costs  [____]

**F. Other Direct Costs**                                                          Funds Requested ($)

| | | |
|---|---|---|
| 1. | Materials and Supplies | |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | Total Other Direct Costs | |

**G. Direct Costs**                                                                Funds Requested ($)

**Total Direct Costs (A thru F)**                                                  899,149.00

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Waived Indirect Costs | | | 0.00 |
| | | **Total Indirect Costs** | 0.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and
POC Phone Number)

**I. Total Direct and Indirect Costs**                                              Funds Requested ($)

**Total Direct and Indirect Institutional Costs (G + H)**                           899,149.00

**J. Fee**                                                                          Funds Requested ($)

**K. Total Costs and Fee**                                                          Funds Requested ($)

**Total Costs and Fee (I + J)**                                                     899,149.00

**L. Budget Justification**
(Only attach one file.)    Budget Justification revision.pdf    [Add Attachment]    [Delete Attachment]    [View Attachment]

## RESEARCH & RELATED BUDGET - Cumulative Budget

|  | Totals ($) |
|---|---|
| **Section A, Senior/Key Person** | 899,149.00 |
| **Section B, Other Personnel** |  |
| Total Number Other Personnel |  |
| **Total Salary, Wages and Fringe Benefits (A+B)** | 899,149.00 |
| **Section C, Equipment** |  |
| **Section D, Travel** |  |
| 1.   Domestic |  |
| 2.   Foreign |  |
| **Section E, Participant/Trainee Support Costs** |  |
| 1.   Tuition/Fees/Health Insurance |  |
| 2.   Stipends |  |
| 3.   Travel |  |
| 4.   Subsistence |  |
| 5.   Other |  |
| 6.   Number of Participants/Trainees |  |
| **Section F, Other Direct Costs** |  |
| 1.   Materials and Supplies |  |
| 2.   Publication Costs |  |
| 3.   Consultant Services |  |
| 4.   ADP/Computer Services |  |
| 5.   Subawards/Consortium/Contractual Costs |  |
| 6.   Equipment or Facility Rental/User Fees |  |
| 7.   Alterations and Renovations |  |
| 8.   Other 1 |  |
| 9.   Other 2 |  |
| 10. Other 3 |  |
| 11. Other 4 |  |
| 12. Other 5 |  |
| 13. Other 6 |  |
| 14. Other 7 |  |
| 15. Other 8 |  |
| 16. Other 9 |  |
| 17. Other 10 |  |

| | |
|---|---|
| **Section G, Direct Costs (A thru F)** | 899,149.00 |
| **Section H, Indirect Costs** | 0.00 |
| **Section I, Total Direct and Indirect Costs (G + H)** | 899,149.00 |
| **Section J, Fee** | |
| **Section K, Total Costs and Fee (I + J)** | 899,149.00 |

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Budget Justification revision.pdf**

OMB Number: 4040-0010
Expiration Date: 11/30/2025

## Project/Performance Site Location(s)

**Project/Performance Site Primary Location**  ☐ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name: Regents of the University of California

UEI: GS3YEVSS12N6

\* Street1: Bancroft Library, Room 475

Street2: University of California, Berkeley

\* City: Berkeley    County: Alameda

\* State: CA: California

Province:

\* Country: USA: UNITED STATES

\* ZIP / Postal Code: 94720-6000    \* Project/ Performance Site Congressional District: CA-013

**Project/Performance Site Location 1**  ☐ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:

UEI:

\* Street1:

Street2:

\* City:    County:

\* State:

Province:

\* Country: USA: UNITED STATES

\* ZIP / Postal Code:    \* Project/ Performance Site Congressional District:

**Additional Location(s)**    [Add Attachment]  [Delete Attachment]  [View Attachment]

# ATTACHMENTS FORM

**Instructions:** On this form, you will attach the various files that make up your grant application. Please consult with the appropriate Agency Guidelines for more information about each needed file. Please remember that any files you attach must be in the document format and named as specified in the Guidelines.

**Important:** Please attach your files in the proper sequence. See the appropriate Agency Guidelines for details.

| | | | | |
|---|---|---|---|---|
| 1) Please attach Attachment 1 | Narrative.pdf | Add Attachment | Delete Attachment | View Attachment |
| 2) Please attach Attachment 2 | Work Plan.pdf | Add Attachment | Delete Attachment | View Attachment |
| 3) Please attach Attachment 3 | List of Key Personnel.pdf | Add Attachment | Delete Attachment | View Attachment |
| 4) Please attach Attachment 4 | Resumes for Key Personnel.pdf | Add Attachment | Delete Attachment | View Attachment |
| 5) Please attach Attachment 5 | Bibliography.pdf | Add Attachment | Delete Attachment | View Attachment |
| 6) Please attach Attachment 6 | Samples.pdf | Add Attachment | Delete Attachment | View Attachment |
| 7) Please attach Attachment 7 | Appendices (1).pdf | Add Attachment | Delete Attachment | View Attachment |
| 8) Please attach Attachment 8 | Table of Past Productivity.pdf | Add Attachment | Delete Attachment | View Attachment |
| 9) Please attach Attachment 9 | | Add Attachment | Delete Attachment | View Attachment |
| 10) Please attach Attachment 10 | | Add Attachment | Delete Attachment | View Attachment |
| 11) Please attach Attachment 11 | | Add Attachment | Delete Attachment | View Attachment |
| 12) Please attach Attachment 12 | | Add Attachment | Delete Attachment | View Attachment |
| 13) Please attach Attachment 13 | | Add Attachment | Delete Attachment | View Attachment |
| 14) Please attach Attachment 14 | | Add Attachment | Delete Attachment | View Attachment |
| 15) Please attach Attachment 15 | | Add Attachment | Delete Attachment | View Attachment |

**MARK TWAIN PROJECT**
**Papers • Works • Library**

**MARK TWAIN PROJECT ONLINE**

MARK TWAIN PAPERS
THE BANCROFT LIBRARY, ROOM 475
UNIVERSITY OF CALIFORNIA, BERKELEY

29 November 2023

### Significance and Impact

This proposal, if funded, will add substantially to our ongoing critical edition of all Mark Twain's writings, and to scholarship on American history and literature. It will enable us to publish, in print and digitally on Mark Twain Project Online (MTPO), critically edited texts of two large travel books: *The Innocents Abroad* and *Following the Equator*. In addition, we propose to add to MTPO a digital edition based on the three printed volumes of *Mark Twain's Notebooks & Journals*, with high-resolution digital facsimiles of all notebook pages accompanying the fully annotated transcription. Lastly, we propose to publish on MTPO the edited texts of 586 letters written by Mark Twain in 1886, 1887, and 1888, and full annotation for 308 letters written in 1878, the texts of which are already available there.

*The Innocents Abroad,* a 665-page monster of a book, was Mark Twain's first national and international success, selling more than 75,000 copies in less than two years. It is a riotous inversion of a reverent genre, the pilgrimage to Europe and the Holy Land, and a bold declaration of American independence from the traditions and monuments of the Old World. The manuscript that served as printer's copy is lost, but can be largely reconstructed from his travel letters to three American newspapers; he clipped and revised these to make up more than half the book. We include all the original illustrations, custom-made maps of the journey, biographies and photographs of his fellow passengers, and of course full annotation of the text—important features, considering that nearly every page refers to the art, architecture, history, religion, and literature of Europe and the Middle East. Textual apparatus for the edition will appear only on MTPO, and the Mark Twain Library edition, for students and the general reader, will include all but the long introduction. The edition is enriched by extensive use of unique materials collected by the editors, including the originals or copies of seven travel diaries by fellow passengers on the excursion.

*Following the Equator: A Journey Around the World* (1897) is Mark Twain's account of his 1895–96 lecture tour, mostly to outposts of the British Empire. Visiting Australia, New Zealand, India, and South Africa, he set down his reactions to travel and life in the far-flung parts of the *fin de siècle* Empire, and his evolving take on European imperialism. In newspaper interviews he called the English "a merciful people, the best kind of people for colonizing the globe" (SLC 1896); yet the smooth surface of *Following the Equator* is repeatedly ruptured by horror at the colonists' destructive work. His publishers censored, edited, and abridged the book, and no edition embodying the author's full intentions has ever been available. Thanks to the survival of the original manuscript and printer's copy typescript in the Berg

Collection of the New York Public Library, the text can be restored by collating these documents.

MTPO's freely available, richly annotated, and searchable texts have been recognized by the MLA and the research community as valuable contributions to the study of Mark Twain and nineteenth-century America. Elise Hanrahan, to take just one example, describes how using it enabled her to spell out the distinct, historical stages by which Mark Twain changed his views on women's suffrage over the years (Hanrahan 2019; excerpt in Appendix D). Ten years ago we embarked on a compromise designed to speed up publication of letters, publishing them online, accurately transcribed but *without* annotation, while fully intending to add annotation in the future as staff and funding permit. Continuing this policy, we propose publication of three more years of Mark Twain's letters (1886–88), amounting to 586 texts. Annotation, which is absolutely required to maximize the value of these documents, will be added later— as we have in fact just done for the 1876–77 letters—and at present we propose to annotate some 308 letters, their texts already online, from the year 1878.

In April 2022, the NEH awarded the Project a Challenge Grant (CHA-286607-23) for the redesign and rebuild of its digital infrastructure. The four-year term of this grant, which was first funded on 14 September 2023, will allow us to migrate from our current MTPO website platform (XTF) and MS Access database, both rapidly obsolescing some fifteen years after MTPO was created. (The Library IT department has just notified us that it will soon be unable to continue its support for this old technology.) MTPO is not only a crucial public-facing resource, it is the repository of new documents, new information produced by the Project's editors over many years. The work of modernizing and carefully migrating the content of MTPO will occupy two staff members (Catapano and Bronson-Bartlett) for almost a third of their time. But this is a necessary expense for survival: MTPO2, our modernized, streamlined website and data-management infrastructure, will permit us to maintain the site at greatly reduced cost, and it will also allow us to publish more frequently, much more of our vast store of metadata about Mark Twain's writings and letters.

Anticipating its completion in 2027, we propose to create a digital edition of *Mark Twain's Notebooks & Journals*. We already have TEI-XML encoded texts of the three printed volumes (published 1975–79), which are awaiting post-processing and proofreading. We recently raised $50,000 to pay for high-quality digital scans of all forty-six notebooks in the Mark Twain Papers (as well as the four in other collections), and we now have these scans. These facts create an opportunity: the chance to publish a digital rendering of the transcribed notebooks, enhanced by high-resolution digital facsimiles of the originals—the ideal way to publish any original manuscript, which cannot be fully captured by transcription. This is also an opportunity to update the 1975–79 transcriptions themselves by rendering them in plain text, the method invented by Project editors ten years after the notebooks were published in print.

By the end of 2027, the Project will have migrated the entire contents of MTPO to the new website, which is designed to enable new types of content and open new paths in research. It will make publicly available comprehensive and updatable catalogs of Mark Twain's writings and letters. With access to this information provided by MTPO, and through publication in data repositories of the underlying data in open formats, in accordance with FAIR (Findable, Accessible, Interoperable, Reusable) Principles (Wilkinson et al. 2016), users will be able to find and analyze accurate information about any of his writings, activities, and correspondents; it will serve as the first and only comprehensive Mark Twain bibliography, recording even false attributions when they occur.

## History of the Project and Productivity

The aim of this project is to create, maintain, correct, and update a permanent, globally accessible resource for the life and writings of Mark Twain. The editors intend to locate, edit, annotate, and publish reliable texts for everything Mark Twain wrote that survives in some documentary form. Since 1967 we have edited, for publication by the University of California Press, thirty volumes in what is recognized as the standard scholarly edition. Samuel L. Clemens was immensely prolific, and the editions published so far contain less than half of his known writings—his letters, notebooks, novels, travel books, sketches, essays, and autobiography. They include just six of his twelve best-known books—*Huckleberry Finn, Connecticut Yankee, Tom Sawyer, Roughing It, The Prince and the Pauper,* and *Pudd'nhead Wilson*—as well as roughly three-fifths of his notebooks, one-fifth of his personal and business letters, four-fifths of his unpublished literary manuscripts (including the *Autobiography*), and about one-tenth of his sketches, essays, and journalism. All but the first volume (*Satires & Burlesques,* 1967) and the *Autobiography of Mark Twain* (2010–15) have been inspected and approved by the Modern Language Association's Center for Editions of American Authors (CEAA) or by its successor, the Committee on Scholarly Editions (CSE). (We intend to submit the *Autobiography* volumes to the CSE for review as soon as time and staffing permit.) Two of the volumes have won awards from the Modern Language Association (*Roughing It* in 1995, and *Mark Twain's Letters, Volume 6,* in 2003). The first volume of the *Autobiography* received three publishing awards; it also sold more than 500,000 copies in just over a year, and may be said to have earned what Mark Twain called the only approval "worth having"—"the Great Public's" (SLC 1871).

Since 1982 the Project has also issued nine volumes in a series of readers' editions, the Mark Twain Library. These reprints exactly duplicate the edited text (except where they correct it), including its original illustrations, explanatory notes, maps, and other supplementary materials, while omitting the long introductions and most of the textual apparatus. They are widely used by general readers and in college classrooms. Our revised edition of *Huckleberry Finn* has consistently ranked among UC Press's "Top 10 paperbacks (by copies sold)." The Press has sold a total of 93,949 copies of that title in the nineteen years since its publication in 2001, an improvement on the record of our previous edition of that title, published in 1985, which sold only 79,720 copies over sixteen years, for a grand total of 172,421. *Tom Sawyer* has sold 69,104 copies; *Connecticut Yankee* 35,295 copies; and *Roughing It* 22,122 copies. (A bibliography of all Mark Twain Project publications since 1967, and a record of copies sold to date, will be found in the Appendices.) Those are remarkable numbers; especially considering that all of those works are in the public domain, which means that our editions compete with numerous, less expensive reprints. The impact of our publications has also been extended by commercial publishers who license the texts— among them Penguin Classics, Random House, The Library of America, W. W. Norton, and Everyman's Library (Alfred A. Knopf). This includes texts we have prepared but not yet published ourselves—for example, the more than 130 Mark Twain letters edited by the Project published in *The Letters of Mark Twain and Joseph Hopkins Twichell* (University of Georgia Press, 2017). UC Press has licensed translations of Mark Twain Project texts into at least a dozen languages, with the *Autobiography* alone being translated into Chinese, Croatian, Czech, French, German, Italian, Japanese, Portuguese, and Russian.

Despite more than fifty years of intensive editorial activity, there are still dozens of works, long and short, and thousands of letters still to come. Partly for that reason, since 2001 the Project has focused much of its effort on MTPO, which is intended to make freely available *all* of our edited texts—past, present, and future.

MTPO launched officially on 2 November 2007 with the contents of the six volumes of *Mark*

*Twain's Letters.* The CSE approved it as a scholarly electronic edition in 2009. Since then we have added born-digital texts for an additional 1366 letters (1876–1883) and two additional years of annotation (1876–77). Our goal by the end of the current grant period (October 2024) is to add texts and apparatus notes for Mark Twain's letters for the years 1884 and 1885 (680 letters). By then we will also have published online all seventeen of the previously published volumes in "The Works of Mark Twain" and "Mark Twain Papers" series, save only three volumes of Notebooks. With the digital edition of the *Notebooks & Journals* proposed here, we are drawing near the goal of making all our print editions available to the public for free on MTPO. We urge reviewers of this application to visit MTPO and see what has been accomplished so far.

    We are now entering the third year of a three-year NEH grant made principally in support of editorial work on three critical editions: *Pudd'nhead Wilson*, *The Innocents Abroad*, and *Letters, Volume 7*. The print and online editions of *Pudd'nhead Wilson* are both on track to be published within the grant period, with editor Griffin now reading final proofs for a print publication in April, 2024. The *Pudd'nhead* edition was granted the MLA's seal identifying it as an Approved Edition, with the CSE vetter calling it "a towering and long-awaited achievement" which "will infuse new information into Twain studies and will generate considerable knowledge and interest among readers of American literature" (Olsen-Smith 2022). Editorial work on *The Innocents Abroad* is in a very advanced state and it too will be completed within the grant period.

    The content of the *Letters* volume comprised updated texts and new annotation for two years' worth of letter texts (1876–77) already present on MTPO. Because UC Press declined to publish the print volume unless we could provide a subsidy of $30,000, we published *Letters 7* only online at MTPO; this was done in November 2022. As of October 2023, MTPO has also added texts and apparatus notes of 198 letters written in 1883. Letters written in 1884 are nearly complete and are awaiting staged release, totaling another 300 letters, and we expect to finish post-processing, proofreading, and publishing letters from the year 1885 (380 letters) before September 2024. The plan of work aimed at the publication of letter texts through 1887, but this proved too ambitious a goal for our present staff, which early in 2023 was reduced by one editor and one administrative assistant. Of the five "legacy" volumes from the Works of Mark Twain proposed in that plan, three have been released on MTPO: *Early Tales & Sketches* (volumes 1 and 2) and *What Is Man?* The two remaining volumes (*Hannibal, Huck and Tom* and *Satires and Burlesques*) are being prepared for timely release in the summer of 2024.

## Collaborators

*All positions are full-time. For collaborators' shares in specific tasks during designated time periods, please see the Work Plan (attachment 2).*

N.B.: during the current grant period we lost the services of one full-time editor, Lisa Cardyn, as well as the services of (and funding for) our administrative assistant, whom we have not been allowed to replace. These losses constitute a significant curtailment of our ability to meet our stated editorial goals.

**Blake Bronson-Bartlett**, Ph.D., is an associate editor at the Mark Twain Project, where he edits and publishes electronic texts on Mark Twain Project Online. Before joining the Project's staff, he taught American literature at the University of Iowa and worked for the Walt Whitman Archive. His most recent scholarship can be found in *Handwriting in Early America* (2023) and in the forthcoming *Oxford Handbook of Walt Whitman* (2024).

     In the period of the proposed grant, Blake is slated to work on revising, pre-processing, and post-processing the texts of the Mark Twain Project's *Notebooks & Journals* edition, for publication on MTPO by the end of the grant period; and to perform the same functions for texts of Mark Twain's letters written 1886–88. He will also collaborate with Terry Catapano in developing MTPO2's features and user interface.

**Terence H. Catapano**, MA, MLS, is Digital Publications Manager at the Mark Twain Project. He has worked in the digital library programs of Columbia University Libraries and the New York Public Library. He also served as the Chair of the Society of American Archivists Schema Development Team responsible for the development of Encoded Archival Description (EAD3) XML schema, on the Editorial Board of the Metadata Encoding and Transmission Standard (METS), as advisor to the Walt Whitman Archive, and as Digital Lead for the Making and Knowing Project. He has overseen the Project's digital activities since 2017.

     In the proposed work plan Terry is tasked, alongside Blake Bronson-Bartlett, with creating the *Notebooks & Journals* module of MTPO2, which will display scans of the original notebook pages alongside a corrected, plain-text transcription. Most of his time, however, is devoted to developing and maintaining the datasets which underpin our digital publications and the editorial work that goes into them.

**Kerry Driscoll**, Ph.D., is an Associate Editor at the Mark Twain Project. She is Professor of English emerita at the University of St. Joseph in West Hartford, Connecticut, where she served as department chair for fifteen years. She is the author of *Mark Twain among the Indians and Other Indigenous Peoples* (2018) and numerous articles about Mark Twain. She has served as president of the Mark Twain Circle of America and is a contributing editor of the *Mark Twain Annual*.

     Kerry is co-editor, with Ben Griffin, of the Project's edition of *Following the Equator*. In the proposed grant period she is to contribute both to the editing of the text and creation of annotations. She will also research and write annotation for Mark Twain's 1878 letters, and assist in proofreading *The Innocents Abroad*.

**Benjamin Griffin**, Ph.D., has been an Associate Editor at the Mark Twain Project since 2005. He is

editor or co-editor of the three volumes of the *Autobiography of Mark Twain* (2010–2015), *Mark Twain's "A Family Sketch"* (2014), *Mark Twain's Civil War* (2019), and the three-text edition of *Pudd'nhead Wilson* (to be published April 2024). He has taught a seminar on "Mark Twain and Textual Editing" in UC Berkeley's English Department and is the author of numerous scholarly articles.

In the period of the proposed grant most of Ben's time is allotted to editing (with Kerry Driscoll) *Following the Equator.* He has already made a lot of progress toward establishing the text and building the apparatus and editorial supplements (annotation, introduction, and appendices). He is also to help annotate Mark Twain's letters from 1878.

**Robert H. Hirst,** Ph.D., has been General Editor of the Mark Twain Project and Curator of the Mark Twain Papers since 1980. As General Editor he has overseen the editing and publication of thirty-nine major editions of the author's works and papers, and a host of subsidiary publications. He has served the MLA's Committee on Scholarly Editions as chair, as member, and as a vetter. In 2013 he received the John Tuckey Lifetime Achievement Award for contributions to Mark Twain studies.

Bob is the project director and has overall responsibility for its success. (Unlike the four collaborators listed above, his salary is paid by the UC Library and NEH funds are not sought.) In the proposed grant he is scheduled to work on fundraising and administrative functions; on supervision of the associate editors' work; and on late-stage publication tasks relating to *The Innocents Abroad.* As PI he commits 60% of his time to our current grant (RQ-279810-22) and to this proposal, and 40% to the challenge grant (CHA-286607-23) which complements it and runs concurrently with it.

## Methods and Execution

Digital methodology for MTPO is discussed in "Final Product and Dissemination," below. The editorial methods developed for the print volumes of Mark Twain's writings are applied, with adaptations where needed, to the electronic edition.

### (a) Document search, control, and selection.

The systematic search for Mark Twain's letters and literary manuscripts has been active and comprehensive, but it is, and must remain, ongoing. Between 1982 and 1984 the editors conducted a complete canvass by mail of all known or suspected repositories of letters. This canvass was repeated in 2001 in preparation for the electronic edition. The development of electronic catalogs by libraries, and of digitized newspapers by half a dozen commercial sites, has greatly expanded our reach. Auction houses now routinely post photofacsimiles of their wares, which can be found and printed as the basis for letter and manuscript texts. We make good use of aggregating sites like ArchiveGrid and WorthPoint to find what we might otherwise have missed. As a result, we find, on average, three new letters (or better sources for known letters) *every week.* The Project has extensive contacts with more than 500 repositories as well as dozens of private collectors and manuscript dealers. It has access to a private collection of some 25,000 auction catalogs. Our bibliographic control of Mark Twain's letters is done through the continually updated Unified Database, initially based on the *Union Catalog of Clemens Letters* and the *Union Catalog of Letters to Clemens* created by Paul Machlis (Machlis 1986 and 1992).

All of the original Mark Twain manuscripts in The Bancroft Library have been microfilmed, and these microfilms, previously available only for interlibrary borrowing, have been published. In addition, the Project maintains, for its own internal research, the following resources: a file of Mark Twain's marginalia; a file organized by subject; a chronological file of secondary documents; a file of book dealer and auction house catalogs; a file of correspondence with more than 500 repositories holding relevant materials; a file of the kinds of stationery Mark Twain used and when; a file used to identify non-authorial handwritings that appear on Mark Twain documents; a file of critical articles about Mark Twain and related matters; and a rapidly expanding file of photographs, arranged chronologically in viewing-print albums.

### (b) Transcription, emendation, and regularization.

In publishing literary works, we aim to establish the text as the author intended it at a specific time, say, upon submission to the publisher. Even where no manuscript for a text survives, the textual documents provide sound evidence for restoring the author's preferred spellings when these have been corrupted by the transmission process; for recognizing censorship or adaptation to fit particular publication circumstances; and for rejecting punctuation and other variants demonstrably produced by the typesetter and proofreader. As it happens, Mark Twain's habits as a writer and a regulator of his publications are unusually well documented. We know, for example, that he found fault with spelling the same word in more than one way within a given text; that knowledge is the basis for cautious emendation to restore, as needed, his nearly invariable consistency in spelling. We scrupulously record and publish the choices between variants that produce the edited text, even more thoroughly than before, now that textual apparatus can be published on MTPO rather than in the printed book.

In publishing documents that were not intended for publication, such as letters and notebooks, the Project has used, since 1988, a system called plain text, invented by the editors. The most recent rationale for plain text ("Guide to Editorial Practice") fills twenty-nine closely printed pages in *Letters, Volume 6*, so it seems unwise to summarize it here (it is also included on MTPO). Suffice it to say that

plain text requires the editor who transcribes an original document to simultaneously maximize the transcription's fidelity and its legibility, departing from the original as little as possible, but when obliged to rely on non-originals (printings, transcripts, or paraphrases), to change *them* as needed, in order to restore, as much as may be, the lost original. Plain-text transcriptions therefore include all of the words transmitted by the letter, whether ordinary text, canceled text, postmarks, or printed letterhead, and they signal all insertions and preserve all errors that can be intelligibly transcribed. Whenever the transcription must change, or omit something in, the source text, the change is recorded in a textual apparatus (displayed, in MTPO's "Interactive View" mode, by clicking a hyperlink that calls up the relevant entry in a window side by side with the main text). The texts of letters are never regularized or modernized.

Plain text, although developed for print, has proven adaptable to the online environment. Plain text produces, not a type-facsimile (which would require line-for-line transcription) but a very highly inclusive transcription, limited to specific intentional categories that can be intelligibly rendered, even as it aims at maximum inclusiveness and legibility. It records, for example, not that a sentence has had a curly line drawn through it, but that the sentence has been *deleted*. This approach aligns with TEI-XML, which functions similarly. Although the full version of the TEI schema that we adopted—with well-defined local guidelines in place—can handle all the editorial requirements of plain text, HTML/CSS previously lacked the ability to replicate all aspects of the manuscript transcriptions we routinely publish in the print volumes. As web technology has advanced, it has become possible to render rich XML markup with greater sensitivity.

(c) **Annotation.**

In our print volumes, private documents and literary works are provided with two kinds of annotation: *explanatory notes* designed to explain what the text means or refers to, and *textual notes* designed to explain why the edited text at any given point reads as it does, and not another way. For printed literary works both kinds of notes are placed at the back, keyed to the text by page and line but with no overt sign in the text itself (so-called "clear text"). For private documents in printed format, such as notebooks and letters, the explanatory notes appear either at the foot of the page or the end of each letter, and highly detailed textual notes are relegated to the back. On MTPO both kinds of notes appear in a window immediately to the right of the text, and are hyperlinked to it, greatly easing access to the annotation. As already noted, we plan to publish letters far in advance of the explanatory annotation that will eventually accompany them. That they require annotation is clear: among other reasons, it has been the experience of the editors that letters cannot even be transcribed with accuracy, nor arranged in their true chronology, until their content has been fully understood. (The role of explanatory notes in assisting the editor, rather than the reader, is not as well recognized as it ought to be.) If we earn continued support, we will gradually add annotation to the online letter texts, as here proposed for the year 1878.

(d) **Accuracy.**

The procedures long employed for our print volumes have been adapted for our electronic edition. To verify for publication any transcription of a Mark Twain text, the Project routinely deploys two teams of proofreaders and permits no doubling (i.e., no one forms part of more than one team reading a given text). It also carries out at least three single-person readings of individual texts, including, when possible, at least one against the original documents. We also experiment continuously with ways to reduce the number of separate readings needed—testing the results for error by repeated readings of random samples. The factual contents of notes and introductions are independently checked by an editor who took no hand in writing them.

## Final Product and Dissemination

The UC Regents' exclusive right to publish, both in print and electronically, all Mark Twain texts that are still protected by copyright is ensured by a legal agreement of 1982 between the Mark Twain Foundation, as owner of the copyright, and the Regents. The agreement is valid for the life of the copyright (through 2047). A separate agreement signed in 2002 grants UC exclusive electronic rights to the same materials, and those rights survive the contract itself.

Volumes printed and published by the UC Press typically sell 2,000 copies over ten years, the outstanding exception to that pattern being the first volume of the *Autobiography*, which sold half a million copies in less than two years. Royalty income from the sale of printed volumes is divided between the Mark Twain Foundation and the Project according to how much of the copyrighted text is owned by the Foundation.

As a critical edition enhanced by rich cross-referencing, MTPO encompasses TEI-XML files, their associated images (inline illustrations, photographs, manuscript facsimiles), and several types of descriptive metadata that yoke together these pieces of content and enable a reader to access them. MTPO's processes are underpinned by XML and related tools, such as Extensible Stylesheet Language Transformation (XSLT) scripts and XQuery. MTPO complies with digital library and publishing standards, adhering to accepted open standards and schemas, including Text Encoding Initiative (TEI) P5. Editors continue to use oXygen to encode texts in TEI-XML. Our arrangement with UC Berkeley Library's IT and Digital and Collaborative Services Office, headed by Lynne Grigsby, relies upon the expertise of those bodies to maintain the public MTPO site's server, as well as development spaces for internal use; the Mark Twain Project handles all development of XSLT, JavaScript, and CSS, both to ensure MTPO's functionality and to create the niceties of pseudo-typesetting required to render our plain text transcription online. Most of the works were originally released as TEI P4 and have been converted to P5.

## Work Plan

These are the Project's objectives for the period October 2024–September 2027. Please see also Attachment 2, which breaks down these tasks, by collaborator, into six-month periods.

1. Complete editorial work on the text, annotations, appendices, and textual apparatus for *Following the Equator*, to be submitted for print publication and provided to MTPO by the end of the grant period.

2. Revise the text of *Notebooks & Journals, Volumes 1–3* for publication on MTPO, and coordinate the displayed text with existing scans of the original documents.

3. Pre-process, convert, post-process, and test the digital edition of *Notebooks & Journals* for release on MTPO by the end of the grant period.

4. Create full annotation for 308 Mark Twain letters written in 1878, for publication on MTPO by the end of the grant period.

5. Proofread page, revised, and final proofs for *The Innocents Abroad,* to be published in print in the spring of 2026.

6. Pre-process, convert, post-process, and test electronic files of *The Innocents Abroad* and publish on MTPO in the spring of 2026.

7. Prepare edited texts and apparatus notes for 586 Mark Twain letters, written 1886–88, for publication on MTPO by the end of the grant period.

8. Develop and curate MTP's metadata, image, and textual datasets, including improvement of their underlying digital infrastructure, accessibility, and reusability both internally and by others.

9. Improve and develop MTPO's features and interface, balancing its sustainability with the adoption of modern web technologies and integration of new features.

**Work Plan**

| TASKS | Oct 2024– Mar 2025 | Apr 2025– Sept 2025 | Oct 2025– Mar 2026 | Apr 2026– Sept 2026 | Oct 2026– Mar 2027 | Apr 2027– Sept 2027 |
|---|---|---|---|---|---|---|
| Complete editorial work on the text, annotations, appendices, and textual apparatus for *Following the Equator* | Griffin 80% Driscoll 30% | Griffin 80% Driscoll 30% | Griffin 80% Driscoll 30% | Griffin 80% Driscoll 30% | Griffin 80% Driscoll 30% Hirst 50% | Griffin 80% Driscoll 30% Hirst 50% |
| Revise the text of *Notebooks & Journals, Volumes 1–3* for publication on MTPO, and coordinate the displayed text with existing scans of the original documents. | Bartlett 40% Catapano 20% | Bartlett 40% Catapano 20% | Bartlett 30% Catapano 20% | Bartlett 30% Catapano 20% | Bartlett 40% Catapano 20% | Bartlett 40% Catapano 20% |
| Pre-process, convert, post-process, and test the digital edition of *Notebooks & Journals* for release on MTPO by the end of the grant period. | Bartlett 20% Catapano 10% | Bartlett 20% Catapano 10% | Bartlett 10% Catapano 10% | Bartlett 10% Catapano 10% | Bartlett 20% Catapano 10% | Bartlett 20% Catapano 10% |
| Create full annotation for 308 Mark Twain letters written in 1878, for publication on MTPO by the end of the grant period. | Driscoll 30% Griffin 20% | Driscoll 30% Griffin 20% | Driscoll 30% Griffin 20% | Driscoll 30% Griffin 20% | Driscoll 70% Griffin 20% | Driscoll 70% Griffin 20% |
| Proofread page, revised, and final proofs for *The Innocents Abroad,* to be published in print in the spring of 2026. | Hirst 50% Driscoll 40% | Hirst 50% Driscoll 40% | Hirst 50% Driscoll 40% | Hirst 50% Driscoll 40% | | |
| Pre-process, convert, post-process, and test electronic files of *The Innocents Abroad* and publish on MTPO in the spring of 2026. | | | Bartlett 20% | Bartlett 20% | | |
| Pre-process, convert, post-process, and test the texts and apparatus notes for Mark Twain's letters written 1886–88. | Bartlett 20% | Bartlett 20% | Bartlett 20% | Bartlett 20% | Bartlett 20% | Bartlett 20% |

**Work Plan**

| TASKS | Oct 2024– Mar 2025 | Apr 2025– Sept 2025 | Oct 2025– Mar 2026 | Apr 2026– Sept 2026 | Oct 2027– Mar 2027 | Apr 2027– Sept 2027 |
|---|---|---|---|---|---|---|
| Development and curation of MTP's metadata, image, and textual datasets, including experimentation with their digital infrastructure, improvements in accessibility and innovative reuse both internally and by others. | Catapano 50% | Catapano 50% | Catapano 50% | Catapano 50% | Catapano 50% | Catapano 50% |
| Improve and develop MTPO's features and interface, balancing its sustainability with the adoption of modern web technologies and integration of new features. | Catapano 20% Bartlett 20% | Catapano 20% Bartlett 20% | Catapano 20% Bartlett 20% | Catapano 20% Bartlett 20% | Catapano 20% Bartlett 20% | Catapano 20% Bartlett 20% |
| Fundraising; public relations; administrative functions; reviewing, guiding, revising editors' work | Hirst 50% | Hirst 50% | Hirst 50% | Hirst 50% | Hirst 50% | Hirst 50% |

## List of Key Personnel

| NAME | INSTITUTION |
|------|-------------|
| Bronson-Bartlett, Blake | University of California, Berkeley |
| Catapano, Terence H. | University of California, Berkeley |
| Driscoll, Kerry | University of California, Berkeley |
| Griffin, Benjamin | University of California, Berkeley |
| Hirst, Robert H. (Project Director) | University of California, Berkeley |

### *Advisory Board*

| | |
|------|-------------|
| Crews, Frederick C. | University of California, Berkeley |
| MacKie-Mason, Jeffrey | University of California, Berkeley |
| Millgate, Michael | University of Toronto |
| Schmidt, Eric | University of California Press |
| Starr, George A. | University of California, Berkeley |
| Tanselle, G. Thomas | Guggenheim Foundation |
| Kate Donovan | University of California, Berkeley |

**Résumés for Key Personnel**

## BLAKE BRONSON-BARTLETT

The Bancroft Library, Room 475, UC Berkeley: bronson@berkeley.edu

| | |
|---|---|
| **EDUCATION** | Ph.D. (English), University of Iowa, 2014.<br>B.A. (English/French), CUNY, Hunter College, 2006, *magna cum laude.* |
| **EMPLOYMENT** | Associate Editor, Mark Twain Project, The Bancroft Library, UC Berkeley, 2019– .<br>Visiting Assistant Professor, University of Iowa, Iowa City, 2016–2019.<br>Post-Doctoral Guest Lecturer, Technische Universität Dortmund, Germany, 2014–2016. Graduate Teaching Assistant, University of Iowa, Iowa City, 2010–2013. |
| **HONORS AND AWARDS** | Post-Doctoral Teaching Fellowship, Technische Universität Dortmund, Germany, 2014–2016.<br>Ballard/Seashore Dissertation-Year Fellowship, University of Iowa, 2013–2014.<br>Andrew W. Mellon Foundation Summer Research Fellowship, University of Iowa, 2011. Ann Morse Scholarship for Study Abroad, University of Iowa, 2008.<br>Romance Languages Prize for Academic Excellence, CUNY Hunter College, 2006.<br>René Taupin Scholarship for Study Abroad, CUNY Hunter College, 2005. |
| **ARTICLES AND BOOK CHAPTERS** | "Whitman's Paginator: A Case Study in the Interpretation of Mutant Books," *The Oxford Handbook of Walt Whitman*. ed. Kenneth M. Price and Stefan Schöberlein (Oxford: Oxford University Press, 2024), 115–39.<br>"Graphite Time," *Handwriting in Early America: A Media History*, ed. Mark Alan Mattes (Amherst: University of Massachusetts Press, 2023), 181–195.<br>"The California and Hawaii Notebooks: Pencils, Pocket Notebooks, and the Messiness of Mark Twain," *Mark Twain Annual* 20 (2022), 70–87.<br>"*The Mysterious Stranger*'s Crisis of Duplicates: Incompletion and the Vexed Transmission of Twain's Late Writings," *Mark Twain Annual* 18 (2020), 40–64.<br>"Writing with Pencils in the Antebellum U.S.: Language, Instrument, Gesture," *American Literature* 92.2 (June 2020), 199–227.<br>"On the Digital *Mabbott Poe*: 'Source-Research,' Text Editing, and Media History," *Poe Studies* 51 (2019), 110–35.<br>"From Loose Leaves to Readymades: Manuscript Books in the Age of Emerson and Whitman," *J19* 6.2 (2018), 259–83. |
| **DIGITAL PROJECT** | "Mabbott Poe: A Digital Resource for the Study of Edgar Allan Poe and the Editing of His Collected Writings by Thomas Ollive Mabbott" (https://mabbottpoe.org/) |

**TRANS-LATIONS**    Morisseau-Leroy, Félix. *Antigòn (excerpt)*. With Robert Fernandez. *Intranslation* (September 2017).

Mallarmé, Stéphane. *Azure: Poems and Selections from the "Livre."* With Robert Fernandez (Middletown, CT: Wesleyan University Press, 2015). Reviews: Alex Ross for *The New Yorker* (April 11, 2016); Jerome Keeler for *The Volta Blog* (June 20, 2016).

**SELECTED CONFERENCE PRESENTATIONS**

"The Pencil's Progress: A Defense of Messy Handwriting." Day at Dumbarton (The National Society of the Colonial Dames of America/Dumbarton House, Washington, DC), April 28, 2022.

"Graphite Time: The Pencil's Pasts, Presents, and Futures." The Futures of Handwriting, University of Louisville, KY, April 12, 2019.

"Formatting 'Words' in Color: Marking Up Whitman's Most Vibrant Notebooks." Digital Antiquarian Conference and Workshop. American Antiquarian Society, Worcester, MA, 2015

**TEACHING**    Visiting Assistant Professor, University of Iowa, Iowa City, 2016–2019.

Post-Doctoral Guest Lecturer, Technische Universität Dortmund, Germany, 2014–2016.

Graduate Teaching Assistant, University of Iowa, Iowa City, 2010–2013.

# TERRY CATAPANO

The Bancroft Library, Room 475, UC Berkeley: thc4@berkeley.edu

**EDUCATION**   M.L.S., Rutgers University, School of Communication, Information, and Library
Studies, 1999.
M.A. (English), Columbia University, 1994.
B.A. (Comparative Literature), Columbia University, 1987.

**EMPLOYMENT**   Digital Publications Manager, Mark Twain Project, The Bancroft Library, UC
Berkeley, August 2017– .
Librarian, Libraries Digital Program Division, Columbia University, New York, NY,
2003–17.
Digital Library Project Consultant, The New York Botanical Garden, Bronx, NY; The
Pierpont Morgan Library, New York; Institute Advanced Technology in the
Humanities; Charlottesville, VA; The New York Academy of Medicine, New
York; The American Museum of Natural History, New York, 2002–9.
Electronic Text Manager, Digital Library Program, The New York Public Library,
New York, NY, 2000–2002.

**AWARDS**   Andrew W. Mellon Fellowship, Massachusetts Historical Society, for research on the
textual history of Cotton Mather's *Magnalia Christi Americana*, 1999–2000.

**PUBLICATIONS**   Viktor Senderov, Kirin Simov, Nico Franz, Pavel Stoev, Terry Catapano, Donat
Agosti, Guido Sautter, Robert A. Morris, Lyubomir Penev (2018)
"OpenBiodiv-O: Ontology of the OpenBiodiv Knowledge Management
System," *Journal of Biomedical Semantics*. doi: 10.1186/13326-017-0174-5
Jeremy A. Miller, Donat Agosti, Lyubomir Penev, Guido Sautter, Teodor Georgiev,
Terry Catapano, David Patterson, David King, Serrano Pereira, Rutger Aldo
Vos, Soraya Sierra, "Integrating and Visualizing Primary Data from
Prospective and Legacy Taxonomic Publications," *Biodiversity Data Journal*,
3 (2015) doi: 10.3897/BDJ.3.e5063
Robert Guralnick, et al., "Community Next Steps for Making Globally Unique
Identifiers Work for Biocollections Data," *ZooKeys*, 494:133–154 (2015)
doi:10.3897/zookeys.494.9352.
Gregor Hagedorn, Terry Catapano, Anton Güntsch, Daniel Mietchen, Dag Endresen,
Soraya Sierra, Quentin Groom, Jordan Biserkov, Falko Glöckler & Robert
Morris, "Best practices for stable URIs" (2013):
http://wiki.probiosphere.eu/wiki/Best practices for stable URIs.
Jeremy Miller, Torsten Dikow, Donat Agosti, Terry Catapano, et al., "From
Taxonomic Literature to Cybertaxonomic Content," *BMC Biology*, 10:87
(2012) doi:10.1186/1741-7007-10-87.
Lyubo Penev, Terry Catapano, Donat Agosti, et al., "Implementation of TaxPub, an
NLM DTD Extension for Domain-specific Markup in Taxonomy, from the
Experience of a Biodiversity Publisher," *Journal Article Tag Suite
Conference (JATS-Con) Proceedings*. Bethesda (MD): National Center for
Biotechnology Information (US); (2012)
http://www.ncbi.nlm.nih.gov/books/NBK100351/.
Hilmar Lapp, Robert A. Morris, Terry Catapano et al., "Organizing Our Knowledge

of Biodiversity," *ASIST Bulletin* 37 (4) (2011), 38–42.

**PROFESSIONAL**
**ACTIVITIES**

Technical Lead: The Making and Knowing Project (http://www.makingandknowing.org/), 2015– .

Member: ArchivesSpace Technical Advisory Committee (TAC): 2015–2019.

Chair: Society of American Archivists Schema Development Team; member, Technical Subcommittee for Encoded Archival Description (ex-officio), 2010–15.

Metadata Encoding and Transmission Standard (METS) Editorial Board, 2008–17.

Chief Editor: TaxPub extension of Journal Archiving TagSet (JATS).

Consultant: Social Networks and Archival Context Project (Andrew W. Mellon Foundation Reference # 11200692), University of Virginia, 2012–15.

Consultant: National Science Foundation Grant "Fine-Grained Semantic Markup of Descriptive Data for Knowledge Applications in Biodiversity Domains" (NSF Award #0849982), 2009–12.

Consultant: National Science Foundation Grant "The Hymenoptera Ontology: Part of a Transformation in Systematic and Genome Science" (NSF Award #: 0850223), 2009–12.

Advisor: *Walt Whitman's Annotations* (2011–2014; 2018–2019, National Endowment for the Humanities Award #PW50772-11; PW-253797-17). PI: Matthew Cohen, University of Texas, Austin.

Vice President Plazi Verein: A nonprofit organization with the mission of promoting and supporting open access to digital scientific data and literature through legal advocacy and development of digital tools and services.

Mentor/Administrator: Google Summer of Code 2008 (for Plazi Verein).

Editor: taxonX, XML schema for encoding of taxonomic descriptions.

Consultant: National Science Foundation grant "Collaborative Research: Development of New Digital Library Applications in the Context of a An Ontology for – iosystematics Information Using the Literature of Entomology (Ants)," awarded to American Museum of Natural History.

Advisor: IMLS National Leadership Grant for Libraries (2005–7) funded project "Interoperability of Metadata" awarded to University of Nebraska (Walt Whitman Archive), Brown University and University of Virginia.

Co-editor: EAD 2002 Schema (with SAA/EADWG/EAD Schema Working Group).

Editorial Board Member: Research Library Group, Cultural Materials Alliance – Description Advisory Group, 2003–4.

Advisor: IMLS National Leadership Grant for Libraries (2002–4) funded project "A Virtual Archive of Whitman's Manuscripts."

C. F. W. Coker Award for Description, Society of American Archivists, 2006.

Trainer: Text Encoding Initiative Guidelines workshop, Text Encoding Initiative Members Meeting, Chicago, October 10, 2002.

# KERRY DRISCOLL

The Bancroft Library, Room 475, UC Berkeley: kerrydriscoll@berkeley.edu

**EDUCATION**  Ph.D. (English), State University of New York, Buffalo, 1984.
M.A. (English), State University of New York, Buffalo, 1982.
B.A. (English, *magna cum laude*), University of Connecticut, Storrs, 1977.

**EMPLOYMENT**  Editor, Mark Twain Project, The Bancroft Library, UC Berkeley, 2019– .
Professor of English (Emerita), University of Saint Joseph, West Hartford, CT, 1990–1993; 1994–2018.
Senior Fulbright Lecturer, Dept. of English and American Studies, University of Heidelberg, Germany, 1993–1994.
Assistant Professor of English, Elmira College, Elmira, NY, 1985–86; 1987–1990.
Junior Fulbright Lecturer, Department of English and American Studies, University of Heidelberg, Germany, 1986–1987.

**AWARDS**  Scholar in Residence, Center for Mark Twain Studies at Quarry Farm, Elmira, NY, 2018.
Reverend John J. Stack Teaching Excellence Award, University of St. Joseph, May 2011.
NEH Faculty Fellowship, January–December 2007 for work on book manuscript, *Mark Twain among the Indians*, a designated "We, the People" project promoting knowledge and understanding of American history and culture.
*Choice* 1988 Outstanding Academic Book Award for *William Carlos Williams and the Maternal Muse*.

**PUBLICATIONS**  "Mark Twain's Masculinist Fantasy of the West." *Mark Twain Annual* (2022) 20: 100–114.
*Mark Twain among the Indians and Other Indigenous Peoples*. Berkeley: University of California Press, 2018.
"Race and Ethnicity: Native Americans," in *Mark Twain in Context*. ed. John Bird, Cambridge University Press, 2020.
"Tribute to Victor Fischer," *Mark Twain Annual*, No. 14, 2016, 1–2.
"Privacy and Society in a Manner Conjoined," *Mark Twain Annual*, No. 13, 2015: 195–97.
"The Anarchy of Imagination," *Mark Twain Annual*, No. 8, 2010: 19–21.
"The Fluid Identity of 'Petrified Man,'" *American Literary Realism*, 41:3 (2009): 214–31.
"Mark Twain's Music Box: Livy, Cosmopolitanism, and the Commodity Aesthetic," in *Cosmopolitan Twain*, edited by Ann Ryan and Joseph McCullough. Columbia: University of Missouri Press, 2008: 140–86.
"Man Factories' and the 'White Indians' of Camelot: Re-reading the Native Subtext of *A Connecticut Yankee in King Arthur's Court*," *Mark Twain Annual*, No. 2, 2004: 6–25.
Critical Afterword and Endnotes, Mark Twain's *A Tramp Abroad*. New York: Modern Library, 2003: 343–68.
Endnotes, Mark Twain's *The Innocents Abroad*. New York: Modern Library, 2003:

495–523.

" 'Only Heedlessly a Savage': Mark Twain's 'Indian' Identity," *Mark Twain Journal*
(Korea) 6, Winter 2001: 5–17.

*William Carlos Williams and the Maternal Muse.* Ann Arbor: UMI Research Press,
1987.

**PROFESSIONAL ACTIVITIES**

Liaison, Mark Twain Center for Transatlantic Studies, currently in development at former US Army Base in Heidelberg, Germany.

Member, Board of Trustees, Mark Twain House and Museum, 2017– .

President, Mark Twain Circle of America, 2016–2018.

Vice-President, Mark Twain Circle of America, 2014–2016.

Executive Coordinator, Mark Twain Circle of America, 2005–2011.

Co-Chair, 8th International State of Mark Twain Studies Conference, Elmira College, 3–6 August 2017.

Guest Curator, "Travel is Fatal to Prejudice: Mark Twain's Journeys Abroad," Mark Twain House and Museum, Hartford, March 2015–March 2016.

Book Review Editor, *Mark Twain Annual*, 2013–2019. Contributing Editor, *Mark Twain Annual*, 2007– .

Speaker: "Historicizing Injun Joe," Conference Keynote, Hannibal, MO, July 2019.

Speaker: "Mark Twain and the Native Other," LeMoyne College, Syracuse, NY, March 2018.

Speaker: "'My Love and Patriarchal Blessing': Mark Twain and the Saturday Morning Club of Hartford," 8th International Conference on the State of Mark Twain Studies, Elmira College, NY, August 2017.

Speaker: "Mark Twain and Governor Davey's Proclamation," 7th International Conference on the State of Mark Twain Studies, Elmira College, NY, August 2013.

Roundtable Participant: "Mark Twain and Comparative Racial Formation," C19 (Conference for 19th Century American Literature), Berkeley, CA, April 2012.

# BENJAMIN GRIFFIN

The Bancroft Library, Room 475, UC Berkeley: bgriffin@berkeley.edu

| | |
|---|---|
| **EDUCATION** | M.S.L.S., Catholic University of America, 2004. |
| | Ph.D. (English), Cambridge University, 1997. |
| | M.Phil. (Medieval and Renaissance Studies), Cambridge University, 1993. |
| | B.A. (English), *summa cum laude*, UC Berkeley, 1990. |
| | |
| **EMPLOYMENT** | Associate Editor, Mark Twain Project, The Bancroft Library, UC Berkeley, 2005– . |
| | Lecturer, English Department, UC Berkeley, 2018. |
| | Editor, Early English Books Online, University of Michigan Libraries, Ann Arbor, 2004–5. |
| | Rare Books Cataloger, Folger Shakespeare Library, Washington DC, 2001–2003. |
| | Catalog Editor, Bauman Rare Books, Philadelphia, 1999–2001. |
| | Lecturer, English Department, UCLA, 1998–1999. |
| | |
| **AWARDS** | Distinguished Lecturer, Center for Mark Twain Studies, Elmira College, 2014. |
| | UC Berkeley Spot Award for Outstanding Service, 2011. |
| | Fletcher Jones Foundation Fellowship, Huntington Library, 1999. |
| | Leslie Wilson Research Scholarship, Magdalene College, Cambridge, 1993–1996. |
| | Overseas Research Scholarship and Bursary, 1992–1995. |
| | Phi Beta Kappa, elected 1990. |
| | Kraft Scholarship Prize for Freshmen, UC Berkeley, 1987. |
| | |
| **MTP EDITIONS** | Editor, *Pudd'nhead Wilson: A Tale by Mark Twain. Critical Edition*. Forthcoming from University of California Press. |
| | Associate editor, *Mark Twain's San Francisco Correspondence 1865–1866*. With Richard E. Bucci. Forthcoming from University of California Press. |
| | Editor, *Autobiography of Mark Twain, Volume 3*. With Harriet Elinor Smith. University of California Press, 2015. |
| | Editor, *A Family Sketch and Other Private Writings by Mark Twain; Livy Clemens; Susy Clemens.* University of California Press, 2014. |
| | Editor, *Autobiography of Mark Twain, Volume 2.* With Harriet Elinor Smith. University of California Press, 2013. |
| | Associate editor, *Autobiography of Mark Twain, Volume 1.* With Harriet Elinor Smith. University of California Press, 2010. |
| | Contributing editor, *Mark Twain's Letters, 1876–1880*. Mark Twain Project Online, 2007. |
| | |
| **OTHER PUBLICATIONS** | " 'That's Where the Work Is': An Interview with Dr. Benjamin Griffin" (interviewed by Takuya Kubo), *Mark Twain Studies* 6 (2023), 52–60. |
| | *Mark Twain's Civil War: "The Private History of a Campaign That Failed."* The Bancroft Library and Heyday Books, 2019. |
| | "Written under the Pseudonym of 'Sam Clemens': An Address to the Japan Mark Twain Society," *Mark Twain Studies* 5 (2019), 15–23. |
| | "Aaron's Name," *Shakespeare Quarterly* 68 (Fall 2017), 296–99. |
| | "Mark Twain's First Caricaturist: Edward Jump," *Twainquotes.com,* 2017: |

http://www.twainquotes.com/MTFirstCaricature.html

"A Dialogue on the *Autobiography.*" With Victor Fischer. In *Mark Twain and Youth: His Life and Writings,* eds. Kevin Mac Donnell and R. Kent Rasmussen (London: Bloomsbury Academic, 2016).

"Twins of Genius—Not!," *Twainquotes.com,* 2015: http://www.twainquotes.com/TwinsOfGeniusNot.html

"Mark Twain's Apocrypha: Infant Jesus and Young Satan," *Mark Twain Annual* 14 (2016), 7–19.

"Unveiling Mark Twain's *Family Sketch,*" *Mark Twain Annual,* 11 (2013), 109– 12.

"American Laughter: Nietzsche Reads *Tom Sawyer,*" *New England Quarterly* 83 (2010), 129–41.

"Emending Caliban's 'Scamels'," *Notes and Queries* n.s. 53 (2006), 494–95. Republished in *Shakespearean Criticism,* vol. 155 (Detroit: Gale, 2014), 237–38.

"Moving Tales: Narrative Drift in Oral Culture and Scripted Theater," *New Literary History* 37 (2006), 725–38.

"Mark Twain on the English University: A New Letter," *Magdalene College Magazine* n.s. 50 (2006): 95–99.

*Playing the Past: Approaches to English Historical Drama, 1385–1600 .* Woodbridge: D. S. Brewer (2001).

"The Breaking of the Giants: Historical Drama in Coventry and London," *English Literary Renaissance,* 29 (1999), 3–21.

"The Birth of the History Play: Saint, Sacrifice, and Reformation," *Studies in English Literature*, 39 (1999), 217–37.

"Marring and Mending: Treacherous Likeness in Two Renaissance Controversies," *Huntington Library Quarterly* 60 (1999), 363–80.

"*Locrine* and the Babington Plot," *Notes and Queries* n.s. 44 (1997): 37–40.

"Nashe's Dedicates: William Beeston and Richard Lichfield," *Notes and Queries* n.s. 44 (1997): 47–49.

Annual reviews, Shakespeare editions and textual studies, *Year's Work in English Studies* vols. 74 (1996) and 75 (1997).

**TEACHING** Research Seminar: "Mark Twain," UC Berkeley English Department, 2018.
Humanities, X145 ("Joyce's *Ulysses*"), UC Berkeley Extension, 2008.
English 4 ("Critical Reading and Writing"), Department of English, UCLA, 1999.
English 95B ("History of World Drama"), Department of English, UCLA, 1998.
English 142A ("Shakespeare: Early"), Department of English, UCLA, 1998–1999.
English 142B ("Shakespeare: Later"), Department of English, UCLA, 1998–1999.

**RECENT TALKS AND PAPERS:** MLA Convention, San Francisco; Mark Twain Luncheon Club, Berkeley; 8th International Conference on Mark Twain Studies, Elmira, NY; Mark Twain Society of Japan, Kanazawa; Colégio do Sagrado Coração de Maria, Lisbon; Mark Twain Library, Redding, CT; Mark Twain House and Museum, Hartford, CT; The 2nd Clemens Conference, Hannibal, MO; Elmira College (NY) Center for Mark Twain Studies; Berkeley Breakfast Club; Rotary Club, Oakland, CA; 92nd Street Y, NY; etc.

# ROBERT H. HIRST

The Bancroft Library, Room 475, UC Berkeley: rhirst@library.berkeley.edu

**EDUCATION**   Ph.D. (English), University of California, Berkeley, 1976.
M.A. (English), University of California, Berkeley, 1965.
B.A. (English), Harvard University, 1963.

**EMPLOYMENT**  Head, and Curator, Mark Twain Papers; also, General Editor, Mark Twain Project, The Bancroft Library, University of California, Berkeley, 1980– .
Adjunct professor, Department of English, University of California, Berkeley, 1996–2013.
Assistant professor, Department of English, UCLA, 1976–1979.
Principal editor, Senior editor, Editor, and Editorial assistant, Mark Twain Papers, The Bancroft Library, University of California, Berkeley, 1966–1976.

**AWARDS**   John Tuckey Lifetime Achievement Award for Contributions to Mark Twain Studies, Elmira College, NY, 2013.
Honorary D. Litt., Elmira College, NY, 2010.
Thomas A. Tenney Award to Robert H. Hirst and the staff of the Mark Twain Project, Mark Twain Circle of America, 2008.
Certificate of Merit to Robert H. Hirst and the Mark Twain Project, Mark Twain Circle of America, 1994.

**PUBLICATIONS**
As General Editor, Mark Twain Project:

*The Innocents Abroad*, forthcoming; *San Francisco Correspondence 1865–1866*, forthcoming; *Autobiography of Mark Twain, Volume 3*. 2015; *A Family Sketch and Other Private Writings by Mark Twain: Livy Clemens; Susy Clemens*. 2014; *Autobiography of Mark Twain, Volume 2*, 2013; *Autobiography of Mark Twain, Volume 1*, 2010; *Letters Newly Published, Part 1*, 2010 (MTPO); *Who Is Mark Twain?* HarperStudio, 2009; *Mark Twain's Book of Animals*. 2009; *Mark Twain's Letters, 1876–1880*. 2007 (MTPO); *Mark Twain Project Online*. 2007–present; *Is He Dead? A Comedy in Three Acts*, 2003; *Mark Twain's Helpful Hints for Good Living: A Handbook for the Damned Human Race*, 2004; *Adventures of Huckleberry Finn*, Rev. ed., 2003; *Mark Twain's Letters, Volume 6*, 2002; *Microfilm Edition of Mark Twain's Manuscript Letters Now in the Mark Twain Papers*, 2002; *Microfilm Edition of Mark Twain's Literary Manuscripts Available in the Mark Twain Papers*, 2002; *Microfilm Edition of Mark Twain's Previously Unpublished Letters*, 2002; *Adventures of Huckleberry Finn*, rev. ed., 2001; *Mark Twain Papers: Index to the Microfilm*, 1999; *Mark Twain's Letters, Volume 5*. 1997; *Roughing It*. rev. ed., 1996; *Mark Twain's Letters, Volume 4*, 1995; *Roughing It*. Rev.ed., 1993; *Union Catalog of Letters to Clemens*, 1992; *Mark Twain's Letters, Volume 3*, 1991; *Mark Twain's Letters, Volume 2*, 1990; *Huck Finn and Tom Sawyer among the Indians*, 1989; *Mark Twain's Letters, Volume 1*, 1988; *Adventures of Huckleberry Finn*, 1988; *Union Catalog of Clemens Letters*, 1986; *Adventures of Huckleberry Finn*, 1985; *A Connecticut Yankee in King Arthur's Court*, 1983; *The Prince and the Pauper*, 1983; *Tom Sawyer Abroad & Tom Sawyer, Detective*, 1982; *The Adventures of Tom Sawyer*, 1982; *No. 44, The Mysterious Stranger*, 1982; *Early Tales & Sketches, Volume 2*, 1981.

Co-editor:

> *The Innocents Abroad*, forthcoming; *San Francisco Correspondence*, forthcoming; *Early Tales & Sketches, Volume 2*, 1981; *Early Tales & Sketches, Volume 1*, 1979.

Author:

> "A Note on the Text" in each of 29 volumes of the Oxford Mark Twain. General Editor, Shelley Fisher Fishkin. Oxford University Press, NY, 1996. "Editing Mark Twain, Hand to Hand, 'Like All D——d Fool Printers,' " *PBSA* 88 (June 1994): 157–88; "Note on the Text," *Adventures of Huckleberry Finn,* illustrated by Barry Moser, foreword by Henry Nash Smith (Berkeley, Los Angeles, London: University of California Press, 1986), 415–17; "The Mark Twain Project: 'The Most Significant Ongoing Editorial Enterprise in the Country,'" *The General Library Faculty Newsletter,* October 1983: 2–3; "The Unmarked Twain," *California Monthly* 92 (July 1982): 15–17; "Mark Twain Becomes a Writer," *Wilson Quarterly* 4 (Autumn 1980): 168–81; " 'He Trimmed & Trained & Schooled Me': How Bret Harte Edited *The Innocents Abroad*": accepted by David Erdman for 1979 publication in *Bulletin of Research in the Humanities,* but never published; "The Making of *The Innocents Abroad:* 1867–1872," Ph.D. diss., 1975, Department of English, University of California, Berkeley: accepted in 1979 by the University of Nebraska Press, but never published.

Co-author:

> *The Grangerford-Shepherdson Feud.* With Edgar Marquess Branch. Berkeley: The Friends of The Bancroft Library, 1985.
>
> "William E. James's Stereoscopic Views of the *Quaker City* Excursion." With Brandt Rowles. *Mark Twain Journal* 22 (Spring 1984): 15–33.

**PROFESSIONAL ACTIVITIES**

Chair, Committee on Scholarly Editions (CSE) of the Modern Language Association (MLA): two consecutive terms, 1996–2000 and 2000–2001.

Project faculty member for "Literature and Writing," an NEH-sponsored summer seminar for high-school teachers at Illinois State University, Normal, IL, directed by R. L. Tarr and R. Fortune, 27–31 July 1998.

Member of the Publications Committee, Bibliographical Society of America, 1995–1997.

Advisory Board, 1995–2001, *Oxford Reader's Companion to Mark Twain,* ed. Camfield.

Council member, Bibliographical Society of America, 1994–97, 1997–2000.

CSE vettor or consultant for editions of: Robinson Jeffers; Robert Duncan; Thomas Carlyle; William James, John Dewey; W. D. Howells.

Executive Committee on Methods of Literary Research of the MLA, 1986–1990.

Consultant to the Library of America, 1986–1992, for *Mark Twain's Collected Tales, Sketches, Speeches: 1852–1890* and *Collected Tales, Sketches, Speeches: 1891–1910,* ed. Louis J. Budd. New York: Literary Classics of the U.S., 1992.

Member, Committee on Scholarly Editions (CSE) of the MLA, 1985–1989. Advisory Board, Charles Sanders Peirce Edition Project, Indianapolis, 1985–2015. NEH reviewer and panelist, from time to time, between 1980 and 2017.

# Bibliography

This list gathers: (1) key primary documents to be drawn on in making the proposed editions; (2) selected scholarly contributions that are touchstones for our editorial approach; and (3) full references for documents referred to elsewhere in this Narrative.

## 1. Key primary documents

SLC (Samuel Langhorne Clemens). 1853–1910. Letters by Samuel L. Clemens. Original MSS in the Mark Twain Papers, The Bancroft Library, University of California, Berkeley, supplemented by an archive of photocopies of all Clemens letters found in other collections.

——. 1867–68. Letters from Mark Twain to the San Francisco *Alta California*, New York *Herald*, and New York *Tribune*. 82 letters in all. Microfilms in the Mark Twain Papers.

——. 1869. *The Innocents Abroad: or, The New Pilgrims' Progress*. Hartford: American Publishing Company.

——. 1872. *The New Pilgrims' Progress*. 2 vols. London: George Routledge and Sons.

——. 1896–97. "More Tramps Abroad." MS in the Berg Collection, New York Public Library. [Printer's copy for the London edn. of *Following the Equator*.]

——. 1897a. "Following the Equator." Typescript in the Berg Collection, New York Public Library.

——. 1897b. *Following the Equator*. Hartford: American Publishing Company.

——. 1897c. *More Tramps Abroad*. London: Chatto and Windus.

Letters to Clemens. 1857–1910. Original MSS in the Mark Twain Papers.

## 2. Selected scholarly contributions

Bowers, Fredson. 1975. *Essays in Bibliography, Text, and Editing*. Charlottesville: Bibliographical Society of the University Press of Virginia.

——. 1976. "Transcription of Manuscripts: The Record of Variants." *Studies in Bibliography* 29: 212–64.

——. 1989. "Regularization and Normalization in Modern Critical Texts." *Studies in Bibliography* 42: 79–102.

Bucci, Richard. 2003–2004. "Tanselle's 'Editing without a Copy-Text': Genesis, Issues, Prospects." *Studies in Bibliography* 56: 1–44.

Burnard, Lou, and Syd Bauman. 2007. *Text Encoding Initiative Guidelines P5*. https://www.tei-c.org/release/doc/tei-p5-doc/en/html/index.html

Driscoll, Kerry. 2018. *Mark Twain among the Indians and Other Indigenous Peoples*. Oakland: University of California Press.

Edwards, Philip. 1984. "The Function of Commentary." In G. B. Shand and Raymond C. Shady, eds., *Play-Texts in Old Spelling: Papers from the Glendon Conference* (New York: AMS Press), 97–103.

Finneran, Richard J., ed. 1996. *The Literary Text in the Digital Age*. Ann Arbor: University of Michigan Press.

Folsom, Ed. 2007. "Database as Genre: The Epic Transformation of Archives." *PMLA* 122 (October): 1571–79.

Gaskell, Philip. 1999. *From Writer to Reader: Studies in Editorial Method*. New Castle, Del.: Oak Knoll Press. [Orig. pub. 1978.]

Greg, W. W. 1950–51. "The Rationale of Copy-Text." *Studies in Bibliography* 3: 19–36.

Gribben, Alan. 2022. *Mark Twain's Literary Resources: A Reconstruction of His Library and Reading. Volume Two*. Montgomery, Ala.: NewSouth Books.

Hawkins, Kevin, Michelle Dalmau, and Syd Bauman. 2011. "Best Practices for TEI in Libraries." https://tei-c.org/extra/teiinlibraries

Hirst, Robert H. 1975. "The Making of *The Innocents Abroad*, 1867–1872." Ph.D. dissertation, University of California, Berkeley.

———. 1988. "Guide to Editorial Practice" and "Guide to the Textual Commentaries," in *Mark Twain's Letters, Volume 1, 1853–1866* (xxv-xlvi, 447–63). Berkeley: University of California Press.

Hirst, Robert H. 1994. "Editing Mark Twain, Hand to Hand, 'Like All D—d Fool Printers.'" *Papers of the Bibliographical Society of America* 88, No. 2 (June): 157–88.

Madigan, Francis V., Jr. 1974. "Mark Twain's Passage to India: A Genetic Study of *Following the Equator*." Ph.D. dissertation, New York University.

Machlis, Paul. 1986. *Union Catalog of Clemens Letters*. Berkeley: University of California Press.

———. 1992. *Union Catalog of Letters to Clemens*. With the assistance of Deborah Ann Turner. Berkeley: University of California Press.

McGann, Jerome J. 1983. *A Critique of Modern Textual Criticism*. Charlottesville: University Press of Virginia.

Wilkinson, Mark D., et al. 2016. "The FAIR Guiding Principles for Scientific Data Management and Stewardship." *Scientific Data* 3 (160018). https://doi.org/10.1038/sdata.2016.18.

MLA Committee on Scholarly Editions. 2022. "Guidelines for Editors of Scholarly Editions." https://www.mla.org/Resources/Guidelines-and-Data/Reports-and-Professional-Guidelines/Guidelines-for-Editors-of-Scholarly-Editions

Parker, Hershel. 1973. "Regularizing Accidentals: The Latest Form of Infidelity." *Proof* 3: 1–20.

Tanselle, G. Thomas. 1990. *Textual Criticism and Scholarly Editing*. Charlottesville: Bibliographical Society of the University Press of Virginia.

———. 1994. "Editing without a Copy-Text." *Studies in Bibliography* 47: 1–22.

———. 2005. *Textual Criticism since Greg: A Chronicle, 1950–2000*. Charlottesville: Bibliographical Society of the University Press of Virginia.

Welland, Dennis. 1965. "Mark Twain's Last Travel Book." *Bulletin of the New York Public Library* 69 (June): 31–48.

———. 1978. *Mark Twain in England*. London: Chatto and Windus. [On the UK edition of *Following the Equator*.]

Zacks, Richard. 2016. *Chasing the Last Laugh: Mark Twain's Raucous and Redemptive Round-the-World Comedy Tour*. New York: Doubleday.

## 3. References

SLC. 1871. Letter to Orion Clemens, 15–18 March; *UCCL 00592*.

———. 1896. "Mark Twain Interviewed: First Impressions of India." Calcutta *Hindoo Patriot*, 10 February, 3.

Hanrahan, Elise. 2019. "Review of Mark Twain's Letters, 1853–1880, of the Mark Twain Project Online," *RIDE* 10. doi: 10.18716/ride.a.10.2. [Excerpted in Attachment 7, Appendices.]

Olsen-Smith, Steven. 2022. "CSE Vetter Report: Mark Twain, *Pudd'nhead Wilson* Manuscript and Revised Versions." Copy sent by Steven Olsen-Smith to Benjamin Griffin, 20 August 2022.

*Following the Equator:* "The *Flora* is a hog-boat"

San



The snippet below is from a memo by A
Chatto, Clemens's London publisher, lis
passages in the *Following the Equator* n
which he proposed to suppress, among
highly critical account of a rough journe
steamer. (There are twenty-two such su
passages in all.) Clemens was urged by C
delete the "libelous" passage, and obey
it has never appeared in any British or
Commonwealth edition. Only MS p. 876
here; the transcription, on the next pag
the text of p. 877. The ◊ denotes a char
yet deciphered by the editors.

Above: from Andrew Chatto's memo: "8
Union Co Steamer Flora (libelous?)" (Un
Virginia, Albert and Shirley Small Specia
Collections Library).

Left: *Following the Equator* manuscript p
(New York Public Library, Berg Collection

*Following the Equator:* "The *Flora* is a hog-boat"                                                                                 Sar

In place of a table of variants, our web edition will feature a full transcription of the entire MS; in this passage, the transcription reveals the true extent of Clemens's indignation.

[*Sunday, 17th.* Sailed last night in the *Flora*, from Lyttelton.]

~~Yes, s~~ ˌSˌo we did. I remember ~~it even to this day.~~ ˌit yet.ˌ The people wh sailed in the *Flora* that night may forget some other things if they live a good wh but they will ~~never~~ ˌnot.ˌ live long enough to forget that. ~~The *Flora* is a hog-boat;~~ ˌabout the equivalent of a cattle-scow;ˌ ~~a◊◊◊ ◊◊◊◊◊ ◊◊ to g◊◊ back of a contract a s◊◊◊ct a fe◊d sixpence,~~ but when the Union Company ˌfind it inconvenient to kee contract and lucrative to break it,ˌ they smuggle ~~this hog-boat~~ ˌher,ˌ into ˌpasseng ˌservice, and charge Christian fare.ˌ ~~"keep the change.",~~ They give no notice tha ~~they are going to take off the passenger-boat and put on the hog-boat;~~ ˌof their projected depredation;ˌ you innocently buy tickets for the advertised passenger-b and when you get down to L~~i-y~~ ˌtˌtelton at midnight, you ~~find yourself the victim cold swindle; they have~~ ˌfind that they have ˌsubstituted the hog-boat. It ~~scow.~~ [*o verso:* ~~Substituted it~~ ] They have plenty of good boats, but no competition—and t is the trouble. | over again] ~~It, is too late now to make other arrangements, if you have engagements ahead.~~

~~It is a powerful company, it has a monopoly, and everybody is afraid of i including the government's representative, who stands at the end of the stage-pla to tally the passengers and see that no boat receives a greater number than the law allows her to carry. This conveniently-blind representative saw the hog-boat rece nearly dou~~ ˌscow,ˌ receive a number which was far in excess of ~~that hog-boat's~~ ˌit privilege, and winked a politic wink and said nothing. The passengers bore with meekness the cheat which had been put upon~~ [. . .]

*Following the Equator:* Olivia Clemens's Edits

Sample

Before one of Clemens's books faced the publisher's censorship, it faced (with his approval and connivance) the domestic
Olivia, regularly edited his manuscripts before they were sent to the printer. The only substantial documentation of her wo
note-pages (in the Mark Twain Papers) on which she critiqued *Following the Equator*, querying irreverence, rudeness, and
notes, and Mark Twain's characterful replies, will be fully transcribed and annotated in the Mark Twain Project edition. O
transcribed in normal type, Clemens's replies in **bold**.

---

~~727.~~ 652.

Leave out Mr Little's name

**Dern him, I will, but I don't want to**

In the MS, Clemens quoted fron
high-flown speech by William Li
Ballarat in Victoria (Australia), v
Clemens party had visited late i
Clemens took Olivia's advice, de
on reconsideration, however, he
decision and exposed Mr. Little
of posterity.

---

814 (over)

Are you sure you want to say this of Mr Rhodes?

**Marsupial? Certainly.**

Clemens left unaltered his refer
Rhodes as one of "the principal
Southern Hemisphere." But it n
Olivia's query that moved him t
putting himself on the same lev
the latest marsupial. Also, I mig
have the largest pocket of them
nothing in that."

---

lower down 880

"retching & gagging & heaving"
is *too* vulgar

**All right, it all comes out**

*From his description of the seasi
the Flora (see the preceding Sam
"it all comes out"—evidently inc
shipboard dialogue:*
   "Boo-oo-*oork!* ~~Oh,~~ oh, m-m-y
   "*Mom*ma! *mom*ma! oh, momm
oh!"

---

1021

9th line from top
I think some other word
would be better than "stench".
you have used that pretty
often.

**But can't I get it in *any*-**
**where? You've knocked**
**it out every time. Out**
**it goes again. And yet**
**stench is a noble good**
**word.**

*Clemens altered 'repulsive as a s
a shroud'. In the surviving manu
but one other 'stench'—itself a r
original 'stink', to which Olivia
all the manuscript material has s
have been other "stenches" in ch*

---

1050

2nd line from bottom.
Change Breechclout. It
is a word that you love
& I abominate. I would
take that & offal out
of the language. Also, stink.

**You are steadily weakening the**
**English tongue, Livy.**

*The manuscript's list of Indian p
real and burlesque titles, had inc
Breechclout of Buggherre." It is
objected to "breechclout," while
recognizing—the other word.*

Workspace ID: WS01307513 Funding Opportunity Number: 30221130 RG

*The Innocents Abroad:* **Maps**

**Sample**

The Project has commissioned these maps to illustrate *The Innocents Abroad* on MTPO and in a print edition. They show the route of the *Quaker City* expedition through the Mediterranean and the Holy Land, by steamship, on horseback, and by locomotive. (The mapmaker made two errors in labeling, which will be corrected.)



*Notebooks and Journals* for MTPO2                                    **Sample**

70                                                              *Notebook 4*

3ᵈ Jan 1865 returned with Jim Gillis, by way of Angel's &
Robinson's Ferry, to Jackass Hill.

    &lt;Miner's cabin, Jackass&gt;
    &lt;*miner's*&gt; miner's cabin in Jackass:⁷
    &lt;B&gt; No *planking* on the floor; &lt;[·]&gt; old &lt;*punks*&gt; bu*nks*,
*pans* & &lt;*tra*&gt; *traps of all kinds*—Byron Shakspeare, Bacon Dickens,
& every kinds of only first class Literature⁸

    The "Tragedian" & the Burning Shame. No women admitted⁹ [#]

   ⁷ In this entry, probably a description of Jim Gillis' cabin, and in the succeeding
three entries Mark Twain experimented with shorthand, combining symbols with
script letters when he did not know the appropriate notation. Letters that appear
in italics in these entries are transliterations of the original shorthand.

   ⁸ In "An Unbiased Criticism" (*Californian*, 18 March 1865, reprinted in *SSix*,
pp. 158–165), Mark Twain would comment that "in most of those little camps
they have no libraries, and no books to speak of, except now and then a patent-
office report, or a prayer-book, or literature of that kind, in a general way, that will
hang on and last a good while when people are careful with it, like miners; but as
for novels, they pass them around and wear them out in a week or two." Some
of the "first class Literature" noted here may have been borrowed at nearby Tuttle-
town, which Billy Gillis recalled had "a Literary Society, with a membership of
three hundred, having a library of near a thousand volumes of standard prose and
poetical works" (Gillis, *Gold Rush Days with Mark Twain*, p. 11).

   ⁹ In his Autobiographical Dictation of 26 May 1907 (*MTE*, p. 361), Mark
Twain recalled: "In one of my books—*Huckleberry Finn*, I think—I have used one
of Jim's impromptu tales, which he called 'The Tragedy of the Burning Shame.' I
had to modify it considerably to make it proper for print, and this was a great
damage. As Jim told it, inventing it as he went along, I think it was one of the
most outrageously funny things I have ever listened to. How mild it is in the book,
and how pale; how extravagant and how gorgeous in its unprintable form!" The
Tragedian may have been Jim Gillis, or possibly a character in a Shakespearean
burlesque portrayed by Dick Stoker, who did appear in a private performance of
the "Burning Shame" while Mark Twain was on Jackass Hill. On 26 January 1870,
in a letter to Jim Gillis, Mark Twain remembered Stoker's part in that dramatiza-
tion: "Wouldn't I love to take old Stoker by the hand, & wouldn't I love to see him
in his great speciality, his wonderful rendition of 'Rinaldo' in the 'Burning
Shame!'" (Edward L. Doheny Memorial Library, Saint John's Seminary, Cama-
rillo, Calif.). All of the elements of this entry recur in *Huckleberry Finn* where the
King and Duke perform "The King's Cameleopard or The Royal Nonesuch," the ex-
purgated version of the "Burning Shame," and also appear as "*World-Renowned
Tragedians*" in renditions of ridiculously incongruous Shakespearean quotations.

The *Notebooks and Journals* make up
volumes in the published Mark Twai
series (1975-79). Its transcriptions w
as being highly accurate; since then,
the Project has developed "plain text
responsible and more detailed transc
protocol. We propose to put a revise
digital manuscript images, on the sec
iteration of Mark Twain Project Onlir

At left is a sample page from the prir
(Volume 1, 1975).

Page 4b shows the prototype for the
*Notebooks & Journals* on MTPO2, wit
updated transcription on the left, and
facsimile of the notebook page in a p
window on the right. The key for iden
types of linked information on the lef
the screen includes a toggle, which d
hides the page numbers of the printe
volume (here, "MTP:N&J1_70"), to as
referencing. In the prototype, the co
the whole notebook are scrollable on
web page. The link for the annotatior
"sticky," so always available. Please n
only a piece of the annotation could
this sample page.

Page 4c shows a sample of XML mark
these Notebook entries.

*Notebooks and Journals* for MTPO2

Samp



printed volume page number "MTP: N&J1_70"
(i.e., Mark Twain Project: Notebooks & Journals,
volume 1, page 70) (See page break toggle below.)

Manuscript page number
"MS: N4_leaf_004r"
(i.e., Manuscript: Notebook 4, leaf 4, recto)

fingernail of di
that opens po
digital facsimi

Back to Top

endnote key

**Editorial Notes**

are indicated by
superscript numbers.

[MS: N4_leaf_004r]

**Apparatus Notes**

ⓣ = Textual Notes

ⓔ = Emendations

toggle
printed
volume page
numbers ☑

**Turn page breaks
from print volume
on/off** ☑

toggle line
breaks to
help users
read MS
facsimile ☑

**Turn MS linebreaks
on/off** ☑

[MTP: N&J1_70]

3ⁱ Jan 1865 returned
with Jim Gillis, by
way of Angel's & Rob-
inson's Ferry, to Jackass
Hill.

—

Miner's cabin, Jackass

miner's miner's cabin in
Jackass:⁷

ⓔ No planking on the
floor; [-] old punks bunks,
pans & tra traps of all kinds
—Byron Shakspeare,
Bacon Dickens, & ev-
ery kinds of only
first class Literature⁸

The "Tragedian" & the
Burning Shame. No
women admitted⁹

Superscript blue numbers link to
editorial notes at bottom of the page
(no "apparatus notes" for this notebook
page).

⁹ In his Autobiographical Dictation of 26 May 1907 (*MTE*, p. 361), Mark Twain
recalled: "In one of my books—*Huckleberry Finn*, I think—I have used one of Jim's
impromptu tales, which he called 'The Tragedy of the Burning Shame.' I had to
modify it considerably to make it proper for print, and this was a great damage.

```
    <pb type="MS" xml:id="wg_2d3_c/b" face="https://mtpo-store.s3.us-west-2.amazonaws.com/notebooks/mtnb04_009.jpg" edRefs="N4" n="leaf_004r" />
    <pb type="MTP" xml:id="zzv_xx4_c/b" edRefs="N&amp;J1" n="70" />
<p>3<hi rend="superscript">d</hi> Jan 1865 returned<lb/>
  with Jim Gillis. by <lb/>
  way of Angel's &amp; <choice><orig>Rob-<lb/>
  inson's</orig><reg>Robinson's</reg></choice> Ferry. to Jackass<lb/>
  Hill.</p>
    <milestone unit="section" rend="plainrule" />
<p><del>Miner's cabin. Jackass</del></p>
    <p><del><hi rend="italic" >m</hi>in<hi rend="italic" >er's</hi></del> <hi rend="italic" >m</hi>ine<hi rend="italic" >r</hi>'s ca<hi rend="italic" >b</hi>in in <lb/>
      Jac<hi rend="italic" >k</hi>ia<hi rend="italic" >ss</hi>.<note type="ed" target="#LITP" n="7" place="foot" xml:id="la0244" >In this entry, probably a description of Jim Gillis' cabin, and
    succeeding three entries Mark Twain experimented with shorthand, combining symbols with script letters when he did not know the appropriate notation. Letters that appear in italics in the
    are transliterations of the original shorthand.</note></p>
        <p rend="text-indent-2" ><del>B</del> No <hi rend="italic" >plan</hi>king on the<lb/>
      <hi rend="italic" >floor</hi>, <del><corr></corr></del> <hi rend="italic" >old</hi> <del><hi rend="italic" >punks</hi></del> <hi rend="italic" >bunks</hi>, <lb/>
      <hi rend="italic" >pans</hi> &amp; <del>tra</del> <hi rend="italic" >t</hi>raps <hi rend="italic" >of all kind</hi>s<lb/>
      —Byron Shakspeare <lb/>
      Bacon Dickens, &amp; <choice><orig>ev-<lb/>
      ery</orig><reg>every</reg></choice> kinds of only <lb/>
      first class Literature<note type="ed" target="#LITP" n="8" place="foot" xml:id="la0246" >In 'An Unbiased Criticism" (<hi rend="italic" >Californian</hi>, 18 March 1865, reprinted in
#tbib00149 type="dbquery" xml:id="nea" ><hi rend="italic" >SSix</hi></ref>, pp. 158–165), Mark Twain would comment that 'in most of those little camps they have no libraries, and no boo
of, except now and then a patent-office report, or a prayer-book, or literature of that kind, in a general way, that will hang on and last a good while when people are careful with it, like mine
novels, they pass them around and wear them out in a week or two.' Some of the 'first class Literature' noted here may have been borrowed at nearby Tuttle-town, which Billy Gillis recall
Literary Society, with a membership of three hundred, having a library of near a thousand volumes of standard prose and poetical works' (Gillis, <hi rend="italic" >Gold Rush Days with Ma
Twain</hi>, p. 11).</note></p>
    <milestone unit="section" rend="plainrule" />
    <p>The 'Tragedian' &amp; the <lb/>
      <hi rend="italic" >Burning</hi> Sha<hi rend="italic" >me</hi> No<lb/>
      wo<hi rend="italic" >men</hi> ad<hi rend="italic" >mitt</hi>ed<note type="ed" target="#LITP" n="9" place="foot" xml:id="la0246" >In his Autobiographical Dictation of 26 May 1907
type="dbquery" xml:id="nea" >#tbib00014 type="dbquery" xml:id="nea" ><hi rend="italic" >MTE</hi></ref>, p. 361), Mark Twain recalled: 'In one of my books—<hi rend="italic" >Huckleberry Finn</hi>, I think—I
one of Jim's impromptu tales, which he called 'The Tragedy of the Burning Shame.' I had to modify it considerably to make it proper for print, and this was a great damage. As Jim told it, i
ne went along, I think it was one of the most outrageously funny things I have ever listened to. How mild it is in the book, and how pale, how extravagant and how gorgeous in its unprinta
Tragedian may have been Jim Gillis, or possibly a character in a Shakespearean burlesque portrayed by Dick Stoker, who did appear in a private performance of the 'Burning Shame" w
Twain was on Jackass Hill. On 26 January 1870, in a letter to Jim Gillis, Mark Twain remembered Stoker's part in that dramatization: 'Wouldn't I love to take old Stoker by the hand, &amp;
love to see him in his great speciality, his wonderful rendition of 'Rinaldo" in the 'Burning Shame!" ' (Edward L. Doheny Memorial Library, Saint John's Seminary, Camarillo, Calif.). All of t
of this entry recur in <hi rend="italic" >Huckleberry Finn</hi> where the King and Duke perform 'The King's Cameleopard or The Royal Nonesuch,' the expurgated version of the 'Burning S
also appear as <hi rend="italic" >"World-Renowned Tragedians"</hi> in renditions of ridiculously incongruous Shakespearean quotations.</note></p>
    <milestone unit="section" rend="plainrule" />

    <pb type="MS" xml:id="vgf_hd3_c/b" face="https://mtpo-store.s3.us-west-2.amazonaws.com/notebooks/mtnb04_010.jpg" edRefs="N4" n="leaf_004v" />
    <pb type="MTP" xml:id="qlc_xx4_c/b" edRefs="N&amp;J1" n="71" />
```

XML-encoded text underlying the sample page from the digital edition of *Notebooks & Journals*.

**Letter Texts 1886–88**                                                       **Sample**

> Clemens's letter to Jeannette L. Gilder, the editor of *The Critic* and a personal friend, was never sent; but he must have thought
> discussion of his writing methods, for he preserved the MS and corrected it as if he were considering publication. Since the MS
> Twain Papers, we will be able to present a digital facsimile alongside the transcription.

## To Jeannette L. Gilder
### 14 May 1887 • Hartford, Conn.
#### (MS draft: CU-MARK, *UCCL* 03572)

[quite true—but neve

Hartf
My Dear Miss Gilder
We ˏshallˏ spend th
old place—the remot
be-Thankful," on top
from Elmira, N.Y. Yo
harder to answer. It is
or five books in proce
time, & every summe
brick to two or three o
forecast which of the
going to be. It takes s
complete a book by th
it's ˏit isˏ a good meth
rest. I have ˍonce, bee
into print" prematurel
greediness for money;
never done that. Do yo
information? ˏWell, th
& "The Prince & the P
the stocks ˍsix, ˍtwo or
Times on the Mississi
unfinished books has

**Letter Texts 1886–88**

3

*[handwritten]* sixteen years; another narration. This latter book could have been finished in a day, at any time during the past one year. But as in the past of these two narratives all the action takes place in Noah's ark, & in the other the action takes place in heaven, there seems to be no hurry, & so I have not *~~rushed~~* Tales of ~~stirring~~ stirring adventure in these localities do not need to be ~~rushed to publication~~ *lest they grow* stale by waiting. In twenty one years, with all my time at my free disposal I have written *& completed* ~~a dozen~~ ~~only~~ eleven books, whereas with half the labor

4

that a journalist does I could have written sixty in that time. I do not greatly mind being accused of a proclivity for rushing into print, but at the same time I don't believe that the charge is really well founded. Suppose I did write eleven books, have you nothing to be grateful for? Go to—remember the forty nine which I didn't write.

*Truly yours*
*S L Clemens*

---

*[printed column, right edge cropped]*

sixteen years; anothe[r]
latter ~~one~~ ⎵book cou[ld]
in a day, at any time
years. But as in the f[irst of these]
⎵narratives ⎵all the ac[tion takes place in]
Noah's ark, & as in t[he]
action takes place in
to be no hurry, & so
Tales of stirring adve[nture in these]
localities do not nee[d to be]
⎵rushed to publicatio[n]
by waiting. In twenty
my time at my free d[isposal]
~~& published~~ ⎵comple[te]
books, whereas with
journalist does I coul[d]
that time. I do not gr[eatly mind being]
accused ~~to~~ of a procl[ivity for rushing]
into print, but at the s[ame time]
believe that the charg[e]
founded. Suppose I d[id write eleven]
books, have you noth[ing]
Go to—remember th[e forty nine which I]
didn't write.

PREVIEW Date: Nov 29, 2023          Workspace ID: WS01207512 Funding Opportunity Number: 20221130-RC

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Appendices (1).pdf**

## Past Productivity

The left-hand column reproduces the Plan of Work approved by NEH for our current grant (RQ-279810-22). All work planned for the proposed grant period, from October 2024 to September 2027, is explained in detail in Attachment 2.

| TASKS from RQ-279810-22 | COMMENTS as of November 2023 |
|---|---|
| Pre-process, convert, post-process, and test *Letters 7* for release on MTPO in the spring of 2022 | DONE. |
| Proofread page, revised, and final proofs for *Pudd'nhead Wilson* for print publication in the fall of 2022 | DONE, one year late. |
| Pre-process, convert, post-process, and test *Pudd'nhead Wilson* for release on MTPO in the spring of 2023 | To be completed in the spring of 2024, one year late. |
| Prepare and proofread the Mark Twain Library edition of *Pudd'nhead Wilson* | UC Press has decided, despite our protests, not to publish a Mark Twain Library version of *Pudd'nhead,* but instead to issue the full scholarly edition in paper covers as well as boards. We doubt that this will get the edition into classrooms, and so will continue to urge a Mark Twain Library version of the texts. Stay tuned. |
| Proofread page, revised, and final proofs for *Innocents Abroad* for print publication in the late fall of 2022 | Delayed by more than a year. We now expect proofs in late 2024, with publication the following spring. |
| Pre-process, convert, post-process, and test *Innocents Abroad* for release on MTPO in the late spring of 2023 | Publication on MTPO must wait for print publication to be completed, so likely 2025. |
| Prepare and proofread the Mark Twain Library edition of *Innocents Abroad* | Likewise, 2025. |
| Complete the checking of texts, apparatuses, notes, and introduction for *S. F. Correspondence* for submission to the Press in the fall of 2023 | The edition's nonresident editor, Richard Bucci, continues to find and edit new texts for this collection. Partly because of the recent loss of personnel, we decided to postpone further work in the Berkeley office until *Innocents Abroad* has been completed. The volume is, however, in a very advanced state. |
| Proofread page, revised, and final proofs for *S. F. Correspondence* for print publication by the end of the grant period | |

## Past Productivity

| | |
|---|---|
| Identify and collate relevant documents in preparation for establishing the critical text for *Following the Equator* | DONE. |
| Transcribe, edit, proofread, and prepare apparatuses for letter texts written in 1883–1887 | DONE through 1885. |
| Post-process and test letter texts written 1883–1887 for publication on MTPO by the end of the grant period | Done through 1883; 1884–85 will be completed during the current grant period;   1886–87 have had to be postponed to the current proposal. |
| Pre-process, convert, post-process, and test *What Is Man?; Hannibal, Huck & Tom; Satires & Burlesques;* and *Early Tales and Sketches, Volumes 1 and 2* for release on MTPO by the end of the grant period | Three of the five have been completed; the remaining two will be completed before the end of the grant period. |
| Manage and curate MTP's metadata, image, and textual datasets, including improvement of their underlying digital infra-structure, accessibility, and reusability both internally and by others | An intricate, ongoing challenge needed to make the transition to a new website a success. |
| Continuously improve and develop MTPO's features and interface, balancing its sustainability with the adoption of modern web technologies and integration of compelling new features | See the sample pages from *Notebooks & Journals.* |
| Optimize workflows to prepare digital texts and data for release on MTPO | We are now using Google Docs and Google Sheets to track work at the XML-encoding, proofreading, revision, and publication stages. This workflow strategy has proven successful with full-time staff and our graduate student assistant since 2022. |
| Fundraising; public relations; administrative functions; reviewing, guiding, revising editors' work | We succeeded in raising more than $450,000 in matchable gifts for the editorial grant, and somewhat more than $130,000 in matchable gifts for the challenge grant. |

### Appendix A: Copies Sold, as of 30 June 2023

| WORKS AND PAPERS | |
|---|---|
| *Letters to His Publishers* (1967) | 4.255 |
| *Which Was the Dream?* (1967) | 5.683 |
| *Satires & Burlesques* (1967) | 6.262 |
| *Mysterious Stranger Manuscripts* (1969) | 17.231 |
| *Correspondence with H. H. Rogers* (1969) | 3.651 |
| *Hannibal, Huck & Tom* (1969) | 4.979 |
| *Fables of Man* (1972) | 4.264 |
| *Roughing It* (1972) | 19.861 |
| *What Is Man?* (1973) | 3.571 |
| *Notebooks & Journals 1* (1975) | 3.243 |
| *Notebooks & Journals 2* (1975) | 3.346 |
| *A Connecticut Yankee* (1979) | 2.301 |
| *The Prince and the Pauper* (1979) | 2.621 |
| *Early Tales & Sketches 1* (1979) | 2.785 |
| *Notebooks & Journals 3* (1980) | 2.181 |
| *The Adventures of Tom Sawyer &c* (1980) | 2.373 |
| *Early Tales & Sketches 2* (1981) | 2.319 |
| *Adventures of Huckleberry Finn* (1988) | 1.863 |
| *Letters 1: 1853–1866* (1988) | 5.030 |
| *Letters 2: 1867–1868* (1990) | 3.012 |
| *Letters 3: 1869* (1992) | 2.953 |
| *Roughing It, revised* (1993) | 1.152 |
| *Letters 4: 1870–1871* (1995) | 1.674 |
| *Letters 5: 1872–1873* (1997) | 1.601 |
| *Letters 6: 1874–1875* (2002) | 1.078 |
| *Adventures of Huckleberry Finn, revised* (2003) | 1.675 |
| *\*Autobiography of Mark Twain 1* (2010) | 521.510 |
| *‡Autobiography of Mark Twain 2* (2013) | 44.444 |
| *Autobiography of Mark Twain 3* (2015) | 19.646 |

| MARK TWAIN LIBRARY | |
|---|---|
| *No. 44, The Mysterious Stranger* (1982/2004) | 32.479 |
| *‡The Adventures of Tom Sawyer* (1983/2010/2021) | 72.279 |
| *Tom Sawyer Abroad & TS. Detective* (1983/2004) | 14.210 |
| *A Connecticut Yankee* (1984/2002) | 35.384 |
| *The Prince and the Pauper* (1984/2002) | 17.882 |
| *Adventures of Huckleberry Finn* (1985) | 79.720 |
| *Huck and Tom among the Indians* (1989/2003) | 10.251 |
| *Roughing It* (1996/2003) | 21.052 |
| *†Adventures of Huckleberry Finn, revised* (2001/2010/2021) | 97.453 |

| OTHER | |
|---|---|
| *The Mysterious Stranger* (1969/2005) | 17.275 |
| *The Devil's Race-Track* (1980/2005) | 15.263 |
| *Huckleberry Finn, Pennyroyal Press* (1985) | 11.501 |
| *Microfilm Edition, Literary Manuscripts* (2001) | —— |
| *Microfilm Edition, Manuscript Letters* (2001) | —— |
| *Microfilm Edition, Prev. Unpub. Letters* (2001) | —— |
| *Is He Dead?* (2003) | 7.182 |
| *†Mark Twain's Helpful Hints* (2004) | 24.459 |
| *Who Is Mark Twain?* (2009) | 34.309 |
| *Mark Twain's Book of Animals* (2010) | 5.993 |
| *Autobiography 1, reader's edition* (2012) | 16.874 |
| *Dear Mark Twain* (2013) | 1.553 |
| *A Family Sketch* (2014) | 2.258 |

[Totals include e-book sales.]

\* UC Press's bestselling book of all time.
† Among the Press's top 10 bestselling books of all time.
‡ Among the Press's top 25 bestselling books of all time.

**Royalties:** The original 1962 contract entitled the Mark Twain Foundation (as copyright holder) to a royalty of 10% of the list price on the first 5,000 copies sold, 12.5% on the next 5,000, and 15% on all copies in excess of 10,000. The 1982 revised contract specified the same royalties but required them to be divided between the Mark Twain Foundation and The Bancroft Library, according to how much of the material published in any given volume was under copyright to the Foundation. For some volumes, like the expensive-to-produce *Letters* series, the Press has contracted to pay royalties only when sales reach several thousand copies. Until the publication of the first volume of the *Autobiography* in 2010, royalties on all of our books payable to The Bancroft Library averaged around $7,500 per annum. We do not expect any current or future volume to match the record of the *Autobiography, Volume 1.* The federal share (roughly 50%) of royalties from the *Autobiography* is currently being spent on project expenses not paid for by the current grant, including salaries and benefits for several staff members.

## Appendix B: Bibliography of Project Publications

Published by University of California Press, except where otherwise stated.

*Adventures of Huckleberry Finn.* Revised edition. Ed. Victor Fischer and Lin Salamo, with the late Walter Blair. **Works of Mark Twain.** 2003. At *Mark Twain Project Online.* 2009.

*Adventures of Huckleberry Finn.* Revised edition. Ed. Victor Fischer and Lin Salamo, with the assistance of Harriet Elinor Smith and the late Walter Blair. **Mark Twain Library** (cloth and paperback). 2001 and (with additional material for the 125th anniversary edition) 2010.

*Adventures of Huckleberry Finn.* Ed. Walter Blair and Victor Fischer, with the assistance of Dahlia Armon and Harriet Elinor Smith. **Works of Mark Twain.** 1988. [Out of print: superseded by the 2003 edition.]

*Adventures of Huckleberry Finn.* Ed. Walter Blair and Victor Fischer. **Mark Twain Library** (cloth and paperback). 1985. [Out of print: superseded by the 2001 edition in the Mark Twain Library.]

*Adventures of Huckleberry Finn.* Illustrated by Barry Moser; foreword by Henry Nash Smith; note on the text by Robert H. Hirst. Pennyroyal Press/California Edition. 1985.

*The Adventures of Tom Sawyer; Tom Sawyer Abroad; Tom Sawyer, Detective.* Ed. John C. Gerber, Paul Baender, and Terry Firkins. **Works of Mark Twain.** 1980.

*The Adventures of Tom Sawyer.* Foreword and notes by John C. Gerber; text established by Paul Baender. **Mark Twain Library** (cloth and paperback). 1983, 2002; augmented 135th anniversary edition, 2010 (also at *Mark Twain Project Online,* 2017).

*Autobiography of Mark Twain, Volume 1.* Ed. Harriet Elinor Smith. Associate eds.: Benjamin Griffin, Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Leslie Myrick. **Mark Twain Papers.** 2010. At *Mark Twain Project Online,* with textual commentaries, 2010.

*Autobiography of Mark Twain, Volume 1.* Reader's Edition, with Mark Twain's text and a brief new introduction. Ed. Harriet Elinor Smith. Associate eds.: Benjamin Griffin, Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Leslie Myrick. 2012.

*Autobiography of Mark Twain, Volume 2.* Ed. Benjamin Griffin and Harriet Elinor Smith. Associate eds.: Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Leslie Myrick. **Mark Twain Papers.** 2013. At *Mark Twain Project Online,* with textual commentaries and other additional material, 2013.

*Autobiography of Mark Twain, Volume 3.* Ed. Benjamin Griffin and Harriet Elinor Smith. Associate eds.: Victor Fischer, Michael B. Frank, Amanda Gagel, Sharon K. Goetz, Leslie Diane Myrick, and Christopher M. Ohge. **Mark Twain Papers.** 2015. At *Mark Twain Project Online,* with textual commentaries and other additional material, 2015.

*A Connecticut Yankee in King Arthur's Court.* Ed. Bernard L. Stein; intro. Henry Nash Smith. **Works of Mark Twain.** 1979.

*A Connecticut Yankee in King Arthur's Court.* Ed. Bernard L. Stein. **Mark Twain Library** (cloth and paperback). 1984, 2002, and 2010.

*Dear Mark Twain: Letters from His Readers.* Ed. R. Kent Rasmussen, with foreword by Ron Powers; texts established by the Mark Twain Project. **Jumping Frogs** (hardcover). 2013.

*The Devil's Race-Track: Mark Twain's Great Dark Writings. The Best from "Which Was the Dream?" and "Fables of Man."* Ed. John S. Tuckey. Reprints texts from the Mark Twain Papers (cloth

and paperback). 1981 and 2005.

*Early Tales & Sketches, Volume 1 (1851–1864).* Ed. Edgar Marquess Branch and Robert H. Hirst, with the assistance of Harriet Elinor Smith. **Works of Mark Twain.** 1979.

*Early Tales & Sketches, Volume 2 (1864–1865).* Ed. Edgar Marquess Branch and Robert H. Hirst, with the assistance of Harriet Elinor Smith. **Works of Mark Twain.** 1981.

*A Family Sketch and Other Private Writings*, by Mark Twain, Livy Clemens, and Susy Clemens. Ed. Benjamin Griffin. **Jumping Frogs** (hardcover). 2014.

*Huck Finn and Tom Sawyer among the Indians, and Other Unfinished Stories.* Ed. Dahlia Armon, Walter Blair, Paul Baender, William M. Gibson, and Franklin R. Rogers. **Mark Twain Library** (cloth and paperback). 1989, 2011. At *Mark Twain Project Online.* 2009.

*The Innocents Abroad.* Ed. Robert Hirst and Harriet Elinor Smith. Associate eds.: Michael B. Frank, Amanda Gagel, and Christopher M. Ohge. **Mark Twain Papers,** forthcoming. At *Mark Twain Project Online,* with textual commentaries and other additional material, forthcoming.

*Is He Dead? A Comedy in Three Acts.* Ed. with foreword, afterword, and notes by Shelley Fisher Fishkin; text established by the Mark Twain Project. **Jumping Frogs** (cloth and paperback). 2003.

*Letters Newly Published, Part 1.* Ed. Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Harriet Elinor Smith. At *Mark Twain Project Online.* 2010.

*Letters Newly Published, Part 2.* Ed. Victor Fischer, with Michael B. Frank, Amanda Gagel, Sharon K. Goetz, Leslie Myrick, and Harriet Elinor Smith. At *Mark Twain Project Online,* forthcoming.

*Mark Twain at Large: His Travels Here and Abroad. An Exhibition from the Mark Twain Papers of The Bancroft Library, University of California, Berkeley. 25 September to 11 December 1998.* Ed. Lin Salamo, Harriet Elinor Smith, and Robert Pack Browning. Design by Mary Scott. Berkeley: The Bancroft Library, UC Printing Services. 1998.

*Mark Twain Project Online.* Ed. the Mark Twain Project. http://www.marktwainproject.org/. Launched 2 November 2007.

*Mark Twain's Book of Animals.* Ed. with introduction, afterword, and notes by Shelley Fisher Fishkin; texts established by the Mark Twain Project. **Jumping Frogs** (cloth and paperback). 2009.

*Mark Twain's Civil War: "The Private History of a Campaign That Failed."* Ed. Benjamin Griffin. Berkeley: The Bancroft Library (limited edition); Berkeley: Heyday (trade edition). 2019.

*Mark Twain's Fables of Man.* Ed. John S. Tuckey, Kenneth M. Sanderson, and Bernard L. Stein. **Mark Twain Papers.** 1972.

*Mark Twain's Hannibal, Huck & Tom.* Ed. Walter Blair. **Mark Twain Papers.** 1969.

*Mark Twain's Helpful Hints for Good Living: A Handbook for the Damned Human Race.* Ed. Lin Salamo, Victor Fischer, and Michael B. Frank. **Jumping Frogs.** 2004.

*Mark Twain's Letters, 1876–1880.* Ed. Victor Fischer, Michael B. Frank, and Harriet Elinor Smith, with Sharon K. Goetz, Benjamin Griffin, and Leslie Myrick. At *Mark Twain Project Online.* 2007.

*Mark Twain's Letters, 1881–1882.* Ed. Victor Fischer, Michael B. Frank, Sharon K. Goetz, and Harriet Elinor Smith, with Amanda Gagel, Benjamin Griffin, Leslie Myrick, and Christopher Ohge. At *Mark Twain Project Online,* forthcoming.

*Mark Twain's Letters to His Publishers, 1867–1894.* Ed. Hamlin L. Hill. **Mark Twain Papers.** 1967.

*Mark Twain's Letters, Volume 1: 1853–1866.* Ed. Edgar Marquess Branch, Michael B. Frank, Kenneth M. Sanderson, Harriet Elinor Smith, Lin Salamo, and Richard Bucci. **Mark Twain Papers.**

1988. At *Mark Twain Project Online.* 2007.

*Mark Twain's Letters, Volume 2: 1867–1868.* Ed. Harriet Elinor Smith, Richard Bucci, and Lin Salamo. **Mark Twain Papers.** 1990. At *Mark Twain Project Online.* 2007.

*Mark Twain's Letters, Volume 3: 1869.* Ed. Victor Fischer, Michael B. Frank, and Dahlia Armon. **Mark Twain Papers.** 1992. At *Mark Twain Project Online.* 2007.

*Mark Twain's Letters, Volume 4: 1870–1871.* Ed. Victor Fischer, Michael B. Frank, and Lin Salamo. **Mark Twain Papers.** 1995. At *Mark Twain Project Online.* 2007.

*Mark Twain's Letters, Volume 5: 1872–1873.* Ed. Lin Salamo and Harriet Elinor Smith. **Mark Twain Papers.** 1997. At *Mark Twain Project Online.* 2007.

*Mark Twain's Letters, Volume 6: 1874–1875.* Ed. Michael B. Frank and Harriet Elinor Smith. **Mark Twain Papers.** 2002. At *Mark Twain Project Online.* 2007.

*Mark Twain's Mysterious Stranger Manuscripts.* Ed. William M. Gibson. **Mark Twain Papers**. 1969.

*Mark Twain's Notebooks & Journals, Volume I (1855–1873).* Ed. Frederick Anderson, Michael B. Frank, and Kenneth M. Sanderson. **Mark Twain Papers.** 1975.

*Mark Twain's Notebooks & Journals, Volume II (1877–1883).* Ed. Frederick Anderson, Lin Salamo, and Bernard L. Stein. **Mark Twain Papers.** 1975.

*Mark Twain's Notebooks & Journals, Volume III (1883–1891).* Ed. Robert Pack Browning, Michael B. Frank, and Lin Salamo; General Editor, Frederick Anderson. **Mark Twain Papers.** 1979.

*Mark Twain's Satires & Burlesques.* Ed. Franklin R. Rogers. **Mark Twain Papers.** 1967.

*Mark Twain's Which Was the Dream? and Other Symbolic Writings of the Later Years.* Ed. John S. Tuckey. **Mark Twain Papers.** 1967.

*Microfilm Edition of Mark Twain's Literary Manuscripts Available in the Mark Twain Papers, The Bancroft Library, University of California, Berkeley.* 2001.

*Microfilm Edition of Mark Twain's Manuscript Letters Now in the Mark Twain Papers, The Bancroft Library, University of California, Berkeley.* 2001.

*Microfilm Edition of Mark Twain's Previously Unpublished Letters.* 2001.

*The Mysterious Stranger Manuscripts.* Ed. William M. Gibson. **Mark Twain Papers** (paperback). 1969 and 2005.

*No. 44, The Mysterious Stranger.* Foreword and notes by John S. Tuckey; text established by William M. Gibson and the staff of the Mark Twain Project. **Mark Twain Library** (cloth and paperback). 1982, 2004, and 2010.

*The Prince and the Pauper.* Ed. Victor Fischer and Lin Salamo, with the assistance of Mary Jane Jones. **Works of Mark Twain.** 1979.

*The Prince and the Pauper.* Foreword and notes by Victor Fischer and Michael B. Frank; text established by Victor Fischer. **Mark Twain Library** (cloth and paperback). 1983, 2002, and 2010.

*Pudd'nhead Wilson: Manuscript and Revised Versions, with "Those Extraordinary Twins."* Edited by Benjamin Griffin. **Works of Mark Twain.** Forthcoming in April 2024.

*Roughing It.* Introduction and explanatory notes by Franklin R. Rogers; text established and textual notes by Paul Baender. **Works of Mark Twain.** 1972. [Superseded by the 1993 edition.]

*Roughing It.* Introduction and explanatory notes by Franklin R. Rogers; text established by Paul Baender. Works of Mark Twain (paperback). 1973. [Out of print: superseded by the Mark

Twain Library edition (1996).]

*Roughing It.* Revised edition. Ed. Harriet Elinor Smith, Edgar Marquess Branch, Lin Salamo, and Robert Pack Browning. **Works of Mark Twain.** 1993. At *Mark Twain Project Online,* 2016.

*Roughing It.* Revised edition. Ed. Harriet Elinor Smith, Edgar Marquess Branch, Lin Salamo, and Robert Pack Browning. **Mark Twain Library.** 1996, 2002, and 2010.

*San Francisco Correspondence, 1865–1866.* Ed. Richard Bucci and Benjamin Griffin. **Works of Mark Twain,** forthcoming. At *Mark Twain Project Online,* forthcoming.

*Tom Sawyer Abroad & Tom Sawyer, Detective.* Foreword and notes by John C. Gerber; text established by Terry Firkins. **Mark Twain Library** (cloth and paperback). 1983, 2004, and 2011.

*Union Catalog of Clemens Letters.* Ed. Paul Machlis. University of California Publications: Catalog and Bibliographies, Volume 1. Printed text and microfiche supplement. 1986.

*Union Catalog of Letters to Clemens.* Ed. Paul Machlis, with the assistance of Deborah Ann Turner. University of California Publications: Catalog and Bibliographies, Volume 8. Printed text and microfiche supplement. 1992.

*What Is Man? and Other Philosophical Writings.* Ed. Paul Baender. **Works of Mark Twain.** 1973.

*Who Is Mark Twain?* Ed. Robert H. Hirst. New York: HarperStudio. 2009.

### Appendix C: Statement of Funding Received

This table includes the original grant for the Works from the U.S. Office of Education (USOE) to John Gerber at the University of Iowa; the several grants from the Center for Editions of American Authors (CEAA), which were actually re-grants from NEH, to the University of California (UC); and all direct grants from NEH to UC. The column headed UC Cost Sharing includes: state monies spent on salaries and benefits; gift monies raised by the Friends of the Bancroft Library to be matched by NEH; and indirect costs forgiven by UC.

**Works of Mark Twain**      **Mark Twain Papers**

| Year | USOE/NEH | UC | CEAA/NEH | UC | Cumulative |
|---|---|---|---|---|---|
| 1964–65 | $182,401 | --- | --- | --- | $182,401 |
| 1965–66 | --- | --- | --- | --- | 182,401 |
| 1966–67 | --- | --- | $21,803 | $16,735 | 220,939 |
| 1967–68 | --- | --- | 21,800 | 16,780 | 259,519 |
| 1968–69 | --- | $9,813 | 6,000 | 48,146 | 323,478 |
| 1969–70 | --- | 10,352 | 21,500 | 48,685 | 404,015 |
| 1970–71 | --- | 10,873 | 18,534 | 49,206 | 482,628 |
| 1971–72 | --- | 11,672 | 30,835 | 50,005 | 575,140 |
| | **NEH** | | | | |
| 1972–73 | $10,211 | $12,767 | $47,627 | $51,100 | $696,845 |
| 1973–74 | 32,451 | 13,450 | 49,749 | 51,783 | 844,278 |
| 1974–75 | 43,009 | 15,596 | 86,580 | 53,929 | 1,043,392 |
| 1975–76 | 47,454 | 16,682 | 97,888 | 16,682 | 1,222,098 |
| | | | **NEH** | | |
| 1976–77 | $60,000 | $18,797 | $123,110 | $18,797 | $1,442,802 |
| 1977–78 | 178,870 | 75,055 | 333,083 | 80,291 | 2,110,101 |
| **Subtotal:** | 554,396 | 195,057 | 858,509 | 502,139 | 2,110,101 |

**Works of Mark Twain, Mark Twain Papers, and Mark Twain Project Online**

| | NEH Federal Matching | UC Cost Sharing | UC Share of Total | Cumulative Total |
|---|---|---|---|---|
| **Subtotal:** | $1,382,905 | $30,000 | $697,196 | 33% | $2,110,101 |
| 1980–82 | 250,000 | 125,000 | 356,473 | 49% | 2,841,574 |
| 1982–84 | 249,511 | 225,131 | 515,064 | 52% | 3,831,280 |
| 1984–86 | 250,000 | 173,000 | 550,644 | 57% | 4,804,924 |
| 1986–88 | 200,000 | 350,159 | 1,216,356 | 69% | 6,571,439 |
| 1988–90 | 170,000 | 235,000 | 711,443 | 64% | 7,687,882 |
| 1990–92 | 160,000 | 290,000 | 958,659 | 68% | 9,096,541 |
| 1992–93 | 90,000 | 150,000 | 526,655 | 70% | 9,863,196 |
| 1993–95 | 160,000 | 300,000 | 926,969 | 67% | 11,250,165 |
| 1995–98 | 160,000 | 268,221 | 859,496 | 67% | 12,537,882 |
| 1998–99 | 120,000 | 150,000 | 404,184 | 60% | 13,212,066 |
| 1999–2001 | 160,000 | 288,000 | 737,497 | 62% | 14,397,563 |
| 2001–03 | 160,000 | 75,000 | 927,130 | 80% | 15,559,693 |
| 2003–06 | 100,000 | 400,000 | 1,365,093 | 73% | 17,424,786 |
| 2006–08 | 100,000 | 500,000 | 991,405 | 62% | 19,016,191 |
| 2008–10 | 200,000 | 200,000 | 1,027,552 | 72% | 20,443,743 |
| 2010–12 | 200,000 | 200,000 | 392,614 | 50% | 21,236,357 |
| 2012–14 | 250,000 | 200,000 | 904,794 | 67% | 22,591,151 |

| 2014–16 | $250,000 | $200,000 | $1,891,849 | 81% | $24,933,000 |
|---|---|---|---|---|---|
| 2016–18 | 350,000 | 350,000 | 1,864,734 | 73% | 27,497,734 |
| 2018–20 | 350,000 | 350,000 | 2,069,990 | 75% | 30,267,724 |
| 2020–21 | 50,000 | 125,000 | 1,176,590 | 87% | 31,619,314 |
| 2021–24 | --- | 450,000 | 3,975,803 | 89% | 36,045,117 |
| **TOTALS:** | 5,362,416 | 5,634,511 | 25,048,190 | --- | 36,045,117 |
| **NEH Total: $10,996,927** | | | **UC Total: $25,048,190** | | |



NATIONAL ENDOWMENT FOR THE
# Humanities

# Budget Form

Applicant Institution: *The Regents of the University of California*
Project Director: *Robert H. Hirst*
Project Grant Period: *10/1/2024 through 9/30/2027*

click for Budget Instructions

| | Computational Details/Notes | (notes) | Year 1 10/01/2024-09/30/2025 | Year 2 10/01/2025-09/30/2026 | Year 3 10/01/2026-09/30/2027 | Project Total |
|---|---|---|---|---|---|---|
| **1. Salaries & Wages** | | | | | | |
| Writer/Editor IV, Benjamin Griffin | Annual salary: $114,996 | 74% | $85,097 | $59,223 | $61,000 | $205,320 |
| Writer/Editor IV, Blake Bronson-Bartlett | Annual salary: $107,988 | 70% | $75,592 | $55,614 | $57,282 | $188,488 |
| Writer/Editor IV, Kerry Driscoll | Annual salary: $128,496 | 79% | $101,512 | $66,175 | $68,161 | $235,848 |
| | | | | | | |
| **2. Fringe Benefits** | | | | | | |
| Staff | 42.8% | | $112,222 | $77,473 | $79,797 | $269,492 |
| **3. Consultant Fees** | | | | | | |
| | | | | | | |
| **4. Travel** | | | | | | |
| | | | | | | |
| **5. Supplies & Materials** | | | | | | |
| | | | | | | |
| **6. Subawards** | | | | | | |
| | | | | | | |
| **7. Other Costs** | | | | | | |

| 8. Total Direct Costs | Per Year | $374,422 | $258,485 | $266,240 | $899,147 |
|---|---|---|---|---|---|
| 9. Total Project Costs | | | | | $899,147 |
| | | | | | |
| 10. Project Funding | | a. Granted from NEH | | Federal Matching Funds: | $450,000 |
| | | | | Outright: | |
| | | | | TOTAL NEH AWARD: | $450,000 |
| | | b. Cost Sharing | | Third-Party Contributions: | |
| | | | | Gifts | $450,000 |
| 12. Total Project Funding | | | | Project Funding: | $900,000 |

**Budget Justification**

**Personnel / Role on Project:**
Benjamin Griffin: Writer/Editor IV (50% effort, Yrs. 1&2, 30% effort Yr.3)
Blake Bronson-Bartlett: Writer/Editor IV (48% effort, Yr. 1; 50% effort, Yrs. 2&3)
Kerry Driscoll: Writer/Editor IV (40% effort, Yr. 1; 30% effort, Yrs. 2&3)

**Salaries:**
Salary figures are projected. The dollar amount shown includes editorial staff costs and takes into account
the University's policy on merit increases for career personnel.[1]

(Year 1):
Benjamin Griffin ($9,583/month * 50%) * 12 months = $57,498
Blake Bronson-Bartlett ($8,999/month * 48%) * 12 months = $51,834
Kerry Driscoll ($10,708/month * 40%) * 12 months = $51,398

(Year 2):
Benjamin Griffin ($9,870/month * 50%) * 12 months = $59,223
Blake Bronson-Bartlett ($9,269/month * 50%) * 12 months = $55,614
Kerry Driscoll ($11,029/month * 30%) * 12 months = $39,705

(Year 3):
Benjamin Griffin ($10,166/month * 30%) * 12 months = $36,600
Blake Bronson-Bartlett ($9,547/month * 50%) * 12 months = $57,282
Kerry Driscoll ($11,359/month * 30%) * 12 months = $40,896


**Composite benefit rate** @ 42.8% for staff personnel (Year 1):
Benjamin Griffin ($9,583/month * 50% * CBR benefits 42.8%) * 12 months = $24,609
Blake Bronson-Bartlett ($8,999/month * 48% * CBR benefits 42.8%) * 12 months = $22,185
Kerry Driscoll ($10,708/month * 40% * CBR benefits 42.8%) * 12 months = $21,999

**Composite benefit rate** @ 42.8% for staff personnel (Year 2):
Benjamin Griffin ($9,870/month * 50% * CBR benefits 42.8%) * 12 months = $25,346
Blake Bronson-Bartlett ($9,269/month * 50% * CBR benefits 42.8%) * 12 months = $23,803
Kerry Driscoll ($11,029/month * 30% * CBR benefits 42.8%) * 12 months = $16,993

**Composite benefit rate** @ 42.8% for staff personnel (Year 3):
Benjamin Griffin ($10,166/month * 30% * CBR benefits 42.8%) * 12 months = $15,664
Blake Bronson-Bartlett ($9,547/month * 50% * CBR benefits 42.8%) * 12 months = $24,517
Kerry Driscoll ($11,359/month * 30% * CBR benefits 42.8%) * 12 months = $17,502

No travel or supplies have been budgeted.

The remainder of salaries and benefits for the three editors listed above, and for editor Terence Catapano,
will be paid through applicant contributions (i.e. individual and foundation gifts) to be raised over the
three-year period (2024–2027). In addition, indirect costs totaling $257,067 will be included in the
project's cost share.

Total cost share for the Mark Twain Project, for years 2024–2027, will be $2,956,703.

- Foundation gifts[2]: $225,000
- Individual gifts[3]: $1,200,000

---

[1] Years 2 & 3 assume a 3% average annual merit increase.

[2] Based on the previous two years' dollar amounts. Gifts recur annually.

[3] Based on the previous two years' individual donor gifts received. Ninety-five percent of the total gifts are recurring.

**Budget Justification**

**Personnel / Role on Project:**
Robert H. Hirst: General Editor/Project Manager (60% effort)
Blake Bronson-Bartlett: Writer/Editor IV (70% effort)
Terence Catapano: Digital Publications Manager (70% effort)
Kerry Driscoll: Writer/Editor IV (100% effort)
Benjamin Griffin: Writer/Editor IV (100% effort)

**Salaries:**
Salaries are projected. 30% of the salaries of staff members Bronson-Bartlett and Catapano will be paid from the existing Challenge Grant. The dollar amount shown includes editorial staff costs and takes into account the University's policy on merit increases for career personnel.[1]

(Year 1):
Blake Bronson-Bartlett ($8,999/month * 70%) * 12 months = $75,592
Terence Catapano ($9,577/month * 70%) * 12 months = $80,447
Kerry Driscoll ($10,708/month * 100%) * 12 months = $128,496
Benjamin Griffin ($9,583/month * 100%) * 12 months = $114,996

(Year 2):
Blake Bronson-Bartlett ($9,269/month * 70%) * 12 months = $77,860
Terence Catapano ($9,864/month * 70%) * 12 months = $82,858
Kerry Driscoll ($11,029/month * 100%) * 12 months = $132,348
Benjamin Griffin ($9,870/month * 100%) * 12 months = $118,440

(Year 3):
Blake Bronson-Bartlett ($9,547/month * 70%) * 12 months = $80,195
Terence Catapano ($10,159/month * 70% *) * 12 months = $85,336
Kerry Driscoll ($11,359/month * 100%) * 12 months = $136,308
Benjamin Griffin ($10,166/month * 100%) * 12 months = $121,992

**Composite benefit rate** @ 42.8% for staff personnel (Year 1):
Blake Bronson-Bartlett ($8,999/month * 70% * CBR benefits 42.8%) * 12 months = $32,353
Terence Catapano ($9,577/month * 70% * CBR benefits 42.8%) * 12 months = $34,431
Kerry Driscoll ($10,708/month * 100% * CBR benefits 42.8%) * 12 months = $54,996
Benjamin Griffin ($9,583/month * 100% * CBR benefits 42.8%) * 12 months = $49,218

**Composite benefit rate** @ 42.8% for staff personnel (Year 2):
Blake Bronson-Bartlett ($9,269/month * 70% * CBR benefits 42.8%) * 12 months = $33,324
Terence Catapano ($9,864/month * 70% * CBR benefits 42.8%) * 12 months = $35,463
Kerry Driscoll ($11,029/month * 100% * CBR benefits 42.8%) * 12 months = $56,645
Benjamin Griffin ($9,870/month * 100% * CBR benefits 42.8%) * 12 months = $50,692

**Composite benefit rate** @ 42.8% for staff personnel (Year 3):
Blake Bronson-Bartlett ($9,547/month * 70% * CBR benefits 42.8%) * 12 months = $34,323
Terence Catapano ($10,159/month * 70% * CBR benefits 42.8%) * 12 months = $36,523
Kerry Driscoll ($11,359/month * 100% * CBR benefits 42.8%) * 12 months = $58,340
Benjamin Griffin ($10,166/month * 100% * CBR benefits 42.8%) * 12 months = $52,213

No travel or supplies have been budgeted.

PI Robert Hirst's salary (a total of $796,800, and benefits, $274,099 – he will supervise the proposed grant 60% of his time during the grant period) will be paid on state general funds.

The remainder of salaries and benefits for the three editors listed above will be paid through applicant contributions (i.e. individual and foundation gifts) to be raised over the three-year period (2024-2027). In addition, indirect costs totaling $705,354 will be included in the project's cost share.

Total cost share for the Mark Twain Project, for years 2024-2027, will be $2,929,662.

**Applicant's Contribution Derivation:**

$2,384,287 – Applicant's direct cost contributions.
$953,715 – Indirect costs (40%) on Applicant's direct cost contributions and Third Party
    contributions, which are all direct costs.
$180,000 – Waived indirect costs (40%) on Federal Matching Funds, which are all direct costs.
$2,384,287 – Total Applicant's Contributions.

**Potential Sources of Funds**:
- Foundation gifts[2]: $225,000
- Individual gifts[3]: $1,200,000

---

[1] Years 2 & 3 assume a 3% average annual merit increase.
[2] Based on the previous two years' dollar amounts. Gifts recur annually.
[3] Based on the previous two years' individual donor gifts received. Ninety-five percent of the total gifts are recurring.