# EXHIBIT C



**NATIONAL ENDOWMENT FOR THE**
# HUMANITIES

August 28, 2024

Jessie Brown
Contract and Grant Officer
Sponsored Projects Office
University of California, Berkeley
1608 Fourth Street, Suite 220
Berkeley, CA 94710-1749

Application Number: RQ-300297

Dear Ms. Brown:

Congratulations! I am pleased to inform you that application RQ-300297 entitled "Mark Twain Project" under the direction of Robert H. Hirst has been approved to receive an offer for funding. The National Endowment for the Humanities (NEH) offers the University of California, Berkeley support for this project in an amount not to exceed $450,000.00 in federal matching funds, subject to the following condition:

NEH offers to provide federal matching funds of up to $450,000 on condition that (a) an equal amount of eligible non-federal, third-party gifts is raised and either certified or forwarded to NEH by June 30, 2027, and (b) sufficient funds allocated for matching purposes are available in the Division of Research Programs. It should be noted that this offer may be withdrawn at any time by the chair of NEH. Please see the Federal Matching Fund Guidelines (available at https://www.neh.gov/grants/manage/federal-matching-funds-guidelines) for details on the eligibility of gifts and their certification.

We anticipate that the federal matching funds for this project will be provided incrementally during the period of performance. Recipients are nevertheless encouraged to certify all eligible gifts as soon as possible so that NEH will be able to amend the award as soon as matching funds become available for this project.

If you wish to accept this offer of support, your response to the above condition(s) and the Gift Certification Form must be submitted via eGMS Reach, NEH's online electronic grant management system no later than June 30, 2027. Instructions for accessing eGMS Reach can be found below. Please note that the Endowment's review of the material requested and the preparation of the award documents require approximately four weeks.

NEH is making available to you our online electronic grant management system, eGMS Reach. You will be able to view offer and award letters, view and submit reports, receive alerts and notifications regarding the grants you manage, and send messages to NEH staff to raise questions and concerns.

When accessing eGMS Reach for the first time, go to https://reach.neh.gov/, click the Sign In Help link, and follow the on screen instructions. An e-mail message will be sent to you with a link to select a password.

This "offer" letter does not constitute an award. It formally communicates the level of funding recommended for the project and the conditions that must be met before an award will be issued by NEH. Should you have any questions concerning this offer of support, please feel free to contact Peter Scott at pscott@neh.gov, or Jason Boffetti at jboffetti@neh.gov.

NEH staff look forward to working with you.

Sincerely,

Shelly C. Lowe (Navajo)
Chair