| | |
|---|---|
| 1 | Erwin Chemerinsky (*pro hac vice* forthcoming)<br>echemerinsky@law.berkeley.edu |
| 2 | Claudia Polsky (CA Bar No. 185505)<br>cpolsky@law.berkeley.edu |
| 3 | U.C. BERKELEY SCHOOL OF LAW<br>Law Building |
| 4 | Berkeley, CA 94720-7200<br>Telephone: 510.642.6483 |
| 5 | |
| 6 | Elizabeth J. Cabraser (CA Bar No. 83151)<br>ecabraser@lchb.com |
| 7 | Richard M. Heimann (CA Bar No. 63607)<br>rheimann@lchb.com |
| 8 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 9 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| 10 | Telephone: 415.956.1000 |
| 11 | Anthony P. Schoenberg (CA Bar No. 203714)<br>tschoenberg@fbm.com |
| 12 | FARELLA BRAUN + MARTEL LLP<br>One Bush Street, Suite 900 |
| 13 | San Francisco, CA 94104<br>Telephone: 415. 954.4400 |
| 14 | *Attorneys for Plaintiffs and the Proposed Class* |
| 15 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated, | Case No. 3:25-cv-04737-RL |
| | | **DECLARATION OF RENA DORPH** |
| | Plaintiffs, | |
| | v. | The Honorable Rita F. Lin |
| | DONALD J. TRUMP, in his official capacity as President of the United States;<br>DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE");<br>AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency;<br>NATIONAL SCIENCE FOUNDATION; | |
| | [*caption cont'd next page*] | |

| | |
|---|---|
| 1 | |
| 2 | BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation; |
| 3 | NATIONAL ENDOWMENT FOR THE HUMANITIES; |
| 4 | MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities; |
| 5 | |
| 6 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; |
| 7 | LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; |
| 8 | UNITED STATES DEPARTMENT OF AGRICULTURE; |
| 9 | BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; |
| 10 | AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); |
| 11 | |
| 12 | JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps; |
| 13 | UNITED STATES DEPARTMENT OF DEFENSE; |
| 14 | PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; |
| 15 | UNITED STATES DEPARTMENT OF EDUCATION; |
| 16 | LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; |
| 17 | UNITED STATES DEPARTMENT OF ENERGY; |
| 18 | CHRIS WRIGHT, in his official capacity as Secretary of Energy; |
| 19 | UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; |
| 20 | ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; |
| 21 | |
| 22 | UNITED STATES CENTERS FOR DISEASE CONTROL; |
| 23 | MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control; |
| 24 | UNITED STATES FOOD AND DRUG ADMINISTRATION; |
| 25 | MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration; |
| 26 | |
| 27 | UNITED STATES NATIONAL INSTITUTES OF HEALTH; |
| 28 | JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of |

DECLARATION OF RENA DORPH

46686\20410444.1

| | |
|---|---|
| 1 | Health; |
| 2 | INSTITUTE OF MUSEUM AND LIBRARY SERVICES; |
| 3 | KEITH SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services; |
| 4 | UNITED STATES DEPARTMENT OF THE INTERIOR; |
| 5 | DOUG BURGUM, in his official capacity as Secretary of the Interior; |
| 6 | UNITED STATES DEPARTMENT OF STATE; |
| 7 | MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; |
| 8 | DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of |
| 9 | Transportation, |
| 10 | Defendants. |

DECLARATION OF RENA DORPH

46686\20410444.1

# **DECLARATION OF RENA DORPH**

I, Rena Dorph, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently to them.

2. I am the Director of The Lawrence Hall of Science at University of California, Berkeley (UCB). I have worked there since 2003, when I joined as Director of its Research Group.

3. I have worked in the field of education, with a focus on research and evaluation, for over 25 years. Prior to joining The Lawrence Hall of Science, I served as Director for Research, Policy, and Technology in the Teacher Education and Professional Development Unit of the University of California Office of the President; as an educational consultant for California schools, districts, and county offices of education; as the Lead Researcher for the School Restructuring Study at UC Berkeley; and worked for the National Center for Restructuring Education, Schools, and Teaching at Columbia University/Teachers College in New York City.

4. I also serve on many governing and advisory boards, including the Board of Directors of the Association for Science and Technology Centers (ASTC) and WestEd. I additionally serve as the Principal Investigator for multiple STEM learning R&D projects.

5. I received a B.A. in Psychology from the University of California, Davis. I received my M.A. in the Sociology of Education from Teachers College at Columbia University. I received my Ph.D. in Educational Policy, Organization, Measurement, and Evaluation from University of California, Berkeley's Graduate School of Education.

6. My job as Director of The Lawrence Hall of Science includes overseeing more than 30 staff members with academic appointments. Many of these research and STEM learning experts rely heavily on federal grant funding to conduct their research; to deliver on-site educational activities for museum visitors; to create and deliver professional learning opportunities for educators and educational leaders; and to provide off-site STEM education to local youth, among other activities. Our staff researchers and learning designers also benefit the

1  public nationally by developing K-12 science curriculum for states and districts to adopt and for
2  districts, schools, and teachers to implement. We estimate that these science curricular materials
3  are used by over 7 million students in K-12 classrooms across the United States.
4     7.    The abrupt and unexpected termination of numerous grants to The Lawrence Hall
5  of Science that were previously awarded by the National Science Foundation (NSF) and the
6  Institute for Museum and Library Services (IMLS) has already had a significant negative effect
7  on our operations as we scramble to locate alternative funding sources, if available. In the wake
8  of this precipitous loss of expected and relied-upon funding, many of our staff fear for their jobs.
9  These grant terminations pose a serious ongoing threat to the viability of much of the institution's
10 work, and to our ability to retain our specialized, highly educated and skilled research staff.
11    8.    To communicate the severity of the impact of the sudden federal grant
12 terminations on The Lawrence Hall of Science that has arisen since President Trump's
13 inauguration, in April 2025 I prepared for our campus leadership a memorandum titled "Impact
14 and Implications of Federal Grant Terminations (to-date)." A true and correct copy of that
15 memorandum, which cumulates harms to The Lawrence Hall of Science as of late April, is
16 attached as Exhibit A.
17     I declare under penalty of perjury under the laws of the State of California and the United
18 States that the foregoing is true and correct.

    Executed this 4 day of June, 2025.



Rena Dorph

- 2 -    DECLARATION OF RENA DORPH

46686\20410444.1