# EXHIBIT C



**Dr. Samuel D. Pimentel**  429 Evans Hall
Assistant Professor  Berkeley, CA 94720
Department of Statistics  spi@berkeley.edu
  https://www.stat.berkeley.edu/~spi/



May 11, 2023

Lena S. Sun, MD, FAAP, D.ABA
Emanuel M. Papper Professor of Pediatric Anesthesiology
Professor of Anesthesiology and Pediatrics
Executive Vice Chairman, Department of Anesthesiology
Chief, Division of Pediatric Anesthesia
College of Physicians and Surgeons
Columbia University
CH 4-440 North
622 West 168th Street
New York, New York 10032

Dear Dr. Sun,

This letter signifies my willingness to collaborate as a co-investigator on your proposed project entitled, "Health and Neurodevelopmental Outcomes in Infants at Risk for Neonatal Opioid Withdrawal Syndromes (NOWS): Effects of Timing and Duration of Prenatal Opioid Exposure (POE) & Postnatal Management with Eat-Sleep-Console (ESC)."

I am Assistant Professor of Statistics at the University of California, Berkeley. My primary expertise is in constructing and analyzing multivariate matched samples within large observational datasets including medical claims databases and electronic health records. My work has been published in leading statistical journals, and I have worked closely with clinicians to apply matching techniques in studies of health outcomes. I am the author and maintainer of several software packages for matching, including rcbalance in R, which has been used to conduct statistical analysis in several recent studies in health services research. We worked together previously on the project "Neurobehavioral Outcomes in Children Following Exposures to Maternal Opioids Use: Analysis of the Kaiser Permanente Northern California Birth Cohort," which is closely related to the proposed work.

The current proposal is novel in its use of a high-quality dataset to analyze long-term outcomes related to different forms of perinatal opioid exposure (POE) and different management strategies for POE. The planned research will be greatly enhanced by the use of new multivariate matching tools, which are especially appropriate for a setting like this one in which concerns are high about comparability of groups.

I look forward with enthusiasm to working closely with you and with the strong multifaceted research team you have created for this proposal.

Sincerely,

*[signature]*

Samuel D. Pimentel, PhD