# EXHIBIT F

# Phoebe Award Summary: 058184-003

PIs and Campus RAs always are responsible for reading and understanding all of the award terms and conditions found in the award document. The Phoebe Award Summary is provided as a courtesy to summarize certain elements of the award. Errors found on the PAS should be reported to Froylan Fernandes at ffernandes@berkeley.edu.

## PI Summary

**Funding Change**  $55,122

| | |
|---|---|
| Project Title | **Health and Neurodevelopmental Outcomes in Infants at Risk for Neonatal Opioid Withdrawal Syndromes: Effects of Timing and Duration of Prenatal Opioid Exposure & Postnatal Management with ESC** |
| Principal Investigator | Sam Pimentel |
| Lead Unit | PSTAT Statistics |
| SPO/IAO Contact | Artawood Chitamitara |
| Sponsor | 009564 Columbia University |
| Prime Sponsor | 003600 DHHS FDA Food and Drug Administration |
| Award Transaction Comment | **Additional Budget Period 9/30/2024 - 09/29/2025 and Additional Funding $55,122.** |
| Award Type | Contract |
| Transaction Type | Modification |
| Sponsor Award Number | 1(GG018863-01) |
| Sponsor Modification Number | 01 |

## Financial Information

### BFS Chart of Accounts

| Fund | Dept. ID | Function | CF1 | CF2 |
|---|---|---|---|---|
| 86475 | 13090 | 44 | | PSPIM |

### Budget Periods

| Phoebe Award Number | Begin Date | End Date | Anticipated | Obligated | Funding Change |
|---|---|---|---|---|---|
| 058184-002 | 9/30/23 | 9/29/24 | $52,555 | $52,555 | |
| **058184-003** | **9/30/24** | **9/29/25** | **$55,122** | **$55,122** | **$55,122** |

**Anticipated Total**  $107,677  for the project period  9/30/23 – 9/29/25

### Fund Advance

| | |
|---|---|
| Authorized Amount: | **$52,555** |
| Effective Date: | **5/28/24** |

### Indirect Cost Information

| Rate | Base Type | On/Off Campus | Waiver/Reduction |
|---|---|---|---|
| 60.5% | MTDC | On | |

Generated: February 21, 2025, 5:25 PM

## Comments and Special Terms

| | |
|---|---|
| **General Comments** | Please review award document carefully for intellectual property, procurement, financial, and other terms and conditions. |
| **Referenced Document** | E-Verify applies |
| | Informed Participation: please review document type "Informed Participation" in Phoebe Search under this award record for further information. |
| | This award is subject to the Research Terms and Conditions. Additional information can be accessed here: https://www.nsf.gov/awards/managing/rtc.jsp |
| | This award is subject to the Uniform Guidance 2 CFR 200. Additional information can be accessed here: https://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title02/2cfr200_main_02.tpl |
| | Principal Investigators are responsible for informing all members of the project team that procuring, obtaining, providing, or using any telecommunications equipment produced by Huawei Technologies Company, ZTE Corporation (or any subsidiary or affiliate of such entities), Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, Dahua Technology Company (or any subsidiary or affiliate of such entities), or any other entity reasonably believed to be owned or controlled by, or otherwise connected to, the government of a covered foreign country is strictly prohibited. Note that personal device use, including cell phone use, except for personal use, is included in the prohibition. In addition, PIs are advised to work closely with Supply Chain Management on procurement of any third-party services. Any known breach of the ban must be reported to SPO as soon as reasonably possible. |

## Compliance Review

| Type | Protocol Number | Approval Status | Approval Date | Expiration Date |
|---|---|---|---|---|
| Financial disclosure | | Negative | | |

## Reporting Requirements

Reports listed here are final reports only. Please see your award terms for required interim reports and schedules.

| | |
|---|---|
| Final technical report due: | As required |
| Final intellectual property (patents and inventions) report due: | As required |

## Other Details

| | |
|---|---|
| CFDA | |
| Activity Type | Applied research |
| Project Type | Regular |
| FDP/RTC | No |
| Equipment Title | Other |
| Phoebe Proposal ID(s) | 20233529, 36833 |

SAPO: G19718

# Amendment to a Subcontract / Subaward Under a Federal Contract

| | | | |
|---|---|---|---|
| Federal Awarding Agency | Food and Drug Administration | Amendment No. | 01 |
| Federal Awarding Agency Contract Number | 75F40123C00211 | Subcontract No. | 1(GG018663-02) |

**PTE - Contractor** | **Subrecipient - Subcontractor**

| | | | |
|---|---|---|---|
| Entity Name | The Trustees of Columbia University in the City of New York | | The Regents of the University of California |
| Contact Email | subawards-CUMC@columbia.edu | | spoawards@berkeley.edu |
| Principal Investigator | Lena Sun | | Sam Pimentel |

Project Title: Health and Neurodevelopmental Outcomes in Infants at Risk for Neonatal Opioid Withdrawal Syndromes (NOWS): Effects of Timing and Duration of Prenatal Opioid Exposure (POE) & Postnatal Management with Eat-Sleep-Console (ESC)

**Cumulative Budget Period(s)**
Start Date (Agreement Start Date): 09/30/2023
End Date (End Date of Latest Budget Period): 09/29/2025
Amount Funded This Action: $ 55,122.00
Total Amount of Funds Obligated to Date: $ 107,677.00

Subrecipient Cost Share: ☐   Subject to FFATA: ☐   Subrecipient UEI (Unique Entity Identifier - May leave blank if unchanged from prior Agreement): GS3YEVSS12N6

## Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Subcontract Agreement as follows:

■ **Additional Budget Period**
Additional budget period 09/30/2024 - 09/29/2025 is hereby added to this Subaward.

☐ **No Cost Extension**

■ **Additional Funding**
Additional funding in the amount of $ 55,122.00 is hereby obligated to this Subaward.

☐ **Deobligation**

**Carryover is** Not Automatic   Carryover across budget periods requires prior approval.

☐ **Carryover Authorized**

If carryover is not automatic, the "Total Amount of Funds Obligated to Date" stated above may not reflect the actual balance available. The Subrecipient is responsible for tracking unobligated balances and subsequent carryover approvals from prior budget periods. In the event that funding was not fully expended by the Subrecipient during the prior period, the Subrecipient is not authorized to use funds from any prior periods, unless approval is granted by the PTE.

■ **Detailed Budget/Scope of Work/Notice of Award Attached** (Specify if the Budget and Scope of Work are "New", "Revised", or "Supplemental" in dropdown or "Other")
A Scope of Work & Budget is incorporated by attachment to this Amendment.

■ **Other (See Below)**

CHANGE IN SUBCONTRACT NUMBER & SUBCONTRACT PURCHASE ORDER NUMBER (SAPO):

The subcontract number has changed from GG018663-01 to GG018663-02.

The SAPO has changed from G18498 to G19718.

*For clarity: all amounts stated in this amendment are in United States Dollars.*

**All other terms and conditions of this Subcontract Agreement remain in full force and effect.**

| By an Authorized Official of Contractor: | Date | By an Authorized Official of Subcontractor: | Date |
|---|---|---|---|
| *Rosa Rivera* (Signed by 8A41B0922D6C433...) | 2/11/2025 \| 12:15:34 PM PST | *Margaret Nguyen* | Feb 10, 2025 |
| Name: Rosa Rivera | | Name: Margaret Nguyen | |
| Title: Director | | Title: Contract and Grant Officer, Sponsored Projects Office | |

| |
|---|
| **Attachment 1** <br> **Statement of Work and Budget** |

[REMAINDER OF THIS PAGE INTENTINALLY LEFT BLANK]

**Scope of Work / Biosketch**
**Subcontract for University of California, Berkeley**


PI: Lena S. Sun, MD, FAAP, D.ABA (Columbia)
Subcontract Samuel Pimentel, PhD (UC Berkeley)

Project Title: "Health and Neurodevelopmental Outcomes in Infants at Risk for Neonatal Opioid Withdrawal Syndromes (NOWS): Effects of Timing and Duration of Prenatal Opioid Exposure (POE) & Postnatal Management with Eat-Sleep-Console (ESC)"
Project start / end: 9/1/2023 – 8/31/2027

Samuel D. Pimentel (Contributor, 10% effort in Years 1 through 4)
Dr. Pimentel will contribute to this project as the lead statistician. He will oversee the design and construction of matched samples using the data in the Kaiser Permanente Birth Cohort, and will direct the statistical analyses of these samples. He will also participate in drafting manuscripts and will oversee the work of the graduate student researcher at UC Berkeley. Dr. Pimentel is Assistant Professor of Statistics at the University of California, Berkeley.



University of California, Berkeley
Proposed Budget

## Summary Budget

Ver.13.3 4/23

| | | | |
|---|---|---|---|
| **Principal Investigator:** | Sam Pimentel | | 9/1/23 |
| **Title:** | Health and Neurodevelopmental Outcomes in Infants at Risk for Neonatal Opioid Withdrawal Syndrome | | 8/31/27 |

| | | Year: | Two |
|---|---|---|---|
| **SALARIES** | | | |
| | Faculty | | 19,164 |
| | Grad. Student Researchers | | 12,554 |
| | Other Personnel | | 0 |
| | **Salary Subtotal** | | 31,717 |
| **BENEFITS** | Benefits Subtotal | | 2,627 |
| | **Personnel Subtotal** | | 34,344 |
| **TRAVEL** | Domestic | | 0 |
| | Foreign | | 0 |
| | **Travel Subtotal** | | 0 |
| **EQUIPMENT** | **Equipment Subtotal** | | 0 |
| **SUPPLIES** | Laptops | | 0 |
| | Publications | | 0 |
| | Other | | 0 |
| | Consultants | | 0 |
| | Expendable Research Supplies | | 0 |
| | **Supply/Expense Subtotal** | | 0 |
| **Total Direct Costs** | | | 34,344 |
| **Modified Total Direct Costs** | | | 34,344 |
| **Indirect Costs** | | | 20,778 |
| | **TOTAL COST FOR YEAR** | | 55,122 |

1

## BUDGET JUSTIFICATION

SENIOR PERSONNEL:

 Principal Investigator (Sam Pimentel): Professor Pimentel, at the University of California at Berkeley, will be the Principal Investigator (PI) of this project and will provide overall direction and oversight of the research project. Responsibilities include overseeing the design and the analysis of multivariate matched samples from the Kaiser Permanente database, conducting outcome analyses, and drafting and editing manuscripts, especially sections on methodology and results. He will also work with Prof. Lena Sun in the Department of Anesthesiology at the Columbia University Medical Center . In addition to overall project responsibility, the PI will supervise one Graduate Student Researcher (GSR) working on the project. He will commit 1.2 summer month(s) per year.

OTHER PERSONNEL:

 Graduate Student Researcher (TBD): The GSR will assist the PI, as directed, in conducting research and contribute to the drafting and dissemination of results. The GSR will commit 3 summer months in years 1 and 2, and 2 summer months in years 3 and 4.

**Salary Escalations**

| Escalation Group | FY24 | FY25 | FY26 | FY27 | FY28 |
|---|---|---|---|---|---|
| Faculty, effective 7/1 | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% |
| Academic Researchers (ARs), effective 7/1/23 and annually on 7/1 | 4.50% | 3.50% | 3.50% | 3.50% | 4.00% |
| Non-Academic, effective 7/1 | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% |
| Postdoctoral Researchers (Postdocs), effective 10/1/23 and annually on 10/1 | 7.50% | 3.50% | 3.50% | 3.70% | 3.00% |
| Graduate Student Researchers (GSRs), effective 10/1/23 and annually on 10/1 | 6.40% | 6.40% | 6.40% | 6.40% | 6.40% |

*Salaries are based on actual salaries at time of submission and are projected to include yearly escalations as per the table above. Postdoc and GSR salaries are based on experience level and escalated annually in October. All other titles escalate in July.*

FRINGE BENEFITS:

 The University of California, Berkeley Composite Fringe Benefit Rates (CFBR) have been reviewed and federally approved by the Department of Health and Human Services (DHHS) on 06/25/2020 for use by all fund sources for UC Berkeley's FY20-21. Rates beyond June 30, 2021 are estimates and are provided for planning purposes only. Future CFBR rates are subject to review and

approval by DHHS on an annual or bi-annual basis. Fringe benefits are assessed as a percentage of the respective employee's salary. The benefit rates are as follows:

*In January 2023, the campus submitted the fiscal year 2023-24 proposed composite benefit rates (CBRs) to the federal government. For budget planning purposes, the submitted proposed CBR rates listed below are being used in this proposal. Proposed UCB Composite Benefit Rates (1/2023)*

| CBR Rate Group | Approved | | Proposed | | Projections for Planning Purposes --> | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 |
| Limited | 17.4% | 16.4% | 14.4% | 14.0% | 12.2% | 12.2% | 12.2% |
| Students (Graduate and Undergraduate) | 2.4% | 2.4% | 2.6% | 2.8% | 2.3% | 2.3% | 2.3% |

*For more information, please see: http://www.spo.berkeley.edu/policy/benefits/benefits.html*

The University of California provides full remission of tuition, fees, and graduate student health insurance to all graduate students who are employed on-campus 45% time or greater during the academic year. For FY22-23, the rate for out-of-state remission is $17,975 per semester, which is escalated annually in the budget at a rate of 4% each year. For FY22-23, the rate for in-state remission is $10,424 per semester, which is escalated annually in the budget at a rate of 4% each year. Additional information regarding the fee remission program and fees can be found at: http://grad.berkeley.edu/financial/fee-remissions/ and https://registrar.berkeley.edu/tuition-fees-residency/tuition-fees/fee-schedule.

INDIRECT COSTS:

Indirect costs are based on University negotiated rates with the cognizant federal authority and are applied at a rate of 60.50% for FY21 using the modified total direct cost (MDTC) formula for a total amount of $79,564 as per the approved rate agreement dated 06/25/2020. Modified total direct costs exclude equipment, capital expenditures, charges for patient care, student tuition remission, participant support costs, rental costs of off-site facilities, scholarships, and fellowships as well as the portion of each subgrant and subcontract in excess of $25,000. For more information, please see: http://www.spo.berkeley.edu/policy/fa.html. The rates after June 30, 2022 are provisional and subject to change based upon our updated federally negotiated indirect cost rate agreement.