Erwin Chemerinsky (*pro hac vice* forthcoming)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION;<br><br>[*caption cont'd next page*] | Case No. 3:25-cv-04737-RL<br><br>**DECLARATION OF ANTHONY P. SCHOENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION** |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF ANTHONY P. SCHOENBERG IN SUPP. OF
PLFS' MOT. FOR TRO AND MOT. FOR ADMIN.
RELIEF TO EXCEED PAGE LIMITATION

Case No. 3:25-cv-4737

| | |
|---|---|
| 1 | BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation; |
| 2 | |
| 3 | NATIONAL ENDOWMENT FOR THE HUMANITIES; |
| 4 | MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities; |
| 5 | |
| 6 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; |
| 7 | LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; |
| 8 | UNITED STATES DEPARTMENT OF AGRICULTURE; |
| 9 | BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; |
| 10 | AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); |
| 11 | |
| 12 | JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps; |
| 13 | UNITED STATES DEPARTMENT OF DEFENSE; |
| 14 | PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; |
| 15 | UNITED STATES DEPARTMENT OF EDUCATION; |
| 16 | LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; |
| 17 | UNITED STATES DEPARTMENT OF ENERGY; |
| 18 | CHRIS WRIGHT, in his official capacity as Secretary of Energy; |
| 19 | UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; |
| 20 | ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; |
| 21 | |
| 22 | UNITED STATES CENTERS FOR DISEASE CONTROL; |
| 23 | MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control; |
| 24 | UNITED STATES FOOD AND DRUG ADMINISTRATION; |
| 25 | MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration; |
| 26 | |
| 27 | UNITED STATES NATIONAL INSTITUTES OF HEALTH; |
| 28 | JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF ANTHONY P. SCHOENBERG IN SUPP. OF PLFS' MOT. FOR TRO AND MOT. FOR ADMIN. RELIEF TO EXCEED PAGE LIMITATION

Case No. 3:25-cv-4737

| | |
|---|---|
| 1 | Health;<br>INSTITUTE OF MUSEUM AND LIBRARY |
| 2 | SERVICES;<br>KEITH SONDERLING, in his official capacity |
| 3 | as Acting Director of the Institute of Museum and Library Services; |
| 4 | UNITED STATES DEPARTMENT OF THE INTERIOR; |
| 5 | DOUG BURGUM, in his official capacity as Secretary of the Interior; |
| 6 | UNITED STATES DEPARTMENT OF STATE;<br>MARCO RUBIO, in his official capacity as |
| 7 | Secretary of the U.S. Department of State;<br>DEPARTMENT OF TRANSPORTATION; |
| 8 | SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of |
| 9 | Transportation, |
| 10 | Defendants. |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF ANTHONY P. SCHOENBERG IN SUPP. OF
PLFS' MOT. FOR TRO AND MOT. FOR ADMIN.
RELIEF TO EXCEED PAGE LIMITATION

Case No. 3:25-cv-4737

## DECLARATION OF ANTHONY P. SCHOENBERG

I, Anthony P. Schoenberg, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I also make this declaration pursuant to Local Rule 65-1(a)(5) regarding notice of the accompanying Motion for Temporary Restraining Order and Order to Show Cause ("TRO Motion").

2. A true and correct copy of the Jan 20, 2025 Executive Order 14151 titled "*Ending Radical and Wasteful Government DEI Programs and Preferencing*" which is available at and has been downloaded from the official U.S. government website link, https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/, is attached as **Exhibit A**.

3. A true and correct copy of the January 21, 2025 Executive Order 14173 titled "*Ending Illegal Discrimination and Restoring Merit-Based Opportunity*" which is available at and has been downloaded from the official U.S. government website link, https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/, is attached as **Exhibit B**.

4. A true and correct copy of the January 20, 2025 Executive Order 14168 titled "*Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*" which is available at and has been downloaded from the official U.S. government website link, https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-the-federal-government/, is attached as **Exhibit C**.

5. A true and correct copy of the January 20, 2025 Executive Order 14154 titled "*Unleashing American Energy*" which is available at and has been downloaded from the official U.S. government website link, https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/, is attached as **Exhibit D**.

6. A true and correct copy of the February 19, 2025 Executive Order 14217 titled

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF ANTHONY P. SCHOENBERG IN SUPP. OF PLFS' MOT. FOR TRO AND MOT. FOR ADMIN. RELIEF TO EXCEED PAGE LIMITATION      1      Case No. 3:25-cv-4737

1  "*Commencing the Reduction of the Federal Bureaucracy*" which is available at and has been

2  downloaded from the official U.S. government website link,

3  https://www.whitehouse.gov/presidential-actions/2025/02/commencing-the-reduction-of-the-

4  federal-bureaucracy/, is attached as **Exhibit E**.

5        7.      A true and correct copy of the March 14, 2025 Executive Order 14238 titled

6  "*Continuing the Reduction of the Federal Bureaucracy*" which is available at and has been

7  downloaded from the official U.S. government website link,

8  https://www.whitehouse.gov/presidential-actions/2025/03/continuing-the-reduction-of-the-federal-

9  bureaucracy/, is attached as **Exhibit F**.

10        8.      A true and correct copy of the January 20, 2025 Executive Order 14158 titled

11  "*Establishing and Implementing the President's 'Department of Government Efficiency*'" which is

12  available at and has been downloaded from the official U.S. government website link,

13  https://www.whitehouse.gov/presidential-actions/2025/01/establishing-and-implementing-the-

14  presidents-department-of-government-efficiency/, is attached as **Exhibit G**.

15        9.      A true and correct copy of the February 26, 2025 Executive Order 14222 titled

16  "*Implementing the President's 'Department of Government Efficiency' Cost Efficiency Initiative*"

17  which is available at and has been downloaded from the official U.S. government website link,

18  https://www.whitehouse.gov/presidential-actions/2025/02/implementing-the-presidents-

19  department-of-government-efficiency-cost-efficiency-initiative/, is attached as **Exhibit H**.

20        10.     On June 4, 2025 at 9:37 p.m. and 9:49 p.m., I emailed Patrick Robbins, Acting U.S.

21  Attorney for the Northern District of California, Pamela Johann, Assistant United States Attorney,

22  Chief, Civil Division, for the Northern District of California, and David Devito, Assistant United

23  States Attorney, Acting Chief, Civil Division, for the Northern District of California, to inform

24  them that Plaintiffs would be filing a motion for a temporary restraining order ("TRO") in this

25  case on June 5, 2025. I informed them that Plaintiffs would ask the Court to set a deadline for the

26  government's response of June 9, 2025, and to set a hearing as soon as possible thereafter. I also

27  informed them that Plaintiffs would file an administrative motion for additional pages for their

28  memorandum in support of the TRO Motion. I asked whether Defendants would consent to

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF ANTHONY P. SCHOENBERG IN SUPP. OF
PLFS' MOT. FOR TRO AND MOT. FOR ADMIN.
RELIEF TO EXCEED PAGE LIMITATION

2

Case No. 3:25-cv-4737

1  Plaintiffs filing a fifty-page memorandum in support of the TRO Motion.

2      11.    I received an email response from Mr. Devito at 11:27 a.m. on June 5, 2025, which
3  acknowledged receipt and stated they were "conferring internally about the handling of this matter
4  and will get back to you today on your questions."

5      12.    I received a subsequent email from Jason Altabet, a trial attorney in the Federal
6  Programs Branch of the United States Department of Justice, at 1:30 p.m. on June 5, 2025. Mr.
7  Altabet's email stated that he is taking the lead on this matter for Defendants. He further stated
8  that Defendants would not oppose Plaintiffs' request for a 50-page brief in support of the TRO
9  Motion, so long as Plaintiffs would agree to a Friday, June 13, 2025 deadline for Defendants to
10 respond to the TRO Motion. I emailed Mr. Altabet back at 3:08 p.m. on June 5, 2025 and told him
11 that Plaintiffs are agreeable to his proposal.

12     13.    I called the Courtroom Deputy of this Department at 10:53 a.m. on June 5, 2025
13 and left a voicemail message providing notice to the Court that we would be filing this temporary
14 restraining order motion today. I also sent the Courtroom Deputy an email at 11:26 a.m. the same
15 day conveying a similar message with additional detail.

17 Dated: June 5, 2025

19                       By: _____
                             Anthony P. Schoenberg

25 46686\20394082.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF ANTHONY P. SCHOENBERG IN SUPP. OF PLFS' MOT. FOR TRO AND MOT. FOR ADMIN. RELIEF TO EXCEED PAGE LIMITATION    3    Case No. 3:25-cv-4737