YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-4737 <br><br> **STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND CLASS CERTIFICATION MOTION** <br><br> Judge: Hon. Rita F. Lin |

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND CLASS CERTIFICATION MOTION
CASE NO. 25-CV-4737

46686\20418996.1

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants ("the Parties"), through their respective undersigned counsel, stipulate and agree to a briefing schedule and hearing date in this case as follows.

1. On June 4, 2025, Plaintiffs' filed the present case. On June 5, Plaintiffs filed a motion for a temporary restraining order seeking, on behalf of themselves and those similarly situated, "an immediate temporary restraining order enjoining Defendants from cutting off grantees' access to congressionally appropriated funding that agencies have already awarded; restoring such previously awarded grants; requiring Defendants to provide no-cost extensions to grantees of restored grants for the time necessary to resume and complete interrupted work; enjoining Defendants from undertaking similarly unlawful actions to terminate duly awarded Agency grants in future; and requiring Defendants to return to the lawful orderly and individualized grant administration procedures they employed pursuant to federal regulations prior to January 20, 2025." ECF No. 7-1 at 2. Plaintiffs filed a motion for class certification that same day. ECF No. 18.

2. On June 6, 2025, the Court issued an order setting forth two possible schedules for briefing Plaintiffs' pending motions and advising the Parties to be prepared to discuss their positions on expedited fact discovery. ECF No. 20. The Court further set a status conference for June 9 at 11:00am to discuss the two schedules and the Parties' views of expedited fact discovery.

3. The parties conferred via email on June 5 and have subsequently conferred following the Court's order. The Parties propose the following schedule:

    a. Defendants' opposition to both motions to be due on June 12, 2025;

    b. Plaintiffs' replies to be due on June 17, 2025;

    c. A hearing on June 20, 2025 at 10:00 a.m.

4. Counsel for the parties have conferred and agreed to the requests described herein.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND CLASS CERTIFICATION MOTION
CASE NO. 25-CV-4737

46686\20418996.1                                       1

Parties, subject to the Court's approval, that the Court shall issue an order providing for the relief requested in paragraph three above.

                                                        Respectfully submitted,

                                                        YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov


*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND CLASS CERTIFICATION MOTION
CASE NO. 25-CV-4737

46686\20418996.1                          2

Dated: June 9, 2025                              By: /s/

        Anthony P. Schoenberg (CA Bar No. 203714)
        tschoenberg@fbm.com
        John J. Darin (CA Bar No. 323730)
        jdarin@fmb.com
        Katherine T. Balkoski (CA Bar No. 353366)
        kbalkoski@fbm.com
        FARELLA BRAUN + MARTEL LLP
        One Bush Street, Suite 900
        San Francisco, CA 94104
        Telephone: 415. 954.4400

        Erwin Chemerinsky (*pro hac vice* forthcoming*)*
        echemerinsky@law.berkeley.edu
        Claudia Polsky (CA Bar No. 185505)
        cpolsky@law.berkeley.edu
        U.C. BERKELEY SCHOOL OF LAW
        Law Building
        Berkeley, CA 94720-7200
        Telephone: 510.642.6483

        Elizabeth J. Cabraser (CA Bar No. 83151)
        ecabraser@lchb.com
        Richard M. Heimann (CA Bar No. 63607)
        rheimann@lchb.com
        Kevin R. Budner (CA Bar No. 287271)
        kbudner@lchb.com
        Annie M. Wanless
        awanless@lchb.com (CA Bar No. 339635)
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111
        Telephone: 415.956.1000

        *Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND CLASS CERTIFICATION MOTION
CASE NO. 25-CV-4737

46686\20418996.1                              3

1   PURSUANT TO STIPULATION, IT IS SO ORDERED,

3   **Dated:** _____                    _____
4                                              **Hon. Rita F. Lin**

28  STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION
    FOR A TEMPORARY RESTRAINING ORDER AND CLASS CERTIFICATION MOTION
    CASE NO. 25-CV-4737
    46686\20418996.1                          4

**ATTESTATION**

Pursuant to Local Rule 5-1(i), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ Jason Altabet