BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737 |
| Plaintiffs, | **NOTICE OF ESTIMATES OF GRANT TERMINATIONS** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

Pursuant to the Court's Discovery Order, ECF No. 32, Defendants provide the following estimates of grant terminations. Defendants have broken down the estimates by agency to best facilitate the Court's review and to permit certain clarifications when appropriate. All estimates cover the time period January 20, 2025 to the present.

- Environmental Protection Agency estimates that <u>17 active grants were terminated</u> where the Regents of the University of California ("Regents") or a University of California campus ("UC campus") was a grantee.

- National Endowment for the Humanities estimates that <u>29 active grants were terminated</u> where the Regents or a UC campus was a grantee.

- National Science Foundation estimates that <u>77 active grants were terminated</u> where the Regents or a UC campus was a grantee.

- Department of Agriculture estimates that <u>2 active grants were terminated</u> where the Regents or a UC campus was a grantee.

- AmeriCorps estimates that <u>0 active grants were terminated</u> where the Regents or a UC campus were the prime grantee. AmeriCorps estimates that <u>9 active grants were terminated</u> where the Regents or a UC campus was a subgrantee. Those grants are being reinstated pursuant to Court order in *Maryland et al. v. AmeriCorps*, 1:25-cv-01363-DLB.

- Department of Defense estimates that <u>16 active grants were terminated</u> where the Regents or a UC campus was a grantee.

- Department of Education estimates that <u>1 active grant was terminated</u> where the Regents or a UC campus was a grantee.

- Department of Energy estimates that <u>0 active grants were terminated</u> where the Regents or a UC campus was a grantee.

- Department of Health and Human Services does not provide grants separate from its components, such as the Food and Drug Administration, Centers of Disease Control, National Institutes of Health, and the estimate of those grants is included below.

NOTICE OF ESTIMATES OF GRANT TERMINATIONS
CASE NO. 25-CV-4737

1

- Food and Drug Administration estimates that <u>0 active grants were terminated</u> where the Regents or a UC campus was a grantee.
- Centers for Disease Control estimates that <u>2 active grants were terminated</u> where the Regents or a UC campus was a grantee. All were reinstated as a result of the injunction issued in *Colorado v. HHS*, No. 1:25-cv-00121-MSM-LDA (D.R.I.).
- National Institutes of Health estimates that <u>119 active grants were terminated</u> where the Regents or a UC campus was a grantee.
- Institute of Museum and Library Services estimates that <u>13 active grants were terminated</u> where the Regents or a UC campus was a grantee. All 13 were reinstated as a result of the injunction issued in *Rhode Island, et al. v. Trump et al.*, 1:25-cv-00128-JJM-LDA.
- Department of the Interior estimates that <u>0 active grants were terminated</u> where the Regents or a UC campus was a grantee.
- Department of State estimates that <u>2 active grants were terminated</u> where the Regents or a UC campus was a grantee.
- Department of Transportation estimates that <u>1 active grant was terminated</u> where the Regents or a UC campus was a grantee.

.

DATED: June 17, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)

NOTICE OF ESTIMATES OF GRANT TERMINATIONS
CASE NO. 25-CV-4737

2

Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov


*Attorneys for United States*

NOTICE OF ESTIMATES OF GRANT TERMINATIONS
CASE NO. 25-CV-4737

3