# Exhibit C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

NEETA THAKUR, *et al.*,

     Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

     Defendants.

Case No. 25-cv-04737-RFL

## <u>DECLARATION OF BRIAN STONE</u>

Pursuant to 28 U.S.C. § 1746, I, Brian Stone, declare as follows:

1. I am employed as the Chief of Staff, Office of the Director (OD), National Science Foundation (NSF). I am currently the Senior Official Performing the Duties of the NSF Director.

2. I have held the Chief of Staff position since April 2016, and I have been performing the Duties of the NSF Director since April 25, 2025, when Dr. Sethuraman Panchanathan resigned his position as NSF Director.

3. In my current position, I am responsible for performing the Duties of the NSF Director, which includes serving as the head of NSF, coordinating with the Executive Office of the President as well as other federal agencies, and overseeing operations of the agency. My function as Chief of Staff is to serve as the primary advisor and confidante to the NSF Director and to provide policy and strategic advice as needed.

**DEFSNSF_00007**

2

4.  On April 18, 2025, NSF issued a "Statement of U.S. National Science Foundation Priorities" (hereinafter "Statement").  The Statement elucidated that "NSF priorities are grounded in the mission of the agency and modulated by statutory directives and administration priorities."

5.  The Statement, along with Frequently Asked Questions (FAQs), was published on NSF's public-facing website (NSF.gov).  NSF also issued a Foundation-wide Staff Memorandum (OD 25-17) to communicate the Statement to the entire workforce.

6.  NSF formed an internal panel to review grant awards and determine if they aligned with NSF priorities.  Based on the review, NSF began terminating awards beginning April 18th and conducted several rounds of terminations on a rolling basis.  Awards were identified through keyword searches and analytics and were terminated, generally on Fridays for approximately four weeks.  Some awards were identified by NSF employees; some awards were identified by employees of the United States DOGE Service ("USDS") who were detailed to NSF; and some awards were identified by USDS employees who were not detailed to NSF.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of June, 2025.

Brian Stone
Senior Official Performing the Duties of the
NSF Director
National Science Foundation

**DEFSNSF_00008**