# Exhibit E


U.S. National Science Foundation
Office of the Director

**MEMORANDUM**

April 18, 2025

**SUBJECT:**   Statement of U.S. National Science Foundation Priorities

The U.S. National Science Foundation (NSF) was established in 1950 to promote the progress of science, advance the national health, prosperity and welfare, and secure the national defense. It does this by investing in the most promising ideas and people across all fields of science and engineering (S&E). NSF priorities are grounded in the mission of the agency and modulated by statutory directives and administration priorities.

NSF uses two statutory criteria to ensure that every award has the potential to advance new knowledge (Intellectual Merit) with maximum impact on the Nation and its people (Broader Impacts).  NSF investments unleash groundbreaking discoveries, translational solutions and expand participation in STEM. These efforts strengthen our domestic workforce to fuel economic prosperity, national security, and global S&E competitiveness.

The principles of merit, competition, equal opportunity, and excellence are the bedrock of the NSF mission. NSF continues to review all projects using Intellectual Merit and Broader Impacts criteria.

NSF's broadening participation activities, including activities undertaken in fulfillment of the Broader Impacts criterion, and research on broadening participation, must aim to create opportunities for all Americans everywhere.

These efforts should not preference some groups at the expense of others, or directly/indirectly exclude individuals or groups. Research projects with more narrow impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities.

NSF will continue to support research with the goal of understanding or addressing participation in STEM, in accordance with all applicable statutes and mandates, with the core goal of creating opportunities for all Americans.

NSF will continue to support basic and use-inspired research in S&E fields that focus on protected characteristics when doing so is intrinsic to the research question and is aligned with Agency priorities.

Sethuraman Panchanathan
Director

**DEFSNSF_00004**