# Exhibit F

**INSTITUTE OF MUSEUM AND LIBRARY SERVICES**

**NOTICE OF GRANT TERMINATION**

April 8, 2025

Tim Dennis, Melina Perez, Eleanor Forbes

tdennis@library.ucla.edu, mduenas@library.ucla.edu, eleanor.forbes@research.ucla.edu


Dear IMLS Grantee,

This letter provides notice that the Institute of Museum and Library Services (IMLS) is terminating your federal grant (Grant Application No. RE-252335-OLS-22) effective April 8, 2025, in accordance with the termination clause in your Award Agreement.

Upon further review, IMLS has determined that your grant is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the IMLS Program. IMLS is repurposing its funding allocations in a new direction in furtherance of the President's agenda. Independently and secondly, the President's March 14, 2025 executive order mandates that the IMLS eliminate all non-statutorily required activities and functions. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. 14238 (Mar. 14, 2025). Therefore, the IMLS hereby terminates your grant in its entirety effective April 8, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. An audit may be conducted by IMLS after the termination of the agreement.

Please contact grant-notices@imls.gov with only urgent questions. We wish you well.


Sincerely,

 s/ Keith Sonderling

Keith Sonderling

Acting Director

ksonderling@imls.gov

955 L'Enfant Plaza SW #4000, Washington, DC 20024

DEFSIMLS_00002