1  Erwin Chemerinsky (*pro hac vice*)
   echemerinsky@law.berkeley.edu
2  Claudia Polsky (CA Bar No. 185505)
   cpolsky@law.berkeley.edu
3  U.C. BERKELEY SCHOOL OF LAW
   Law Building
4  Berkeley, CA 94720-7200
   Telephone: 510.642.6483
5
   Elizabeth J. Cabraser (CA Bar No. 83151)
6  ecabraser@lchb.com
   Richard M. Heimann (CA Bar No. 63607)
7  rheimann@lchb.com
   LIEFF CABRASER HEIMANN &
8  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
9  San Francisco, CA 94111
   Telephone: 415.956.1000
10
   Anthony P. Schoenberg (CA Bar No. 203714)
11 tschoenberg@fbm.com
   Linda S. Gilleran (CA Bar No. 353366)
12 lgilleran@fbm.com
   FARELLA BRAUN + MARTEL LLP
13 One Bush Street, Suite 900
   San Francisco, CA 94104
14 Telephone: 415. 954.4400

15 *Attorneys for Plaintiffs and the Proposed Class*
   [Additional counsel listed on signature page]
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION; | Case No. 3:25-cv-4737<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Date: June 20, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Rita F. Lin |

| | |
|---|---|
| 1 | BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation; |
| 2 | |
| 3 | NATIONAL ENDOWMENT FOR THE HUMANITIES; |
| 4 | MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities; |
| 5 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; |
| 6 | LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; |
| 7 | |
| 8 | UNITED STATES DEPARTMENT OF AGRICULTURE; |
| 9 | BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; |
| 10 | AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); |
| 11 | JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps; |
| 12 | |
| 13 | UNITED STATES DEPARTMENT OF DEFENSE; |
| 14 | PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; |
| 15 | UNITED STATES DEPARTMENT OF EDUCATION; |
| 16 | LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; |
| 17 | UNITED STATES DEPARTMENT OF ENERGY; |
| 18 | CHRIS WRIGHT, in his official capacity as Secretary of Energy; |
| 19 | UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; |
| 20 | ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; |
| 21 | UNITED STATES CENTERS FOR DISEASE CONTROL; |
| 22 | MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control; |
| 23 | |
| 24 | UNITED STATES FOOD AND DRUG ADMINISTRATION; |
| 25 | MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration; |
| 26 | UNITED STATES NATIONAL INSTITUTES OF HEALTH; |
| 27 | JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; |
| 28 | |

| | |
|---|---|
| 1 | INSTITUTE OF MUSEUM AND LIBRARY SERVICES; |
| 2 | KEITH SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services; |
| 3 | |
| 4 | UNITED STATES DEPARTMENT OF THE INTERIOR; |
| 5 | DOUG BURGUM, in his official capacity as Secretary of the Interior; |
| 6 | UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; |
| 7 | DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of Transportation, |
| 8 | |
| 9 | |
| 10 | Defendants. |

# STATEMENT

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs provide this statement of recent decision informing the Court of a relevant judicial opinion published on June 17, 2025. In the attached opinion, the District Court for the District of Maryland held that the Environmental Protection Agency violated the Administrative Procedure Act by terminating grant funding, and that the plaintiffs were entitled to an order setting those terminations aside. Plaintiffs' counsel will be prepared to discuss the opinion at the upcoming hearing. The citation is: *Green & Healthy Home Initiatives, Inc. v. Environmental Protection Agency*, No. 25-cv-1096-ABA, 2025 WL 1697463 (D. Md. June 17, 2025).

Dated: June 19, 2025                By:   */s/ Elizabeth J. Cabraser*

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
Nabila M. Abdallah (CA Bar No. 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

[*cont' next page*]

| | |
|---|---|
| 1 | Anthony P. Schoenberg (CA Bar No. 203714) |
| | tschoenberg@fbm.com |
| 2 | Linda S. Gilleran (CA Bar No. 307107) |
| | lgilleran@fbm.com |
| 3 | Kyle A. McLorg (CA Bar No. 332136) |
| | kmclorg@fbm.com |
| 4 | Katherine T. Balkoski (CA Bar No. 353366) |
| | kbalkoski@fbm.com |
| 5 | FARELLA BRAUN + MARTEL LLP |
| | One Bush Street, Suite 900 |
| 6 | San Francisco, CA 94104 |
| | Telephone: 415. 954.4400 |

*Attorneys for Plaintiffs and the Proposed Class*