Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the National Science | Case No. 3:25-cv-4737 <br><br><br> **DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF SUPPLEMENTAL BRIEF** |

1  Foundation;
   NATIONAL ENDOWMENT FOR THE
2  HUMANITIES;
   MICHAEL MCDONALD, in his official
3  capacity as Acting Chairman of the National
   Endowment for the Humanities;
4  UNITED STATES ENVIRONMENTAL
   PROTECTION AGENCY;
5  LEE ZELDIN, in his official capacity as
   Administrator of the U.S. Environmental
6  Protection Agency;
   UNITED STATES DEPARTMENT OF
7  AGRICULTURE;
   BROOKE ROLLINS, in her official capacity as
8  Secretary of the U.S. Department of Agriculture;
   AMERICORPS (a.k.a. the CORPORATION
9  FOR NATIONAL AND COMMUNITY
   SERVICE);
10 JENNIFER BASTRESS TAHMASEBI, in her
   official capacity as Interim Agency Head of
11 AmeriCorps;
   UNITED STATES DEPARTMENT OF
12 DEFENSE;
   PETE HEGSETH, in his official capacity as
13 Secretary of the U.S. Department of Defense;
   UNITED STATES DEPARTMENT OF
14 EDUCATION;
   LINDA MCMAHON, in her official capacity as
15 Secretary of the U.S. Department of Education;
   UNITED STATES DEPARTMENT OF
16 ENERGY;
   CHRIS WRIGHT, in his official capacity as
17 Secretary of Energy;
   UNITED STATES DEPARTMENT OF
18 HEALTH AND HUMAN SERVICES;
   ROBERT F. KENNEDY, JR., in his official
19 capacity as Secretary of the U.S. Department of
   Health and Human Services;
20 UNITED STATES CENTERS FOR DISEASE
   CONTROL;
21 MATTHEW BUZZELLI, in his official capacity
   as Acting Director of the Centers for Disease
22 Control;
   UNITED STATES FOOD AND DRUG
23 ADMINISTRATION;
   MARTIN A. MAKARY, in his official capacity
24 as Commissioner of the Food and Drug
   Administration;
25 UNITED STATES NATIONAL INSTITUTES
   OF HEALTH;
26 JAYANTA BHATTACHARYA, in his official
   capacity as Director of the National Institutes of
27 Health;
   INSTITUTE OF MUSEUM AND LIBRARY
28 SERVICES;

1  KEITH SONDERLING, in his official capacity
   as Acting Director of the Institute of Museum
2  and Library Services;
   UNITED STATES DEPARTMENT OF THE
3  INTERIOR;
   DOUG BURGUM, in his official capacity as
4  Secretary of the Interior;
   UNITED STATES DEPARTMENT OF STATE;
5  MARCO RUBIO, in his official capacity as
   Secretary of the U.S. Department of State;
6  DEPARTMENT OF TRANSPORTATION;
   SEAN DUFFY, in his official capacity as
7  Secretary for the U.S. Department of
   Transportation,
8
   Defendants.
9

10

11      I, Elizabeth J. Cabraser, declare as follows:

12      1.      I am an attorney admitted to practice in the state of California. I am a partner of

13  Lieff Cabraser Heimann & Bernstein LLP ("LCHB"). I respectfully submit this declaration in

14  support of Plaintiffs' Supplemental Motion. I have personal knowledge of the facts set forth in

15  this declaration, and could testify competently to them if called upon to do so.

16      2.      On June 17, 2025, Defendants produced information to Plaintiffs in response to the

17  Court's Discovery Order, ECF 32.

18      3.      In response to Category 1 of the Court's order (the "Agency Process" category),

19  Defendants produced:

20              a.      For the Environmental Protection Agency, a two-page declaration.

21              b.      For the National Science Foundation, a two-page declaration, two emails,

22  and three documents with information publicly available on NSF's website.

23              c.      For the National Endowment for the Humanities, a four-page declaration

24  and three emails.

25              d.      For the Food and Drug Administration, a two-page declaration, which

26  attached the "HHS Grants Policy Statement," a 105-page document.

27      4.      In response to Category 3 of the Court's order (the "Exemplar Termination

28  Letters" category), Defendants produced exemplar termination letters for AmeriCorps,

Department of Defense, Department of Energy, Institute of Museum and Library Services, National Institutes of Health, and United States Department of Agriculture.

5.     In total, Defendants produced 53 pages of documents, excluding the HHS Policy Statement. Defendants produced 158 pages of documents including the Statement.

6.     Attached as **Exhibit A** is a true and correct copy of Defendants' "EPA Production," under the Agency Process category.

7.     Attached as **Exhibit B** is a true and correct copy of Defendants' "NSF Production," under the Agency Process category.

8.     Attached as **Exhibit C** is a true and correct copy of Defendants' "NEH Production," under the Agency Process category. Because Defendants did not add Bates-stamps to this production, Plaintiffs added numerical page numbers to the production for ease of reference.

9.     Attached as **Exhibit D** is a true and correct copy of Defendants' "FDA Production," under the Agency Process category.

10.     Attached as **Exhibit E** is a true and correct copy of Defendants' "DOD Production," under the Exemplar Termination Letters category.

11.     Attached as **Exhibit F** is a true and correct copy of Defendants' "NIH Production," under the Exemplar Termination Letters category.

12.     Attached as **Exhibit G** is a true and correct copy of Defendants' "Ed[ucation] Production," under the Exemplar Termination Letters category.

13.     Attached as **Exhibit H** is a true and correct copy of Defendants' "AmeriCorp[s] Production," under the Exemplar Termination Letters category.

14.     Attached as **Exhibit I** is a true and correct copy of Defendants' "USDA Production," under the Exemplar Termination Letters category.

15.     Attached as **Exhibit J** is a true and correct copy of Defendants' "IMLS Production," under the Exemplar Termination Letters category.

16.     Evidence regarding the termination decision-making of an additional Federal Agency Defendant, the National Institutes of Health ("NIH"), is available in the action brought by

1    a number of Attorneys General in *Commonwealth of Massachusetts, et al. v. Robert F. Kennedy,*

2    *Jr. et al.*, No: 1:25-cv-10814, Dkt. 127 (June 9, 2025) (proposed order attaching the certified

3    administrative record in that case). That evidence confirms that NIH terminated grants using the

4    same general procedures as the other Federal Agency Defendants and in violation of the

5    Constitution and Administrative Procedure Act.

6        I declare under penalty of perjury under the laws of the State of California and the United

7    States that the foregoing is true and correct.

8        Executed this 19th day of June, 2025, in San Francisco.

9

10                                    */s/Elizabeth Cabraser*

11                                    Elizabeth Cabraser

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ELIZABETH J. CABRASER
ISO SUPPLEMENTAL BRIEF
Case No. 3:25-CV-4737