# EXHIBIT A

## DECLARATION OF DANIEL COOGAN

I, Daniel Coogan, declare and state as follows:

1. I am the Deputy Assistant Administrator for Infrastructure and Extramural Resources in the Office of Mission Support, for the United States Environmental Protection Agency ("EPA") located at 1200 Pennsylvania Avenue, NW, Washington, D.C. 20460. I have been in my current position since December 2023, and I have been at the agency since November 2004. I make the following factual statements based on my personal knowledge and belief. If called as a witness, I could and would competently testify thereto.

2. The use of the term "grant" in context of the terminations includes both grant awards and cooperative agreements.

3. I was unable to identify readily available non-privileged documents so I submit this declaration to answer the Court's order.

4. This is response to the Court's order requesting readily available, non-privileged documents or declarations to show:

    a. The policy for selecting grants for termination;

    b. The overarching Executive Order(s) or directive(s) animating the termination policy;

    c. The way in which the policy or overarching priority was communicated to each agency and by whom; and

    d. The way in which the termination policy was implemented at each agency (e.g., keyword searches, AI tools, etc.).

5. In response to the Court's request for the policy selecting grants for termination, distinct from any Executive Order or OMB memorandum, EPA leadership conducted an individualized, grant-by-grant review to determine which grants should continue, which should be modified, and which should be terminated

based on Administration prioritizing merit, fairness, and excellence, or the purposes for which the Federal award was made.

6. In response to the Court's request for overarching Executive Order(s) or directive(s) animating the termination policy, EPA's grant review process occurred independent from any Executive Order or OMB memorandum.

7. In response to the Court's request for the way in which the policy or overarching priority was communicated to EPA and by whom, Travis Voyles, Assistant Deputy Administrator, orally communicated decisions to me and I sent an email back to Travis and others documenting the decisions. I then communicated the decision to career leadership in EPA's Office of Grants and Debarment to initiate the terminations. I did not receive communications from outside the Agency.

8. In response to the Court's request for the way in which the termination policy was implemented at each agency, terminations were made on an individualized, grant-by-grant basis, which began by looking at grant titles and project descriptions , including reviews of grant workplans.

I declare under penalty of perjury that the foregoing is true and correct.

DANIEL COOGAN
Digitally signed by DANIEL COOGAN
Date: 2025.06.16 17:34:01 -04'00'

Daniel Coogan
Deputy Assistant Administrator for Infrastructure and Extramural Resources
Office of Mission Support
U.S. Environmental Protection Agency

2