# EXHIBIT E

# Grant/Cooperative Agreement Modification

| 1. AWARD NO.<br>FA9550-22-1-0267 | 2. MODIFICATION NO.<br>P00006 | 3. EFFECTIVE DATE<br>28 FEB 2025 | 4. PURCHASE REQUEST NO.<br>See Block 9 | PAGE   OF<br>1       2 |
|---|---|---|---|---|
| 5. ISSUE BY    AFRL/RBKR2<br>USAF, AFRL DUNS 143574726<br>AF OFFICE OF SCIENTIFIC RESEARCH<br>875 N. RANDOLPH ST. ROOM 3112<br>ARLINGTON VA 22203<br>JAMES R. DECATUR    6619029925<br>JAMES.DECATUR@US.AF.MIL | | CODE  FA9550 | 6. AWARDED TO    CAGE CODE  50853<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE<br>1608 4TH ST STE 201<br>BERKELEY CA 94710-1749<br>(510) 643-3891 | |

9. ALLOCATED FUNDING: The following funds with associated Accounting Classification reference number(s) (ACRNs) are allotted to this agreement:

| ACRN | FUND CITATION(s) | AMOUNT |
|---|---|---|
|  |  |  |

SPECIAL INSTRUCTIONS:            Payment will be made by Electronic Funds Transfer (EFT).
PAYING OFFICE INSTRUCTIONS:      Use Earliest Cited Funds First for Payment.
PAYMENT SCHEDULE (if applicable): N/A. Submit a SF 270 Request for Reimbursement through WAWF at https://piee.eb.mil for payment.

| 10. FUNDING HISTORY: | Government Share | 11. Recipient Share | 12. Total |
|---|---|---|---|
| **Previously Obligated:** | $1,421,208.00 | $0.00 | $1,421,208.00 |
| **Obligated by this Action:** | $0.00 | $0.00 | $0.00 |
| **Total Obligated to date:** | $1,421,208.00 | $0.00 | $1,421,208.00 |
| 13. TOTAL AWARD AMOUNT CHANGE | $0.00 | $0.00 | $0.00 |

14. DESCRIPTION OF MODIFICATION

The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This Grant is hereby terminated.

All costs incurred up to the date of this notification must be submitted no later than 30 calendar days from the termination date.

As a result, the period of performance is reduced from 36 months to 31.5 months as follows:
FROM: 15 JUL 2022 through 14 JUL 2025        TO: 15 JUL 2022 through 28 FEB 2025

As the subject grant no longer effectuates the program goals or agency priorities, the closeout requirement for a final technical report is hereby waived. Reporting requirements are revised on the continuation page (pg. 2).

All other closeout requirements remain unchanged. All other terms and conditions remain the same.

| FOR THE RECIPIENT | FOR THE UNITED STATES OF AMERICA |
|---|---|
| 15. SIGNATURE | 16. SIGNATURE<br>//signed// |
| 17. NAME AND TITLE         18. DATE SIGNED | 19. NAME AND TITLE<br>LEXCIE A. POTTER<br>GRANTS OFFICER | 20. DATE SIGNED<br>28 FEB 2025 |

ConWrite Version 7.7.3.0
Created 28 Feb 2025   6:19 PM

DEFSDOD_00001

SCHEDULE

**BLOCK 14 CONTINUED**

**REPORTING REQUIREMENTS (REVISED)**

The following reports must be submitted. Reports are due on or before the following dates.

| TYPE OF REPORT | DUE DATE | SUBMIT TO |
|---|---|---|
| Interim Research Performance Progress Reports | 14-Jul-2023 | Pgm Mgr* & https://community.apan.org/wg/afosr/p/deliverables |
| Interim Research Performance Progress Reports | 14-Jul-2024 | Pgm Mgr* & https://community.apan.org/wg/afosr/p/deliverables |
| Final Invention Report | 29-May-2025 | afrl.afosr.pkcontracting@us.af.mil |
| Final Federal Financial Report, including line item 11 | 29-Mar-2025 | Grant Admin Office (Block 12 of Grant Award Form) & afrl.afosr.pkcontracting@us.af.mil |
| Quarterly Federal Financial Report (SF 425) | *See below | Grant Admin Office (Block 12 of Grant Award Form) |

* The Program Manager/Officer is shown on page 1 of the basic Grant award in Block 15.

** SF 425 Quarterly Federal Financial Reports are required if any payment is made by an advance. The quarterly end dates that must be used are 31 Mar, 30 Jun, 30 Sep, and 31 Dec. The reports must be submitted within thirty (30) days after the end of each reporting period.

Quarterly Federal Financial Reports (SF 425) are not required if all payments are by reimbursement.

AFOSR prefers Performance Reports be submitted electronically, however, if the awardee does not have access to electronic means, send paper copies of Performance Reports to the appropriate Program Manager and office symbol listed in Block 15 of page 1 of the basic grant award at the following address: 875 N. Randolph Street Room 3112, Arlington VA 22203-1954.

All records pertinent to this award must be retained for a period of at least three years from the date of submission of the Final Federal Financial Report.

| | **OFFICE OF NAVAL RESEARCH** AWARD / MODIFICATION | 3a. AWARDING OFFICE: Office of Naval Research HQ  875 N. Randolph St, Suite 1425  ARLINGTON VA  22203-1995 ||
|---|---|---|---|
| | 1. INSTRUMENT TYPE: Grant Award | 3b. ASSISTANCE LISTING NUMBER AND TITLE: 12.330 STEM Education, Outreach and Workforce ||
| | 2. AUTHORITY: STEM 10 USC 4093 | 3c. DUNS NUMBER or UEI: UYTTZT6G9DT1 ||
| 4. AWARD NUMBER: N000142512110 | 5. MODIFICATION NO: P00001 | 6. MODIFICATION TYPE: ADM | 7. PR NUMBER: 4720012442 |
| 8. ACTIVITY/AGENCY PROPOSAL NO: GRANT14305599 | 9. RECIPIENT PROPOSAL NO: KR65564-Krstic | 10. PROPOSAL DATE: 03242025 | 11. ACTIVITY TYPE: Stem · 12. PROGRAM TYPE: ONR |

| 13. ISSUED TO 13a. ADDRESS: | 13b. CAGE: 50854 | 13c. N/A | 14. REMITTANCE ADDRESS (IF DIFFERENT FROM BLOCK 13): |
|---|---|---|---|

UNIVERSITY OF CALIFORNIA, SAN DIEGO  
UC SAN DIEGO HEALTH  
9500 GILMAN DR  
LA JOLLA CA  92093-0021  
UNITED STATES OF AMERICA

13d. BUSINESS OFFICE CONTACT: Michael Kusiak  
13e. TELEPHONE NUMBER: 858-534-3330    13f. EMAIL ADDRESS: researchadmin@ucsd.edu

15. RESEARCH TITLE AND/OR DESCRIPTION OF PROJECT AND/OR PROPOSAL TITLE:  
STEM Enhancing Naval STEM Workforce Development and Retention

| 16. FUNDING | ACTIVITY/AGENCY SHARE | RECIPIENT SHARE | TOTAL | 17. CURRENT FUNDING PERIOD |
|---|---|---|---|---|
| PREVIOUSLY OBLIGATED: | | | $20,000.00 | N/A  THROUGH  N/A |
| OBLIGATED BY THIS ACTION: | | | $0.00 | |
| TOTAL OBLIGATED ON AWARD: | | | $20,000.00 | 18. PERIOD OF PERFORMANCE |
| FUTURE FUNDING: | | | $301,584.00 | 01/01/2025  THROUGH  12/30/2027 |
| GRANT TOTAL: | | | $321,584.00 | |

19. ACCOUNTING AND APPROPRIATION DATA:  
See Attached Financial Accounting Data Sheet(s)

| 20a. PRINCIPAL INVESTIGATOR/RECIPIENT TECHNICAL REPRESENTATIVE: Miroslav Krstic | 21. TECHNICAL REPRESENTATIVE 21a. NAME: Chad A Stoltz | 21b. CODE: 35 |
|---|---|---|
| | 21c. ADDRESS: AIR WARFARE & WEAPONS S&T DEPT  875 N. Randolph Street  Arlington VA 22203-1995 ||
| 20b. TELEPHONE NUMBER: 858-534-5556    20c. EMAIL ADDRESS: mkrstic@ucsd.edu | 21d. TELEPHONE NUMBER: (703) 696-0437 | 21e. EMAIL ADDRESS: chad.stoltz@navy.mil |

| 22. POC FOR THIS ACTION 22a. NAME: VERONICA Y LACEY | 22b. CODE: 0253 | 23a. ADMINISTRATIVE OFFICE: | 23b. CODE: N66018 |
|---|---|---|---|
| 22c. ADDRESS: Office of Naval Research  875 N. Randolph Street Suite 1425  Arlington VA 22203-1995 | | ONR REG Office San Diego  Email:usn.pentagon.cnr-arlington-va.mbx.onr-san-diego@us.navy.mil  4635 PACIFIC HWY, BLDG. 2  SAN DIEGO CA 92110-2756 ||
| 22d. TELEPHONE NUMBER: 703-696-2593 | 22e. EMAIL ADDRESS: VERONICA.Y.LACEY.CIV@US.NAVY.MIL | | |

| 24. SUBMIT PAYMENT REQUEST TO: | 25a. PAYING OFFICE | 25b. CODE: N34291 | 26a. PATENT OFFICE: | 26b. CODE: N00014 |
|---|---|---|---|---|
| See FMS Article II, Section C.2.b of the ONR Addendum to the DoD R&D General Terms and Conditions | ONR Internal Entitlement  N34291  usn.pentagon.cnr-arlington-va.mbx.onr-fm@us.navy.mil  Arlington VA 22203 | | Office of Naval Research  ATTN: ONR Office of Counsel  Intellectual Property Section  One Liberty Center  875 North Randolph Street, Suite 1425  ARLINGTON VA  22203-1995 ||

NAVONR 4206 (1-2022)

Page 1 of 5

| AWARD NO.<br>N000142512110 | AWARD / MODIFICATION | MODIFICATION NO.<br>P00001 |
|---|---|---|

**27. SPECIAL INSTRUCTIONS:**

First Year Indirect Cost Rate: 59.00%

See Special Requirements on Page 5

**28. DELEGATIONS:** The administration duties listed below have been delegated to the administrative office (block 23a). Upon request the awarding office contact (block 22) will make their full text available. Please direct questions to the contacts @:

https://www.onr.navy.mil/work-with-us/manage-your-award/onr-regional-offices

This award provides full delegation to the administrative office in Block 23 of the grant. Full delegation includes the functions described in the DoDGARs at 32 CFR 22.715 and the administrative grants officer functions related to payments described in 32 CFR 22.810.

**29. TERMS AND CONDITIONS:** The following terms and conditions are incorporated herein by reference with the same force and effect as if they were given in full text. Upon request the awarding office contact named in block 22 will make their full text available, or they can be found at the specified URL.

| DOCUMENT | URL |
|---|---|

The following documents may be found at:
https://www.nre.navy.mil/work-with-us/manage-your-award/manage-grant-award/grants-terms-conditions

- DOD RESEARCH AND DEVELOPMENT GENERAL TERMS AND CONDITIONS (OCT 2024)
- UAWA AWARD A (SEP 2017)
- ONR ADDENDUM TO THE DOD R&D GENERAL TERMS AND CONDITIONS AND ONR PROGRAMMATIC REQUIREMENTS - DOMESTIC EDUCATION AND SYMPOSIUM PROJECTS (JULY 2024)

| 30. OPTIONS | AMOUNT | PERIOD |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

**31. REPORTS:** The reporting requirements under this award are specified in the articles of part 5 (Financial, Programmatic, and Property Reporting) to the General Terms and Conditions and in any additional language for Part 5 in an ONR Addendum to the General Terms and Conditions specified in Block 29.

| 32. FOR THE RECIPIENT | 33. FOR THE UNITED STATES OF AMERICA | |
|---|---|---|
| 32a. SIGNATURE OF PERSON AUTHORIZED TO SIGN | 33a. SIGNATURE OF AWARDING OFFICER<br>Digitally signed by VERONICA LACEY 1231655901<br>Dated: 2025.04.23 18:44:29 EST | |
| 32b. NAME AND TITLE OF SIGNER | 33b. NAME AND TITLE OF AWARD OFFICER<br>VERONICA LACEY | 33c. DATE SIGNED<br>04/23/2025 |
| 32c. DATE SIGNED | | |

NAVONR 4206 (1-2022)

Page 2 of 5

## FINANCIAL ACCOUNTING DATA SHEET - NAVY

| 1. CONTRACT NUMBER (CRITICAL) | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) | 4. PR NUMBER | |
|---|---|---|---|---|
| N000142512110 | | P00001 | 4720012442 | |

| 5. CLIN/SLIN | 6. LINE OF ACCOUNTING | | | | | | | | | | | | 7. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. ACRN (CRITICAL) | B. APPROPRIATION (CRITICAL) | C. SUBHEAD (CRITICAL) | D. OBJ CLA | E. PARM | F. RFM | G. SA | H. AAA (CRITICAL) | I. IT | J. PAA | K. COST CODE | | | |
| | | | | | | | | | | | PROJ UNIT | MCC | PDLI & SUF | |
| | | | | | | | | | | | | | PAGE TOTAL $0.00 | |
| | | | | | | | | | | | | | GRAND TOTAL $0.00 | |

| PREPARED/AUTHORIZED BY: | COMPTROLLER APPROVAL: FOR FISCAL DATA AND SIGNATURE BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED |
|---|---|
| DATE: | DATE: |

NAVONR 4206 (1-2022)

Page 3 of 5

DEFSDOD_00005

| FINANCIAL ACCOUNTING DATA SHEET – NON-NAVY DoD ACTIVITIES ||||||
|---|---|---|---|---|---|
| 1. CONTRACT NUMBER (CRITICAL)<br>N000142512110 | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL)<br>P00001 | 4. PR NUMBER<br>4720012442 | ||
| 5.<br>CLIN/SLIN | 6.<br>ACRN<br>(CRITICAL) | 7.<br>ACCOUNTING CITATION || 8.<br>AMOUNT<br>(CRITICAL) | NAVY INTERNAL<br>USE ONLY<br>REF DOC/ACRN |
| | | | | | |
| | | | | PAGE TOTAL | |
| | | | | GRAND TOTAL | |
| PREPARED/AUTHORIZED BY:<br>DATE: ||| COMPTROLLER APPROVAL:<br>FOR FISCAL DATA AND SIGNATURE<br>BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED<br>DATE: |||

NAVONR 4206 (1-2022)

Page 4 of 5

DEFSDOD_00006

| AWARD NO. | SPECIAL REQUIREMENTS | MODIFICATION NO. |
|---|---|---|
| N000142512110 | | P00001 |

This modification is issued to partially terminate the award by mutual agreement and remove any Diversity, Equity, and Inclusion (DEI) or DEI-related terms and efforts, in accordance with the Executive Order titled "Ending Radical and Wasteful Government DEI Programs." Block 10, proposal date, is updated to reflect the date the revised proposal was received via email on March 24, 2025.
*
The DoD Research and Development General Terms and Conditions (March 2025) replace the DoD terms and conditions showing in Block 29.
*
DoD Research and Development General Terms and Conditions (March 2025)
https://www.onr.navy.mil/media/document/dod-research-and-development-rd-general-terms-and-conditions-march-2025

NAVONR 4206 (1-2022)

DEFSDOD_00007

| | **OFFICE OF NAVAL RESEARCH** AWARD / MODIFICATION | **3a. AWARDING OFFICE:** Office of Naval Research HQ 875 N. Randolph St, Suite 1425 ARLINGTON VA  22203-1995 | |
|---|---|---|---|
| | **1. INSTRUMENT TYPE:** Grant Award | **3b. ASSISTANCE LISTING NUMBER AND TITLE:** 12.330 STEM Education, Outreach and Workforce | |
| | **2. AUTHORITY:** STEM 10 USC 4093 | **3c. DUNS NUMBER or UEI:** UYTTZT6G9DT1 | |

| 4. AWARD NUMBER: N000142512110 | 5. MODIFICATION NO: P00003 | 6. MODIFICATION TYPE: ADM | 7. PR NUMBER: 4720012442 | |
|---|---|---|---|---|
| 8. ACTIVITY/AGENCY PROPOSAL NO: GRANT14305599 | 9. RECIPIENT PROPOSAL NO: KR65564-Krstic | 10. PROPOSAL DATE: 03242025 | 11. ACTIVITY TYPE: Stem | 12. PROGRAM TYPE: ONR |

| 13. ISSUED TO 13a. ADDRESS: | 13b. CAGE: 50854 | 13c. N/A | 14. REMITTANCE ADDRESS (IF DIFFERENT FROM BLOCK 13): |
|---|---|---|---|
| UNIVERSITY OF CALIFORNIA, SAN DIEGO UC SAN DIEGO HEALTH 9500 GILMAN DR LA JOLLA CA  92093-0021 UNITED STATES OF AMERICA | | | |
| 13d. BUSINESS OFFICE CONTACT: Michael Kusiak | | | |
| 13e. TELEPHONE NUMBER: 8585343330 | 13f. EMAIL ADDRESS: researchadmin@ucsd.edu | | |

| 15. RESEARCH TITLE AND/OR DESCRIPTION OF PROJECT AND/OR PROPOSAL TITLE: Termination-STEM Enhancing Naval STEM Workforce Development and Retention |
|---|

| 16. FUNDING | ACTIVITY/AGENCY SHARE | RECIPIENT SHARE | TOTAL | 17. CURRENT FUNDING PERIOD |
|---|---|---|---|---|
| PREVIOUSLY OBLIGATED: | | | $70,000.00 | N/A    THROUGH    N/A |
| OBLIGATED BY THIS ACTION: | | | $0.00 | |
| TOTAL OBLIGATED ON AWARD: | | | $70,000.00 | 18. PERIOD OF PERFORMANCE |
| FUTURE FUNDING: | | | $0.00 | 01/01/2025 THROUGH 08/31/2025 |
| GRANT TOTAL: | | | $70,000.00 | |

| 19. ACCOUNTING AND APPROPRIATION DATA: See Attached Financial Accounting Data Sheet(s) |
|---|

| 20a. PRINCIPAL INVESTIGATOR/RECIPIENT TECHNICAL REPRESENTATIVE: Miroslav Krstic | 21. TECHNICAL REPRESENTATIVE 21a. NAME: Chad A Stoltz | 21b. CODE: 35 |
|---|---|---|
| | 21c. ADDRESS: AIR WARFARE & WEAPONS S&T DEPT 875 N. Randolph Street Arlington VA 22203-1995 | |
| 20b. TELEPHONE NUMBER: 858-534-5556 | 20c. EMAIL ADDRESS: mkrstic@ucsd.edu | 21d. TELEPHONE NUMBER: (703) 696-0437 | 21e. EMAIL ADDRESS: chad.stoltz@navy.mil |

| 22. POC FOR THIS ACTION 22a. NAME: VERONICA Y LACEY | 22b. CODE: | 23a. ADMINISTRATIVE OFFICE: | 23b. CODE: N62879 |
|---|---|---|---|
| 22c. ADDRESS: Office of Naval Research 875 N. Randolph Street Suite 1425 Arlington VA 22203-1995 | | ONR REG Office Boston Email:usn.pentagon.cnr-arlington-va.mbx.onr-boston@us.navy.mil 495 Summer Street, Room 627 BOSTON MA 02210-2109 | |
| 22d. TELEPHONE NUMBER: 703-696-2593 | 22e. EMAIL ADDRESS: VERONICA.Y.LACEY.CIV@US.NAVY.MIL | | |

| 24. SUBMIT PAYMENT REQUEST TO: | 25a. PAYING OFFICE | 25b. CODE: N34291 | 26a. PATENT OFFICE: | 26b. CODE: N00014 |
|---|---|---|---|---|
| See FMS Article II, Section C.2.b of the ONR Addendum to the DoD R&D General Terms and Conditions | ONR Internal Entitlement N34291 usn.pentagon.cnr-arlington-va.mbx.onr-fm@us.navy.mil Arlington VA 22203 | | Office of Naval Research ATTN: ONR Office of Counsel Intellectual Property Section One Liberty Center 875 North Randolph Street, Suite 1425 ARLINGTON VA  22203-1995 | |

NAVONR 4206 (1-2022)

Page 1 of 5

| AWARD NO.<br>N000142512110 | AWARD / MODIFICATION | MODIFICATION NO.<br>P00003 |
|---|---|---|

**27. SPECIAL INSTRUCTIONS:**

First Year Indirect Cost Rate: 59.00%

See Special Requirements on Page 5

**28. DELEGATIONS:** The administration duties listed below have been delegated to the administrative office (block 23a). Upon request the awarding office contact (block 22) will make their full text available. Please direct questions to the contacts @:

https://www.onr.navy.mil/work-with-us/manage-your-award/onr-regional-offices

This award provides full delegation to the administrative office in Block 23 of the grant. Full delegation includes the functions described in the DoDGARs at 32 CFR 22.715 and the administrative grants officer functions related to payments described in 32 CFR 22.810.

**29. TERMS AND CONDITIONS:** The following terms and conditions are incorporated herein by reference with the same force and effect as if they were given in full text. Upon request the awarding office contact named in block 22 will make their full text available, or they can be found at the specified URL.

| DOCUMENT | URL |
|---|---|

The following documents may be found at:
https://www.onr.navy.mil/work-with-us/manage-your-award/manage-grant-award/grants-terms-conditions

- DOD RESEARCH AND DEVELOPMENT GENERAL TERMS AND CONDITIONS (OCT 2024)
- UAWA AWARD A (SEP 2017)
- ONR ADDENDUM TO THE DOD R&D GENERAL TERMS AND CONDITIONS AND ONR PROGRAMMATIC REQUIREMENTS - DOMESTIC EDUCATION AND SYMPOSIUM PROJECTS (JULY 2024)

| 30. OPTIONS | AMOUNT | PERIOD |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

**31. REPORTS:** The reporting requirements under this award are specified in the articles of part 5 (Financial, Programmatic, and Property Reporting) to the General Terms and Conditions and in any additional language for Part 5 in an ONR Addendum to the General Terms and Conditions specified in Block 29.

| 32. FOR THE RECIPIENT | 33. FOR THE UNITED STATES OF AMERICA | |
|---|---|---|
| 32a. SIGNATURE OF PERSON AUTHORIZED TO SIGN | 33a. SIGNATURE OF AWARDING OFFICER<br>Digitally signed by VERONICA LACEY 1231655901<br>Dated: 2025.05.23 14:25:31 EST | |
| 32b. NAME AND TITLE OF SIGNER | 32c. DATE SIGNED | 33b. NAME AND TITLE OF AWARD OFFICER<br>VERONICA LACEY | 33c. DATE SIGNED<br>05/23/2025 |

NAVONR 4206 (1-2022)

Page 2 of 5

# FINANCIAL ACCOUNTING DATA SHEET - NAVY

| 1. CONTRACT NUMBER (CRITICAL) | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) | 4. PR NUMBER |
|---|---|---|---|
| N000142512110 | | P00003 | 4720012442 |

| 5. CLIN/SLIN | 6. LINE OF ACCOUNTING | | | | | | | | | | | | 7. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. ACRN (CRITICAL) | B. APPROPRIATION (CRITICAL) | C. SUBHEAD (CRITICAL) | D. OBJ CLA | E. PARM | F. RFM | G. SA | H. AAA (CRITICAL) | I. IT | J. PAA | K. COST CODE | | | |
| | | | | | | | | | | | PROJ UNIT | MCC | PDLI & SUF | |
| | | | | | | | | | | | | | PAGE TOTAL $0.00 | |
| | | | | | | | | | | | | | GRAND TOTAL $0.00 | |

PREPARED/AUTHORIZED BY:

DATE:

COMPTROLLER APPROVAL:
FOR FISCAL DATA AND SIGNATURE
BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED
DATE:

NAVONR.4206 (1-2022)

Page 3 of 5

DEFSDOD_00010

| FINANCIAL ACCOUNTING DATA SHEET – NON-NAVY DoD ACTIVITIES ||||||
|---|---|---|---|---|---|
| 1. CONTRACT NUMBER (CRITICAL) N000142512110 | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) P00003 | 4. PR NUMBER 4720012442 || |
| 5. CLIN/SLIN | 6. ACRN (CRITICAL) | 7. ACCOUNTING CITATION || 8. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
|  |  |  || PAGE TOTAL |  |
|  |  |  || GRAND TOTAL |  |

PREPARED/AUTHORIZED BY:

DATE:

COMPTROLLER APPROVAL:
FOR FISCAL DATA AND SIGNATURE
BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED
DATE:

NAVONR 4206 (1-2022)

Page 4 of 5

**DEFSDOD_00011**

| AWARD NO. | SPECIAL REQUIREMENTS | MODIFICATION NO. |
|---|---|---|
| N000142512110 | | P00003 |

The purpose of this modification is to document the termination of this award under mutual agreement.
*
The end date is changed to August 31, 2025
*
The grant total award value is reduced to $70,000.00
*
End of modification

NAVONR 4206 (1-2022)

DEFSDOD_00012

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 / 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 27-Mar-2025 | 0011949993 | |

| 6. ISSUED BY | CODE | W911NF | 7. ADMINISTERED BY (If other than item 6) | CODE | N66018 |
|---|---|---|---|---|---|
| US ARMY ACC-APG-RTP W911NF  
800 PARK OFFICE DRIVE  
SUITE 4229  
RESEARCH TRIANGLE PARK NC 27709 | | | ONRRO SAN DIEGO  
140 SYLVESTER ROAD  
BLDG 140 ROOM 218  
SAN DIEGO CA 92106-3521 | | |

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)

UNIVERSITY OF CALIFORNIA IRVINE  
160 ALDRICH HALL  
IRVINE CA 92697-0001

CODE 0VWL0    FACILITY CODE

| | |
|---|---|
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| [X] 10A. MOD. OF CONTRACT/ORDER NO. | W911NF2310209 |
| [X] 10B. DATED (SEE ITEM 13) | 01-Jun-2023 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| [ ] A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| [ ] B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| [ ] C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] D. | OTHER (Specify type of modification and authority) Unilateral; IAW 2 CFR 200.340(a)(4) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification Control Number:  creechw 251508

Proposal: 81510  PI: Dr. Darryl Preece

The purpose of this modification is termination of the award IAW 2CFR 200.340(a)(4) effective 27 March 2025. A second modification will be issued to deobligate funding and reduce the award amount once final amounts have been provided by the Recipient.

SEE CONTINUATION PAGEs.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | WILLIAM A. CREECH / CONTRACTING/GRANTS OFFICER  
TEL: (919) 549-4387    EMAIL: william.a.creech3.civ@army.mil |
| 15B. CONTRACTOR/OFFEROR  
_____  
(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA  
BY *William A. Creech*  
(Signature of Contracting Officer) | 16C. DATE SIGNED  
07-Apr-2025 |

EXCEPTION TO SF 30  
APPROVED BY OIRM 11-84    30-105-04

STANDARD FORM 30 (Rev. 10-83)  
Prescribed by GSA  
FAR (48 CFR) 53.243

DEFSDOD_00013

W911NF2310209<br>
P00001<br>
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION F - DELIVERIES OR PERFORMANCE

The following Delivery Schedule item for CLIN 0001 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 01-JUN-2023 TO 31-MAY-2027 | N/A | ARMY RESEARCH OFFICE<br>SHIPPING ADDRESS ONLY (NO MAIL)<br>800 PARK OFFICE DRIVE<br>SUITE 4229<br>RESEARCH TRIANGLE PARK NC 27709<br>(919) 549-4289<br>FOB:  Destination | W36QYT |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 01-JUN-2023 TO 27-MAR-2025 | N/A | ARMY RESEARCH OFFICE<br>SHIPPING ADDRESS ONLY (NO MAIL)<br>800 PARK OFFICE DRIVE<br>SUITE 4229<br>RESEARCH TRIANGLE PARK NC 27709<br>(919) 549-4289<br>FOB:  Destination | W36QYT |

(End of Summary of Changes)