# EXHIBIT I

*Date*

*Name*
*Title*
*Organization*
*Address*

Dear _____:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, (Federal Award Identification Number [FAIN], Project Title), in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

It is the policy of the Department to establish a return to American principles and realign its focus towards its original objectives of maximizing and promoting American agriculture; ensuring a safe, nutritious, and secure food supply; enhancing rural prosperity; and managing our National Forests. This policy prioritizes multiple use management; conservation of our Nation's natural resources; and a focus on serving the American people in furtherance of those policies. The Department's resources must be conserved and focused upon its original objectives, as well as its obligations under the Constitution and laws of the United States. The Department's priorities include ensuring that its grants, cooperative agreements, and other similar arrangements do not support programs that promote or take part in climate change or environmental justice initiatives. It is vital that the Department assess both whether all award payments are free from fraud, abuse, and duplication and whether they are in the best interests of the United States.

Termination.  The award specified above provides funding for programs that promote or take part in climate change or environmental justice initiatives; that conflict with the Department's policies and priorities; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. (FAIN) in its entirety effective (insert date of letter).

Closure.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects*

DEFSUSDA_00001

*of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, (Agency) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, (Agency) must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  *(Include the following if any payments were made to recipient)* Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Appeal Process</u>. [Insert applicable appeal process]


If you have questions, contact your (Agency) Program Contact at *(insert email address)*.


Sincerely,

*(insert signatory official name)*
*(Insert signatory official title)*


CC: *(insert name, Title, Office)*

*Date*

*Name*
*Title*
*Organization*
*Address*

Dear _____:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, *(Federal Award Identification Number [FAIN], Project Title)*, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

It is a priority of the Department of Agriculture to eliminate discrimination in all forms throughout the United States. The Secretary of Agriculture has determined, per the Department's obligations to the Constitution and laws of the United States, that priority includes ensuring that the Department's awards do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Such DEI policies and practices can violate both the letter and purpose of Federal civil rights laws and conflict with the Department's policy of maximizing and promoting American agriculture, ensuring a safe, nutritious and secure food supply, enhancing rural prosperity, and protecting our National Forests. In addition to complying with the letter and spirit of the civil rights laws, it is vital that the Department assess whether all awards are free from fraud, abuse, and duplication, as well as to assess whether current awards are in the best interests of the United States.

<u>Termination.</u>  The award specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights laws; that conflict with the Department's policies and priorities; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. *(FAIN)* in its entirety effective *(insert date of letter)*.

DEFSUSDA_00003

<u>Closure</u>.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, (Agency) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, (Agency) must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  *(Include the following if any payments were made to recipient)* Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Appeal Process</u>. [Insert applicable appeal process]


If you have questions, contact your (Agency) Program Contact at *(insert email address)*.


Sincerely,

*(insert signatory official name)*
*(Insert signatory official title)*


CC: *(insert name, Title, Office)*

DEFSUSDA_00004

*Date*

*Name*
*Title*
*Organization*
*Address*

Dear _____:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, *(Federal Award Identification Number [FAIN], Project Title)*, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

Termination.  The award specified above has been determined to not align with the foreign assistance objectives of the Department. The award is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. *(FAIN)* in its entirety effective *(insert date of letter)*.

Closure.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, *(Agency)* must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, *(Agency)* must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  *(Include the following if any payments were made to recipient)* Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of

**DEFSUSDA_00005**

later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

Appeal Process. [Insert applicable appeal process]


If you have questions, contact your (Agency) Program Contact at *(insert email address)*.


Sincerely,

*(insert signatory official name)*
*(Insert signatory official title)*


CC: *(insert name, Title, Office)*

DEFSUSDA_00006