UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No.  25-cv-04737-RFL<br><br>**PRELIMINARY INJUNCTION** |

For the reasons set forth in the Court's accompanying opinion (Dkt. No. 54), it is hereby

**ORDERED** that a preliminary injunction is entered as follows:

1. The Form Termination Class consists of:

    All University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants by the EPA, NSF, or NEH (or their sub-agencies) that are terminated by means of a form termination notice that does not provide a grant-specific explanation for the termination that states the reason for the change to the original award decision and considers the reliance interests at stake, from and after January 20, 2025.

    Excluded from the class are Defendants, the judicial officer(s) assigned to this case, and their respective employees, staffs, and family members.

2. As to the Form Termination Class:

    a. All grant terminations by the National Endowment for the Humanities, the National Science Foundation, and the Environmental Protection Agency (collectively, "Agency Defendants") communicated by means of a form termination notice that does not provide a grant-specific explanation for the termination that states the reason for the change to the original award decision and considers the reliance interests at stake, which result in the termination of

1

       funding as to a member of the Form Termination Class, are **VACATED**.

   b. Agency Defendants are **ENJOINED** from giving effect to any grant termination that results in the termination of funding as to a member of the Form Termination Class, where the termination was communicated by means of a form termination notice that does not provide a grant-specific explanation for the termination that states the reason for the change to the original award decision and considers the reliance interests at stake.

   c. Agency Defendants shall **RESTORE** the affected members of the Form Termination Class to the status quo and **REINSTATE** the terminated grants.

3. The Equity Termination Class consists of:

> All University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants by the EPA, NSF, or NEH (or their sub-agencies) that are terminated pursuant to Executive Orders 14151 or 14173, from and after January 20, 2025.
>
> Excluded from the class are Defendants, the judicial officer(s) assigned to this case, and their respective employees, staffs, and family members.

4. As to the Equity Termination Class:

   a. All grants terminated by Agency Defendants pursuant to Executive Orders 14151 or 14173, which result in the termination of funding as to a member of the Equity Termination Class, are **VACATED**.

   b. Agency Defendants are **ENJOINED** from giving effect to any grant termination that results in the termination of funding as to a member of the Equity Termination Class, where the termination was pursuant to Executive Orders 14151 or 14173.

   c. Agency Defendants shall **RESTORE** the affected members of the Equity Termination Class to the status quo and **REINSTATE** the terminated grants.

5. This relief applies on a prospective basis. While this matter remains pending, any

future grant terminations by Agency Defendants meeting the above criteria are vacated upon issuance, and the Agency Defendants are enjoined as to those terminations in the manner stated above.

6. By June 30, 2025, Plaintiffs **SHALL** post a nominal bond of $100 with the Clerk of the Court.

7. This order **SHALL** remain in effect until further order of the Court.

This injunction shall apply to all Agency Defendants as well as any subagencies of Agency Defendants and any officers, agents, servants, employees, or attorneys of Agency Defendants or any of their subagencies. This injunction shall further apply to persons who are in active concert or participation with Agency Defendants' officers, agents, servants, employees, and attorneys, including but not limited to Defendant Department of Government Efficiency ("DOGE"). Fed. R. Civ. P. 65(d)(2).

**IT IS SO ORDERED.**

Dated: June 23, 2025

RITA F. LIN
United States District Judge