BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED JUNE 23, 2025** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

Defendants respectfully submit this Status Report pursuant to the Case Management Conference and the Court's Minute Entry dated July 2, 2025 (Dkts. 56 & 60). This Report provides an update regarding Defendants NSF, NEH, and EPA's status of compliance with the Court's Preliminary Injunction Order dated June 23, 2025 (Dkts. 54 & 55).

NSF represents that it completed reinstatement of the identified grants on June 30, 2025. Defendants shared with Plaintiffs' counsel a spreadsheet listing the 114 reinstated grants, which includes for each grant award: (1) the award identifier, (2) the name of the grantee, (3) the type of award, and (4) the award title.

NEH represents that it completed reinstatement of the identified grants on July 9, 2025. Defendants shared with Plaintiffs' counsel a spreadsheet listing the 46 reinstated grants, which includes for each grant award: (1) the grant name/title, (2) the grant number, and (3) the name of the grantee.

EPA identified 25 grants to be reinstated, and is working to reinstate these grants by July 16, 2025. EPA represents that they have worked to draft reinstatement letters and to coordinate to ensure funds are available as soon as possible to recipients. Defendants have shared with Plaintiffs' counsel a spreadsheet listing the 25 grants to be reinstated, which includes for each grant award: (1) the grant identifier information, (2) the project costs and cumulative award amount, (3) the project title, and (4) the grantee's name and information.

DATED: July 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for United States*

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737