# EXHIBIT A

**SUSAN L. HANDY**

Department of Environmental Science and Policy
University of California at Davis
1 Shields Avenue
Davis, CA  95616-8576
slhandy@ucdavis.edu

**ACADEMIC POSITIONS:**

Distinguished Professor, Department of Environmental Science and Policy, University of
California, Davis, 2021 –
 Director, National Center for Sustainable Transportation, 2013 – 2025
 Chair, Transportation Technology and Policy Graduate Group, 2015 – 2024
 Chair, Department of Environmental Science and Policy, 2011 – 2016
 Director, Sustainable Transportation Center, 2006 – 2012
 Professor, 2006 – 2021
 Associate Professor, 2002 – 2006
Associate Professor, Community and Regional Planning Program, School of Architecture,
University of Texas at Austin, 1999 -2002.
 Assistant Professor 1993 - 1999.
Assistant Researcher, Institute of Transportation Studies, UC Davis, 1992-1993.

**EDUCATION:**

Doctor of Philosophy, City and Regional Planning, University of California, Berkeley, 1992.
Master of Science, Resource Planning Program, Civil Engineering, Stanford University, 1987.
Bachelor of Science and Engineering, Engineering and Management Systems Program, Civil
Engineering, Princeton University, 1984.

**HONORS:**

Honorary Doctorate, Technical University of Delft, 2025.
Thomas B. Deen Distinguished Lectureship, Annual Meeting of the Transportation Research
Board, January 2024.
Academic Award of Excellence from the Sacramento Valley Section of the American Planning
Association for the project The Implications of Freeway Siting in California, 2024.
Zephyr Foundation Leadership Award, 2024.
Equity Topics in Bicycle Transportation Paper Award, Transportation Research Board, 2023.
Fulbright Senior Scholar Award, US-Spain Fulbright Commission, 2021-2022.
Ryuichi Kitamura Best Student Paper Award, Transportation Research Board, 2015.
Burack Distinguished Lecture, University of Vermont, September 2011.
Visiting Research Fellow, Healthway Foundation, Perth, Australia, 2006.

**PROFESSIONAL APPOINTMENTS:**

Associate Editor, *Transportation Research Record*, since 2019.
Member, Editorial Board, *Transport Reviews* (since 2013), *Travel Behavior & Society* (since
2013), *Transport Policy* (since 2011), *Journal of Transportation and Land Use* (since 2007),
*Journal of Planning Education and Research* (since 2006), *Transportation Research D* (since

1996), *Journal of the American Planning Association* (2001 - 2019), *Journal of Physical Activity and Health* (2006-2011), *American Journal of Health Promotion* (2004-2009), *International Journal of Behavioral Nutrition and Physical Activity* (2004-2009).

Member, Executive Board, World Society on Transportation & Land Use Research, 2011-2024.

Associate Editor, *Journal of Transport and Health*, 2013-2019.

Member, Committee on Women's Issues in Transportation of the Transportation Research Board, 2005 - 2016.

Member, Organizing Committee for the UTC Spotlight Conference on Pedestrian and Bicycle Safety, 2016.

Member, Research and Technical Advisory Panel (RTAP) for the Business, Transportation, and Housing Agency of the State of California, 2007 - 2010.

Member, Organizing Committee for the UTC Spotlight Conference on Livability, 2010.

Member, Committee on Transportation and Land Development of the Transportation Research Board, 1995 - 2009.  Friend of the Committee 1991-1995.

Member, Committee on Telecommunications and Travel Behavior of the Transportation Research Board, 1997-2009.  Chair of the Committee 2000-2006, Friend of the Committee 1993 - 1997.

Member, Institute of Medicine Committee on Childhood Obesity Prevention Actions for Local Governments, 2008-2009.

Member, Peer Review Panel for the State and Local Policy Program at the Humphrey Institute at the University of Minnesota, 2005-2008, 2011.

Member, Jury for the Transbay Transit Center Design Competition, 2006-2007.

Member, National Advisory Committee of the Active Living by Design Program of the Robert Wood Johnson Foundation, 2003-2007.

Member, Transportation Research Board Committee on Innovations in Travel Demand Modeling: A Conference, 2005-2006 and 2007-2008.

Member, Institute of Medicine Committee on the Prevention of Obesity in Children and Youth, 2003-2004.

Member, National Research Council Committee on Research on Women's Travel Issues Conference, 2004-2005.

Member, Editorial Board, Member, Committee on Carbon Monoxide Episodes in Meteorological and Topographical Problems Areas, National Research Council, 2001-2003.

Member, Executive Committee of the Southwest Region University Transportation Center, 1994 - 2002.

Chair, Project Panel H-12 for the Transit Cooperative Research Program of the Transportation Research Board, "Integrated Urban Models for Simulation of Transit and Land Use Policies," 1996-1998.

Member, Association of Collegiate Schools of Planning Commission on the Doctorate in Planning, 1990-1992.

**RESEARCH GRANTS:**

Co-Investigator, "Assessing Induced Travel Methodology Trends and Value of Further State Technical Guidance," California Air Resources Board, 2024-2025.

Principal Investigator, "VMT Elasticity Tool Services Contract," California Air Resources Board, 2024-2026.

Principal Investigator, "Investigation of the Abilities and Limitations of Travel Demand Modeling in Informing Decision-Making," California Department of Transportation, 2023-2024.

Principal Investigator, "Methods for Assessing the Effectiveness of Potential Vehicle-Miles-Traveled (VMT) Mitigation Measures," California Department of Transportation, 2022-2024.

Principal Investigator, "Measuring, Analyzing and Identifying Small-Area VMT Reduction," California Air Resources Board, 2021-2023.

Principal Investigator, "The Implications of Freeway Siting in California: An Equity, Geospatial, and Case Study Approach," California Department of Transportation, 2021.

Co-Investigator, "Monitoring VMT Reduction Claims in Local Development Review," California Department of Transportation, 2020-2021.

Co-Investigator, "Induced Travel Calculator Improvements," California Department of Transportation," 2021.

Principal Investigator, "Drivers of Vehicle Miles Traveled in the Tahoe Basin," Tahoe Science Advisory Council, 2020-2021.

Co-Investigator, "Barriers to Reducing the Carbon Footprint of Transportation," California Air Resources Board, 2020-2022.

Co-Investigator, "Changes in Mode Share in California," California Department of Transportation, 2020.

Co-Principal Investigator, "Active Transportation Benefit-Cost Tool," California Department of Transportation, 2019-2021.

Co-Principal Investigator, "Investigating the influence of dock-less electric bike share on travel behavior, attitudes, health, and equity: Phase II," Statewide Transportation Research Program, 2019-2020

Principal Investigator, "Evaluation of GHG Quantification Methods," California Air Resources Board, 2017-2020.

Co-Principal Investigator, "Investigating the influence of dock-less electric bike share on travel behavior, attitudes, health, and equity," Statewide Transportation Research Program, 2018-2019

Principal Investigator, "Greenhouse Gas Reduction Quantification Support," California Department of Conservation, 2015-2017.

Principal Investigator, "Bicyclist Behavior in San Francisco:  A Before-and-After Study of the Impact of Infrastructure Investments," California Department of Transportation, 2014-2016.

Principal Investigator, "Impact of Transportation and Land-Use Related Policies on Greenhouse Gas Emissions," California Air Resources Board, 2012-2013.

Principal Investigator, "Non-Motorized Travel:  Analysis of the National Household Travel Survey California Add-On Data," California Department of Transportation, 2011-2013.

Principal Investigator, "Trip-Generation Rates Spreadsheet for Smart-Growth Land-Use Projects," California Department of Transportation, 2009-2013.

Co-Investigator, "Impact of Transportation and Land-Use Related Policies on Greenhouse Gas Emissions," California Air Resources Board, 2010.

Principal Investigator, "An Exploration into the Nature and Formation of Bicycling Preference and Comfort," Sustainable Transportation Center, University of California Davis, 2009-2011.

Co-Investigator, "Economic Valuation Method for Environmental Resources," California Department of Transportation, 2009-2010.

Principal Investigator, "The Davis Bicycle Studies," Sustainable Transportation Center, University of California Davis, 2006-2009, University of California Transportation Center, 2005-2009.

Principal Investigator, "Increasing Walking and Bicycling with Federal Funding Programs and State, Regional and Local Policies," Robert Wood Johnson Foundation, 2006-2009.

Principal Investigator, "Cul-de-sacs and Street Play: Implications for the Physical Activity of Children," Robert Wood Johnson Foundation, 2005-2006.

Principal Investigator, "Understanding Travel Behavior for Diverse Population Groups in California," California Department of Transportation, 2004-2007.

Co-Investigator, "Regional Development, Population Trend, and Technology Change Impacts on Future Air Pollution Emissions," Environmental Protection Agency, 2004-2007.

Co-Investigator, "Identifying and Measuring Environmental Determinants of Physical Activity," Robert Wood Johnson Foundation, 2003-2004.

Co-Principal Investigator, "Study of Residential Location Decision-Making as it Relates to Air Quality – Transportation," California Department of Transportation, 2002-2004.

Principal Investigator, "Techniques for Mitigating Urban Sprawl," Texas Department of Transportation, 2001-2003.

Principal Investigator, "Metropolitan Planning Organizations (MPO) Strategies for Addressing Federal Requirements," Texas Department of Transportation, 2001-2002.

Principal Investigator, "The Case of the Soccer Mom and Other Stories: Travel by Choice or Necessity," Southwest Region University Transportation Center, 2001-2002.

Principal Investigator, "Transportation Solutions for the 21st Century," Mike Hogg Endowment for Urban Governance, the University of Texas at Austin, 2002.

Co-Investigator, "Development of an Urban Accessibility Index," Texas Department of Transportation, 1999-2002.

Principal Investigator, "The Economic Impacts of Highway Relief Routes on Small and Medium Size Communities," Texas Department of Transportation, 1999-2001.

Principal Investigator, "The Education of Transportation Professionals," Southwest Region University Transportation Center, 2000-2001

Co-Investigator, "Neighborhood Planning: A Review of Current Approaches," Mike Hogg Endowment for Urban Governance, the University of Texas at Austin, 2001.

Principal Investigator, "Understanding the Increase in Nonwork VMT," Southwest Region University Transportation Center, 1999-2000.

Principal Investigator, "Accessibility to Services and Retail in Low-Income Neighborhoods," Southwest Region University Transportation Center, 1998-1999.

Co-Investigator, "Evaluation of the Effects of Ramp Location on Land Use and Development," Texas Department of Transportation, 1997-1999.

Principal Investigator, "Evaluating Accessibility Using Geographic Information Systems," Southwest Region University Transportation Center, 1997-1998.

Co-Investigator, "An Assessment of the Transportation Reform Movement Since ISTEA," the Joyce Foundation, 1997.

Principal Investigator, "The Effectiveness of Land Use Policies as a Strategy for Reducing Automobile Dependence," Southwest Region University Transportation Center, 1994-1997.

Co- Investigator, "The Community Vision Project," Capital Metropolitan Transportation Authority and City of Austin, 1996.

4

Principal Investigator, "The Role of Modeling in Transportation Planning," Mike Hogg
Endowment for Urban Governance, the University of Texas at Austin, 1996.

Principal Investigator, "The Impact of Telecommunications Technologies on Non-Work Travel
Behavior," Southwest Region University Transportation Center, 1994-1995.

Principal Investigator, "The Characterization of Suburban Form:  A Study of Austin
Neighborhoods," Mike Hogg Endowment for Urban Governance, the University of Texas at
Austin, 1993-1994.

Co-Principal Investigator, "Institution of Compact City Policies:  The State-of-the Knowledge and
Feasibility of Transferring the Portland, Oregon Model to Austin, Texas," Mike Hogg
Endowment for Urban Governance, the University of Texas at Austin, 1993-1994.

Principal Investigator, "Regional versus Local Accessibility:  The Relationship between Land-Use
Patterns and Travel Patterns," University of California Transportation Center, California
State Department of Transportation, U.S. Department of Transportation, 1991-1992.

**BOOKS:**

Handy, S. 2023. *Shifting Gears: Toward a New Way of Thinking About Transportation*.
Cambridge, MA: MIT Press.

**ARTICLES:**

Mohiuddin, H., Bunch, D. S., Fukushige, T., Fitch-Polse, D. T., & Handy, S. L. (2025). What factors
influence the adoption and use of dockless electric bike-share? A case study from the
sacramento region. *Transportation Research Part A: Policy and Practice*, *199*, 104555.

Handy, S. (2024). Reflections on the Role of Researchers in Shaping the Ideas that Shape
Transportation. *Transportation Research Record*, 03611981231222861.

Fitch-Polse, D. T., Mohiuddin, H., & Handy, S. L. (2024). Can bike-share change attitudes?
Evidence from the Sacramento, California region. *Transportation Letters*, 1-12.

Mohiuddin, H., Fukushige, T., Fitch-Polse, D. T., & Handy, S. L. (2024). Does dockless bike-share
influence transit use? Evidence from the Sacramento region. *International Journal of
Sustainable Transportation*, *18*(2), 146-167.

Mohiuddin, H., Fitch-Polse, D. T., & Handy, S. L. (2024). Examining market segmentation to
increase bike-share use and enhance equity: The case of the greater Sacramento
region. *Transport Policy*, *145*, 279-290.   https://doi.org/10.1016/j.tranpol.2023.10.021

Venkataram, P. S., Flynn, J. A., Bhuiya, M. M. R., Barajas, J. M., & Handy, S. (2024). Availability
and usability of transportation for people with disabilities depending on what the user is
expected to do. *Transportation research interdisciplinary perspectives*, *23*, 100960.

Venkataram, P.S., J.A. Flynn, M.M. Rahman Bhuiya, J.M. Barajas, and S. Handy. 2023. Framing
availability and usability of transportation for people with disabilities. *Transportation
Research Interdisciplinary Perspectives*. https://doi.org/10.1016/j.trip.2023.100961

Mohiuddin, H., T. Fukushige, D.T. Fitch-Polse and S.L. Handy. 2023. Does dockless bike-share
influence transit use? Evidence from the Sacramento region. *International Journal of
Sustainable Transportation*, 1-22.

Johnson, N., D.T. Fitch-Polse, and S.L. Handy. 2023. Impacts of E-bike Ownership on Travel
Behavior: Evidence from three Northern California rebate programs. *Transport Policy*, 140,
163-174. https://doi.org/10.1016/j.tranpol.2023.06.014

Andersen, H., D. Fitch and S. Handy. 2023. Were COVID pedestrian streets good for business? Evidence from interviews and surveys from across the US. *Journal of Transport and Land Use*, *16*(1), 163-188.

Mohiuddin, H., D.T. Fitch-Polse and S.L. Handy. 2023. Does bike-share enhance transport equity? Evidence from the Sacramento, California region. *Journal of Transport Geography*, *109*, 103588.

Fukushige, T., D.T. Fitch and S. Handy. 2023. Estimating Vehicle-miles traveled reduced from Dock-less E-bike-share: Evidence from Sacramento, California. *Transportation Research Part D: Transport and Environment*, *117*, 103671.

Hui, T., Pike, S., Kelley, S., Handy, S., Segan, D., & Haefer, R. 2023. Escaping the heat: Climate change and visitation to the Lake Tahoe basin. *Transportation Research Interdisciplinary Perspectives*, *18*, 100779.

Jain, A. and S. Handy. 2023. Changes in E-bike Awareness and Consideration for Commute. *Transport Findings*.

Fukushige, T., D.T. Fitch, and S. Handy. 2022. Can an Incentive-Based approach to rebalancing a dock-less bike-share system work? Evidence from Sacramento, California. *Transportation Research Part A*, 163, 181-194.

Currans, K.M., G. Abou-Zeid, C. McCahill, N. Iroz-Elardo, K.J. Clifton, S. Handy, I. Pineda. 2022. Households with constrained off-street parking drive fewer miles. *Transportation*, https://doi.org/10.1007/s11116-022-10306-8.

Volker, J. M., and S. Handy. 2022. Exploring Homeowners' Openness to Building Accessory Dwelling Units in the Sacramento Metropolitan Area. *Journal of the American Planning Association*, 1-16.

Handy, S. L., and D.T. Fitch.  2022. Can an e-bike share system increase awareness and consideration of e-bikes as a commute mode? Results from a natural experiment. *International Journal of Sustainable Transportation*, *16*(1), 34-44.

Fitch, D. T., J. Carlen and S.L. Handy. 2022. What makes bicyclists comfortable? Insights from a visual preference survey of casual and prospective bicyclists. *Transportation research part A: policy and practice*, *155*, 434-449.

Fukushige, T., D.T. Fitch and S. Handy. 2021. Factors influencing dock-less E-bike-share mode substitution: Evidence from Sacramento, California. *Transportation Research Part D: Transport and Environment*, *99*, 102990.

Fukushige, T., and S. Handy. 2021. Who are the potential bicyclists? Evidence from the California Millennials Dataset 2015. *International Journal of Sustainable Transportation*, 1-11.

Handy, S., A. Wang, E. Jacobson and C. Thigpen. (021) What do teenagers think about driving? Insights from a bicycling-oriented community in the auto-dependent United States. *Transportation research interdisciplinary perspectives*, *11*, 100422.

Volker, J., and S. Handy. 2021.  Economic impacts on local businesses of investments in bicycle and pedestrian infrastructure: a review of the evidence. *Transport Reviews*.  DOI: 10.1080/01441647.2021.1912849

Rodriguez-Valencia, A., D. Rosas-Satizabal, R. Unda, and S. Handy.  2021.  The decision to start commuting by bicycle in Bogota, Colombia: Motivations and Influences.  *Travel Behaviour and Society*, *24*, 57-67.

Malik, J., D. Bunch, S. Handy, and G. Circella. 2021. A Deeper Investigation into the Role of the Built Environment in the Use of Ridehailing for Non-Work Travel. *Journal of Transport Geography, 91*, 102952.

Janke, J., C.G. Thigpen, and S. Handy. 2021. Examining the effect of life course events on modality type and the moderating influence of life stage. *Transportation*, 1-36.

Fitch, D., H. Mohiuddin and S. Handy. 2020. Electric Bike-share in the Sacramento Region is Replacing Car Trips and Supporting More Favorable Attitudes Towards Bicycling. *Sustainability, 13*, 368. DOI: 10.3390/su13010368.

Volker, J., A. Lee, and S. Handy. 2020. Induced Vehicle Travel in the Environmental Review Process. *Transportation Research Record*, *2674*(7), 468-479.

Handy, S. and A. Lee. 2020. What is it about bicycling? Evidence from Davis, CA. *Travel Behavior & Society, 20*, 348-357.

Fitch, D. T., J. Sharpnack, and S. Handy. 2020. Psychological stress of bicycling with traffic: examining heart rate variability of bicyclists in natural urban environments. *Transportation Research Part F: Traffic Psychology and Behaviour*, *70*, 81-97.

Fitch, D. T., and S.L. Handy, 2020. Road environments and bicyclist route choice: The cases of Davis and San Francisco, CA. *Journal of Transport Geography*, *85*, 102705.

Chatterjee, K., S. Chng, B. Clark, A. Davis., J. De Vos, D. Ettema. S. Handy, A. Martin and L. Reardon. 2020. Commuting and wellbeing: a critical overview of the literature with implications for policy and future research. *Transport Reviews*, *40*(1), 5-34.

Volker, J. and S. Handy. 2019. Projecting Reductions in Vehicle Kilometers Traveled from New Bicycle Facilities. *Transport Findings,* DOI:10.32866/7766.

Handy, S. 2019. The connection between mode beliefs and mode liking: biking versus driving. *Transport Findings*, DOI:10.32866/6800.

Fang, K. and S. Handy. 2019. Skateboarding for transportation: exploring the factors behind an unconventional mode choice among university skateboard commuters. *Transportation*, *46*(1), 263-283.

Janke, J. and S. Handy. 2019. How life course events trigger changes in bicycling attitudes and behavior: Insights into causality. *Travel Behaviour and Society*, *16*, 31-41.

Alemi, F., G. Circella, P. Mokhtarian and S. Handy. 2019. What drives the use of ridehailing in California? Ordered probit models of the usage frequency of Uber and Lyft. *Transportation Research Part C: Emerging Technologies*, *102*, 233-248.

Zwald, M. L., Eyler, A. A., Haire-Joshu, D., Handy, S. L., Harris, J. K., Moreland-Russell, S., and Brownson, R. C. 2019. Network influences on the development and implementation of active transportation policies in six US cities. *Preventive Medicine*, *118*, 176-183.

Handy, S., and C. Thigpen. 2019. Commute quality and its implications for commute satisfaction: Exploring the role of mode, location, and other factors. *Travel Behaviour and Society*, *16*, 241-248.

Fitch, D. T., Rhemtulla, M., and Handy, S. L. 2018. The relation of the road environment and bicycling attitudes to usual travel mode to school in teenagers. *Transportation Research Part A: Policy and Practice, 123*, 35-53.

Fitch, D. T., and Handy, S. L. 2018. The Relationship between Experienced and Imagined Bicycling Comfort and Safety. *Transportation Research Record*, DOI 0361198118787635.

Thigpen, C. G., and Handy, S. L. 2018. Effects of Building a Stock of Bicycling Experience in Youth. *Transportation Research Record*, DOI 0361198118796001.

Alemi, F., Circella, G., Handy, S., and Mokhtarian, P. 2018. What influences travelers to use Uber? Exploring the factors affecting the adoption of on-demand ride services in California. *Travel Behaviour and Society*, *13*, 88-104.

Alemi, F., Circella, G., Mokhtarian, P., and Handy, S. 2018. Exploring the latent constructs behind the use of ridehailing in California. *Journal of Choice Modelling*, *29*, 47-62.

Xing, Y., Volker, J., and Handy, S. 2018. Why do people like bicycling? Modeling affect toward bicycling. *Transportation Research Part F: Traffic Psychology and Behaviour*, *56*, 22-32.

Thigpen, C., and S. Handy. 2018. Driver's licensing delay: A retrospective case study of the impact of attitudes, parental and social influences, and intergenerational differences. *Transportation Research Part A: Policy and Practice*, *111*, 24-40.

Lee, A. E., and S.L. Handy. 2018. Leaving level-of-service behind: The implications of a shift to VMT impact metrics. *Research in Transportation Business & Management*, *29*, 14-25.

Sciara, G. C., K. Lovejoy, and S Handy, S. 2018. The Impacts of Big Box Retail on Downtown: A Case Study of Target in Davis (CA). *Journal of the American Planning Association*, *84*(1), 45-60.

Fang, K. and S. Handy. 2017. Skate and die? The safety performance of skateboard travel: A look at injury data, fatality data, and rider behavior. *Journal of Transport and Health*, 7, 288-29.

Kroesen, M., S. Handy and C. Chorus. 2017. Do attitudes cause behavior or vice versa? An alternative conceptualization of the attitude-behavior relationship in travel behavior modeling. *Transportation Research Part A: Policy and Practice* 101: 190-202.

Milam, R. T., M. Birnbaum, C. Ganson, S. Handy and J. Walters, J. 2017. Closing the induced vehicle travel gap between research and practice. *Transportation Research Record* 2653: 10-16.

Lee, R. J., I. N Sener, P.L. Mokhtarian and S.L. Handy. 2017. Relationships between the online and in-store shopping frequency of Davis, California residents. *Transportation Research Part A: Policy and Practice* 100: 40-52.

Palm, M. and S. Handy. 2016. Sustainable transportation at the ballot box: a disaggregate analysis of the relative importance of user travel mode, attitudes and self-interest. *Transportation.* DOI 10.1007/s11116-016-9728-0

Guarda, P., P. Galilea, S. Handy, J.C. Muñoz and J. de Dios Ortúzar, 2016. Decreasing fare evasion without fines? A microeconomic analysis. *Research in Transportation Economics* 59: 151-158.

Gudz, E., K. Fang, and S. Handy. 2016. When a Diet Prompts a Gain: Impact of Road Diet on Bicycling in Davis, California. *Transportation Research Record* 2587: 61-67.

Fitch, D., C. Thigpen, and S. Handy. 2016. Modeling Bicycling to Elementary and Junior High Schools with Bike Rack Counts. *Transportation Research Record* 2587: 68-77.

Fitch, D., C. Thigpen, and S. Handy. 2016. Traffic Stress and Bicycling to Elementary and Junior High School: Evidence from Davis, California. *Journal of Transport and Health* 3(4): 457-466.

Van Wee, B. and S. Handy. 2016. Key Research Themes on Urban Space, Scale and Sustainable Urban Mobility. *International Journal of Sustainable Transportation* 10(1): 18-24.

Thigpen, C., H. Li, S. Handy, and J.T. Harvey. 2015. Modeling the Impact of Pavement Roughness on Bicycle Ride Quality. *Transportation Research Record* 2525: 43-53.

Thigpen, C.G., B.K. Driller, and S. Handy. 2015. Using a stages of change approach to explore opportunities for increasing bicycle commuting. *Transportation Research Part D* 39: 44-55.

8

Kroesen, M. and S. Handy. 2015. Is the rise of the e-society responsible for the decline in car use among young adults? Results from the Netherlands. *Transportation Research Record* 2496: 28-35.

Brown, R.E. and S. L. Handy. 2015. Factors associated with delayed driver's license acquisition among high school students: Insights from three Northern California schools. *Transportation Research Record* 2459: 1-13.

Lee, R.J., I.N. Sener and S. Handy. 2015. A Picture of Online Shoppers: Specific Focus on Davis, California. *Transportation Research Record*. 2496: 55-63.

Popovich, N.D. and S. Handy. 2015. Downtown, strip centers, and big-box stores: Mode choice by shopping destination type in Davis, California. *Journal of Transportation and Land Use* 8(2): 149-170.

Schneider, R., K. Shafizadeh, and S. Handy. 2015. Method to adjust Institute of Transportation Engineers vehicle trip-generation estimates in smart-growth areas. *Journal of Transportation and Land Use* 8(1): 69-83.

Lee, A.E., S. Underwood, and S. Handy. 2015. Crashes and other safety-related incidents in the formation of attitudes toward bicycling. *Transportation Research Part F* 28: 14-24.

Piatkowski, D.P., K.J. Krizek and S. Handy. 2015. Accounting of the short term substitution effects of walking and cycling in sustainable transportation. *Travel Behaviour and Society* 2(1): 32-41.

Popovich, N. and S. Handy. 2014. Bicyclists as Consumers: Mode Choice and Spending Behavior in Downtown Davis, CA. *Transportation Research Record* 2468: 47-54.

Xing, Y. and S. Handy. 2014. Online versus phone surveys: comparison of results for a bicycling survey. *Transportation Planning and Technology*. 37: 1-14.

Kroesen, M. and S. Handy. 2014. The relation between bicycle commuting and non-work cycling: results from a mobility panel. *Transportation*. 41: 507-527.

Underwood, S.K., S. Handy, D.A. Paterniti, and A. Lee. 2014. Why do teens abandon bicycling? A retrospective look at attitudes and behavior. *Journal of Transport and Health*. 1: 17-24.

Handy, S., B. van Wee, and M. Kroesen. 2014. Promoting cycling for transport: Research needs and challenges. *Transport Reviews* 34: 4-24. DOI: 10.1080/01441647.2013.860204

Kroesen, M. and S. Handy. 2014. The influence of holiday-taking on affect and contentment. *Annals of Tourism Research* 45: 89-101.

Popovich, N., E. Gordon, Z. Shao, Y. Xing, Y. Wang, and S. Handy. 2014. Experiences of electric bicycle users in the Sacramento, California area. *Travel Behaviour and Society* 1: 37-44.

Schneider, R., K. Shafizadeh, B. Sperry, and S. Handy. 2013. Methodology to gather multimodal trip generation data in smart-growth areas. *Transportation Research Record* 2354: 68-85. DOI: 10.3141/2354-08

Lovejoy, K., G.C. Sciara, D. Salon, S. Handy, P. Mokhtarian. 2013. Measure the Impact of Local Land Use Policies on Vehicle Miles of Travel: The Case of the First Big Box Store in Davis, CA. *Journal of Transportation and Land Use* 6(1): 25-39.

Shavizadeh, K., R. Lee, D. Niemeier, T. Parker, and S. Handy. 2012. Evaluation of the Operation and Accuracy of Available Smart Growth Trip Generation Methodologies for Use in California. *Transportation Research Record* 2307: 120-131.

Miller, J. and S. Handy. 2012. Factors influencing commute bicycling by university employees. *Transportation Research Record* 2314: 112-119.

Tal, G. and S. Handy.  2012.  Measuring non-motorized accessibility and connectivity in a robust pedestrian network.  *Transportation Research Record* 2299: 48-56.

Salon, D., M.G. Boarnet, S.Handy, S. Spears, G. Tal.  2012.  How do local actions affect VMT? A critical review of the empirical evidence.  *Transportation Research Part D* 17: 495-508.

Evenson, K., J. Sallis, S. Handy, R. Bell, L.K. Brennan.  2012.  Evaluation of Physical Projects and Policies from the Active Living by Design Partnerships.  *American Journal of Preventive Medicine* 43 (5S4): S309 –S319.

Hoehner, C.M., S.L. Handy, Y. Yan, S.N. Blair, D. Berrigan. 2011.  Association between neighborhood walkability, cardiorespiratory fitness and body-mass index. *Social Science and Medicine* 73: 1707-1716.

Bao, S., D. Niemeier, and S. Handy.  2011.  Linking Land Use, Transportation and Air Quality: Impact of Urban Growth Patterns on Vehicle Travel and Pollutant Emissions. *Journal of Transportation and Land Use* 4(3): 65-80.

Tang, W., P.L. Mokhtarian, and S. Handy.  2011.  The Impact of the Residential Built Environment on Work at Home Adoption and Frequency: An Example from Northern California. *Journal of Transportation and Land Use* 4(3): 3-22.

Heinen, E. and S. Handy. 2011. Similarities in Attitudes and Norms and the Effect on Bicycle Commuting: Evidence from the Bicycle Cities Davis and Delft.  *International Journal of Sustainable Transportation* 6(5): 257-281.

Maiss, R. and S. Handy.  2011. Biking and Spatial Knowledge in Children: An Exploratory Study in Davis, CA.  *Children, Youth, and Environment* 21(2): 100-117.

Emond, C. and S. Handy.  2011. Factors Associated with Bicycling to High School:  Insights from Davis, CA.  *Journal of Transport Geography* 20: 71-79.

Lovejoy, K. and S. Handy.  2011.  Social networks as a source of private-vehicle transportation: The practice of getting rides and borrowing vehicles among Mexican immigrants in California.  *Transportation Research A* 45: 248-257.

Handy, S. and B. McCann.  2011.  The Regional Response to Federal Funding for Bicycle and Pedestrian Projects.  *Journal of the American Planning Association* 77: 23-38, 2011.

Handy, S. and Y. Xing. 2011.  Factors Correlated with Bicycle Commuting: A Study in Six Small U.S. Cities.  *International Journal of Sustainable Transportation* 5(2):  91-110.

Lovejoy, K., S. Handy, and P.L. Mokhtarian.  2010. Neighborhood satisfaction in suburban versus traditional environments: An evaluation of contributing characteristics in eight California neighborhoods.  *Landscape and Urban Planning* 97: 37-48.

Tal, G. and S. Handy. 2010.  Travel Behavior of Immigrants: An Analysis of the 2001 National Household Transportation Survey.  *Transport Policy* 17: 85-93.

Handy, S., Y. Xing, and T. Buehler. 2010. Factors Associated with Bicycle Ownership and Use: A Study of Six Small U.S. Cities. *Transportation* 37: 967-985.

Xing, Y., S. Handy, and P.L. Mokhtarian.  2010. Factors Associated with Proportions and Miles of Bicycling for Transportation and Recreation in Six Small U.S. Cities. *Transportation Research D* 15: 73-81.

Pucher, J., J. Dill, and S. Handy.  2010. Infrastructure, Programs, and Policies to Increase Bicycling: An International Review. *Preventive Medicine* 50: S105-S125.

Emond, C.R., W. Tang, S.L. Handy.  2009. Explaining Gender Differences in Bicycling Behavior. *Transportation Research Record* 2125: 16-24.

Krizek, K., S. Handy, and A. Forsyth. 2009. Explaining Changes in Walking and Bicycling Behavior: Challenges for Transportation Research. *Environment and Planning B* 36: 725-740.

Lubell, M., R. Feiock, S. Handy. 2009. City Adoption of Environmentally Sustainable Policies in California's Central Valley. *Journal of the American Planning Association* 75(3): 293-308.

Cao, X, P. Mokhtarian, and S. Handy. 2009. Examining the Impacts of Residential Self-Selection on Travel Behaviour: A Focus on Empirical Findings. *Transport Reviews* 29(3): 359-395.

Cao, X, P. Mokhtarian, and S. Handy. 2009. The relationship between the built environment and nonwork travel: A case study of Northern California. *Transportation Research A* 43(5): 548-559.

McKinnon, R.A., J. Reedy, S. Handy, and A.B. Rodgers. 2009. Measuring the Food and Physical Activity Environments: Shaping the Research Agenda. *American Journal of Preventive Medicine* 36(43): S81-S84.

Cao, X, P. Mokhtarian, and S. Handy. 2009. No Particular Place to Go: An Empirical Analysis of Travel for the Sake of Travel. *Environment and Behavior* 41(2): 233-257.

Ewing, R. and S. Handy. 2009. Measuring the Unmeasurable: Urban Design Qualities Related to Walkability. *Urban Design* 14(1): 65-84.

Handy, S., X. Cao, P.L. Mokhtarian. 2008. Neighborhood Design and Children's Outdoor Play: Evidence from Northern California. *Children, Youth and Environments* 18(2): 160-179.

Tal, G. and S. Handy. 2008. Children's Biking for Non-School Purposes: Getting to Soccer Games in Davis, CA. *Transportation Research Record* 2074: 40-45.

Buehler, T. and S. Handy. 2008. Fifty years of bicycle policy in Davis, CA. *Transportation Research Record* 2074: 52-57.

Hough, J., X. Cao, and S. Handy. 2008. Exploring travel behavior of elderly women in rural and small urban North Dakota: an ecological modeling approach. *Transportation Research Record* 2028: 125-131.

Saelens, B., and S. Handy. 2008. Built Environment Correlates of Walking: A Review. *Medicine & Science in Sports & Exercise* 40 (7S): S550-S566.

Brownson, R., C.M. Kelly, A.A. Eyler, C. Carnoske, L. Grost, S. Handy, J.E. Maddock, D. Pluto, B.A. Ritacco, J.F. Sallis, and T. L. Schmid. 2008. Environmental and Policy Approaches for Promoting Physical Activity in the United States: A Research Agenda. *Journal of Physical Activity and Health* 5 (4): 488-503.

Handy, S., J. Sallis, D. Weber, E. Maibach, and M. Hollander. 2008. Is Support for Traditionally Designed Communities Growing? Evidence from Two National Surveys. *Journal of the American Planning Association* 74 (2): 209-221.

Handy, S., X. Cao, and P. Mokhtarian. 2008. The Causal Influence of Neighborhood Design on Physical Activity Within the Neighborhood: Evidence from Northern California. *American Journal of Health Promotion* 22 (5): 350-358.

Cao, X., P.L. Mokhtarian, and S. Handy. 2008. Differentiating the Influence of Accessibility, Attitudes and Demographics on Stop Participation and Frequency During the Evening Commute. *Environment and Planning B* 35: 431-442.

Handy, S. 2008. Regional Transportation Planning in the US: An Examination of Changes in Technical Aspects of the Planning Process in Response to Changing Goals. *Transport Policy* 15 (2) 113-126.

Wilson, R., K. Krizek, and S. Handy.  2007.  Trends in Out-of-home and At-home Activities: Evidence from Repeat Cross-Sectional Surveys. *Transportation Research Record* 2014: 76-84.

Cao, X., P.L. Mokhtarian, and S. Handy.  2007.  Do Changes in Neighborhood Characteristics Lead to Changes in Travel Behavior? A Structural Equations Modeling Approach. *Transportation* 34: 535-556.

Hoehner, C.M., A. Ivy, L.K. Brennan Ramirez, S. Handy, R. Brownson.  2007.  Activity Neighborhood Checklist:  A User-Friendly and Reliable Tool for Assessing Activity Friendliness. *American Journal of Health Promotion* 21 (6): 534-537.

Cao, X., P.L. Mokhtarian, and S. Handy.  2007.  Cross-sectional and Quasi-panel Explorations of the Connection between the Built Environment and Auto Ownership. *Environment and Planning A* 39: 830-847.

Goddard, T., S. Handy, and P.L. Mokhtarian.  2006.  Voyage of the S.S. Minivan: Women's Travel Behavior in Traditional and Suburban Neighborhoods. *Transportation Research Record* 1965: 141-148.

Handy, S.  2006.  Longer View: The Road Less Driven. *Journal of the American Planning Association* 72 (3): 274-278.

Mokhtarian, P., I. Salomon, and S. Handy.  2006. The Impacts of ICT on Leisure Activities and Travel: A Conceptual Exploration. *Transportation* 33: 263-289.

Ewing, R., O. Clemente, S. Handy, R. Brownson, and E. Winston.  2006.  Identifying and Measuring Urban Design Qualities Related to Walkability. *Journal of Physical Activity and Health* 3 (S2): S223-S240

Cao, S., P.L. Mokhtarian, and S.L. Handy.  2006.  Neighborhood Design and Vehicle Type Choice: Evidence from Northern California. *Transportation Research D* 11: 133-145.

Handy, S., X. Cao, and P.L. Mokhtarian.  2006.  Does Self-selection Explain the Relationship between Built Environment and Walking Behavior?  Empirical Evidence from Northern California. *Journal of the American Planning Association* 72 (1): 55-74.

Krizek, K.J., Y. Li, and S.L. Handy. 2006.  Spatial Attributes and Patterns of Use in Household-Related ICT Activity. *Transportation Research Record* 1926: 252-259.

Cao, X., S. Handy, and P.L. Mokhtarian.  2006.  The Influences of the Built Environment and Residential Self-Selection on Pedestrian Behavior: Evidence from Austin, TX. *Transportation* 33: 1-20.

Rubins, D. and S. Handy.  2005. Bicycle Crossing Times: A Case Study of the City of Davis. *Transportation Research Record* 1939: 22-27.

Handy, S., X. Cao, and P.L. Mokhtarian.  2005.  Correlation or Causality Between the Built Environment and Travel Behavior?  Evidence from Northern California. *Transportation Research D* 10: 427-444.

Handy, S, L. Weston, and P. Mokhtarian.  2005.  Driving by Choice or Necessity? *Transportation Research A* 39: 183-203.

Handy, S.  2005. Smart Growth and the Transportation-Land Use Connection:  What Does the Research Tell Us? *International Regional Science Review* 28 (2): 1-22.

Vanka, S., S. Handy, K. Kockelman.  2005.  State-Local Coordination in Managing Land Use and Transportation Along State Highways. *Journal of Urban Planning and Development* 181 (1): 10-18.

Nicholas, M., S. Handy, D. Sperling.  2004.  Siting and Network Analysis Methods for Hydrogen Stations Using Geographic Information Systems. *Transportation Research Record* 1880: 126-134.

Rajamani J., C. Bhat, S. Handy, G. Knaap, and Y. Song.  2003.  Assessing the Impact of Urban Form Measures in Nonwork Trip Mode Choice After Controlling for Demographic and Level-of-Service Variables.  *Transportation Research Record* 1831: 158-165.

Hoehner, C., L.K. Brennan, R. Brownson, S. Handy, R. Killingsworth. 2003.  Opportunities for integrating public health and urban planning approaches to promote active community environments.  *American Journal of Health Promotion* 18 (1): 14-20.

Handy, S., L. Weston, J. Song, and M. Lane.  2002.  The Education of Transportation Planning Professionals. *Transportation Research Record* 1812: 151-160.

Handy, S., S. Kubly, and M. Oden. 2002.  The Economic Impacts of Highway Relief Routes on Small Communities:  Case Studies from Texas.  *Transportation Research Record* 1792: 20-28.

Handy, S., M. Boarnet, R. Ewing, and R. Killingsworth. 2002. How the Built Environment Affects Physical Activity:  Views from Urban Planning.  *American Journal of Preventative Medicine*. 23 (2S): 64-73.

Handy, S. and K. Clifton. 2001.  Evaluating Neighborhood Accessibility: Possibilities and Practicalities.  *Journal of Transportation and Statistics* 4 (2/3): 67-78.

Handy, S. and K. Clifton.  2001.  Local Shopping as a Strategy for Reducing Automobile Travel.  *Transportation* 28 (4): 317-346.

Handy, S. and D. Niemeier.  1997.  Measuring Accessibility:  An Exploration of Issues and Alternatives. *Environment and Planning A* 29: 1175-1194.

Handy, S.  1996.  Urban Form and Pedestrian Choices:  A Study of Austin Neighborhoods.  *Transportation Research Record* 1552: 135-144.

Handy, S.  1996. Methodologies for Exploring the Link Between Urban Form and Travel Behavior. *Transportation Research D* 1 (2): 151-165.

Handy, S.  1996. Understanding the Link Between Urban Form and Nonwork Travel Behavior.  *Journal of Planning Education and Research* 15 (3): 183-198.

Handy, S.  and P.L. Mokhtarian. 1996. The Future of Telecommuting.  *Future*s 28 (3): 227-240.

Handy, S.  and P.L. Mokhtarian.  1996.  Forecasting Telecommuting:  An Exploration of Methodologies and Research Needs. *Transportation* 23 (2): 163-190.

Grant, A., J. Meadows, and S. Handy.  1996. The Passive Audience for Interactive Technology.  *New Telecom Quarterly* 4 (1): 48-51.

Handy, S.  and P.L. Mokhtarian.  1995.  Planning for Telecommuting:  Measurement and Policy Issues. *Journal of the American Planning Association* 61 (1): 99-111.

Mokhtarian, P.L., S. Handy and I. Salomon. 1995.  Methodological Issues in the Estimation of the Travel, Energy and Air Quality Impacts of Telecommuting.  *Transportation Research Part A* 29A (4): 283-302.

Handy, S. 1994.  Regional versus Local Accessibility:  Implications for Non-Work Travel.  *Transportation Research Record* 1400: 58-66.

Handy, S. 1993. A Cycle of Dependence:  Automobiles, Accessibility and the Evolution of the Transportation and Retail Hierarchies.  *The Berkeley Planning Journal* 9: 21-43.

Handy, S. 1992.  Regional versus Local Accessibility:  Neo-Traditional Development and its Implications for Non-Work Travel.  *Built Environment*  18 (4): 253-267.

Handy, S. 1991. Neo-traditional Development: The Debate. *The Berkeley Planning Journal* 7: 135-144.

**BOOK CHAPTERS:**

Hough, J., and S. Handy. 2022. "Public Transportation Ridership Patterns: Past, Present, and Possible Future Trends," in P. Layne and J.S. Tietjen, eds, *Women in Infrastructure* (New York: Springer), pp. 155-170.

Handy, S. 2021. "Transportation, Land Use, and Health," in N.D. Botchway, A. Dannenberg, and H. Frumkin, eds., *Making Healthy Places* (Washington DC: Island Press), pp. 186-201.

Heinen, E. and S. Handy. 2021. "Bicycle Programs and Policies," in R. Buehler and J. Pucher, eds., *The Future of City Cycling* (Cambridge: MIT Press), pp. 119-136.

McDonald, M., E. Kontou, and S. Handy. 2021. "Children and Cycling," in R. Buehler and J. Pucher, eds., *The Future of City Cycling* (Cambridge: MIT Press), pp. 219-236.

Handy, S. 2020. "Why sustainable transport cannot ignore land use," in C. Curtis, ed., Handbook of Sustainable Transport (Cheltingham, UK: Edward Elgar), pp. 220-229.

Driller, B., C. Thigpen, and S. Handy. 2020. "A Qualitative Exploration of Children's Attitudes toward Bicycling in Davis, California," in J. Scheiner and H. Rau, eds., *Mobility Across the Life Course: A Dialogue between Qualitative and Quantitative Research Approaches* (UK: Edward Elgar), pp. 172-189.

Handy, S. 2020. "Making US cities pedestrian-and bicycle-friendly," in E. Deakin, ed., *Transportation, Land Use, and Environmental Planning* (Amsterdam: Elsevier), pp. 169-187.

Handy, S. 2019. "Accessibility-Oriented Urban Design," in T. Banerjee and A. Loukaitou-Sideris, eds., The New Companion to Urban Design (London and New York: Routledge), pp. 585-598.

Sciara, G.C. and S. Handy. 2017. "Regional Transportation Planning," in S. Hanson and G. Giuliano, eds., *Geography of Urban Transportation* (New York: Guilford Press), pp. 139-163.

Handy, S. 2015. "Community Design and Active Travel," in R. Hickman, D. Bonilla, M. Givoni, and D. Banister, eds., *International Handbook on Transport and Development* (Cheltenham, UK: Edward Elgar), pp.198-207.

Handy, S. 2014. "Health and Travel," in T. Garling, D. Ettema, and M. Friman, eds., *Handbook of Sustainable Travel* (New York: Springer), pp. 199-214.

Handy, S., E. Heinen, and K. Krizek. 2012. "Cycling in Small Cities," in J. Pucher and R. Buehler, eds., *City Cycling* (Cambridge, MA: MIT Press), pp. 257-286.

Lovejoy, K. and S. Handy. 2012. "Developments in bicycle equipment and its role in promoting cycling as a travel mode," in J. Pucher and R. Buehler, eds., *City Cycling* (Cambridge, MA: MIT Press), pp. 75-104.

Garrard, J., S. Handy, and J. Dill. 2012. "Women and Cycling," in J. Pucher and R. Buehler, eds., *City Cycling* (Cambridge, MA: MIT Press), pp. 211-234.

Handy, S. and K. Krizek. 2012. "The Role of Travel Behavior Research in Reducing the Carbon Footprint: From the U.S. Perspective," in C. Bhat and R. Pendyala, eds., *Travel Behaviour Research in an Evolving World* (Raleigh, NC: Lulu.com Publishers).

Handy, S. 2010. "Walking, Bicycling, and Health," in S. Malekafzali, ed., *Healthy, Equitable Transportation Policy* (Oakland, CA: PolicyLink).

Handy, S. and K. Clifton.  2007.  "Planning and the Built Environment: Implications for Obesity Prevention," in S. Kumanyiki and R. Brownson, eds., *Handbook of Obesity Prevention* (New York: Springer Publishing).

Handy, S.  2005.  "Planning for Accessibility: In Theory and in Practice," in K. Krizek and D.Levinson, eds., *Access to Destinations* (Oxford: Elsevier, Ltd).

Weston, L. and S. Handy. 2004.  "Mental Maps," in D. Hensher, K.J. Button, K.E. Haynes, and P. Stopher, eds.,  *Handbook of Transport Geography and Spatial Systems* (Oxford: Elsevier, Ltd).

Handy, S. 2003.  "Amenity and Severance," in D. Hensher and K.J. Button, eds., *Handbook of Transport and the Environment* (Oxford: Elsevier, Ltd).

Clifton, K. and S. Handy. 2003.  "Qualitative Methods in Travel Behaviour Research," in D. Jones and P. Stopher, eds., *Transport Survey Quality and Innovation* (Oxford: Elsevier Science, Ltd).

Handy, S. 2002.  "Travel Behavior - Land Use Interactions:  An Overview and Assessment of the Research," in H.S. Mahmassani, ed., *In Perpetual Motion: Travel Behavior Research Opportunities and Application Challenges* (Oxford: Pergamon Press), pp. 37-58.

**BOOK REVIEWS AND SHORT ARTICLES:**

Volker, J. and S.L. Handy. Induced Travel Primer. Institute of Transportation Studies, University of California, Davis, Brief UCD-ITS-RR-25-04. https://doi.org/10.7922/G2GQ6W4Q

Schremmer, S., S.L. Handy, M.G. Boarnet, A. Azizinamini. 2025. From Research to Reality University Transportation Centers as Technology Transfer Hubs. TR New 351, 22-24. https://doi.org/10.17226/28568

Volker, J., R. Hosseinzade, S.L. Handy. 2024. Brief: Using Vehicle Miles Traveled Instead of Level of Service as a Metric of Environmental Impact for Land Development Projects: Progress in California. https://doi.org/10.7922/G2707ZS1

Handy, S. 2023. Getting Over Our Highway Habit. UC Davis Transportation and Climate Blog. November 29. https://its.ucdavis.edu/blog-post/getting-over-our-highway-habit/

Handy, S. 2022. California's Quest to Reduce Vehicle Miles Traveled. *TR News*, September-October.

Handy, S. and D. Fitch. 2022. When it comes to e-bikes, seeing is believing. *Transfers*. June. https://transfersmagazine.org/magazine-article/issue-9/when-it-comes-to-e-bikes-seeing-is-believing/

Handy, S. 2020. Is accessibility an idea whose time has finally come? *Transportation Research Part D: Transport and Environment*, *83*, 102319.

Handy, S.  2018.  Enough with the "D's" Already – Let's Get Back to "A." *Transfers*.  April. https://transfersmagazine.org/enough-with-the-ds-already-lets-get-back-to-a/

Handy, S.  2017.  Active Transportation in an Era of Sharing, Electrification and Automation. Policy Brief.  Institute of Transportation Studies, University of California, Davis. https://3rev.ucdavis.edu/wp-content/uploads/2017/03/3R.Active.InDesign.Final_.pdf

Handy, S.  2017.  Roundabouts of a figurative kind. *Transport Reviews* 37: 407-411. DOI: 10.1080/01441647.2017.1287381

Handy, S.  2017.  Thoughts on the Meaning of Mark Stevens' Meta-Analysis.  *Journal of the American Planning Association*, 83(1): 26-28, DOI: 10.1080/01944363.2016.1246379

Handy, S. L. and A. Davis, A. 2016. The science and art of intersectoral collaboration on transport and health.  *Journal of Transport and Health* 3(3): 230-231.

Handy, S. and L. Podolsky.  2016.  Increasing Highway Capacity Unlikely to Relieve Traffic Congestion.  *California Planner* 16(01): 1, 7.

Schneider, R., S. Handy, and K. Shafizadeh.  2016.  Trip Generation for Smart Growth Projects. *California Planner* 16(01): 4.

Handy, S.  2015.  Increasing Highway Capacity Unlikely to Relieve Traffic Congestion. Policy Brief.  National Center for Sustainable Transportation.

Handy, S.  2015.  Review of *Urban Form and Transport Accessibility*, in *Journal of Transport Geography* 49: 110.

Handy, S., K. Lovejoy, G-C Sciara, D. Salon, P.L. Mokhtarian.  2015.  The First Big-Box Store in Davis.  *Access* 46 (Spring): 9-13.

Schneider, R.J., S. Handy, and K. Shafizadeh.  2014.  Trip Generation for Smart Growth Projects. *Access* 45 (Fall): 9-15.

Dill, J., S. Handy, J. Pucher. 2013.  How to Increase Bicycling for Daily Travel, *Research Brief*, Active Living Research, May.

Handy, S.  2012.  Review of *Automotives*, in *Journal of the American Planning Association* 78 (3): 344-345.

Handy, S.  2011.  The Davis Bicycle Studies:  Why do I bicycle but my neighbor doesn't?  *Access* 39 (Fall): 16-21.

Handy, S.  2011.  Commentary on "The Decline in Transit-Sustaining Densities in U.S. Cities, 1910–2000," in G.K. Ingram and Y-H Hong, eds., *Climate Change and Land Policies* (Cambridge: Lincoln Institute of Land Policy), pp. 211-212.

Handy, S. 2011.  "A U-Turn on Transportation," in T. Miller, ed., *Dream of a Nation* (Asheville, NC:  SEE Innovation), pp. 192-197.

Handy, S., X. Cao, and P.L. Mokhtarian.  2009.  Active Travel: The Role of Self-Selection in Explaining the Effect of Built Environment on Active Travel, *Research Brief*, Active Living Research, Fall.

Handy, S and P.L. Mokhtarian. 2009.  Review of *Growing Cooler*, in *Journal of the American Planning Association* 75 (1): 95-96.

Handy, S. 2008.  Review of *Planning for Place and Plexus*, in *Journal of Transportation and Land Use* 1 (2): 183-185.

Handy, S.  2008.  Twelve Strategies for Mobility, in *The Practice of Local Planning* (Washington, DC: ICMA), pp. 364-366.

Handy, S. and R. Brownson.  2007.  Town Plans, in *Encyclopedia of Cancer and Society* (Thousand Oaks, CA: Sage Publications).

Handy, S.  2006.  Review of *The High Cost of Free Parking*, Donald Shoup, in *Journal of Planning Education and Research* 25 (4).

Handy, S.  2006.  Question Assumptions 1: Do New Urbanists Walk More?  *Planning*  72 (1).

Handy, S.  and P.L. Mokhtarian.  2005. Which Comes First: The Neighborhood or the Walking?  *Access* 26 (Spring).

Handy, S.  2004.  Review of *Health and Community Design: The Impact of the Built Environment on Physical Activity*, Lawrence D. Frank, Peter O. Engelke, Thomas L. Schmid, in *Journal of the American Planning Association*. 70 (3).

Handy, S.  2003.  Driving Less.  *Access* 23 (Fall).

Handy, S.  2000.  Review of *Sustainability and Cities: Overcoming Automobile Dependence*, Peter Newman and Jeffrey Kenworthy, in *Journal of the American Planning Association* 66 (3).

Handy, S.  2000.  Review of *The Transit Metropolis: A Global Inquiry*, Robert Cervero, in *Journal of Planning Education and Research* 19 (1).

Handy, S.  1998.  Review of *The Greening of Urban Transportation*, Second Edition, Rodney Tolley, editor, in *Transportation Research A* 32A (8).

Handy, S.  1998.  Review of *Moving Beyond Gridlock: Traffic and Development*, Robert Dunphy, and *Converging Infrastructures*, Lewis Branscomb and James Heller, editors, in *Journal of the American Planning Association* 64 (4).

Handy, S. 1995.  I See the Future, But is it Telecommunications?  *On the Ground*, 1 (3): 30-33.

Handy, S.  1994.  Highway Blues:  Nothing a Little Accessibility Can't Cure.  *Access* 5: 3-7.

**CONFERENCE PROCEEDINGS, COMMITTEE REPORTS, AND OTHER PUBLICATIONS:**

Handy, S., C.Y. Lin Lawell, and D. Salon.  2015.  Special issue on "Sustainable Transportation," *Research in Transportation Economics*, Volume 52.

Handy, S.  2014.  The contribution of comfort, convenience, and liking of bicycling to the bicycling gender gap:  Evidence from Davis, California.  Proceedings of the Fifth International Conference on Women's Issues in Transportation.

Boarnet, M. and S. Handy.  2014.  "Senate Bill 375 – Research on Impacts of Transportation and Land Use-Related Policies."   Series of 23 Research Briefs with Background and Technical Documents prepared for the California Air Resources Board.  Available: http://arb.ca.gov/cc/sb375/policies/policies.htm

McCann, B. and S. Rymme, eds.  2010.  *Complete Streets:  Best Policy and Implementation Practices*.  Planning Advisory Service Report No. 559.  Chicago:  American Planning Association.  Contributing author.

Handy, S.  2010.  "Walking, Bicycling, and Health," in S. Malekafzali, ed., *Healthy, Equitable Transportation Policy*.  Oakland, CA: PolicyLink.

Institute of Medicine.  2009.  *Local Government Actions to Prevent Childhood Obesity.* Washington, DC: The National Academies Press.  Contributing author.

Cao, X., S. Handy, and P. Mokhtarian. 2008.  "Neighborhood design as a strategy for improving air quality: Evidence from Northern California." In S.S. Pulugurtha, R. O'Loughlin, and S. Hallmark, eds., *Transportation Land Use, Planning, and Air Quality: Proceedings of the 2007 Conference*. Reston, VA: ASCE, pp. 1-13.

Handy, S.  2006.  "Community Design and Travel Behavior: Exploring the Implications for Women," in *Research on Women's Issues in Transportation: Report of a Conference*, Conference Proceedings 35, Transportation Research Board.

Handy, S.  2005.  *Critical Assessment of the Literature on the Relationships Among Transportation, Land Use, and Physical Activity*.  Prepared for the Transportation Research Board and the Institute of Medicine Committee on Physical Activity, Health, Transportation, and Land Use as a resource paper for *Does the Built Environment Influence Physical Activity? Examining the Evidence -- Special Report 282*, January.

Institute of Medicine. 2004.  *Preventing Childhood Obesity: Health in the Balance*. Washington, DC: The National Academies Press.  Contributing author.

Handy, S., R. Paterson, and K.Butler.  2003.  *Planning for Street Connectivity: Getting from Here to There*.  Planning Advisory Service Report.  Chicago, IL: American Planning Association.

Committee on Carbon Monoxide Episodes in Meteorological and Topographical Problem Areas. 2003.  *Managing Carbon Monoxide in Meteorological and Topographical Problem Areas*. National Research Council.  Contributing author.

Committee on Carbon Monoxide Episodes in Meteorological and Topographical Problem Areas. 2002.  *The Ongoing Challenge of Managing Carbon Monoxide Pollution in Fairbanks, Alaska*. National Research Council.  Contributing author.

Handy, S. 1998.  "Nonwork Travel of Women: Patterns, Perceptions, and Preferences," Proceedings of the Second National Conference on Women's Travel Issues, Fall.

Handy, S. 1997.  "Travel Behavior Issues Related to Neo-traditional Developments - A Review of the Research," Summary, Recommendations and Compendium of Papers from the Urban Design, Telecommunications and Travel Forecasting Conference of the Travel Model Improvement Program, November.

"Aesthetics and Visual Quality," Environmental Research Needs in Transportation, Transportation Research Circular No. 469, March 1997.  Contributing author.

Handy, S. 1992.  "How Land Use Patterns Affect Travel Patterns:  A Bibliography," Council of Planning Librarians, 1992.

Editor, *the Berkeley Planning Journal*, Vol. 6, 1990.

**RESEARCH REPORTS:**

Volker, J., S.L. Handy, A. Kendall, E. Barbour. 2025. Quantifying Reductions in Vehicle Miles Traveled from New Bike Paths, Lanes, and Cycle Tracks: Summary Report. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RP-19-121. https://escholarship.org/uc/item/0q21q44x

Volker, J., S.L. Handy, A. Kendall, E. Barbour. 2025. Quantifying Reductions in Vehicle Miles Traveled from New Pedestrian Facilities: Summary Report. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RP-19-122. https://escholarship.org/uc/item/0s26f9nw

Barbour, E., S.L. Handy, A. Kendall, J. Volker. 2025. Updated Default Values for Transit Dependency and Average Length of Unlinked Transit Passenger Trips, for Calculations Using TAC Methods for California Climate Investments Programs: Summary Report. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RP-19-123. https://escholarship.org/uc/item/4mk5q4hf

Handy, S.L., J. Volker, R. Hosseinzade. 2024. Assessing the Effectiveness of Potential Vehicle-Miles-Traveled (VMT ) Mitigation Measures. Institute of Transportation Studies, University of California, Davis, Research report UCD-ITS-RR-24-54. https://escholarship.org/uc/item/1pf307sp

Handy, S. L., K. Kim, D. Byrd. 2024. Assessment of California MPO Travel Demand Forecasting Models. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-24-81. https://doi.org/10.7922/G2C53J6W

Kim, K., D. Byrd, S.L. Handy. 2024. Travel Demand Modeling and the Assessment of Environmental Impacts: A Literature Review. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-24-80. https://doi.org/10.7922/G2GX48XW

Barbour, E., R. Alvarez-Coria, H. Andersen, R. Hosseinzade, K. Turner, S.L. Handy. 2024. Barriers to Reducing the Carbon Footprint of Transportation Part 3: The Impact of the COVID-19 Pandemic on Travel Patterns. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-23-79. https://escholarship.org/uc/item/5q0076tq

Handy, S., Lee, A., Cooper, A., Pourrahmani, E., Fukushige, T., McGinnis, C. 2023.  Measuring, Analyzing and Identifying Small-Area VMT Reduction. Institute of Transportation Studies, University of California, Davis, UCD-ITS-RP-23-145. For the California Air Resources Board. https://ww2.arb.ca.gov/sites/default/files/2024-02/Research%20Contract%20RD006%20Final%20Report_0.pdf

Handy, S., Gradjura, S., Sun, R., Barbour, E., Barajas, J.M., Jaller, M., D'Agostino, M., Circella, G. 2023. Post-Covid Transportation Scenarios: Evaluating the Impact of Policies. Institute of Transportation Studies, University of California, Davis, UCD-ITS-RP-23-141. For the California Air Resources Board. https://ww2.arb.ca.gov/sites/default/files/2024-03/Research%20Contract%20STC008%20Final%20Report.pdf

Volker, J. M, Hosseinzade, R., & Handy, S. L. 2023. SB 743 Implementation by Local Governments for Land Use Projects. Institute of Transportation Studies, University of California, Davis, Research Report NCST-UCD-RR-23-25, http://dx.doi.org/10.7922/G2MP51M5

Volker, J., Hosseinzade, R., Handy, S.L. 2023. Implementation by Local Governments for Land Use Projects. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-23-25. https://doi.or/10.7922/G2MP51M5

Loukaitou-Sideris, A., Handy, S. L., Ong, P. M., Barajas, J. M., Wasserman, J. L., Pech, C., ... & Arenas, M. 2023. *The Implications of Freeway Siting in California: Four Case Studies on the Effects of Freeways on Neighborhoods of Color* (No. PSR-20-40). National Center for Sustainable Transportation (NCST)(UTC), https://escholarship.org/uc/item/7mj2b24q

Crowley, D., D. Fitch, and S. Handy. 2022. Multi-Modal Travel in Yosemite Valley. Institute of Transportation Studies, University of California, Davis, Research Report NCST-UCD-RR-22-35, https://doi.org/10.7922/G2707ZRK

Mohiuddin, H., D. Fitch, and S. Handy. 2022. Examining Market Segmentation to Increase Bike-Share Use: The Case of the Greater Sacramento Region. Institute of Transportation Studies, University of California, Davis, Research Report NCST-UCD-RR-22-29, https://doi.org/10.7922/G2930RHZ

Volker, J. and S.L. Handy. Updating the Induced Travel Calculator. Institute of Transportation Studies, University of California, Davis, Research Report NCST-UCD-RR-22-34, https://doi.org/10.7922/G2P55KTX

Xing, Y., S. Pike, E. Pourrahmani, S. Handy, and Y. Wang. 2022. Exploring the Consumer Market of Microtransit Services in the Sacramento Area. Institute of Transportation Studies, University of California, Davis, Research Report NCST-UCD-RR-22-16, https://doi.org/10.7922/G2HX1B0S

Deakin, E.; Chow, C.; Son, D.; Handy, S.; Barbour, E.; Lee, A., et al. 2021. Evaluation of California State and Regional Transportation Plans and Their Prospects for Attaining State Goals. UC Berkeley: Institute of Transportation Studies at UC Berkeley. https://escholarship.org/uc/item/50j4b4r8

Barbour, E., Rodriguez, E., Thoron, N., Handy, S., & Lee, A. 2021. MPO Planning and Implementation of State Policy Goals. UC Berkeley: Institute of Transportation Studies at UC Berkeley. https://escholarship.org/uc/item/7p8096mh

Handy, S. 2020. What California Gains from Reducing Car Dependence. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-20-27. https://escholarship.org/uc/item/0hk0h610

Barbour, E., S. Grover, Y. Lamoureaux, G. Chaudhary, and S. Handy. 2020. Planning and Policymaking for Transit-Oriented Development, Transit, and Active Transport in California Cities. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-20-02. https://escholarship.org/uc/item/7j37k8ms

Watkins, K. E., C. Clark, P. Mokhtarian, G. Circella, S. Handy, S., and A. Kendall, A. 2020. Bicyclist Facility Preferences and Effects on Increasing Bicycle Trips. National Cooperative Highway Research Program, Project 08-102.

Circella, G., G. Matson, F. Alemi, and S. Handy. 2019. Panel study of emerging transportation technologies and trends in California: Phase 2 data collection. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-17-10. https://escholarship.org/uc/item/35x894mg

Byars, M., Y. Wei, and S. Handy. 2017. State-Level Strategies for reducing Vehicle Mile of Travel. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-17-10. https://itspubs.ucdavis.edu/wp-content/themes/ucdavis/pubs/download_pdf.php?id=2760

Byars, M., A. Wei, and S. Handy. 2017. Sustainable Transportation Terms: A Glossary. Institute of Transportation Studies, University of California, Davis, Research Report UCD-ITS-RR-17-09. https://itspubs.ucdavis.edu/wp-content/themes/ucdavis/pubs/download_pdf.php?id=2759

Handy, S. and D. Heckathorn. 2017. Sacramento Area Travel Survey: Before Bike Share. Research Report UCD-ITS-RR-17-13. Institute of Transportation Studies, University of California, Davis. https://itspubs.ucdavis.edu/wp-content/themes/ucdavis/pubs/download_pdf.php?id=2769

Lee, A., K. Fang, and S. Handy. 2017. Evaluation of Sketch-Level VMT Quantification Tools: Strategic Growth Council Grant Programs Evaluation Support Project. National Center for Sustainable Transportation. https://ncst.ucdavis.edu/project/evaluation-of-sketch-level-vehicle-miles-traveled-vmt-quantification-tools/

Circella, G., F. Alemi, K. Tiedeman, A. Berliner, Y. Lee, L. Fulton, P. Mokhtarian, and S. Handy. 2017. What Affects Millennials' Mobility? PART II: The Impact of Residential Location, Individual Preferences and Lifestyle on Young Adults' Travel Behavior in California. UCD-ITS-RR-17-05, Institute of Transportation Studies, University of California, Davis.

Boarnet, M. and S. Handy. 2016. A Framework for Projecting the Potential Statewide VMT Reduction from State-Level Strategies in California. White paper prepared for the Strategic Growth Council, Sacramento, CA.

Fitch, D., C. Thigpen, A. Cruz, and S. Handy. 2016. Bicyclist Behavior in San Francisco: A Before-and-After Study of the Impact of Infrastructure Investments. UCD-ITS-RR-16-06, Institute of Transportation Studies, University of California, Davis.

Circella, G., L. Fulton, F. Alemi, A. Berliner, K. Tiedeman, P. Mokhtarian, and S. Handy. 2016. What Affects Millennials' Mobility? Part I: Investigating the Environmental Concerns,

Lifestyles, Mobility-Related Attitudes and Adoption of Technology of Young Adults in California.  UCD-ITS-RR-16-01, Institute of Transportation Studies, University of California, Davis.

Salon, D. and S.L. Handy.  2014. Estimating Total Miles Walked and Biked by Census Tract in California. UCD-ITS-RR-14-07, Institute of Transportation Studies, University of California, Davis.

Lovejoy, K. and S.L. Handy.  2013. High School Bicycling Survey 2013: Summary Report. UCD-ITS-RR-13-27,  Institute of Transportation Studies, University of California, Davis.

Sciara, G.C. and S. Handy.  2013.  Cultivating Cooperation without Control:  A study of California's MPO-driven smart growth programs.  UCD-ITS-RR-13-07, Institute of Transportation Studies, University of California Davis.

Lovejoy, K., G. Sciara, D. Salon, S.L. Handy, P.L. Mokhtarian. 2012. Measuring the Impacts of Local Land Use Policies on Vehicle Miles of Travel: The Case of the First Big Box Store in Davis, California. UCD-ITS-RR-12-03, Institute of Transportation Studies, University of California, Davis.

Shao, Z., E. Gordon, Y. Xing, Y. Wang, S.L. Handy, and D.Sperling.  2012. Can Electric 2-Wheelers Play a Substantial Role in Reducing $CO_2$ Emissions? The Report of Electric Bicycle Usage of Western U.S. Residents. UCD-ITS-RR-12-04, Institute of Transportation Studies, University of California, Davis.

Handy, S., Y. Xing, T. Buehler, and J. Volker.  2011. Bicycling in Davis and Five Other Small Cities.  UCD-ITS-RR-11-45, Institute of Transportation Studies, University of California, Davis.

Lee, R., J. Miller, R. Maiss, M. Campbell,  K. Shafizadeh, D. Niemeier, S. Handy, and T. Parker. 2011. Evaluation of the Operation and Accuracy of Five Available Smart Growth Trip Generation Methodologies.  UCD-ITS-RR-11-12, Institute of Transportation Studies, University of California Davis.

Handy, S.  2010.  Transportation - Land Use Coordination in the Austin Region:  Keys to Making it Happen.  A joint initiative of the Central Texas Sustainability Indicators Project and the Center for Sustainable Development funded by the Snell Endowment.  Available: http://soa.utexas.edu/files/csd/HandyFinalOnlinePDF.pdf

Handy, S., B. McCann, et al.  2009.  The Regional Response to Federal Funding for Bicycle and Pedestrian Projects. Report No. UCD-ITS-RR-09-15, Institute of Transportation Studies, University of California Davis.

Lovejoy, K. and S. Handy. 2007. Transportation Experiences of Mexican Immigrants in California: Results from Focus Group Interviews. Report No. UCD-ITS-RR-07-32, Institute of Transportation Studies, University of California Davis, January.

Cao, X., P. Mokhtarian, and S. Handy.  2006.  Examining the Impacts of Residential Self-Selection on Travel Behavior: Methodologies and Empirical Findings.  Report No. UCD-ITS-RR-06-18, Institute of Transportation Studies, University of California Davis, December.

Tal, G. and S. Handy.  2005. The Travel Behavior of Immigrants and Race/Ethnicity Groups: An Analysis of the 2001 National Household Transportation Survey.  Report No. UCD-ITS-RR-05-24, Institute of Transportation Studies, University of California Davis, December.

Mokhtarian, P.L., I. Salomon, S. Handy. 2005.  A Taxonomy of Leisure Activities: The Role of ICT. Report No. UCD-ITS-RR-04-44, Institute of Transportation Studies, University of California Davis, December.

Kockelman, K.M., R. Machemehl, A. Overman, M. Madi, J. Sesker, J. Peterman, Jenny, S. Handy. 2004. Frontage Roads in Texas: Legal Issues, Operational Issues, and Land Use Distinctions. Project Summary Report 1873-S, University of Texas at Austin, Austin, TX.

Handy, S., P.L. Mokhtarian, T.J. Buehler, X. Cao, and G. Collantes. 2004. Residential Location Choice and Travel Behavior: Implications for Air Quality. Final Report for Task Order No.27, 43A0067, UC Davis - Caltrans Air Quality Project, December.

Paterson, R., S. Handy, K. Kockelman, C. Bhat, J. Song, J. Rajamani, J. Jung, K. Banta, U. Desai. 2003. Techniques for Mitigating Urban Sprawl. Report No. 0-4420-2, Texas Department of Transportation, Center for Transportation Research, University of Texas at Austin, Austin, TX, September.

Handy, S., L. Weston, J. Song, K.M. Lane, J. Terry. 2002. The Education of Transportation Planning Professionals. Report No. SWUTC/02/167222-1, Southwest Region University Transportation Center, theUniversity of Texas at Austin, October.

Handy, S. and J. Brown. 2002. *A Guide to Success for Small Texas Metropolitan Planning Organizations*. Report No. 4200-1, Center for Transportation Research, University of Texas at Austin, Austin, TX, August.

Handy, S. 2002. *Accessibility vs. Mobility-Enhancing Strategies for Addressing Automobile Dependence in the U.S.* Prepared for the European Conference of Ministers of Transport, Paris, France, May.

Handy, S., A. De Garmo, and K. Clifton. 2002. *Understanding the Growth in Non-work VMT.* Report No. SWUTC/02/167802-1, Southwest Region University Transportation Center, The University of Texas at Austin, February.

Clifton, K. and S. Handy. 2001. *Limits on Access in Low-Income Neighborhoods and the Travel Patterns of Low-Income Households.* Research Report SWUTC/01/167502-1, Southwest Region University Transportation Center, The University of Texas at Austin, September.

Handy, S., J. Jarrett, and S. Vanka. 2000. *Planning for the Impacts of Highway Relief Routes on Small and Medium-Size Communities.* Research Report No. 1843-4, Texas Department of Transportation, Center for Transportation Research, The University of Texas at Austin, March 2000.

Handy, S., S. Kubly, D. Larsen, S. Vanka, J. Sralla, and M. Oden. 2000. *Economic Impacts of Highway Relief Routes on Small and Medium-Size Communities: Case Studies.* Research Report No. 1843-3, Texas Department of Transportation, Center for Transportation Research, The University of Texas at Austin, March

K. Kockelman, S. Srinivasan, and S. Handy. 2000. *Economic Effects of Highway Relief Routes on Small and Medium-Size Communities: An Econometric Analysis.* Research Report No. 1843-2, Texas Department of Transportation, Center for Transportation Research, The University of Texas at Austin, September.

Handy, S. and K. Clifton. 2000. *Evaluating Neighborhood Accessibility: Issues and Methods Using GIS*. Research Report SWUTC/00/167202-1, Southwest Region University Transportation Center, The University of Texas at Austin, November.

Handy, S., S. Kubly, J. Jarrett, and S. Srinivasan. 2000. *Economic Effects of Highway Relief Routes on Small and Medium-Size Communities: Literature Review and Identification of Issues.* Research Report No. 1843-1, Texas Department of Transportation, Center for Transportation Research, The University of Texas at Austin, April.

Anchondo, J. El-Nazer, Handy, Mahmassani, Malina, and Harris. 1999. *Feasibility of Water Transit for Corpus Christi Bay Area*. Research Report No. 1835-1, Texas Department of Transportation, Center for Transportation Research, The University of Texas at Austin, December.

Handy, S., R. Paterson, A. De Garmo, and C. Stanland. 1999. *Street Connectivity: A Report to the City of Austin on Cities with Connectivity Requirements*. Community and Regional Planning Program, University of Texas at Austin, August.

Lewis, C., S. Handy, and R. Goodwin. 1999. *Evaluation of the Effects of Ramp Location on Land Use and Development*. Research Report No. 10-1762-3, Texas Department of Transportation, May.

Handy, S., K. Clifton, and J. Fisher. 1998. *The Effectiveness of Land Use Policies as a Strategy for Reducing Automobile Dependence: A Study of Austin Neighborhoods.* Research Report SWUTC/98/465650-1, Southwest Region University Transportation Center, The University of Texas at Austin, October.

Handy, S. and T. Yantis. 1997. *The Impacts of Telecommunications Technologies on Nonwork Travel Behavior.* Research Report SWUTC/97/721927-1F, Southwest Region University Transportation Center, The University of Texas at Austin, January.

Handy, S. 1994. *The Characterization of Suburban Form: A Study of Austin Neighborhoods.* The School of Architecture, The University of Texas at Austin, Working Paper No. 46.

Handy, S. and P. Mokhtarian. 1993. *Technical Memo 1: Estimates of Current Levels of Telecommuting in California*. Institute of Transportation Studies, University of California at Davis, report prepared for the California Energy Commission.

Handy, S. and P. Mokhtarian. 1993. *Technical Memo 2: Travel and Energy Impacts of Telecommuting*. Institute of Transportation Studies, University of California at Davis, report prepared for the California Energy Commission.

Handy, S. and P. Mokhtarian. 1993. *Technical Memo 3: Base Case Estimates and Forecasts of Telecommuting in California.* Institute of Transportation Studies, University of California at Davis, report prepared for the California Energy Commission.

Handy, S. and P. Mokhtarian. 1993. *Technical Memo 4: Future Levels of Telecommuting in California - Factors, Policies, Modeling Issues, and Research Needs.* Institute of Transportation Studies, University of California at Davis, report prepared for the California Energy Commission.

Handy, S. and P. Mokhtarian. 1993. *Evaluating the Travel and Communication Impacts of Advanced Residential Telecommunications Services: Lessons from the Literature*. Institute of Transportation Studies, University of California at Davis, report prepared for the California Department of Transportation.

Handy, S. 1989. *Financing Highway Projects in California and the MTC Region*. Metropolitan Transportation Commission, Oakland, CA, November.

**PRESENTATIONS:**

"The Role of Research in Shaping Policy and Practice," Transport Research Symposium, Rotterdam, the Netherlands, May 2025. Plenary Speaker.

"Shifting Gears: The Role of Research in Changing Professional Thinking," Technical University of Delft, January 2025. Invited Speaker.

"The Ideas the Shape Transportation and What They Mean for Health," Johns Hopkins University Grand Rounds Seminar, December 2024. Invited Speaker.

"Shifting Gears: Toward a new way of thinking about transportation and what that means for transit," October 2025. Invited Speaker.

"Sustainable Transportation Through Behavior Change," Webinar for the… October 2025. Invited Speaker.

"Toward a Sustainable Transportation System," US DOT Future of Transportation Summit, Washington, DC, August 2024. Invited Speaker.

"Building the Evidence Base to Support Policy Transformation," US DOT Future of Transportation Summit, Washington, DC, August 2024. Invited Speaker.

"Shifting Gears: Can Research Change Professional Thinking?" Bridging Transportation Researchers Conference, International Online Conference, August 2024. Invited Speaker.

"The Road Less Driven: How our research is helping to save the world," COSMOS Special Lecture, UC Davis, July 2024. Invited Speaker.

"Shifting Gears: The Transformation to a More Equitable and Sustainable Transportation System," Workshop on Envisioning Equitable Transitions to Sustainable Transportation Systems, University of Illinois, Chicago, May 2024. Keynote Speaker.

"Reducing Driving," Sustainability Seminar, Stanford University, May 2024. Invited Speaker.

"Shifting Gears: Toward a New Way of Thinking About Transportation," Portland State University, April 2024. Invited Speaker.

"Shifting Gears: Toward a New Way of Thinking About Transportation," Northwest Transportation Conference, Corvallis, OR, March 2024. Keynote Speaker.

"Shifting Gears: Toward a New Way of Thinking About Transportation," Eno Foundation, Webinar, February 2024. Invited Speaker.

"Reflections on the Role of Research in Shaping the Ideas that Shape Transportation," Thomas B. Deen Memorial Lecture, Annual Meeting of the Transportation Research Board, Washington, DC, January 2024. Invited Speaker.

"Shifting Gears: Toward a New Way of Thinking About Transportation," Innovative Cities Lecture, University of Wisconsin Milwaukee, December 2023. Invited Speaker.

"Why Transform Transportation? Why Now?" 33rd Annual UCLA Symposium, Lake Arrowhead, CA, October 2023. Invited Speaker.

"Shifting Ideas at the Core of the Transportation Profession," XXII PANAM Guayaquil, Ecuador, August 2023. Keynote Speaker.

"15-Minute Cities in the U.S.: Realistic Goal or Crazy Dream?" 15-Minute Symposium, UC Berkeley, March 2023. Invited Speaker.

"The Ideas that Shape Transportation and What They Mean for Health," Urban Transitions Global Summit, Sitges, Spain, November 2022. Keynote Speaker.

"Safety for Active Travelers in the Context of Transportation Change," International Road Safety Symposium, Vancouver, BC, October 2022. Plenary Speaker.

"Shifting Gears: Toward a New Way of Thinking About Transportation, MIT Mobilities Seminar, September 2022. Invited Speaker.

"How Bicycling Can Save the World – and How Research Can Contribute," Trinity College, Dublin, Ireland, September 2021. Invited Speaker.

"California Dreamin' - How I am helping the Golden State on its quest to reduce VMT, or possibly not," Fourth Triennial Meeting of the World Society of Transportation and Land Use Research, August 2021. Keynote Speaker.

"Roundabouts of a Figurative Kind: How our ideas shape our transportation future," Third Annual Emerging Scholars Research Symposium, METRANS, University of Southern California, March 2021.  Invited Speaker.

"The Benefits of Reducing Driving," National Center for Sustainable Transportation Webinar, Davis, CA, May 2020.

"Sustainable Transportation," Transportation Research Board Webinar, Washington, DC, April 2020. Invited Speaker.

"Reducing VMT," testimony at an informational hearing of the Joint Committees on Transportation and Environment Quality, California Senate, March 2020.  Invited Speaker.

"Roundabouts of a Figurative Kind," University of Texas at Austin, November 2019.  Invited Speaker.

"Stuck in Traffic: Will More Lanes Help?" Environmental Council of Sacramento, Sacramento, CA, September 2019. Invited Speaker.

"Gender Differences in Commute Quality:  Evidence from UC Davis," 6th International Conference on Women's Issues in Transportation, Irvine, CA, September 2019.

"Travel Behavior Research and the Scooter Safety Question," Lime Scooter Education and Safety Summit, San Francisco, CA, July 2019.  Invited Speaker.

"Changing Behavior: The Bicycling Fun Factor," Bike Forum 2019, Menlo Park, CA, June 2019. Keynote Speaker.

"The Future of Driving in the Land of Freeways," Center for Transportation Studies Annual Research Conference, University of Minnesota, November 2018.  Keynote Speaker.

"Planning for Accessibility," Planning Horizons Webinar, Caltrans, Sacramento, October 2018. Invited Speaker.

"Commute Quality: Exploring the role of mode and other factors using the UC Davis Campus Travel Survey," Cornell University, September 2018.  Invited Speaker.

"Urban Planning and the AV Revolution," 2018 Urbanism Next Conference, Portland, OR, March 2018.

"Commute Quality: Exploring the role of mode and other factors using the UC Davis Campus Travel Survey," Institute of Transportation Studies, UC Berkeley, January 2018.  Invited Speaker.

"Active Travel and the 3 Revolutions: Policy Consideration," Pedestrian and Bicycle Information Center Webinar on Policies to Prepare for an Automated Future Webinar, August 2017. Invited Speaker.  http://www.pedbikeinfo.org/training/webinars_PBIC_LC_avs.cfm

"Commute Time Quality:  Exploring the role of mode and other factors using the UC Davis Campus Travel Survey," Symposium on Commuting and Well-Being, University of the West of England, June 2017.  Invited Speaker.

"Reducing Vehicle Travel: The California Experiment," Institute of Transport Studies, University of Leeds, June 2017.  Invited Speaker.

"Reducing Vehicle Travel: The California Experiment," Transport Studies Unit, University of Oxford, June 2017.  Invited Speaker.

"Planning for Accessibility," Prioritizing Accessibility in Major Cities, Transportation Research Board webinar, May 2017.  Invited Speaker.

"Sustainable Transportation," Transportation and the Triple-Bottom Line Conference, San Jose, CA, April 2017.  Keynote Speaker.

"The Future of Travel Demand: with reflections on the role of engineering and the importance of science," Engineering Sustainability 2017 Conference, Pittsburgh, PA, April 2017. Keynote Speaker.

"Commute Time Quality:  Exploring the role of mode and other factors using the UC Davis Campus Travel Survey," Fifth Time Use Observatory Workshop, Termas de Jahuel, Chile, March 2017.

"The Future of Travel Demand," Universidad de Andes, Bogota, Columbia, March 2017.  Invited Speaker.

 "Reducing Vehicle Travel: The California Experiment," MIT Center for Transportation & Logistics, Cambridge, MA, December 2016.  Invited Speaker.

"The Future of Travel Demand," PEEC Sustainable Mobility Seminar, Stanford University, Stanford, CA, November 2016.  Invited Speaker.

"Managing Travel Demand in the 21st Century," Sacramento Transportation Management Association, Sacramento, CA, November 2016.  Invited Speaker.

"Active Travel and Health with a focus on the gender gap in bicycling," Seminario internacional ciudades a escala humana salud, transporte y urbanismo, Santiago, Chile, October 2016. Invited Speaker.

 "The Science Behind Sustainable Communities Strategies," Briefing for the California Legislature, April 2016.  Invited Speaker.

"Transportation in Napa:  Challenges and Opportunities," Napa Vision 2050, April, 2016.  Invited Speaker.

 "The Future of Travel Demand," CITRIS Research Exchange Seminar University of California, Berkeley, March 2016.  Invited Speaker.

 "SB375 Implementation," TRB Workshop on Greenhouse Gas Analysis: Tools and Methodologies in Practice, Washington, DC, January 2016.  Invited Speaker.

"Transportation in Napa:  Challenges and Opportunities," Napa Vitners Association Meeting, Napa, CA, October 2015.  Invited speaker.

"Equity Considerations for Bike Share Programs," Advancing Bicycling in the Capital Region, Sacramento, CA, September 2015.  Invited speaker.

"The Future of Travel Demand," presentation given at the USC Sol Price School of Public Policy, Los Angeles, CA, September 2015.

"How Travel Demand Has Been Changing," ITS-Davis Asilomar Conference, Pacific Grove, CA, August 2015.  Invited speaker.

"The Gender Gap in Bicycling:  Evidence from Davis, CA," Women's Transportation Seminar, Sacramento, CA, June 2015.  Invited speaker.

"21st Century Transportation Impact Analysis," Housing California Conference, Sacramento, CA, April 2015.  Invited speaker.

"Active Travel and Health," Moving Active Transportation to Higher Ground: Opportunities for Accelerating the Assessment of Health Impacts, The National Academies, Washington, DC, April 2015.  Invited speaker.

"Driving Less: Reducing VMT in the Land of Freeways," Georgia Institute of Technology, Atlanta, GA, January 2015.  Invited speaker.

"Driving Less: Reducing VMT in the Land of Freeways," University of Hong Kong, December 2014.  Invited speaker.

"Planning for Accessibility: From Promise to Progress,"  COST TU1002 Final Conference, Porto, Portugal, October 2014.  Invited speaker.

"Transportation-Related GHG Emissions and Strategies for Active Travel and Land Use," Climate Action Team Public Health Workgroup, Sacramento, CA, October 2014.  Invited speaker.

"The Science Behind Sustainable Community Strategies," California Air Resources Board Research Seminar Series, Sacramento, CA, October 2014.  Invited speaker.

"Supporting SB375 Through Research," CED Clean Air Dialogue, Sacramento, CA, September 2014.  Invited speaker.

 "Trip Generation in Smart Growth Areas," Land Use and Transportation Workshop, Shaanxi Normal University, Xi'an, China, June 2014.  Invited speaker.

"Trip Generation in Smart Growth Areas," 2014 Peds Count Conference, Sacramento, CA, May 2014.  Invited speaker.

"Land Use and Transportation Strategies," 2014 Lela Morris COEH Symposium, Oakland, CA, May 2014.  Invited speaker.

"The Contribution of Comfort, Convenience, and Liking of Bicycling to the Bicycling Gender Gap: Evidence from Davis, CA," Women's Issues in Transportation Conference, Paris, France, April 2014.

"Driving Less: Strategies for Reducing VMT," Behavior, Energy, and Climate Conference, Sacramento, CA, November 2013.  Invited Speaker.

"Driving Less: Strategies for Reducing VMT," Schatz Energy Research Center, Humboldt State University, Arcata, CA, November 2013.  Invited Speaker.

"Driving Less: Strategies for Reducing VMT," RITA Transportation Innovation Series, US Department of Transportation, September 2013.  Invited Speaker.

"Comfort + Convenience = More Women Biking," Women Bike Webinar, League of American Bicyclists, August 2013. Invited speaker.  http://bikeleague.org/content/webinars-webcasts

"The Role of the Built Environment in Reducing Driving and Increasing Active Travel," Northwestern University, November 2012.  Invited speaker.

"Travel and Health," Price School of Public Policy, University of Southern California, October 2012.  Invited speaker.

"Exploring the Formation of Attitudes Towards Bicycle:  Insights from Davis, CA," World Cycling Research Forum, Enschede, the Netherlands, September 2012.

"The Formation of Attitudes Towards Bicycle:  Insights from Davis, CA," Triennial Meeting of the International Association of Travel Behavior Research, Toronto, Canada, July 2012.

"The Role of the Built Environment in Reducing Driving," University of Amsterdam, the Netherlands, June 2012.  Invited presentation.

"Bicycle Planning 101," Annual Meeting of the American College of Sports Medicine, San Francisco, May 2012.  Invited presentation.

"On-Line vs. Phone Surveys: Comparison of Results for a Bicycling Survey," Annual Meeting of the Transportation Research Board, Washington, DC, January 2012.

"On-Line vs. Phone Surveys: Comparison of Results for a Bicycling Survey," 9th International Conference Transport Survey Methods, Puyehue, Chile, November 2012.  Poster presentation.

"The Role of the Built Environment in Reducing Driving and Increasing Active Travel," McGill University, September 2011. Invited speaker.

"The Role of the Built Environment in Reducing Driving and Increasing Active Travel," Transportation Research Center, University of Vermont, September 2011. Invited speaker.

"Reducing VMT through Land Use Policies: The Research Perspective," the 2011 Asilomar Conference on Transportation and Energy, Asilomar, CA, August 2011. Invited speaker.

"Measure the Impact of Local Land Use Policies on Vehicle Miles of Travel: The Case of the First Big Box Store in Davis, CA," World Symposium on Transportation and Land Use Research, Whistler, British Columbia, July 2011.

"Encouraging Active Travel for Kids: The Davis Experience," 6th Biennial Childhood Obesity Conference, San Diego, CA, June 2011. Invited speaker.

"Safe and Convenient Cycling for Everyone," the Complete Streets for Los Angeles Conference, Luskin Center, UCLA, Los Angeles, CA, February 2011. Invited speaker.

"The Regional Response to Federal Funding for Bicycle and Pedestrian Projects," Annual Meeting of the Transportation Research Board, Washington, DC, January 2011. Poster presentation.

"A Transportation Planner's Perspective on Connectivity and Fragmentation," California Connectivity Forum 2010, Davis, CA, December 2010. Invited speaker.

"The Impact of Community Design on Travel Behavior," UTC Spotlight Conference on Livability, Washington, DC, October 2010. Invited speaker.

"How do we get more people bicycling? Evidence from the Davis Bicycle Studies," California UTC Webinar Series, October 2010. Invited speaker.

"Understanding Bicycling Behavior: Insights from Davis, CA," VTI, Linköping, Sweden, October 2010. Invited speaker.

"Getting Americans Back on Bikes: What Will it Take?" presentation for the Bicycle Advisory Committee of the Sacramento Area Council of Governments, Sacramento, CA. July 2010.

"Some reflections on 'The Decline in Transit-Sustaining Densities in U.S. Cities, 1910-2000'", the Lincoln Institute of Land Policy Conference on Climate Change, Environment, and Land Policies, Boston, MA, May 2010. Invited speaker.

"Evaluating Policy Effectiveness," Symposium on Measuring Progress Towards Transportation GHG Emissions Goals, Luskin Center, UCLA, March 2010. Invited speaker.

"Transportation – Land Use Coordination in the Austin Region," City Forum at the University of Texas at Austin, February 2010. Invited speaker.

"Factors Associated with Bicycling to High School in Davis, CA," Active Living Research Conference, San Diego, CA, February 2010.

"Infrastructure, Programs, and Policies to Increase Bicycling: An International Review," Annual Meeting of the Transportation Research Board, Washington, DC, January 2009. Poster presentation.

"Contributions of the Physical and Social Environments to Bicycling," Annual Meeting of the Association of the Collegiate Schools of Planning, Alexandria, VA, October 2009.

"Smart Growth for the Central Valley," Great Valley Center, September 2009. Invited speaker.

"Explaining Gender Differences in Bicycle Behavior," Active Living Research Conference, San Diego, CA, February 2009.

"The Regional Response to Federal Funding for Bicycle and Pedestrian Projects," Active Living Research Conference, San Diego, CA, February 2009. Poster presentation.

"The Built Environment and Travel Behavior: Can Time Use Studies Help?" Time Use Observatory Workshop, Santiago, Chile, January 2009.

"Sustainable Street Design: Emerging Priorities, Emerging Practices," Blueprints for Sustainable Infrastructure, 3rd International Conference on Sustainability Engineering and Science, Auckland, New Zealand, December 2008.

"Non-Motorized Transportation and Health," Conference on Linking Transportation Policy and Public Health, Washington, DC, November 2008. Invited speaker.

"The Outlook for Walking and Bicycling," Second Annual California UTC-PATH Conference, Los Angeles, CA, November 2008. Invited speaker.

"Driving Less," Conference on Moving Forward: Thinking Outside the Car, Santa Rosa, CA, October 2008. Invited Speaker.

"Walking and Bicycling: What Does the Research Tell Us?" California Transportation Futures Symposium, Davis, CA, September 2008. Invited speaker.

"What is it about Davis? A Study of Factors Associated with Bicycle Use in Davis and 5 Comparison Cities," Active Living Research Conference, Washington, DC, April 2008. Poster presentation.

"Understanding Bicycling Behavior," the University of California Transportation Center Student Conference, Santa Barbara, CA, January 2008.

"How to Increase Walking and Bicycling: What the Research Tells Us," California Walk/Bike Conference, Davis, CA, September 2007. Plenary speaker.

"The Davis AYSO Bike-to-Soccer Program," presentation to the City of Davis Bicycle Commission, May 2007.

"Bicycling in Davis, CA: A Critical Look at the First Platinum Bicycle City in the U.S.," seminar series of the Oregon Transportation Research and Education Center, Portland, OR, May 2007. Invited speaker.

"Cul-de-Sacs and Children's Outdoor Play: Quantitative and Qualitative Evidence," Active Living Research Conference, San Diego, February 2007. Poster presentation.

"Planning for Accessibility: Local and Regional Considerations," 6th Annual New Partners for Smart Growth Conference, Los Angeles, February 2007. Invited Speaker.

"Transportation, Energy, Infrastructure: How Does Land Use Fit In?" Quarterly Meeting of the California Council on Science and Technology, Sacramento, January 2007. Invited Speaker.

"Street Connectivity," Annual Meeting of the California Chapter of the American Planning Association, Anaheim, CA, October 2006. Invited Speaker.

"Creating Healthier Environments - What the Research Tells Us," Rebuilding California: Designs for Health Living from City to Farm, – Phase II, CPHA Fall North Meeting, Sacramento, CA, September 2006. Invited Speaker.

"New Planning Processes for New Transportation Policies," AESOP Conference on Transportation Planning a Policy Design Challenge? Amsterdam, June 2006. Invited Speaker.

"Using Utility Maximizing Theory to Explain Physical Activity: Possibilities and Challenges," International Congress on Physical Activity and Health, Atlanta, GA, April 2006. Invited Speaker.

"Self-Selection and the Relationship Between the Built Environment and Walking Behavior," International Congress on Physical Activity and Health, Atlanta, GA, April 2006. Invited Speaker.

"Creating Walkable Environments - What the Research Tells Us," Rebuilding California: Designs for Health Living from City to Farm, CPHA 2006 Annual Meeting, Oakland, CA, March 2006. Invited Speaker.

"Do Americans Want Walkable Communities?  Evidence from a National Survey," Active Living Research Conference, San Diego, CA, February 2006.

"Assessing the Relationships Among Transportation, Land Use, and Physical Activity," Healthy Regions, Healthy People, Policy and Research Symposium Series, the Public Policy Program, UCLA Extension, Lake Arrowhead, CA, October 2005.  Invited speaker.

"Environmental Correlates," Walking for Health: Measurement and Research Issues and Challenges, ACSM-UIUC Kinesmetrics Symposium Series, Urbana-Champaign, IL, October 2005.  Invited speaker.

"Rebuilding the Environment to Promote Physical Activity," Meetings of the Phase IV WHO Healthy Cities Network and Network of European National Healthy Cities Networks, Bursa, Turkey, September 2005.  Invited plenary speaker.

"Built Environment Correlates of Physical Activity: Evidence from Transport Research," Walk21 Satellite Symposium on Transport-Related Physical Activity and Health, Magglingen, Switzerland, September 2005. Invited plenary speaker.

"GIS as a Research Tool to Study Environment and HEPA," Walk21 Satellite Symposium on Transport-Related Physical Activity and Health, Magglingen, Switzerland, September 2005. Invited speaker.

"Promoting Healthier Environments – The Role of City Planning," Healthy Cities and Smart Growth Conference, Berkeley, CA, April 2005.  Invited Speaker.

"The Built Environment and Physical Activity:  What do we know?"  Montana Cardiovascular Summit, Big Sky, Montana, April 2005.  Invited Speaker.

 "Does Self-Selection Explain the Relationship Between the Built Environment and Physical Activity?"  Annual Meeting of the American Planning Association, San Francisco, March 2005.

"How Best to Address Automobile Dependence in the U.S.?  Plan for Accessibility, Not Mobility," Annual Meeting of the American Planning Association, San Francisco, March 2005.

"Does Self-Selection Explain the Association between the Built Environment and Physical Activity? Evidence from Northern California," Active Living Research Conference, San Diego, February 2005.  Poster presentation.

"The Link Between the Built Environment and Travel Behavior:  Correlation or Causation?" 84th Annual Meeting of the Transportation Research Board, Washington, DC, January 2005.

"Toward an Accessibility Framework for Transportation Planning," From Mobility to Accessibility: A Symposium and Workshop on Sustainable Transportation, University of Michigan, Ann Arbor, MI, December 2004.  Invited Speaker.

"Transportation, Access, and Community Design," TRB Conference on Research on Women's Travel Issues, Chicago, IL November 2004.  Plenary Speaker.

"Planning for Accessibility: in Theory and in Practice," Access to Destinations: Rethinking the Transportation Future of Our Region, University of Minnesota, Minneapolis, MN, November 2004.

"The Link Between the Built Environment and Travel Behavior:  Correlation or Causation?" the 2004 Conference of the Association of Collegiate Schools of Planning, Portland, OR, October 2004.

"The Built Environment and Physical Activity," the First International Ancel Keys Symposium on Nutrition and Health: The International Obesity Epidemic, Minneapolis, MN, September 2004.  Invited Speaker.

"Community Design and Physical Activity: What do we know – and what don't we know?" the National Institute of Environmental Health Sciences conference on Obesity and the Built Environment: Improving Public Health through Community Design, Washington, DC, May 2004.  Invited Speaker.

"Making the Link between Urban Form and Physical Activity: Perspectives from Urban Planning," National Physical Activity Conference, Freemantle, Australia, November 2003. Plenary Speaker.

"Guidelines for Building Healthy Communities," 131st Annual Meeting of the American Public Health Association, San Francisco, CA, November 2003.

"Driving by Choice or Necessity," Triennial Meeting of the International Association of Travel Behavior Researchers, Lucerne, Switzerland, August 2003.

"Walkable Communities: What the travel behavior research tells us – and doesn't – and what planners should do in the meantime," Annual Meeting of the American Planning Association, Denver, CO, April 2003.

"Driving by Choice or Necessity? The Case of the Soccer Mom and Other Stories," 82nd Annual Meeting of the Transportation Research Board, Washington, DC, January 2003.

"Doing Research in Urban Form, Physical Activity, and Health: Perspectives from City Planning and Transportation," 82nd Annual Meeting of the Transportation Research Board, Washington, DC, January 2003.

"The Link Between Urban Form and Walking Behavior: Getting from Here to There," the 2002 Conference of the Association of Collegiate Schools of Planning, Baltimore, MD, November 2002.

"Smart Growth and the Transportation-Land Use Connection:  What Does the Research Tell Us?"  New Urbanism and Smart Growth: A Research Symposium, National Center for Smart Growth Research and Education, University of Maryland, College Park, MD, May 2002. Invited Speaker.

"The Influence of Urban Form on Shopping Behavior:  The Case of Local Shopping," International Conference on Cities and Transportation: Choices and Consequences, Center for Dialogue, Simon Fraser University, Vancouver, BC, February 2002.  Invited Speaker.

"The Education of Transportation Planning Professionals," 81st Annual Meeting of the Transportation Research Board, Washington, DC, January 2002.

"Local Shopping as a Strategy for Reducing Automobile Dependence," Annual Conference of the Texas Chapter of the American Planning Association, Houston, TX, October 2001.  Invited Speaker.

"Planning for Accessibility:  Definitions, Measures, and Benefits," Symposium on Urban Sprawl, Urban Transportation Center, University of Illinois at Chicago, October 2001.  Invited Speaker.

"Theories and Concepts from Urban Planning," and "A Call to Action!" Conference on Innovative Approaches to Understanding and Influencing Physical Activity, Dallas, TX, October 2001. Invited Speaker.

"New Urbanism and Travel Behavior," CNU IX, Congress for the New Urbanism, New York, June 2001.  Invited Speaker.

"Planning for the Impacts of Highway Relief Routes," Conference on Application of Transportation Planning Methods, Transportation Research Board, Corpus Christi, TX, April 2001.

"Understanding the Growth in Non-Work VMT," the 2000 Conference of the Association of Collegiate Schools of Planning, Atlanta, GA, November 2000.

"On the Road to Nowhere or a Train Bound for Glory?  Transportation Solutions for the 21st Century," Center for Transportation Studies, University of Minnesota, February 2000.  Invited Speaker.

"Modeling Uses and Abuses," Rail-Volution '99, Dallas, TX, September 2000.  Invited Speaker.

"Reflections on Transit-Oriented Development as the Answer to Sprawl and Congestion," Conference on "Sprawl and Congestion: Are Light Rail, High Density Living and "Transit-Oriented Development" the Answer?" convened the Center for the New West, Colorado Springs, CO, 1999.  Invited Speaker.

"Urban Form and Local Travel Choices:  A Study of Austin Neighborhoods," the 1997 Conference of the Association of Collegiate Schools of Planning, Ft. Lauderdale, FL, November 1997.

"Traffic Calming as a Way of Life," Fall Conference of the Texas Association of County Engineers and Roadway Administrators, San Antonio, November 1997.  Invited Speaker.

"Integrating Land Use and Transportation Planning," Annual Conference of the Texas Chapter of the American Planning Association, Galveston, TX, October 1997.  Invited Speaker.

"Travel Behavior - Land Use Interactions:  An Overview and Assessment of the Research," the Triennial Meeting of the International Association of Travel Behavior Research, Austin, TX, September 1997.  Invited Speaker.

"The Important Connection Between Land Use and Transportation," the Texas State Transportation Planning Conference, Corpus Christi, May 1997.  Invited Speaker.

"Telecommunications and Transportation," the Texas State Transportation Planning Conference, Corpus Christi, May 1997.  Invited Speaker.

"Telecommunications and Nonwork Travel:  Testing for Substitution," the 76th Annual Meeting of the Transportation Research Board, January 1997.

"Travel Behavior Issues Related to Neo-Traditional Developments," a Conference on Urban Design, Telecommunication, and Travel Behavior as a part of the Travel Model Improvement Program, Williamsburg, VA, October 1996.  Invited Speaker.

"Walkable, Livable Communities," Building Livable Communities Through Transportation," a Workshop Sponsored by the Austin Neighborhoods Council and the U.S. Department of Transportation, October 1996.  Invited Speaker.

"Non-Work Travel Choices of Women:  Patterns, Perceptions, and Preferences," the Second National Conference on Women's Travel Issues, Baltimore, MD, October 1996.

"Telecommunications and Nonwork Travel:  Testing for Substitution," the 1996 Association of Collegiate Schools of Planning - Association of European Schools of Planning Joint International Congress, Toronto, July 1996.

"From Walking to the Web:  The Search for Effective Strategies for Reducing Automobile Dependence," the Institute for Transportation Studies, the University of California at Davis, February 1996.  Invited Speaker.

"The Power of Design to Alter Travel Behavior," Conference on The Influences of New Urbanism, the Lincoln Institute of Land Policy, Cambridge, MA, December 1995.  Invited speaker.

"Measuring Accessibility:  An Exploration of Issues and Methodologies," the 1995 Conference of the Association of Collegiate Schools of Planning, Detroit, MI, October 1995.

"Methodologies for Exploring the Link Between Urban Form and Travel Behavior," the 1995 Conference of the Association of Collegiate Schools of Planning, Detroit, MI, October 1995.

 "Expanding Travel Choice Through Design," the 16th International Pedestrian Conference, Boulder, CO, October 1995.  Invited speaker.

"Understanding the Link Between Urban Form and Travel Behavior," the Transportation Planning Methods Applications Conference, Seattle, WA, April 1995.

"Understanding the Link Between Urban Form and Travel Behavior," the 74th Annual Meeting of the Transportation Research Board, January 1995.

"Telecommuting as a Travel Reduction Strategy:  Evidence and Outlook," the 1994 Conference of the Association of Collegiate Schools of Planning, Phoenix, AZ, November, 1994.

"Planning Responsive Transportation:  Strategies for Reducing Automobile Dependence," the 1994 Annual Conference of the Nevada Chapter of the American Planning Association, Las Vegas, NV, September 1994.  Invited speaker.

"A Review of Recent Studies of the Transportation and Energy Impacts of Telecommuting," the 73rd Annual Meeting of the Transportation Research Board, January 1994.

"The Land Use - Travel Question:  Research Needs," the 73rd Annual meeting of the Transportation Research Board, January 1994.  Invited speaker.

"Non-Work Travel Patterns Among Suburban Communities of Different Land Use Mixes," The Role of Land Use Strategies for Improving Transportation and Air Quality, Policy and Research Symposium Series, the Public Policy Program, UCLA Extension, November 1993.  Invited speaker.

"The Evolution of Accessibility," the 1993 Conference of the Association of Collegiate Schools of Planning, Philadelphia, PA, October, 1993.

"Regional versus Local Accessibility:  Implications for Non-Work Travel," the 72nd Annual Meeting of the Transportation Research Board, January 1993.

"Regional versus Local Accessibility:  Neo-Traditional Development and its Implications for Non-Work Travel," the 1992 Conference of the Association of Collegiate Schools of Planning, Columbus, OH, October, 1992.

"Three Perspectives on the Function of Transportation Models: Rational, Political, or Interactive," the 71st Annual Meeting of the Transportation Research Board, January 1992.

 "Regional versus Local Accessibility: Implications for Travel Patterns," the 1991 Association of Collegiate Schools of Planning/Association of European Schools of Planning Joint Congress, Oxford, England, July 1991.

**WORKSHOPS AND PANELS:**

Presenter, plenary panel session on Creating People-Oriented Communities, Annual Meeting of the Institute of Transportation Engineers, Portland, OR, August 2023.

Moderator, plenary panel session on Beyond Cars: Expanding Mobility for All, 19th Biennial Conference on Transportation and Climate Policy, Asilomar, CA, July 2023.

Discussant, Conference on Health and Active Travel, Transportation Research Board, Washington, DC, December 2019.

Discussant, The Future of Transportation, 5th Annual Public Policy Conference, Chapman University, Orange, CA, February 2019.

Moderator, UTC Spotlight Conference on Pedestrian and Bicycle Safety, Washington, DC, December 2016.

Presenter, Three Revolutions Inaugural Conference, Davis, CA, November 2016.

Presenter, TRB Workshop on Greenhouse Gas Analysis: Tools and Methodologies in Practice, Washington, DC, January 2016.

Facilitator, Department of Energy Workshop on Shaping the Transportation Revolution, Sacramento, CA, October 2015.

Moderator, "Bicycling Means Business: The Economic and Business Benefits of Bicycling," Advancing Bicycling in the Capital Region, Sacramento, CA, September 2015.

Participant, Land Use and Transportation Workshop, Shaanxi Normal University, Xi'an, China, June 2014.

Participant, Built Environment Assessment Tools (BEAT) Think Tank, Philadelphia, July 2013.

Participant, Think Tank on the Future of Urban Transportation, Swedish Royal Institute of Technology, Stockholm, October 2012 and June 2013.

Participant, Active Transportation Expert Panel, Centers for Disease Control and Prevention, Atlanta, GA, March 2012.

Faculty Member, Built Environment Assessment Training Institute, U.S. Department of Agriculture, Seattle, WA, June 2011.

Faculty Member, Built Environment Assessment Training Institute, U.S. Department of Agriculture, Philadelphia, PA, June 2010.

Faculty Member, Built Environment Assessment Training Institute, U.S. Department of Agriculture, San Diego, CA, June 2009.

Participant and Speaker, Time Use Observatory Workshop, Santiago, Chile, January 2009.

Participant, International Workshop on Delivering Sustainable Infrastructure; Auckland, New Zealand; December 2008.

Faculty Member, Physical Activity and Public Health: A Postgraduate Course on Research Directions and Strategies, Centers for Disease Control and Prevention, Park City, UT, September 2008.

Faculty Member, Physical Activity and Public Health: A Postgraduate Course on Research Directions and Strategies, Centers for Disease Control and Prevention, Park City, UT, September 2006.

Faculty Member, Physical Activity and Public Health: A Postgraduate Course on Research Directions and Strategies, Centers for Disease Control and Prevention, Sea Pines, SC, September 2005.

Faculty Member, Physical Activity and Public Health: A Postgraduate Course on Research Directions and Strategies, Centers for Disease Control and Prevention, Park City, UT, September 2004.

Speaker, Roundtable on Integrating Health and Physical Activity Goals Into Transportation Planning, U.S. Department of Transportation, Portland, OR, January 2004.

Speaker, Workshop on Physical Activity, Health, Transportation, and Land Use, Transportation Research Board and Institute of Medicine Committee, Washington, DC, December 2003.

Rapporteur, Roundtable 124: Transportation and Spatial Policies: The Role of Regulatory and Fiscal Incentives, European Conference of Ministers of Transport, Paris, 2002.

Participant, Educating Infrastructure Professionals to Make a Difference, Institute for Civil Infrastructure Systems, New York University, 2002.

Participant, Transportation Environmental Research Needs Conference, Transportation Research Board, Washington, DC, 2002.

Speaker, 2002 FHWA Livability Forum, Federal Highway Administration, Washington, DC, 2002.

Speaker, Research Priorities Workshop, sponsored by the Surface Transportation Cooperative Research Program of the National Research Council, Washington, DC, 2000.

Participant, Thinking Beyond the Pavement: A National Workshop on Integrating Highway Development with Communities and the Environment, Maryland Department of Transportation, American Association of State Highway and Transportation Officials, and Federal highway Administration, 1998.

Co-Facilitator, Aesthetics and Visual Quality Panel of the Environmental Research Needs in Transportation Conference, Transportation Research Board, 1997.

Participant, Research Agenda for Transportation Reform Workshop, sponsored by the Surface Transportation Policy Project, the Energy Foundation, and the Alliance for Transportation Research, Albuquerque, NM, 1997.

Participant, Conference on Land Use Models, Travel Model Improvement Program, U.S. Department of Transportation, 1995.

Participant, Conference on Transportation Models, Travel Model Improvement Program, U.S. Department of Transportation, 1994.

Participant, Workshop on the Development of the Federal Highway Administration's Biennial Report to Congress, Tucson, AZ, 1994.