# EXHIBIT C



A proposal to the
U.S. Department of Transportation for a
**National Center**
Addressing the Statutory Research Priority Area of
**Preserving the Environment**

**Lead Organization**
University of California, Davis
One Shields Avenue
Davis, CA 95616

**Consortium Institutions**

California State University Long Beach*
Long Beach, California 90840

University of California, Riverside
Riverside, California 92521

Georgia Institute of Technology
Atlanta, Georgia 30332

University of Southern California
Los Angeles, California 90089

Texas Southern University*
Houston, Texas 77004

University of Vermont
Burlington, Vermont 05405

*\* Minority Institution*

US DOT Strategic Goals Supported by the UTC

Primary
**Climate and Sustainability**

Secondary
**Equity** and **Transformation**

## Research Abstract

The **National Center for Sustainable Transportation (NCST)** has for nine years led the nation in research, education, and policy engagement in environmental sustainability in transportation. Our consortium includes many of the most accomplished and influential researchers in sustainable transportation in the world, with expertise across a range of environmental issues, especially decarbonization in the transportation sector. The NCST team is now pleased to welcome Texas Southern University and its expertise in sustainable transportation and transportation equity to our partnership.

NCST researchers have completed 280 research projects that have produced more than 225 research reports and white papers, 275+ journal articles, books and chapters, and conference papers, and 200+ conference presentations to date. This work has informed policy and practice at all levels of government. Examples include widely adopted tools for emissions modeling, the development and evaluation of a shared-mobility program for rural areas, and the citation of our research in landmark legislation.

With its established partnerships and exceptional record of impactful research, the NCST is uniquely positioned to further US DOT goals in the Priority Area "**Preserving the Environment**." Our activities will touch on all of the non-exclusive topic areas identified by DOT as relating to preserving the environment but especially electrification, alternative fuels, air quality, mode shift, and environmental justice. The primary DOT Strategic Goal that our research activities will advance is **Climate and Sustainability**; the goals of **Equity** and **Transformation** are secondary but also essential.

The NCST addresses the especially pressing challenge of **accelerating reductions in greenhouse gas emissions while simultaneously enhancing transportation equity**. We do so by producing research that supports innovation in policy by informing legislation and regulation, reforming professional practices, and reshaping programs and plans. Our work contributes to the **fundamental policy transformation** essential to accelerating decarbonization in a way that ensures that the benefits of the transportation system are broadly distributed and that the well-being of people in overburdened and historically disadvantaged communities is substantially improved.

We support **policy innovation** to achieve **equitable decarbonization** through four kinds of research activities inspired by the US DOT goal of **matching research and policy to advance breakthroughs:**

- building **tools** to support policy making, including datasets, lifecycle assessments, and predictive simulation models that support scenario planning;
- developing **policy elements**, such as evidence-based standards, model regulations, pricing strategies, funding strategies, and others;
- conducting **evaluation studies** that assess the outcomes of policies using techniques such as experimental designs and econometric modeling; and
- undertaking **basic research** that provides a solid foundation for each of these activities by improving our understanding of the transportation system.

Through these activities, the NCST brings **scientific rigor** to the transformation of policy towards equitable decarbonization. We focus on three critical transportation domains that span both passenger and freight travel, all modes of travel, and all travel settings: **vehicle technology**, **infrastructure provision**, and **travel demand.** With the new grant, we propose to leverage our exceptional qualifications to strengthen existing programs while adding important new initiatives, including cutting-edge research on the critical issues of **vehicle electrification, rural mobility**, and **sustainable freight**. Each year we will fund approximately 32 research projects on these issues, selected through a rigorous peer-review process, that build on our prior work to address the most pressing challenges and most stubborn obstacles to policy transformation.

We also aim to **transform the culture of transportation research** by building policy transformation and equity considerations into project development. We require researchers to articulate the relevance of their work for policy and practice and to address its implications for transportation equity and environmental justice. We will be requiring NCST researchers to participate in new workshops on the co-creation of knowledge with the communities impacted by our work, especially communities that have historically been marginalized by transportation policy and by academic research.

Our research will only succeed in creating breakthroughs if our products make it into the hands of policy makers and transportation practitioners—and if they are trusted by them and the people they serve. We disseminate our work through printed materials, events, briefings, webinars, social media, and other techniques—but go beyond dissemination to truly engage stakeholders in shaping our research program. Our education programs provide a conduit for the products of our research to our students, who then bring this knowledge to their work in the transportation field. In these ways, the three elements of the NCST program are complementary and intertwined:

- We deliver a cutting-edge **research program** that provides the new tools and datasets, policy elements, evaluation studies, and basic knowledge necessary for a policy transformation that equitably decarbonizes the transportation system;
- We shape and deliver our products through an innovative **engagement program** using multiple techniques and involving all levels of government, tribal councils, other public and private sector stakeholders, and communities themselves;
- We provide **education and workforce development programs,** including community college collaborations, that build multiple pathways to careers in transportation, diversify the transportation workforce, and provide the training needed to take on the challenges of equitable decarbonization.

The NCST's activities have already had **transformational impacts** on the system and its users and is uniquely positioned to further DOT's goals. Our work contributes **to accelerated adoption of vehicles and fuels** that minimize GHG emissions, **new approaches to infrastructure provision and systems operation** that lessen environmental impacts, and **a shift towards modes other than driving** so as to reduce vehicle miles traveled while improving accessibility. These transformations help the country reduce its greenhouse gas emissions while reducing other environmental harms, enhancing social equity, and supporting economic vitality.

**Written Response**

### *1.  Research Activities and Capability*

Since its founding in 2013, the NCST has led the nation in research, education, and policy engagement in environmental sustainability in transportation. Our consortium includes many of the most accomplished researchers in sustainable transportation in the world, with deep expertise from many disciplines across a range of environmental issues, as outlined in Section 1.2.

NCST research has informed policy and practice at all levels of government, as outlined in Section 2. NCST researchers have completed 280 research projects that have produced hundreds of research reports, white papers, journal articles, books and chapters, conference papers, and conference presentations to date. Highly cited examples of papers and reports are included in Exhibits 1, 2, and 3. Our work spans both passenger and freight transportation, all modes of travel, and all travel contexts.

NCST research contributes to the **fundamental policy transformation** essential to accelerating decarbonization in an equitable way. As described in Section 1.1, we propose to leverage our exceptional qualifications by strengthening our existing programs and adding important new initiatives, including research projects on the critical issues of **sustainable freight**, **rural mobility**, and **vehicle electrification**.

We also aim to transform the culture of transportation research by building policy transformation and equity considerations into project development. We will be requiring NCST researchers to participate in new workshops on the co-creation of knowledge with the communities impacted by our work, especially communities that have historically been marginalized by transportation policy and by academic research.

Our engagement and technology transfer activities (described in Section 4) and our education and workforce development activities (described in Section 3) help to ensure that the products of our projects make it into the hands of policy makers and transportation practitioners. Researchers, students, and stakeholders alike are actively involved in all three sets of activities, designed to complement and support each other.

### *1.1  Proposed Research Activities*

The NCST contributes to policy innovation through four kinds of research activities that support the US DOT goal of matching research and policy to advance breakthroughs:

- building **tools** to support policy making, including datasets, lifecycle assessments, and predictive simulation models that support scenario planning, such as those described in Table 1;
- developing **policy elements**, such as evidence-based standards, model regulations, pricing strategies, funding strategies, and others;
- conducting **evaluation studies** that assess the outcomes of policies using techniques such as experimental designs and econometric modeling; and
- undertaking **basic research** that provides a solid foundation for each of these activities by improving our understanding of the transportation system.

Our work brings scientific rigor to the policy cycle, from problem definition to policy formulation to implementation to evaluation. Such work is especially important in light of recent and future "disruptions" to the transportation system coming from the private sector to which the public sector must effectively respond. The newly proposed US DOT rule to add greenhouse gas emissions to the performance management system will require new techniques for measuring, monitoring, and forecasting emissions. Our research activities will address these needs and others, thereby contributing to **evidence-based policymaking in transportation**.

**Table 1. Examples of Tools & Datasets Developed / Being Developed by NCST**

| Domain | Tool / Dataset | Lead |
|---|---|---|
| Vehicle Technology | **Fuel and Emissions Calculator** - Calculates energy use and emissions for hybrids and EVs (including trucks and transit) plus rail. Linkages to GREET support analysis of upstream and embedded energy/emissions in case studies. | GT |
| | **Caltrans Zero-Emission Vehicle Tool** - A spreadsheet tool that allows Caltrans staff to strategically select zero-emission vehicles for certain uses based on vehicle specifications, refueling infrastructure, and prior vehicle activity. | UCR |
| | **The Comprehensive Modal Emissions Model** - Predicts second-by-second emissions of a large array of vehicle types, serving as a critical tool for microscale emissions inventories. | UCR |
| | **MOVES Matrix** - Emission rate and energy use matrices that enable impact assessments at any spatial and temporal scale at a faster rate. Supports near-real-time assessments of impacts and feeds microscale dispersion models. | GT |
| Infrastructure Provision | **GIS EV Planning Toolbox for MPOs** - A tool for planning the location of plug-in electric vehicle charging infrastructure in California. | UCD |
| | **Wildlife Crossing Calculator** - A set of analytical tools to help estimate the costs to the public of crashes involving wildlife and compare those costs with the costs and benefits of wildlife crossing mitigations. | UCD |
| | **Active Transportation Benefit-Cost Tool** - Tool to evaluate the costs and benefits of active transportation projects as part of Caltrans Active Transportation Program project evaluation. | UCD |
| | **Caltrans Vegetation Management Model** - A model to prioritize segments of the state highway system for vegetation management to reduce wildfire risk that Caltrans has used as the basis for its resilience planning. | UCD |
| Travel Demand | **Induced Travel Calculator** - Estimates VMT induced by adding general-purpose lane miles, high-occupancy vehicle (HOV) lane miles, or high-occupancy toll (HOT) lane miles to publicly owned roadways in California's urbanized counties. | UCD |
| | **TransportSim** - Interconnected mode-specific network tools for use in energy and emissions case studies. When linked with travel demand and simulation model outputs, analyses can be generated at the vehicle and passenger levels. | GT |
| | **Space-Time Memory** - Stores speed and activity data from machine vision monitoring, licensed cell phone data, and activity-based and simulation models for prediction of on-road operating conditions. Supports scenario analysis. | GT |

Our activities support policy transformation across multiple spheres: urban, suburban, and rural, and both passenger and freight. We propose focused research initiatives to address the special challenges of decarbonization in rural areas and the freight sector, as discussed below. We will also consider the role of the transportation system in a larger **system of systems**, with a special focus on the connections between the transportation system and both the **energy system** and the **land use system**. Our

activities will address the policy transformations that are needed in these systems to bring about equitable decarbonization in the transportation system.

Our research activities are concentrated in three domains critical to accelerating the equitable decarbonization of the transportation system (Figure 1): **vehicle technology**, **infrastructure provision**, and **travel demand**. Examples of highly cited NCST publications in each of these areas are listed in Exhibits 1–3.



**Figure 1. Research Tracks and Cross-Cutting Initiatives**

**Vehicle Technology.** Improvements in vehicle and fuel technologies were largely responsible for the tremendous progress in reducing air pollution over the past five decades. Now the need to reduce GHG emissions is motivating a shift to electric vehicles (EVs), including plug-in hybrid and fuel cell EVs. The NCST is supporting the transition toward zero-emission vehicle and fuel technologies for light-duty passenger vehicles, transit vehicles, and heavy-duty freight vehicles through research on lifecycle emissions, private and social costs, consumer behavior, regulatory and market policies, and the equity of access to electric vehicles and charging infrastructure. Highly cited studies include an examination of the emissions benefits of EVs in ride-hailing services and a review on cooperative adaptive cruise-control systems (Exhibit 1).

**Infrastructure Provision.** The NCST develops and assesses strategies that reduce GHG emissions as well as criteria pollutants, water and soil pollution, and other environmental impacts associated with infrastructure provision and systems operation, with attention to the implications for disadvantaged communities. NCST studies have explored better lifecycle use of materials and improved practices in roadway construction, maintenance, and operation. Other studies examine innovative Intelligent Transportation System (ITS) as well as connected and automated vehicle (CAV) strategies that reduce greenhouse gas emissions while producing safety and mobility benefits. Highly cited studies include modeling of coordinated ramp metering systems and a framework for life cycle assessment of complete streets projects (Exhibit 2).

**Travel Demand.** The NCST develops and assesses strategies to promote multi-modal travel and reduce car dependence in urban, suburban, and rural settings for both passenger and goods movement, as well as the potential of these strategies to improve accessibility to jobs, housing, and other activities for disadvantaged populations. Studies have evaluated strategies for shifting travel from solo driving to more efficient, low-carbon modes, including transit, walking and biking, and "new mobility" services, such as ride-hailing, bike-sharing, and micro-transit. Other studies have addressed the

implications for vehicle-miles-traveled (VMT) of "logistics sprawl," automated cars, and highway capacity. Highly-cited studies include analyses of gentrification near rail stations in Los Angeles and of the environmental impacts of e-commerce (Exhibit 3).

In the next funding cycle, the NCST's research program will put increased emphasis on the following critical policy-driven issues, which cross-cut our three research tracks: **vehicle electrification**, **rural mobility**, and **sustainable freight**. All projects will be required to address transportation equity and environmental justice. In addition to full **research projects**, we will also fund **seed grants** to launch new research efforts, **white papers** that synthesize existing research on an important topic, and **translational grants** that support the application or extension of completed research projects. We will sponsor major engagement events on each of these issues to disseminate research and build the research agenda (see Section 4).

**Vehicle Electrification**. The transition to vehicle electrification is underway. California's requirement that 100% of all light duty vehicle sales and 75% of most truck categories be zero emissions by 2035 is likely to be adopted by other states. The Biden Administration's goal that 50% of light-duty vehicle sales be zero emission by 2030 will encourage a nationwide transition that will play out differently across regions depending on consumer and fleet adoption and government policies. The NCST will investigate demand-side incentives, energy infrastructure, and vehicle supply policy. Different strategies will be assessed with respect to costs, GHG and pollution impacts, equity and environmental justice, ease of administration, and effectiveness. Researchers will analyze consumer purchase and use behavior for different incentives and infrastructure, overall cost of different strategies to society and government, and overall GHG impacts for manufacturing, use, and fueling of vehicles using lifecycle analysis methods. These projects will produce evidence important to the formation of state and national policy.

**Rural Mobility**. Identifying new strategies to accelerate the equitable decarbonization of travel in small and rural communities is urgent in light of the deep GHG reductions required and the risks of exacerbating rural travel burdens. Residents of small and rural communities are more dependent on driving and must drive longer distances than residents of urban areas. Most research on the travel behavior response to new technologies and policies has been conducted in urban areas, but physical and social differences mean the response in rural areas will be different. The NCST will collect and evaluate new data on rural travel behavior, travel burdens, and barriers to decarbonization, and will conduct case studies on innovative rural mobility and decarbonization policies recently adopted or being considered. The NCST will produce travel behavior data and create new models needed to guide the design of transformative GHG mitigation policy that addresses the longstanding mobility and accessibility challenges of rural America to support economic vitality and equity.

**Sustainable Freight.** Supply chain disruptions and the rapid increase in e-commerce during the Covid-19 pandemic highlighted the importance of freight to the U.S. economy. The US DOT Strategic Plan identifies reducing port- and airport-related emissions and other freight-related environmental impacts as essential for achieving GHG reduction and environmental justice goals. While the performance of light-duty

vehicles has improved, progress has been much slower for medium and heavy-duty vehicles. Critical research needs include strategies for reducing carbon and criteria pollutant emissions and increasing energy efficiency through vehicle technology, system operations, logistics, and land-use planning. The knowledge base for goods movement is far more limited than for passenger transport, and a "winning" fuel technology has not yet been identified. The NCST will lead the search for cost-effective strategies for increasing environmental sustainability in the freight sector. Projects will include comparisons of alternative fuel technologies, exploration of potential adoption markets, economic and equity impact studies, and fuel infrastructure planning.

Relationship to US DOT Goals: The NCST addresses the statutory research priority area "**Preserving the Environment**." Our activities will touch on all of the non-exclusive topic areas identified by DOT as relating to preserving the environment but especially electrification, alternative fuels, air quality, mode shift, and environmental justice. The primary DOT Strategic Goal we will advance is **Climate and Sustainability**. The goals of **Equity** and **Transformation** are secondary but no less essential to our activities. We will advance DOT Key Performance Indicators as listed in Table 2.

**Table 2. DOT Key Performance Indicators Advanced by NCST by Research Track**

| DOT Goals | DOT Key Performance Indicators | Veh Tech | Infra-str | Travel Dem |
|---|---|---|---|---|
| Climate and Sustainability | Reduce transportation emissions in support of net-zero emissions economy-wide by 2050; reduce greenhouse gas emissions from aviation to at or below 2019 levels (216 MtCO2) by 2030. | X | X | X |
| | Ensure that the benefits of at least 40% of U.S. DOT investments in the areas of clean energy and energy efficiency, clean transportation, and the remediation and reduction of legacy pollution flow to disadvantaged communities. | X | X | |
| | Increase the number of zero-emission bus vehicles in the national transit fleet by 450% to 7,500 vehicles by 2030. | X | X | |
| | Build a national network of 500,000 EV chargers by 2030 to accelerate adoption of EVs. | | X | |
| Equity | Reduce national transportation cost burden by 5%, including transportation travel cost as a percent of income by FY 2030. | X | X | X |
| Trans-formation | Double the number of research and deployment projects centered on breakthrough discoveries that introduce new technologies or approaches not currently deployed in the transportation system. | X | X | |

Minority Institutions: Texas Southern University (TSU) brings expertise in traffic operations and their implications for GHG emissions and air quality, in addition to expertise in transportation planning and management and issues of transportation equity, to the NCST. TSU researchers will lead research projects primarily in the domain of infrastructure provision but also travel demand and vehicle technology. California State University, Long Beach leads the NCST's workforce development efforts (described in Section 3.2).

Multimodal Approach: The NCST's research activities are broadly multimodal. Decarbonizing transportation depends on new vehicle and fuel technologies for passenger vehicles, private, public, and shared, as well as freight vehicles, whether on

road or rail. Decarbonization also depends on a reduction in vehicle miles traveled, regardless of vehicle or fuel type, and that will take policies that enable and encourage a wide range of mobility options. An expansion of mobility options contributes to decarbonization but also to building an equitable transportation system.

Multidisciplinary Approach: The NCST's research activities are also broadly multidisciplinary. Decarbonizing transportation—and addressing other transportation challenges—demands more than just engineering solutions. Our researchers come from a wide array of disciplines, including civil, environmental, mechanical, and electrical engineering, but also urban planning, economics, geography, political science, sociology, and cultural studies; many have been trained in multidisciplinary programs.

Commitment to Peer Review: Projects will be selected through our rigorous peer-review process (described in Section 5). The call for proposals solicits projects on key topic areas based on agency needs and input from the NCST Leadership Council. Proposals are reviewed by academics with high standing and appropriate expertise but also by agency officials and others who can provide perspective on the significance of the project for policy and practice. All projects are reviewed with respect to their implications for equity with help from the Environmental Justice Fellows (described in Sections 3 and 4). Projects that build collaborations within and across the consortium are encouraged. Final reports for projects are peer-reviewed before publication.

Performance Metrics: In addition to the required metrics, the NCST will use the following performance metrics based on our goal of equitable decarbonization through policy innovation: 1) Percent of proposals submitted that have an explicit focus on improving social equity, and percent of equity-focused proposals selected for funding; 2) Number of proposals submitted and number funded in which researchers partner with community-based organizations; 3) Number of agency, legislative, and professional association presentations; 4) Number of peer-reviewed papers published; and 5) Number of tools developed. Processes for collecting and maintaining information for all performance metrics in this section and others are described in Section 5.

## 1.2  Capability and Experience

The University of California, Davis (UC Davis) will lead the NCST. Each institution (Table 3) has an existing research center focusing on environmental sustainability that will serve as the administrative home for the NCST's activities at that institution.

Resources Available to Conduct Research: NCST will leverage a wealth of existing resources at the consortium institutions. Table 4 describes facilities by research area. These descriptions are not exhaustive of all available resources; rather, they exemplify the breadth and depth of our consortium resources and capabilities.

Additional Resources Available to the NCST: The NCST will receive matching funds from state, regional, and local agencies, as well as consortium university administrations, to support its research. Caltrans will provide match projects at UC

Davis, USC, CSULB, and UCR subject to the agency's review process. The California Air Resources Board has approved match projects at UC Davis.

**Table 3. Consortium Institutions**

| Institution | Location | Students | Administrative Research Center |
|---|---|---|---|
| University of California, Davis (UC Davis) | Davis, CA | 39,074 | Institute of Transportation Studies (ITS-Davis) |
| • Leading university research center on sustainable transportation in the nation and globally. <br> • Manages $20 million in annual funding on transportation, energy, environment, and equity. <br> • Home to 60+ affiliated faculty and researchers, and 120+ graduate students. | | | |
| California State University, Long Beach (CSULB)* | Long Beach, CA | 40,069 | Center for International Trade and Transportation (CITT) |
| • Focuses on education, research, and outreach in goods movement. <br> • Runs the Southwest Transportation Workforce Center (SWTWC) and the California Local Technical Assistance (LTAP) Center. | | | |
| Georgia Institute of Technology (Georgia Tech) | Atlanta, GA | 39,771 | Transportation Systems Engineering (TSE) |
| • Focuses on safe, efficient, and sustainable design and operations of transportation systems. <br> • Analyzes environmental and social impacts of transportation, especially air quality and energy. <br> • Collaborates on research across GT as a part of interdisciplinary teams. | | | |
| Texas Southern University (TSU)* | Houston, TX | 7,524 | Innovative Transportation Research Institute (ITRI) |
| • Conducts research on energy and emission modeling, public health impact studies, large-scale traffic simulations, ITS, and eco-transportation. <br> • Delivers high-quality education and training programs to engineers, planners, managers and others. | | | |
| University of California, Riverside (UCR) | Riverside, CA | 26,434 | Bourns College of Engineering-Center for Environmental Research and Technology (CE-CERT) |
| • Addresses transportation challenges in air quality, climate change, energy. <br> • Collaborates with industry and government to improve the technical basis for policy. <br> • Faculty affiliates from across engineering and environmental science. | | | |
| University of Southern California (USC) | Los Angeles, CA | 46,287 | METRANS Transportation Consortium, a partnership of USC and CSULB |
| • A partnership of USC and CSULB with over $5 million in funded research per year. <br> • Internationally recognized for research in urban freight and prize-winning outreach activities. <br> • Affiliated faculty from 16 departments and programs. | | | |
| University of Vermont (UVM) | Burlington, VT | 13,292 | Transportation Research Center (TRC) |
| • Focuses on sustainable and equitable solutions for smaller cities and rural communities. <br> • Over 20 faculty affiliates from programs across campus. <br> • Home to the Vermont Clean Cities Coalition and the Northeast Transportation Workforce Center. | | | |

* Minority-serving institution

<u>Continued and New Activities</u>: Our proposed research activities build on the work completed by the NCST in its first nine years, as well as other research at our institutions. While highly productive on-going projects may receive additional funding, the priority is to provide opportunities to launch new research projects and programs. We will continue to select projects, including new projects and new phases of ongoing projects, through a competitive peer-review process described in Section 5. Priority will be given to projects related to the new initiatives described in Section 1.1.

**Table 4. Laboratory Capacity by Research Track and Consortium Institution**

| Vehicle Technology | |
|---|---|
| TSU | **Transportation emission lab** capable of measuring second-by-second real-world vehicle pollutants and greenhouse emissions, fuel consumption, and transportation activities from a variety of on-road vehicles and non-road equipment. |
| TSU | **Full-Motion DriverSafety DS-600c driving simulator** providing a true-to-life, scientifically validated driving experience, useful for assessing ITS concepts, evaluating driver preference and acceptance, conducting accident analysis, and other applications. |
| UCR | **Connected and automated vehicles** outfitted with on-board computing, programmable navigation systems, and wireless communications enabling evaluation of a variety of connected vehicle applications in the real world. |
| UCR | **Atmospheric Processes Laboratory**, the most advanced facility in the world for the study of chemical processes in the troposphere using smog chambers, enabling evaluation of the impacts of advanced vehicles, transportation systems, and renewable fuels. |
| UCR | **Heavy Duty Chassis Dynamometer** capable of simulating exacting road load and inertia forces to a vehicle operating over a range of different driving conditions including highway cruise, urban driving, and other typical on road driving conditions. |
| UCR | **Heavy-Duty Engine Dynamometer Test Facility** designed for a variety of applications including verification of diesel after-treatment devices, certification of alternative diesel fuels, and fundamental research in diesel emissions and advanced diesel technologies. |
| UCR | **Mobile Emissions Laboratory** with a state-of-the-art lab for measuring exhaust emissions from light and medium duty vehicles under real-world driving conditions & a portable emissions measurement suite for on-road and off-road applications. |
| USC | **Meta Center for Research and Education in AI and Learning**, a hands-on laboratory for research in AI hardware, compilers, frameworks and algorithms to improve the performance, scalability, efficiency and productivity of AI |
| Infrastructure Provision | |
| UCD | **UC Pavement Research Center** with extensive state-of-the-art laboratory equipment for the production, testing, and evaluation of all types of pavement and other urban surfaces. |
| UCD | **Resilient Infrastructure Materials Lab** for manufacturing and performing experiments to characterize cementitious infrastructure materials. |
| UCD | **Engineered Sustainable Infrastructure Materials and Structural Systems (E-SIMSS)** Laboratory for performing experiments to characterize polymeric and cementitious infrastructure materials. |
| UCD | **Industrial Ecology Program Lab** with licenses for state-of-the-art life-cycle assessment software and reference inventory databases. |
| TSU | **Traffic Signal Lab** with a TS-2 Type 2 traffic signal cabinet and other traffic signal related equipment; employs Controller Interface Device (CID) units linking the actual traffic signal controllers with traffic micro-simulation software. |
| Travel Demand | |
| TSU | **MiniTransSTar Lab** providing access to traffic monitoring video cameras and speed data on Houston highways. **Traffic Simulation Lab** with traffic simulation software for testing and validating the performance of demand and management scenarios. |
| UCR | **Traffic Management Research Laboratory**, the **Transportation Systems Research Laboratory**, and the **Innovation Corridor** vehicle testbed supporting research on traffic operations and demand management. |
| USC | **Integrated Media Systems Centers** with massive datasets from LA County road networks continuously collected since 2011. |
| UVM | **Spatial Analysis Lab** with cutting-edge GIS research facilities providing advanced remote sensing, spatial data processing, web-based mapping, and data collection from unmanned aircraft systems. |

<u>Demonstrated Ability to Address Preservation of the Environment</u>: The NCST has demonstrated its ability to address environmental sustainability in transportation through 280 research projects funded in its first nine years that have produced more than 225 research reports and white papers, 275+ journal articles, books and chapters, and conference papers, and 200+ conference presentations to date (see examples in <u>Exhibits 1–3</u>). The consortium institutions are home to many of the most accomplished researchers in the world in sustainable transportation, with specific expertise relevant to equitable decarbonization. These researchers have helped shape policy and practice at the national, state, regional, and local levels, as described in <u>Section 2</u>. Prominent researchers who will participate in the NCST's research activities include those noted below, but **all researchers at the consortium campuses are invited to participate**.

**Vehicle Technologies:** Energy research, the preeminent strength of ITS-Davis since its inception, is currently led by Dan Sperling, Lew Fulton, Gil Tal, and Alan Jenn. Sperling and collaborators provided the research underlying the California Low Carbon Fuel Standard (LCFS) and proposals for a national LCFS. Fulton, a leading international expert on hydrogen fuels, leads a major public-private project on the future of hydrogen. Tal directs the most prominent university center in the world on electric vehicles and is the leading expert on consumer demand for EVs. Jenn is an expert on various aspects of transportation-energy interactions and is now advising the Biden Administration on transport electrification infrastructure through a 50% IPA appointment. UCR faculty are conducting research in electric-drive transportation performance evaluation, including the interface to smartgrid technology. UVM researchers are evaluating barriers to EV adoption and the implications of vehicle automation in small and rural communities. Randall Guensler and other GT researchers have developed energy and emissions modeling tools that can be applied at any spatial and temporal scale.

**Infrastructure Provision:** The UCD Pavement Research Center, directed by John Harvey, is leading the movement towards more environmentally sustainable pavements. With Alissa Kendall, Harvey has pioneered the use of lifecycle cost analysis for pavements. At UVM, Elizabeth Doran and Gregory Rowangould are developing tools for transportation agencies to evaluate how pavement and roadway designs contribute to heat exposure in rural and urban communities that will help guide cost effective heat mitigation strategies. UCR's Matthew Barth has developed an innovative research program in ECO-friendly Intelligent Transportation Systems, including applications in connected and automated vehicles, shared mobility, dynamic eco-driving, eco-routing, and eco-navigation. Prior NCST work by GT and UVM on on-road light-duty emissions has yielded emission-reduction strategies such as driver–vehicle modification, efficient arterial signal timing, ramp metering, managed lane operations, and freeway design. The TSU research team has developed a strong program in real-world emission measurement and modeling that expands fundamental engineering knowledge and stimulates applications of new technologies and strategies. Lei Yu was among the pioneers of the use of Portable Emission Measurement System (PEMS) to study the relationships between emissions and transportation activities.

**Travel Demand:** Susan Handy at UC Davis, Marlon Boarnet and Gen Giuliano at USC, and Patricia Mokhtarian at GT are among the most widely cited researchers in the world

on the relationship between land use and travel behavior and have influenced policy at multiple levels. Handy, Jesus Barajas, Kari Watkins, and Dillon Fitch at UC Davis are leading bicycling researchers, and UC Davis has launched a new transit research initiative. Rowangould and others are integrating cutting-edge travel demand, land use, and emissions forecasting models that enable local and state planners to assess environmental, health, and equity impacts. The GT team runs the Atlanta Regional Council's Activity-Based Travel Demand Model for their planning scenarios. UVM researchers are collecting new data on travel behavior in small and rural communities to inform policies aimed at addressing mobility needs in small and rural communities while reducing carbon emissions and understanding rural-urban equity concerns. Miguel Jaller at UC Davis is at the forefront of research on e-shopping and its impacts.

**Equity:** At UC Davis, Jesus Barajas, Sarah McCullough, and Jonathan London have published important work on transportation equity and environmental justice. The EJ Fellows program, described in Sections 3 and 4, is helping to expand expertise in assessing equity implications among UC Davis faculty. UVM researchers have extensive experience in evaluating environmental justice and equity implications of transportation plans, projects, and policies, including Dana Rowangould's research on accessibility and Gregy Rowangould's research on vehicle emissions exposure. Guensler at GT leads the regional ITS4US project, which produces equity performance metrics for disability and underserved communities. The strong connection between the NCST's research and education programs means that the leadership of CSULB and TSU, both minority-serving institutions, in promoting diversity in transportation education (as described in Section 3) adds to our ability to bring an equity perspective to our research activities.

## 2. Leadership

The NCST consortium institutions are national and international leaders in research, education, and engagement in environmental sustainability in transportation. ITS-Davis and its NCST members are adept in building networks of policy makers and practitioners, an essential step towards our goal of equitably decarbonizing the transportation system. Having a California institution lead the NCST enhances its ability to provide national leadership, as the state is at the global forefront of the decarbonization effort.

Evidence of High Standing: Evidence of the high standing of ITS-Davis and its researchers nationally and internationally is abundant. NCST Director Susan Handy, with more than 150 publications, is one of the ten most highly cited researchers in the transportation field.[1] She is an Associate Editor of *Transportation Research Record* and serves on the editorial boards of seven international peer-reviewed journals. UC Davis researchers have published nearly twice as many papers garnering well over twice as many citations in *Transportation Research Part D – Transport and Environment* as any

---

[1] Baas, Jeroen; Boyack, Kevin; Ioannidis, John P.A. (2021), "August 2021 data-update for "Updated science-wide author databases of standardized citation indicators"", Mendeley Data, V3, doi:10.17632/btchxktzyw.3

other institution in the world.[2] Three NCST-affiliated researchers at UC Davis have been co-authors of the transportation chapter of the IPCC climate change mitigation reports. Vehicle and energy research at ITS-Davis attracts close to $2.3 million in private and public sector funding each year. NCST-affiliated researchers at UC Davis are members of at least 42 TRB committees; at least five have served on special National Academies committees addressing sustainable transportation issues; at least eight serve on the editorial boards of international peer-reviewed journals.

The other consortium institutions also have distinguished leadership accomplishments:

- **CSULB** is a leader in workforce development. NCST Associate Director Tom O'Brien is Executive Director for the Center for International Trade and Transportation (CITT) at CSULB, Director of the Southwest Transportation Workforce Center (SWTWC), and the California Local Technical Assistance Program (LTAP) Center. He has served in leadership positions with the Council of University Transportation Centers and the California Transit Training Consortium. His team works closely with the National Indian Justice Center in supporting its workforce development programs in tribal communities and is a leader in developing workforce programs that provide access to underrepresented groups.
- **Georgia Tech** is at the forefront of vehicle and personal activity monitoring, driver behavior analysis, traffic simulation, and environmental monitoring and modeling. NCST Associate Director Randall Guensler is a former chair of the TRB Transportation and Air Quality Committee and served on the US EPA's Mobile Source Technical Advisory Subcommittee.
- **TSU** NCST Associate Director Lei Yu was the director of the US DOT Beyond Traffic Innovation Center in the Gulf Coast Mega-Region and co-PI for an NSF-funded Center of Research Excellence for Science and Technology. He served on the TRB Transportation and Air Quality Committee for 10 years and now serves on the editorial boards of two international peer-reviewed journals. As Dean of the College of Science, Engineering and Technology (COSET), he developed new academic programs in aviation and maritime transportation.
- **UCR's** CE-CERT has been at the forefront of emissions measurements and analysis for various transportation modes, vehicle technologies, and fuels. CE-CERT pioneered the development of transportation/emissions models and is a world leader in environment-related ITS research. CE-CERT faculty play prominent roles on national and state committees on emissions measurement systems, secondary air pollution, and port-related vehicle activity. NCST Associate Director Matthew Barth is director of CE-CERT, co-chair of EPA's Mobile Source Technical Advisory Subcommittee on Modeling, and President of the Institute for Electrical and Electronic Engineers ITS Society. In March 2016, UCR was selected to host CARB's Southern California research facility.
- **USC** faculty members have served on more than 10 TRB and NRC study committees, including the 2010 committee that authored "America's Climate Choices." They are editors of four journals and have chaired or served on six

---

[2] Cao, J., Li, S., Noland, R. B., & Ge, Y. E. (2021). The first 25 years of Transportation Research Part D: Transport and Environment. *Transportation Research Part D: Transport and Environment*, *100*, 103078.

scholarly society boards. NCST Associate Director Marlon Boarnet is Director of METRANS. He has served on four TRB standing committees and is a past president of the Association of Collegiate Schools of Planning and an elected fellow of the Regional Science Association International.

- **UVM's** TRC is a leader in sustainability in small urban and rural communities and has amassed original data, models, and programs to understand transportation challenges in these communities. NCST Associate Director Gregory Rowangould is the Director of the TRC, a member of the TRB Air Quality and Greenhouse Gas Mitigation Committee and its leadership team, and serves on the editorial board of *Transportation Research Part D*. The TRC also manages the FHWA's Northeast Transportation Workforce Center and DOE's Vermont Clean Cities Coalition.

Contributions to Solving Regional and National Problems: The NCST is contributing to the preservation of the environment through its integrated research, education, and engagement programs, building on a long record of impactful research at each of our consortium institutions. NCST researchers are playing a central role in the transformation of policy to decarbonize transportation and address other environmental impacts by building tools, developing policy elements, conducting policy evaluations, and undertaking basic research (see Section 1.1). They are disseminating the products of their work through testimony to Congress, serving on advisory committees, hosting workshops and conferences, presenting hundreds of conference talks, conducting webinars, and publishing technical papers, books, and op-eds (see Section 4). Examples of the impact of NCST research include the following:

- UC Davis researchers developed the **Induced Travel Calculator**, a research-based tool for estimating the vehicle miles traveled induced by highway expansion projects. Caltrans now instructs agency staff to use the calculator in its analysis of project impacts. NCST researchers have assisted in the development of similar tools for Colorado and the U.S.
- NCST research reports have been cited in **landmark regulations** developed by the California Air Resources Board, including rules to reduce greenhouse gas emissions from ridehailing companies, set zero-emission truck sales requirements, and achieve 100% zero-emission passenger vehicle sales by 2035.
- UC Davis research on how wildlife responds to traffic informed the **design of the largest wildlife overcrossing in the country**. Researchers collaborated with Caltrans to ensure the approach to the Wallis Annenberg Wildlife Overcrossing will shield wildlife from traffic noise and light.
- GT researchers developed **MOVES-Matrix**, a modeling approach that runs the US EPA's Motor Vehicle Emission Simulator millions of times to produce convenient lookup tables so that planners no longer need to be modeling experts to use MOVES outputs. The research team has supported multiple states in its use.
- UVM research informed the development of the **first Vermont Agency of Transportation Strategic Plan on Workforce**. The research led the Agency to adopt new forms and processes to improve hiring and retention strategies.
- UCD researchers partnered with San Joaquin Valley Metropolitan Planning Organizations to **develop opportunities for shared-use travel in rural marginalized communities** to reduce transit costs, increase travel access, and

reduce greenhouse gas emissions. The team's work contributed to the creation of three rural transportation pilot programs that they then evaluated.

Leadership in the Development and Delivery of Programs: The consortium members have an impressive record of developing and delivering programs. Our research accomplishments are described in Section 1.1. Highlights of our successful programs in the areas of workforce development and technology transfer include:

- As the lead of the NCST, ITS-Davis has delivered a wide variety of programs in the last nine years to foster engagement between researchers and stakeholders, as described in Section 4. ITS-Davis founded the biennial **Asilomar Conference on Transportation and Energy** in 1988, the premier event on the topic in the nation.
- CSULB led the state's **Supply Chain Success Initiative** in the fall of 2021 which convened stakeholders at the regional, state and federal levels to address supply chain disruptions. CSULB is also a leader in the development of innovative workforce programs in transportation including the **Academy of Global Logistics** and the nation's first **Sustainable Freight Foundations Certificate** program.
- Georgia Tech has helped organize and host annual research exchange conferences for national and regional UTCs, and has been hosting a series of "unconferences" designed to engage researchers and community members in assessing transportation policy issues and brainstorm potential solutions.
- TSU runs the STCW/USCG certified training program for the maritime and oil and gas industries and hosted the **Conference on High Speed and Intercity Rail: Connecting Texas** in March 2015. Associate Director Lei Yu has chaired six international workshops related to sustainable transportation.
- UCR's CE-CERT recently organized and hosted the11th **Annual Portable Emissions Measurement Systems (PEMS) Conference**. UCR hosts several STEM outreach events throughout the year, plus the **Science and Technology Education Partnership (STEP) Conference** for high schools in Riverside County.
- USC hosts the biennial **International Urban Freight Conference**, the premier conference on all aspects of city logistics and goods movement in the world's metropolitan areas, as well as **Town Hall**, an annual forum on freight-related policy issues for leaders from government, industry, academia, and non-profits.
- The UVM TRC has been the host of the **Department of Energy Clean Cities program** since 2008. The TRC led the technical program development for the **Transportation Planning for Small and Medium-based Communities Tools of the Trade Conference** in July 2014. Since 2011, the TRC has provided coordination services for the **New England Transportation Consortium**, a research cooperative between the state DOTs of Vermont and five other states.

Plans for Development of Future Leaders: The NCST is building multiple educational pathways to meet the world's growing sustainable transportation workforce needs (Section 3). Among other activities, consortium members provide undergraduate and graduate education in transportation across a wide array of disciplines. The NCST supports the efforts of these programs to develop future leaders through opportunities to participate in research projects, new courses on environmental sustainability in transportation, seminar series that bring top academics and professionals to campus,

travel to academic and professional conferences, and opportunities to participate in a wide array of engagement activities (Section 4). The NCST supports young faculty by providing opportunities for research grants and participation in engagement activities.

Contribution to US DOT Strategic Goals and Key Performance Indicators: The primary DOT Strategic Goal that the NCST will advance is Climate and Sustainability; the goals of Equity and Transformation are also essential to our activities. The NCST will contribute leadership on these goals and several of the Key Performance Indicators related to these goals through its cutting-edge research program (Section 1.1) and an innovative and aggressive engagement program (Section 4) designed to put research into the hands of policy makers and transportation professionals.

Performance Metrics: The NCST will use the following performance metrics based on our goal of providing national leadership in transportation environmental sustainability: 1) Membership and chairpersonship of TRB committees; 2) Number of significant appointments to boards, committees, advisory panels, and editorial boards; and 3) Number of NCST MS and PhD graduates working in leadership positions in government, NGO, and industry. Processes for collecting and maintaining information for all performance metrics in this section and others are described in Section 5.

### 3. Education and Workforce Development

The NCST provides education and workforce development programs designed to meet the world's growing needs for qualified, thoughtful, and dedicated transportation professionals who are prepared to meet today's challenges and those of the future. Our ability to minimize the environmental impacts of the transportation system—including the US DOT-identified challenges of electrification, alternative fuels, air quality, mode shift, and environmental justice—depends on the development of a transportation workforce with up-to-date knowledge and advanced skills.

Our program, building on existing programs and shaped by input from the NCST Leadership Council, includes new partnerships with community colleges and tribal governments, a workforce needs assessment, an EJ Fellows program, and expanded undergraduate opportunities. Our activities provide multiple pathways toward careers in sustainable transportation and are designed to increase diversity within the field. Our program includes:

- **K-12 programs** to attract students into the transportation field, building on existing programs at consortium institutions.
- **Workforce** training, led by CSULB and UVM, focusing on programs at tribal and community colleges that provide technical skills related to sustainable transportation, particularly electrification.
- **University education** at the undergraduate and graduate levels (summarized in Table 5), including research and other opportunities for students.
- **Professional development**, led by UC Davis and CSULB, that draws on graduate programs as well as research activities to provide continuing education for agency staff and other professionals.

Two of our members, TSU and CSULB, are minority-serving institutions and leaders in the effort to increase diversity in the transportation field through programs at all levels of education. CSULB has been developing programs for a transportation-focused integrated learning academy at a Long Beach high school with a large student homeless population in an environmental justice community. CSULB also works closely with the **National Indian Justice Center** in supporting its workforce development programs in tribal communities, including the introduction of sustainable transport training programs for bus technicians on tribal lands. CSULB has recently been named Administrator of a **Dwight David Eisenhower Transportation Fellowship Program Local Competition** that enables its students to conduct transportation-related research and pursue transportation-related degrees. TSU has extensive experience in offering K-12 programs for underrepresented groups. It developed and has offered a **National Summer Transportation Institute** program for over 20 years and **Summer Maritime Academy** for over 10 years, both primarily targeting under-represented high school and middle school students. The NCST will provide support to continue and expand these programs; other NCST programs will leverage the expertise of TSU and CSULB to increase diversity at the other consortium institutions.

## Table 5. Degrees, Faculty, and Graduate Assistantships by Program

| | Program | 16-17 | | | 17-18 | | | 18-19 | | | 19-20 | | | 20-21 | | | FT Fac[1] (Sp '22) | GRAs[2] (Sp '22) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UG | M | P | UG | M | P | UG | M | P | UG | M | P | UG | M | P | | |
| **UC Davis** | Ag & Resource Economics | 7 | 28 | 12 | 7 | 25 | 7 | 7 | 39 | 13 | 13 | 25 | 12 | 11 | 19 | 11 | 22 | 45 |
| | Civil & Env. Engineering | 101 | 53 | 16 | 129 | 49 | 18 | 133 | 70 | 20 | 144 | 68 | 18 | 149 | 64 | 14 | 39 | 64 |
| | Community & Regional Det | 34 | 14 | - | 56 | 10 | - | 44 | 12 | - | 42 | 8 | - | 46 | 11 | - | 10 | * |
| | Economics | 440 | 3 | 14 | 640 | 7 | 13 | 562 | 4 | 13 | 594 | 4 | 8 | 621 | 2 | 14 | 34 | 8 |
| | Env. Science & Policy | 44 | - | - | 65 | - | - | 58 | 6 | - | 66 | 21 | - | 57 | 13 | - | 10 | 13 |
| | Geography | - | 4 | 6 | - | 5 | 4 | - | 6 | 5 | - | 3 | 9 | - | 6 | 7 | GG | - |
| | Mech & Aero Engineering | 120 | 29 | 15 | 173 | 22 | 15 | 178 | 29 | 5 | 190 | 29 | 16 | 225 | 31 | 9 | 29 | 46 |
| | Transportation Tech & Policy | - | 9 | 3 | - | 9 | 5 | - | 6 | 4 | - | 3 | 3 | - | 7 | 1 | 4 | 43 |
| **CSULB** | Economics | - | - | - | 79 | 10 | - | 66 | 6 | - | 53 | 8 | - | 60 | 4 | - | 3 | 2 |
| | Business Admin | 96 | - | - | 104 | - | - | 99 | - | - | 92 | - | - | 90 | - | - | 3 | - |
| | Civil Engr. | 132 | 39 | - | 94 | 53 | - | 118 | 26 | - | 127 | 24 | - | 147 | 24 | - | 18 | 2 |
| | Construction Management | 22 | - | - | 34 | - | - | 52 | - | - | 49 | - | - | 50 | - | - | | |
| **GT** | Civil & Env. Engineering | 193 | 156 | 30 | 164 | 153 | 29 | 166 | 150 | 32 | 174 | 133 | 37 | 155 | 117 | 38 | 60 | 246 |
| | Industrial & Systems Engr. | 404 | 175 | 29 | 337 | 165 | 27 | 356 | 237 | 21 | 395 | 409 | 21 | 338 | 815 | 40 | 65 | 328 |
| | City Planning | - | 54 | 5 | - | 51 | 3 | - | 48 | 5 | - | 53 | 4 | - | 48 | 1 | 16 | ** |
| | Public Policy | 12 | 9 | 10 | 15 | 12 | 10 | 19 | 13 | 3 | 21 | 19 | 6 | 15 | 35 | 4 | 38 | ** |

| | Program | 16-17 | | | 17-18 | | | 18-19 | | | 19-20 | | | 20-21 | | | FT Fac[1] (Sp '22) | GRAs[2] (Sp '22) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UG | M | P | UG | M | P | UG | M | P | UG | M | P | UG | M | P | | |
| **TSU** | Aviation Sci Management | 22 | - | - | 6 | - | - | 14 | - | - | 19 | - | - | 10 | - | - | 3 | * |
| | Civil Engr. & Tech | 41 | - | - | 38 | - | - | 42 | - | - | 27 | - | - | 24 | - | - | 13 | * |
| | Maritime Trans. Mgmt. & Sec | 8 | - | - | 10 | - | - | 12 | - | - | 14 | - | - | 8 | - | - | 3 | * |
| | Trans. Planning & Mgmt. | - | 11 | - | - | 12 | - | - | 11 | - | - | 11 | - | - | 12 | - | 6 | 14 |
| | Environmental Toxicology | - | 11 | 15 | - | 11 | 5 | - | 5 | 5 | - | 6 | 6 | - | 3 | 11 | 2 | 5 |
| | Urban Planning & Env. Policy | - | 7 | 3 | - | 2 | - | - | 4 | 6 | - | 2 | 3 | - | 3 | 3 | 7 | 4 |
| **UCR** | Elec & Comp Engineering | 100 | 48 | 20 | 95 | 46 | 16 | 99 | 34 | 17 | 122 | 33 | 20 | 121 | 92 | 18 | 33 | 109 |
| | Chem & Env. Engineering | 107 | 8 | 14 | 116 | 12 | 15 | 94 | 7 | 19 | 98 | 13 | 9 | 95 | 11 | 7 | 20 | 57 |
| | Mechanical Engineering | 115 | 19 | 6 | 128 | 10 | 7 | 92 | 28 | 8 | 145 | 15 | 13 | 110 | 23 | 11 | 25 | 30 |
| | Economics | 65 | 7 | 3 | 88 | 10 | 6 | 112 | 6 | 12 | 154 | 2 | 10 | 142 | 1 | 5 | 27 | 41 |
| | Psychology | 420 | 13 | 11 | 489 | 20 | 18 | 439 | 13 | 9 | 590 | 12 | 12 | 583 | 14 | 17 | 38 | 62 |
| | Public Policy | 67 | 25 | - | 60 | 18 | - | 72 | 17 | - | 82 | 22 | - | 93 | 18 | - | 15 | 26 |
| **USC** | Urban Planning | 118 | 51 | 7 | 67 | 49 | 5 | 114 | 52 | 3 | 142 | 51 | 4 | 135 | 51 | 2 | 81 | 178 |
| | Public Policy | 0 | 193 | 2 | 9 | 165 | 5 | 30 | 166 | 2 | 46 | 183 | 3 | 34 | 186 | 5 | | |
| | Civil Engr. | 37 | 64 | 6 | 30 | 174 | 11 | 24 | 77 | 11 | 23 | 30 | 7 | 29 | 129 | 6 | 134 | 187 |
| | Electrical Engr. | 66 | 394 | 49 | 90 | 396 | 47 | 62 | 430 | 41 | 57 | 491 | 47 | 71 | 479 | 43 | | |
| | Env Engr. & Green Tech | 6 | 33 | 2 | 11 | 31 | 3 | 15 | 31 | 9 | 2 | 178 | 5 | 16 | 43 | 4 | | |
| | Ind & Ops Engineering | 81 | 64 | 5 | 70 | 44 | 16 | 68 | 28 | 10 | 56 | 36 | 3 | 87 | 22 | 6 | | |
| **UVM** | Civil & Env. Engineering | 50 | 4 | 3 | 64 | 4 | 4 | 72 | 4 | 7 | 54 | 10 | 1 | 54 | 5 | 1 | 19 | 27 |
| | Comm. Dev. & Applied Econ. | 59 | 6 | - | 71 | 6 | - | 172 | 8 | - | 121 | 7 | - | 121 | 4 | - | 20 | 7 |
| | Public Admin. | - | 10 | - | - | 7 | - | - | 14 | - | - | 16 | - | - | 8 | - | 10 | 2 |
| | Natural Resources | 22 | 13 | 5 | 23 | 16 | 5 | 26 | 17 | 12 | 21 | 21 | 10 | 23 | 15 | 7 | 25 | 41 |
| | Mechanical Engineering | 95 | 7 | 1 | 92 | 6 | 4 | 85 | 10 | 3 | 87 | 10 | 2 | 75 | 13 | 6 | 17 | 24 |
| | Electrical Engineering | 18 | 10 | 1 | 20 | 5 | 1 | 29 | 8 | 2 | 28 | 6 | 2 | 25 | 6 | 1 | 9 | 14 |
| **TOTALS** | | 3102 | 1571 | 293 | 3474 | 1615 | 299 | 3531 | 1622 | 297 | 3848 | 1962 | 291 | 3820 | 2334 | 292 | 858 | 1625 |

[1] Full-time Faculty; [2] Graduate Assistantships; * GRAs not applicable to undergraduate only program; ** Data not yet available at time of proposal.
Note: 2021-2022 degree data was not yet available for all consortium members; therefore, the five-year period from 2016-2021 was used.

## 3.1  K-12 Education

The NCST's K-12 programs (Table 6) are designed to draw students into workforce training and/or undergraduate programs in transportation but also help to increase transportation literacy in the general population. In some cases we infuse transportation decarbonization into existing programs at the consortium institutions; in others, we develop entirely new programs. We prioritize disadvantaged communities for these programs, with the goal of increasing the diversity of the transportation workforce.

**Table 6. K-12 Programs**

| Lead | Programs |
|------|----------|
| UC Davis | Developed and offers a sustainable transportation "cluster" for the **California State Summer School for Mathematics & Science (COSMOS)** program that brings high-school students to campus for a month of STEM summer camp. Reduced fees available for low-income students. Up to 25 students participate in the sustainable transportation cluster each year.<br><br>Hosts visiting high school classes and organizations interested in learning about sustainable transportation, especially electrification. Approximately 30 students attend per year. |
| CSULB | Developed and leads **GIS High School Workshops** that introduce high school students to GIS with a focus on sustainable transportation applications; workshops have been organized by NCST partners at lower-income schools in their regions for 225 students per year.<br><br>With NCST support, will develop a middle-school version of the program that introduces sustainable transport topics and future career pathway opportunities via GIS story maps. |
| TSU | Developed and hosts the **National Summer Transportation Institute** and the **Summer Maritime Academy** for up to 40 underrepresented middle and high school students per year.<br><br>Developed a creative transportation game program for underrepresented elementary school students that the NCST will help to disseminate. |
| UCR | Hosts the **Annual Science and Technology Education Partnership** (STEP) Conference for 300 students from high schools in the highly diverse Riverside County School District. |
| USC | Developed and offers the **Futures in Transportation** high school program that introduces 35 students each year to STEM careers in freight and includes automation, clean fuels.<br><br>Developed and offers **Across the Seas**, hybrid events for middle and high school students supported by Port of Long Beach with a session on goods movement and environment. |

## 3.2  Workforce Training

Workforce training is essential to the decarbonization effort, which demands a workforce with new skills. In California, for example, the state's mandated shift to zero-emissions in the freight sector has created the need for technicians knowledgeable about battery electric engines as well as managers with foundational knowledge of energy systems. The NCST workforce development program draws on the national leadership of two of FHWA's regional Workforce Development Centers hosted by its consortium members:

- METRANS is home to the **California Local Technical Assistance Program (LTAP)** Center and the **Southwest Transportation Workforce Center (SWTWC)**, both based at CSULB's CITT. CSULB's College of Professional and Continuing Education (CPaCE) has a distinguished record of delivering workforce development programs. These include the award-winning **Global Logistics Professional Designation Program** and North America's only **Marine Terminal Operations Professional Program**.

- The UVM TRC is home to the **Northeast Transportation Workforce Center (NETWC)**. The NETWC builds programs and resources to support a workforce that is resilient, skilled, and effective in building, operating, and maintaining a transportation system that best supports social equity and economic vitality. In support of FHWA's Highway Construction Workforce initiative and the ITS Professional Capacity Building Program, its mission is to attract new and diverse workers, drawing from under-represented groups and building career pathways that engage education and training opportunities all along the continuum.

Workforce Needs Assessment: The foundation of our workforce development program is an assessment of workforce needs related to sustainable transportation in the first year of the grant. Understanding current workforce needs is hampered by the fact that the categories traditionally used for labor data do not capture the dynamics of a decarbonizing economy that depends in part upon workers in positions that do not yet even exist. We will assess the rapidly changing demand for workers through: 1) real-time labor market analysis using tools such as Lighthouse, 2) development of future workplace scenarios with employers that anticipate changes in hiring and retention practices within transportation organizations, and 3) review of the plans that educational institutions have to respond to these changes. The result will be an initial report on the Sustainable Transportation Worker with subsequent updates focusing on individual transportation sectors with respect to unique operational aspects (e.g., level of technology deployment, composition of workforce, presence of labor unions, etc.)

Certificate Programs: The workforce needs assessment will shape two certificate programs developed and offered by CSULB with support from the NCST:

- Development of curriculum for a **Sustainable Transit Foundations certificate** focusing on the changing operational and organizational needs of managers helping transit agencies transition to an alternative fuels future. It will combine components of transport systems, energy systems management, data management, and leadership training to prepare the transit managers of the future. The certificate will be piloted with transit properties in areas where NCST consortium members are located.
- Expansion of an existing **Sustainable Freight Foundations Certificate** to under-represented communities. This 30-hour certificate, developed in conjunction with the California Energy Commission, prepares the freight workforce for a zero-emissions future. The expanded course will be offered to communities, including tribal communities, often impacted by freight operations and will seek to connect those communities to workforce and economic development opportunities in logistics and supply chain operations.

## *3.3 University Education*

The NCST will support activities that further education in sustainable transportation at both the undergraduate and graduate levels and attract more students of greater diversity into these programs.

**Undergraduate Programs.** Attracting undergraduates to the transportation field is essential to building the transportation workforce. Although undergraduate programs specific to transportation are rare, TSU offers programs in aviation science and maritime management. Many of the NCST members offer transportation courses for undergraduates as well as other programs targeted to undergraduates. The NCST will support undergraduate education in transportation in the following ways:

- Undergraduate Research Assistantships: The NCST will offer research assistantships for undergraduate students with research promise and interest in graduate school to work with NCST researchers on research projects. Up to 20 assistantships will be offered per year across the consortium. At UVM, the NCST will support at least two slots focused on transportation in their Research Experience for Undergraduate program. The NCST will identify small-scale research projects for CSULB's University Research Opportunity Program that aims to build research capacity at the undergraduate level.
- Summer Research Fellows: UC Davis runs a summer undergraduate research fellowship program for up to 20 UCD students to join NCST research teams for the summer. We will be opening this program to undergraduates from TSU and CSULB, with the possibility of expanding it to other minority-serving institutions in subsequent years. At UVM, the NCST will support several slots in their summer research scholar program for students interested in transportation, targeting students at community and state college in rural Vermont communities.
- Community College Partnership: UC Davis is developing a new partnership with Sacramento City College. SCC has a satellite campus located in close proximity to the ITS-Davis offices where it offers three aviation-related programs. An existing intersegmental cross-enrollment agreement will enable UC Davis to open its Intro to Sustainable Transportation seminar to SCC students, with the possibility of additional course offerings in the future. SCC students will also be eligible for the NCST summer undergraduate research program. The UC Transfer Pathways program enables SCC students who meet certain requirements to transfer to UC Davis (or other UCs) to complete their bachelor's degrees.

**Graduate Programs.** Graduate programs educate the professionals who plan, design, deploy, operate, maintain, and set policy for the transportation system, in addition to training the researchers who provide the knowledge base for these efforts. Our consortium members offer graduate programs across a wide range of disciplines in which students focus on transportation (Table 5). These programs graduated a combined 2334 master's students and 292 PhD students last year.

The interdisciplinary approach of these programs is essential for addressing environmental sustainability in transportation. ITS-Davis, from its founding, has embraced any qualified graduate or undergraduate student expressing an interest in transportation. The Transportation Technology and Policy (TTP) Graduate Group, administered by ITS-Davis, provides a unique interdisciplinary education aimed at addressing the pressing environmental, economic, and social problems in transportation facing the nation and the world. It draws from 34 different academic disciplines.

The NCST also supports non-traditional programs at our universities. UCR has recently developed a **Mobility Engineering Masters on-line program** that combines elements of automotive engineering and transportation engineering to provide students with the background to work on shared mobility, vehicle electrification, as well as connected and automated vehicles. The NCST will support a new course in sustainable transportation. At CSULB, CPaCE is a sponsor along with the Colleges of Business, Liberal Arts, and Natural Sciences and Math of a new transdisciplinary **Masters of Science in Sustainability Management and Policy** designed for management employees within public and private sector organizations seeking to apply environmental concepts to their work. The first cohort will graduate in the spring of 2023.

The NCST has been and will continue to enhance graduate education in sustainable transportation in the consortium programs in several ways, outlined here:

Research Opportunities: Involvement in research is a critical component of graduate education, whether students go on to careers as researchers or as professionals who make use of research in their work. Students will have the opportunity to participate in, and even lead, research projects:

- *Dissertation Grants*: These grants support independent research for PhD students. Up to ten dissertation grants will be awarded each year.
- *Graduate Student Research Awards:* The NCST will award up to 10 student-led research grants per year with the goal of recruiting a diversity of transportation students to work with designated faculty mentors on sustainability topics.
- *Graduate Student Research Assistantships:* Students will also have the opportunity to participate in research projects as graduate research assistants (see Section 1.1). Each NCST-funded research project will be required to include a graduate assistant in its budget. Graduate assistants will play a substantial role and are expected to be co-authors on research reports and peer-review publications.
- *Graduate Student Exchanges:* To expand their training, graduate students will be given the opportunity to spend time working with researchers at one of the other NCST institutions. Up to 10 exchanges will be funded each year.

Seminars: Exposure to the latest research at other institutions and to best practices in the public and private sectors is another important component of graduate education. The NCST will host a weekly seminar series at ITS-Davis, available online for students at other consortium institutions. Approximately 24 seminars will be offered each year. Seminars on sustainable transportation hosted by other NCST institutions will also be made available online (when possible) to all NCST students. NCST researchers are regularly invited to speak at other NCST institutions, helping to foster information exchange and research collaboration between researchers as well as with students.

Engagement Opportunities: Students must also develop skills in technology transfer. In addition to contributing to the writing of research reports and peer-reviewed papers, students will be active participants in the NCST's engagement program (described in Section 4). They will present research, participate in discussions, and serve as

rapporteurs throughout the NCST's engagement activities and will have the opportunity to interact closely with policy leaders, agency officials, and industry representatives.

Internships: Linking students to employers is key to the success of our graduate programs. Internships are important for providing students an understanding of the real-world processes that shape policy and practice. The NCST facilitates internships for students with industry, government, and public interest groups. The Leadership Council will help to identify internship opportunities, and the engagement program will provide opportunities to interact with a wide variety of stakeholders (see Section 4).

Equity and Barriers to Opportunities: All NCST members have been working to increase the diversity of their graduate students through targeted recruitment and expanded student support. K-12 and undergraduate programs have helped to increase the diversity of the applicant pool for graduate programs. Our engagement activities (described in Section 4) also help to increase awareness of the opportunities our graduate programs offer. The TTP program at UC Davis has dropped the GRE requirement as a way of reducing barriers for applicants. All of our consortium members have increased their efforts to support under-represented students in engineering; UVM, for example, established new office of Equity, Belonging and Student Engagement.

### 3.4  Professional Development

Transportation workers in all domains and at all levels are being challenged by the changing landscape of the transportation system and the need for equitable decarbonization. Climate change has historically received limited attention within graduate and continuing education programs in transportation, thus transportation professionals may have limited knowledge of the new science and new tools being developed for the equitable decarbonization effort. The NCST will support a variety of professional development activities to bring this knowledge to professionals.

UC Davis Environmental Justice and Equity Fellowship (EJ Fellows) Program: This new program engages a cohort of seasoned environmental justice leaders and immerses them in the academic and policy work being done at UC Davis. In addition to connecting fellows to cutting-edge research on transportation decarbonization, this program aims to provide leaders in the EJ space with an opportunity to share their valuable community expertise, integrating it into academic research and education. The NCST will support annual workshops in which researchers and graduate students can learn from the fellows about how to effectively engage with historically underserved and marginalized communities. We will also expand the program to the NCST's consortium members.

CSULB Professional Programs: CSULB offers two professional programs for which the NCST will support sustainability content. The Global Logistics Professional Program is designed to meet the unique training needs of individuals at various stages of their careers in logistics. Students gain a high-level overview of the global supply chain process and apply their knowledge in a capstone project involving the development of an integrated logistic plan. The Marine Terminal Operations Professional Program trains future marine terminal managers in all aspects of operations including containerized cargo and labor negotiations.

Mini-Lectures: The NCST consortium is home to some of the world's leading experts on topics important to the effort to equitably decarbonize transportation. In addition to the webinars described in Section 4, designed to share the latest research with the professional community and other stakeholders, the NCST will expand its video series of mini-lectures that aim to explain important concepts in 10 minutes or less. These mini-lectures are helpful to professionals interested in updating their knowledge and can also be used in classroom settings.

Contribution to US DOT Strategic Goals and Key Performance Indicators: The NCST's workforce development and education programs will contribute to the attainment of the DOT Key Performance Indicators listed in Table 2.

Performance Metrics: The NCST will use the following performance metrics based on our goal of providing multiple pathways towards careers in sustainable transportation: 1) Number of graduate and undergraduate students participating in NCST research projects; 2) Number of graduate and undergraduate students supported by NCST funding; 3) Number of K-12 students participating in NCST programs; and 4) Number of professional development and workforce training courses offered. Refer to Section 5 for processes for collecting and maintaining information for performance metrics.

## 4. Technology Transfer and Collaboration

Our research activities will only succeed in creating breakthroughs if the results of our projects make it into the hands of and are trusted by policy makers, transportation professionals, and the people they serve. Our technology transfer program is thus essential to the success of our research activities. We believe in the co-creation of knowledge with the communities impacted by our work, especially communities that have historically been underserved and marginalized by transportation policy as well as academic research. We use the term **"engagement"** to emphasize the bi-directional and collaborative nature of our program.

The NCST consortium's diversity—in terms of geography, expertise, and types of institutions—will improve the effectiveness of our engagement efforts. ITS-Davis has a long history of informing legislative and regulatory efforts in nearby Sacramento and will lead the NCST's technology transfer program. The other consortium members will contribute their unique expertise, outlined in Section 1.2, and regional and national partnerships to engage key stakeholders in our research.

The NCST's outreach and engagement activities will be tailored to reach all levels of government, tribal governments, citizens and advocacy groups, private industry, and academia. Engagement efforts will be led by a full-time Policy Director, with support from ITS-Davis communications staff and outreach staff at consortium institutions. Each NCST-funded research project will include a required technology transfer component.

### 4.1 Planned Activities and Prior Experience

NCST technology transfer activities will consist of written products; general events; targeted meetings, briefings, and workshops; and tools and technical assistance, as

described below. Workforce training and professional development, described in Section 3, is another form of technology transfer.

Written Materials: The NCST will continue to publish **policy briefs** that succinctly summarize key findings and policy implications from NCST research to make research findings accessible to a non-academic audience. Both briefs and reports will be published on the NCST website. NCST policy briefs are downloaded an average of around 1,000 times per month, with about 65% of downloads by government, industry, and advocacy stakeholders.

We will also disseminate our research through **traditional and social media channels**, including writing posts for the ITS-Davis blog, METRANS News, and other forums; publishing op-eds (such as a recent UC Davis-authored piece in *The Conversation* that was republished in two dozen publications worldwide); and working with the ITS-Davis communications director and consortium institutions' communications teams to disseminate our research through national media outlets and trade publications. NCST researchers were quoted in more than 90 news articles in the first half of 2022 alone. The NCST will continue to maintain Twitter and LinkedIn accounts and will leverage consortium universities' accounts to share research and events. The NCST Twitter account has more than 1,500 followers, and Twitter accounts for each consortium members' transportation research center have another 7,500 followers, collectively.

General Events: The NCST will organize and sponsor major transportation **conferences** to engage nationwide audiences on each of our cross-cutting research themes: vehicle electrification, rural mobility, and sustainable freight. ITS-Davis has organized the biennial Asilomar Conference on Transportation and Climate Policy, the leading international conference on transportation, energy, and environmental sustainability, with a particular focus on vehicle electrification, for 30 years. METRANS, led by USC, will continue to bring together practitioners, policymakers, and academics from around the world for the biennial International Urban Freight Conference, the premier conference on all aspects of city logistics and goods movement in the world's metropolitan areas. This conference will highlight NCST research on freight sustainability. With the new grant funding, the University of Vermont will lead the development of a new annual conference focused on rural mobility and decarbonization.

The NCST will support other annual conferences such as UC Davis' 3 Revolutions Policy Conference and the Sustainable Transportation Energy Pathways Symposium, UCR's annual Portable Emissions Measurement Systems Conference, and the UCLA Arrowhead Symposium. With the new grant funding, the NCST will provide support for researchers to attend practitioner-oriented conferences such as the annual meetings of the American Planning Association and the Institute of Transportation Engineers.

The NCST will continue to host regular **webinars** to share research findings with a broad, nationwide audience. Webinar announcements will be distributed through the NCST's mailing list of more than 2,000 contacts, social media channels, and our members' websites and mailing lists. The NCST's 25 webinars since the beginning of 2019 have reached more than 4,500 people. At least three quarters of attendees at

most webinars are from government, industry, or non-governmental organizations, demonstrating our commitment to informing policymakers and practitioners.

Targeted Briefings, Meetings, and Workshops: The NCST will convene workshops, briefings, and meetings to facilitate **information sharing** between NCST researchers and key decision makers. For example, the NCST has organized a series of interactive half-day workshops for Caltrans to support the agency in its development of new initiatives on topics such as transportation equity, climate adaptation, and active transportation data. With the new grant funding, we will build new partnerships to organize similar workshops for other state agencies around the country.

We will also hold **briefings for state and federal legislators** and their staff. We organize annual research briefings at the U.S. Capitol and for California legislative staff, and NCST researchers have also engaged with the Vermont, New York, and Minnesota legislatures, among others, sharing their work on decarbonizing cement, travel behavior during the pandemic, and incentivizing electric bicycles to inform legislative proposals. We plan to continue this outreach, in part through our partnership with the **National Conference of State Legislatures**, to ensure that state and federal transportation legislation is informed by the best available science.

NCST will provide funding and programmatic support for a **National Tribal Transportation Peer Exchange Summit** entitled "Benchmarking Equity and Mobility Needs for Tribal Governments." The peer exchange summit will be delivered virtually over a three-day period in early 2023 under the auspices of TRB and the National Academies. The summit will identify critical-path challenges facing Tribal governments in managing and maintaining their transportation workforce to ensure self-determination, safety, mobility, and economic growth on Tribal lands. The NCST will contribute to a summit session on transportation sustainability needs and will also commit targeted funding for research priorities identified in the summit final report.

Evaluation surveys will be administered after each engagement event to gain a greater understanding of the benefit and value of the events for policymakers and practitioners, and to improve future events.

Tools and Technical Assistance: The NCST will emphasize the development of **easy-to-use tools to assist agencies** with improving practices, and we will provide resources to help stakeholders use these tools. An example is the NCST Induced Travel Calculator (described, along with other tools, in Table 1). Researchers conducted webinars and provided additional documentation to support Caltrans as it adopted this tool in its agency guidance. GT will provide technical assistance to support the use of energy and emissions models developed by NCST researchers, including dissemination of models via open-source portals, a series of workshops on the use of MOVES-Matrix and related models, and other forms of training. These activities will build national capacity for energy and emissions analysis, especially around electrification.

In addition to these activities, we will disseminate our findings to the research community through peer-reviewed journals. We will also publish all reports, policy briefs,

webinar recordings, and other materials on our website. We will share these materials and other news through our NCST quarterly e-newsletter, the monthly METRANS News, CSULB's monthly Center for International Trade and Transportation newsletter, and the ITS-Davis semiannual newsletter. We will utilize CSULB's Advanced Media Production unit for production of visual communication materials.

## 4.2  Partnerships

The NCST has built multiple networks of outside experts around the country to guide our research and engagement activities. The **NCST Leadership Council**, composed of experts and leaders from government, industry associations, and non-governmental organizations nationwide (Table 7), informs our research priorities and engagement efforts. Representatives of the National Conference of State Legislatures, the American Association of State Highway and Transportation Officials, National Association of Regional Councils, Climate Mayors, the Institute of Transportation Engineers, and other key agencies and organizations will continue to provide us with key insights on the research needed by the organizations they represent as well as guidance on effective outreach strategies for connecting with their constituents.

**Table 7. NCST Leadership Council Members**

| Name | Title | Affiliation |
|------|-------|-------------|
| Michele Boomhower | Director of Policy, Planning and Intermodal Development | Vermont Agency of Transportation |
| Jennifer Gress | Chief, Sustainable Transportation and Communities Division | California Air Resources Board |
| Jeffrey Lindley | Association Executive Director/Chief Technical Officer | Institute of Transportation Engineers |
| Joseph Lyou | President and CEO | Coalition for Clean Air |
| Jianming Ma | Director, Traffic Management Section | Texas Department of Transportation |
| Darwin Moosavi | Deputy Secretary, Environmental Policy and Housing Coordination | California State Transportation Agency |
| Melissa Savage | Director, Center for Environmental Excellence | American Association of State Highway and Transportation Officials |
| Douglas Shinkle | Transportation Program Director | National Conference of State Legislatures |
| Barry Wallerstein | Senior Policy Fellow, School of Public Policy | University of California, Riverside |
| Kate Wright | Executive Director | Climate Mayors |
| Erich Zimmermann | Director of Transportation Programs | National Association of Regional Councils |

Fellows from the **UC Davis Environmental Justice and Equity Fellowship Program** (see Section 3.4) participated in the NCST research proposal review process this year. We will invite future cohorts of fellows to help us shape our research program and share our findings in ways that benefit historically marginalized communities. ITS-Davis has also worked with the UC Davis Center for Regional Change to coordinate the

**Transportation Equity and Environmental Justice Advisory Group** (TEEJAG). The TEEJAG, whose members are leaders committed to social and environmental justice and reducing transportation-related greenhouse gas emissions in disadvantaged communities throughout California, provides feedback on research at UC Davis and consortium institutions. The TEEJAG will continue to inform NCST-funded research and engagement activities. Another key NCST partnership is with the UC Davis Policy Institute for Energy, Environment, and the Economy. **The Policy Institute**, established in 2012 with the express purpose of leveraging university expertise to inform policy, will contribute its engagement expertise to the NCST's research dissemination efforts.

Each consortium member will also contribute its own unique partnerships to strengthen the NCST's engagement efforts. Our universities have built partnerships with the California, Texas, and Vermont Departments of Transportation and the Georgia State Road and Tollway Authority, as well as the Association of State Highway and Transportation Officials' Center for Environmental Excellence. We have developed research partnerships with numerous local and regional governments, including the Atlanta Regional Commission, the Sacramento Area Council of Governments, and the City of Riverside. METRANS has a long history of working with the Ports of Long Beach and Los Angeles and their associated stakeholders on freight sustainability issues. The UVM TRC has joined with the Vermont Clean Cities Coalition and other local stakeholders to support unmet rural transportation needs. UCR's location in a fast-developing region has led to partnerships with Amazon, Volvo Trucks, and other freight industry stakeholders, along with the new California Air Resources Board Southern California Headquarters. These partnerships, along with those outlined above, will provide avenues for putting our research into effective practice.

Engagement with Rural and Tribal Communities: As described above, UVM will lead a new conference on rural mobility and decarbonization. The event will bring leaders from local and state agencies, NGOs, and the private sector together with researchers to share research focused on rural mobility, decarbonization, and equity; share lessons learned from policies and strategies that have been implemented in rural communities; and identify rural mobility and decarbonization research needs. As described above, the NCST will contribute to a National Tribal Summit on transportation research needs.

Contribution to US DOT Strategic Goals and Key Performance Indicators: See Section 1.1 for a description of how our UTC will contribute to the US DOT Strategic Plan goals related to transformational research and collaboration.

Performance Metrics: The NCST will use the following performance metrics to assess the impact of our technology transfer efforts: 1) Number of dissemination activities hosted or sponsored and the number of people participating, broken down by the following affiliations: legislature, public agency, private sector, NGO, academia, and general public; 2) Number of policy briefs, blog posts, and op-eds published; 3) Number of report and policy brief views and/or downloads; 4) Number of instances in which stakeholders use NCST research, findings, and recommendations in plans, policies, or guidance; and 5) Percentage of surveyed stakeholders that report that NCST research is impactful and useful to their work.

## 5. Program Efficacy

The NCST will be organized so as to have the highest probability of research productivity while also ensuring human resource development at all levels and while promoting diversity. We recognize that research centers need both **leadership and management**, and we have incorporated both in a dynamic and flexible structure that allows us to react to changing situations and maintain a sustainable program.

Effective program management is essential for the NCST to achieve its goals. At all campuses, we will leverage shared staff, facilities, and management resources with partner centers. Our management procedures are designed to ensure that the planned activities are implemented in an **effective and cost-efficient** manner while ensuring a **cohesive and collaborative program**. The objectives of the management plan are to:

- monitor adherence to the standards and mission of the NCST and US DOT;
- provide overall direction, coordination, and administration for the NCST's activities;
- provide financial oversight, ensure effective resource utilization, and provide leadership if a change in course is necessary; and
- support enhanced collaborations and interactions within the consortium institutions and with the NCST's external partners.

Availability of Institutional Resources: ITS-Davis will continue to be the administrative home of the NCST. ITS-Davis administers roughly $20 million in extramural funding per year and has the infrastructure in place to host a National Center with a multitude of consortium members and external partners. For nearly nine years, the NCST has relied on the highly respected ITS-Davis administrative staff for business services and human resources, education program coordination, development and technology transfer, communications, and information technology. The management structure for the NCST is shown in Figure 2. Qualifications of key personnel are outlined in the following section, Center Director and Key Personnel. The consortium institutions' available resources to conduct the research are detailed in Section 1.2.

Past Experience Leading a UTC Program: ITS-Davis has extensive experience managing UTC program grants, both as a prime and as a subawardee, as well as other larger centers and programs, several of which operate similarly to the NCST. The Statewide Transportation Research Program, a collaborative program among the four UC Institute of Transportation Studies campuses, was founded in 2017, and, like the NCST, administers annual calls for proposals for research grants.

ITS-Davis successfully conducted and completed NCST activities under its MAP-21 grant on time and on budget, including meeting requirements to provide matching funds. During the close-out of the NCST's MAP-21 grant, select unallowable expenses were identified but easily rectified. The NCST is on track to successfully close out its FAST Act grant. NCST program management staff consistently meet reporting requirements on time, and have received feedback that the NCST's semi-annual progress reports and other reporting materials are often used as **models of good reporting** for newer UTCs as well as for OST-R senior leadership and other DOT modal administrations.

NCST's consortium members have extensive experience leading or participating in UTC program grants and understand the collaborative nature and requirements of a UTC. USC leads METRANS, established in 1998 under TEA-21 as the first University Transportation Center in Southern California, and currently leads the Pacific Southwest Region UTC for Region 9. Under the FAST Act, in addition to being a member of the NCST consortium, Georgia Tech serves as lead or member of 6 UTCs, TSU is a member in 2 UTCs, and CSULB, UCR, and UVM are each a member in one other UTC.

<u>Management Plan</u>: The organizational structure of the NCST is shown in Figure 2. The Center Director, Susan Handy, will provide overall direction and oversight of the NCST's programs. She will oversee the daily activities of the NCST and will be responsible for ensuring compliance with all UTC Program requirements. Her role is further described in the <u>Center Director and Key Personnel</u> section.



**Figure 2. Overview of organizational structure of the NCST.**

The **Executive Committee** is comprised of the Center Director (chair) and the Associate Directors at the consortium institutions—Thomas O'Brien (CSULB), Randall Guensler (Georgia Tech), Lei Yu (TSU), Matthew Barth (UCR), Marlon Boarnet (USC), and Gregory Rowangould (UVM)—as well as 3 ex officio members representing NCST program and policy staff (see below). The Executive Committee will meet virtually on a quarterly basis to review current activities progress, and to advise the Center Director on upcoming activities, synergistic opportunities, and NCST policies. Associate Directors are responsible for overseeing research projects, educational activities, and tech transfer activities at their respective institutions. They also collect and report data for progress reports and performance metrics. Responsibilities are outlined in Table 8.

Four full-time staff positions will support the NCST's activities: the **Senior Program Manager,** the **Policy Director,** the **Assistant Program Manager,** and the **Finance and Contract Analyst**, whose responsibilities are described in the <u>Center Director and Key Personnel</u> section. Although housed at ITS-Davis, the NCST is clearly distinguishable

from the Institute. Its budget, financial accounts, and management are separate from those of ITS-Davis. All activities funded by the NCST are identified as such. The NCST's website serves as a directory and archive of all of its activities and products.

<u>Selection and Management of Research Projects</u>: The process for selecting and managing projects is designed to ensure both **academic rigor and policy relevance**.

*Solicitation of Proposals:* Annually, the Executive Committee, in consultation with the Leadership Council and agencies providing matching funds, selects a range of focused topics for the coming year's call for proposals (CFP). The selected topics reflect agency needs and current priority policy issues. The CFP is distributed broadly via email to faculty at each consortium institution and posted on the NCST's website.

*Research Proposals:* The ten-page proposal consists of a problem statement; methodology; anticipated results; equity impacts of the proposed research; dissemination, engagement, and policy impact plan; and source of potential future independent funding, if applicable. Applicants provide a budget with justification, two-page CV, project-level data management plan, and list of current grant support for the lead investigator. Applicants may apply for one year of funding up to $100,000 direct cost for research projects, with the possibility of extension contingent upon favorable year-end progress and reviews. Small grants to seed new research initiatives are also considered, as are grants for white papers on critical topics and translational grants to support the implementation or extension of completed research.

*Review of Proposals:* Proposals for funding are initially screened for eligibility criteria, such as (a) the lead applicant does not have outstanding deliverables from prior grants; (b) the proposal demonstrates relevance to the NCST program themes; and (c) the submission is complete. NCST program management staff then facilitate the **internal and external reviews of all applications**. Academics and professionals with appropriate subject matter expertise from non-consortium institutions are recruited to serve as external peer reviewers. Reviewers evaluate the proposals according to their scientific merit and determine a numerical rating for each proposal. Scores are assigned based on the following criteria: (a) if the proposed methodology is appropriate and effective for addressing the research question; (b) whether the proposal fills an important gap in the research; (c) the proposal's potential for advancing professional practice and/or informing current or future policy; and (d) overall recommendation for funding. Reviewers also provide feedback on whether the applicant has sufficiently addressed how social equity and/or environmental justice factor into the proposed research. The NCST Leadership Council also weighs in on the portfolio of proposals, providing feedback on the priority level of each proposal to their respective organization's needs.

Internal reviews of proposals consist of three steps: (a) *Programmatic review*, such as evaluation of lead applicant's prior performance on grants, collaboration across NCST institutions, level of student involvement, and compliance with US DOT Public Access Plan requirements; (b) *Policy and tech transfer review* on the relevance of the subject to policy and/or professional practice, the clarity of the vision as to how to achieve a policy

impact, and the potential for advancing professional practice and/or informing current or future policy; and (c) *Equity review* (completed by a UC Davis EJ Policy Analyst and EJ Fellows) on whether the applicant has sufficiently addressed how social equity and/or environmental justice factor into all elements of the proposed research, as well as the meaningfulness of engagement with community-based organizations and the benefits to the organization from participating.

NCST staff compile all review scores and apply a weighting system to determine the overall proposal score and ranking. Based on available funding, the Executive Committee makes final decisions on which applications to fund at what level. Records of all proposals and deliberations are retained. All applicants receive the comments from reviewers with the final funding decision on their proposal and are required to revise the proposal based on that feedback prior to the distribution of the award funding.

*Administration of Funds and Project Reporting:* UC Davis disperses funds to each consortium institution in one lump-sum for all research projects and other activities for that year. The administrative research center at each institution administers the project funds or disperses the funds to the project PIs' home departments as is the practice at that institution. All principal investigators are required to submit biannual reports that describe progress, problems, results, collaborations, products, dissemination activities, and other items as needed to produce data for the performance metrics and to monitor project progress. These reports are reviewed by the respective Associate Director and the Senior Program Manager. Upon completion of the project, principal investigators are required to submit a final research report or white paper, as well as any other publications. NCST staff facilitate external reviews of all final research reports and white papers by academics and practitioners, respectively. Project updates are requested for a period of up to two years after the completion of the project to track additional outputs, such as publications and dissemination activities, and impacts of the research.

*Financial Oversight:* The Senior Program Manager monitors the program's overall spending and balances, as well as that of individual projects. The quarterly Executive Committee meetings include a standing agenda item to review the management of funds, including the disbursement of US DOT funds and matching funds from other sources. Each consortium member has well-established operating processes through centralized accounting and financial services offices that meet all federal requirements for sound accounting, financial reporting, procurement, tracking, and delivery practices; simple and cost-effective operating processes; proven technologies; ethical business relationships; and a trained and service-oriented workforce. The Senior Program Manager, as well as the administrative staff at each consortium institution, work with those offices to ensure that all financial and compliance activities are sound.

*Data Management Plan:* The Center Director and Senior Program Manager, in consultation with the Executive Committee, will review and update the existing NCST program-level Data Management Plan (DMP) in accordance with federal requirements. Associate Directors are responsible for ensuring that researchers at their institutions comply with the DMP, and the Center Director is responsible for overall compliance.

*Management of Education Program:* Several components of the education program will be managed centrally at UC Davis, while others will be managed directly by consortium members, as described in Section 3 and outlined in Table 8. The Center Director will monitor all activities with oversight from the Executive Committee.

*Management of Engagement Program*: The engagement program will be managed by the Policy Director, under the direction of the Center Director and with oversight from the Executive Committee.

Tracking and Coordinating Research Efforts: The NCST has extensive and efficient systems in place to track all research activities across the consortium, including those from faculty-led research projects, dissertation grants, and graduate student research awards, as well as the research **outputs**. By facilitating a centralized call for proposals for research grants, the NCST Executive Committee can ensure that the portfolio of projects is cohesive and collaborative without being duplicative. The Policy Director maintains extensive databases to track the **outcomes** and **impacts** from the research and associated technology transfer activities, including events and their attendees; presentations, meetings, and briefings; and media articles. Education and workforce development activities and related data are reported regularly by the Associate Directors for semi-annual progress reports and annual performance indicators.

Performance measurement data for the metrics outlined in previous sections and others required by US DOT will be collected on a continuous basis through a variety of sources. All data and records resulting from the annual CFPs will be maintained by staff. Biannual progress reports by research project PIs will provide data for research and technology transfer performance metrics. Research outputs and outcomes will be tracked for up to two years beyond the completion of each project. Web analytics provide data on views, downloads, and citations of NCST research. Surveys will be issued to event attendees, people accessing NCST publications, and other stakeholders to assess whether the information is useful and impactful to their work. The Senior Program Manager will retain and maintain all performance data and analysis.

## 6.  Center Director and Key Personnel

Dr. Susan Handy serves as the Center Director. Four key staff members spend more than 50 percent of their time on NCST activities: the Senior Program Manager, the Assistant Program Manager, the Policy Director, and the Finance and Contract Analyst. The management roles and responsibilities of the NCST leadership and key staff, as described in Section 5, are summarized in Table 8.

The *Center Director* oversees the daily activities of the NCST, carries out the management processes, and is responsible for ensuring compliance with all UTC Program requirements. To ensure the effective allocation of resources available to the NCST, she speaks with each Associate Director independently to ensure that the expenditures at each consortium institution are accounted for and appropriate to the scope of work. The Senior Program Manager collates reports of these expenditures semiannually for the Center Director to review. If she deems the reallocation of US DOT

funds to be necessary, she addresses this with the Executive Committee at the next quarterly meeting. She is the main point of contact with the Office of Research and Technology and participates in annual meetings convened by US DOT.

The *Senior Program Manager*, a role currently filled by Lauren Iacobucci, will assist with all NCST administrative activities, including human resources, financial management, and management of the portfolio of research grants. She will provide logistical support to all NCST members regarding NCST-related activities. She will coordinate the peer-review process for research proposals, request and review progress reports and final reports for research projects, coordinate the peer-review process for final reports, arrange quarterly meetings of the Executive Committee, write the NCST's semi-annual reports, collect and analyze data on performance metrics, and develop content for and maintain the NCST website. She works under the direction of the Center Director.

**Table 8. Summary of Responsibilities**

| Activity | Primary Responsibility | Assistance |
|---|---|---|
| **Administration** | | |
| Direction and Oversight | Center Director | Leadership Council |
| | | Executive Committee |
| Program Management | Center Director | Executive Committee |
| | | Senior Program Manager |
| Financial Management | Center Director | Senior Program Manager |
| | | ITS-Davis Staff |
| Reporting | Center Director | Senior Program Manager |
| | | Associate Directors |
| **Research Program** | | |
| Peer-Review Process | Center Director | Executive Committee |
| Data Management Plan | Center Director | Associate Directors |
| **Education Program** | | |
| K-12 Programs | Center Director Associate Directors | Assistant Program Manager |
| Undergraduate and Graduate Programs | Center Director Associate Directors | Assistant Program Manager |
| Professional Development and Workforce Training | Center Director | Policy Director |
| | CSULB Assoc. Director | CSULB CPaCE |
| | UVM Assoc. Director | NETWC |
| **Engagement Program** | | |
| Leadership Council | Center Director | Policy Director |
| Conferences/Webinars/Briefings | Policy Director | ITS-Davis Staff |
| Policy Briefs/Written Materials | Policy Director | ITS-Davis Staff |
| Website/Social Media | Senior Program Manager Policy Director | ITS-Davis Staff |

The *Assistant Program Manager*, a role currently filled by Anna Espitallier, assists the Senior Program Manager with administrative tasks and with the peer-review process for research project proposals and final reports. She has primary responsibility for administering educational programs at UC Davis, including the undergraduate research

fellows program, and programs that span multiple NCST institutions, such as the graduate student exchange program.

The *Policy Director*, a role currently filled by Mike Sintetos, has primary responsibility for the engagement program, including developing policy briefs and other written materials, organizing webinars, policy forums, and other events, and publicizing NCST research through traditional and social media. He works under the direction of the Center Director and the Executive Committee.

The *Finance and Contract Analyst* will assist with contracts and grants, accounting and financial reporting. Other staff at ITS-Davis will assist with purchasing, travel, and events planning.

Qualifications: The leaders of this NCST have an exceptional track record leading multi-party consortia involving distant partners, engaging high-level decision makers and practitioners at all levels, educating undergraduate and graduate students, and managing complex programs. Leadership accomplishments are presented in Section 1.2. CVs for the Executive Committee are included in Appendix 2.

**Center Director Susan Handy**, Distinguished Professor in the Department of Environmental Science and Policy at UC Davis, has served as Center Director since the founding of the NCST in 2013. She was director of the Sustainable Transportation Center, a Tier 2 UTC, from 2005 through 2012. She is also an Associate Director of the Pacific Southwest Region UTC and previously served on the Executive Committees of the University of California Transportation Center and the Southwest Region University Transportation Center. She serves on the Executive Committee of the Council of University Transportation Centers.

Other Executive Committee members have extensive experience leading UTCs or other research programs, and are themselves accomplished researchers and educators.

- Matthew Barth (UCR) is the Yeager Families Endowed Chair and was the director of CE-CERT from 2004 to 2022, growing the center from $5 million to over $12 million per year in active research projects. He is now the Associate Dean of Research at the Bourns College of Engineering, while still serving as PI at CE-CERT. *Kanok Boriboonsomsin* will serve as NCST co-PI at UCR.
- Marlon Boarnet (USC) is Director of METRANs and Professor of Public Policy. He was Chair of the Dept. of Urban Planning and Spatial Analysis from 2016 to 2022. *Genevieve Giuliano* will serve as NCST co-PI at USC.
- Randall Guensler (Georgia Tech) is a Professor in Civil and Environmental Engineering. As a PI, he has managed more than $25 million in research and is currently directing the Georgia Tech activities for the regional ITS4US project. *Michael Rodgers* will serve as NCST co-PI at GT.
- Thomas O'Brien (CSULB) is the Executive Director for the Center for International Trade and Transportation (CITT) and Associate Director for METRANS. *Tyler Reeb* will serve as NCST co-PI at CSULB.
- Gregory Rowangould (UVM) is an Associate Professor in Civil and Environmental

Engineering and Director of the Transportation Research Center at UVM. He previously directed the LTAP Center at the University of New Mexico. *Dana Rowangould* will serve as NCST co-PI at UVM.

- Lei Yu (TSU), a Professor in the Department of Transportation Studies, has been an executive committee member or an associate director for several UTCs. He was Dean of the College of Science, Engineering, and Technology from 2009 to 2016. *Fengxiang Qiao* will serve as NCST co-PI at TSU.
- Daniel Sperling (UC Davis), founding Director of ITS-Davis, will serve as the NCST co-PI. He led ITS-Davis as it grew into a $20 million per year research program and led the successful effort to create the UC Davis Policy Institute in 2012.

## Exhibit 1. Selected Vehicle Technology Publications

| Highly Accessed Research Reports and White Papers |
|---|
| Burke, A., & A. Sinha. (2020). Technology, Sustainability, and Marketing of Battery Electric and Hydrogen Fuel Cell Medium-Duty and Heavy-Duty Trucks and Buses in 2020-2040. |
| Giuliano, G., M. Dessouky, S. Dexter, J. Fang, S. Hu, S. Steimetz, et al. (2020). Developing Markets for Zero Emission Vehicles in Short Haul Goods Movement. |
| Jenn, A. (2019). Emissions Benefits of Electric Vehicles in Uber and Lyft Services. |
| Sanguinetti, A. (2018). Onboard Feedback to Promote Eco-Driving: Average Impact and Important Features. |
| **Highly Cited Peer-Reviewed Articles** |
| Jenn, A. (2020). Emissions benefits of electric vehicles in Uber and Lyft ride-hailing services. *Nat Energy* **5**, 520–525. |
| Sanguinetti, A., K. Dombrovski, & S. Sikand. (2018). Information, timing, and display: A design-behavior framework for improving the effectiveness of eco-feedback. *Energy Research & Social Science* 39: 55-68. |
| Qi, X., Y. Luo, G. Wu, K. Boriboonsomsin, & M. Barth. (2019). Deep reinforcement learning enabled self-learning control for energy efficient driving. *Transportation research. Part C, Emerging technologies*. Vol:99 pg:67–81. |
| Wang, Z., G. Wu & M. J. Barth. (2018). A Review on Cooperative Adaptive Cruise Control (CACC) Systems: Architectures, Controls, and Applications. *2018 21st International Conference on Intelligent Transportation Systems (ITSC)*, pp.2884-2891. |

Return to Section 1.1, Vehicle Technology.

## Exhibit 2. Selected Infrastructure Provision Publications

| Highly Accessed Research Reports and White Papers |
|---|
| Harvey, J., A. Kendall, A. Saboori, M. Ostovar, A. A. Butt, J. Hernandez, & B. Haynes. (2018). Framework for Life Cycle Assessment of Complete Streets Projects. |
| Hao, P., & C. Wang. (2018). Evaluating Environmental Impact of Traffic Congestion in Real Time Based on Sparse Mobile Crowd-sourced Data. |
| Kiani, B., J. Ogden, F. Sheldon, & L. Cordano. (2020). Utilizing Highway Rest Areas for Electric Vehicle Charging: Economics and Impacts on Renewable Energy Penetration in California. |
| Tian, D., G. Wu, K. Boriboonsomsin, & M. Barth. (2017). Performance Measurement Evaluation Framework and Co-Benefit/Tradeoff Analysis for Connected and Automated Vehicles (CAV) Applications: A Survey. |

| Highly Cited Peer-Reviewed Publications |
|---|
| Liang, Y., R. Wu, J. Harvey, D. Jones, & M. Z. Alavi. (2019). Investigation into the Oxidative Aging of Asphalt Binders. *Transportation Research Record*, Vol (2673), pp. 368-378. |
| Liu, H., M.O. Rodgers, & R. Guensler. (2019). Impact of Road Grade on Vehicle Speed-Acceleration Distribution, Emissions, and Line Source Dispersion Modeling on Freeways. *Transportation Research Part D: Transport and Environment,* Volume 69, pp: 107-122. |
| Wang, Z., G. Wu, K. Boriboonsomsin, M. Barth, et al. (2019). Cooperative Ramp Merging System: Agent-Based Modeling and Simulation Using Game Engine. *SAE Intl. J CAV* 2(2):115-128. |
| Zhao, Z., Z. Wang, G. Wu, F. Ye, & M. Barth. (2019) The State-Of-The-Art of Coordinated Ramp Control with Mixed Traffic Conditions. *2019 IEEE Intelligent Transportation Systems Conference (ITSC)*, pp. 1741-1748. |

Return to Section 1.1, Infrastructure Provision.

**Exhibit 3. Selected Travel Demand Publications**

| Highly Accessed Research Reports and White Papers |
|---|
| Aultman-Hall, L. (2018). Incorporating Long-Distance Travel into Transportation Planning in the United States. |
| Barbour, E., S. Grover, Y. Lamoureaux, G. Chaudhary, & S. Handy. (2020). Planning and Policymaking for Transit-Oriented Development, Transit, and Active Transport in California Cities. |
| Boarnet, M., R. Bostic, E. Burinskiy, S. Rodnyansky, & A. Prohofsky. (2018). Gentrification Near Rail Transit Areas: A Micro-Data Analysis of Moves into Los Angeles Metro Rail Station Areas. |
| Hardman, S., & G. Tal. (2021). Discontinuance Among California's Electric Vehicle Buyers: Why are Some Consumers Abandoning Electric Vehicles? |
| **Highly Cited Peer-Reviewed Articles** |
| Alemi, F., G. Circella, S. Handy, & P. L. Mokhtarian. (2018). What Influences Travelers to Use Uber? Exploring the Factors Affecting the Adoption of On-Demand Ride Services. *Travel Behaviour and Society*, 13, 88-104. |
| Jaller, M., & A. Pahwa. (2020). Evaluating the environmental impacts of online shopping: A behavioral and transportation approach. *Transportation Research Part D: Transport and Environment*, 80, 102223. |
| Karner, A., J. London, D. Rowangould, & K. Manaugh. (2020). From Transportation Equity to Transportation Justice: Within, Through, and Beyond the State. *Journal of Planning Literature*, 35(4):440-459. |
| Sperling, D., et al. (2018). Three Revolutions: Steering Automated, Shared, and Electric Vehicles to a Better Future. *Island Press.* |

Return to Section 1.1, Travel Demand.