# EXHIBIT E

 An official website of the United States government Here's how you know

Home \ Newsroom

In This Section +

## Media Contact

**Press Office**
US Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590
United States
Email: pressoffice@dot.gov
Phone: 1 (202) 366-4570

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

# U.S. Transportation Secretary Sean P. Duffy Defunds Woke University Grants

Friday, May 2, 2025

*Grants were funding DEI & Green New Scam agenda that has nothing to do with transportation priorities of the American people*

**WASHINGTON, D.C.**– U.S. Transportation Secretary Sean P. Duffy today announced that the Department terminated seven woke university grants totaling $54 million. These grants were used to advance a radical DEI and green agenda that were both wasteful and ran counter to the transportation priorities of the American people.

*"The previous administration turned the Department of Transportation into the Department of Woke. I've focused the Department on what matters; safety, making travel great again, and building big, beautiful infrastructure projects. The American people have zero interest in millions of their tax dollars funding research on the intersection of gender non-conforming people and infrastructure inequality or whether road improvement projects are racist. It's time to inject a dose of reality back into our higher education system, and that starts with ending these wasteful and divisive grants,"* said **U.S. Transportation Secretary Sean P. Duffy**.

**DEFUNDING TRANSPORTATION DEI & GREEN NEW SCAM GRANTS IN HIGHER EDUCATION**

The following university grants have been canceled:

- University of California, Davis - National Center for Sustainable Transportation
    - $12M for "accelerating equitable decarbonization" research.

- City College of New York - Center for Social and Economic Mobility for People and Communities through Transportation
    - About $9M for "equitable transportation for the disadvantaged workforce" research.

- University of Southern California - Pacific Southwest Region University Transportation Center
    - About $9M for research on how "the transportation system creates and perpetuates inequities."

- New York University - Connected Communities for Smart Mobility Toward Accessible and Resilient Transportation for Equitably Reducing Congestion
    - $6M for "e-bikes to low-income travelers in transit deserts" research.

- San Jose State University - Mineta Consortium for Emerging, Efficient, and Safe Transportation
    - About $6M for research on "intermodal inequities, particularly how improvements to auto travel can benefit higher income, often white drivers, while depressing transit ridership potential and depriving it of revenues necessary to provide comprehensive services to lower income, often BIPOC people and research into using crowdsourcing and collaborative planning to address safety concerns of women and gender non-conforming people using public transportation."

- University of New Orleans - Center for Transit Oriented Communities
    - $6M for "equitable transit-oriented communities [and] how neighborhood stabilization efforts support environmental justice" research.

- Johns Hopkins University - Center for Smart Transportation
    - $6M for research on "hyperlocal pollution exposure inequalities in New York City, promoting EV usage for low-income gig workers, long distance ride sharing, gentrification" and making climate change the center of transportation decisions.

   

**U.S. DEPARTMENT OF TRANSPORTATION**

1200 New Jersey Avenue, SE
Washington, DC 20590

855-368-4200

**WANT TO KNOW MORE?**
Receive email updates about the latest in Safety, Innovation, and Infrastructure.

**SUBSCRIBE NOW**

**ABOUT DOT**

Meet the Secretary

Mission

Newsroom

Social Media

Leadership

Regulations

Transit Benefit Policy

Careers

Contact Us

**OPERATING ADMINISTRATIONS**

FAA

FHWA

FMCSA

FRA

FTA

GLS

MARAD

NHTSA

OIG

OST

PHMSA

**RESEARCH AND TECHNOLOGY**

Office of the Assistant Secretary for Research and Technology

Bureau of Transportation Statistics

Volpe Center

Ask-A-Librarian

**PRIORITIES**

Infrastructure Investment and Jobs Act

Cybersecurity

Safety

Transformation

**POLICIES, RIGHTS, AND LEGAL**

USA.gov

Privacy Policy