# **EXHIBIT F**



THE SECRETARY OF TRANSPORTATION
WASHINGTON, DC 20590

May 2, 2025

Gary S. May, PhD, Chancellor
University of California, Davis
One Shields Avenue
Davis, CA  95616
chancellor@ucdavis.edu

Dear Chancellor May:

This letter provides notice that the U.S. Department of Transportation (DOT), Office of the Secretary is terminating your federal grants, 69A3552344814 and 69A3552348319, the National Center for Sustainable Transportation, effective immediately.  The Office of the Secretary is doing so in accordance with the terms of the grant agreement and relevant regulations.

At the time your grant was issued, the grant agreement and applicable regulations authorized termination by "the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities." 2 CFR § 200.340(a)(2).  DOT's priorities presently include:

- promoting traditional forms of energy and natural resources to the greatest extent possible,
- ensuring that taxpayer dollars are used efficiently in ways that maximally benefit the American people and improve their quality of life, and
- ceasing to promote divisive diversity, equity, and inclusion initiatives that discriminate on the basis of race, national origin, or another protected characteristic.

Having individually reviewed your grant in light of DOT's priorities, the Office of the Secretary has determined that your grant is inconsistent with the priorities listed above.  Specifically, your Consortium named on the application, the National Center for Sustainable Transportation, submitted an application in response to the FY22 University Transportation Center Notice of Funding Opportunity that serves as the grant's Statement of Work (SOW) and is incorporated into the grant agreement.  The NCST addresses "accelerating reductions in greenhouse gas emissions while simultaneously enhancing transportation equity." NCST's objectives "to prioritize disadvantaged communities," "reduce impacts associated with infrastructure…for disadvantaged populations," and "support a Transportation Equity and Environmental Justice Advisory Group" are inconsistent the DOT's priority to cease promoting DEI initiatives that discriminate on the basis of race, national origin, or another protected characteristic. C2SMARTER's promise to "investigate MBUF long-term equity impacts," "adopt a quantitative equity screening component," and "build interactive workshops on transportation equity" is similarly inconsistent with this priority. Its EV work ("equity of access to electric vehicles and charging infrastructure") promotes discriminatory considerations and "green new deal" principles, inconsistent with DOT's priorities.  The SOW's cited work is inconsistent with DOT's priorities.  Because your grant "no longer effectuates … agency priorities," 2 CFR § 200.340(a)(2), the Office of the Secretary is terminating your grant.

Costs incurred after this termination are generally not allowable. 2 CFR § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities as set forth in 2 CFR § 200.344-46 and the grant agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid but "are not authorized to be retained." *Id.* § 200.344(e).

Best regards,

*Maria Lefevre*

Maria Lefevre
Executive Director
Office of the Under Secretary of Transportation for Policy
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC  20590-0001
maria.lefevre@dot.gov

cc:     Sarah Smith, Contracts and Grant Analyst
        Office of Research
        University of California, Davis
        1 Shields Avenue
        Mrak Hall, 4th Floor
        Davis, CA  95616
        susmith@ucdavis.edu

        Dr. Susan Handy, Center Director
        slhandy@ucdavis.edu