Erwin Chemerinsky (*pro hac vice* forthcoming)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, JEDDA FOREMAN, ELI BERMAN, and SUSAN HANDY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States;
DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE");
AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency;
NATIONAL SCIENCE FOUNDATION;

Case No. 3:25-cv-4737

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL ENDOWMENT FOR THE HUMANITIES;
MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities;
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
UNITED STATES DEPARTMENT OF AGRICULTURE;
BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture;
AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE);
JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps;
UNITED STATES DEPARTMENT OF DEFENSE;
PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense;
UNITED STATES DEPARTMENT OF EDUCATION;
LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education;
UNITED STATES DEPARTMENT OF ENERGY;
CHRIS WRIGHT, in his official capacity as Secretary of Energy;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services;
UNITED STATES CENTERS FOR DISEASE CONTROL;
MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control;
UNITED STATES FOOD AND DRUG ADMINISTRATION;
MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration;
UNITED STATES NATIONAL INSTITUTES OF HEALTH;
JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of Health;

INSTITUTE OF MUSEUM AND LIBRARY SERVICES;
KEITH SONDERLING, in his official capacity as Acting Director of the Institute of Museum and Library Services;
UNITED STATES DEPARTMENT OF THE INTERIOR;
DOUG BURGUM, in his official capacity as Secretary of the Interior;
UNITED STATES DEPARTMENT OF STATE;
MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State;
DEPARTMENT OF TRANSPORTATION;
SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of Transportation,

Defendants.

**CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES**

Pursuant to Civil Local Rule 3-15, on behalf of Plaintiffs Eli Berman and Susan Handy, the undersigned certify that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: July 18, 2025

By: /s/ *Elizabeth J. Cabraser*

Erwin Chemerinsky (*pro hac vice* forthcoming)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless
awanless@lchb.com (CA Bar No. 339635)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
John J. Darin (CA Bar No. 323730)
jdarin@fmb.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*