BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED JUNE 23, 2025** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

Defendants respectfully submit this Status Report pursuant to the Case Management Conference, the Court's Minute Entry dated July 2, 2025 (Dkts. 56 & 60), and the Court's Order dated July 11, 2025 (Dkt. 67). This Report provides an update regarding Defendant EPA's status of compliance with the Court's Preliminary Injunction Order dated June 23, 2025 (Dkts. 54 & 55).

EPA represents that on July 14, 2025 it completed reinstatement of the identified grants that were not naturally expired pursuant to their terms.

On July 11, 2025, Defendants shared with Plaintiffs' counsel a spreadsheet listing the 25 grants identified to be reinstated, which includes for each grant award: (1) the grant identifier information, (2) the project costs and cumulative award amount, (3) the project title, and (4) the grantee's name and information.

EPA notes that one of the identified grants, titled "Development of a Data-Driven Model for Assessing Benefits and Risks of the pgSIT Approach for Ae. Aegypti Eradication in Hawaii" (No. 84020401), was not reinstated because its expired pursuant to its terms on June 30, 2025. The grant is in a close-out process, and EPA awaits a final report from the recipient requesting reimbursement for any additional project expenses incurred. If the recipient's final report requests reimbursement, EPA will pay the recipient out of the remaining $95,406 balance on the $749,887.00 grant.

DATED: July 18, 2025                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General

                                        JOSEPH E. BORSON
                                        Assistant Branch Director

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for United States*

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737