Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as | Case No. 3:25-cv-4737<br><br>**DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION AS TO ADDITIONAL AGENCY DEFENDANTS** |

| | |
|---|---|
| 1 | Acting Director of the National Science Foundation; |
| 2 | NATIONAL ENDOWMENT FOR THE HUMANITIES; |
| 3 | MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities; |
| 4 | |
| 5 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; |
| 6 | LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; |
| 7 | UNITED STATES DEPARTMENT OF AGRICULTURE; |
| 8 | BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; |
| 9 | AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); |
| 10 | |
| 11 | JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps; |
| 12 | UNITED STATES DEPARTMENT OF DEFENSE; |
| 13 | PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; |
| 14 | UNITED STATES DEPARTMENT OF EDUCATION; |
| 15 | LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; |
| 16 | UNITED STATES DEPARTMENT OF ENERGY; |
| 17 | CHRIS WRIGHT, in his official capacity as Secretary of Energy; |
| 18 | UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; |
| 19 | ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; |
| 20 | |
| 21 | UNITED STATES CENTERS FOR DISEASE CONTROL; |
| 22 | MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control; |
| 23 | UNITED STATES FOOD AND DRUG ADMINISTRATION; |
| 24 | MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration; |
| 25 | |
| 26 | UNITED STATES NATIONAL INSTITUTES OF HEALTH; |
| 27 | JAYANTA BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; |
| 28 | |

| | |
|---|---|
| 1 | INSTITUTE OF MUSEUM AND LIBRARY SERVICES; |
| 2 | KEITH SONDERLING, in his official capacity as Acting Director of the Institute of Museum |
| 3 | and Library Services; UNITED STATES DEPARTMENT OF THE |
| 4 | INTERIOR; DOUG BURGUM, in his official capacity as |
| 5 | Secretary of the Interior; UNITED STATES DEPARTMENT OF STATE; |
| 6 | MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; |
| 7 | DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as |
| 8 | Secretary for the U.S. Department of Transportation, |
| 9 | |
| 10 | Defendants. |

I, Elizabeth J. Cabraser, declare as follows:

1. I am an attorney admitted to practice in the state of California. I am a partner of Lieff Cabraser Heimann & Bernstein LLP ("LCHB"). I respectfully submit this declaration in support of Plaintiffs' Motion For Preliminary Injunction And Provisional Class Certification As To Additional Agency Defendants. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. On July 25, 2025, Defendants produced documents to Plaintiffs related to grant terminations made by the U.S. Department of Defense ("DOD") and the U.S. Department of Transportation ("DOT") in response to the Court's Discovery Order, ECF 60.

3. For the Department of Transportation, Defendants produced:

   a. a three-page declaration;

   b. Plaintiff Susan Handy's termination letters;

   c. two executive orders;

   d. three agency memoranda.

4. For the Department of Defense, Defendants produced:

   a. a two-page declaration;

   b. Plaintiff Eli Berman's termination letter;

   c. one other termination letter;

   d. two executive orders;

   e. three agency memoranda;

   f. six spreadsheets;

   g. internal agency correspondence.

  5. Attached as **Exhibit A** is a true and correct copy of the Declaration of Zach Young, Senior Advisor to the Secretary of DOT.

  6. Attached as **Exhibit B** is a true and correct copy of all documents produced by Defendants for DOT.

  7. Attached as **Exhibit C** is a true and correct copy of the Declaration of Jason I. Day, Research Policy Director for the Office of the Under Secretary of Defense for Research and Engineering (OUSD(R&E)) at DOD.

  8. Attached as **Exhibit D** is a true and correct copy of non-confidential documents produced by Defendants for DOD.

  9. Attached as **Exhibit E** is a true and correct copy of an extract of data taken from spreadsheets produced by the Defendants for DOD.

  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

  Executed this 1st day of August, 2025, in San Francisco.

                */s/Elizabeth Cabraser*
                Elizabeth Cabraser