# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> DONALD J. TRUMP, *et al.,* <br><br><br> Defendants. | Civil Action No. 25-cv-04737-RFL |

### DECLARATION OF JASON O. DAY

Pursuant to 28 U.S.C. § 1746, I, Jason O. Day, declare as follows:

1. I am employed as the Research Policy Director for the Office of the Under Secretary of Defense for Research and Engineering (OUSD(R&E)), Department of Defense (DoD).

2. I have held this position since January 2022.

3. In my current position, I am responsible for administering policy for assistance awards throughout DoD and its components.

4. I am aware that the Court has ordered DoD to provide readily available non-privileged documents sufficient to show (1) the policy for selecting grants for termination; (2) the overarching Executive Order(s) or directive(s) animating the termination policy; (3) the way in which the policy or overarching priority was communicated; and (4) the way in which the termination policy was implemented (e.g., keyword searches, AI tools, etc.).  I

1

have also been informed that a declaration may be used to provide information when there are no readily available non-privileged documents.

5. In order to gather these documents, I requested information in each of the categories from the Grants Policy Directors of the DoD Components that had terminated applicable awards. I also asked OUSD(R&E) leadership for any available non-privileged documents that met the Court's request. After collecting all the responses, I attached every non-privileged document to this declaration.

6. Relevant grants were terminated in several rounds, first by OUSD(R&E) and later by DoD Components.

7. Based on my collection method and knowledge, I expect that the attached executive directives and memoranda are sufficient to show the policy for terminating grants at DoD across those rounds. I also expect that the attached executive directives and memoranda are sufficient to show the orders and directives animating the termination policy.

8. Based on my collection method and knowledge, I expect that the produced documents are sufficient to show how the policy or overarching priority was communicated at DoD.

9. Based on my collection method and knowledge, I expect that the spreadsheet with grant terminations, and other communications, is sufficient to show how the policy was implemented, including the topics used to identify terminations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of July, 2025.

DAY.JASON.OWEN.1537875484
Digitally signed by DAY.JASON.OWEN.1537875484
Date: 2025.07.25 15:30:44 -04'00'

Jason O. Day
Research Policy Director, OUSD(R&E)
Department of Defense

2