Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel omitted]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | |
| v. | **DECLARATION OF LINDA S. GILLERAN IN SUPPORT OF PLAINTIFFS' LETTER BRIEF REGARDING PRELIMINARY INJUNCTION VIOLATION** |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECLARATION OF LINDA S. GILLERAN IN SUPPORT OF LETTER BRIEF RE PRELIMINARY INJUNCTION VIOLATION

Case No. 3:25-cv-4737

I, Linda S. Gilleran, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I am a partner of Farella Braun + Martel LLP and represent all Plaintiffs in this action. I respectfully submit this declaration in support of Plaintiffs' Letter Brief regarding Preliminary Injunction Violation. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct copy of an August 1 and 2, 2025 email string between me and defense counsel regarding the grant terminations.

3. On August 1, 2025, Plaintiffs learned that the Trump Administration, including specifically the National Science Foundation ("NSF"), froze hundreds of grants to the University of California, Los Angeles ("UCLA"). Plaintiffs immediately contacted counsel for Agency Defendants, requesting the exemplar termination letters, via the emails included in Exhibit 1. On that same day, counsel for Agency Defendants sent two letters in response.

4. Attached as **Exhibit 2** is a true and correct copy of the July 30, 2025 letter from Ms. Lisa Scott-Morring, NSF's Acting Division Director of Grants and Agreements regarding Notice of Award Suspensions, addressed to Dr. Julio Frenk, UCLA's Chancellor.

5. Attached as **Exhibit 3** is a true and correct copy of the August 1, 2025 letter from Ms. Scott-Morring, regarding Updated Notice of Award Suspensions, addressed to Dr. Frenk.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 4th day of August, 2025, in San Francisco.

By: _____
Linda S. Gilleran

46686\20526373.1