# Exhibit 1

**From:** Gilleran, Linda Sobczynski x4941
**Sent:** Saturday, August 2, 2025 7:23 PM
**To:** Altabet, Jason K (CIV); Barragan, Kathryn E (CIV)
**Cc:** Thakur LCHB; Thakur; Erwin Chemerinsky; Claudia Polsky; Jocelyn Larkin
**Subject:** RE: Grant terminations to UCLA

Jason,

Our expectation is to file at 5pm PT.

Sincerely,
Linda

**From:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Sent:** Saturday, August 2, 2025 9:30 AM
**To:** Gilleran, Linda Sobczynski x4941 <LGilleran@fbm.com>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <Thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>; Claudia Polsky <polskymermin@sbcglobal.net>; Jocelyn Larkin <jocelynlarkin@gmail.com>
**Subject:** Re: Grant terminations to UCLA

**External Sender**

Good morning,

Understood.  Would you like to file simultaneously at a specific time, or otherwise set a deadline when we both expect to file our letters on Monday?  If so we are flexible on timing depending on how early you'd prefer to file—we would for example propose 12pm PST if you would like to file on the earlier side, or 5pm PST if you'd prefer to file later.

We look forward to your thoughts.

Best,
Jason

**From:** Gilleran, Linda Sobczynski x4941 <LGilleran@fbm.com>
**Sent:** Friday, August 1, 2025 10:37 PM
**To:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <Thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>; Claudia Polsky <polskymermin@sbcglobal.net>; Jocelyn Larkin <jocelynlarkin@gmail.com>
**Subject:** [EXTERNAL] RE: Grant terminations to UCLA

Jason,

We disagree with the Government's position. Therefore, each party should submit a letter to the Court stating its position, and we propose that we each submit our respective letters on Monday.

Sincerely,
Linda

**From:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Sent:** Friday, August 1, 2025 3:58 PM
**To:** Gilleran, Linda Sobczynski x4941 <LGilleran@fbm.com>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>;
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <Thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>;
Claudia Polsky <polskymermin@sbcglobal.net>; Jocelyn Larkin <jocelynlarkin@gmail.com>
**Subject:** RE: Grant terminations to UCLA

**External Sender**

Good afternoon,

Please find attached the letters from NSF. We understand the only enjoined agency at issue to be NSF (that EPA and NEH have not suspended grants), and we do not understand DoD or DoT to have suspended any grants.

We have reviewed the letters and think that this action is compliance with the Court's order. First, we don't think the Court's order applies because it is a suspension not a termination. Second, the equity termination class portion does not apply because it is not based on those EOs. Finally, we also think the form termination class portion does not apply because the letters provide "a grant-specific explanation for the termination" in that they explain in detail the basis for the change to the original award decision and explicitly consider the reliance interests at stake.

We look forward to your thoughts. If you disagree, we would propose filing a short joint letter or notice with the parties' positions on whether the injunction applies to NSF's action. If the Court advises that the action is covered by the injunction NSF will of course not "giv[e] effect" to the suspension per the terms of the prospective portion of the Court's order.

We defer to your proposed timing on such a letter/notice, if you take the position the injunction should act on the termination and agree that we should file such a notice.

Best,
Jason

**From:** Gilleran, Linda Sobczynski x4941 <LGilleran@fbm.com>
**Sent:** Friday, August 1, 2025 5:26 PM
**To:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>;
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <Thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>;

Claudia Polsky <polskymermin@sbcglobal.net>; Jocelyn Larkin <jocelynlarkin@gmail.com>
**Subject:** [EXTERNAL] Grant terminations to UCLA

Jason,

We have learned that NSF, NIH, and other federal agencies have terminated grants to UCLA. *See, e.g.,*
https://www.latimes.com/california/story/2025-07-31/trump-freezes-nih-nsf-funding-ucla.

Please send us exemplar termination letters related to these terminated grants as soon as possible. As you surely understand, if the termination letters violate the Court's preliminary injunction, we must bring this to the Court's immediate attention.

Sincerely,

**Linda Gilleran**
*Partner*
lgilleran@fbm.com
D. 415.954.4941



One Bush Street, Suite 900
San Francisco, CA 94104
www.fbm.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---