# Exhibit 2

**U.S. National Science Foundation**
**Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**

July 30, 2025

Dr. Julio Frenk
Chancellor
University of California – Los Angeles
2147 Murphy Hall
Los Angeles, CA 90095

**Ref: Notice of Award Suspensions**

Dr. Frenk:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. The agency has determined that suspension of certain awards is necessary because they are not in alignment with current NSF priorities and/or programmatic goals. NSF understands that the University of California – Los Angeles continues to engage in race discrimination including in its admissions process, and in other areas of student life, as well as failing to promote a research environment free of antisemitism and bias. We have considered reliance interests and they are outweighed by the NSF's policy concerns.

Effective immediately, the attached awards are suspended until further notice.

NSF is issuing this suspension to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that the awards no longer effectuate program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this suspension may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the suspension date to furnish an itemized accounting of allowable costs incurred prior to the suspension date.

Sincerely,

*Lisa Scott-Morring*
Lisa Scott-Morring
Acting Division Director
Division of Grants and Agreements
U.S. National Science Foundation