# Exhibit 3

August 1, 2025

Dr. Julio Frenk
Chancellor
University of California – Los Angeles
2147 Murphy Hall
Los Angeles, CA 90095

**Ref: Updated Notice of Award Suspensions**

Dr. Frenk:

I write you with an update on our prior letter of July 30, 2025. This letter supplements our previous communication.

Pursuant to 2 Code of Federal Regulations (CFR) § 200.339(c), and our previous communications, UCLA is officially notified that the National Science Foundation (NSF) is hereby suspending the attached list of grant awards to the University of California Los Angeles (UCLA). UCLA should immediately cease all activities on these award numbers. The purpose of this action is to address concerns reported and observed in UCLA programs and ensure compliance with applicable Federal statutes and regulations, and the terms and conditions of these Federal awards. This action is effective 7/30/2025.

**Noncompliance:**

NSF has identified the following specific examples of noncompliance:

- UCLA engages in racism, in the form of illegal race-based preferences in admissions practices;
- UCLA fails to promote a research environment free of antisemitism and bias;
- UCLA discriminates against and endangers women by allowing men in women's sports and private women-only spaces.

With respect to admissions, although UCLA expressly disclaims reliance on race, NSF believes that UCLA's "holistic review" admissions process, which considers factors such as an applicant's neighborhood/zip code, family income, and school profile—and invites the disclosure of an applicant's race via personal statements—is a transparent attempt to engage in race-based admissions in all but name.[1]

---

[1] UCLA, Newsroom, FAQ: Supreme Court ruling on race-conscious college admissions, June 29, 2023, https://newsroom.ucla.edu/stories/faq-supreme-court-ruling-on-affirmative-action (last accessed July 28, 2025); UCLA, Newsroom, UCLA Experts: The Supreme Court's affirmative action decisions, June 2, 2023, https://newsroom.ucla.edu/advisories/ucla-experts-supreme-court-affirmative-action-decisions (last accessed July 28, 2025); UCLA, Newsroom, How UCLA has responded to Proposition 209, June 29, 2023, https://newsroom.ucla.edu/releases/how-ucla-has-responded-to-proposition-209 (last accessed July 28, 2025); *see generally* UCLA, Application Review Process for First-Years, https://admission.ucla.edu/apply/first-year/first-year-requirements/application-review-process (last accessed July 25, 2025).

With respect to antisemitism, UCLA's own Task Force to Combat Antisemitism and Anti-Israeli Bias at UCLA revealed that Jewish students, faculty, and staff were subjected to threats, assaults, swastika graffiti, and hostile slogans during the 2024 pro-Palestinian encampment.[2][3] The above incidents are antithetical to the safe and welcoming environment necessary for effective research, for which UCLA receives millions of dollars in taxpayer funds through NSF grants.

Finally, NSF is seriously concerned that UCLA's policy of allowing males to compete in women's sports and utilize women-only facilities has created an unsafe environment for women that further threatens the integrity of the campus research environment.[4]

**Requested Action:**

Based on UCLA's failure to comply with federal requirements, policies, and procedures, NSF is suspending the attached awards. NSF has considered UCLA's reliance interests in continued availability of funding under the attached list of grants, and they are outweighed by the concerns identified above. This action is effective immediately as authorized under 2 CFR § 200.339 *Remedies for noncompliance*, and NSF Grant General Conditions (GC-1). As such, UCLA must cease all activities on the awards and immediately discontinue drawing down funds from the Award Cash Management Service (ACM$) for any expenses incurred after receipt of this letter. For each award, please submit a draw request to ACM$ for any expenses that occurred prior to July 30, 2025, no later than COB August 29, 2025 with the appropriate justification.

**Corrective Actions:**

NSF is willing to work with UCLA to identify corrective actions to bring UCLA into compliance. UCLA must acknowledge in writing its willingness to discuss these corrective actions by August 15.

Please submit your written corrective action plan to NSF outlining the steps you will take to address the identified deficiencies, including responsible parties and expected completion dates, as required under NSF PAPPG Chapter XII.B.4, which states that "Corrective actions must be documented in writing and approved by NSF prior to implementation." As further outlined in 2 CFR § 200.521, your response should enable NSF to evaluate whether the proposed actions are sufficient to resolve the findings and, if applicable, determine any necessary financial adjustments or enforcement measures.

Assuming corrective actions are agreed upon by UCLA and NSF, NSF will determine whether UCLA has established effective internal control over its Federal awards by adopting procedures that provide NSF with a reasonable assurance that the organization will be managing its Federal awards in compliance with Federal statutes, regulations, and award terms and conditions. *See* 2 CFR § 200.303 (Internal controls).

---

[2] Antisemitism and Anti-Israeli Bias at UCLA, Oct. 16, 2024, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.antisemitismreport.org/ (last accessed July 25, 2025).
[3] *Id.* at 24.
[4] *See generally* UCLA Gender Recognition Taskforce: Recommendations Report, 2020, available at https://ucla.app.box.com/s/21hdsdcnopsixi66x5fhcfcjblki243y (last accessed July 25, 2025).

Please note that under 2 CFR § 200.340, NSF may move to terminate an award for reasons including if the recipient has failed to comply with the terms and conditions of an award.

We look forward to hearing from you. Please direct any questions or concerns to Lisa Scott-Morring, Acting Division Director, Division of Grants and Agreements, U.S. National Science Foundation.

Sincerely,

*Lisa Scott-Morring*

Lisa Scott-Morring
Acting Division Director
Division of Grants and Agreements
U.S. National Science Foundation