UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-04737-RFL<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 78, 79 |

　　　　The parties have filed letter briefs regarding whether Defendant NSF's suspension of grants to UCLA violates the Preliminary Injunction Order in this case.  (Dkt. No. 55.)  Therefore, NSF is **ORDERED TO SHOW CAUSE** at a hearing on **August 12, 2025, at 2:00 p.m.**, via zoom, why it is not in violation of the Preliminary Injunction provisions granting relief to the Form Termination Class, or—if the suspensions are not technically a violation of the Preliminary Injunction—why the Preliminary Injunction should not be extended to encompass suspensions of grants.  Defendants may submit supplemental briefing of no more than 7 pages by August 7, 2025, addressing why the Court should not so extend the Preliminary Injunction.  Plaintiffs may file a response of no more than 7 pages by August 11, 2025, at 10:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated: August 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge