BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> DECLARATION OF JASON ALTABET IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ADDITIONAL PRELIMINARY INJUNCTION <br><br> Hearing Date: August 26, 2025 <br> Time: 10:00 AM <br> Judge: Hon. Rita F. Lin <br> Place: San Francisco Courthouse <br> Courtroom 15 |

I Jason Altabet declare as follows:

1. I am employed as a Trial Attorney for the United States Department of Justice, Civil Division, Federal Programs Branch. I represent Defendants in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. On July 25, 2025, Defendants produced expedited discovery to Plaintiffs from Defendants Department of Defense and Department of Transportation.

3. Attached to this declaration as Exhibit A is a true and correct excerpt of a spreadsheet produced to Plaintiffs from Defendant Department of Defense as DEFSDOD_00041. I personally excerpted this spreadsheet to only show the grant "FA9550-23-1-0437" associated with Plaintiff Berman. Berman Decl. ¶ 23, ECF No. 69. I excerpted this copy as to not disclose in a public filing the details of other grants for individuals other than Plaintiff-Berman that are included on the spreadsheet. Defendants produced the non-excerpted spreadsheet to Plaintiffs in their production.

I declare under penalty of perjury under the laws of the District of Columbia and the United States that the foregoing is true and correct.

Executed this 8th day of August, 2025, in Washington D.C.

/s/ Jason Altabet
JASON ALTABET (Md. Bar No. 2211280012)