# Exhibit A

Case 3:25-cv-04737-RFL    Document 87-1    Filed 08/08/25    Page 2 of 2

Comprehensive Analysis of AFRL/AFOSR Basic Science Research in Relation to OMB Memorandum M-25-13 Related Executive Orders

| Pega Project Number | Grant # (per award) | Program Type (Is it a University Grant/ Contract, etc.) | Program Name | Project Name (if applicable) | Program / Project Goal | # Applicable Executive Order (per Instructions tab) | Date of Award | Original Award Amount | Amount Left On Award | End Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23RT0668 | FA9550-23-1-0437 | MINERVA | Trust and Influence | Integrated Deterrence: Episodic Analysis | This effort is developing a new model, enabled by a unique dataset under development by the co-PI, that empirically examines conflict and deterrence postures using Israeli-Gaza conflicts as a use case. Preliminary analysis based on a partial version of the data reveals that the conflict is best understood as a sequence of attacks and counterattacks aggregated to episodes. That structure necessitates creating new techniques in computer-aided coding to establish sequence, and in statistically analyzing episodic data to deal with serially correlated errors between actions (rather than time periods). These techniques, piloted on preliminary data, indicate stable response functions over hundreds of episodes, once the intensity of attack is aggregated across munitions to create common damage measures. Preliminary data demonstrates that in this case, deterrence is incomplete, which should lead to new theories about deterrence, how to assess it, and how to improve it. Deterrence is a key area for DoD and DAF historically. Resulting data could lead to more accurate predictions related to conflict and reduce the number and intensity of conflicts in which DoD/DAF becomes involved. | (b) Executive Order 15169, Reevaluating and Realigning United States Foreign Aid, 20 January 2025 | 8/28/2023 | $ 1,032,529.00 | $ 248,991.00 | 8/26/2026 | Partially funded |