UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | Case No. 25-cv-04737-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. Nos. 78, 79 |

       The Court requests that the parties be prepared to address the following questions at the hearing regarding NSF's suspension of grants to UCLA, set for August 12, 2025, at 2:00 p.m., via Zoom.

1. The Preliminary Injunction Order had required NSF to reinstate grants that it had terminated between January 20, 2025 and June 23, 2025, and NSF has already done so ("Previously Reinstated Grants"). NSF represents that it did not attempt to revisit any Previously Reinstated Grants to UCLA by suspending them in this latest action. Does NSF agree that suspending those Previously Reinstated Grants would have violated the Preliminary Injunction Order?

2. It has been widely publicized that NSF and other Agency Defendants halted research funding to various universities based on allegations similar to those listed in NSF's August 1, 2025 letter to UCLA. Did NSF "terminate" those research grants as to the other universities, while calling the halt a "suspension" only as to the University of California? What about the other Agency Defendants?

3. Does NSF represent that it has conducted an individualized grant-by-grant

analysis to evaluate the impact of immediately halting funds on the interests of the researchers relying on each grant or on the public interest in that research? If so, does NSF represent that such analysis included an assessment for each grant of: the stage of the research and its staffing requirements, the educational value of the research to graduate students, any wasted resources from halting funding midstream, and the loss to the public if the research were not published?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions.

**IT IS SO ORDERED.**

Dated: August 11, 2025

RITA F. LIN
United States District Judge