**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

August 12, 2025

Elizabeth J. Cabraser
Partner
ecabraser@lchb.com

**VIA ECF**

      RE:    Thakur v. Trump, No. 3:25-cv-4737

Dear Judge Lin:

      Pursuant to the discussion during today's Order to Show Cause hearing, please find attached the grant termination letter issued by NSF to Harvard University, attached as Exhibit I to Harvard's Complaint for Declaratory and Injunctive Relief. Case No. 1:25-cv-11048, Dkt. 59-9 (D. Mass. May 13, 2025).

Respectfully submitted,

Elizabeth J. Cabraser

3294382.1