BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **JOINT STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED AUGUST 12, 2025** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

JOINT STATUS REPORT
CASE NO. 25-CV-4737

1  The Parties respectfully submit this Joint Status Report pursuant to the Court's order dated August 12, 2025.  ECF No. 96.

Counsel for Defendants provided the Court's order to the National Science Foundation ("NSF") as well as the two other enjoined agencies—the Environmental Protection Agency ("EPA") and National Endowment for the Humanities ("NEH").  Following the Court's order, NSF began work to reinstate and restore the suspended grants in accordance with the Court's directive.

NSF reports that all grants that were part of the University of California – Los Angeles ("UCLA") suspension action discussed at ECF Nos. 78 and 79 have been reinstated and restored.  The reinstatement and restoration occurred on August 13, 2025.  Specifically, the funding restrictions in NSF's system have been lifted for the suspended grants and a letter was sent to UCLA detailing the reinstatement of the suspended UCLA grants.  That letter is attached as Exhibit A to this Joint Status Report.

DATED: August 15, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

JOINT STATUS REPORT
CASE NO. 25-CV-4737

     Washington, D.C. 20005
     Tel.: (202) 598-7696
     Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

By:    /s/ *Elizabeth J. Cabraser*

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless
awanless@lchb.com (CA Bar No. 339635)
Nabila M. Abdallah
nabdallah@lchb.com (CA Bar No. 347764)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*

JOINT STATUS REPORT
CASE NO. 25-CV-4737