# Exhibit A

August 13, 2025

Dr. Julio Frenk
Chancellor
University of California – Los Angeles
2147 Murphy Hall
Los Angeles, CA 90095


**Ref: Notice of Award Reinstatement**

Dr. Frenk:

On August 12, 2025, the U.S. District Court for the Northern District of California issued an order in Case No. 25-cv-04737, requiring that NSF reinstate your awards that were suspended on August 1, 2025.

NSF has vacated the award suspensions and restored the unliquidated award balances. You may begin drawing funds in ACM$. This action reinstates the above awards, including applicable award terms and conditions, requirements, rights and obligations. This reinstatement action does not preclude future NSF administrative actions taken in accordance with the terms of the award.

If you have questions regarding your award, please continue to contract your cognizant grants officer or program officer.


Sincerely,

JASON R BOSSIE
Digitally signed by JASON R BOSSIE
Date: 2025.08.13 11:27:36 -04'00'

Jason Bossie
Deputy Office Head
Office of Budget, Finance, and Award Management (BFA)
U.S. National Science Foundation