UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | Case No. 25-cv-04737-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 76 |

The Court requests that the parties be prepared to address the following question at the hearing on Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification, set for August 26, 2025, at 10:00 a.m., in Courtroom 15 at the San Francisco Courthouse.

1. What is the parties' best estimate as to the total number of active grants awarded by the Department of Defense and Department of Transportation where a University of California researcher is named as the principal researcher, investigator, or project leader on the grant application?

The parties shall exchange their estimates and the basis for them by **noon on August 25, 2025**, to allow each side a fair opportunity to respond at the hearing. At the hearing, each side will address the above question, and then the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions.

      **IT IS SO ORDERED.**

Dated: August 20, 2025

                                          RITA F. LIN<br>
                                          United States District Judge