BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | STATEMENT OF RECENT DECISION: |
| v. | Hearing Date: August 26, 2025 |
| | Time: 10:00 AM |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| | Place: San Francisco Courthouse |
| Defendants. | Courtroom 15 |

FED. DEFS.' STATEMENT OF RECENT DECISION
CASE NO. 25-CV-4737

# STATEMENT

Pursuant to Civil Local Rule 7-3(d)(2), Defendants provide this statement of recent decision informing the Court of a relevant judicial opinion published after the filing of Defendants' opposition to Plaintiffs' motion. ECF No. 86. In the attached opinion, the Supreme Court of the United States granted in part and denied in part an application for a stay, and in particular, stayed "the District Court's judgments vacating the Government's termination of various research-related grants," citing *Department of Education v. California*, 604 U. S. ___ (2025) (per curiam), accompanied by various opinions concurring, or concurring in part and dissenting in part.

Per Local Rule 7-3(d)(2), Defendants are barred from presenting argument in this statement, but counsel will be prepared to discuss the opinion at the upcoming hearing or as otherwise directed by the Court. The citation is: *National Institutes of Health v. American Public Health Association*, No. 25A103, 2025 WL 2415669 (U.S. Aug. 21, 2025).

DATED: August 21, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice

FED. DEFS.' STATEMENT OF RECENT DECISION
CASE NO. 25-CV-4737

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for the United States*

FED. DEFS.' STATEMENT OF RECENT DECISION
CASE NO. 25-CV-4737