BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.,* | Case No. 25-cv-4737-RFL |
| Plaintiffs, | DECLARATION OF JASON ALTABET IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR SUPPLEMENTAL BRIEFING |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,* | Hearing Date: August 26, 2025 |
| Defendants. | Time: 10:00 AM |
| | Judge: Hon. Rita F. Lin |
| | Place: San Francisco Courthouse |
| | Courtroom 15 |

I Jason Altabet declare as follows:

1.  I am employed as a Trial Attorney for the United States Department of Justice, Civil Division, Federal Programs Branch.  I represent Defendants in this action.  I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2.  Attached as Exhibit A is a true and correct printout of a portion of an email chain between Defendants' counsel and Plaintiffs' counsel.

3.  Attached as Exhibit B is a true and correct printout of a portion of an email chain between Defendants' counsel and Plaintiffs' counsel.


I declare under penalty of perjury under the laws of the District of Columbia and the United States that the foregoing is true and correct.

Executed this 21st day of August, 2025, in Washington D.C.

*/s/ Jason Altabet*_____

JASON ALTABET (Md. Bar No. 2211280012)

DECL. JASON ALTABET IN SUPP. DEFS.' RESP.
CASE NO. 25-CV-4737