# Exhibit A

**Altabet, Jason K (CIV)**

| | |
|---|---|
| **From:** | Altabet, Jason K (CIV) |
| **Sent:** | Thursday, August 21, 2025 2:48 PM |
| **To:** | Budner, Kevin R.; 'Claudia Polsky' |
| **Cc:** | Thakur LCHB; Thakur; Erwin Chemerinsky; Jocelyn Larkin; Barragan, Kathryn E (CIV) |
| **Subject:** | RE: [EXT] Re: [EXTERNAL] NSF grants in need of reinstatement |

Good morning,

For your awareness we would be ready to file our opposition to your anticipated request for leave to file supplemental briefing at your convenience.

Best,
Jason

---

**From:** Altabet, Jason K (CIV)
**Sent:** Thursday, August 21, 2025 12:46 PM
**To:** Budner, Kevin R. <kbudner@lchb.com>; 'Claudia Polsky' <polskymermin@sbcglobal.net>
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>; Jocelyn Larkin <jocelynlarkin@gmail.com>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>
**Subject:** RE: [EXT] Re: [EXTERNAL] NSF grants in need of reinstatement

Good morning,

I hope that your day is starting off well.

We have discussed and plan to oppose the request for supplemental briefing. We suggest that you file your letter request for leave of court to file the supplemental briefing and then we will file an opposition. We are open to an appropriate timeline although we will need a short while to prepare an opposition.

We also request your position on our anticipated request to move the August 26 hearing to Zoom in the event that the Court grants your request. I have a substantial set of deadlines coming up, including a motion for summary judgment and opposition to summary judgment both due on September 8, as well as preparing the administrative records in this matter. Kat has three answers due on September 15, is preparing an administrative record in a different matter, and, more importantly, has her wedding on August 31. So she cannot travel to the hearing in my 'stead. If we have to prepare a substantive supplemental brief for NIH it would be very difficult to also travel to the hearing in San Francisco. We would plan to file the motion to move the hearing to Zoom (if the Court grants your request) simultaneously with our opposition.

We look forward to your thoughts.

Best,
Jason

---

**From:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Sent:** Wednesday, August 20, 2025 7:40 PM
**To:** Budner, Kevin R. <kbudner@lchb.com>; 'Claudia Polsky' <polskymermin@sbcglobal.net>
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>; Jocelyn Larkin <jocelynlarkin@gmail.com>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>
**Subject:** Re: [EXT] Re: [EXTERNAL] NSF grants in need of reinstatement

Good afternoon,

Thank you very much for letting us know. Both Kat and I are out of pocket right now, but we will plan to revert with our position early tomorrow.

Best,
Jason

---

**From:** Budner, Kevin R. <kbudner@lchb.com>
**Sent:** Wednesday, August 20, 2025 6:08:46 PM
**To:** 'Claudia Polsky' <polskymermin@sbcglobal.net>; Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>; Jocelyn Larkin <jocelynlarkin@gmail.com>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>
**Subject:** RE: [EXT] Re: [EXTERNAL] NSF grants in need of reinstatement

Jason,

In light of the Administration's latest round of grant terminations affecting UC researchers at UCLA, Plaintiffs intend to request leave to file supplemental briefing in advance of Tuesday's hearing seeking to expand our pending preliminary injunction and class cert motion to encompass NIH, adding UCLA researchers whose NIH grants have been suspended as parties to the amended complaint.

We suggest the parties file a joint letter tomorrow proposing that the parties each file a supplemental brief of no more than 7 pages by noon on Monday, so that the NIH issue can be heard at Tuesday's hearing alongside the DOD and DOT discussion.

Best,

Kevin R. Budner
Lieff Cabraser Heimann & Bernstein, LLP

---

**From:** Claudia Polsky <polskymermin@sbcglobal.net>
**Sent:** Tuesday, August 19, 2025 3:19 PM
**To:** Altabet, Jason K (CIV) <jason.k.altabet2@usdoj.gov>
**Cc:** Thakur LCHB <thakur@lchb.com>; Thakur <thakur@fbm.com>; Erwin Chemerinsky <echemerinsky@berkeley.edu>; Jocelyn Larkin <jocelynlarkin@gmail.com>; Barragan, Kathryn E (CIV) <kathryn.e.barragan@usdoj.gov>
**Subject:** [EXT] Re: [EXTERNAL] NSF grants in need of reinstatement