UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 25-cv-04737-RFL<br><br>**ORDER RE AUGUST 26, 2025 HEARING**<br><br>Re: Dkt. Nos. 102, 104 |

Having reviewed the parties' recent filings regarding the upcoming hearing on Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification as to Additional Agency Defendants ("Motion"):

- Defendants' unopposed request to move the hearing to zoom only is **GRANTED**. (Dkt. No. 104.) The hearing on Plaintiffs' Motion is reset for **August 26, 2025, at 1:30 p.m.** via Zoom. Plaintiffs' request to postpone the hearing is **DENIED**.

- Plaintiffs' request to further amend the complaint to add representative plaintiffs and request class treatment for UC researchers whose National Institutes of Health ("NIH") grants have been recently suspended, and to submit further briefing on the issue of amendment (Dkt. No. 102), is set for hearing on **August 26, 2025, at 1:30 p.m.** via Zoom.

- The Court requests that the parties be prepared to address the following additional questions at the hearing:

    o Are the Plaintiffs able to show good cause under Rule 16 for not adding representative plaintiffs for NIH grants within the deadline for amended

1

> pleadings?
>
> o In the event that the Court permits further amendment, what would be the parties' proposed schedule as to (a) the filing of an amended complaint; (b) opening, opposition, and reply briefs on a motion for preliminary injunction and provisional class certification as to the NIH grants; (c) supplemental briefing as to impact of the Supreme Court's emergency docket decision in No. 25A103 (*see* Dkt. No. 101-1) and the Ninth Circuit's denial of the request to stay the preliminary injunction as to the other Agency Defendants; and (d) further hearing as to these matters?

The parties **shall not** file written responses to the above questions, except that the parties may submit a stipulation and proposed order regarding a schedule if they are able to reach agreement.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
RITA F. LIN
United States District Judge