# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 26, 2025　　**Time:** 1:30 - 2:16　　**Judge:** RITA F. LIN
　　　　　　　　　　　　　　　　= 46 minutes

**Case No.:** 25-cv-04737-RFL　　**Case Name:** Neeta Thakur et al v. Donald J. Trump et al

**Attorney for Plaintiff:** Elizabeth Cabraser, Erwin Chemerinsky
**Attorney for Defendant:** Jason Altabet, Kathryn Barragan

**Deputy Clerk:** Tracy Geiger　　　　　　　**Reported by:** April Brott

## PROCEEDINGS

Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification as to Additional Defendants (Dkt. No. 76) and Plaintiffs' Letter Brief (Dkt. No. 102) - hearing held via Zoom.

## SUMMARY

Court granted Plaintiffs' request to file an amended complaint.

**Briefing Schedule**:

Second Amended Complaint and Motion for Preliminary Injunction and Provisional Class Certification ("Motion") as to NIH due August 29, 2025.
Defendants' Response to Plaintiffs' Motion due September 10, 2025.
Plaintiffs' Reply due September 15, 2025.
**Hearing set for September 18, 2025 at 1:30 p.m. to be held via Zoom**.

Deadline to file simultaneous supplemental briefs re: Supreme Court and Ninth Circuit rulings: September 5, 2025.