1  Erwin Chemerinsky (*pro hac vice*)
   echemerinsky@law.berkeley.edu
2  Claudia Polsky (CA Bar No. 185505)
   cpolsky@law.berkeley.edu
3  U.C. BERKELEY SCHOOL OF LAW
   Law Building
4  Berkeley, CA 94720-7200
   Telephone: 510.642.6483
5
   Elizabeth J. Cabraser (CA Bar No. 83151)
6  ecabraser@lchb.com
   Richard M. Heimann (CA Bar No. 63607)
7  rheimann@lchb.com
   LIEFF CABRASER HEIMANN &
8  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
9  San Francisco, CA 94111
   Telephone: 415.956.1000
10
   Anthony P. Schoenberg (CA Bar No. 203714)
11 tschoenberg@fbm.com
   Linda S. Gilleran (CA Bar No. 307107)
12 lgilleran@fbm.com
   FARELLA BRAUN + MARTEL LLP
13 One Bush Street, Suite 900
   San Francisco, CA 94104
14 Telephone: 415.954.4400

15 *Attorneys for Plaintiffs and the Proposed Class*
   [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 3:25-cv-4737 |
| Plaintiffs, | |
| v. | **PLAINTIFFS' UNOPPOSED REQUEST TO ALTER SEPTEMBER 18, 2025 HEARING TIME** |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

PLS' REQUEST TO ALTER HEARING TIME
CASE NO. 3:25-CV-4737

# REQUEST TO ALTER SEPTEMBER 18, 2025 HEARING TIME

During the August 26, 2025 hearing, the parties agreed to set a hearing on Plaintiffs' Second Amended Complaint and Motion for Preliminary Injunction and Provisional Class Certification on September 18, 2025 at 1:30 p.m. via Zoom. *See* Dkt. 107. Plaintiffs belatedly discovered that Mr. Erwin Chemerinsky, who intends to appear at the hearing, has a long-standing speaking engagement at the same time. He is scheduled to speak at the National Conference of Bankruptcy Judges in Chicago at a plenary session from 1:00 p.m. to 2:00 p.m. PST.

Plaintiffs respectfully request the Court alter the hearing time by one hour, and reset it to 2:30 p.m. via Zoom. Defendants do not oppose this request.

Dated: August 27, 2025     By:     */s/ Elizabeth Cabraser*

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
Nabila M. Abdallah (CA Bar No. 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

1  Anthony P. Schoenberg (CA Bar No. 203714)
   tschoenberg@fbm.com
2  Linda S. Gilleran (CA Bar No. 307107)
   lgilleran@fbm.com
3  Kyle A. McLorg (CA Bar No. 332136)
   kmclorg@fbm.com
4  Katherine T. Balkoski (CA Bar No. 353366)
   kbalkoski@fbm.com
5  FARELLA BRAUN + MARTEL LLP
   One Bush Street, Suite 900
6  San Francisco, CA 94104
   Telephone: 415. 954.4400
7
   *Attorneys for Plaintiffs and the Proposed Class*
8

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that August 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

Executed August 27, 2025 at San Francisco, California.

*/s/ Elizabeth Cabraser*
ELIZABETH J. CABRASER