# EXHIBIT C

National Institutes of Health
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

**Notice of Award**
FAIN# R35NS132150
Federal Award Date
05/08/2023

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA, LOS ANGELES
10889 WILSHIRE BLVD STE 700

LOS ANGELES, CA 90024

**2. Congressional District of Recipient**
36

**3. Payment System Identifier (ID)**
1956006143A1

**4. Employer Identification Number (EIN)**
956006143

**5. Data Universal Numbering System (DUNS)**
092530369

**6. Recipient's Unique Entity Identifier**
RN64EPNH8JC6

**7. Project Director or Principal Investigator**
RHONDA R VOSKUHL, MD
Professor
rvoskuhl@ucla.edu
310-206-4636

**8. Authorized Official**
Lydia McHam

## Federal Agency Information

**9. Awarding Agency Contact Information**
Kerry Gastley

NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE
kerry.gastley@nih.gov
(240) 276-5472

**10. Program Official Contact Information**
URSULA UTZ
Program Director
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE
utzu@ninds.nih.gov
301-496-1431

## Federal Award Information

**11. Award Number**
1R35NS132150-01

**12. Unique Federal Award Identification Number (FAIN)**
R35NS132150

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Neurodegeneration Underlying Distinct Disabilities in Multiple Sclerosis Using a Cell-Specific, Region-Specific, and Sex-Specific Approach

**15. Assistance Listing Number**
93.853

**16. Assistance Listing Program Title**
Extramural Research Programs in the Neurosciences and Neurological Disorders

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 05/15/2023 – **End Date** 04/30/2024 | |
| **20.** Total Amount of Federal Funds Obligated by this Action | $876,448 |
| 20 a.  Direct Cost Amount | $568,236 |
| 20 b.  Indirect Cost Amount | $308,212 |
| **21.** Authorized Carryover | $0 |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $876,448 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $876,448 |
| **26. Project Period Start Date** 05/15/2023 – **End Date** 04/30/2031 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $876,448 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Aaron  Kinchen

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



*OUTSTANDING INVESTIGATOR GRANTS*
Department of Health and Human Services
National Institutes of Health

Notice of Award



NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

### SECTION I – AWARD DATA – 1R35NS132150-01

**Principal Investigator(s):**
RHONDA R VOSKUHL, MD

**Award e-mailed to:** awards@research.ucla.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $876,448 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA LOS ANGELES in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Neurological Disorders And Stroke of the National Institutes of Health under Award Number R35NS132150. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Aaron  Kinchen
Grants Management Officer
NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $300,563 |
| Fringe Benefits | $120,964 |
| **Personnel Costs (Subtotal)** | $421,527 |
| Materials & Supplies | $23,446 |
| Travel | $2,880 |
| Other | $103,242 |
| Tuition Remission | $17,141 |
| | |
| **Federal Direct Costs** | $568,236 |
| **Federal F&A Costs** | $308,212 |
| **Approved Budget** | $876,448 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $876,448 |
| **TOTAL FEDERAL AWARD AMOUNT** | $876,448 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $876,448 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $876,448 | $876,448 |
| 2 | $913,497 | $913,497 |
| 3 | $913,497 | $913,497 |
| 4 | $913,497 | $913,497 |
| 5 | $913,497 | $913,497 |
| 6 | $913,497 | $913,497 |
| 7 | $913,497 | $913,497 |
| 8 | $913,497 | $913,497 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**   1956006143A1
**Document Number:**   RNS132150A
**PMS Account Type:**   P (Subaccount)
**Fiscal Year:**   2023

| IC | CAN | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|
| NS | 8472428 | $876,448 | $913,497 | $913,497 | $913,497 | $913,497 | $913,497 | $913,497 | $913,497 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: UTZU  NE / **OC**: 41021 / **Released**: Kinchen, Aaron 04/28/2023
**Award Processed:** 05/08/2023 12:07:35 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R35NS132150-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R35NS132150-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a. The grant program legislation and program regulation cited in this Notice of Award.
   b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c. 45 CFR Part 75.
   d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R35NS132150. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable

conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  NS SPECIFIC AWARD CONDITIONS – 1R35NS132150-01**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**STANDARD TERMS AND CONDITIONS OF AWARD**

This award provides funding in response to NS22-038.  These funds are to be administered in accordance with the guidelines described in this specific funding opportunity.

The funds in this award shall not be used to pay the salary of an individual at a rate in excess of Executive Level II. Please see the Salary Cap Summary (FY 1990 - Present) for rates and effective dates.

In accordance with the NINDS Funding Strategy, NINDS does not provide funds for inflationary increases. Where applicable, future years have been adjusted.

**DELAYED START DATE**
This award includes funding for twelve (12) months of support.  The competing budget period is awarded for less than twelve (12) months.  Future year budget periods will begin on
May 1.  Allowable preaward costs may be charged to this award.

**FOREIGN COMPONENT**
This award includes collaboration with Dr. Freiderman Paul in Germany.  This site has been NINDS approved. No additional foreign performance sites may be added to this project without the written prior approval of the National Institute for Neurological Disorders and
Stroke.  Contact the assigned Grants Management Specialist if the collaboration changes.

**SHARING PLAN**
The recipient is required to follow the Data Sharing plan included in dated 2/7/2023.  Any change requires prior approval from the NINDS.

**INFORMATION**
This award has been issued at 95.99% of the adjusted requested level* for the 01 year to reflect overlapping support from the following grant:
R01NS109670-05 through 5/31/2023

*Adjusted requested level: The requested level of support with adjustments made in accordance with the budget narrative in the summary statement and applicable grant policies.

**GRADUATE STUDENT COMPENSATION**
In accordance with the NIH Grants Policy Statement section 2.3.7.9, total direct costs (salary, fringe benefits and tuition remission) for graduate students are provided at a level not to exceed the NIH maximum allowable amount (zero level of the Ruth L. Kirschstein National Research Service Award stipend in effect at the time of the competing award). Support recommended for future years that exceeds the allowable amount has been adjusted accordingly.

**R35 TERMS OF AWARD**

1. This competing award has been made at the council-recommended direct cost level.
2. The PI/PD must maintain a minimum effort of 6 person months for the duration of the RPA award. Any modification of research effort on the RPA as a percent of total effort requires prior approval from NINDS.
3. A permanent change of PI/PD will not be allowed.
4. An R35 PI/PD can be awarded a new NINDS grant only if it has been identified as being in an exempted category (see Part 2. Section 1 in the FOA: http://grants.nih.gov/grants/guide/rfa-files/RFA-NS-19-037.html).  PI/PDs are strongly encouraged to contact their NINDS Program Officer for consultation prior to submission.
5. If the PI/PD wishes to relinquish their R35 award, they should, through their organization, inform NINDS program and grants management staff so that an orderly close out can occur.
6. The use of the eRA Research Performance Progress Report (RPPR) Module for submitting Type 5 Progress Reports is required for all awards with start dates on or

after October 17, 2014. See Guide Notice: NOT-OD-15-014
http://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-014.html

7. As noted in the FOA, http://grants.nih.gov/grants/guide/rfa-files/RFA-NS-19-037.html (See Section VI, Award Administration Information, Subsection 3, Reporting) the RPPR instructions are modified as follows:
    a. Under Section 6.2 B.1, What are the major goals of the project?  Note that the goals of the program of research supported by the RPA are broader than the specific aims of a single project and should be appropriately described.  If the goals of the RPA have changed, complete section B.1.a. Provide a rationale for the changes in the context of the originally proposed research program and further contributions to the field, and an explanation of how the research continues to fit within NINDS mission interests.
    b. Under Section B.2, in addition to the instructions, emphasize how the work continues to be innovative and of high impact.
    c. Under section D.2.c. additional information, indicate if there have been changes in Other Support.  In addition to the revised Other Support page, include an explanation of the relationship of the new awards to the activities supported by the RPA.

8. Six months prior to the end of the -05-budget period, the following should be submitted concurrently with the year four RPPR in order to request the three additional years of funding:
    a. A letter co-signed by the Business Official and Principal Investigator requesting an additional three years of support; and
    b. A one-to-two-page description of the overall research accomplishments during the previous 4.5 years that justifies continuation of the research program for the final three years.

The NINDS in consultation with the NINDS Advisory Council will review these documents. A Notice of Award will be issued extending the award for three additional years contingent upon a successful administrative review and approval by the NINDS and the NINDS Council.


**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R35NS132150-01

**INSTITUTION:** UNIVERSITY OF CALIFORNIA LOS ANGELES

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 |
|---|---|---|---|---|---|---|---|---|
| Salaries and Wages | $300,563 | $313,126 | $313,126 | $313,126 | $313,126 | $313,126 | $313,126 | $313,126 |
| Fringe Benefits | $120,964 | $126,020 | $126,020 | $126,020 | $126,020 | $126,020 | $126,020 | $126,020 |
| Personnel Costs (Subtotal) | $421,527 | $439,146 | $439,146 | $439,146 | $439,146 | $439,146 | $439,146 | $439,146 |
| Materials & Supplies | $23,446 | $24,426 | $24,426 | $24,426 | $24,426 | $24,426 | $24,426 | $24,426 |
| Travel | $2,880 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Other | $103,242 | $107,556 | $107,556 | $107,556 | $107,556 | $107,556 | $107,556 | $107,556 |
| Tuition Remission | $17,141 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 |
| TOTAL FEDERAL DC | $568,236 | $591,985 | $591,985 | $591,985 | $591,985 | $591,985 | $591,985 | $591,985 |

| TOTAL FEDERAL F&A | $308,212 | $321,512 | $321,512 | $321,512 | $321,512 | $321,512 | $321,512 | $321,512 |
| TOTAL COST | $876,448 | $913,497 | $913,497 | $913,497 | $913,497 | $913,497 | $913,497 | $913,497 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 |
|---|---|---|---|---|---|---|---|---|
| F&A Cost Rate 1 | 56% | 56% | 56% | 56% | 56% | 56% | 56% | 56% |
| F&A Cost Base 1 | $550,379 | $574,128 | $574,128 | $574,128 | $574,128 | $574,128 | $574,128 | $574,128 |
| F&A Costs 1 | $308,212 | $321,512 | $321,512 | $321,512 | $321,512 | $321,512 | $321,512 | $321,512 |