Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, *et al.*,<br>Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 3:25-cv-4737<br><br>**DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION AS TO THE DEPARTMENT OF HEALTH AND HUMAN SERVICES / NATIONAL INSTITUTES OF HEALTH** |

I, Elizabeth J. Cabraser, declare as follows:

1. I am an attorney admitted to practice in the state of California. I am a partner of Lieff Cabraser Heimann & Bernstein LLP ("LCHB"). I respectfully submit this declaration in support of Plaintiffs' Motion For Preliminary Injunction And Provisional Class Certification As To Department of Health and Human Services / National Institutes of Health. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of the July 31, 2025 "Notice of Award Suspension" letter sent from NIH Acting Deputy Director for Extramural Research, Jon Lorsch, to University of California Los Angeles Chancellor, Dr. Julio Frenk.

3. Attached as **Exhibit B** is a true and correct copy of an exemplar individual NIH grant termination letter that Defendants produced to Plaintiffs on June 17, 2025.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 29th day of August, 2025, in San Francisco.

            */s/Elizabeth Cabraser*
            Elizabeth Cabraser