UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NEETA THAKUR, *et al.*, )
)
Plaintiffs, )
)
v. ) Case No. 25-cv-4737-RFL
)
DONALD J. TRUMP, in his official capacity as )
President of the United States, *et al.*, )
)
Defendants. )
)
)
)

**Administrative Record Index**

| Document Title/Description | Bates Number Range |
|---|---|
| February 28, 2025 Grant/Cooperative Agreement Modification | DEFSDOD_00001 – DEFSDOD_00002 |
| April 23, 2025 Office of Naval Research Award / Modification | DEFSDOD_00003 – DEFSDOD_00007 |
| May 23, 2025 Office of Naval Research Award / Modification | DEFSDOD_00008 – DEFSDOD_00012 |
| April 7, 2025 Amendment of Solicitation/Modification of Contract | DEFSDOD_00013 – DEFSDOD_00014 |
| April 24, 2025 Memorandum re Elimination of Wasteful Spending at the Department of the Navy | DEFSDOD_00015 – DEFSDOD_00016 |
| February 25, 2025 Email re Grants to terminate | DEFSDOD_00017 |
| Attachment: GRANTS PIVOT_Copy of TAB A - Research Grants and Cooperative Agreements_BRO_vSend.xlsx | DEFSDOD_00018 |
| March 21, 2025 Email chain re New list of contracts / grants you mentioned on Teams | DEFSDOD_00019 |

Administrative Record Index (Continued)

| Document Title/Description | Bates Number Range |
|---|---|
| Attachment: Non-Aligned Grants - Batch 2.xlsx | DEFSDOD_00020 |
| Attachment: DCHRMS Contracts Pull.xlsx | DEFSDOD_00021 |
| Attachment: Consulting Contracts - 17 March.xlsx | DEFSDOD_00022 |
| July 22, 2025 Email chain re UC Grants Terminations Document request (S: COB 723) | DEFSDOD_00023 – DEFSDOD_00024 |
| March 20, 2025 Memorandum re Continuing Elimination of Wasteful Spending at the Department of Defense | DEFSDOD_00025 |
| February 26, 2025 Presidential Action re Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative | DEFSDOD_00026 – DEFSDOD_00031 |
| January 20, 2025 Presidential Action re Ending Radical And Wasteful Government DEI Programs And Preferencing | DEFSDOD_00032 – DEFSDOD_00036 |
| July 23, 2025 Email chain re DAF DOGE Inquiry | DEFSDOD_00037 – DEFSDOD_00038 |
| March 14, 2025 Email chain re MINERVA Grant Determination | DEFSDOD_00039 – DEFSDOD_00040 |
| Attachment: AFOSR Grant Termination List - 11 Mar 25.xlsx | DEFSDOD_00041 |
| Attachment: AFOSR_EO_Compliance_Covered_Award_Review_25_03.pdf | DEFSDOD_00042 |
| Attachment: AFOSR_EO_Compliance_Grant_Termination_Memo_25_.pdf | DEFSDOD_00043 – DEFSDOD_00047 |
| July 23, 2025 Email chain re Notice of Intent to Terminate - FA9550-23-1-0437 | DEFSDOD_00048 |
| Attachment: Terminate Letter_FA9550-23-1-0437.pdf | DEFSDOD_00049 |
| July 23, 2025 Email chain re Please review - grants pending termination | DEFSDOD_00050 |
| July 23, 2025 Email chain re URGENT!!! Guidance needed; DOGE MURI TERMINATION!! RE: Please review - grants pending termination | DEFSDOD_00051 |

## Administrative Record Index (Continued)

| Document Title/Description | Bates Number Range |
|---|---|
| June 3, 20205 Email chain re Response due 1700 Today; OSD DOGE Cooperative Agreement termination notice; FA87502320004 UCLA | DEFSDOD_00052 – DEFSDOD_00053 |
| July 23, 2025 Email chain re notification of termination of Minerva awards | DEFSDOD_00054 |
| Attachment: MFR_Grant_Termination_MRI-AFOSR 20250228.docx | DEFSDOD_00055 – DEFSDOD_00056 |
| UC System Terminations - June 13.xlsx | DEFSDOD_00057 |
| March 3, 2025 Grant/Cooperative Agreement Modification | DEFSDOD_00058 – DEFSDOD_00059 |
| August 28, 2025 Grant/Cooperative Agreement Award | DEFSDOD_00060 – DEFSDOD_00067 |
| August 2024 Presentation re Integrated Deterrence: An Empirical Analysis of the Israel-Gaza Conflict | DEFSDOD_00068 – DEFSDOD_00090 |
| July 24, 2024 Grant/Cooperative Agreement Modification | DEFSDOD_00091 – DEFSDOD_00093 |
| Initial Announcement: Minerva Research Initiative | DEFSDOD_00094 – DEFSDOD_00137 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:25-cv-11740-BEM ) ) ) ) ) ) |

**DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Jason O. Day, hereby declare and certify as follows:

    1.    I am employed by the Department of Defense ("DoD" or "the Department") and serve as the Research Policy Director for the Office of the Under Secretary of Defense for Research and Engineering (OUSD(R&E)). I have held this position since January 2022.

    2.    As the OUSD(R&E) Research Policy Director, I am aware of the process by which the agency compiled the administrative record for determinations made since January 20, 2025, to terminate financial assistance awards to University of California ("UC") institutions that no longer effectuate agency priorities.

    3.    To the best of my knowledge, information, and belief, the documents that have been labeled with Bates range DEFSDOD_ 00001 through DEFSDOD _00137 constitute the complete administrative record for the analysis and rationale that supported the termination of certain financial assistance awards to UC institutions.

2

4. Each document in the administrative record is a true and correct copy of a record retained in the files of the Department of Defense. I understand from counsel that the index and certification will be filed on the Court's docket and the full record will be produced today.

In accordance with 28 U.S.C. § 1746 I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on September 2, 2025, at Washington, D.C.

/s/ DAY.JASON.OWEN.1537875484
Digitally signed by DAY.JASON.OWEN.1537875484
Date: 2025.09.02 13:20:05 -04'00'

Jason O. Day