UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendants*. | Case No. 3:25-cv-04737 |

### CERTIFICATION OF THE ADMINISTRATIVE RECORD

Britain Bruner, PhD, pursuant to 5 U.S.C. § 706, deposes and says as follows:

1. I am a Transportation Specialist in the Office of University Research, Technology & Education in the Office of the Secretary (OST).  In this position, I am a Grant Manger for the grant recipients under Opportunity No. UTCOPENCOMP2022.  The facts attested to herein are based on my personal knowledge.

2. I certify that the Index attached hereto constitutes, to the best of my knowledge, a true and complete description of the documents and materials that constitute the administrative record of non-privileged decisionmaking related to the termination of federal grants 69A3552344814 and 69A3552348319 to the University of California, Davis and federal grant 69A3552348309 to the University of Southern California.

 I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2025

 

_____
Britain Bruner, PhD
Transportation Specialist, Office of University Research,
Technology & Education in the Office of the Secretary (OST)
U.S. Department of Transportation

## Index to the Administrative Record for Case No. 3:25-cv-4737

| Document Description | Date | Beginning Bates No. |
|---|---|---|
| University Transportation Center Program Notice of Funding Opportunity | May 25, 2022 | DoTAR_00003 |
| University of California, Davis Application and Statement of Work | No Date Listed | DoTAR_00043 |
| University of Southern California Application and Statement of Work | July 6, 2022 | DoTAR_00082 |
| University of California, Davis Grant Agreement (Year 1) | June 1, 2023 | DoTAR_00179 |
| University of California, Davis Grant Agreement (Year 2) | June 1, 2024 | DoTAR_00185 |
| University of Southern California Grant Agreement (Year 1) | June 1, 2023 | DoTAR_00191 |
| University of Southern California Grant Agreement (Year 2) | June 1, 2024 | DoTAR_00194 |
| University of California, Davis Termination Letter | May 2, 2025 | DoTAR_00197 |
| University of Southern California Termination Letter | May 2, 2025 | DoTAR_00199 |
| U.S. Department of Transportation Website | April 15, 2025 | DoTAR_00201 |
| University Transportation Center Websites | April 17, 2025 and April 30, 2025 | DoTAR_00221 |
| U.S. Department of Transportation Secretarial Memorandum | January 29, 2025 | DoTAR_00222 |
| U.S. Department of Transportation Order 2100.7 | March 11, 2025 | DoTAR_00224 |

| | | |
|---|---|---|
| Secretary of Transportation Letter to Grantees | April 24, 2025 | DoTAR_00228 |
| Executive Order 14148 | January 20, 2025 | DoTAR_00232 |
| Executive Order 14222 | February 26, 2025 | DoTAR_00235 |
| Email<br>Subject: UTC Funding | January 29, 2025 | DoTAR_00237 |
| Email<br>Subject: UTC Grants Guidance | March 25, 2025 | DoTAR_00238 |
| Email<br>Subject: RE: UTC Grants Guidance | April 11, 2025 | DoTAR_00240 |
| Email<br>Subject: RE: UTC Grants Guidance | April 9, 2025 | DoTAR_00243 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00247 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00248 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00249 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00250 |
| Email<br>Subject: RE: Letter From the Secretary | April 29, 2025 | DoTAR_00251 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00253 |

| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00254 |
| --- | --- | --- |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00255 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00256 |
| Email<br>Subject: Letter From the Secretary | April 28, 2025 | DoTAR_00257 |
| Email<br>Subject: RE: Letter From the Secretary | April 29, 2025 | DoTAR_00258 |
| Email<br>Subject: No Update from DOT Leadership | April 15, 2025 | DoTAR_00260 |