**NSF Administrative Record Index, Thakur v. Trump**

| Document | Date | Bates Number Range |
|---|---|---|
| **Executive Orders (EO), OMB Guidance, & Other Documents** | | 00001 |
| 1. EO 14149, *Restoring Freedom of Speech and Ending Federal Censorship*, 90 Fed. Reg. 8243 (Jan. 28, 2025) | 01/28/25 | 00002-00003 |
| 2. EO 14151, *Ending Radical and Wasteful DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 29, 2025) | 01/20/25 | 00004-00006 |
| 3. EO 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 30, 2025) | 01/20/25 | 00007-00010 |
| 4. EO 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 31, 2025) | 01/21/25 | 00011-00014 |
| 5. EO 14222, *Implementing the President's 'Department of Government Efficiency' Cost Efficiency Initiative*, 90 Fed. Reg. 11095 (Mar. 3, 2025) | 02/26/25 | 00015-00017 |
| 6. OMB Memorandum for Heads of Executive Departments and Agencies M-25-13, *Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs* | 01/27/25 | 00018-00019 |
| 7. OMB Memorandum for Heads of Executive Departments and Agencies M-25-14, *Rescission of M-25-13* | 01/29/25 | 00020 |
| 8. House of Representatives Committee on the Judiciary and the Select Subcommittee on the Weaponization of the Federal Government, Interim Staff Report, *The Weaponization of the National Science Foundation: How NSF is Funding the Development of Automated Tools to Censor Online Speech "At Scale" and Trying to Cover Up Its Actions* | 02/05/24 | 00021-00099 |
| 9. U.S. Senate Commerce Committee Press Release, *Cruz-Led Investigation Uncovers $2 Billion in Woke DEI Grants at NSF, Releases Full Database* | 02/11/25 | 00100 |
| 10. Full database accompanying 02/11/25 Cruz press release; *Copy of Public Database_Release.xlsx* | | 00101 |
| 11. National Science Foundation, *Privacy Act of 1974; System of Records Notice*, 86 Fed. Reg. 62217 (Nov. 9, 2021) | 11/09/21 | 00102-00104 |
| 12. National Science Foundation Staff Memorandum OD 25-06, *National Science Foundation Implementation of Recent Executive Orders* | 01/28/25 | 00105-00106 |

**NSF Administrative Record Index, Thakur v. Trump**

| Document | Date | Bates Number Range |
|---|---|---|
| 13. National Science Foundation Staff Memorandum OD 25-27, *U.S. National Science Foundation Priorities* | 04/18/25 | 00107-00111 |
| 14. National Science Foundation Staff Memorandum OD 25-31, *Supplemental Awards in FY25* | 04/25/25 | 00112 |
| **Judicial Orders** | | 00113 |
| 15. New York, et al., v. Trump et al., 764 F. Supp. 3d 46 (D.R.I. Jan. 31, 2025) (order granting temporary restraining order) | 01/31/25 | 00114-00126 |
| 16. New York, et al., v. Trump et al., 769 F. Supp. 3d 119 (D.R.I. Mar. 6, 2025) (order granting preliminary injunction) | 03/06/25 | 00127-00171 |
| **Policy Statements** | | 00172 |
| 17. Email from NSF Director re: Statement of NSF Priorities (email attachment included in item 13, above) | 04/18/25 | 00173 |
| 18. Email to NSF Executive Leadership Team, etc., announcing communications plan and attaching final documents (attachments included in item 13, above) | 04/18/25 | 00174 |
| **Press Releases, Social Media, & NSF.gov** | | 00175 |
| 19. NSF Implementation of Recent Executive Orders – 01/28/25, 16:10 update | 01/28/25 | 00176 |
| 20. NSF Implementation of Recent Executive Orders – 01/29/25, 15:35 update | 01/29/25 | 00177 |
| 21. NSF Implementation of Recent Executive Orders – 02/02/25, 12:03 update | 02/02/25 | 00178 |
| 22. NSF Implementation of Recent Executive Orders – 02/03/25, 11:32 update | 02/03/25 | 00179 |
| 23. NSF Implementation of Recent Executive Orders – 02/07/25, 16:12 update | 02/07/25 | 00180 |
| 24. NSF Implementation of Recent Executive Orders – 02/15/25, 18:26 update | 02/15/25 | 00181 |
| 25. NSF Implementation of Recent Executive Orders – 02/21/25, 15:38 update | 02/21/25 | 00182 |
| 26. NSF Implementation of Recent Executive Orders – 03/07/25, 14:22 update | 03/07/25 | 00183 |
| 27. NSF Implementation of Recent Executive Orders – 03/14/25, 16:50 update | 03/14/25 | 00184 |
| 28. NSF Implementation of Recent Executive Orders – 03/21/25, 17:03 update | 03/21/25 | 00185 |
| 29. NSF Implementation of Recent Executive Orders – 03/28/25, 17:02 update | 03/28/25 | 00186 |
| 30. NSF Implementation of Recent Executive Orders – 04/04/25, 17:01 update | 04/04/25 | 00187 |
| 31. NSF Implementation of Recent Executive Orders – 04/15/25, 15:55 update | 04/15/25 | 00188 |

**NSF Administrative Record Index, Thakur v. Trump**

| Document | Date | Bates Number Range |
|---|---|---|
| 32. NSF Implementation of Recent Executive Orders – 04/18/25, 15:04 update | 04/18/25 | 00189 |
| 33. NSF Public Statements re: Changed Priorities (01/20/25 to 04/18/25), social media posts | | 00190 |
| 34. Updates on NSF Priorities | 04/18/25 | 00191 |
| **Terminations** | | 00192 |
| 35. Email noting direction re: grant terminations for 04/18/25 | 04/16-17/25 | 00193-00195 |
| 36. Email sending list of grants to be processed for 04/18/25 termination | 04/16/25 | 00196 |
| 37. *Master Tracker Grants for April 18.xlsx* (attachment to item 36, above) | 04/18/25 | 00197 |
| 38. Email communicating results of grant review | 04/23/25 | 00198 |
| 39. *Zach Review File Apr 23 2025.xlsx* (attachment to item 38, above; Tab 2 omitted, aligns with redactions in item 38) | 04/23/25 | 00199 |
| 40. Email discussion re: second (April 25) tranche of terminations | 04/23/25 | 00200-00203 |
| 41. Final list of grant terminations for April 25 | 04/25/25 | 00204 |
| 42. Master Review File Apr 23 2025_NM.xlsx (attachment to item 40, above) | 04/25/25 | 00205 |
| **Grant Files (NSF Plaintiff, Jedda Foreman)** | | 00206 |
| 43. Grant Files for Award: 2314075 | | 00207-00418 |
| 44. Grant Files for Award: 2315277 | | 00419-00633 |
| 45. Grant Files for Award 2241805 and supplement 2506089 | | 00634-00856 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 25-cv-04737-RFL<br><br>**CERTIFICATION OF THE ADMINISTRATIVE RECORD** |

    I, Rebecca Keiser, U.S. National Science Foundation, hereby certify that the documents attached hereto constitute, to the best of my knowledge and belief, the administrative record of non-privileged materials related to the termination of grants by the United States National Science Foundation that are challenged in the above-captioned case.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed on this 2nd day of September 2025.

_____
Rebecca Keiser
Chief of Staff (Acting) and Chief of
Research Security, Strategy, and Policy
U.S. National Science Foundation