CUI//PRIVILEGE

| Document | Date | Bates Number Range |
|---|---|---|
| **A. Documents Relevant to All Plaintiffs** | | |
| 1. Excerpt of Spreadsheet Copy of NEH Active Grants (03.28.2025) MM_AW | 03/28/2025 | NEH-AR_00001 |
| 2. Excerpt of Spreadsheet Confirmation of Term Grants as of Apr. 2 | 04/07/2025 | NEH-AR_00002 |
| 3. Excerpt of Spreadsheet NEH_ Biden Grants | 03/12/2025 | NEH-AR_00003 |
| 4. Excerpt of Spreadsheet NEH.Award.Data.2021-2025 | 03/21/2025 | NEH-AR_00004 |
| 5. NEH Grant Termination_Internal Proc & Revocation of 3 Terminated Grants | 04/07/2025 | NEH-AR_00005 |
| 6. Confirmation of Terminated grants as of April 2, 2025<br>  Linked document in email is item #2 above. | 04/03/2025 | NEH-AR_00008 |
| 7. Excerpt of Spreadsheet 2025-04-01 Active Awards | 04/01/2025 | NEH-AR_00009 |
| 8. Excerpt of Spreadsheet NEH-Awards-2025 Data Call | 03/13/2025 | NEH-AR_00010 |
| 9. NC email_NEH list of Biden Grants<br>  Linked document in email is item #3 above. | 03/12/2025 | NEH-AR_00011 |
| 10. BS email_NEH Active Awards_Grants Linked document in email is item #7 above. | 04/01/2025 | NEH-AR_00012-14 |

Controlled by National Endowment for the Humanities

| 11. Question re: email address for EO deliverable<br>Linked document in email is item #4 above. | 03/21/2025 | NEH-AR_00015-16 |
|---|---|---|
| 12. FW_TO REVIEW_Active Grants | 03/31/2025 | NEH-AR_00017-19 |
| 13. FW_NEH Active Awards_Grants | 03/31/2025 | NEH-AR_00020-21 |
| 14. Review criteria for reviewing all the awards<br>  Linked document in email is item #8 above. | 02/07/2025 | NEH-AR_00022-23 |
| 15. FW_historical review of grants<br>  Linked document in email is item #8 above. | 03/13/2025 | NEH-AR_00024-25 |
| 16. NEH April 24, 2025 Press Release – An Update on NEH Funding Priorities | 04/24/2025 | NEH-AR_00026-33 |
| 17. NEH Updates on NEH Priorities – Webpage last updated April 24, 2025 | 04/24/2025 | NEH-AR_00034-38 |
| **B.  Documents Relevant to Grant RQ-300297-25 to UCA Berkeley Plaintiff Robert Hirst** | | |
| 1.  Application | 11/29/2023 | NEH-AR_00039-119 |
| 2. Specific Terms and Conditions | 07/14/2025 | NEH-AR_00120-124 |
| 3. Offer Letter for RQ-300297-25 | 08/28/2024 | NEH-AR_00125-126 |
| 4. Notice of Funding Opportunity for the Scholarly Editions and Scholarly Translations program. | | NEH-AR_00127-166 |

CUI//PRIVILEGE

| | | |
|---|---|---|
| 5. Notice of Grant Termination | 04/02/2025 | NEH-AR_00167 |
| 6. Award Reporting Requirements Schedule | 07/14/2025 | NEH-AR_00168 |
| 7. Award Notice of Action (NOA) | 03/20/2025 | NEH-AR_00169-170 |
| 8. Certification of Gifts | 10/31/2024 | NEH-AR_00171-172 |
| 9. Email transmitting Notice of Grant Termination | 04/02/2025 | NEH-AR_00173 |
| **C.  Documents Related to Grant RZ-292650-23 to UCA Berkeley Plaintiff Christine Philliou** | | |
| 1. Notice of Funding Opportunity for the Collaborative Research program. | | NEH-AR_00174-213 |
| 2. Pre-Award Correspondence regarding the Budget and Institutional Grant Administrator (IGA) change. | 09/21/2023 | NEH-AR_00214-218 |
| 3. Revised Budget Justification | 9/22/2023 | NEH-AR_00219-221 |
| 4. Pre-Award Correspondence regarding IGA change. | 09/15/2023 | NEH-AR_00222-225 |
| 5. Application | 11/29/2022 | NEH-AR_00226-289 |
| 6. Revised Budget | 9/22/2023 | NEH-AR_00290-300 |

CUI//PRIVILEGE

| | | |
|---|---|---|
| 7. Email transmitting Notice of Grant Termination | 04/02/2025 | NEH-AR_00301 |
| 8. Notice of Grant Termination | 04/02/2025 | NEH-AR_00302 |
| 9. Award Notice of Action (NOA) | 09/22/2023 | NEH-AR_00303 |
| 10. Specific Terms and Conditions | 09/22/2023 | NEH-AR_00304-308 |
| 11. Award Letter | 9/22/2023 | NEH-AR_00309 |
| 12. Award Reporting Requirements Schedule | 09/14/2023 | NEH-AR_00310 |

Controlled by National Endowment for the Humanities

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-4737 |

**DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Elizabeth Voyatzis, hereby declare and certify as follows:

1. I am employed by the National Endowment for the Humanities ("NEH") and serve as the Acting General Counsel for the Office of General Counsel ("OGC"). I have held this position since March 10, 2025.

2. I have worked at NEH since October 2007 in a variety of positions including Attorney Advisor and Deputy General Counsel.

3. As the Acting General Counsel, I am aware of the process by which the agency compiled the administrative record for determinations made since January 20, 2025, to terminate financial assistance awards to University of California ("UC") institutions that no longer effectuate the priorities of President Trump's administration, as set forth in the presidential memoranda on "Ending Radical And Wasteful Government DEI Programs and Preferencing," dated January 20, 2025, "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" dated January 21, 2025, and "Implementing The President's 'Department of Government Efficiency' Cost Efficiency Initiative," dated February 26, 2025.

1

4.	To the best of my knowledge, information, and belief, the documents that have been labeled with Bates range NEH-AR_00001 through NEH-AR_00310 constitute the complete administrative record for the analysis and rationale that supported the termination of certain financial assistance awards to UC institutions, pursuant to the memoranda referenced above.

5.	Each document in the administrative record is a true and correct copy of a record retained in the files of the NEH.  I understand from counsel that the record will be filed on the Court's docket and served on the plaintiffs today.

In accordance with 28 U.S.C. § 1746 I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on September 2, 2025, at Washington, D.C.

/s/  Elizabeth Voyatzis

Elizabeth Voyatzis