Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 3:25-cv-04737-RL <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Judge: Hon. Rita F. Lin |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants ("the Parties"), through their respective undersigned counsel, stipulate and agree as follows.

1. Pursuant to the schedule entered on July 2, 2025, Dkt. 60, Defendants produced the administrative record for EPA, NSF, NEH, DOD, and DOT on September 2, 2025.

2. Today, September 8, 2025, is the deadline for Plaintiffs to submit a status report as to whether Plaintiffs will move to augment the administrative. Dkt. 60. In preparation for that filing, Plaintiffs identified for Defendants a number of perceived deficiencies in the record produced thus far—including, *e.g.*, missing native files, redactions that Plaintiffs believe to be overbroad and inconsistent, and the fact that Defendants still have not produced and the "actual keywords used" to identify and select grants for termination, even though they were ordered to so in connection with the expedited discovery. *See* July 2, 2025, Hr'g Tr. at 15:10-11 (The Court: "I will order as part of the expedited discovery the actual keywords used in any keyword search.").

3. Defendants learned of Plaintiffs' concerns this afternoon and have begun working to address them. For example, Defendants provided today three native files referenced in the PDF administrative record but inadvertently omitted in the production to Plaintiffs. Defendants also noted that materials protected by the deliberative process privilege are not part of the administrative record under *Blue Mountains Biodiversity Project v. Jeffries*, 99 F.4th 438 (9th Cir. 2024), and how that principle may be affecting the topics Plaintiffs have identified. Defendants look forward to working with Plaintiffs to try and resolve the concerns they have raised and believe the issues can be resolved without the need for briefing.

4. The Parties believe that further meet and confers may be productive to narrow the scope of any potential disputes for resolution.

5. With that in mind, and in light of the Court's directions at the August 26, 2025, hearing, the Parties have agreed to the following revised schedule for further proceedings:

| Event | Current deadline | Parties' Stipulated Proposal |
|---|---|---|
| Defendants' Opposition to Plaintiffs' motion to add NIH | 9/10/2025 | 9/10/2025 |

| | | |
|---|---|---|
| Plaintiffs' Reply re NIH | 9/15/2025 | 9/15/2025 |
| Hearing on pending motions re DOD/DOT/NIH | 9/18/2025 | 9/18/2025 |
| Administrative Record for NIH | NA | 10/24/2025 |
| Status Report re Administrative Record | 9/8/2025 | 10/31/2025 |
| MSJ / Class Cert | 10/10/2025 | 12/22/2025 |
| Opp. MSJ / Class Cert | 11/7/2025 | 2/6/2026 |
| Reply MSJ / Class Cert | 11/21/2025 | 2/20/2026 |
| Hearing | 12/16/2025 | ~~Court's convenience~~ **3/17/2026** |

THEREFORE, IT IS HEREBY STIPUALTED AND AGREED, by and between the Parties, subject to the Court's approval, that the schedule shall be modified as reflected above.

Dated: September 8, 2025         By: /s/ *Kevin Budner*

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
Nabila M. Abdallah (CA Bar No. 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

*Attorneys for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| Date: September 8, 2025 | By: | /s/ *Jason Altabet* |

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for United States*

1       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  September __9__, 2025                  _____

                                         The Honorable Rita F. Lin
                                         UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Kevin R. Budner, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: September 8, 2025                    */s/ Kevin R. Budner*
                                             Kevin R. Budner