Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **DECLARATION OF CLAUDIA POLSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION AS TO ADDITIONAL AGENCY DEFENDANTS** |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

1     I, Claudia Polsky, declare as follows:

2     1.     I am a Clinical Professor of Law at UC Berkeley. In my non-faculty capacity, I
3 represent plaintiffs in this matter. I have personal knowledge of the facts contained herein and, if
4 called as a witness, could and would testify competently to them.

5     2.     Attached as Exhibit A is a true and correct copy of a spreadsheet I received from
6 Dr. Susan Handy on September 9, 2025. It cumulates the University of California (UC)
7 researchers who were directly or indirectly supported by U.S. Department of Transportation
8 (DOT) grants that the agency has terminated since January 20, 2025.

9     3.     Attached as Exhibit B is a true and correct copy of my accompanying email
10 correspondence with Dr. Handy. In it, Dr. Handy explains that depending on which researchers are
11 counted, the number of UC researchers affected by the DOT grant terminations is either 38 or 72.
12 The larger figure includes researchers whose grants from other sources have evaporated in the
13 wake of DOT's termination of UC grants because those sources required a federal match. Thus,
14 the termination of DOT funding is the but-for cause of these researchers' loss of project funding.

15     I declare under penalty of perjury under the laws of the State of California and the United
16 States that the foregoing is true and correct.

17     Executed this 15th day of September, 2025 in Berkeley, California.

                                                            */s/ Claudia Polsky*
                                                            Claudia Polsky

DECLARATION OF CLAUDIA POLSKY ISO PL.'S MOT. FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION AS TO ADDITIONAL AGENCY DEFENDANTS – Case No. 3:25-cv-04737-RL      1

# EXHIBIT A

**US DOT Grants with UC Pis**

**Researchers**
| | |
|---|---|
| Federal total | 38 |
| Match total | 34 |

**GSRs**
| | |
|---|---|
| Federal total | 17 |
| Match total | 21 |

**Student grants**
| | |
|---|---|
| Federal total | 23 |
| Match total | 5 |

**NCST - National Center for Sustainable Transportation**

**Federal**
| | UC Davis | UC Riverside | Total |
|---|---|---|---|
| Researchers | 16 | 2 | 18 |
| GSRs | 6 | 1 | 7 |
| Student grants | 0 | 4 | 4 |

**Caltrans or Office of Research Match**
| | UC Davis | UC Riverside | Total |
|---|---|---|---|
| Researchers | 21 | 3 | 24 |
| GSRs | 11 | 1 | 12 |
| Student grants | 5 | 0 | 5 |

**PSR - Pacific Southwest Region University Transportation Center**

**Federal**
| | UC Davis | UCLA | UC Irvine | UC Berkeley | UCSB | Total |
|---|---|---|---|---|---|---|
| Researchers | 2 | 0 | 0 | 0 | 1 | 3 |
| GSRs | 1 | | | | 1 | 2 |
| Student grants | 2 | 10 | | 7 | | 19 |

**Caltrans or OR Match**
| | UC Davis | UCLA | UC Irvine | UC Berkeley | UCSB | Total |
|---|---|---|---|---|---|---|
| Researchers | 3 | 2 | 3 | 2 | 0 | 10 |
| GSRs | 2 | 2 | 3 | 2 | | 9 |
| Student grants | | | | | | 0 |

**CERRCET - Center for Emissions Reduction, Resiliency, and Community Engagement in Transportation**

**Federal**
| | UC Davis | UC Riverside | Total |
|---|---|---|---|
| Researchers | 16 | 1 | 17 |
| GSRs | 7 | 1 | 8 |

# EXHIBIT B

RE: Q about DOT researchers in UC system impacted by grant terminations

From:   Susan L Handy (slhandy@ucdavis.edu)

To:     polskymermin@sbcglobal.net

Date:   Tuesday, September 9, 2025 at 09:21 PM PDT

A total of 72 researchers, including post-docs.

Graduate Student Researchers (PhD plus MS) total 38. Another 28 graduate students received grants for their research. Again this includes

A couple of notes:

The NCST and PSR grants do an annual call for proposals. We were finishing up Year 2 projects as of the termination and had just collected proposals for Year 3 projects. We are reporting the number of researchers for Year 2, as this is a good indicator of the number of researchers we would have had for Year 3. The amount of funding for research projects is the same form year to year.

The total of 72 includes 38 researchers funded with federal funding, plus 34 researchers funded with matching funds from Caltrans that we are no longer guaranteed to get because we no longer have the federal funds. In other words, the Caltrans funds were conditional on the federal funds. We feel it is appropriate to include these researchers as well, but of course we understand if you want to use just the federal numbers. For student grants, we included the funding from our Office of Research that they provided as match that was also conditional on the federal funding.

The spreadsheet with details is attached. This shows the numbers separately for researchers versus students, federal versus state funding, by campus.

I hope this is what you need. Let me know if you'd like to talk it through.

Thanks!
Susan

**From:** Claudia Polsky <polskymermin@sbcglobal.net>
**Sent:** Tuesday, September 9, 2025 3:55 PM
**To:** Susan L Handy <slhandy@ucdavis.edu>
**Subject:** Re: Q about DOT researchers in UC system impacted by grant terminations

Most important are senate faculty/professional researchers. If there are PhD students involved too, it would be good to have that as a separate figure. thanks!

On Tuesday, September 9, 2025 at 12:16:46 PM PDT, Susan L Handy <slhandy@ucdavis.edu> wrote:

Hi Claudia - We're not sure what to do about students, i.e. GSRs. Should we include them, or should we only include academic senate faculty and professional researchers?

Thanks,

Susan

**From:** Claudia Polsky <polskymermin@sbcglobal.net>
**Sent:** Sunday, September 7, 2025 10:27 PM
**To:** Susan L Handy <slhandy@ucdavis.edu>
**Subject:** Re: Q about DOT researchers in UC system impacted by grant terminations

Thank you, Susan!

On Sunday, September 7, 2025 at 09:19:58 PM PDT, Susan L Handy <slhandy@ucdavis.edu> wrote:

I'm on it!

**From:** Claudia Polsky <polskymermin@sbcglobal.net>
**Sent:** Sunday, September 7, 2025 5:45 PM
**To:** Susan L Handy <slhandy@ucdavis.edu>
**Subject:** Q about DOT researchers in UC system impacted by grant terminations

Hi Susan. As we move towards a court hearing on 9/18 about potential DOT grant reinstatements, it would be helpful for us to have firmer figures as to the number of UC researchers systemwide who are directly impacted by unlawful terminations of DOT awards and subawards to date. Your declaration for this litigation, combined with data from UCOP, has provided some of the figures we need. If you are able this week without too much effort able to get us more accurate info on the UC personnel involved as subawardees on the UCS grant below, that would be terrific.

Many thanks,

Claudia

| Federal Award No. | Project Title | Prime Awardee | Subawardees | # of UC researchers affected |
|---|---|---|---|---|
| A24-3016 | The Center for Emissions Reduction, Resiliency, and Climate Equity in Transportation (CERRCET) | UC Davis | <ul><li>University of California, Riverside</li><li>California State University, Long Beach</li><li>Texas Southern University</li><li>University of Southern California</li><li>University of Vermont</li></ul> | <ul><li>8 UC researchers total (5 UC Davis, 3 UC Riverside)</li></ul> (Documentation in support: UCD - 24-1853 Proposal_Watkins (UCD award); FE_MCA_A24 (UCR subaward))-> I can supply if needed |

| | | | | |
|---|---|---|---|---|
| 69A3552344814 | National Center for Sustainable Transportation | UC Davis | <ul><li>University of California, Riverside</li><li>California State University, Long Beach</li><li>University of Southern California</li><li>Georgia Institute of Technology</li><li>University of Vermont</li></ul> | <ul><li>14 UC researchers total (as per grant award attached to Declaration of Susan Handy)</li></ul> |
| 69A3552348309 | Pacific Southwest Region University Transportation Center | University of Southern California | <ul><li>University of California, Berkeley</li><li>University of California, Davis</li><li>University of California, Irvine</li><li>University of California, Los Angeles</li><li>California State University, Long Beach</li><li>Northern Arizona University</li><li>Pima Community College</li><li>University of Hawaii</li><li>University of Nevada, Las Vegas</li></ul> | <ul><li>4 UC researchers minimum (1 per subawardee campus); we don't have the full personnel list but could obtain if necessary</li></ul> |



US DOT Researchers affected.xlsx
12.1 KB