STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, and UAW in* AAUP v. Trump, *Case No. 3:25-cv-07864-PHK*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-04737-RFL<br><br>Assigned to the Honorable Rita Lin<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |

Having considered the arguments of the parties, the Administrative Motion to Consider Whether Cases Should Be Related is hereby GRANTED. The case *American Association of University Professors, et al. v. Trump, et al.*, Case No. 3:25-cv-07864-PHK, is hereby related to the above-captioned case, shall be reassigned to this Court, and shall hereinafter be referred to by the case number 3:25-cv-07864-RFL.

Dated: _____, 2025

_____
Hon. Rita Lin
United States District Court Judge