UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No.  25-cv-04737-RFL<br><br>**PRELIMINARY INJUNCTION** |

For the reasons set forth in the Court's accompanying opinion (Dkt. No. 133), it is hereby

**ORDERED** that a preliminary injunction is entered as follows:

1. The Second Form Termination Class consists of:

    All University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants by, or on behalf of, DoD, DoT, and NIH (or their sub-agencies) that are terminated by means of a form termination notice that does not provide a grant-specific explanation for the termination that states the reason for the change to the original award decision and considers the reliance interests at stake, from and after January 20, 2025.

    Excluded from the class are Defendants, the judicial officer(s) assigned to this case, and their respective employees, staffs, and family members.

2. As to the Second Form Termination Class:

    a. All grant terminations by Defendants Department of Defense, Department of Transportation, and Department of Health and Human Services, through its sub-agency National Institutes of Health (collectively, "Agency Defendants") communicated by means of a form termination notice that does not provide a grant-specific explanation for the termination that states the reason for the change to the original award decision and considers the reliance interests at

      stake, which result in the termination of funding as to a member of the Second Form Termination Class, are **VACATED**.

   b. Agency Defendants are **ENJOINED** from giving effect to any grant termination that results in the termination of funding as to a member of the Second Form Termination Class, where the termination was communicated by means of a form termination notice that does not provide a grant-specific explanation for the termination that states the reason for the change to the original award decision and considers the reliance interests at stake.

   c. Agency Defendants shall **RESTORE** the affected members of the Second Form Termination Class to the status quo and **REINSTATE** the terminated grants.

3. The Second Equity Termination Class consists of:

> All University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants by, or on behalf of, DoT (or its sub-agencies) that are terminated pursuant to Executive Orders 14151 or 14173 from and after January 20, 2025.
>
> Excluded from the class are Defendants, the judicial officer(s) assigned to this case, and their respective employees, staffs, and family members.

4. As to the Second Equity Termination Class:

   a. All grants terminated by DoT pursuant to Executive Orders 14151 or 14173 which result in the termination of funding as to a member of the Second Equity Termination Class, are **VACATED**.

   b. DoT is **ENJOINED** from giving effect to any grant termination that results in the termination of funding as to a member of the Second Equity Termination Class, where the termination was pursuant to Executive Orders 14151 or 14173.

   c. DoT shall **RESTORE** the affected members of the Second Equity

Termination Class to the status quo and **REINSTATE** the terminated grants.

5. This relief applies on a prospective basis. While this matter remains pending, any future grant terminations by Agency Defendants meeting the above criteria are vacated upon issuance, and the Agency Defendants are enjoined as to those terminations in the manner stated above.

6. By **September 28, 2025**, Plaintiffs **SHALL** post a nominal bond of $100 with the Clerk of the Court.

7. This order **SHALL** remain in effect until further order of the Court.

This injunction shall apply to all Agency Defendants and any officers, agents, servants, employees, or attorneys of Agency Defendants or any of their subagencies. This injunction shall further apply to persons who are in active concert or participation with Agency Defendants' officers, agents, servants, employees, and attorneys, including, but not limited to, Defendant Department of Government Efficiency. Fed. R. Civ. P. 65(d)(2).

**IT IS SO ORDERED.**

Dated: September 22, 2025

RITA F. LIN
United States District Judge