BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED SEPTEMBER 22, 2025** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

Defendants respectfully submit this Status Report to provide an update regarding Defendants NIH, DoT, and DoD's compliance with the Court's Preliminary Injunction Order dated September 22, 2025 (Dkts. 133 & 134). The Court ordered that this Status Report "confirm[] that all steps to comply with the Preliminary Injunction have been completed or, in the event that has not occurred, [include] an explanation of why it was not feasible and a description of the steps that have been taken thus far." ECF No. 135.

NIH represents that all grants to University of California ("UC") entities have been reinstated and UC has been notified of the reinstatements. For the grants to non-UC entities that involve a UC researcher, NIH identified a universe of 61 grants based on its technical ability to search the institutional affiliation of certain investigator roles. Of those 61 grants, all but 9 have been reinstated. NIH needs a few additional days to look into the remaining 9 grants to determine if they actually involve a UC researcher in a relevant role, since sometimes researchers change institutions, and their latest placement is not reflected in NIH's records. Any of the 9 remaining grants having a UC researcher in a relevant role will be reinstated. NIH anticipates it will need until the end of this week to finalize this process. At present, NIH anticipates that it will have fully complied with the injunction by the end of this week, subject to the technical limitations searching for UC-affiliated researchers in grants to non-UC entities.

DoT represents that it has identified the following grants as implicated by the Court's order: 69A3552344814 and 69A3552348319 (UC Davis), 69A3552348309 (USC) and an agreement with the Center for Emissions Reduction, Resilience, and Climate Equity in Transportation ("CERRCET"). On September 29, DoT notified the recipients that their grants have been reinstated. With respect to the CERRCET award, DoT had suspended the award in April 2025 pending review. DoT has notified CERRCET that it may resume activities under the award.

As counsel explained at the motions hearing prior to the September 22 order, DoT University Transportation Center grants have a unique structure. Under awards 69A3552344814 (UC Davis), 69A3552348319 (UC Davis), and 69A3552348309 (USC), DoT did not make any grants to individual researchers or projects as University Transportation Center Directors are responsible for allocating funding awarded by DoT, subject to DoT's terms and conditions. DoT has notified the recipients of the University Transportation Center grants that the grants have been reinstated, but DoT does not control the

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737

1  timeline for reinstatement of any individual project.  DoT is of course available if Plaintiffs identify any difficulties.

DoD represents that all grants to UC institutions are being reinstated, and DoD Components are actively working on fully restoring funding; one such award has had its funding fully restored.  This process has taken longer than September 29 because DoD Components have had to identify all impacted awards and then assess the options for reinstatement depending on the status of the award.  Reinstatement has been particularly complicated, as a fiscal matter, where funding has already been deobligated.  In most cases, DoD Components have contacted UC institutions so that they can work together to modify awards and restore funding.  At present, DoD anticipates that this process will be fully complete by October 10.

For subawards, searches to identify impacted subawards have involved internal queries of DoD Component databases to search for subaward institutions.  However, the process is complicated.  Because of the number of DoD Components and the variety of grants systems involved, such searches take longer than prime award searches, which can be searched via centralized systems.  Identifying subawards requires review of the grant files for whether relevant individuals are listed in relevant positions, and completing that process is estimated to take another seven days.  So far DoD has identified at least one subaward for restoration.  At present, DoD expects to restore all grants by October 10.

DATED: September 29, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn Barragan*

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for United States*

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737