BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DECLARATION IN SUPPORT OF FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

I, Jason Altabet, declare as follows:

    1.    I am a Trial Attorney at the Federal Programs Branch in the United States Department of Justice, Civil Division. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify

DECL. ISO FED. DEFS' STAY MOTION
CASE NO. 25-CV-4737

1  competently to them if called to do so.  I make this declaration in support of the Federal Defendants'
2  Unopposed Administrative Motion, filed concurrently herewith.

3       2.     I have been informed that I will be furloughed for the duration of the lapse in
4  appropriations.  I am also informed that Counsel Barragan will be furloughed for the duration of the
5  lapse in appropriations.

6       3.     On October 1, 2025, I contacted Plaintiffs' counsel regarding a potential stay motion.
7  Plaintiffs' counsel and I discussed this matter over the phone and then over email.  Plaintiffs' counsel
8  represented that Plaintiffs would graciously not oppose a 7-day stay of DoD's and NIH's obligations in
9  the manner set forth in the administrative motion as well as a 7-day stay of the present October 10
10 deadline for an additional status report on compliance.

11      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
12 correct.  Executed on October 2, 2025.

*/s/ Jason Altabet*  
Jason Altabet  
Trial Attorney, Federal Programs Branch

DECL. ISO FED. DEFS' STAY MOTION
CASE NO. 25-CV-4737