BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR A 7-DAY STAY OF CERTAIN OBLIGATIONS AND DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** <br><br> Judge: Hon. Rita F. Lin |

[PROPOSED] ORDER FED. DEFS' STAY MOTION
CASE NO. 25-CV-4737

Having considered Defendants' motion, the accompanying declaration, the whole record, and Plaintiffs' lack of opposition, the Court **GRANTS** the motion for good cause shown. The Court hereby **ORDERS** that the Court's Preliminary Injunction Order dated 9/22/2025, ECF No. 134, and the Court's Minute Order dated 9/30/2025, ECF No. 139, are **STAYED** insomuch as they require Defendants Department of Defense and National Institutes of Health to reinstate terminated grants that have not yet been reinstated, for 7 days, and the Court **STAYS** the October 10 deadline for an additional status report on compliance for 7 days, resetting the status report for October 17.

IT IS SO ORDERED

DATED: _____

_____
The Honorable Rita F. Lin
United States District Court Judge

[PROPOSED] ORDER FED. DEFS' STAY MOTION
CASE NO. 25-CV-4737