BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | [PROPOSED] ORDER GRANTING SECOND ADMINISTRATIVE MOTION FOR A STAY OF CERTAIN OBLIGATIONS AND DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

[PROPOSED] ORDER FED. DEFS' SECOND STAY MOTION
CASE NO. 25-CV-4737

1      Having considered Defendants' motion, the accompanying declaration, the whole record, and
2  Plaintiffs' lack of opposition, the Court **GRANTS** the motion for good cause shown.

3      The Court hereby **ORDERS** that the Court's Preliminary Injunction Order dated 9/22/2025, ECF
4  No. 134, is **STAYED** for an additional 7 days insomuch as it requires the National Institutes of Health to
5  reinstate terminated grants that have not yet been reinstated.

6      The Court further **ORDERS** that the Court's scheduling order, ECF No. 125, is modified so that
7  the deadline for the National Institutes of Health to produce an administrative record is **RESET** for 21
8  business days following the end of the lapse in appropriations.  The subsequent deadlines in the
9  scheduling order are further **RESET** to be extended commensurately.  The Parties are **ORDERED** to
10 file, within 7 days of the end of the lapse in appropriations, a stipulation setting forth the subsequent
11 deadlines listed in the scheduling order as extended per this order.

13     IT IS SO ORDERED

15 DATED: October 10, 2025

16                                                    The Honorable Rita F. Lin
17                                                  United States District Court Judge

28 [PROPOSED] ORDER FED. DEFS' SECOND STAY MOTION
CASE NO. 25-CV-4737