BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DEFENDANTS' SECOND STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED SEPTEMBER 22, 2025** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

Defendants respectfully submit this Status Report to provide an update regarding Defendant Department of Defense's ("DoD") compliance with the Court's Preliminary Injunction Order dated September 22, 2025 (Dkts. 133 & 134).

DoD represents that nearly all relevant grants have now been restored by staff excepted during the lapse in appropriations. To identify grants for reinstatement, excepted staff in the Office of the Deputy Assistant Secretary of War for Science and Technology Foundations conducted outreach to agency components for information on all awards and subawards covered by the Court's order. Following identification of relevant awards and one subaward, DoD issued notice to the impacted grantees.

Because of the limitations due to furloughed staff, one DoD component (the Air Force) has not finalized reinstatement and restoration. The Air Force is still working to reinstate one grant. All other identified grants have been reinstated and restored.

DoD respectfully requests that the Court set a further status report deadline for October 24, at which point, DoD expects to have fully completed the reinstatement process across all its components.

DATED: October 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

FED. DEFS.' SECOND STATUS REPORT
CASE NO. 25-CV-4737

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

FED. DEFS.' SECOND STATUS REPORT
CASE NO. 25-CV-4737