BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> **FEDERAL DEFENDANTS' THIRD UNOPPOSED ADMINISTRATIVE MOTION FOR A STAY OF CERTAIN OBLIGATIONS AND DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** <br><br> Judge: Hon. Rita F. Lin |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), Defendants hereby move the Court for an order staying certain obligations imposed upon it by the Court's Preliminary Injunction Order dated 9/22/2025, ECF No. 134, specifically to stay for 7 additional days the National Institutes of Health's ("NIH") obligation to reinstate grants that have not yet been reinstated.

FED. DEFS' THIRD STAY MOTION
CASE NO. 25-CV-4737

1

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive agencies, including the federal Defendants. The Department does not know when funding will be restored by Congress.

2. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys and employees of the Defendant agencies are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "***shall*** be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office." 31 U.S.C. §§ 1349(a), 1518 (emphasis added).

3. Undersigned counsel expects to be furloughed for the duration of the lapse in appropriations.

4. In addition, the work of employees from defendant agency NIH is also necessary. As noted in Defendants' status report dated 9/29/2025, NIH anticipated that it needs to review 9 remaining non-UC grants to determine UC researcher involvement. ECF No. 138 at 1-2. NIH represents that its grants office staff are furloughed thereby impeding those efforts.

5. Undersigned counsel therefore requests a stay of the Court's Preliminary Injunction Order dated 9/22/2025, ECF No. 134, insomuch as it requires specifically for NIH to reinstate terminated grants that have not yet been reinstated, for 7 additional days. The Government is not seeking to stay the preliminary injunction orders generally.

6. Although this Court has authority to extend or stay these deadlines without a formal motion or notice to opposing counsel, *see* Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel contacted

Plaintiffs' counsel on October 16, 2025, and requested Plaintiffs' position. *See* Decl. of Jason Altabet (Altabet Decl.) ¶ 3. Plaintiffs' counsel graciously stated that Plaintiffs would not oppose an additional 7-day stay/extension as set forth above. *Id.*

7. If this motion for a stay is granted, and the lapse in appropriations continues for more than 7 days, undersigned counsel expects to return to the Court to advise on whether additional time would be needed in consultation with Plaintiffs.

Therefore, the Government hereby moves for a stay of the Court's Preliminary Injunction Order dated 9/22/2025, ECF No. 134, insomuch as it requires NIH to reinstate terminated grants that have not yet been reinstated, for 7 additional days.

DATED: October 17, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

FED. DEFS' THIRD STAY MOTION
CASE NO. 25-CV-4737

*Attorneys for United States*