BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> **[~~PROPOSED~~] ORDER GRANTING THIRD ADMINISTRATIVE MOTION FOR A STAY OF CERTAIN OBLIGATIONS AND DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** <br><br> Judge: Hon. Rita F. Lin |

[~~PROPOSED~~] ORDER FED. DEFS' THIRD STAY MOTION
CASE NO. 25-CV-4737

1  Having considered Defendants' motion, the accompanying declaration, the whole record, and
2  Plaintiffs' lack of opposition, the Court **GRANTS** the motion for good cause shown.
3  The Court hereby **ORDERS** that the Court's Preliminary Injunction Order dated 9/22/2025, ECF
4  No. 134, is **STAYED** for an additional 7 days insomuch as it requires the National Institutes of Health to
5  reinstate terminated grants that have not yet been reinstated.

7  IT IS SO ORDERED

9  DATED:  **October 20, 2025**

The Honorable Rita F. Lin
United States District Court Judge

28  [~~PROPOSED~~] ORDER FED. DEFS' THIRD STAY MOTION
CASE NO. 25-CV-4737