| | |
|---|---|
| 1 | BRETT A. SHUMATE |
| | Assistant Attorney General |
| 2 | Civil Division |
| | ERIC J. HAMILTON |
| 3 | Deputy Assistant Attorney General |
| | JOSEPH E. BORSON |
| 4 | Assistant Branch Director |
| | KATHRYN BARRAGAN (D.C. Bar No. 90026294) |
| 5 | Trial Attorney, U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| 6 | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| 7 | Tel.: (202) 598-7696 |
| | Email: kathryn.e.barragan@usdoj.gov |
| 8 | JASON ALTABET (Md. Bar No. 2211280012) |
| | Trial Attorney, U.S. Department of Justice |
| 9 | Tel.: (202) 305-0727 |
| | Email: Jason.k.altabet2@usdoj.gov |

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DEFENDANTS' THIRD STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED SEPTEMBER 22, 2025** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

FED. DEFS.' THIRD STATUS REPORT
CASE NO. 25-CV-4737

Defendants respectfully submit this Status Report to provide an update regarding Defendant Department of Defense's ("DoD") compliance with the Court's Preliminary Injunction Order dated September 22, 2025 (Dkts. 133 & 134).

DoD represents that all relevant grants have now been restored by staff excepted during the lapse in appropriations. To identify grants for reinstatement, excepted staff in the Office of the Deputy Assistant Secretary of War for Science and Technology Foundations conducted outreach to agency components for information on all awards and subawards covered by the Court's order. Following identification of relevant awards and one subaward, DoD issued notice to the impacted grantees.

On October 23, Plaintiffs identified implementation concerns regarding payments under reinstated and restored grants—Plaintiffs also expressed concern about one or more large grants that have never been formally terminated where Plaintiffs believe payment has been excessively delayed and does not appear forthcoming. Defendants are working with Plaintiffs on these concerns and expect that the Parties will ultimately be able to resolve these issues without disagreement. Defendants recommend that the Parties work on resolving the issues and, if there is any eventual disagreement, raise it to the Court in a status report or notice. Based on the Parties' call today, however, Defendants believe the concerns will be resolved without such a filing.

DATED: October 24, 2025               Respectfully submitted,

                                      BRETT A. SHUMATE
                                      Assistant Attorney General
                                      Civil Division

                                      ERIC J. HAMILTON
                                      Deputy Assistant Attorney General

                                      JOSEPH E. BORSON
                                      Assistant Branch Director

FED. DEFS.' THIRD STATUS REPORT
CASE NO. 25-CV-4737

*/s/ Jason Altabet*

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

FED. DEFS.' THIRD STATUS REPORT
CASE NO. 25-CV-4737