BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> **DECLARATION IN SUPPORT OF FEDERAL DEFENDANTS' FOURTH ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** <br><br> Judge: Hon. Rita F. Lin |

I, Jason Altabet, declare as follows:

1. I am a Trial Attorney at the Federal Programs Branch in the United States Department of Justice, Civil Division. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify

DECL. ISO FED. DEFS' FOURTH STAY
MOTION CASE NO. 25-CV-4737

1

competently to them if called to do so.  I make this declaration in support of the Federal Defendants' Unopposed Fourth Administrative Motion, filed concurrently herewith.

2. I have been informed that I will be furloughed for the duration of the lapse in appropriations.  I am further informed that the National Institutes for Health ("NIH") grants office will be furloughed for the duration of the lapse in appropriations.

3. On October 23, 2025, I contacted Plaintiffs' counsel regarding this motion.  After discussion, Plaintiffs' counsel represented that Plaintiffs would graciously not oppose the stay of NIH's obligations in the manner set forth in the administrative motion on the condition that NIH commit to a no-cost extension covering the period from the suspension/termination actions through the time of the reinstatement for the grants that we are waiting on reinstating.  NIH has agreed to those no-cost extensions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 27, 2025.

*/s/ Jason Altabet*
Jason Altabet
Trial Attorney, Federal Programs Branch

DECL. ISO FED. DEFS' FOURTH STAY MOTION CASE NO. 25-CV-4737