BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING FOURTH ADMINISTRATIVE MOTION FOR A STAY OF CERTAIN OBLIGATIONS AND DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Judge: Hon. Rita F. Lin |
| Defendants. | |

[PROPOSED] ORDER FED. DEFS' FOURTH STAY MOTION
CASE NO. 25-CV-4737

     Having considered Defendants' motion, the accompanying declaration, the whole record, and Plaintiffs' lack of opposition based on Defendants' agreement to no-cost extensions as detailed in the motion, the Court **GRANTS** the motion for good cause shown.

     The Court hereby **ORDERS** that the Court's Preliminary Injunction Order dated 9/22/2025, ECF No. 134, is **STAYED** for the remainder of the lapse in appropriations insomuch as it requires the National Institutes of Health to reinstate terminated grants that have not yet been reinstated. The Court further **ORDERS** that Defendants file a status report as to whether any grants remain to be reinstated by the National Institutes of Health, within 14 days of the end of the lapse in appropriations.

     IT IS SO ORDERED

DATED: _____                                   _____

                                                                            The Honorable Rita F. Lin

                                                                            United States District Court Judge