Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (State Bar No. 353366)
kbalkoski@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **STIPULATION FOR MODIFICATION OF SCHEDULING ORDER (ECF No. 125) AND PROPOSED ORDER** |
| vs. | |
| DONALD J. TRUMP, et al., | Judge:    The Honorable Rita F. Lin |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants ("the Parties"), through their respective undersigned counsel, stipulate and agree as follows.

WHEREAS, the Court entered a scheduling order on September 9, 2025 (ECF No. 125) establishing deadlines for various case events;

WHEREAS, at midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed, and the same is true for other Executive agencies, including the federal Defendants;

WHEREAS, beginning on October 1, 2025 (the first day of the government shutdown) and continuing thereafter, the Department of Energy terminated grants impacting University of California ("UC") researchers;

WHEREAS, on October 10, 2025, the Court entered a scheduling order (ECF No. 143) providing "that the deadline for the National Institutes of Health to produce an administrative record is RESET for 21 business days following the end of the lapse of appropriations. The subsequent deadlines in the scheduling order are further RESET to be extended commensurately."

WHEREAS, the Court further ordered the Parties "to file, within 7 days of the end of the lapse in appropriations, a stipulation setting forth the subsequent deadlines listed in the scheduling order as extended per this order" (ECF No. 143);

WHEREAS, on November 3, 2025, counsel for Plaintiffs notified counsel for Defendants that Plaintiffs intended to amend their complaint to add allegations regarding DOE's terminations and specific facts pertaining to the impact of such terminations on UC researchers;

WHEREAS, Plaintiffs further intend to move for preliminary injunction and class certification as to UC researchers impacted by the DOE grant terminations;

WHEREAS, the lapse in appropriations ended on November 12, 2025;

WHEREAS, pursuant to the Court's October 10, 2025 Order and in light of DOE's grant terminations in October, following the end of the lapse in appropriations, the Parties met and conferred to discuss a briefing schedule;

WHEREAS, Plaintiffs propose simultaneous briefing of a Motion for Leave to File Third Amended Complaint and Motion for Preliminary Injunction on the basis that the Motion for

Preliminary Injunction should be heard on an expedited basis because, *inter alia,* the DOE terminations include the largest single grant termination at UC to date ($1.2 billion);

WHEREAS, Defendants do not oppose Plaintiffs' simultaneous briefing of a Motion for Leave to File Third Amended Complaint and Motion for Preliminary Injunction; however, if the Court prefers successive briefing (*i.e.*, Motion for Leave to File Third Amended Complaint followed by Motion for Preliminary Injunction), the Parties will meet and confer to discuss a revised briefing schedule;

WHEREAS, per the Court's scheduling notes, the Court is unavailable on December 16, 2025;

WHEREAS, the Parties respectfully request that the Court hold the hearing on December 16, 2025, or as soon thereafter as feasible;

WHEREAS, due to the potential addition of DOE as a defendant, plus delays caused by the lapse in appropriations, Defendants require additional time to prepare an administrative record for NIH and DOE;

WHEREAS, the Parties have agreed to the following briefing schedule:

| Event | Current Deadline | Parties' Stipulated Proposal |
|---|---|---|
| Plaintiffs file (1) Motion for Leave to File Third Amended Complaint, attaching Third Amended Complaint, and (2) Motion for Preliminary Injunction and Class Certification re: DOE, and supporting papers | N/A | 11/24/25 |
| Defendants file oppositions to (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/8/25 |
| Plaintiffs file replies to (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/12/25 |

| Event | Current Deadline | Parties' Stipulated Proposal |
|---|---|---|
| Hearing on (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/16/25, or the Court's convenience |
| Administrative Record for NIH and, if the Motion for Leave to File Third Amended Complaint is granted, DOE | 10/24/25 | 1/9/26 |
| Status report re administrative record | 10/31/25 | 1/16/26 |
| Motion for Summary Judgment and Class Certification and supporting papers | 12/22/25 | 3/9/26 |
| Opposition to Motion for Summary Judgment and Class Certification | 2/6/26 | 4/27/26 |
| Reply in support of Motion for Summary Judgment and Class Certification | 2/20/26 | 5/11/26 |
| Hearing on Motion for Summary Judgment and Class Certification | 3/17/26 | Court's convenience |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that the schedule shall be modified as reflected above.

1   Dated: November 19, 2025

2                                          By: */s/ Linda S. Gilleran*

3                                          Anthony P. Schoenberg (State Bar No. 203714)
                                           tschoenberg@fbm.com
4                                          Donald Sobelman (State Bar No. 184028)
                                           dsobelman@fbm.com
5                                          Linda S. Gilleran (State Bar No. 307107)
                                           lgilleran@fbm.com
6                                          Dylan M. Silva (State Bar No. 306363)
                                           dmsilva@fbm.com
7                                          Kyle A. McLorg (State Bar No. 332136)
                                           kmclorg@fbm.com
8                                          Katherine T. Balkoski (State Bar No. 353366)
                                           kbalkoski@fbm.com
                                           FARELLA BRAUN + MARTEL LLP
9                                          One Bush Street, Suite 900
                                           San Francisco, CA 94104
10                                         Telephone: (415) 954-4400

11                                         Erwin Chemerinsky (*pro hac vice*)
                                           echemerinsky@law.berkeley.edu
12                                         Claudia Polsky (State Bar No. 185505)
                                           cpolsky@law.berkeley.edu
13                                         U.C. BERKELEY SCHOOL OF LAW
                                           Law Building
14                                         Berkeley, CA 94720-7200
                                           Telephone: (510) 642-6483
15
                                           Elizabeth J. Cabraser (State Bar No. 83151)
16                                         ecabraser@lchb.com
                                           Richard M. Heimann (State Bar No. 63607)
17                                         rheimann@lchb.com
                                           Kevin R. Budner (State Bar No. 287271)
18                                         kbudner@lchb.com
                                           Annie M. Wanless (State Bar No. 339635)
19                                         awanless@lchb.com
                                           Nabila M. Abdallah (State Bar No. 347764)
20                                         nabdallah@lchb.com
                                           LIEFF CABRASER HEIMANN &
21                                         BERNSTEIN, LLP
                                           275 Battery Street, 29th Floor
22                                         San Francisco, CA 94111
                                           Telephone: (415) 956-1000
23
                                           *Attorneys for Plaintiffs and the Proposed Class*
24

25

26

27

28

1

Dated: November 19, 2025

2

3                                    BRETT A. SHUMATE
                                     Assistant Attorney General
                                     Civil Division

4

5                                    ERIC J. HAMILTON
                                     Deputy Assistant Attorney General

6

7                                    JOSEPH E. BORSON
                                     Assistant Branch Director

8

9                                    */s/ Jason Altabet*_____

10                                   JASON ALTABET (Md. Bar No. 2211280012)
                                     Trial Attorney, U.S. Department of Justice

11                                   Tel.: (202) 305-0727

12                                   Email: jason.k.altabet2@usdoj.gov

13                                   KATHRYN BARRAGAN (D.C. Bar No. 90026294)
                                     Trial Attorney, U.S. Department of Justice

14                                   Civil Division, Federal Programs Branch
                                     1100 L Street, N.W.

15                                   Washington, D.C. 20005

16                                   Tel.: (202) 598-7696
                                     Email: kathryn.e.barragan@usdoj.gov

17

18                                   *Attorneys for United States*

19

20

21

22

23

24

25

26

27

28

1

## **FILER'S ATTESTATION**

2

   Pursuant to Civil Local Rule 5.1, the undersigned attests that all parties have concurred

3

in the filing of this STIPULATION FOR MODIFICATION OF SCHEDULING ORDER (ECF

4

No. 125) AND PROPOSED ORDER.

5

Dated: November 19, 2025    By:  */s/ Linda S. Gilleran*

6

           Anthony P. Schoenberg (State Bar No. 203714)
           tschoenberg@fbm.com

7

           Donald Sobelman (State Bar No. 184028)
           dsobelman@fbm.com

8

           Linda S. Gilleran (State Bar No. 307107)
           lgilleran@fbm.com

9

           Dylan M. Silva (State Bar No. 306363)
           dmsilva@fbm.com

10

           Kyle A. McLorg (State Bar No. 332136)
           kmclorg@fbm.com

11

           Katherine T. Balkoski (State Bar No. 353366)
           kbalkoski@fbm.com

12

           FARELLA BRAUN + MARTEL LLP
           One Bush Street, Suite 900

13

           San Francisco, CA 94104
           Telephone: (415) 954-4400

14

15

           Erwin Chemerinsky (*pro hac vice*)
           echemerinsky@law.berkeley.edu

16

           Claudia Polsky (State Bar No. 185505)
           cpolsky@law.berkeley.edu

17

           U.C. BERKELEY SCHOOL OF LAW
           Law Building

18

           Berkeley, CA 94720-7200
           Telephone: (510) 642-6483

19

           Elizabeth J. Cabraser (State Bar No.  83151)
           ecabraser@lchb.com

20

           Richard M. Heimann (State Bar No. 63607)
           rheimann@lchb.com

21

           Kevin R. Budner (State Bar No. 287271)
           kbudner@lchb.com

22

           Annie M. Wanless (State Bar No. 339635)
           awanless@lchb.com

23

           Nabila M. Abdallah (State Bar No. 347764)
           nabdallah@lchb.com

24

           LIEFF CABRASER HEIMANN &
           BERNSTEIN, LLP

25

           275 Battery Street, 29th Floor
           San Francisco, CA  94111

26

           Telephone: (415) 956-1000

27

           *Attorneys for Plaintiffs and the Proposed Class*

28

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  DATED:  November ___, 2025

3

4  _____

5                                                         The Honorable Rita F. Lin
                                                          United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28