1  Erwin Chemerinsky (*pro hac vice*)
   echemerinsky@law.berkeley.edu
2  Claudia Polsky (State Bar No. 185505)
   cpolsky@law.berkeley.edu
3  U.C. BERKELEY SCHOOL OF LAW
   Law Building
4  Berkeley, CA 94720-7200
   Telephone: (510) 642-6483
5
   Elizabeth J. Cabraser (State Bar No. 83151)
6  ecabraser@lchb.com
   Richard M. Heimann (State Bar No. 63607)
7  rheimann@lchb.com
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
8  275 Battery Street, 29th Floor
   San Francisco, CA 94111
9  Telephone: (415) 956-1000

10 Anthony P. Schoenberg (State Bar No. 203714)
   tschoenberg@fbm.com
11 Donald Sobelman (State Bar No. 184028)
   dsobelman@fbm.com
12 Linda S. Gilleran (State Bar No. 307107)
   lgilleran@fbm.com
13 Dylan M. Silva (State Bar No. 306363)
   dmsilva@fbm.com
14 Kyle A. McLorg (State Bar No. 332136)
   kmclorg@fbm.com
15 Katherine T. Balkoski (State Bar No. 353366)
   kbalkoski@fbm.com
16 Farella Braun + Martel LLP
   One Bush Street, Suite 900
17 San Francisco, California 94104
   Telephone: (415) 954-4400
18 Facsimile: (415) 954-4480

19 *Attorneys for Plaintiffs and the Proposed Class*
   [Additional counsel listed on signature page]
20

21                    **UNITED STATES DISTRICT COURT**

22                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 23  NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| 24         Plaintiffs, | **STIPULATION FOR MODIFICATION OF SCHEDULING ORDER (ECF No. 125)** |
| 25     vs. | **AND** ~~PROPOSED~~ **ORDER AS MODIFIED** |
| 26  DONALD J. TRUMP, et al., | Judge:   The Honorable Rita F. Lin |
| 27         Defendants. | |
| 28 | |

STIPULATION FOR MODIFICATION OF
SCHEDULING ORDER AND ~~PROPOSED~~ ORDER
- Case No. 3:25-cv-04737-RL

46686\20738109.3

1         Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants ("the Parties"), through their
2    respective undersigned counsel, stipulate and agree as follows.
3         WHEREAS, the Court entered a scheduling order on September 9, 2025 (ECF No. 125)
4    establishing deadlines for various case events;
5         WHEREAS, at midnight on September 30, 2025, the appropriations act that had been
6    funding the Department of Justice expired and appropriations to the Department lapsed, and the
7    same is true for other Executive agencies, including the federal Defendants;
8         WHEREAS, beginning on October 1, 2025 (the first day of the government shutdown) and
9    continuing thereafter, the Department of Energy terminated grants impacting University of
10   California ("UC") researchers;
11        WHEREAS, on October 10, 2025, the Court entered a scheduling order (ECF No. 143)
12   providing "that the deadline for the National Institutes of Health to produce an administrative
13   record is RESET for 21 business days following the end of the lapse of appropriations. The
14   subsequent deadlines in the scheduling order are further RESET to be extended commensurately."
15        WHEREAS, the Court further ordered the Parties "to file, within 7 days of the end of the
16   lapse in appropriations, a stipulation setting forth the subsequent deadlines listed in the scheduling
17   order as extended per this order" (ECF No. 143);
18        WHEREAS, on November 3, 2025, counsel for Plaintiffs notified counsel for Defendants
19   that Plaintiffs intended to amend their complaint to add allegations regarding DOE's terminations
20   and specific facts pertaining to the impact of such terminations on UC researchers;
21        WHEREAS, Plaintiffs further intend to move for preliminary injunction and class
22   certification as to UC researchers impacted by the DOE grant terminations;
23        WHEREAS, the lapse in appropriations ended on November 12, 2025;
24        WHEREAS, pursuant to the Court's October 10, 2025 Order and in light of DOE's grant
25   terminations in October, following the end of the lapse in appropriations, the Parties met and
26   conferred to discuss a briefing schedule;
27        WHEREAS, Plaintiffs propose simultaneous briefing of a Motion for Leave to File Third
28   Amended Complaint and Motion for Preliminary Injunction on the basis that the Motion for

1  Preliminary Injunction should be heard on an expedited basis because, *inter alia,* the DOE
2  terminations include the largest single grant termination at UC to date ($1.2 billion);
3        WHEREAS, Defendants do not oppose Plaintiffs' simultaneous briefing of a Motion for
4  Leave to File Third Amended Complaint and Motion for Preliminary Injunction; however, if the
5  Court prefers successive briefing (*i.e.*, Motion for Leave to File Third Amended Complaint
6  followed by Motion for Preliminary Injunction), the Parties will meet and confer to discuss a
7  revised briefing schedule;
8        WHEREAS, per the Court's scheduling notes, the Court is unavailable on December 16,
9  2025;
10       WHEREAS, the Parties respectfully request that the Court hold the hearing on December
11 16, 2025, or as soon thereafter as feasible;
12       WHEREAS, due to the potential addition of DOE as a defendant, plus delays caused by the
13 lapse in appropriations, Defendants require additional time to prepare an administrative record for
14 NIH and DOE;
15       WHEREAS, the Parties have agreed to the following briefing schedule:

| Event | Current Deadline | Parties' Stipulated Proposal |
|---|---|---|
| Plaintiffs file (1) Motion for Leave to File Third Amended Complaint, attaching Third Amended Complaint, and (2) Motion for Preliminary Injunction and Class Certification re: DOE, and supporting papers | N/A | 11/24/25 |
| Defendants file oppositions to (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/8/25 |
| Plaintiffs file replies to (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/12/25 |

| Event | Current Deadline | Parties' Stipulated Proposal |
|---|---|---|
| Hearing on (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/16/25, or the Court's convenience |
| Administrative Record for NIH and, if the Motion for Leave to File Third Amended Complaint is granted, DOE | 10/24/25 | 1/9/26 |
| Status report re administrative record | 10/31/25 | 1/16/26 |
| Motion for Summary Judgment and Class Certification and supporting papers | 12/22/25 | 3/9/26 |
| Opposition to Motion for Summary Judgment and Class Certification | 2/6/26 | 4/27/26 |
| Reply in support of Motion for Summary Judgment and Class Certification | 2/20/26 | 5/11/26 |
| Hearing on Motion for Summary Judgment and Class Certification | 3/17/26 | Court's convenience |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that the schedule shall be modified as reflected above.

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AND ~~PROPOSED~~ ORDER - Case No. 3:25-cv-04737-RL

4

46686\20738109.3

Dated: November 19, 2025

By: */s/ Linda S. Gilleran*

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (State Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (State Bar No. 339635)
awanless@lchb.com
Nabila M. Abdallah (State Bar No. 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*Attorneys for Plaintiffs and the Proposed Class*

Dated: November 19, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*_____

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

STIPULATION FOR MODIFICATION OF
SCHEDULING ORDER AND ~~PROPOSED~~ ORDER
- Case No. 3:25-cv-04737-RL

6

46686\20738109.3

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, the undersigned attests that all parties have concurred in the filing of this STIPULATION FOR MODIFICATION OF SCHEDULING ORDER (ECF No. 125) AND PROPOSED ORDER.

Dated: November 19, 2025         By: */s/ Linda S. Gilleran*

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (State Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (State Bar No. 339635)
awanless@lchb.com
Nabila M. Abdallah (State Bar No. 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000

*Attorneys for Plaintiffs and the Proposed Class*

**PURSUANT TO STIPULATION, the following case schedule is entered:**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs file (1) Motion for Leave to File Third Amended Complaint, attaching Third Amended Complaint, and (2) Motion for Preliminary Injunction and Class Certification re: DOE, and supporting papers | N/A | 11/24/25 |
| Defendants file oppositions to (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/8/25 |
| Plaintiffs file replies to (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | 12/12/25 |
| Hearing on (1) Motion for Leave to File Third Amended Complaint and (2) Motion for Preliminary Injunction and Class Certification | N/A | **12/18/25 at 10:00 a.m.** |
| Administrative Record for NIH and, if the Motion for Leave to File Third Amended Complaint is granted, DOE | 10/24/25 | 1/9/26 |
| Status report re administrative record | 10/31/25 | 1/16/26 |
| Motion for Summary Judgment and Class Certification and supporting papers | 12/22/25 | 3/9/26 |
| Opposition to Motion for Summary Judgment and Class Certification | 2/6/26 | 4/27/26 |
| Reply in support of Motion for Summary Judgment and Class Certification | 2/20/26 | 5/11/26 |
| Hearing on Motion for Summary Judgment and Class Certification | 3/17/26 | **6/2/2026 at 10:00 a.m.** |

**IT IS SO ORDERED.**

DATED: November 20, 2025

_____
The Honorable Rita F. Lin
United States District Court