BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.,* | ) Case No. 25-cv-4737-RFL |
| Plaintiffs, | ) **NOTICE OF APPEAL; PRELIMINARY** |
| | ) **INJUNCTION APPEAL** |
| v. | ) |
| | ) Judge: Hon. Rita F. Lin |
| DONALD J. TRUMP, in his official capacity as | ) |
| President of the United States, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

1    PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for

2 the Ninth Circuit from the Court's Orders issued on September 22, 2025, certifying provisional classes

3 and granting a preliminary injunction (Dkts. 133 & 134).

4

5 DATED: November 20, 2025                    Respectfully submitted,

6

7                                            BRETT A. SHUMATE
                                             Assistant Attorney General
8                                            Civil Division

9                                            ERIC J. HAMILTON
                                             Deputy Assistant Attorney General
10

11                                           JOSEPH E. BORSON
                                             Assistant Branch Director
12

13                                           */s/ Jason Altabet*

14
                                             JASON ALTABET (Md. Bar No. 2211280012)
15                                           Trial Attorney, U.S. Department of Justice
                                             Tel.: (202) 305-0727
16                                           Email: jason.k.altabet2@usdoj.gov

17                                           KATHRYN BARRAGAN (D.C. Bar No. 90026294)
18                                           Trial Attorney, U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
19                                           1100 L Street, N.W.
                                             Washington, D.C. 20005
20                                           Tel.: (202) 598-7696
                                             Email: kathryn.e.barragan@usdoj.gov
21

22                                           *Attorneys for United States*

23

24

25

26

27
   FED. DEFS.' NOTICE OF APPEAL; PRELIMINARY INJUNCTION APPEAL
28 CASE NO. 25-CV-4737