Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **DECLARATION OF CLAUDIA POLSKY** |
| vs. | *Filed concurrently with Motion for Leave to File Third Amended Complaint; Motion for Preliminary Injunction and Provision Class Certification as to Department of Energy* |
| DONALD J. TRUMP, et al., | |
| Defendants. | Judge:   The Honorable Rita F. Lin |

I, Claudia Polsky, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Clinical Professor of Law at the University of California, Berkeley and the founding Director of its Environmental Law Clinic. I am one of the attorneys of record for Plaintiffs and the Proposed Classes. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of the Motion for Leave to File Third Amended Complaint and Motion for Preliminary Injunction and Provisional Class Certification as to Department of Energy (DOE).

2. I have for months been diligently gathering information related to DOE's termination of grants to UC researchers. These were few in number, and thus ill-suited to inclusion in a class action lawsuit, until the mass termination of research grants that DOE announced in early October. Obtaining information on the number of grants DOE terminated that affected UC researchers required me to submit a request under the California Public Records Act to the University of California ("UC"). Exhibit A to this Declaration is a true and correct copy of the spreadsheet produced by UC in response to this request.

3. Although — as described in paragraphs 4-7 below — the UC spreadsheet is dramatically underinclusive, it shows that DOE grant terminations adversely impacted **21** Full-Time-Equivalent ("FTE") UC personnel who can fairly be described as Principal Investigators ("PIs") or principal researchers (*i.e.,* professors or graduate students in research leadership roles, rather than undergraduate research assistants, laboratory technicians, or other staff) at work on projects other than the "ARCHES" project described in paragraphs 4-6 below. These 21 "FTE" encompass an unspecified larger number of individuals—and likely, a far larger number—because individuals devoting less than full time to a project count as a fractional contribution to an FTE.

4. Of particular significance to UC researchers, although largely missing from UC's spreadsheet, is DOE's termination of an award to the Alliance for Renewable Clean Energy Systems ("ARCHES"), a public-private nonprofit corporation founded by the UC system, the CA Governor's Office of Business and Economic Development, and the nonprofit Renewables 100 Policy Institute. The ARCHES project is extremely complex and involves numerous researchers,

phases and UC campuses: UC Irvine, UC Davis, UC San Diego, UC Berkeley, and the Lawrence Berkeley National Lab (LBNL). (The UC spreadsheet captures but a tiny fraction of impacted UC activity and researchers, as it includes but a single project at UC Irvine that is calculated as 2.7 FTE.) The goal of the project is to unleash dramatic growth in hydrogen production and consumption by 2045 to decarbonize the world's energy sources. A specific sub-goal is to develop and commercialize at scale the use of hydrogen in the transportation sector (vehicles/buses/planes/ships), which is America's largest source of greenhouse gas emissions.

5.     To obtain information and documentation about the ARCHES project termination, I spoke and corresponded extensively with more than seven different employees across multiple UC campuses; with LBNL; and with the former Executive Director of ARCHES. These efforts were complicated by several factors. First, the Executive Director was fired in early November because of cash-flow problems arising from DOE's termination of the project. As a result, she was locked out of her computer and could not access key project documents. Second, an additional ARCHES project team member with comprehensive document access was on a boat during a portion of this time period with minimal connectivity.

6.     Ultimately, however, through discussion and email with Dr. Adam Weber, a UC researcher at LBNL and Chief Technology Officer of ARCHES, I obtained a list of the PIs and other principal researchers encompassed in the terminated ARCHES award. Exhibit B to this Declaration is a true and correct copy of the email I received from Dr. Weber that lists by campus the **29** University of California research personnel involved with ARCHES before its partial collapse due to grant termination. Per my request, Dr. Weber also listed the UC researchers affected by non-ARCHES grants to UC that DOE terminated of which he was personally aware. A true and correct copy of Dr. Weber's emailed list of **34** DOE-termination-impacted UC researchers known to him, which even the incomplete spreadsheet provided by UC's public records officers and other data make clear is significantly underinclusive as to non-ARCHES researchers, is Exhibit B hereto.

7.     As an additional cross-check on the number of UC researchers impacted by DOE grant terminations, which goes to the issue of numerosity of the proposed Plaintiff class, I spoke

and emailed with John Piazza, Chief of Staff for the Democratic Staff of the House Committee on Science, Space, and Technology. Through the additional assistance of Dr. Adam Rosenberg, Democratic Staff Director for the Committee's Energy Subcommittee, Mr. Piazza provided me spreadsheets and narrative explanations of DOE's selective termination of Blue State grant awards, and an October 2, 2025 House Appropriations Committee press release expressing alarm over this issue (*For Immediate Release: President Trump and Director Vought Terminate Blue State Energy Projects, Raising Prices for Consumers, Eliminating Jobs*). Exhibit C to this Declaration is a true and correct copy of Mr. Piazza's communication to me with attachments.

8. The October 2025 terminations heavily impacted UC researchers. Following the efforts described in paragraphs 1-6, I was able to find two declarants, Dr. Louise Bedsworth and Dr. Plamen Atanassov, whose grants were terminated, who were willing to become declarants, and who were willing to become class representatives for a DOE class.

9. Finally, notwithstanding the laudable cooperation of opposing counsel, my efforts to meet and confer about DOE's position took more time than usual due to the government's extended shutdown, and its effect on both DOJ and DOE staffing.

10. In light of these factors, counsel for Plaintiffs did not delay in bringing this Motion for Leave to File Third Amended Complaint and Motion for Preliminary Injunction, but rather, filed as expeditiously as possible under the circumstances.

11. I worked with a graphic designer to prepare the graphic below, illustrating the areas of the country where DOE has, and has not, terminated Hydrogen Hub programs like ARCHES.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of November 2025, at New York, New York.

                                         */s/ Claudia Polsky*
                                         Claudia Polsky