BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>Defendants. | Case No. 25-cv-4737-RFL <br><br>**DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S ORDER DATED SEPTEMBER 22, 2025** <br><br>Judge: Hon. Rita F. Lin |

Defendants respectfully submit this Status Report to provide an update regarding Defendant NIH's compliance with the Court's Preliminary Injunction Order dated September 22, 2025 (Dkts. 133 & 134). The Court stayed NIH's obligations "to reinstate terminated grants that have not yet been reinstated" during the lapse in appropriations. ECF No. 150. After the end of the lapse in appropriations, NIH began work on identifying all remaining eligible grants and reinstating them. NIH represents that it has since reinstated all remaining grants covered by the Court's Preliminary Injunction Order, with completion of that work occurring on November 24.

DATED: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

FED. DEFS.' STATUS REPORT
CASE NO. 25-CV-4737