BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: Jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*, | Case No. 25-cv-4737-RFL |
| Plaintiffs, | **DECLARATION OF HOWARD DICKENSON IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND AND MOTION FOR A PRELIMINARY INJUNCTION AND CLASS CERTIFICATION AS TO DOE** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | Judge: Hon. Rita F. Lin |

I, Howard Dickenson, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above titled matter. Records attached to this declaration are true and accurate copies of records maintained in the ordinary course of business.

1. I am the Acting Deputy Director for the Office of Clean Energy Demonstrations ("OCED") within the Department of Energy ("DOE"). In this position, I serve as the highest-ranking civil servant in the OCED organization responsible for all facets of OCED operations. I have personal knowledge of the matters set forth below, except those matters that are based on information conveyed to me in my official capacity, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Federal Defendants' memorandum in opposition, filed concurrently herewith.

2. Plaintiffs have challenged the termination of the California Hydrogen Hub Grant to the Alliance for Renewable Clean Energy Systems ("ARCHES"). The California Hydrogen Hub grant was awarded by, and is currently administered by, OCED. OCED issued this award as a demonstration project, and not as a research and development ("R&D") project. This was reflected in, among other items, the President's Fiscal Year 2024 Congressional Budget Request that the Department of Energy submitted to Congress in coordination with the Office of Management and Budget ("OMB"). OMB approved the Budget Request, including approving the identification of the OCED Hydrogen Hub program as a demonstration project rather than R&D project. A true and correct copy of OCED's publicly available Fiscal Year 2024 Congressional Budget Request is attached as **Exhibit A**.

3. The California Hydrogen Hub grant was established through a cost-sharing cooperative agreement between OCED and ARCHES. Under the agreement, the federal award totaled $1.2 billion, while ARCHES committed to covering $11.4 billion—over 90%—of the total project cost of $12.6 billion.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2025.

/s/ _____
Howard Dickenson

DECL. ISO FED. DEFS' OPP'N
CASE NO. 25-CV-4737

2