# EXHIBIT A

**Office of Clean Energy Demonstrations**
**Proposed Appropriation Language**

For Department of Energy expenses, including the purchase, construction, and acquisition of plant and capital equipment and other expenses necessary for clean energy demonstrations in carrying out the purposes of the Department of Energy Organization Act (42 U.S.C. 7101 et seq.), including the acquisition or condemnation of any real property or any facility or for plant or facility acquisition, construction, or expansion, $215,300,000, to remain available until expended: Provided, That of such amount, $45,300,000 shall be available until September 30, 2025, for program direction.

**Public Law Authorizations**
Public Law 95–91, "Department of Energy Organization Act", 1977
Public Law 106-554, "Consolidated Appropriations Act, 2001"
Public Law 107-50, "Small Business Technology Transfer Program Reauthorization Act of 2001"
Public Law 109-58, "Energy Policy Act of 2005"
Public Law 110-140,"Energy Independence and Security Act of 2007"
Public Law 112-81, "National Defense Authorization Act for Fiscal Year 2012"
Public Law 116-260, "Energy Act of 2020"
Public Law 117-58, "Infrastructure Investment and Jobs Act of 2021"
Public Law 117-169, "Inflation Reduction Act," 2022

**Office of Clean Energy Demonstrations**

**($K)**

| FY 2022 Enacted | FY 2023 Enacted | FY 2024 Request |
|---|---|---|
| 20,000 | 89,000 | 215,300 |

**Introduction:**
The mission of the Office of Clean Energy Demonstrations (OCED) is to deliver commercial-scale energy demonstration projects in partnership with the private sector to accelerate market adoption, deployment, and the equitable transition to a modernized and competitive clean energy economy. OCED does this by funding financially viable first of a kind demonstrations that produce goods for sale on commercial markets and achieve sustained operations. OCED targets its investments to help spur clean energy investments this decade to set the Nation on a course to a modernized and upgraded energy system that leads the world in an advanced clean energy infrastructure.

Through resources appropriated by the Infrastructure Investment and Jobs Act (IIJA) and Inflation Reduction Act (IRA), OCED currently funds demonstration projects in clean hydrogen, carbon management, advanced nuclear reactors, long-duration energy storage, industrial decarbonization, and renewables, including in rural areas, and on current and former mine lands. OCED programs demonstrate clean energy solutions at or near full- and commercial-scale, in real-world operational environments, and in partnership with the private sector and local communities.

OCED programs and funding are focused predominantly on these demonstration-to-deployment objectives, as differentiated from research and development. The majority of OCED's demonstrations are intended to transition into sustained, long-term operations following the project period of performance, building confidence among investors, financiers, industry, customers, and communities in the value, viability, and overall performance of the solution.

Funding decisions are made to support scalable outcomes that lead to commercialization and deployment, while focusing on greenhouse gas emission reductions, job creation, energy and environmental justice, and energy transition communities. The following principles guide OCED's efforts:

- **Carbon-Free and Equitable Energy.** Help enable carbon-free electricity and a net-zero carbon emission economy for the entire Nation.

- **Follow-on Investments.** Unlock clean energy follow-on investment from a diversity of private sector sources of capital.

- **De-Risk Technology and other Project Risks.** Maintain a risk-based, balanced, and defensible portfolio of investments.

- **Center of Excellence.** Serve as the primary DOE office to deliver full-scale clean energy demonstration projects and project management oversight excellence.

- **Engagement & Outreach.** Leverage private sector and broader energy ecosystem to inform OCED and DOE technology commercialization efforts.

**Key Accomplishments and Plans:**
Since December 2021 when OCED was established as part of the IIJA, OCED has hired staff, stood up an organization, and achieved the following select accomplishments:

- **Advanced Programmatic Goals**: In FY 2022 and early FY 2023, OCED assumed oversight of two Advanced Reactor Demonstration Projects (ARDP) in the execution phase, developed Funding Opportunity Announcements for Carbon Capture, Hydrogen Hubs, Long-Duration Energy Storage, and Regional Direct Air Capture Hubs demonstrations, and developed an initial gated, go/no-go approach to project management. During the rest of FY 2023 and in early FY 2024, OCED will launch additional funding opportunities and make awards. FY 2024 funding would allow OCED to continue its mission to help unlock private investment and set the Nation on a course to a modernized and upgraded energy system that leads the world in an advanced clean energy infrastructure.

- **Developed Organizational Principals**: OCED defined its policies, processes, and procedures to enable its mission as a project management oversight center of excellence. This work will be finalized in FY 2023 and enable OCED to deliver on its mission in a transparent and consistent manner.

- **Active Engagement with Interested Groups:** OCED developed a communications plan, stakeholder engagement framework, and foundational documents needed to communicate OCED's mission, vision, and goals. OCED also met with key industry leaders to better understand private sector risks. In FY 2023, OCED will re-launch its public-facing website, and adopt a customer relationship management software solution to enable coordination and communication on OCED's portfolio to a diverse group of stakeholders.

**Highlights of the FY 2024 Request**
The FY 2024 Budget requests $215,300,000 in annual appropriations to invest in solutions to achieve decarbonization goals through unlocking private capital. In developing this Request, OCED took into consideration that in FY 2024, OCED will be in its third year of operation, with FY 2022 focused on standing-up the organization; FY 2023 issuing initial awards; and FY 2024 focused on initial execution and continuing to issue awards.

**Clean Energy Demonstrations** ($170,000,000): This activity represents funding to demonstrate clean energy solutions at or near full- and commercial-scale, in realistic operational environments, and in partnership with the private sector and local communities.

- **Energy Demonstrations** ($160,000,000): OCED will fund up to 5 demonstration projects to reduce carbon and other emissions in the industrial sector while maximizing benefits to underserved and overburdened host communities. This effort will prioritize projects that enable significant decarbonization of industrial facilities or processes and/or enable the production of low-carbon products and products such as steel, cement, glass, and fuels. This effort will complement demonstrations funded under Section 41008 of the IIJA and Section 50161 of the IRA. The industrial sector is complex and presents unique challenges for decarbonization due to many diverse subsectors, low rates of infrastructure turnover, and energy-intensive processes. This effort builds on existing industrial decarbonization programs in coordination with the DOE Industrial Decarbonization Joint Strategy Team to make additional progress.

- **Demonstration Planning and Analysis** ($10,000,000): Funding will support oversight of OCED demonstration projects, such as an independent engineering contract that will assist OCED oversight of project engineering, construction, and operations; as well as project management data systems and analysis tools necessary to track cost, schedule, and other performance information.

- **Advanced Reactor Demonstrations Program** ($0): No funding is requested in FY 2024 for the ARDP demonstration projects managed by OCED, as funding is not required at this time. There remains a gap of approximately $400 million in the ARDP program, which will be updated as part of a rebaseline exercise in FY 2023. This information is provided per the FY 2023 Consolidated Appropriations Act.

**Program Direction** ($45,300,000): Program direction funds federal salaries, training, travel, Working Capital Fund expenses, associated support services contracts, and other administrative expenses.

**Office of Clean Energy Demonstrations**
**Funding ($K)**

|  | FY 2022 Enacted | FY 2023 Enacted | FY 2024 Request | FY 2024 Request vs FY 2023 Enacted ($) | FY 2024 Request vs FY 2023 Enacted (%) |
|---|---|---|---|---|---|
| **Clean Energy Demonstrations** |  |  |  |  |  |
| Clean Energy Demonstrations | 12,000 | 64,000 | 170,000 | +106,000 | +166% |
| Program Direction | 8,000 | 25,000 | 45,300 | +20,300 | +81% |
| **Total, Office of Clean Energy Demonstrations** | **20,000** | **89,000** | **215,300** | **+126,300** | **+142%** |

**SBIR/STTR:**
FY 2022 Enacted: SBIR $0; STTR $0
FY 2023 Enacted: SBIR $0; STTR $0
FY 2024 Request: SBIR $0; STTR $0

## Office of Clean Energy Demonstrations
### Funding ($K)

| | FY 2024 Request vs FY 2023 Enacted |
|---|---:|
| **Clean Energy Demonstrations** | +$106,000 |
| Additional funding for up to five demonstration projects to reduce carbon and other emissions in the industrial sector while maximizing benefits to underserved and overburdened host communities. | |
| **Program Direction** | +$20,300 |
| Additional funding for costs associated with an additional 65 FTE over the FY 2023 Enacted and transitioning additional federal expenses into the annual appropriations. | |
| **Total, Office of Clean Energy Demonstrations** | **+$126,300** |

## Office of Clean Energy Demonstrations
## Clean Energy Demonstrations

**Description**
The Clean Energy Demonstrations program represents OCED's support for demonstrations. Each year, OCED will issue at least one commercial-scale demonstration competition funded from this program, focused on a crosscutting clean energy or industrial decarbonization investment opportunity. OCED employs a staged approach to fund demonstrations by dividing project scope into independently useful segments or phases, each with defined milestones, schedule, and costs that connect directly to the goals, cost estimate, and schedule for the overall project. Clean Energy Demonstrations also provides the necessary resources for OCED to evaluate the environmental and related social and economic effects of demonstrations currently under development, including those funded through the IIJA and IRA.

Energy Demonstrations
This activity supports OCED's annual competition for demonstrations. Each year OCED will launch at least one new competition associated with a cross-cutting clean energy or industrial decarbonization investment opportunity. OCED chooses topics that have the greatest potential for both market adoption and impact. Award decisions are made with an aim to accelerate and prove the design, construction, and operation of high-impact demonstration projects, at commercial-scale.

*FY 2024 Competition: Industrial Emissions Reduction Demonstrations:*
OCED will fund up to 5 demonstration projects to reduce carbon and other emissions in the industrial sector while maximizing benefits to underserved and overburdened host communities. This effort will prioritize projects that enable significant decarbonization of industrial facilities or processes and/or production of low-carbon products and products such as steel, cement, glass, and fuels.

To achieve the greatest emissions reduction possible, OCED may fund projects that integrate multiple solutions for emissions reduction and decarbonization. Potential areas of interest include projects that demonstrate smart manufacturing principles, energy efficiency, carbon management, alternative low-carbon feedstocks or fuels, circular economies through reuse of waste streams in other industries, and electrification of industrial processes.

Demonstration Planning and Analysis
Funding will support oversight of OCED demonstration projects, such as an independent engineering contract that will assist OCED oversight of project engineering, construction, and operations; as well as project management data systems and analysis tools necessary to track cost, schedule, and other performance information. Funding will also be used to support other DOE offices, particularly the Technology Commercialization Fund.

**Departmental Crosscutting Activities:**
OCED's Clean Energy Demonstrations program supports the following DOE-wide cross-cutting investments:

- **Industrial Decarbonization** ($160,000,000): All funding for the FY 2024 Industrial Emissions Demonstrations Competition described above supports the Industrial Decarbonization crosscut.

**Clean Energy Demonstrations**

**Activities and Explanation of Changes**

(dollars in thousands)

| FY 2023 Enacted | FY 2024 Request | Explanation of Changes FY 2024 Request vs FY 2023 Enacted |
|---|---|---|
| **Clean Energy Demonstrations** $64,000,000 | $170,000,000 | +$106,000,000 |
| Energy Demonstrations $50,000,000 | $160,000,000 | +$110,000,000 |
| • Initiate a new competition to support demonstrations that integrate renewable and distributed energy systems. The goal of this investment will be to de-risk solutions needed to manage variable generation; control flexible loads; and integrate energy storage electric vehicle charging, and other facilities into the U.S. transmission and distribution grids. | • Support a new competition to award up to five projects to demonstrate solutions that reduce carbon and other emissions in the industrial sector while maximizing benefits to underserved and overburdened host communities. | • Increased in funding to allow OCED to support the proposed scope of the FY 2024 industrial decarbonization demonstration competition. |
| Demonstration Planning and Analysis $14,000,000 | $10,000,000 | -$4,000,000 |
| • Invest in filling knowledge gaps with the private sector to understand their perspective on achieving market "lift off" for clean energy demonstration technologies.<br>• Fund oversight of OCED demonstration projects, such as an independent engineering contract that will assist OCED oversight of project engineering, construction, and operations.<br>• Initiate support for project management data systems and analysis tools necessary to track cost, schedule, and other performance information. | • Continue investment in in independent engineering and project management data systems and analysis tools needed to support project management oversight. | • Decreased funding will not negatively impact support for FY 2024 Demonstration Planning and Analysis activities. |

**Clean Energy Demonstrations**
**Program Direction**

**Overview**
Program Direction enables OCED to maintain and support a world-class Federal workforce that supports its mission. The FY 2024 Request provides resources for program and project management, oversight activities, contract administration, workforce management, IT support, and Headquarters facilities and infrastructure.

**Highlights of the FY 2024 Budget Request**
The FY 2024 OCED Program Direction Budget Request will:
- Support 140 FTE to continue to implement development, execution, and oversight of cross-cutting OCED activities and investments not directly tied to IIJA and IRA provisions.
- Support strengthening OCED's overall performance, organization, budget, operations, human capital, and project management as the office continues to grow.
- Support the development and issuance of competitive solicitations for demonstration(s) of commercial-scale clean energy and/or industrial decarbonization solutions.
- Support project management activities and coordination with other DOE offices on the execution and management of demonstration projects.

**Salaries and Benefits**: The Request assumes a 5.2 percent federal staff pay increase and annualization of the 4.6 percent increase from 2023 to support an estimated 140 FTE.

**Travel:** The Request provides for travel for project oversight, outreach, and information exchanges with stakeholders including industry and energy communities.

**Support Services**: The Request includes funds for support service contractors to help OCED complete its mission, including providing administrative support.

**Other Related Expenses**: The Request includes funding for OCED's contribution to the DOE Working Capital Fund, information technology services, staff training, and other investments for business operations.

Clean Energy Demonstrations
Program Direction

**Activities and Explanation of Changes**

| FY 2023 Enacted | FY 2024 Request | Explanation of Changes FY 2024 Request vs FY 2023 Enacted |
|---|---|---|
| **Program Direction**  $25,000,000 | $45,300,000 | +$20,300,000 |
| Salaries and Benefits  $15,259,000 | $32,000,000 | +$16,741,000 |
| • Funding supports salaries and benefits for 75 FTEs to provide project management support, competitive solicitation development support, and financial control.<br>• The Request also will support costs associated with Federal employee benefits, including health insurance costs and retirement allocations in FERS. | • Funding supports salaries and benefits for 140 FTEs to provide project management support, competitive solicitation development support, and financial control. | • Increased funding to meet the anticipated staffing needs as OCED transitions program direction costs from IIJA/IRA into annual appropriations.<br>• Increase also accounts for a 5.2 percent increase in federal salaries and the annualization of the CY 2023 4.6 percent pay increase. |
| Travel  $1,000,000 | $2,300,000 | +$1,300,000 |
| • Funding will support staff travel for onsite solicitation process requirements and project management support as well as outreach to stakeholders including those in traditionally disadvantaged including energy communities and industry. This includes conducting information exchanges and administration during competitive cycle and travel related to the implementation and award of projects from the FY 2023 solicitation and ongoing awards. | • Funding will support staff travel for onsite solicitation process requirements and project management support as well as outreach to stakeholders including those in traditionally disadvantaged energy communities and industry. This includes conducting information exchanges and administration during competitive cycle and travel related to the implementation and award of projects from the FY 2024 solicitation and ongoing awards. | • Additional funding reflects anticipated need as part of OCED duties, an increase in OCED staffing, and transitioning additional staff previously paid from IIJA/IRA into annual appropriations. |
| Support Services  $6,000,000 | $7,000,000 | +$1,000,000 |
| • Funding for support services to provide technical and administrative support during project solicitation cycle, and during office management of project implementation.<br>• Contract support for data gathering and analysis, developing communications and marketing tools and content, and conducting other required data | • Funding for support services to provide technical and administrative support during project solicitation cycle, and during office management of project implementation.<br>• Contract support for data gathering and analysis, developing communications and marketing tools and content, and conducting | • Additional funding reflects need for support services in launching and managing multiple years of project solicitation cycles and active project management. |

| FY 2023 Enacted | FY 2024 Request | Explanation of Changes FY 2024 Request vs FY 2023 Enacted |
|---|---|---|
| collection, verification, validation, and reporting requirements. | other required data collection, verification, validation, and reporting requirements. | |
| **Other Related Services          $2,741,000** | **$4,000,000** | **+$1,259,000** |
| • Funding for Energy IT Services, Working Capital Fund, training, and other services. | • Funding for Energy IT Services, Working Capital Fund, training, and other services. | • Additional funding reflects costs associated with up to 140 FTE. |

**Program Direction**
**Funding ($K)**

|  | FY 2022 Enacted | FY 2023 Enacted | FY 2024 Request | FY 2024 Request vs FY 2023 Enacted |
|---|---|---|---|---|
| **Program Direction** | | | | |
| **Total Program Direction** | | | | |
| Salaries and Benefits | 4,710 | 15,259 | 32,000 | +16,741 |
| Travel | - | 1,000 | 2,300 | +1,300 |
| Support Services | 1,005 | 6,000 | 7,000 | +1,000 |
| Other Related Expenses | 2,285 | 2,741 | 4,000 | +1,259 |
| **Total, Program Direction** | **8,000** | **25,000** | **45,300** | **+20,300** |

|  | FY 2022 Enacted | FY 2023 Enacted | FY 2024 Request | FY 2024 Request vs FY 2023 Enacted |
|---|---:|---:|---:|---:|
| **Federal FTEs** | 29 | 75 | 140 | +65 |
| **Support Services** | | | | |
| Technical Support | 283 | 3,000 | 3,000 | - |
| Management Support | 722 | 3,000 | 4,000 | +1,000 |
| **Total, Support Services** | **1,005** | **6,000** | **7,000** | **+1,000** |
| **Other Related Expenses** | | | | |
| Other Services | 1,985 | 1,741 | 2,000 | +259 |
| Working Capital Fund | 300 | 1,000 | 2,000 | +1,000 |
| **Total, Other Related Expenses** | **2,285** | **2,741** | **4,000** | **+1,259** |

**Office of Clean Energy Demonstrations**
**Research and Development**

|  | FY 2022 Enacted | FY 2023 Enacted | FY 2024 Request | FY 2024 Request vs FY 2023 Enacted |
|---|---|---|---|---|
| Basic | 0 | 0 | 0 | 0 |
| Applied | 0 | 0 | 0 | 0 |
| Development | 0 | 0 | 0 | 0 |
| Subtotal, R&D | 0 | 0 | 0 | 0 |
| Equipment | 0 | 0 | 0 | 0 |
| Construction | 0 | 0 | 0 | 0 |
| **Total, R&D** | **0** | **0** | **0** | **0** |

**Infrastructure Investment and Jobs Act (IIJA) Investments**

OCED was appropriated funds through the Infrastructure Investment and Jobs Act (IIJA) (P.L. 117-58). Not all IIJA activities will be managed by the organization to which funds were appropriated. Activities that OCED will manage, including those appropriated to other organizations, are itemized below.

| Appropriated Funding Organization | FY 2022 IIJA Funding | FY 2023 IIJA Funding | FY 2024 IIJA Funding | Managing Organization |
|---|---|---|---|---|
| **Clean Energy Demonstrations (OCED)** | | | | |
| Advanced Reactor Demonstration Program | 677,000 | 600,000 | 600,000 | OCED |
| Carbon Capture Demonstration Projects Program | 937,000 | 500,000 | 500,000 | OCED |
| Carbon Capture Large-Scale Pilot Projects | 387,000 | 200,000 | 200,000 | OCED |
| Current and Former Mine Land Clean Energy Demonstrations | 100,000 | 100,000 | 100,000 | OCED |
| Electric Grid Upgrade Program - Ensuring Reliability & Resiliency | 1,000,000 | 1,000,000 | 1,000,000 | GDO |
| Energy Improvement in Rural and Remote Areas | 200,000 | 200,000 | 200,000 | OCED |
| Energy Storage Demonstration Pilot Grant Program | 88,750 | 88,750 | 88,750 | OCED |
| Industrial Emissions Demonstration Projects | 100,000 | 100,000 | 100,000 | OCED |
| Long Duration Energy Storage Demonstration & Joint Initiative | 37,500 | 37,500 | 37,500 | OCED |
| Regional Clean Hydrogen Hubs | 1,600,000 | 1,600,000 | 1,600,000 | OCED |
| **Total, OCED** | **5,127,250** | **4,426,250** | **4,476,250** | |
| | | | | |
| **Fossil Energy and Carbon Management (FECM)** | | | | |
| Regional Direct Air Capture (DAC) Hubs | 700,000 | 700,000 | 700,000 | OCED |
| **Total, FECM** | **700,000** | **700,000** | **700,000** | |
| | | | | |
| **Total, OCED IIJA Coordination** | **5,827,250** | **5,126,250** | **5,176,250** | |

- **Advanced Reactor Demonstration Program:** The goal of this investment is to support two major demonstrations of advanced nuclear reactors for commercial power generation. FY 2024 advanced appropriations and unobligated carryover of IIJA balances is for continued development and eventual construction of two first-of-a-kind advanced reactors to be licensed for operation in the 2028 timeframe. FY 2024 activities will focus on final design completion, engineering and testing of reactor components and systems, Construction Permit Application reviews with the Nuclear Regulatory Commission, developing Operating License Application content, finalizing major component and system procurements, and performing construction reviews and conducting pre-construction activities at the demonstration sites.

- **Carbon Capture Demonstration Projects Program:** The goal of this investment is to establish a carbon capture technology program for the development of six facilities to demonstrate transformational technologies that will significantly improve the efficiency, effectiveness, costs, emissions reductions, and environmental performance of coal and natural gas use, including in manufacturing and industrial facilities. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will support initial award selections from a previously released funding announcement.

- **Carbon Capture Large-Scale Pilot Projects:** The goal of this investment is to support the development of transformational technologies that will significantly improve the efficiency, effectiveness, costs, emissions reductions, and environmental performance of coal and natural gas use, including in manufacturing and industrial facilities. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will support

pilot projects, selected through a funding opportunity announcement, to de-risk carbon capture on actual exhaust from industrial and power sectors.

- **Current and Former Mine Land Clean Energy Demos**: The goal of this investment is to demonstrate the technical and economic viability of conducting clean energy projects on current and former mine lands. OCED will support up to five clean energy projects in geographically diverse regions, at least two of which shall be solar projects. OCED will provide initial funding for these demonstrations in FY 2024 from amounts appropriated in FY 2022 and advanced appropriations in FY 2023 and FY 2024.

- **Electric Grid Upgrade Program - Ensuring Reliability & Resiliency**: The goal of this investment is to provide federal financial assistance to demonstrate innovative approaches to transmission, storage, and distribution infrastructure to harden and enhance resilience and reliability; and to demonstrate novel approaches to enhance regional grid resilience. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will support competitive grants, implemented through States by public and rural electric cooperative entities on a cost-shared basis. OCED and the DOE Grid Deployment Office (GDO) have agreed GDO will perform much of the work and OCED will provide administrative and project management responsibilities.

- **Energy Improvement in Rural and Remote Areas**: The goal of this investment is to provide financial assistance to improve, in rural or remote areas of the U.S., the resilience, safety, reliability, and availability of energy; and environmental protection from adverse impacts of energy generation. OCED will provide initial funding for these demonstrations in FY 2024 from amounts appropriated in FY 2022 and advanced appropriations in FY 2023 and FY 2024.

- **Energy Storage Demonstration Pilot Grant Program:** The goal of this investment is to support first-of-a-kind energy storage system demonstration projects. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will be used to support awards selected from competitive funding opportunity announcements.

- **Industrial Emissions Demonstration Projects:** The goal of this investment is to support demonstration projects that test and validate technologies that reduce industrial emissions. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will support short-duration technical engineering and design studies to inform subsequent upgrade and retrofit demonstration projects as well as first-of-a-kind industrial demonstrations in response to future funding opportunity announcements.

- **Long Duration Demonstration Joint Initiative:** The goal of this investment is to support the demonstration of various long-duration energy storage technologies with regional diversity. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will be used to support awards selected from competitive funding opportunities.

- **Regional Clean Hydrogen Hubs:** The goal of this investment is to support the development of 6-10 regional clean hydrogen hubs that demonstrably aid the achievement of the clean hydrogen production standards; demonstrate the production, processing, delivery, storage, and end use of clean hydrogen; and can be developed into a national clean hydrogen network to facilitate a clean hydrogen economy. FY 2024 advanced appropriations and unobligated carryover of IIJA balances will support initial awards made in this program as the result of a competitive funding opportunity announcement in their phase 1 activities (detailed project planning).

- **Regional DAC Hubs:** The goal of this investment is to provide federal financial assistance to develop four domestic regional direct air capture hubs, each of which will demonstrate a direct air capture technology or suite of technologies at commercial scale with the potential for capturing at least 1 million metric tons of $CO_2$ annually from the atmosphere and storing that $CO_2$ permanently in a geologic formation or through its conversion into products. FY 2024 activities will focus on supporting awards selected from previous

competitive funding opportunity announcements. OCED will manage the program and appropriated funds for DAC Hubs in partnership with the Office of Fossil Energy and Carbon Management.

### Inflation Reduction Act (IRA) Investments

OCED was appropriated funds through the Inflation Reduction Act of 2022 (IRA).

**($K)**

|  | FY 2022 |
|---|---|
| **Total, OCED** | **5,812,000** |
| Advanced Industrial Facilities Deployment Program | 5,512,000 |
| Administrative Expenses | 300,000 |

- **Advanced Industrial Facilities Deployment Program:** The goal of this program is to catalyze high-impact, large-scale, transformational advanced industrial facilities to reduce greenhouse gas (GHG) emissions in energy-intensive industrial subsectors. OCED will support large-scale overhauls for existing facilities, common technologies across multiple facilities, or full facility builds that tie to or replace existing energy-intensive industrial facilities as well as upgrades and retrofits that target decarbonization within a unit operation or process line at an existing industrial facility. In FY 2024, OCED will make initial awards for this program.

- **Administrative Expenses:** The IRA provided $300 million in funding for administrative expenses associated with the execution of the Advanced Industrial Facilities Deployment Program. OCED will use these funds to support project management oversight activities associated within the scope of its IRA funds.