UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-04737-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 156 |

　　　The Court requests that the parties be prepared to address the following questions at the hearing on Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification, set for December 18, 2025, at 10:00 a.m., in Courtroom 15 at the San Francisco Courthouse.

　　1.　　The termination letters state that the grants were terminated to align funding decisions with the new Administration's priorities, and the accompanying public statement refers to the "Left's climate agenda" as the reason for the cancellations. On what basis can the Court conclude that the termination decisions had no rational relationship to legitimate government interests like cost-cutting or policy priorities?

　　2.　　Is it Plaintiffs' position that funding decisions involve impermissible animus if the political affiliation of the affected constituents is one of several factors in the decision-making process?

　　3.　　Are Plaintiffs seeking to certify a class with respect to their APA contrary to law claim? If so, does any evidence in the record indicate that other projects involving UC researchers (beyond CALDAC and ARCHES) have been

terminated in a manner that is inconsistent with 42 U.S.C. 16298d or 42 U.S.C. § 16161a?

4.  Is there any further update from either of the parties on the number of putative Third Form Termination Class members? Do Defendants agree that Drs. Jacob Brouwer and Fudong Liu (Dkt. No. 167 at 10) would fall within the list of putative class members?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions.

**IT IS SO ORDERED.**

Dated: December 16, 2025

RITA F. LIN
United States District Judge