**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

December 19, 2025

Kevin R. Budner
Partner
kbudner@lchb.com

**VIA ECF**

RE:     Thakur v. Trump, No. 3:25-cv-4737

Dear Judge Lin:

      Pursuant to the discussion during yesterday's hearing on the motions pertaining to the Department of Energy, on behalf of Plaintiffs, please find attached the transcript of a status conference from a similar case pending in the District of Columbia (*City of St. Paul, et al. v. Wright, et al.*, Case No. 25-3899). As Ms. Polsky represented, that conference also occurred yesterday, and the government's position as to what showing is required to establish an equal protection claim under the rational basis standard is discussed at pages six to seven (specifically, 6:16-7:24).

Respectfully submitted,

Kevin R. Budner

3384468.1