| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | DEC 31 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NEETA THAKUR, on behalf of themselves and all others similarly situated; et al.,

        Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants - Appellants.

No. 25-4249

D.C. No. 3:25-cv-04737-RFL
Northern District of California, San Francisco

ORDER

Before: PAEZ, CHRISTEN, and DESAI, Circuit Judges.

    Appellants are directed to file a response to Appellees' motion for panel reconsideration or reconsideration en banc (Dkt. 74) within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.