1  Erwin Chemerinsky (*pro hac vice*)
   echemerinsky@law.berkeley.edu
2  Claudia Polsky (CA Bar No. 185505)
   cpolsky@law.berkeley.edu
3  U.C. BERKELEY SCHOOL OF LAW
   Law Building
4  Berkeley, CA 94720-7200
   Telephone: 510.642.6483
5
   Elizabeth J. Cabraser (CA Bar No. 83151)
6  ecabraser@lchb.com
   Richard M. Heimann (CA Bar No. 63607)
7  rheimann@lchb.com
   Kevin R. Budner (CA Bar No. 287271)
8  kbudner@lchb.com
   LIEFF CABRASER HEIMANN &
9  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
10 San Francisco, CA 94111
   Telephone: 415.956.1000
11
   Anthony P. Schoenberg (CA Bar No. 203714)
12 tschoenberg@fbm.com
   FARELLA BRAUN + MARTEL LLP
13 One Bush Street, Suite 900
   San Francisco, CA 94104
14 Telephone: 415. 954.4400

15 *Attorneys for Plaintiffs and the Proposed Class*
   [Additional counsel listed on signature page]
16

17                        UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| NEETA THAKUR, KEN ALEX, NELL GREEN NYLEN, ROBERT HIRST, CHRISTINE PHILLIOU, and JEDDA FOREMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF GOVERNMENT EFFICIENCY ("DOGE"); AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency; NATIONAL SCIENCE FOUNDATION; | Case No. 3:25-cv-4737<br><br>**JOINT STATEMENT REGARDING PROPOSED SCHEDULE ON SUPPLEMENTAL BRIEFING** |

1  [*caption cont'd next page*]
2  
3  BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
4  NATIONAL ENDOWMENT FOR THE HUMANITIES;
5  MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities;
6  
7  UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
8  LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
9  UNITED STATES DEPARTMENT OF AGRICULTURE;
10 BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture;
11 AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE);
12 
13 JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps;
14 UNITED STATES DEPARTMENT OF DEFENSE;
15 PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense;
16 UNITED STATES DEPARTMENT OF EDUCATION;
17 LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education;
18 UNITED STATES DEPARTMENT OF ENERGY;
19 CHRIS WRIGHT, in his official capacity as Secretary of Energy;
20 UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
21 ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services;
22 
23 UNITED STATES CENTERS FOR DISEASE CONTROL;
24 MATTHEW BUZZELLI, in his official capacity as Acting Director of the Centers for Disease Control;
25 UNITED STATES FOOD AND DRUG ADMINISTRATION;
26 MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration;
27 
28 UNITED STATES NATIONAL INSTITUTES OF HEALTH;

1  JAYANTA BHATTACHARYA, in his official
   capacity as Director of the National Institutes of
2  Health;
   INSTITUTE OF MUSEUM AND LIBRARY
3  SERVICES;
   KEITH SONDERLING, in his official capacity
4  as Acting Director of the Institute of Museum
   and Library Services;
5  UNITED STATES DEPARTMENT OF THE
   INTERIOR;
6  DOUG BURGUM, in his official capacity as
   Secretary of the Interior;
7  UNITED STATES DEPARTMENT OF STATE;
   MARCO RUBIO, in his official capacity as
8  Secretary of the U.S. Department of State;
   DEPARTMENT OF TRANSPORTATION;
9  SEAN DUFFY, in his official capacity as
   Secretary for the U.S. Department of
10 Transportation,

11     Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3396671.1

JOINT STATEMENT REGARDING
SUPPLEMENTAL BRIEFING
CASE NO. 3:25-CV-4737

The Parties submit this Joint Statement pursuant to the Court's December 23, 2025, Order requesting a "proposed schedule for supplemental briefing concerning the effect of the [Ninth Circuit's amended order" in *Thakur v. Trump*, 25-4249, Dkt. No. 73, "on the pending motions" before this Court. Dkt. No. 173.

**Briefing**: Since this Court's Order, Plaintiffs-Appellees moved for reconsideration or reconsideration *en banc* in the Ninth Circuit on December 29, 2025, and Defendants-Appellants were ordered to respond to that motion by January 21, 2026. *Thakur v. Trump*, 25-4249, Dkt. Nos. 74, 75. With respect the issues raised in this Court's Order, Plaintiffs anticipate supplemental briefing addressing the effect of the Amended Order on (1) the pending motions regarding grants terminated by the Department of Energy (Dkt. Nos. 154, 156) as well as (2) the remaining constitutional claims asserted in Plaintiffs' complaint and initial motion for preliminary injunction (i.e., claims regarding separation of powers and the Fifth Amendment). The Parties propose the following schedule for that briefing:

- Plaintiffs' Opening Brief: January 30, 2026
- Defendants' Response: February 24, 2026
- Plaintiffs' Reply: March 6, 2026
- Hearing: Court's convenience[1]

**Additional schedule implications**: Given the uncertainty the amended order introduced about the scope of this case, the Parties agree that the most efficient course of action is to await further clarity from this Court and the appellate courts before proceeding to final judgment on what may be a subset of the claims. The Parties therefore propose that the Court vacate the currently scheduled deadlines for the motions for summary judgment and related Administrative Record deadlines (*see* Dkt. No. 152) pending resolution of the motions and appeals discussed above.

---

[1] Defendants' counsel will be out of the country from the afternoon of March 17 through March 23, and respectfully requests that the Court not schedule a hearing during this time.

| | | |
|---|---|---|
| Dated: January 6, 2026 | By: | /s/ *Kevin R. Budner* |

        Erwin Chemerinsky (*pro hac vice*)
        echemerinsky@law.berkeley.edu
        Claudia Polsky (CA Bar No. 185505)
        cpolsky@law.berkeley.edu
        U.C. BERKELEY SCHOOL OF LAW
        Law Building
        Berkeley, CA 94720-7200
        Telephone: 510.642.6483

        Elizabeth J. Cabraser (CA Bar No. 83151)
        ecabraser@lchb.com
        Richard M. Heimann (CA Bar No. 63607)
        rheimann@lchb.com
        Kevin R. Budner (CA Bar No. 287271)
        kbudner@lchb.com
        Annie M. Wanless
        awanless@lchb.com (CA Bar No. 339635)
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA  94111
        Telephone:  415.956.1000

        Anthony P. Schoenberg (CA Bar No. 203714)
        tschoenberg@fbm.com
        John J. Darin (CA Bar No. 323730)
        jdarin@fmb.com
        Katherine T. Balkoski (CA Bar No. 353366)
        kbalkoski@fbm.com
        FARELLA BRAUN + MARTEL LLP
        One Bush Street, Suite 900
        San Francisco, CA 94104
        Telephone: 415. 954.4400

        *Attorneys for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| Date: January 6, 2026 | By: | /s/ *Jason Altabet* |

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for United States*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 6, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

Executed January 6, 2026, at San Francisco, California.

*/s/ Kevin R. Budner*

Kevin R. Budner