Rob Bonta
Attorney General of California
Todd Grabarsky
R. Matthew Wise
Supervising Deputy Attorneys General
Kristi Hughes
Harald H. Kirn
Zelda Vassar
Christopher J. Kissel
Deputy Attorneys General
State Bar No. 333937
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6388
  E-mail:  Christopher.Kissel@doj.ca.gov

*Attorneys for State of California and California Governor's Office of Business and Economic Development*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NEETA THAKUR**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, et al.,<br><br>Defendants, | Case No. 3:25-cv-04737-RFL<br><br>Assigned to the Honorable Rita F. Lin<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The States of California, Colorado, Washington, Connecticut, Illinois, Maryland, New Jersey, New York, Oregon, Rhode Island, Vermont, and Wisconsin, the Commonwealth of Massachusetts, and the California Governor's Office of Business and Economic Development are plaintiffs in the action titled *California, et al. v. Wright, et al.*, No. 3: 26-cv-01417-RS ("Multistate Action"), filed on February 18, 2026, in the Northern District of California. Plaintiffs hereby submit this administrative motion to notify the Court of that action and request that it be related to the above-captioned matter titled *Thakur, et al. v. Trump, et al.*, No. 3:25-cv-4737 (the "Thakur Action" and, together, the "Actions"). The plaintiffs in the Multistate Action and the plaintiffs in the Thakur Action have consented to the relation of the Actions; the federal entities that are the defendants in those actions declined to consent.

The Actions challenge some of the same funding decisions by the U.S. Department of Energy ("DOE") and the Secretary of Energy on many of the same grounds. They should be related because they meet both requirements of Local Rule 3-12: cases are related when they "concern substantially the same parties, property, transaction, or event," and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." L.R. 3-12(a).

<u>First</u>, the Actions concern substantially the same parties and events. Both Actions name DOE and the Secretary of Energy as defendants. Additionally, one of the plaintiffs in the Thakur Action is Plamen Atanassov, who planned to serve as Senior Advisor for Business Development to ARCHES H2 LLC, an energy project whose federal funding was terminated by DOE; Atanassov alleges harms based on DOE's termination of ARCHES funding. (Thakur Action Complaint (ECF 184) ("Thakur Complaint") ¶¶ 632, 644.) In the Multistate Action, ARCHES's interests are represented through derivative claims brought by one of its members, plaintiff California Governor's Office of Business and Economic Development. (Multistate Action Complaint (26-cv-01417-RS, ECF 1) ("Multistate Complaint") ¶¶ 202–08.)

Both Actions also involve substantially the same underlying transactions or events. Both concern DOE's promulgation of a "Secretarial Policy" purporting to initiate an unlawful agency-wide funding review. (Thakur Complaint ¶¶ 609–11; Multistate Complaint ¶¶ 59–61.) Both

1

concern DOE and the Office of Management and Budget's announcement of award terminations that targeted sixteen "blue" States. (Thakur Complaint ¶¶ 612–23; Multistate Complaint ¶¶ 6, 72–73.) Both concern termination of funding for the ARCHES project, among other claims. (Thakur Complaint ¶¶ 633–51; Multistate Complaint ¶¶ 100–07.) And more broadly, both Actions concern the early-October termination of DOE awards to various other recipients. (Thakur Complaint ¶¶ 652–76; Multistate Complaint ¶¶ 90–91.)

Second, the significant factual overlap between the Actions, summarized above, would result in unduly burdensome duplication of labor and expenses if they were to be heard by different district judges. Were the Court to conclude that the Actions were related, however, a significant number of factual questions could be resolved simultaneously for both cases, as appropriate.

Moreover, there is significant overlap in the legal theories presented in each case, even if they are not entirely identical. For example, both Actions challenge DOE's refusal to spend funds appropriated by Congress for DOE programs as a violation of constitutional separation-of-powers principles. (Thakur Complaint ¶¶ 721–23; Multistate Complaint ¶¶ 209–17.) Both actions challenge the same refusal as a violation of the congressional directives that require the Executive Branch to fund and maintain those programs, in turn violating the Administrative Procedure Act. (Thakur Complaint ¶¶ 721–23; Multistate Complaint ¶¶ 218–22.) Both Actions claim that DOE's termination of the ARCHES cooperative agreement violated the equal-protection principles contained in the Due Process Clause of the Fifth Amendment. (Thakur Complaint ¶¶ 735–37; Multistate Complaint ¶¶ 247–50). Relating these cases will lower the risk of conflicting rulings on each of those issues and will provide opportunities to coordinate merits briefing, as appropriate.

Local Rule 7-11(a) requires an administrative motion "be accompanied . . . by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." As explained in the accompanying declaration, counsel for the plaintiffs in the Multistate Action contacted counsel for both parties in the Thakur Action to ask whether they

would stipulate that the cases should be related. Hughes Decl. in Support of Admin. Mot. ¶ 5. Counsel for defendants in the Thakur Action were unwilling to stipulate. *Id.*

Dated:  March 2, 2026                                     Respectfully submitted,

**ROB BONTA**
Attorney General of California

TODD GRABARSKY
R. MATTHEW WISE
Supervising Deputy Attorneys General
KRISTI HUGHES
HARALD H. KIRN
ZELDA VASSAR

 /s/ Christopher J. Kissel
CHRISTOPHER J. KISSEL
Deputy Attorneys General

*Attorneys for State of California and California Governor's Office of Business and Economic Development*

| | |
|---|---|
| **PHILIP J. WEISER** <br> Attorney General of Colorado <br><br> By: /s/ Sarah H. Weiss <br> SARAH A. KRAKOFF, CBA #27366* <br> Deputy Solicitor General <br> CARRIE NOTEBOOM, CBA #52910* <br> Assistant Deputy Attorney General <br> SARAH H. WEISS, CBA #61914* <br> Senior Assistant Attorney General <br> Colorado Department of Law <br> 1300 Broadway, #10 <br> Denver, CO 80203 <br> (720) 508-6000 <br> sarah.krakoff@coag.gov <br> carrie.noteboom@coag.gov <br> sarah.weiss@coag.gov <br><br> *Attorneys for State of Colorado* | **NICHOLAS W. BROWN** <br> Attorney General for the State of Washington <br><br> By: /s/ Kaia Boonzaier <br> KAIA BOONZAIER, CA SBN # 348123 <br> CAITLIN M. SODEN, WSBA # 55457* <br> LEAH A. BROWN, WSBA # 45803* <br> Assistant Attorneys General <br> 800 Fifth Avenue, Suite 2000 <br> Seattle, Washington 98104 <br> 206-464-7744 <br> kaia.boonzaier@atg.wa.gov <br> caitlin.soden@atg.wa.gov <br> leah.brown@atg.wa.gov <br><br> *Attorneys for State of Washington* |
| **WILLIAM TONG** <br> Attorney General of Connecticut <br><br> By: /s/ Andrew M. Ammirati <br> Andrew M. Ammirati* <br> Assistant Attorney General <br> 165 Capitol Ave <br> Hartford, CT 06106 <br> (860) 808-5090 <br> Andrew.Ammirati@ct.gov <br><br> *Attorneys for State of Connecticut* | **KWAME RAOUL** <br> Attorney General of Illinois <br><br> By: /s/ Paul Berks <br> Paul Berks* <br> Joanna Brinkman <br> Complex Litigation Counsel <br> Jason E. James <br> Assistant Attorney General <br> Office of the Illinois Attorney General <br> 115 S. Lasalle St. <br> Chicago, IL 60603 <br> (773) 919-2923 <br> Paul.Berks@ilag.gov <br><br> *Attorneys for State of Illinois* |

| | | |
|---|---|---|
| 1 | **ANTHONY G. BROWN** | **ANDREA JOY CAMPBELL** |
| | Attorney General of Maryland | Attorney General of the Commonwealth of Massachusetts |
| 2 | | |
| 3 | By: _/s/ Steven J. Goldstein_____ | By: _/s/ Vanessa A. Arslanian_____ |
| | Steven J. Goldstein* | Vanessa A. Arslanian* |
| 4 | Assistant Attorney General | *State Trial Counsel* |
| | Office of the Attorney General of Maryland | Julia Jonas-Day* |
| 5 | 200 Saint Paul Place, 20th Floor | *Assistant Attorney General* |
| | Baltimore, Maryland 21202 | 1 Ashburton Pl. |
| 6 | 410-576-6414 | Boston, MA 02108 |
| 7 | sgoldstein@oag.maryland.gov | (617) 963-2107 |
| | | vanessa.arslanian@mass.gov |
| 8 | *Attorneys for State of Maryland* | julia.jonas-day@mass.gov |

*Attorneys for the Commonwealth of Massachusetts*

**JENNIFER L. DAVENPORT**
Acting Attorney General of New Jersey

By: _/s/ Jessica L. Palmer_____
Jessica L. Palmer*
  Assistant Attorney General
Yael Fisher*
Elizabeth Van Winkle*
  Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-2984
Jessica.Palmer@law.njoag.gov

*Attorneys for State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: _/s/ Matthew Eisenson_____
MATTHEW EISENSON*
*Assistant Attorney General*
MICHAEL J. MYERS *
*Senior Counsel*
KELSEA SUAREZ*
*Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov
michael.myers@ag.ny.gov
kelsea.suarez@ag.ny.gov

*Attorneys for State of New York*

| | |
|---|---|
| **DAN RAYFIELD**<br>Attorney General of Oregon<br><br>By: /s/ Coby Howell<br>COBY HOWELL*<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>Telephone: (971) 673-1880<br>Fax: (971) 673-5000<br>Coby.Howell@doj.oregon.gov<br><br>*Attorneys for State of Oregon* | **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: /s/ Eshan Dabak<br>Eshan Dabak (R.I. Bar No. 11103)**<br>  Special Assistant Attorney General<br>Rhode Island Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, ext. 2041<br>edabak@riag.ri.gov<br><br>*Attorneys for State of Rhode Island* |
| **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By: /s/ Jonathan T. Rose<br>Jonathan T. Rose*<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 878-3171<br>jonathan.rose@vermont.gov<br><br>*Attorney for State of Vermont* | **JOSHUA L. KAUL**<br>Attorney General of Wisconsin<br><br>By: /s/ Aaron J. Bibb<br>Aaron J. Bibb, Wisconsin State Bar No. 1104662*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>(608) 266-0810<br>aaron.bibb@wisdoj.gov<br><br>*Attorney for the of Wisconsin* |

*Pro hac vice application forthcoming
**Admitted pro hac vice