# CERTIFICATE OF SERVICE

Case Name: **Thakur, et al. v. Donald Trump, et al.** No. **3:25-cv-04737-RFL**

I hereby certify that on March 3, 2026, I electronically filed the following documents with the Clerk of the Court for the Northern District of California District Court by using the CM/ECF system:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

**DECLARATION OF KRISTI HUGHES IN SUPPORT OF ADMINISTRATIVE MOTION.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On March 3, 2026, I served the attached motion and declaration by transmitting a true copy via electronic mail to the individuals listed below, who are case participants in *California, et al. v. Wright, et al.*, Northern District of California Case Number 3:26-cv-01417-RS. The electronic mail was addressed as follows:

Caitlin M. Soden
caitlin.soden@atg.wa.gov

Carrie Noteboom
carrie.noteboom@coag.gov

Coby Healy Howell
coby.howell@doj.oregon.gov
kris.tsuchiyama@doj.oregon.gov
lindsey.a.angell@doj.oregon.gov

Eshan Dabak
edabak@riag.ri.gov
vcervini@riag.ri.gov

Kaia Boonzaier
kaia.boonzaier@atg.wa.gov
EPDSea@atg.wa.gov
FedLitECF@atg.wa.gov

Leah Brown
leah.brown@atg.wa.gov
EPDSea@atg.wa.gov
julie.dolloff@atg.wa.gov

Matthew Benjamin Eisenson
matthew.eisenson@ag.ny.gov

Paul J. Berks
paul.berks@ilag.gov
federal@ilag.gov

Sarah Hunter Weiss
sarah.weiss@coag.gov
alex.miller@coag.gov

Yael Naomi Fisher
yael.fisher@law.njoag.gov

Andrew Ammirati
Andrew.ammirati@ct.gov
Steven J. Goldstein
sgoldstein@oag.maryland.gov

Vanessa Arslanian
vanessa.arslanian@mass.gov
Julia.jonas-day@mass.gov

Jessica Palmer
Jessica.palmer@law.njoag.gov

Jonathan T. Rose
Jonathan.rose@vermont.gov
Aaron J. Bibb
aaron.bibb@wisdoj.gov

Joseph Borson
Joseph.Borson@usoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 3, 2026, at San Diego, California.

| | |
|---|---|
| Kristi Hughes | */s/ Kristi Hughes* |
| Declarant | Signature |

SA2026300923
AG Cert of Service CM ECF