UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 25-cv-04737-RFL |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER FOR COUNTS V AND VI** |
| DONALD J. TRUMP, et al., | Re: Dkt. No. 187 |
| Defendants. | |

Having considered the parties' positions in their joint statement (Dkt. No. 187), the stay with respect to Counts V and VI is **LIFTED**. Counts V and VI are set on the same schedule previously set for the non-APA claims. (Dkt. No. 183.) If the parties believe that it is necessary for Counts V and VI to proceed on a different schedule, they may meet and confer and jointly propose an alternative schedule.

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
RITA F. LIN
United States District Judge

1