Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel omitted]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | |
| v. | **RESPONSE IN SUPPORT OF THE ATTORNEY GENERAL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

RESPONSE IN SUPPORT OF THE ATTORNEY
GENERAL'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASE SHOULD BE RELATED

Case No. 3:25-cv-4737

1      Plaintiffs Neeta Thakur et al. ("Plaintiffs") respectfully submit this response in support of the Administrative Motion ("Administrative Motion") filed by the State of California and other state plaintiffs (Dkt. No. 188) requesting that this action be related to *California v. Wright*, No. 3:26-cv-01417.

Plaintiffs agree that the requirements of Civil Local Rule 3-12 are satisfied and that relation would promote judicial economy and avoid the risk of inconsistent rulings.

*First*, the two actions arise from substantially the same events and agency actions, including the Department of Energy's ("DOE") "Secretarial Policy," DOE's early-October termination of awards affecting multiple states, and specifically DOE's termination of the Alliance for Renewable Clean Hydrogen Energy Systems ("ARCHES") cooperative agreement. These overlapping factual issues will require the Court to review common facts, assess the same agency justifications, and resolve many of the same legal questions.

*Second*, relation will avoid duplication of labor and expense. Both actions assert overlapping constitutional and Administrative Procedure Act challenges to DOE's refusal to spend appropriated funds and its across-the-board termination decisions. Having different judges address the same factual and legal issues would risk conflicting outcomes and inefficient, duplicative merits briefing.

*Third*, as reflected in the accompanying Declaration of Kristi Hughes ("Hughes Decl."), Plaintiffs in this action have already indicated that they consent to relation. Hughes Decl. ¶ 4. Plaintiffs submit this filing to reaffirm that position and to assist the Court in resolving the Administrative Motion.

For these reasons, Plaintiffs respectfully support the Administrative Motion and agree that these cases should be related under Civil Local Rule 3-12.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

RESPONSE IN SUPPORT OF THE ATTORNEY GENERAL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED

1

Case No. 3:25-cv-4737

| | | |
|---|---|---|
| 1 | Dated: March 6, 2026 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: _____/s/ Laura S. Gilleran_____ |
| 4 | | Linda S. Gilleran |
| 5 | | Linda S. Gilleran (State Bar No. 307107) |
| | | lgilleran@fbm.com |
| 6 | | Anthony P. Schoenberg (State Bar No. 203714) |
| | | tschoenberg@fbm.com |
| 7 | | Donald Sobelman (State Bar No. 184028) |
| | | dsobelman@fbm.com |
| 8 | | Dylan M. Silva (State Bar No. 306363) |
| | | dmsilva@fbm.com |
| 9 | | Kyle A. McLorg (State Bar No. 332136) |
| | | kmclorg@fbm.com |
| 10 | | Katherine T. Balkoski (State Bar No. 353366) |
| | | kbalkoski@fbm.com |
| 11 | | FARELLA BRAUN + MARTEL LLP |
| | | One Bush Street, Suite 900 |
| 12 | | San Francisco, CA 94104 |
| | | Telephone: (415) 954-4400 |
| 13 | | |
| 14 | | Erwin Chemerinsky (*pro hac vice*) |
| | | echemerinsky@law.berkeley.edu |
| 15 | | Claudia Polsky (State Bar No. 185505) |
| | | cpolsky@law.berkeley.edu |
| 16 | | U.C. BERKELEY SCHOOL OF LAW |
| | | Law Building |
| 17 | | Berkeley, CA 94720-7200 |
| | | Telephone: (510) 642-6483 |
| 18 | | Elizabeth J. Cabraser (State Bar No. 83151) |
| | | ecabraser@lchb.com |
| 19 | | Richard M. Heimann (State Bar No. 63607) |
| | | rheimann@lchb.com |
| 20 | | Kevin R. Budner (State Bar No. 287271) |
| | | kbudner@lchb.com |
| 21 | | Annie M. Wanless (State Bar No. 339635) |
| | | awanless@lchb.com |
| 22 | | Clare Perez (State Bar No. 363027) |
| | | cperez@lchb.com |
| 23 | | LIEFF CABRASER HEIMANN & |
| | | BERNSTEIN, LLP |
| 24 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111 |
| 25 | | Telephone: (415) 956-1000 |
| 26 | | *Attorneys for Plaintiffs and the Proposed Class* |
| 27 | | |
| 28 | | |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

46686\20920783.1
RESPONSE IN SUPPORT OF THE ATTORNEY GENERAL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED

2

Case No. 3:25-cv-4737