Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-4737 |
| Plaintiffs, | |
| v. | **JOINT STATEMENT REGARDING DISCOVERY AND ADMINISTRATIVE MOTION TO AMEND SCHEDULE** |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

3396671.1

46686\21053438.1

The Parties submit the joint statement and motion to update the Court on the status of the *Thakur* discovery period and seek an extension of that discovery period to facilitate resolution of negotiations.

The discovery period in this matter began on January 30, 2026, pursuant to a scheduling order of the Court.  Scheduling and Stay Order, ECF No. 183.

On February 28, 2026, Plaintiffs indicated an intent to seek more than 10 depositions.  Following a meeting of the Parties, Plaintiffs then served interrogatories and requests for production on DOE on March 6, 2026.  Plaintiffs served further interrogatories and requests for production on NSF, NEH, EPA, DOD, DOT, and HHS-NIH on March 17.  Defendants served interrogatories and requests for production on the named plaintiffs related to DOE on April 2.  The Parties have repeatedly stipulated to extension of the deadline for responses and objections ("R&Os") as to all discovery requests to facilitate negotiation of a set of stipulations to obviate all merits discovery.  *See* Fed. R. Civ. P. 29(b).  Presently, the Parties have agreed that the R&Os be due this Friday, May 8, 2026 the last day of the discovery period. *See* ECF No. 183.

There is good cause for this extension.  The Parties have nearly finalized stipulations as to six of the seven agencies and are presently in settlement discussions as to the final agency.  As part of the resolution, the relevant Defendant agencies have agreed to provide signed stipulations, information related to the factual stipulations, and a table of terminated grants (including various grant-specific fields requested by Plaintiffs, to assist Plaintiffs with monitoring compliance with the present preliminary injunctions).  The Parties believe that these stipulations and tables (as well as any settlement for the remaining agency) would obviate any need for merits discovery by Plaintiffs as to Defendants and thus permit comprehensive and efficient resolution of the claims in this litigation through forthcoming cross-motions for summary judgment.  The Parties are also presently working on a set of stipulations that would obviate any need for discovery served by Defendants on Plaintiffs.  If the Court grants the Parties' request, the Parties stipulate that R&Os for all pending discovery be due on May 22, 2026.

The Parties thus seek a reasonable two-week extension of the discovery period to finalize the stipulations and to determine whether they are likely to reach agreement in principle, subject

3396671.1

46686\21053438.1

- 1 -

to final approvals, on any settlement term(s).  Any settlement would also require various internal approvals in accordance with Department of Justice regulations as well as approval of the Court pursuant to Fed. R. Civ. P. 23(e).

The Parties further request that the Court's deadline to coordinate with the Parties in *State of California v. Wright*, ECF No. 194, be extended by one additional week.  There is good cause for this extension request.  The Parties believe that they will be best positioned to discuss coordination after they are able to finalize their agreements, including as to DOE.

Therefore, the Parties hereby move for the discovery period in this matter to be extended by two weeks, to May 22, 2026, and the deadline to coordinate with the Parties in *State of California v. Wright* be extended by one week, to May 29, 2026.  Should the Court grant this extension, the Parties will continue conferring about adjustments to the briefing schedule and will likely present a revised proposed schedule to the Court in short order.

Dated: May 6, 2025                    By:      /s/ Anthony P. Schoenberg

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless
awanless@lchb.com (CA Bar No. 339635)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
John J. Darin (CA Bar No. 323730)
jdarin@fmb.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*

Date: May 6, 2025                     By:     /s/ *Jason Altabet*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice

*Attorneys for United States*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 6, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

Executed May 6, 2026, at San Francisco, California.

/s/ *Jason Altabet*

Jason Altabet

3396671.1

- 5 -

46686\21053438.1