Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.,* | Case No. 25-cv-4737-RFL |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION FOR AN EXTENSION AS MODIFIED** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,* | Judge:  Hon. Rita F. Lin |
| Defendants. | |

[~~PROPOSED~~] ORDER FED. DEFS' SECOND STAY MOTION
CASE NO. 25-CV-4737

Having considered the Parties' motion the Court **GRANTS** the motion for good cause shown.

The Court hereby **ORDERS** that the discovery period in this matter be extended by two weeks, until **May 22, 2026**, to permit further negotiations between the Parties on finalizing a set of stipulations and settlement terms, as set forth in the Parties' joint statement and motion.

The Court further **ORDERS** that the deadline to coordinate with the Parties in *State of California v. Wright* be extended by one week, until **May 29, 2026**. *See* Dkt. No. 194.

This order does not affect the existing briefing schedule and hearing date for the parties' anticipated motions for summary judgment and class certification. (Dkt. No. 183.) The Court does not anticipate changing the hearing date on the motions (currently set for September 1, 2026), or the date by which all briefing on the motions will be completed (currently August 14, 2026), except to coordinate adjudication of certain issues with *State of California v. Wright*.

**IT IS SO ORDERED**

DATED:   May 7, 2026

The Honorable Rita F. Lin
United States District Court Judge

[~~PROPOSED~~] ORDER FED. DEFS' SECOND STAY MOTION
CASE NO. 25-CV-4737