Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (State Bar No. 353366)
kbalkoski@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER AS MODIFIED** |
| vs. | |
| DONALD J. TRUMP, et al., | Judge:    The Honorable Rita F. Lin |
| Defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER –
Case No. 3:25-cv-04737-RL

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants ("the Parties"), through their respective undersigned counsel, stipulate and agree as follows.

1. Pursuant to the Court's Scheduling and Stay Order (ECF No. 183), the Parties are currently set to begin summary judgment briefing on June 5, 2026 and to complete briefing on August 14, 2026. The hearing on the cross-motions for summary judgment is set for September 1, 2026, at 10:00 am.

2. The Parties hereby request to extend the briefing schedule and hearing date by roughly 30 days, for the reasons set forth below.

3. The Parties recognize and acknowledge that the Court expressed it "does not anticipate changing the hearing date . . . or the date by which all briefing on the motions will be completed," (ECF No. 197). Nevertheless, the Parties believe good cause exists for their requested extension.

4. As explained in their Joint Statement to extend the discovery period (ECF No. 195), the Parties have been working diligently and cooperatively for several months to finalize a set of detailed factual stipulations intended to streamline the record, reduce or obviate the need for written discovery and depositions, and avoid unnecessary motion practice.

5. The Parties have reached final agreement on stipulations relating to the non-DOE agencies except EPA, which has provided proposed settlement terms that the Parties anticipate finalizing within roughly a week. The Parties have agreed to 14 stipulations. The Parties have likewise identified 17 categories of information about each terminated grant that the agencies will fill out as part of a comprehensive spreadsheet. At the time the agency produces the spreadsheet, the Parties will also sign an additional stipulation. The agencies estimate that the spreadsheets and secondary stipulations will be produced on the following schedule:

- HHS-NIH
  - Approximately 4 weeks.
- NEH
  - Approximately 2-3 weeks.
- NSF
  - Approximately 3-4 weeks.
- DoD
  - Approximately 3-4 weeks.

STIPULATION AND [~~PROPOSED~~] ORDER –    2
Case No. 3:25-cv-04737-RL

- DoT
  - Approximately 2 weeks.

Preparing these spreadsheets is a time-consuming endeavor given the highly detailed nature of the information that they will set forth. These stipulations will obviate the need for discovery as to these agencies. As of the time of the filing of this stipulation, the Parties have signed the agreement and 14 stipulations for all the non-DOE agencies except EPA, namely, NSF; NEH; DoD; HHS-NIH; and DoT.

6.     As to DOE, the Parties likewise anticipate signing stipulations as to both sides within the week. The Parties have prepared 11 stipulations that obviate the need for discovery as to DOE. The Parties are also finalizing stipulations as to the discovery served on the named plaintiffs associated with DOE.

7.     The process of agreeing to the stipulations has been very involved, with ongoing and frequent collaborations and discussions between the Parties over the course of months. Ultimately, the Parties were able to agree to obviate the need for discovery on either side, saving both Parties significant time and resources. Given the depth of the discussions, the seriousness of forsaking traditional discovery, and the chains of approval needed on both sides in order to sign off on the stipulations, the Parties do not believe they could have acted more expeditiously.

8.     Now that stipulations have been signed, the agencies can begin preparing the information set to be produced via spreadsheet. This information is relevant to the summary judgment and class certification motion, and will take the agencies some time to compile. As this time will likely extend beyond the discovery deadline, the Parties believe a roughly 30-day extension is justified to allow Plaintiffs to present their case using all relevant information. Plaintiffs would be prejudiced without the extension, rendering the collaborative work on the stipulations and spreadsheet terms for naught.

9.     Furthermore, the Parties believe that a roughly 30-day extension will allow them to brief all issues—DOE and non-DOE specific—on the same timeline. Given the differing state of discovery in the *Thakur* and *Wright* cases, the Parties do not at this time believe that coordinating briefing on the DOE-specific issues with the *Wright* case is advantageous. The Parties believe the

STIPULATION AND [PROPOSED] ORDER –      3
Case No. 3:25-cv-04737-RL

benefits of keeping all issues in the *Thakur* case on the same timeline also weigh in favor of extending the briefing deadline.

10. Once it became clear the stipulations would obviate the need for discovery, the Parties met and conferred multiple times to discuss an appropriate schedule for summary judgment briefing, agreeing that an extension would be necessary to allow the agencies sufficient time to produce the requested information and to allow Plaintiffs sufficient time to review this information and incorporate it into summary judgment briefing.

11. The Parties re-convened to discuss the briefing schedule after receiving the Court's order in ECF No. 197. The Parties originally contemplated a longer extension, but appreciate the Court's instruction and the urgency of this matter. Nevertheless, the Parties believe a roughly 30-day extension is necessary to allow the Defendant agencies to produce the stipulated information while giving Plaintiffs sufficient time to diligently prepare their summary judgment motion.

12. In addition to the Parties' recent request to extend the discovery deadline by two weeks, the Parties have previously stipulated to extended schedules on September 9, 2025 and November 20, 2025, and the Court granted both of those stipulated schedule modifications.

13. Accordingly, the Parties jointly propose the following summary judgment briefing schedule:

| Event | Current Deadline | Parties' Stipulated Proposed Deadline |
|---|---|---|
| Plaintiffs' Summary Judgment | 6/5/2026 | 7/15/2026 |
| Defendants' Opposition and Cross Motion for Summary Judgment | 7/2/2026 | 8/11/2026 |
| Plaintiffs' Reply and Opposition to Cross Motion | 7/31/2026 | 9/8/2026 |
| Defendants' Reply | 8/14/2026 | 9/22/2026 |

STIPULATION AND [PROPOSED] ORDER –    4
Case No. 3:25-cv-04737-RL

| Hearing | 9/1/2026 | **10/20/2026** |
|---------|----------|----------------|

THEREFORE, IT IS HEREBY STIPUALTED AND AGREED, by and between the Parties, subject to the Court's approval, that the schedule shall be modified as reflected above.

Dated: May 12, 2026

By: /s/ *Elizabeth Cabraser*

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (State Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (State Bar No. 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [~~PROPOSED~~] ORDER –
Case No. 3:25-cv-04737-RL

5

Dated: May 12, 2026

By:  /s/ *Jason Altabet*

Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for United States*

STIPULATION AND [PROPOSED] ORDER –
Case No. 3:25-cv-04737-RL

6

**PURSUANT TO STIPULATION AS MODIFIED, IT IS SO ORDERED.**

_____May 14___, 2026

_____

The Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER –          7
Case No. 3:25-cv-04737-RL

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Elizabeth Cabraser, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: May 12, 2026

/s/ *Elizabeth Cabraser*
Elizabeth Cabraser