IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, et al., <br><br> Plaintiffs, <br><br> **v.** <br><br> **CHRISTOPHER WRIGHT**, et al.**,** <br><br> Defendants, | Case No. 3:26-CV-01417-RFL <br><br> Assigned to the Honorable Rita F. Lin <br><br> **[*THAKUR* AND *WRIGHT* PLAINTIFFS' PROPOSED] ORDER ON JOINT STATEMENT REGARDING CASE COORDINATION** |
| **NEETA THAKUR**, et al., <br><br> Plaintiffs, <br><br> **v.** <br><br> **DONALD J. TRUMP**, et al.**,** <br><br> Defendants, | Case No. 3:25-CV-04737-RFL <br><br> Assigned to the Honorable Rita F. Lin <br><br> **[*THAKUR* AND *WRIGHT* PLAINTIFFS' PROPOSED] ORDER ON JOINT STATEMENT REGARDING CASE COORDINATION** |

**[*THAKUR* AND *WRIGHT* PLAINTIFFS' PROPOSED] ORDER**

Having considered the Joint Statement Regarding Case Coordination, IT IS HEREBY

ORDERED:

The schedules *California*, *et al. v. Wright*, *et al.*, Case No. 3:26-CV-01417-RFL, and

*Thakur*, *et al. v. Trump*, *et al.*, Case No. 3:25-CV-04737-RFL, shall be amended as follows:

- *Thakur* **briefing schedule:**
  - *Thakur* Plaintiffs' Summary Judgment Motion
    - 7/15/2026 -> **8/4/2026**
  - *Thakur* Defendants' Opposition and Cross Motion for Summary Judgment
    - 8/11/2026 -> **9/1/2026**
  - *Thakur* Plaintiffs' Reply and Opposition to Cross Motion
    - 9/8/2026 -> **9/29/2026**
  - *Thakur* Defendants' Reply
    - 9/22/2026 -> **10/13/2026**
  - *Thakur* Summary Judgment hearing
    - 10/20/2026 -> **10/27/2026**

- *Wright* **briefing schedule:**
  - *Wright* Plaintiffs' Summary Judgment Motion
    - **8/4/2026** (no change)
  - *Wright* Defendants' Opposition and Cross Motion for Summary Judgment
    - **9/1/2026** (no change)
  - *Wright* Plaintiffs' Reply and Opposition to Cross Motion
    - 9/15/2026 -> **9/29/2026**
  - *Wright* Defendants' Reply
    - 9/29/2026 -> **10/13/2026**
  - *Wright* Summary Judgment hearing
    - 10/20/2026 -> **10/27/2026**

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Rita F. Lin

1

[*Thakur* and *Wright* Plaintiffs' Proposed] Order on Case Coordination (3:26-cv-01417-RFL & 3:25-CV-04737-RFL)