BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.,* ) | Case No. 25-cv-4737-RFL |
| ) | |
| Plaintiffs, ) | **NOTICE REGARDING NEH'S COMPLIANCE** |
| ) | **WITH JUNE 23, 2025 ORDER** |
| v. ) | |
| ) | |
| DONALD J. TRUMP, in his official capacity as ) | |
| President of the United States, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

NOTICE REGARDING NEH'S COMPLIANCE WITH JUNE 23, 2025 ORDER
CASE NO. 25-CV-4737

Defendant the National Endowment for the Humanities ("NEH") files this Notice, and the accompanying Declaration and Exhibits attached hereto, to alert the Court to an oversight that NEH became aware of on June 12, 2026, with respect to compliance with the Court's preliminary injunction order issued on June 23, 2025. *See* ECF Nos. 54 & 55.

Pursuant to stipulations the NEH and Plaintiffs entered into on May 12, 2026, NEH agreed to produce a chart detailing certain information about grants subject to the Court's preliminary injunction order. *See* ECF No. 198. On June 12, 2026, while finalizing the stipulated-to chart, it came to NEH's attention that two grants subject to the preliminary injunction had inadvertently not been reinstated. As the accompanying Declaration explains, immediately upon learning of this error NEH notified the grantees and reinstated the grants. *See* Declaration of Richard Brundage Regarding June 23, 2025 Order, at ¶ 9. Also on June 12, 2026, undersigned counsel for Defendants notified Plaintiffs' counsel of the oversight.

NEH regrets the error, and files the accompanying declaration and exhibits to explain the reason for the oversight and the steps subsequently taken in response.

June 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn Barragan*

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for the United States*

NOTICE REGARDING NEH'S COMPLIANCE WITH JUNE 23, 2025 ORDER
CASE NO. 25-CV-4737

1