Erwin Chemerinsky (admitted *pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **DECLARATION OF KYLE A. MCLORG IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION** |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |
| | Judge:    The Honorable Rita F. Lin |
| | Hearing Date:    October 20, 2026 |
| | Hearing Time:    10:00 AM |
| | Courtroom:    4 – 17th Floor |

46686\21160473.1

MCLORG DECL. ISO MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION -
Case No. 3:25-cv-04737-RL

I, Kyle A. McLorg, declare as follows:

1.     I am an attorney duly admitted to practice before this Court. I am a senior associate at Farella Braun + Martel LLP, attorneys of record for Plaintiffs and the Proposed Class. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiffs' Combined Motion for Summary Judgment and Class Certification.

2.     Plaintiffs and the six remaining Defendant Agencies[1] (collectively, the "Parties") agreed that the Defendant Agencies would provide signed stipulations, detailed tables of terminated grants, and information related to the factual stipulations, in lieu of the extensive discovery that would be necessary for the claims against each.

3.     True and correct copies of each of those stipulations, tables, and related documentation,[2] are attached to this Declaration, as set forth below:

4.     **Exhibit A(1)** to this Declaration is a copy of the May 11, 2026 Department of Defense Stipulation (the "DOD Stipulation"), including its separate document providing responses for Stipulations 3 and 4. **Exhibit A(2)** to this Declaration is a copy of DOD's Grant Spreadsheet. **Exhibit A(3)** to this Declaration contains the documentation referenced in the DOD Stipulation.

5.     **Exhibit B(1)** to this Declaration is a copy of the May 11, 2026 Department of Transportation's Stipulation (the "DOT Stipulation"), including its separate document providing responses for Stipulations 3 and 4. **Exhibit B(2)** to this Declaration is a copy of DOT's Grant Spreadsheet.

6.     **Exhibit C(1)** to this Declaration is a copy of the May 12, 2026 National Endowment for the Humanities' Stipulation (the "NEH Stipulation"), including its separate

---

[1] Those agencies are Department of Defense (DOD), Department of Energy (DOE), Department of Transportation (DOT), National Endowment for the Humanities (NEH), National Institutes of Health-Health and Human Services (NIH-HHS), and the National Science Foundation (NSF).

[2] Some documents contain confidentiality watermarks and headers, or headers indicating that they contain privacy sensitive or personal identifying information. However, Defendant Agencies have confirmed that none of the Exhibits to this Declaration need to be filed under seal.

46686\21160473.1

document providing responses for Stipulations 3 and 4. **Exhibit C(2)** to this Declaration is a copy of NEH's Grant Spreadsheet.

7.      **Exhibit D(1)** to this Declaration is a copy of the May 11, 2026 National Institutes of Health-Health and Human Services' Stipulation (the "NIH-HHS Stipulation"), including its separate document providing responses for Stipulations 3 and 4. **Exhibit D(2)** to this Declaration is a copy of NIH-HHS's Grant Spreadsheet. **Exhibit D(3)** to this Declaration contains the documentation referenced in the NIH-HHS Stipulation.

8.      **Exhibit E(1)** to this Declaration is a copy of the May 11, 2026 National Science Foundation's Stipulation (the "NSF Stipulation"). **Exhibit E(2)** to this Declaration is a copy of NSF's Grant Spreadsheet.

9.      **Exhibit F(1)** to this Declaration is a copy of the May 15, 2026 Department of Energy Stipulation (the "DOE Stipulation"). **Exhibit F(2)** to this Declaration is a copy of DOE's Grant Spreadsheet. **Exhibit F(3)** to this Declaration is a copy of the document referenced in the DOE Stipulation as Exhibits A and B.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 14th day of July, 2026, at San Rafael, California.

_____
Kyle A. McLorg

46686\21160473.1
MCLORG DECL. ISO MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION -
Case No. 3:25-cv-04737-RL