# EXHIBIT A

# Department of Defense

# EXHIBIT A(1)

# Department of Defense Stipulation

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>       Plaintiffs,<br><br>    vs.<br><br>DONALD J. TRUMP, ET AL.,<br><br>       Defendants. | CASE NO. 3:25-cv-04737-RL<br><br><br>**Parties' Stipulations and Agreement to Obviate Discovery as to DoD and DoD's Stipulations of Fact and Agreement to Produce Grants Spreadsheet** |

Plaintiffs and DoD hereby agree that, with respect to the claims and defenses in this litigation as to DoD, neither Plaintiffs nor DoD shall seek discovery under the Federal Rules of Civil Procedure, whether written, by deposition, or otherwise, subject to the terms in this stipulation.  The Parties further agree that this agreement withdraws the requests for production and interrogatories served on DoD on March 17, 2026, and anticipated deposition notices.  The Parties further agree that this agreement applies to any discovery, whether written, by deposition, or otherwise, that could otherwise be sought and served as to any Plaintiff, as to DoD, as to any other Defendant, or as to any non-party to this suit, to the extent that discovery seeks to establish a claim or defense as to DoD.

In exchange for obviating already-served discovery and discovery that could otherwise be sought and served, DoD agrees to produce the spreadsheet of grants described below and to the stipulations set forth below.

## I.        **Spreadsheet of Grants**

DoD agrees to produce a spreadsheet with the categories of information listed in this section.  The spreadsheet will consist of all grants that the agency has identified as involving University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants at DoD that were terminated or indefinitely suspended.  The produced spreadsheet will be signed by a DoD official.

DoD agrees that Plaintiffs have the right, within 7 days of production of DoD's spreadsheet, to meet and confer and raise any identified technical errors, omissions, or formatting issues with the spreadsheet.  DoD will make reasonable, good-faith efforts to resolve any

identified issues.  If DoD and Plaintiffs are unable to resolve any remaining disputes regarding

the spreadsheet, the Parties agree to submit their disagreement to the Court for resolution in

accordance with the Court's procedures regarding discovery disputes.


### *Spreadsheet Columns*

**Grant details:**
1.   Granting Agency (including sub-agency if applicable, e.g., HHS-NIH)
2.   Federal Award ID # (FAIN)
3.   Project Name/Description/Title of Award/Project Summary
4.   Recipient/Grantee Name (i.e., the direct grantee entity, e.g., "UC Irvine" or "Brown University")
5.   UC location (for direct or, if applicable, sub-awards, e.g., "UCLA")
6.   UC principal researcher, investigator, and/or project leader on the grant application(s)
7.   Date obligated
8.   Grant term (both start & end dates)
9.   Date terminated or suspended
10.  Date reinstated

**Funding Details:**
11.  Amount awarded
12.  Amount funded as of March 30, 2026 or to date (agency's best estimate)
13.  Amount remaining when terminated or suspended
14.  Statute(s) directing/authorizing the grant funds

**Termination details:**
15.  EO(s) or executive directive(s) or agency priority implicated in the grant's termination
16.  Term(s) or phrases identified in grant that resulted in termination
17.  Other than the EO(s) or executive directive(s) identified above, any legal basis DoD contends allowed it to terminate the grant

## II.      Stipulations

Solely for the purposes of the present litigation and for no other purpose, with respect to

the grants at issue in this litigation, DoD stipulates to the following facts:

1. DoD acted pursuant to Executive Orders or executive directives, meaning an agency memorandum, or other formal written articulation of agency priorities, when reviewing grants for termination.
2. DoD terminated the grants at issue in a uniform manner based on Executive Orders or executive directives.
3. When identifying grants for termination review, DoD used:
     a. search terms, keywords, or phrases to identify grants for termination review.
          i. The search terms and/or phrases used by DoD are described in the DoD-specific stipulation to be provided at the time DoD completes production of the Spreadsheet described above.[1]
     b. artificial intelligence tools or software.[2]
          i. If AI tool(s) were used by DoD, the AI tool(s) and the prompts used will be provided at the time DoD completes production of the Spreadsheet described above.
4. DoD identified grants at issue for termination pursuant to the Executive Orders or executive directives, meaning an agency memorandum or formal, written description of agency priorities, which are to be provided at the time DoD completes production of the Spreadsheet described above.[3]
5. When identifying grants for termination, DoD selected those that expressed, or were presumed to express, viewpoints disfavored by the Administration, as set forth in Executive Orders or DoD's executive directives, because DoD no longer wished to subsidize those grants' viewpoints, or presumed viewpoints, such as the subject and/or topic of the grant.

---

[1] The provisions of search terms and/or phrases shall be made in the following format:

DoD used search terms, keywords, or phrases to identify and terminate grants presumed to express viewpoints—such as subjects and/or topics of the grant—that DoD no longer wished to subsidize. DoD used the following search terms, keywords, or phrases to identify grants for termination:
**List.**

[2] DoD will identify whether artificial intelligence tools or software were used at the time it completes production of the Spreadsheet described above and does not concede any such tools or software were used by signing these stipulations.

[3] DoD agrees to identify where Plaintiffs can find the relevant EO or directive, including producing such document if it is not publicly available.

6. DoD accepts that the search terms, keywords, or other criteria used to determine which grants to terminate were designed to identify grants that expressed, or were presumed to express, viewpoints the Administration no longer wished to subsidize, as set forth in Executive Orders or DoD's executive directives. DoD accepts that the search terms, keywords, or other criteria were used to identify subjects and/or topics of the grant encompassing, or presuming to encompass, the relevant viewpoints.

7. DoD used standardized or form termination letters to notify grantees of the termination of the grants, rather than letters tailored to the specific circumstances of each grant.

8. DoD accepts that it did not consider the reliance interests of individual researchers prior to termination of grants.

9. DoD identified grants for termination using general criteria, rather than a grant-specific assessment of each award's compliance, or performance.

10. The grants at issue were funded through funds appropriated for the purpose of grant-making.

11. DoD has not re-allocated the terminated funds to other grant-making programs.

12. DoD's enabling statute or other legislation includes grant-making as a directive from Congress to DoD.

13. DoD did not terminate any grants based on alleged noncompliance with the terms of the grant.

14. DoD agrees that the number of terminated grants renders joinder of all class members impracticable, except as to Count III which does not apply to DoD.

DoD further agrees that the portions of stipulations 3 and 4 that so indicate shall be finalized and signed alongside production of the Spreadsheet described above.

DAY.JASON.OWEN.15 37875484

Digitally signed by DAY.JASON.OWEN.1537875484
Date: 2026.05.11 14:03:31 -04'00'

Jason O. Day
Research Policy Director
Office of the Under Secretary of Defense for Research & Engineering
Department of Defense

Dated: May 12, 2026                    By:  /s/   *Elizabeth J. Cabraser*

Elizabeth J. Cabraser (CA Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

*Attorneys for Plaintiffs and the Proposed Class*

Date: May 10, 2026                    By:    /s/ *Jason Altabet*

                                 Respectfully submitted,

                                 BRETT A. SHUMATE
                                 Assistant Attorney General
                                 Civil Division

                                 ERIC J. HAMILTON
                                 Deputy Assistant Attorney General

                                 JOSEPH E. BORSON
                                 Assistant Branch Director

                                 */s/ Jason Altabet*
                                 JASON ALTABET (Md. Bar No. 2211280012)
                                 Trial Attorney, U.S. Department of Justice
                                 Civil Division, Federal Programs Branch
                                 1100 L Street, N.W.
                                 Washington, D.C. 20005
                                 Tel.: (202) 305-0727
                                 Email: jason.k.altabet2@usdoj.gov

                                 KATHRYN BARRAGAN (D.C. Bar No. 90026294)
                                 Trial Attorney, U.S. Department of Justice
                                 Civil Division, Federal Programs Branch

                                 *Attorneys for DoD*

**U.S. Department of Defense**

***Thakur, et al., v. Trump, et al.*, No. 25-cv-04737-RL (N.D. Cal.)**

**Grants Spreadsheet and Responses to Stipulations 3 & 4**

I.  **Grants Spreadsheet**

DoD provides a spreadsheet with the information listed in Section I of DoD's May 11, 2026 Stipulation Agreement.

II.  **Answers to Stipulations 3a, 3b, and 4**

**Stipulation 3a:** DoD used search terms, keywords, or phrases to identify and terminate grants presumed to express viewpoints—such as subjects and/or topics of the grant—that DoD no longer wished to subsidize. DoD used the following search terms, keywords, or phrases to identify grants for termination:

- Diversity
- Equity
- Inclusion
- Diversity, Equity, Inclusion
- DEI
- Affirmative Action
- Race-based
- Gender equity
- LGBTQ
- transgender
- critical race theory
- social justice
- gender studies
- intersectionality
- cultural competency
- inlusive hiring
- inclusivity
- racial disparity
- gender-affirming
- bias training
- BIPOC
- minority-serving
- underrepresented

- disadvantaged
- equitable access
- anti-racism
- racial justice
- restorative justice
- systemic bias
- implicit bias
- structural inequality
- equal opportunity
- disparate impact
- unconscious bias
- gender parity
- multiculturalism
- cultural sensitivity
- allyship
- neurodiversity
- socioeconomic
- linguistic diversity
- accessibility
- pay equity
- oppression
- equity-focused
- gender mainstreaming
- racial sensitivity
- culturally responsive
- Climate change
- green energy
- carbon neutrality
- net-zero emissions
- environmental, social, and governance (ESG)
- Paris Agreement
- Renewable energy
- sustainable development
- decarbonization
- climate resilience
- carbon sequestration
- methane reduction
- federal sustainability

- green procurement
- solar energy
- wind energy
- electrification
- climate adaptation
- Emission reduction
- Carbon capture
- Sustainable infrastructure
- Energy transition
- Low-carbon economy
- Circular economy
- Eco-friendly technologies
- Biodiversity conservation
- Deforestation prevention
- Environmental justice
- Climate mitigation
- Hydrogen energy
- Geothermal energy
- Wave energy
- Tidal energy
- Battery storage
- Carbon pricing
- Carbon offsets
- Environmental impact assessment (EIA)
- Green building standards
- Clean transportation
- Alternative fuels
- EV infrastructure
- Resilient cities
- Nature-based solutions
- Pollution control
- Air quality management
- Sustainable agriculture
- Regenerative farming
- humanities
- humanities research
- social science

**Stipulation 3b:** DoD used an internal search function/tool to identify grants using keyword searches, but does not understand this function/tool to be an AI tool or software because it does not rely on an algorithm or large language model to function.

**Stipulation 4:**

- Executive Order 14154: Unleashing American Energy, January 20, 2025
- Executive Order 14185: Restoring America's Fighting Force, January 27, 2025
- SECWAR Memorandum: Restoring America's Fighting Force, January 29, 2025
- Continuing Elimination of Wasteful Spending at the Department of Defense, March 20, 2025
- Pentagon Culls Social Science Research, Prioritizes Fiscal Responsibility and Technologies for Future Battlefield, March 7, 2025

# EXHIBIT A(2)

# Department of Defense Grant Spreadsheet

| Requested Information | 1. Granting Agency (including sub-agency if applicable, e.g., HHS-NIH) | 1a. Funding Sub-Tier | 2. Federal Award ID # (FAIN) | 3. Project Name/Description/Title of Award/Project Summary | 4. Recipient/Grantee Name AND 5. UC location (for direct or, if applicable, sub-awards, e.g., "UCLA") | 6. UC principal researcher, investigator, and/or project leader on the grant application(s) | 7. Date obligated | 8. Grant term (both start & end dates) | 8. Grant term (both start & end dates) | 9. Date terminated or suspended | 10. Date reinstated | 11. Amount awarded | 12. Amount funded as of March 30, 2026 or to date (agency's best estimate) | 13. Amount remaining when terminated or suspended | 14. Statute(s) directing/authorizing the grant funds | 15. EO(s) or executive directive(s) or agency priority implicated in the grant's termination | 16. Term(s) or phrases identified in grant that resulted in termination | 17. Other than the EO(s) or executive directive(s) identified above, any legal basis DoD contends allowed it to terminate the grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEPT OF THE AIR FORCE | DEPT OF THE AIR FORCE | FA95502110143 | (MINERVA) COMPLEX LINKAGES, AMBIVALENT TIES: GLOBAL SECURITY AND ECONOMIC INTERDEPENDENCE IN THE 21ST CENTURY | UNIVERSITY OF CALIFORNIA, SAN DIEGO | Dr. Eric Gartzke | 3/2/2021 | 6/1/2021 | 10/14/2026 | 3/24/2025 | 10/16/2025 | $1,124,545 | $1,124,545 | $18,048 | 10 USC 2358 | "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025; "Pentagon Culls Social Science Research, Prioritizes Fiscal Responsibility and Technologies for Future Battlefield," March 7, 2025 | "social science" | The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. |
| | DEPT OF THE AIR FORCE | IMMEDIATE OFFICE OF THE SECRETARY OF DEFENSE | FA95502210267 | (MINERVA) POST-CONFLICT SECURITY STRUCTURES AND CITIZEN BUY-IN | REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE | Dr. Aila M. Matanock | 6/30/2022 | 7/15/2022 | 10/14/2026 | 2/25/2025 | 10/16/2025 | $1,864,033 | $1,421,208 | $990,545 | 10 USC 4001 | "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025; "Pentagon Culls Social Science Research, Prioritizes Fiscal Responsibility and Technologies for Future Battlefield," March 7, 2025 | "social science" | The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This Grant is hereby terminated. |
| | DEPT OF THE AIR FORCE | IMMEDIATE OFFICE OF THE SECRETARY OF DEFENSE | FA95502310437 | (MINERVA) INTEGRATED DETERRENCE: EPISODIC ANALYSIS | UNIVERSITY OF CALIFORNIA, SAN DIEGO | Dr. Eli Berman | 8/28/2023 | 8/28/2023 | 10/14/2027 | 3/3/2025 | 10/16/2025 | $1,032,529 | $1,032,529 | $516,813 | 10 USC 4001 | "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025; "Pentagon Culls Social Science Research, Prioritizes Fiscal Responsibility and Technologies for Future Battlefield," March 7, 2025 | "social science" | The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. |
| | DEPT OF THE AIR FORCE | IMMEDIATE OFFICE OF THE SECRETARY OF DEFENSE | FA95502310471 | (MINERVA) RESURGENT POWERS, NONTRADITIONAL THREATS, AND EMERGING TECHNOLOGIES: DETERRENCE IN A MULTILEVEL NETWORK FRAMEWORK. | UNIVERSITY OF CALIFORNIA, DAVIS | Dr. Brandon Kinne | 8/16/2023 | 9/1/2023 | 3/31/2027 | 3/11/2025 | 10/16/2025 | $1,354,670 | $896,004 | $884,558 | 10 USC 4001 | "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025; "Pentagon Culls Social Science Research, Prioritizes Fiscal Responsibility and Technologies for Future Battlefield," March 7, 2025 | "social science" | The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. This grant is hereby terminated. |
| | DEPT OF THE AIR FORCE | DEPT OF THE AIR FORCE | FA95502310684 | (MINERVA) THE CLIMATE-FOOD-URBANIZATION NEXUS AND THE PRECURSORS OF INSTABILITY IN AFRICA | UNIVERSITY OF CALIFORNIA, SANTA BARBARA | Dr. Katherine Ruth Baylis | 8/30/2023 | 9/1/2023 | 10/14/2028 | 3/3/2025 | 10/17/2025 | $2,139,615 | $698,751 | $1,522,470 | 10 USC 4001 | "Executive Order 14154: Unleashing American Energy," January 20, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "social science"; "climate change"; "resilient cities" | The subject grant award no longer effectuates the program goals or agency priorities as found in 2 CFR 200.340(a)(4) as incorporated into the DoD Research and Development General Terms and Conditions for grants by reference. |
| | DEPT OF THE NAVY | DEPT OF THE NAVY | N000142212707 | TARGETED MANAGEMENT APPROACHES FOR MINIMIZING NAVY ACTIVITY IMPACTS ON LONG-LIVED VERTEBRATES | UNIVERSITY OF CALIFORNIA SANTA CRUZ | Dr. Roxanne Beltran | 8/16/2022 | 10/1/2022 | 4/3/2025 | 4/11/2025 | N/A | $499,128 | $499,128 | $5,231 | 10 USC 4001 and 31 USC 6304, as amended | "Executive Order 14154: Unleashing American Energy," January 20, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "climate change"; "biodiversity conservation" | Purpose of this modification is to document the termination of this award per ONR Grant Officer letter of April 3, 2025. |
| | DEPT OF THE NAVY | DEPT OF THE NAVY | N000142312527 | IDENTIFICATION OF NAVY-RELEVANT OCEANOGRAPHIC HOTSPOTS GUIDED BY ETHICAL PRACTICES AND EXPERIENTIAL LEARNING | UNIVERSITY OF CALIFORNIA SANTA CRUZ | Dr. Roxanne Beltran | 4/29/2023 | 5/1/2023 | 3/31/2025 | 5/8/2025 | N/A | $750,000 | $1,772,872 | $214,464 | 10 USC 4001 and 31 USC 6304, as amended | "Executive Order 14154: Unleashing American Energy," January 20, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "climate change" | Purpose of this modification is to document the termination of this award per ONR Grant Officer letter of April 14, 2025. |
| | DEPT OF THE NAVY | DEPT OF THE NAVY | N000142312862 | SEA-LEVEL RISE IN THE INDO-PACIFIC REGION: BUILDING A FRAMEWORK FOR INTERDEPENDENT RESILIENCE | UNIVERSITY OF CALIFORNIA SAN DIEGO | Dr. Mark Merrifield | 9/1/2023 | 9/1/2023 | 4/3/2025 | 4/15/2025 | N/A | $5,633,521 | $1,195,520 | $4,433,289 | 10 USC 4001 and 31 USC 6304, as amended | "Executive Order 14154: Unleashing American Energy," January 20, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "climate change"; "climate resilience"; "climate adaptation"; "sustainable infrastructure"; "clean transportation"; "resilient cities" | Purpose of this modification is to document the termination of this award per ONR Grant Officer letter of April 3, 2025. |
| | DEPT OF THE NAVY | DEPT OF THE NAVY | N000142412515 | D ENTERPRISE UCSD SIO | UNIVERSITY OF CALIFORNIA SAN DIEGO | Dr. Margaret Leinen | 7/30/2024 | 8/1/2024 | 11/30/2026 | 4/11/2025 | 10/2/2025 | $5,199,507 | $400,000 | $4,909,742 | STEM 10 USC 4093 | "Executive Order 14185: Restoring America's Fighting Force," January 27, 2025; "SECWAR Memorandum: Restoring America's Fighting Force," January 29, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "DEI"; "diversity"; "equity"; "inclusion"; "diversity, equity, inclusion"; "BIPOC"; "underrepresented"; "disadvantaged" | Purpose of this modification is to document the termination of this award per ONR Grant Officer letter of March 19, 2025. |
| | DEPT OF THE NAVY | DEPT OF THE NAVY | N000142512110 | STEM NAVAL STEM WORKFORCE DIVERSITY, DEVELOPMENT AND RETENTION PROGRAM | UNIVERSITY OF CALIFORNIA, SAN DIEGO | Dr. Miroslav Krstic | 12/30/2024 | 1/1/2025 | 12/31/2027 | 5/23/2025 | 9/30/2025 | $321,584 | $70,000 | $251,584 | STEM 10 USC 4093 | "Executive Order 14185: Restoring America's Fighting Force," January 27, 2025; "SECWAR Memorandum: Restoring America's Fighting Force," January 29, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "DEI"; "diversity"; "equity"; "inclusion"; "diversity, equity, inclusion" | P0001: This modification is issued to partially terminate the award by mutual agreement and remove any Diversity, Equity, and Inclusion (DEI) or DEI-related terms and efforts, in accordance with the Executive Order titled "Ending Radical and Wasteful Government DEI Programs." Block 10, proposal date, is updated to reflect the date the revised proposal was received via email on March 24, 2025. P0003: The purpose of this modification is to document the termination of this award under mutual agreement. |
| | DEPT OF THE ARMY | IMMEDIATE OFFICE OF THE SECRETARY OF DEFENSE | W911NF2310209 | ENHANCING POSTDOCTORAL TRAINING IN DOD PHOTONICS RESEARCH FOR UNDER-REPRESENTED MINORITIES | UNIVERSITY OF CALIFORNIA, IRVINE | Dr. Daryl Preece | 5/31/2023 | 6/1/2023 | 5/30/2027 | 4/7/2025 | 9/29/2025 | $799,996 | $799,996 | $677,040 | 10 USC 4144 | "Executive Order 14185: Restoring America's Fighting Force," January 27, 2025; "SECWAR Memorandum: Restoring America's Fighting Force," January 29, 2025; "Continuing Elimination of Wasteful Spending at the Department of Defense," March 20, 2025 | "DEI"; "diversity"; "equity"; "inclusion"; "diversity, equity, inclusion"; "minority-serving" | The purpose of this modification is termination of the award IAW 2CFR 200.340(a)(4) effective 27 March 2025. A second modification will be issued to deobligate funding and reduce the award amount once final amounts have been provided by the Recipient. |

# EXHIBIT A(3)

# Department of Defense Documentation Referenced



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

MAR 2 0 2025

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
　　　　　　　　　COMMANDERS OF THE COMBATANT COMMANDS
　　　　　　　　　DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Continuing Elimination of Wasteful Spending at the Department of Defense

　　　　Pursuant to my commitment to strategically rebuild our military, restore accountability to the Department of Defense (DoD), cut wasteful spending, and implement the President's orders, effective immediately I direct the termination of the following programs, contracts, and grants:

- The Defense Civilian Human Resources Management System (DCHRMS) software development program and associated active contracts at the Defense Human Resources Activity (DHRA), which is currently 6 years behind schedule and more than $280 million (780%) over budget — with at least 2 more years of development and testing estimated before initial operating capability.  This program was intended to streamline a significant portion of the Department's legacy Human Resources (HR) information technology stack — an important mission we still need to achieve — but further investment in the DCHRMS project would be throwing more good taxpayer money after bad.  Therefore, I also direct the DoD Performance Improvement Officer to work with the director of DHRA, DoD Chief Information Officer, Military Departments, and HR service providers to develop a new plan within 60 days for achieving this mission.

- We identified over $360 million in additional grants across the Department which fund research efforts and other activities — in areas of Diversity, Equity, and Inclusion and related social programs, climate change, social science, Covid-19 pandemic response, and other areas — that are not aligned with DoD priorities.

- There is $30 million in contracts with external consulting firms for analysis products which are not mission-critical to executing my priorities for the Department.  This first batch of cancellations is part of a broader effort that my Department leadership is undertaking to eliminate wasteful spending on non-essential consulting services, with more to follow in the weeks ahead.

　　　　Collectively, these terminations represent over $580 million in wasteful spending that is inconsistent with the priorities of the DoD, and nearly $170 million in estimated savings which we can reallocate to mission-critical priorities.

　　　　I commend Department leadership for identifying these opportunities to cut wasteful spending, and I encourage other leaders across the enterprise to follow this example and identify more opportunities for savings which we can re-invest in critical mission needs.



## <u>RELEASE</u>
### IMMEDIATE RELEASE

# Pentagon Culls Social Science Research, Prioritizes Fiscal Responsibility and Technologies for Future Battlefield

March 7, 2025

*Cost savings of more than $30 million in first year through discontinuation of 91 studies*

The Office of the Secretary of Defense for Research and Engineering (OUSD(R&E)) is scrapping its social science research portfolio as part of a broader effort to ensure fiscal responsibility and prioritize mission-critical activities. This initiative involves focusing resources on technologies essential for maintaining a strong national defense, aligning with the Administration's commitment to efficient government and ensuring taxpayer dollars are spent wisely.

The Department recognizes the value of academic research but – in response to President Trump's Executive Orders and Secretary Hegseth's priorities in his January 25, 2025, "Message to the Force" and January 29, 2025, Memorandum, "Restoring America's Fighting Force" – recognizes that funded research must address pressing needs to develop and field advanced military capabilities. Several studies are affected by this shift, including those focused on global migration patterns, climate change impacts, and social trends. Examples include:

- The Climate-Food-Urbanization Nexus and the Precursors of Instability in Africa

- Social and Institutional Determinants of Vulnerability and Resilience to Climate Hazards in the African Sahel

- Anticipating Costal Population Mobility: Path to Maladaptation or Sociopolitical Stability

- Comparing Underlying Drivers of South-North Migration in Central America and West Africa

- Democracy Quest

- The Language of Parasocial Influence and the Emergence of Extremism

- Weaponized Conspiracies

- Beyond the Clock: Understanding Cross-Cultural Temporal Orientation of Military Officers

- Food Fights: War Narratives and Identity Reproduction in Evolving Conflicts

- Future Fish Wars: Chasing Ocean Ecosystem Wealth

The Department expects to see cost savings of more than $30 million in the first year through the discontinuation of 91 studies, including the examples listed above.

Secretary of Defense Hegseth has emphasized the importance of equipping the American military with the tools and capabilities necessary to deter adversaries and maintain a strong defense. This initiative directly supports that commitment by prioritizing investments in areas like hypersonic weapons development, AI-powered systems for enhanced battlefield awareness, and strengthening the domestic military industrial base.

The realignment also reflects the Department's commitment to fiscal responsibility and ensuring every dollar invested in defense generates the greatest possible return for the American people. By focusing on the most impactful technologies, the Department is ensuring the U.S. military remains the most powerful and advanced fighting force in the world.



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JAN 2 9 2025

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
        COMMANDERS OF THE COMBATANT COMMANDS
        DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Restoring America's Fighting Force

The Department of Defense (DoD) has an obligation to the American public to ensure their sons and daughters serve under the best leadership we can provide them.  Doing so is a national security imperative.  A foundational tenet of the DoD must always be that the most qualified individuals are placed in positions of responsibility in accordance with **merit-based, color-blind policies**.

The DoD mission is to win the Nation's wars.  To do this, we must have a lethal fighting force that rewards individual initiative, excellence, and hard work based on merit.  In the Executive Order of January 27, 2025 (Restoring America's Fighting Force), the President and Commander in Chief prohibited any preference or disadvantage for an individual or a group within the Armed Forces on the basis of sex, race, or ethnicity.

Diversity, equity, and inclusion (DEI) policies, as defined in the January 27, 2025, Executive Order, are incompatible with the values of DoD.  The DoD will strive to provide merit-based, color-blind, equal opportunities to Service members but will not guarantee or strive for equal outcomes.

To ensure DoD focuses on its core mission of providing the military forces needed to deter war and ensure our nation's security, the Department will ensure all decisions related to hiring, promotion, and selection of personnel for assignments are based on merit, the needs of the Department, and lastly, the individual's desires.

**Restoring America's Fighting Force Task Force.**  To ensure compliance with the principles above, I direct the establishment of a multi-functional "Restoring America's Fighting Force" Task Force charged with overseeing the Department's efforts to abolish DEI offices and any vestiges of such offices that subvert meritocracy, perpetuate unconstitutional discrimination, and promote radical ideologies related to systemic racism and gender fluidity.

The Under Secretary of Defense for Personnel and Readiness (USD(P&R)) will establish a Task Force to oversee the elimination of any program, element, or initiative that was established to promote divisive concepts as defined in Executive Order 13950 of September 22, 2020 (Combating Race and Sex Stereotyping), or gender ideology as defined in Executive Order of January 20, 2025 (Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government).  The Task Force will provide an initial report to the USD(P&R) of actions taken by DoD to terminate DEI initiatives by March 1, 2025, and a final report no later than June 1, 2025.  The Task Force has the authority to task the Military



OSD000599-25/CMD000952-25

Departments and DoD Components for necessary information for the report and establish deadlines for compliance.

**Promotion and Selection Reform.** The DoD will not consider sex, race, or ethnicity when considering individuals for promotion, command, or special duty. DoD Components and the Secretaries of Military Departments, may designate categories of assignment that require exceptions to this policy due to clear operational need.

**Elimination of Quotas, Objectives, and Goals.** No DoD Component will establish sex-based, race-based, or ethnicity-based goals for organizational composition, academic admission, or career fields.

**Prohibition on Instruction on Critical Race Theory, Gender Ideology, and DEI.** No element within DoD will provide instruction on Critical Race Theory (CRT), DEI, or gender ideology as part of a curriculum or for purposes of workforce training.

**Instruction to Promote a Lethal Force.** The U.S. Service Academies and other defense academic institutions shall teach that America and its founding documents remain the most powerful force for good in human history.

**Boards and Councils.** All advisory boards, councils, and working groups will cease operations related to gender ideology, DEI, and CRT.

The USD(P&R) will oversee the implementation of this memorandum, in coordination with the Secretaries of the Military Departments. The Department will continue to monitor the progress of these efforts through the Restoring America's Fighting Force Task Force.

The strength of the DoD comes from our unity and our shared purpose. We will focus on lethality, meritocracy, accountability, standards, and readiness. Providing Service members an equal opportunity to excel will help us remain the strongest and most lethal fighting force the world has ever known.

