# EXHIBIT C

# National Endowment for the Humanities

# EXHIBIT C(1)

# National Endowment for the Humanities Stipulation

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | ) CASE NO. 3:25-cv-04737-RL |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **Parties' Stipulations and Agreement to Obviate Discovery as to NEH and NEH's Stipulations of Fact and Agreement to Produce Grants Spreadsheet** |
| DONALD J. TRUMP, ET AL., | ) |
| Defendants. | ) |

Plaintiffs and NEH hereby agree that, with respect to the claims and defenses in this litigation as to NEH, neither Plaintiffs nor NEH shall seek discovery under the Federal Rules of Civil Procedure, whether written, by deposition, or otherwise, subject to the terms in this stipulation.  The Parties further agree that this agreement withdraws the requests for production and interrogatories served on NEH on March 17, 2026, and anticipated deposition notices.  The Parties further agree that this agreement applies to any discovery, whether written, by deposition, or otherwise, that could otherwise be sought and served as to any Plaintiff, as to NEH, as to any other Defendant, or as to any non-party to this suit, to the extent that discovery seeks to establish a claim or defense as to NEH.

In exchange for obviating already-served discovery and discovery that could otherwise be sought and served, NEH agrees to produce the spreadsheet of grants described below and to the stipulations set forth below.

## I.    **Spreadsheet of Grants**

NEH agrees to produce a spreadsheet with the categories of information listed in this section.  The spreadsheet will consist of all grants that the agency has identified as involving University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants at NEH that were terminated or indefinitely suspended.  The produced spreadsheet will be signed by a NEH official.

NEH agrees that Plaintiffs have the right, within 7 days of production of NEH's spreadsheet, to meet and confer and raise any identified technical errors, omissions, or formatting issues with the spreadsheet.  NEH will make reasonable, good-faith efforts to resolve any

identified issues.  If NEH and Plaintiffs are unable to resolve any remaining disputes regarding

the spreadsheet, the Parties agree to submit their disagreement to the Court for resolution in

accordance with the Court's procedures regarding discovery disputes.


***Spreadsheet Columns***

**Grant details:**
1. Granting Agency (including sub-agency if applicable, e.g., HHS-NIH)
2. Federal Award ID # (FAIN)
3. Project Name/Description/Title of Award/Project Summary
4. Recipient/Grantee Name (i.e., the direct grantee entity, e.g., "UC Irvine" or "Brown University")
5. UC location (for direct or, if applicable, sub-awards, e.g., "UCLA")
6. UC principal researcher, investigator, and/or project leader on the grant application(s)
7. Date obligated
8. Grant term (both start & end dates)
9. Date terminated or suspended
10. Date reinstated

**Funding Details:**
11. Amount awarded
12. Amount funded as of March 30, 2026 or to date (agency's best estimate)
13. Amount remaining when terminated or suspended
14. Statute(s) directing/authorizing the grant funds

**Termination details:**
15. EO(s) or executive directive(s) or agency priority implicated in the grant's termination
16. Term(s) or phrases identified in grant that resulted in termination
17. Other than the EO(s) or executive directive(s) identified above, any legal basis NEH contends allowed it to terminate the grant

## II.    Stipulations

Solely for the purposes of the present litigation and for no other purpose, with respect to the grants at issue in this litigation, NEH stipulates to the following facts:

1. NEH acted pursuant to Executive Orders or executive directives, meaning an agency memorandum, or other formal written articulation of agency priorities, when reviewing grants for termination.
2. NEH terminated the grants at issue in a uniform manner based on Executive Orders or executive directives.
3. When identifying grants for termination review, NEH used:
   a. search terms, keywords, or phrases to identify grants for termination review.
      i. The search terms and/or phrases used by NEH are described in the NEH-specific stipulation to be provided at the time NEH completes production of the Spreadsheet described above.[1]
   b. artificial intelligence tools or software.[2]
      i. If AI tool(s) were used by NEH, the AI tool(s) and the prompts used will be provided at the time NEH completes production of the Spreadsheet described above.
4. NEH identified grants at issue for termination pursuant to the Executive Orders or executive directives, meaning an agency memorandum or formal, written description of agency priorities, which are to be provided at the time NEH completes production of the Spreadsheet described above.[3]
5. When identifying grants for termination, NEH selected those that expressed, or were presumed to express, viewpoints disfavored by the Administration, as set forth in Executive Orders or NEH's executive directives, because NEH no longer wished to subsidize those grants' viewpoints, or presumed viewpoints, such as the subject and/or topic of the grant.

---

[1] The provisions of search terms and/or phrases shall be made in the following format:

NEH used search terms, keywords, or phrases to identify and terminate grants presumed to express viewpoints—such as subjects and/or topics of the grant—that NEH no longer wished to subsidize. NEH used the following search terms, keywords, or phrases to identify grants for termination:
**List.**

[2] NEH will identify whether artificial intelligence tools or software were used at the time it completes production of the Spreadsheet described above and does not concede any such tools or software were used by signing these stipulations.

[3] NEH agrees to identify where Plaintiffs can find the relevant EO or directive, including producing such document if it is not publicly available.

6. NEH accepts that the search terms, keywords, or other criteria used to determine which grants to terminate were designed to identify grants that expressed, or were presumed to express, viewpoints the Administration no longer wished to subsidize, as set forth in Executive Orders or NEH's executive directives. NEH accepts that the search terms, keywords, or other criteria were used to identify subjects and/or topics of the grant encompassing, or presuming to encompass, the relevant viewpoints.

7. NEH used standardized or form termination letters to notify grantees of the termination of the grants, rather than letters tailored to the specific circumstances of each grant.

8. NEH accepts that it did not consider the reliance interests of individual researchers prior to termination of grants.

9. NEH identified grants for termination using general criteria, rather than a grant-specific assessment of each award's compliance, or performance.

10. The grants at issue were funded through funds appropriated for the purpose of grant-making.

11. NEH has not re-allocated the terminated funds to other grant-making programs.

12. NEH's enabling statute or other legislation contemplates grant-making as a directive from Congress to NEH.

13. NEH did not terminate any grants based on alleged noncompliance with the terms of the grant.

14. NEH agrees that the number of terminated grants renders joinder of all class members impracticable, except as to Count III which does not apply to NEH.

NEH further agrees that the portions of stipulations 3 and 4 that so indicate shall be finalized and signed alongside production of the Spreadsheet described above.

*Adam Wolfson*

Adam Wolfson

Assistant Chairman for Programs

Dated: May 12, 2026          By: /s/ *Elizabeth J. Cabraser*

Elizabeth J. Cabraser (CA Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

*Attorneys for Plaintiffs and the Proposed Class*

Date: May 10, 2026                    By:     /s/ *Jason Altabet*


Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch


*Attorneys for NEH*

**The National Endowment for the Humanities**
***Thakur, et al., v. Trump, et al.*, No. 25-cv-04737-RL (N.D. Cal.)**
**Grants Spreadsheet and Responses to Stipulations 3 and 4**

I.    Grants Spreadsheet

The National Endowment for the Humanities (NEH) provides a spreadsheet with the information listed in Section I of NEH's May 11, 2026 Stipulation Agreement.  The spreadsheet is marked "Privacy Sensitive_Contains PII" as it contains the names of UC principal researchers.

II.    Answers to Stipulations 3a, 3b, and 4

Stipulation 3a

NEH used search terms, keywords, or phrases to identify and terminate grants presumed to express viewpoints—such as subjects and/or topics of the grant—that NEH no longer wished to subsidize.  NEH used the following search terms, keywords, or phrases to identify grants for termination:

"Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology."

Stipulation 3b

NEH did not use artificial intelligence tools or software to identify grants for potential termination.  In some instances, as indicated on the accompanying spreadsheet, DOGE prepared lists that identified grants for potential termination and provided them to NEH.  NEH's understanding is that DOGE used a large language model like OpenAI in compiling some of the grant lists it provided. However, after a reasonably diligent search, NEH has been unable to identify a specific search terms that DOGE used in compiling these lists. NEH's understanding is that DOGE may have relied on similar terms to those listed above.

Stipulation 4

- February 7, 2025 Email from Brett Bobley to NEH Directors, ECF No. 48-3 at 6-7.

# EXHIBIT C(2)

# National Endowment for the Humanities Grant Spreadsheet

| Granting Agency | FAIN | Title of Award | Recipient/Grantee Name | UC location | UC principal researcher | Date Awarded | Grant Term | Date Suspended | Date Reinstated | Amount Approved for Award | Amount Funded to Date | Amount Remaining when Terminated | Statute(s) directing/authorizing the grant funds | EO(s) or executive directive(s) or agency priority implicated in the grant's termination | Term(s) or phrases identified in grant that resulted in termination | Other than the EO(s) or executive directive(s) identified above, any legal basis NEH contends allowed it to terminate the grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEH | GI-297066-24 | Take Me to the Water: Histories of the Black Pacific | Maritime Museum Association of San Diego | Maritime Museum Association of San Diego | Ms. Caroline Collins | 7/2/2024 | 08/01/2024 - 07/31/2028 | 4/2/2025 | 7/2/2025 | $ 200,000.00 | $ 114,655.64 | $ 200,000.00 | 20 U.S.C. § 956(c) | February 7, 2025 Email from Brett Bobley to NEH Directors, ECF No. 48-3 at 6-7 ("NEH Feb. 7, 2025 email"); EO 14222, Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative ("EO 14222") | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | HAA-304152-25 | STC^2: Scalable Text Collation for the Short Title Catalogue of Early Printed Books | Northeastern University | Northeastern University | Dr. David Smith | 12/20/2024 | 02/01/2025 - 01/31/2027 | 4/2/2025 | 7/2/2025 | $ 341,914.00 | $ 121,879.55 | $ 341,914.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | RQ-300297-25 | Mark Twain Project | Regents of the University of California, Berkeley | University of California, Berkeley | Dr. Benjamin Griffin | 3/19/2025 | 08/01/2025 - 07/31/2028 | 4/2/2025 | 7/2/2025 | $ 450,000.00 | $ 294,904.96 | $ 450,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | HAA-271654-20 | Multilingual BookNLP: Building a Literary NLP Pipeline Across Languages | Regents of the University of California, Berkeley | University of California, Berkeley | Dr. David Bamman | 9/22/2020 | 09/01/2020 - 08/31/2025 | 4/2/2025 | 7/2/2025 | $ 324,874.00 | $ 275,614.99 | $ 65,942.21 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PN-295900-24 | Hitch Stories | Regents of the University of California, Berkeley | University of California, Berkeley | Dr. Jun Sunseri | 2/21/2024 | 03/01/2024 - 08/31/2026 | 4/2/2025 | 6/12/2025 | $ 150,000.00 | $ 113,837.08 | $ 108,458.77 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "applicant seeks program priority based on Justice 40." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | FEL-302977-25 | International Environmental Politics and Antarctic Governance, 1970s-1990s | Dr. Rebecca Herman | University of California, Berkeley | Dr. Rebecca Herman | 1/22/2025 | 07/01/2025 - 06/30/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | PW-290580-23 | PhiloBiblon: From Siloed Databases to Linked Open Data via Wikibase | Regents of the University of California, Berkeley | University of California, Berkeley | Prof. Charles Bailey Faulhaber | 5/25/2023 | 07/01/2023 - 06/30/2025 | 4/2/2025 | 7/3/2025 | $ 280,883.00 | $ 280,883.00 | $ 203.81 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | RZ-292650-23 | Visualizing Local Christian Communities in Muslim Cosmopolitan Istanbul in the 19th | Regents of the University of California, Berkeley | University of California, Berkeley | Prof. Christine M. Philliou | 9/22/2023 | 10/01/2023 - 09/30/2026 | 4/2/2025 | 7/2/2025 | $ 249,842.00 | $ 217,605.84 | $ 188,279.51 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PN-295857-24 | Community Archival Resilience and Engagement (CARE): Voices of AA elders in the San Francisco Bay Area | Regents of the University of California, Berkeley | University of California, Berkeley | Prof. Lok Siu | 2/21/2024 | 03/01/2024 - 08/31/2025 | 4/2/2025 | 7/2/2025 | $ 149,851.00 | $ 149,851.00 | $ 32,133.07 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "applicant seeks program priority based on Justice 40." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | RZ-266160-19 | City Life at Classic Maya Palenque, Mexico | Regents of the University of California, Berkeley | University of California, Berkeley | Prof. Rosemary A. Joyce | 9/16/2019 | 10/01/2019 - 09/30/2026 | 4/2/2025 | 7/2/2025 | $ 185,399.00 | $ 153,708.27 | $ 96,156.43 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | DR-301646-24 | Open access edition of The Kigali After: A New City for the End of the World by Samuel Shearer | University of California Press Foundation | University of California Press Foundation | Ms. Kim Robinson | 6/5/2024 | 08/01/2024 - 07/31/2025 | 4/2/2025 | 7/7/2025 | $ 6,600.00 | $ 6,600.00 | $ 6,600.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | RAI-301512-25 | UC Davis Center for Artificial Intelligence and Experimental Futures (CAIEF) | University of California, Davis | University of California, Davis | Dr. Colin Nazhone Milburn | 1/15/2025 | 02/01/2025 - 01/31/2028 | 4/2/2025 | 7/7/2025 | $ 499,717.00 | $ 217,034.03 | $ 499,717.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet identified the grant for potential termination because "[t]he UC Davis Center for Artificial Intelligence and Experimental Futures promotes diversity, democracy, and interdisciplinary collaboration in AI governance and responsible innovation." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | FEL-295032-24 | Making Neoliberal Citizens: Childhood in Pinochet's Chile | Dr. Marian Elizabeth Schlotterbeck | University of California, Davis | Dr. Marian Elizabeth Schlotterbeck | 2/23/2024 | 04/01/2025 - 03/31/2026 | 4/3/2025 | 7/2/2025 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | FEL-293995-24 | The American Pursuit of Intelligence Genes, 1916–2022 | Prof. Emily Merchant | University of California, Davis | Prof. Emily Merchant | 2/2/2024 | 09/01/2024 - 08/31/2025 | 4/3/2025 | 7/2/2025 | $ 60,000.00 | $ 60,000.00 | $ 25,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | HB-302743-25 | Itinerant Modernism: Politics and the International Rise of Afro-Brazilian Art | Dr. Abigail Lapin Dardashti | University of California, Irvine | Dr. Abigail Lapin Dardashti | 2/14/2025 | 08/01/2025 - 01/31/2026 | 4/3/2025 | 7/3/2025 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |

| Granting Agency | FAIN | Title of Award | Recipient/Grantee Name | UC location | UC principal researcher | Date Awarded | Grant Term | Date Suspended | Date Reinstated | Amount Approved for Award | Amount Funded to Date | Amount Remaining when Terminated | Statute(s) directing/authorizing the grant funds | EO(s) or executive directive(s) or agency priority implicated in the grant's termination | Term(s) or phrases identified in grant that resulted in termination | Other than the EO(s) or executive directive(s) identified above, any legal basis NEH contends allowed it to terminate the grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEH | DOI-293774-23 | Live Streaming Identity: Opportunities and Challenges for LGBTQ Communities | University of California, Irvine | University of California, Irvine | Dr. Bo Ruberg | 9/1/2023 | 10/01/2023 - 09/30/2025 | 4/2/2025 | 6/13/2025 | $ 75,000.00 | $ 74,568.40 | $ 5,236.96 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "[r]esearch questions: This research is animated by a set of questions designed to facilitate understanding of the complex and often contradictory relationship between LGBTQ people and use of the internet. Specifically, it asks: In what ways do live streaming technologies empower or otherwise benefit LGBTQ people and communities? In what ways do these same live streaming technologies challenge, disempower, or even endanger LGBTQ people and communities?" | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | HB-295127-24 | Eve of Destruction: A Social History of Viet Nam's Royal City, 1957-1967 | Dr. Diu-Huong T Nguyen | University of California, Irvine | Dr. Diu-Huong T Nguyen | 3/7/2024 | 08/01/2025 - 07/31/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | PW-296825-24 | UC Irvine's PrisonPandemic: Digitizing and Amplifying Stories of Incarceration During | University of California, Irvine | University of California, Irvine | Dr. Keramet Reiter | 5/29/2024 | 07/01/2024 - 06/30/2027 | 4/2/2025 | 7/7/2025 | $ 350,000.00 | $ 229,377.37 | $ 283,315.36 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "[a]pplicants say that archival collection would illuminate inequity and structural racism in the criminal justice and carceral system." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PR-303711-25 | Developing a Culturally Relevant Spanish-Language Localization of Mukurtu CMS | University of California, Irvine | University of California, Irvine | Dr. Maria Montenegro | 12/19/2024 | 04/01/2025 - 03/31/2028 | 4/2/2025 | 7/3/2025 | $ 93,343.00 | $ - | $ 93,343.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "Murkutu system was designed to facilitate multiple non-Western systems of knowledge. The case studies to develop a Spanish translation of Murkutu would work with Latin American, i.e. non-US-based, Indigenous communities. 'Western information management systems are built upon several inappropriate, misguided and discriminatory categories and subject headings in realtion to Native communities' cultural heritage, traditional knowledge and local languages. Thus, the importance of creating customized theoretical frameworks and classification systems based on a proper precise, and consistent vocabulary that aligns with Indigenous ontologies.' pdf 2; 'As non-Native scholars working with Native communities, we feel the responsibility and the obligation to align with an Indigenous research agenda--one that is anticolonial, ethical, respectful, reciprocal, and committed to the reinforcement of Indigenous rights, self-determination, and tribal sovereignty.' pdf 7." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PW-269412-20 | Religion, Spirituality and Faith in Mexican American Social History 1940s-Present | University of California, Los Angeles | University of California, Los Angeles | Dr. Chon Noriega | 7/10/2020 | 07/01/2020 - 06/30/2025 | 4/2/2025 | 7/7/2025 | $ 349,289.00 | $ 329,936.00 | $ 99,424.25 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PE-277142-21 | Community, Collaboration, And Cultural Heritage Conservation Project | University of California, Los Angeles | University of California, Los Angeles | Dr. Glenn Wharton | 1/7/2021 | 09/01/2021 - 08/31/2025 | 4/2/2025 | 7/2/2025 | $ 250,000.00 | $ 250,000.00 | $ 36,887.75 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PR-290125-23 | Embedding Sustainability in Cultural Heritage Conservation Education: Tier II | University of California, Los Angeles | University of California, Los Angeles | Dr. Glenn Wharton | 2/7/2023 | 04/01/2023 - 03/31/2027 | 4/2/2025 | 7/3/2025 | $ 349,826.00 | $ 332,639.62 | $ 180,913.94 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "'[t]he goal of this project is to be 'game-changing', and to impact the field of conservation of cultural heritage by leading with sustainable and equitable competencies.' (pdf 4); 'The proposed project will find new ways to instill a rethinking of our systems, a redesigning of our future, and a reflection on past traditions—all fundamental necessities for the equitable sustenance of humanities collections and of our planet' (pdf 2); 'While the Initiative was at first conceived as an environmental sustainability project that would focus on greener treatments and collections storage, it evolved to be much more intersectional in its approach by examining the ways environmental, social, cultural, and economic sustainability intersect.' (pdf 5)." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PR-303795-25 | Developing a Standard for Shared Stewardship and Voluntary Return of International Cultural Objects | University of California, Los Angeles | University of California, Los Angeles | Dr. Lyssa Stapleton | 1/8/2025 | 04/01/2025 - 06/30/2028 | 4/2/2025 | 7/7/2025 | $ 349,221.00 | $ 130,597.43 | $ 349,221.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "[d]evelopment of repatriation protocols makes passing reference to colonialism but at the global level. Outputs intended for use internationally and not directed toward one nation or minority group. 'Often collectively called the 'decolonization of museum (or curatorial) practice', thse views can include efforts to open acknowledge the colonialist histories of collecting, reevaluate the legacies of founders/major donors whose wealth and collections were obtained through colonialism, diversify museum professions, incorporate indigenous voice into interpretations and exhibits, engage with diaspora communities, and ensure that objects, especially sacred objects, are cared for in a culturally informed way.' pdf 3; 'However, the Standard developed by the Waystation will differ in at least five significant ways… 2) The Waystation's standard is global. It can be used for collections and objects from all over the world and will also provide reference to geographically or culturally specific standards, for example those being developed by the Mediterranean Antiquities Provenance Research Alliance.' pdf 5." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |

| Granting Agency | FAIN | Title of Award | Recipient/Grantee Name | UC location | UC principal researcher | Date Awarded | Grant Term | Date Suspended | Date Reinstated | Amount Approved for Award | Amount Funded to Date | Amount Remaining when Terminated | Statute(s) directing/authorizing the grant funds | EO(s) or executive directive(s) or agency priority implicated in the grant's termination | Term(s) or phrases identified in grant that resulted in termination | Other than the EO(s) or executive directive(s) identified above, any legal basis NEH contends allowed it to terminate the grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEH | PW-285050-22 | Identification and Description of the Syriac and Arabic Manuscripts at St. Catherine's Monastery of the | University of California, Los Angeles | University of California, Los Angeles | Ms. Athena N. Jackson | 5/26/2022 | 06/01/2022 - 05/31/2025 | 4/2/2025 | 7/2/2025 | $ 350,000.00 | $ 350,000.00 | $ 25,082.57 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | CHA-286628-23 | Establishing a Sierra Nevada-Central Valley Research Archive at University of California, Merced | University of California, Merced | University of California, Merced | Haipeng Li | 3/7/2023 | 03/01/2023 - 06/30/2026 | 4/2/2025 | 7/2/2025 | $ 750,000.00 | $ 171,933.00 | $ - | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PJ-293096-23 | California NDNP 2023-25 | University of California, Riverside | University of California, Riverside | Dr. Daryle Williams | 8/18/2023 | 09/01/2023 - 08/31/2026 | 4/2/2025 | 7/2/2025 | $ 321,382.00 | $ 258,083.70 | $ 164,736.54 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet identified the grant for potential termination because "[t]he request for funding to digitize mid-twentieth-century African-American newspapers contributes to inclusivity by preserving and sharing underrepresented voices." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | FEL-301975-25 | "Protect Us Against the Cruelty…of Christian Monarchs": Ottoman Support for Ukrainian Resistance | Dr. Georg B. Michels | University of California, Riverside | Dr. Georg B. Michels | 12/20/2024 | 09/01/2025 - 08/31/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | AKB-298388-24 | Building Undergraduate Degrees in Society, Environment and Health Equity | University of California, Riverside | University of California, Riverside | Prof. Dana Simmons | 7/18/2024 | 08/01/2024 - 07/31/2027 | 4/2/2025 | 7/7/2025 | $ 149,926.00 | $ 135,597.16 | $ 149,926.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | RFW-279331-21 | Teotihuacan-Maya Ritual Economies: Excavations at Plaza of the Columns Complex, | University of California, Riverside | University of California, Riverside | Prof. Nawa Sugiyama | 4/8/2021 | 07/01/2021 - 06/30/2025 | 4/2/2025 | 7/7/2025 | $ 149,877.00 | $ 149,877.00 | $ 57,289.96 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PW-296758-24 | The Society of Architectural Historians, University of California, Riverside, and the Color Film | University of California, Riverside | University of California, Riverside | Sonja Sekely-Rowland | 5/3/2024 | 07/01/2024 - 06/30/2027 | 4/2/2025 | 7/3/2025 | $ 349,985.00 | $ 158,521.60 | $ 287,490.32 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | FEL-301922-25 | Embers of Pan-Africanism: Nkrumahist Intellectuals and Decolonization, 1960-1980 | Dr. Bright Gyamfi | University of California, San Diego | Dr. Bright Gyamfi | 2/18/2025 | 08/01/2025 - 07/31/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | FEL-301867-25 | After Opium: Drug Addiction and Recovery in 20th century Vietnamese history | Dr. Claire Edington | University of California, San Diego | Dr. Claire Edington | 2/12/2025 | 09/01/2026 - 08/31/2027 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ - | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | FEL-294058-24 | The Chichimeca Arc: War, Peace, and Resettlement in America's First Borderlands, 1546-1616. | Dr. Dana Velasco Murillo | University of California, San Diego | Dr. Dana Velasco Murillo | 2/9/2024 | 01/01/2026 - 12/31/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 30,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet identified the grant for potential termination because "[t]he war against stateless peoples in America's first borderlands affected nomadic indigenous populations and provides insights into DEI." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | FEL-302904-25 | Cinema as Contraband: The Transregional Corridor from Bombay to Dubai | Dr. Silpa Mukherjee | University of California, San Diego | Dr. Silpa Mukherjee | 2/14/2025 | 08/01/2025 - 07/31/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | HT-293880-23 | Advancing Digital Health Humanities Institute | University of California, San Francisco | University of California, San Francisco | Ms. Polina E. Ilieva | 8/10/2023 | 03/01/2024 - 06/30/2026 | 4/2/2025 | 7/2/2025 | $ 249,995.00 | $ 226,380.64 | $ 167,542.34 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet identified the grant for potential termination because "[t]he Advancing DHH Institute explores how cross-disciplinary expertise and data analysis methods can advance understanding of the effects of illness and disease on patients, health professionals, and society. This aligns with the ideals of diversity, equity, and inclusion (DEI) by examining the impact of social, cultural, and historical factors on individual and public health." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | CHA-261870-20 | Collection Preservation and Study Center | University of California, Santa Barbara | University of California, Santa Barbara | Dr. Gabriel R. Ritter | 1/15/2020 | 08/01/2018 - 07/31/2025 | 4/2/2025 | 7/2/2025 | $ 326,593.00 | $ - | $ 326,593.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | HAA-304052-25 | Digitization toolkit: a blueprint for egalitarian access to technology in low-resource environments | University of California, Santa Barbara | University of California, Santa Barbara | Dr. Juan Cobo Betancourt | 12/20/2024 | 04/01/2025 - 03/31/2027 | 4/2/2025 | 7/2/2025 | $ 74,928.00 | $ 38,020.74 | $ 74,928.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PW-296773-24 | The American Discography Project- American Record Corporation (ARC) Access Initiative | University of California, Santa Barbara | University of California, Santa Barbara | Mr. David Seubert | 5/3/2024 | 07/01/2024 - 06/30/2026 | 4/2/2025 | 7/3/2025 | $ 349,993.00 | $ 289,682.88 | $ 247,170.57 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | AC-289993-23 | Creating New Minors in the Medical and Legal Humanities | University of California, Santa Barbara | University of California, Santa Barbara | Prof. Kathleen M. Moore | 1/31/2023 | 02/01/2023 - 01/31/2026 | 4/2/2025 | 7/7/2025 | $ 150,000.00 | $ 32,099.64 | $ 117,900.36 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |

| Granting Agency | FAIN | Title of Award | Recipient/Grantee Name | UC location | UC principal researcher | Date Awarded | Grant Term | Date Suspended | Date Reinstated | Amount Approved for Award | Amount Funded to Date | Amount Remaining when Terminated | Statute(s) directing/authorizing the grant funds | EO(s) or executive directive(s) or agency priority implicated in the grant's termination | Term(s) or phrases identified in grant that resulted in termination | Other than the EO(s) or executive directive(s) identified above, any legal basis NEH contends allowed it to terminate the grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEH | HB-301767-25 | The Nature of Conflict: Rivers, Violence, and Healing in Colombia after the Peace Accords | Dr. Amanda M. Smith | University of California, Santa Cruz | Dr. Amanda M. Smith | 2/18/2025 | 08/01/2025 - 07/31/2026 | 4/3/2025 | 7/3/2025 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | AC-303525-25 | THINK at UCSC: Technology and Humanities Integrated Knowledge | University of California, Santa Cruz | University of California, Santa Cruz | Dr. Benjamin Patrick Breen | 1/29/2025 | 07/01/2024 - 06/30/2028 | 4/2/2025 | 7/7/2025 | $ 149,968.00 | $ - | $ 149,968.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | HB-302209-25 | Bodies of Evidence: Legibility, Medical Uncertainty, and the Knowledge Problem of 'Rape Kits' | Dr. Jaimie Nicole Morse | University of California, Santa Cruz | Dr. Jaimie Nicole Morse | 1/27/2025 | 02/01/2025 - 01/31/2026 | 4/3/2025 | 7/2/2025 | $ 60,000.00 | $ 40,000.00 | $ 40,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet identified the grant for potential termination because "[t]he research will explore the evolution of medical forensic exams for sexual assault, centering the politics of knowledge and bringing a humanistic lens to policy debates. This is relevant to DEI." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | HB-294975-24 | The Organ that Traveled the World: Medicine, Capitalism, and the History of Liver Disease in Egypt | Dr. Jennifer Leslee Derr | University of California, Santa Cruz | Dr. Jennifer Leslee Derr | 4/12/2024 | 09/01/2025 - 08/31/2026 | 4/3/2025 | 7/3/2025 | $ 60,000.00 | $ 50,000.00 | $ 60,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | ES-301455-24 | Great Expectations in the Global Imaginary | University of California, Santa Cruz | University of California, Santa Cruz | Dr. Renee Allyson Fox | 9/15/2024 | 10/01/2024 - 12/31/2026 | 4/2/2025 | 7/7/2025 | $ 200,000.00 | $ 64,982.17 | $ 200,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | HB-301954-25 | Legacies of Two Executions | Dr. Robert B. Nichols | University of California, Santa Cruz | Dr. Robert B. Nichols | 2/14/2025 | 04/01/2025 - 01/31/2026 | 4/3/2025 | 7/2/2025 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |
| NEH | FEL-294790-24 | Objects of the Nation: Hawai`i at the World Fairs, 1855-1899 | Prof. Stacy Lyn Kamehiro | University of California, Santa Cruz | Prof. Stacy Lyn Kamehiro | 4/27/2024 | 07/01/2024 - 06/30/2025 | 4/3/2025 | 7/2/2025 | $ 60,000.00 | $ 60,000.00 | $ 15,000.00 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet. | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Individuals |

### Grants awarded where UC is a

| Granting Agency | FAIN | Title of Award | Recipient/Grantee Name | UC location | UC principal researcher | Date Awarded | Grant Term | Date Suspended | Date Reinstated | Amount Approved for Award | Amount Funded to Date | Amount Remaining when Terminated | Statute(s) directing/authorizing the grant funds | EO(s) or executive directive(s) or agency priority implicated in the grant's termination | Term(s) or phrases identified in grant that resulted in termination | Other than the EO(s) or executive directive(s) identified above, any legal basis NEH contends allowed it to terminate the grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEH | RFW-286690-22 | Soundscapes of the People: A Musical Ethnography of Pueblo, Colorado | University of Colorado, Boulder | University of California, Riverside | Dr. Xochitl Chavez | 4/28/2022 | 10/1/2022 - 9/30/2025 | 4/2/2025 | 6/12/2026 | $ 129,939.00 | $ 101,223.71 | $ 28,715.29 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | DOGE 'Copy of NEH Active Grants' spreadsheet identified the grant for potential termination because "'Soundscapes of the People' explores the role of music in identity formation, social navigation, and cultural resilience in Pueblo, Colorado. It focuses on the neglected American West, impacting DEI through cultural inclusivity and highlighting underrepresented voices." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | PW-290494-23 | Expanding and Sustaining 'Enslaved.org: Peoples of the Historical Slave Trade' | Michigan State University | University of California, Riverside | Dr. Daryle Williams | 9/5/2023 | 10/1/2023 - 9/30/2025 | 4/2/2025 | 6/12/2026 | $ 348,051.00 | $ 269,329.10 | $ 251,133.16 | 20 U.S.C. § 956(c) | NEH Feb. 7, 2025 email; EO 14222 | NEH staff identified grant for potential termination because "'[c]ontinuing our practices of digital inclusivity and the praxis of centering the Black experience in United States history and identity…' (pdf 2); 'Our focus on these areas is an intentional effort to address urgent calls to better and more fully document the history of slavery in places that later gained reputations as free states, as well as among the country's founding leaders and on islands that came to be U.S. territories but are generally excluded in the national story' (pdf 2); 'Their gatekeeping and omissions in the collection and curation of raw, unstructured, and extracted structured data about fundamental aspects of the African American experience must be met by a robust response among humanists and data scientists working together in an inclusive, anti-racist posture' (pdf 2)." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for Awards to Organizations |
| NEH | SO-289878-23 | State Humanities Program | California Humanities | University of California, Santa Cruz and Regents of the University of California, Berkeley | | 12/21/2022 | 11/1/2022 - 10/31/2027 | 4/2/2025 | 6/25/2025 | $ 8,412,491.00 | $ 8,412,491.00 | $ 55,423.00 | 20 U.S.C. § 956(c); 20 U.S.C. § 960 | NEH Feb. 7, 2025 email; EO 14222 | "Marxist equity;" "transgenderism;" "green new deal social engineering policies;" "environmental justice;" "diversity, equity, and inclusion" or "diversity, equity, inclusion, and accessibility" (even if these exact terms were not used); and "gender ideology." | 2 CFR § 200.340(a)(4); NEH's authorizing statute does not set forth any prohibition or limitation on the sole discretion of the NEH Chairperson to terminate or rescind grant awards; General Terms and Conditions for General Operating Support Grants to State and Jurisdictional Humanities Councils |