Erwin Chemerinsky (admitted *pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **DECLARATION OF CLAUDIA POLSKY IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION** |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |
| | Judge:           The Honorable Rita F. Lin |
| | Hearing Date:    October 20, 2026<br>Hearing Time:    10:00 AM<br>Courtroom:       4 – 17th Floor |

46686\21185192.4

1

I, Claudia Polsky, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a Clinical Professor of Law at the University of California, Berkeley and the founding Director of its Environmental Law Clinic. I am one of the attorneys of record for Plaintiffs and the Proposed Classes. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated. I make this declaration in support of Plaintiffs' Combined Motion for Summary Judgment and Class Certification.

2.      In the months since submitting my Declaration in Support of Plaintiffs' Motion for Preliminary Injunction as to the Department of Energy (DOE) in November 2025 (Dkt. No. 160), I have continued to be plaintiffs' counsel's point person for obtaining information on DOE's termination of grants to UC researchers, and for negotiating the parties' *Stipulations and Agreement to Obviate Discovery as to DoE and DoE's Stipulations of Fact and Agreement to Produce Grants* ("Stipulations"). These Stipulations were signed in May 2026 (*see* Exhibits F(1)-F(3) to the Declaration of Kyle A. McLorg, filed with this Declaration).

3.      I have analyzed the terminated grants spreadsheet that DOE produced in June 2026 pursuant to the Stipulations, and used this and other data to identify and interview multiple Principal Investigators (PIs) on terminated DOE grants or sub-awards to UC. The purpose of these interviews was to (a) confirm the fact of grant termination, and (b) learn the roles of research team members in DOE-funded projects, and the impact of grant terminations on individual researchers who were not identified in grant applications.

4.      These PI interviews have made clear that (a) PhD candidates and postdoctoral researchers were significant scientific contributors to the projects supported by now-terminated DOE awards; (b) these researchers brought unique knowledge, skills, and experience, as exemplified by their sometimes lead-author status on research teams' publications; (c) these scientists' roles were contemplated in the budget for grant applications, and are reflected in grant reporting, irrespective of whether they are identified by name; and (d) these individuals were harmed financially, professionally, or both by the termination of their research team's DOE grant in October 2025.

46686\21185192.4

5. I attach true and correct copies of my email correspondence with PIs at three UC campuses regarding the significant impact of DOE grant terminations on members of their grant-funded research teams. My correspondence with Dr. Jeffrey Long of UC Berkeley is **Exhibit A** hereto. My correspondence with Dr. Iryna Zenyuk of UC Irvine is **Exhibit B** hereto. My correspondence with Dr. Vinod Narayana of UC Davis is **Exhibit C** hereto. Each exhibit contains relevant attachments whose authenticity the e-correspondence confirms.

6. In Exhibit A, Dr. Long confirms that DOE terminated grant EE0010499, which pertained to recovering critical materials from spent photovoltaic cells. The grant was for $500,000 annually for three years ($1.5 million total). The termination affected Dr. Long and a minimum of three UC research team members, and three additional current UC PhD students. Exhibit A explains the role that each researcher played (or would have played, but for the termination) in their respective grant projects.

7. In Exhibit B, Dr. Zenyuk confirms that DOE terminated four grants and their subawards (EE0011345 – IONOMR Innovations; EE0011326 – Proton Energy Systems; EE0011315 – ACS Industries; and EE0011353 – AvCarb, LLC). These terminations adversely impacted Dr. Zenyuk and 10 additional UC scientific researchers: Florian Chabot, Yu Morimoto, Robert Anton, Mateusz Wojtaszek, Patrick Yang, Jack Lang, Nausir Firas, Bilal Iskandarani, Magnolia Pak, and Nergis Mahajar. As above, Exhibit B explains the role that each researcher played in their respective grant projects.

8. In Exhibit C, Dr. Narayanan confirms that DOE terminated grant EE0010190, which was titled "Enabling Micro-pin Array Receivers for Power Generation and High-temperature Process Heating Using Metal Additive Manufacturing – Development, Design and De-risk." This was a collaborative project among universities, companies, and a national laboratory aimed at advancing high temperature solar for process heating in industrial applications. DOE's termination of this grant adversely affected the entire four-person research team at UC Davis, which was comprised of Dr. Narayanan, Jesus Gutierrez Pascencia, Dr. Erfan Rasouli, and Aref Aboud. Exhibit C explains the role that each researcher played in this grant project.

46686\21185192.4

9.     I attach as **Exhibit D** a table that plaintiffs' counsel have prepared for the court's convenience to identify and cumulate all DOE-funded UC researchers injured by the agency's October 2025 grant terminations. These researchers are described individually in this declaration; the declaration of Dr. Shannon Boettcher (filed herewith); the two declarations by Dr. Atanassov (at ECF-158, and as filed herewith); and the two declarations by Dr. Louise Bedsworth (at ECF-157, and as filed herewith).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of July 2026, at Berkeley, California.


_____

Claudia Polsky

46686\21185192.4

DECLARATION OF CLAUDIA POLSKY ISO PLAINTIFFS' COMBINED MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION – Case No. 3:25-cv-04737-RL