# EXHIBIT A

## Re: Confirming facts from our discussion

From:   Jeffrey Long (jrlong@berkeley.edu)

To:     polskymermin@sbcglobal.net

Cc:     akesseru@berkeley.edu

Date:   Saturday, July 4, 2026 at 07:27 AM PDT

Dear Claudia,

Thanks for taking this on. Please find my responses below.

Best wishes,
Jeff

Jeffrey R. Long
C. Judson King Distinguished Professor
Director, Baker Hughes Institute for Decarbonization Materials
Departments of Chemistry, Chemical and Biomolecular Engineering,
    and Materials Science and Engineering
University of California, Berkeley
Berkeley, CA  94720-1460

Materials Sciences Division
Lawrence Berkeley National Laboratory
Berkeley, CA 94720

phone:  (510) 642-0860
e-mail:  jrlong@berkeley.edu
web:  http://alchemy.cchem.berkeley.edu

---

**Claudia Polsky**                                                July 3, 2026 at 5:57 PM

Dr. Long:

Thanks for taking the time to discuss your DOE grant termination with me. I am deeply sorry for the impact of this termination on your laboratory's staff and research productivity.

To ensure that we present accurate information to the Court about the number and roles of research team members, and the impacts of the termination on specific grant-funded individuals, please carefully review my summary of the salient parts of our conversation below. Where statements are correct, a simple "Yes" reply will suffice. Where my statements are incorrect or insufficiently

nuanced, please correct or explain. In this way, we can present relevant information to the Court without the need for you to assume the burdens and responsibilities of participation as a named plaintiff.

Many thanks.

Best,

Claudia

----------------------------------------------

**Kindly confirm or correct each statement, via interlineation, and *italicize* your response:**

1. By the attached letter of October 2, 2025, DOE informed you that grant **EE0010499**, which pertained to recovering critical materials from spent photovoltaic cells, was being terminated. Your project was intended to advance environmental goals by reducing the need to mine virgin precious materials, and to advance U.S. energy security goals by reducing vulnerabilities with respect to precious metals supply chains. As originally awarded, DOE committed to a three-year grant for $500,000 annually (*i.e.,* $1.5 million total). Your laboratory's Research Group was mid-stream when you received the DOE termination notice.

Yes

2. Your grant application contemplated that the work proposed would be performed by a **multi-member scientific research team** that would be a subset of members the Jeff Long Research Group at UC Berkeley. The "personnel" tab of the attached budget spreadsheet, which was submitted as part of the application, indicates that the research team would include both doctoral candidates and postdoctoral fellows.

Yes

3. In addition to the impact of the grant termination on you as PI, a minimum of **four** research team members —and potentially as many as **six**—have been substantially impacted by DOE's grant termination. As you and Alain Kesseru (Research Group Program Coordinator) have described to me:

* **Dr. Shivani Sharma**, a Postdoctoral Researcher with a PhD in inorganic chemistry with specialized expertise in critical metal recycling, was responsible for synthesizing and characterizing novel molecules. She has been substantially professionally harmed by the grant termination: in the wake of this termination, you informed her that she would have to find another job, and she has since departed UC Berkeley for a position in the private sector. In so doing, she lost the opportunity to get to the major payoff of her major role in this research project: to meet the goalpost, and publish a paper, and receive

due credit forresearch results. Because of the abruptness of the termination, she  also lost the lead time necessary to apply for further funding to conduct additional research projects in your Research Group. More broadly, Dr. Sharma lost the opportunity to stay in academic research, and was forced to switch career tracks by quickly finding an industry job.

Yes. Please note that the new compounds that Shivani and others were synthesizing in this project are better described as "porous polymers" than as "molecules".

> * **Dr. Ethan Pezoulas,** who recently received his PhD under your mentorship, was also professionally harmed by DOE's grant termination. The Research Group's intent was to transition Dr. Pezoulas to work on the DOE-funded precious metals recovery project in a post-doctoral capacity, but in light of the grant termination, he was also required to find a job in industry rapidly. He lost an opportunity to work in the area of his specialized chemistry training, and is now doing entirely unrelated work at a plastics company in Ohio.

Ethan's doctoral research in this area was cut short by the termination of the award, which caused him to focus hi studies more on other areas. However, to my knowledge his intention was always to pursue a job in industry upon completing his PhD.

> * **Dr. Hiroyasu Furukawa**, a senior Project Scientists with more than 30 years of chemistry experience who is integral to numerous Research Group projects, has also been harmed by DOE's grant termination. His work on project design and the drafting of reporting literature for the metals recovery project has gone to waste, and he has been unable to realize the professional and reputational fruits of his research efforts. Were the grant to be reinstated, Dr. Furukawa's time would be reallocated to allow him to devote his advanced skills and a portion of his time to this project.

Yes

> * **Dr. Hsinhan Tsai**, another Postdoctoral Researcher, had a role similar to Dr. Sharma's in synthesizing and characterizing novel molecules. Although he left the Research Group to accept a professorship in Texas prior to DOE's grant termation, but for the ermination, the Research Group intended to back-fill his research role with a combination of three current PhD students:
> -> **Mathew Santoso**
> -> **Max Merovah**
> -> **Gabriel Espindola Khan**
> Each had a keen interest in participating in the precious metals recovery project because of their hope to focus their doctoral dissertations on polymer chemistry: this project was the Research Group's lab's *only* in-process polymer study. The harm to their academic trajectories from grant termination is significant. Because they have been forced to refocus their PhD research, they

have been delayed in data gathering, which will in turn delay publications. Such delays in producing academic papers can extend a chemistry graduate student's time to PhD from the usual five years to six or seven.

Yes. Note that Dr. Tsai left to accept a professorship at University of Buffalo, which is in New York rather than Texas.

UNITED STATES DEPARTMENT OF ENERGY

10/02/2025

NOAM PINES

Regents of the University of California, The

1608 4th St Ste 220, SPONSORED PROJECTS OFFICE, BERKELEY, CA 947101749

Ref: Termination of Financial Assistance Award EE0010499

NOAM PINES:

The United States Department of Energy (Department) is issuing this letter to inform you that financial assistance award EE0010499, for a project entitled Porous Aromatic Frameworks as Multifunctional Adsorbents for Selective Metal Recovery from Spent Photovoltaic Materials, is hereby terminated in its entirety.

Pursuant to the Department's policy memorandum dated May 14, 2025, entitled Ensuring Responsibility for Financial Assistance, it is the Department's policy to ensure that the award recipients and the individual projects are, among other things, financially sound and economically viable, aligned with national and economic security interests, and consistent with both Federal law and this Administration's goals, policies and priorities.

This project does not effectuate the Department of Energy's priorities of ensuring affordable, reliable, and abundant energy to meet growing demand and/or addresses the national emergency declared pursuant to Executive Order 14156.

The Department has reviewed your financial assistance agreement in accordance with this policy and determined that this project is not consistent with this Administration's goals, policies and priorities.

More specifically, the Department has determined:

This project does not effectuate the Department of Energy's priorities of ensuring affordable, reliable, and abundant energy to meet growing demand and/or addresses the national emergency declared pursuant to Executive Order 14156.

As a result, EE0010499 is hereby terminated in its entirety pursuant to 2 CFR 200.340, which states that an award may be terminated:

"By the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

The effective date of termination for this Award is 10/02/2025. In accordance with 2 CFR 200.344, your organization must:

- Submit all final financial, performance, and property reports within 120 calendar days of the termination effective date.
- Return any unobligated balance of funds as determined by the Grants Officer.
- Cooperate fully in the closeout process, including any audit or review conducted by the Department or its designee.

Pursuant to 2 CFR 200.472, make every reasonable effort to immediately discontinue project costs after the effective termination date. Only those costs that were incurred on or before the effective date of termination will be considered for reimbursement by the Grants Officer, provided such costs are also deemed allowable, allocable, and reasonable in accordance with the award terms and applicable federal regulations.

Within 30 days of the date of this letter, provide 1) a summary of technical progress under the award including the Statement of Project Objectives tasks/subtasks of the work performed and 2) an itemized accounting of the final project costs incurred prior to the termination date. The summary and itemized accounting should be provided for all sub-recipient(s), as applicable.

The Department will follow up with additional instructions regarding final reports and other closeout requirements and will continue to work with you on the completion of any activities required by this letter. Administrative costs associated with the closeout of this award shall be liquidated no later than 120 calendar days from the effective date of the termination. Please refer to 2 CFR 200.472 for allowable termination and closeout costs.

1

Pursuant to 2 CFR 200.342, you may object to this termination and provide information and documentation challenging the termination action in accordance with 2 CFR 910.128. Finally, you are reminded of your duties under your award agreement and Department guidance regarding retention of award and project records.

Thank you,

*Derek G. Passarelli*

Derek G. Passarelli
Head of Contracting Activity
Golden Field Office
Office of Energy Efficiency &
Renewable Energy
U.S. Department of Energy


Derek G. Passarelli

Head of Contracting

Office of Energy Efficiency and Renewable Energy

derek.passarelli@hq.doe.gov

1000 Independence Ave., SW
Washington, DC 20585

Detailed Budget Justification

**a. Personnel**

**INSTRUCTIONS - PLEASE READ!!!**
**1.** List project costs solely for employees of the entity completing this form.  All personnel costs for subrecipients and contractors must be included under f. Contractual.
**2.** All personnel should be identified by position title and not employee name. Enter the amount of time (e.g., hours or % of time) and the base hourly rate and the total direct personnel compensation will automatically calculate. Rate basis (e.g., rate negotiated for each hour worked on the project, labor distribution report, state civil service rates, etc.) must also be identified.
**3.** If loaded labor rates are utilized, a description of the costs the loaded rate is comprised of must be included in the Additional Explanation section below. DOE must review all components of the loaded labor rate for reasonableness and unallowable costs (e.g. fee or profit).
**4.** If a position and hours are attributed to multiple employees (e.g. Technician working 4000 hours) the number of employees for that position title must be identified.
**5.** Each budget period is rounded to the nearest dollar.

| SOPO Task # | Position Title | Budget Period 1 | | | Budget Period 2 | | | Budget Period 3 | | | Project Total Hours | Project Total Dollars | Rate Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Time (Hrs) | Hourly Rate ($/Hr) | Total Budget Period 1 | Time (Hrs) | Hourly Rate ($/Hr) | Total Budget Period 2 | Time (Hrs) | Hourly Rate ($/Hr) | Total Budget Period 3 | | | |
| 1 | Sr. Engineer (EXAMPLE!!!) | 2000 | $85.00 | $170,000 | 200 | $50.00 | $10,000 | 200 | $50.00 | $10,000 | 2400 | $190,000 | |
| 2 | Technicians (2) | 4000 | $20.00 | $80,000 | 0 | $0.00 | $0 | 0 | $0.00 | $0 | 4000 | $80,000 | |
| All | Principal Investigator | 0.7 | $45,778 | $30,213 | 0.6 | $47,151 | $27,678 | 0.6 | $48,566 | $28,324 | 1.8 | $86,215 | |
| All | Post Doctoral Researcher | 6 | ####### | $28,926 | 6 | ####### | $29,892 | 6 | ####### | $30,996 | 18 | $89,814 | |
| All | Graduate Student Researcher | 6 | ####### | $42,503 | 6 | ####### | $43,778 | 6 | ####### | $45,091 | 18 | $131,373 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | | | | $0 | | | $0 | | | $0 | 0 | $0 | |
| | TOTAL PERSONNEL | 12.66 | | $101,642 | 13 | | $101,348 | 13 | | $104,411 | 38 | $307,401 | |

Additional Explanation (as needed): UC Berkeley does not calculate labor costs as hourly rates. Our standard unit of labor is the month and is quantified as a percentage of effort (% FTE). Hourly rates are not representative of the actual cost of labor and should this proposal be selected for funding, we expect to be able to invoice using our standard unit of measure. Units provided in this tab are months and monthly rates.