# EXHIBIT C

## Re: Confirming DOE grant-termination impacts on scientific researchers at UC Davis

From:  Vinod Narayanan (vnarayanan@ucdavis.edu)

To:     polskymermin@sbcglobal.net

Date:  Monday, July 6, 2026 at 09:12 AM PDT

Responses below. Thanks, Claudia!

---

**From:** Claudia Polsky <polskymermin@sbcglobal.net>
**Sent:** Monday, July 6, 2026 7:52 AM
**To:** Vinod Narayanan <vnarayanan@UCDAVIS.EDU>
**Subject:** Confirming DOE grant-termination impacts on scientific researchers at UC Davis

Dr. Narayanan:

Thanks for taking the time to discuss your DOE grant termination with me. I am deeply sorry for the impact of this termination on your scientific staff and research productivity.

We want to present accurate information to the Court about the number and roles of research team members, and the impacts of the termination on specific grant-funded individuals. Accordingly, please carefully review my summary of the salient parts of our conversation below. Where statements are correct, a simple "Yes" reply will suffice. If any statements are incorrect or incomplete, please correct or explain. In this way, we can present important information to the Court without the need for you to assume the burdens and responsibilities of participation as a named plaintiff.

Many thanks.

Best,

Claudia
----------------------------------------------

**Kindly confirm or correct each statement:**

A. By the attached letter of October 2, 2025 DOE informed you that Grant DE-EE0010190 was being terminated.The Solar Energy Technologies Office (SETO) within the Office of Energy Efficiency and Renewable Energy had made this award to UC Davis for the project, *Enabling Micro-pin Array Receivers for Power Generation and High-temperature Process Heating Using Metal Additive Manufacturing—Development, Design and De-risk*.

YES

B. This collaborative project among universities, companies, and a national laboratory aims to advance high temperature solar for process heating in industrial applications, such as drying and chemicals processing. A significant fraction of energy use in such industries is in the form of heat. By enabling solar heat for these industrial processes, it is possible to advance domestic manufacturing by adding an additional source of industrial heat and thereby strengthen reliability of energy sources. The grant-funded project specifically aims to use metal Additive Manufacturing (AM) to fabricate a key component of the solar heat loop, namely a solar receiver. The key aspect of our work is to show that we can develop scalable, unique, efficient high-temperature thermal devices by using metal AM. U.S. manufacturing for deep energy technologies in nuclear, fossil, industrial process heat, defense, space, and transportation would have benefited from the outcomes of the project. DOE's SETO office, now called Integrated Energy Systems Office, clearly states on its web site that it supports development of U.S.-manufactured solar thermal systems for industrial heat, which is exactly what we were demonstrating.

YES

C. The grant termination adversely affected the entire 4-person research team at UC Davis, as follows:

1. **Jesus Gutierrez Plascencia,** a PhD candidate in Mechanical and Aerospace engineering, was fully financially supported by the grant. He was leading the modeling and optimization of the solar receiver for process heating applications. As a result of the grant termination, Jesus has had to support himself as a Teaching Assistant, significantly slowing down his time to degree completion. Due to this termination, we are having to scale down the scope of Jesus' dissertation and eliminate an exciting component of AI optimization that would have laid the framework for a new generation of thermal devices. Jesus lost the opportunity for continued interaction with industry, national lab, and academic partners on the grant. It has delayed Jesus' graduation by at least one year.

2. **Dr. Erfan Rasouli**, an R&D Engineering Supervisor at UC Davis's Western Cooling Efficiency Center, provided input on project design and CAD modeling of the receiver, and was conducting experimental testing. This work was funded by DOE's grant. As a result of grant termination, Dr. Rasouli had to be reassigned at a higher percentage to other projects. He lost the opportunity to oversee scale-up of the patented technology, which would have resulted in commercialization opportunities.

3. **Aref Aboud**, an R&D III engineer at Western Cooling Efficiency Center and PhD student, was involved in experimental testing of the receiver, and was funded by the grant. After the grant termination, Aref had to be reassigned to other projects at a higher percentage than budgeted. Aref and Dr. Rasouli led the complex on-sun high pressure and temperature testing of the small-scale receiver at UC Davis. Although the testing was successful, they will not have the funding needed to complete the last step and publish an archival article and disseminate results.

4. As faculty PI, I (**Vinod Narayanan**) provided overall guidance and direction for the entire project. I also advised Jesus on his PhD dissertation research. The research from this project would have enabled team members to advance research in advancing additive manufacturing for energy applications, and in adoption of our patented micro pin array solar receiver. In the third phase of the project, we would have had an opportunity to scale

up the technology and demonstrate it at the National Solar Test Facility at Sandia National Laboratory. This capstone demonstration would have been the culmination of more than a decade of work on the development of the technology, at a scale where industrial partners would have been interested in discussing adoption. We were in the midst of detailed planning for this demonstration when we received the termination notice. The termination has also slowed dissemination of our results to the scientific community.

YES

UNITED STATES DEPARTMENT OF ENERGY

10/02/2025

Denise Ehlen

UNIVERSITY OF CALIFORNIA, DAVIS

SPONSORED PROGRAMS, 1 Shields Avenue, Mrak Hall 4th Floor, DAVIS, CA 95616

Ref: Termination of Financial Assistance Award EE0010190

Denise Ehlen:

The United States Department of Energy (Department) is issuing this letter to inform you that financial assistance award EE0010190, for a project entitled Enabling Micro-pin Array Receivers for Power Generation and High-temperature Process Heating Using Metal Additive Manufacturing- Development, Design and De-risk, is hereby terminated in its entirety.

Pursuant to the Department's policy memorandum dated May 14, 2025, entitled Ensuring Responsibility for Financial Assistance, it is the Department's policy to ensure that the award recipients and the individual projects are, among other things, financially sound and economically viable, aligned with national and economic security interests, and consistent with both Federal law and this Administration's goals, policies and priorities.

This project does not effectuate the Department of Energy's priorities of ensuring affordable, reliable, and abundant energy to meet growing demand and/or addresses the national emergency declared pursuant to Executive Order 14156.

The Department has reviewed your financial assistance agreement in accordance with this policy and determined that this project is not consistent with this Administration's goals, policies and priorities.

More specifically, the Department has determined:

This project does not effectuate the Department of Energy's priorities of ensuring affordable, reliable, and abundant energy to meet growing demand and/or addresses the national emergency declared pursuant to Executive Order 14156.

As a result, EE0010190 is hereby terminated in its entirety pursuant to 2 CFR 200.340, which states that an award may be terminated:

"By the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

The effective date of termination for this Award is 10/02/2025. In accordance with 2 CFR 200.344, your organization must:

- Submit all final financial, performance, and property reports within 120 calendar days of the termination effective date.

- Return any unobligated balance of funds as determined by the Grants Officer.

- Cooperate fully in the closeout process, including any audit or review conducted by the Department or its designee.

Pursuant to 2 CFR 200.472, make every reasonable effort to immediately discontinue project costs after the effective termination date. Only those costs that were incurred on or before the effective date of termination will be considered for reimbursement by the Grants Officer, provided such costs are also deemed allowable, allocable, and reasonable in accordance with the award terms and applicable federal regulations.

Within 30 days of the date of this letter, provide 1) a summary of technical progress under the award including the Statement of Project Objectives tasks/subtasks of the work performed and 2) an itemized accounting of the final project costs incurred prior to the termination date. The summary and itemized accounting should be provided for all sub-recipient(s), as applicable.

The Department will follow up with additional instructions regarding final reports and other closeout requirements and will continue to work with you on the completion of any activities required by this letter. Administrative costs associated with the closeout of this award shall be liquidated no later than 120 calendar days from the effective date of the termination. Please refer to 2 CFR 200.472 for allowable termination and closeout costs.

1

Pursuant to 2 CFR 200.342, you may object to this termination and provide information and documentation challenging the termination action in accordance with 2 CFR 910.128. Finally, you are reminded of your duties under your award agreement and Department guidance regarding retention of award and project records.

Thank you,

*Derek G. Passarelli*

Derek G. Passarelli
Head of Contracting Activity
Golden Field Office
Office of Energy Efficiency &
Renewable Energy
U.S. Department of Energy


Derek G. Passarelli

Head of Contracting

Office of Energy Efficiency and Renewable Energy

derek.passarelli@hq.doe.gov

1000 Independence Ave., SW
Washington, DC 20585

Request for reconsideration and reversal of Termination of Grant No.EE0010190
University of California, Davis PI: Vinod Narayanan
Page 1

November 1, 2025

***Transmitted via email***

Derek G. Passarelli
Head of Contracting
Office of Energy Efficiency and Renewable Energy
1000 Independence Ave., SW
Washington, DC 20585
Email: derek.passarelli@hq.doe.gov

Rebekah Huson
DOE Award Administrator
Office of Energy Efficiency and Renewable Energy
1000 Independence Ave., SW
Washington, DC 20585
Email: Rebekah.huson@ee.doe.gov

Re:    Request for reconsideration and reversal of Termination of Grant No.EE0010190

University of California, Davis PI: Vinod Narayanan
Title: Enabling Micro-pin Array Receivers for Power Generation and High-temperature Process
Heating Using Metal Additive Manufacturing- Development, Design and De-risk
University of California, Davis Internal ID: A22-1852

Dear Derek Passarelli,

This letter is being submitted on behalf of the Regents of the University of California, on behalf of its
Davis campus (University of California, Davis) to challenge and request a reversal of the Department of
Energy's [DOE] decision to terminate Grant No. EE0010190 as communicated in the DOE notice dated
October 2, 2025. Pursuant to that notice, and 2 C.F.R. sections 200.342 and 910.128, we respectfully
submit this request on the basis that the termination is contrary to law and arbitrary and capricious. The
University of California, Davis is willing to participate in the informal dispute resolution process to resolve
this request.

The University of California, Davis requests that the termination be reversed based on the following:

- The termination is contrary to federal law and arbitrary and capricious.

  The absence of any one clear substantive legal or regulatory basis for termination in the letter,
  the Department's apparent lack of consideration for The Regent of the University of California,
  Davis's serious reliance interests, and the Department's reliance on pretext to justify its decision[1]
  violate the Administrative Procedure Act (5 U.S.C. § 706).

  The termination letter purportedly relies on a federal regulation that allows federal agencies to
  terminate grants "pursuant to the terms and conditions of the Federal award, including, to the
  extent authorized by law, if an award no longer effectuates the program goals or agency
  priorities," 2 C.F.R. § 200.340(a)(4). But the provision cannot be used to terminate awards based

---

[1] Close to the time that DOE sent its termination letter, Office of Management and Budget Director Russell Vought posted the
following on X: "Nearly $8 billion in Green New Scam funding to fuel the Left's climate agenda is being cancelled."

on new agency priorities identified *after* the time of the federal award. Conditions imposed upon the acceptance of federal funding must be "unambiguous[]" and cannot "surprise[] participating States with post acceptance or 'retroactive' conditions." *Pennhurst State Sch. & Hosp. v. Halderman*, 451 U.S. 1, 17, 25 (1981).

Nor can it be used to withhold duly appropriated funds by identifying "agency priorities" that disregard or are otherwise incompatible with congressional directives (such as those contained in 42 U.S.C. § 16161a). "The United States Constitution exclusively grants the power of the purse to Congress, not the President." *City & Cnty. of San Francisco v. Trump*, 897 F.3d 1225, 1231 (9th Cir. 2018). The Executive Branch "does not have unilateral authority to refuse to spend . . . funds" already appropriated by Congress "for a particular project or program." *In re Aiken Cty.*, 725 F.3d 255, 261 n.1 (D.C. Cir. 2013).

- <u>The termination notice inaccurately implies that the award is inconsistent with federal law.</u>

  The implication that this program is inconsistent with federal law—and, by extension, the Department's policy objectives, as directed by federal law—is incorrect. University of California Davis has administered this project since October 1, 2022, in a manner fully consistent with federal law.

- <u>The termination notice inaccurately implies that reasons of economic or national security favor termination of the award and that the project does not effectuate DOE priorities of "ensuring affordable, reliable and abundant energy to meet growing demand and/or address[ing] the national emergency declared by Executive Order 14156."</u>

  The termination letter, however, contains no information to substantiate the implication that the project is not "financially sound and economically viable," or that the project does not effectuate "ensuring affordable, reliable and abundant energy to meet growing demand and/or address[ing] the national emergency declared pursuant to Executive Order 14156." The project funded by the award remains financially sound and economically viable, is aligned with national interests, and is consistent with federal law and priorities, as demonstrated in the final program documents previously approved by DOE.

- <u>The termination will have a significant negative impact on US leadership in advanced manufacturing for energy application.</u>

  While the grant was funded by the Solar Energy Technologies Office, the work we were doing can be translated to other applications that are relevant to the current administration. The key aspect of our work was to show that we can develop scalable unique efficient high-temperature thermal devices by using metal additive manufacturing. US manufacturing for deep energy technologies in nuclear, fossil, industrial process heat, and transportation- would have benefitted from the outcomes of the project. Termination of the grant would have a severe negative impact on adoption of additive manufacturing as a solution for novel high-performance devices by industry, since we were going to demonstrate how the technology can be scaled up in the third phase.

In light of the foregoing, the University of California, Davis respectfully requests that DOE immediately reverse the termination of Grant No. EE0010190, and/or that DOE hold in abeyance any action, including withholding of funds, pending consideration of this objection to the termination. *See* 2 C.F.R. § 910.128(e).

Request for reconsideration and reversal of Termination of Grant No.EE0010190
University of California, Davis PI: Vinod Narayanan
Page 3

**If DOE elects not to reverse its termination of this grant pursuant to the informal dispute resolution process, University of California, Davis expects that DOE will mail a written determination signed by the Contracting Officer setting forth DOE's final determination of this grant termination dispute pursuant to 2 C.F.R. 910.128(c).** In that event, the University of California, Davis reserves all rights to pursue any and all available relief and to receive any and all process due.

Because this abrupt termination will result in irreparable harm, we respectfully request a prompt response, and information about any next steps.

Sincerely,


Denise Ehlen
Executive Associate Vice Chancellor for Research
Authorized Organizational Representative
University of California, Davis
Mrak 4th Floor, One Shields Avenue
Davis, CA 95616
Email: dmehlen@ucdavis.edu

COPY

Vinod Narayanan, University of California Principal Investigator, Email: vnarayanan@ucdavis.edu
Thomas Rueckert, DOE Project Officer, Email: thomas.rueckert@ee.doe.gov
CeCelia Coyle, UC Davis Business Officer, Email: ccoyle@ucdavis.edu