# EXHIBIT D

Case 3:25-cv-04737-RFL    Document 212-4    Filed 07/15/26    Page 1 of 4

| GRANT | NAME | TITLE | UC AFFILIATION | SOURCE(S) |
|---|---|---|---|---|
| DE-CD0000041 (ARCHES) | Hanna Breunig | Staff Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Mohammed Tamim Zaki | Postdoctoral researcher | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Seongeun Jeong | Research Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Robert Hosbach | Staff Data Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Anna Spurlock | Research Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Ling Jin | Research Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Jie Zhang | Postdoctoral researcher | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Yuebin Fan | PhD student | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Xiaodan Xu | Research Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Cristian Poliziani | Postdoctoral researcher | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | David McCallen | Senior Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Ahmet Kusoglu | Staff Scientist | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Julie Fornaciari | Program Manager | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Adam Weber | Senior Scientist, ARCHES CTO | LBNL | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Bruce Appelgate | Professor | UC San Diego | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Stephen Zoltan Kelety | Marine Superintendent, Scripps | UC San Diego | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Lewis Fulton | Director | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Stefi Mitova | Project scientist | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Jingyuan Zhao | Project scientist | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Vishnu Vijakumar | PhD student | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Laura Restrepo | MS student (Graduated) | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | John Cadiz | PhD student | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Madhu Laimacchane | PhD student | UC Davis | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Jack Brouwer | Professor | UC Irvine | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Jeffery Reed | Director Emeritus | UC Irvine | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Lawrence Nelson | PhD student | UC Irvine | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Plamen Atanassov | Professor | UC Irvine | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Tim Lipman | Professor, Co-Director | UC Berkeley | Dkt. 160-2; DOE Stip. |
| DE-CD0000041 (ARCHES) | Matthew Elke | Staff Engineer | UC Berkeley | Dkt. 160-2; DOE Stip. |
| DE-EE0011347 (Novel Carbon) | Plamen Atanassov | Professor | UC Irvine | Atanassov Decl. |
| DE-EE0011347 (Novel Carbon) | Iryna Zenyuk | Director | UC Irvine | Atanassov Decl. |
| DE-EE0011347 (Novel Carbon) | Camille Roiron | Postdoctoral researcher | UC Irvine | Atanassov Decl. |
| DE-EE0011347 (Novel Carbon) | Bilal Iskandarani | Postdoctoral researcher | UC Irvine | Atanassov Decl. |
| DE-EE0011347 (Novel Carbon) | Jiazhe (Loki) Chen | Graduate student researcher | UC Irvine | Atanassov Decl. |
| EE0010751 (Cathode Catalysts) | Plamen Atanassov | Professor | UC Irvine | Atanassov Decl. |
| EE0010751 (Cathode Catalysts) | Vojislav Stamenkovic | Principal Investigator | UC Irvine | Atanassov Decl. |
| EE0010751 (Cathode Catalysts) | Iryna Zenyuk | Co-Principal Investigator | UC Irvine | Atanassov Decl. |

| GRANT | NAME | TITLE | UC AFFILIATION | SOURCE(S) |
|---|---|---|---|---|
| EE0010499 (Porous Aromatic) | Jeffrey Long | Principal Investigator | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Shivani Sharma | Postdoctoral researcher | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Ethan Pezoulas | Postdoctoral researcher | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Hiroyasu Furukawa | Senior Project Scientist | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Hsinhan Tsai | Postdcotoral researcher | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Mathew Santoso | PhD student | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Max Merovah | PhD student | UC Berkeley | Polsky Decl., Ex. A |
| EE0010499 (Porous Aromatic) | Gabriel Espindola Khan | PhD student | UC Berkeley | Polsky Decl., Ex. A |
| EE0011345 (IONOMR Innovations) | Iryna Zenyuk | Principal Investigator | UC Irvine | Polsky Decl., Ex. B |
| EE0011345 (IONOMR Innovations) | Florian Chabot | Postdoctoral researcher | UC Irvine | Polsky Decl., Ex. B |
| EE0011345 (IONOMR Innovations) | Yu Morimoto | Senior Researcher | UC Irvine | Polsky Decl., Ex. B |
| EE0011345 (IONOMR Innovations) | Robert Anton | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0011345 (IONOMR Innovations) | Mateusz Wojtaszek | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0011326 (Proton Energy Systems) | Iryna Zenyuk | Principal Investigator | UC Irvine | Polsky Decl., Ex. B |
| EE0011326 (Proton Energy Systems) | Patrick Yang | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0011326 (Proton Energy Systems) | Jack Lang | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0011315 (ACS Industries) | Iryna Zenyuk | Principal Investigator | UC Irvine | Polsky Decl., Ex. B |
| EE0011315 (ACS Industries) | Nausir Firas | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0011353 (AvCarb, LLC) | Iryna Zenyuk | Principal Investigator | UC Irvine | Polsky Decl., Ex. B |
| EE0011353 (AvCarb, LLC) | Bilal Iskandarani | Postdoctoral researcher | UC Irvine | Polsky Decl., Ex. B |
| EE0011353 (AvCarb, LLC) | Magnolia Pak | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0011353 (AvCarb, LLC) | Nergis Mahajar | PhD student | UC Irvine | Polsky Decl., Ex. B |
| EE0010190 (Micro-Pin Array) | Vinod Naranyan | Principal Investigator | UC Davis | Polsky Decl., Ex. C |
| EE0010190 (Micro-Pin Array) | Jesus Gutierrez Pascencia | PhD student | UC Davis | Polsky Decl., Ex. C |
| EE0010190 (Micro-Pin Array) | Erfan Rasouli | Staff Scientist | UC Davis | Polsky Decl., Ex. C |
| EE0010190 (Micro-Pin Array) | Aref Aboud | Staff Scientist | UC Davis | Polsky Decl., Ex. C |
| EE0011322 (Electrolyzers) | Shannon Boettcher | Principal Investigator | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Jin Wook Yang | Postdoctoral researcher | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Dong Su Kim | Postdoctoral researcher | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Jihan Zhang | PhD student | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Duha Syar | PhD student | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Shujin Hou | Researcher | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Emma Kaeli | Researcher | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Yuta Inoue | Researcher | UC Berkeley | Boettcher Decl. |
| EE0011322 (Electrolyzers) | Anthony Ekennia | Researcher | UC Berkeley | Boettcher Decl. |
| FE0032383 (Carbon Capture) | Louise Bedsworth | Principal Investigator | UC Berkeley | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Diana Dombrowski | Project Manager | UC Berkeley | Bedsworth Decl. |

| GRANT | NAME | TITLE | UC AFFILIATION | SOURCE(S) |
|---|---|---|---|---|
| FE0032383 (Carbon Capture) | Hanna Breunig | Principal Investigator, Project Co-Lead | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Jens Birkholzer | Senior Advisor to the Project | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Peter Nico | Environmental & Health Task Co-Lead | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Blake Simmons | CO2 to Products Task Lead | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Newsha Ajami | Community Partnership Co-Lead | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Preston Jordan | CO2 Subsurface storage Task Lead | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Tae Hwan Lim | Research Scientist | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Syed Saqline | Postdoctoral researcher | LBNL | Bedsworth Decl. |
| FE0032383 (Carbon Capture) | Beichen Zhang | Postdoctoral researcher | LBNL | Bedsworth Decl. |
| DE-EE0010992 (Wastewater Treatment) | Diego Rosso | Co-Principal Investigator | UC Irvine | Davis Decl., Dkt. 165-1 |
| DE-EE0009779 (Sunpower) | Scott Samuelsen | Co-Principal Investigator | UC Irvine | Davis Decl., Dkt. 165-1 |