# EXHIBIT A



2 MIN READ

# Technology Readiness Levels

 **Catherine G Manning**

SEP 27, 2023

 ARTICLE

Technology Readiness Levels (TRL) are a type of measurement system used to assess the maturity level of a particular technology. Each technology project is evaluated against the parameters for each technology level and is then assigned a TRL rating based on the projects progress. There are nine technology readiness levels. TRL 1 is the lowest and TRL 9 is the highest.

**TRL 9**
•Actual system "flight proven" through successful mission operations

**TRL 8**
•Actual system completed and "flight qualified" through test and demonstration (ground or space)

**TRL 7**
•System prototype demonstration in a space environment

**TRL 6**
•System/subsystem model or prototype demonstration in a relevant environment (ground or space)

**TRL 5**
•Component and/or breadboard validation in relevant environment

**TRL 4**
•Component and/or breadboard validation in laboratory environment

**TRL 3**
•Analytical and experimental critical function and/or characteristic proof-of-concept

**TRL 2**
•Technology concept and/or application formulated

**TRL 1**
•Basic principles observed and reported

Technology Readiness Levels

When a technology is at TRL 1, scientific research is beginning and those results are being translated into future research and development.

TRL 2 occurs once the basic principles have been studied and practical applications can be applied to those initial findings. TRL 2 technology is very speculative, as there is little to no

experimental proof of concept for the technology.

When active research and design begin, a technology is elevated to TRL 3. Generally both analytical and laboratory studies are required at this level to see if a technology is viable and ready to proceed further through the development process. Often during TRL 3, a proof-of-concept model is constructed.

Once the proof-of-concept technology is ready, the technology advances to TRL 4. During TRL 4, multiple component pieces are tested with one another.

TRL 5 is a continuation of TRL 4, however, a technology that is at 5 is identified as a breadboard technology and must undergo more rigorous testing than technology that is only at TRL 4. Simulations should be run in environments that are as close to realistic as possible.

Once the testing of TRL 5 is complete, a technology may advance to TRL 6. A TRL 6 technology has a fully functional prototype or representational model.

TRL 7 technology requires that the working model or prototype be demonstrated in a space environment.

TRL 8 technology has been tested and "flight qualified" and it's ready for implementation into an already existing technology or technology system.

Once a technology has been "flight proven" during a successful mission, it can be called TRL 9.



**National Aeronautics and Space Administration**

NASA explores the unknown in air and space, innovates for the benefit of humanity, and inspires the world through discovery.

About NASA's Mission

Home

News & Events

Multimedia

NASA+ LIVE

Missions

Humans in Space

Earth

The Solar System

The Universe

Science

Aeronautics

Technology

Learning Resources

About NASA

Join Us →

NASA en          Español

**Follow NASA**

Sitemap        For Media        Privacy Policy        FOIA

No FEAR Act        Office of the IG        Budget & Annual Reports

More NASA Social Accounts

Agency Financial Reports        Contact NASA        Accessibility

NASA Newsletters

Page Last Updated: **Jun 25, 2026**        Page Editor: **Catherine G. Manning**

Responsible NASA Official: **Abigail Bowman**