Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

# EXHIBIT B

| Electronic Cover Sheet | | |
|---|---|---|
| PI: **Charlebois, Edwin Duncan** | Title: Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD) | |
| Received: 06/11/2021 | Opportunity: RFA-MD-21-008 | Council: 08/2021 |
| Competition ID: FORMS-F | FOA Title: NIMHD Multiple Chronic Disease Disparities Research Coordinating Center (RCC) (U24 Clinical Trial Not Allowed) | |
| **1U24MD017250-01** | Dual: | Accession Number: 4590604 |
| IPF: 577508 | Organization: UNIVERSITY OF CALIFORNIA, SAN FRANCISCO | |
| Former Number: | Department: Medicine | |
| IRG/SRG: ZMD1 IN (A1)R | AIDS: N | Expedited: N |
| <u>Subtotal Direct Costs</u><br><u>(excludes consortium F&A)</u><br>Year 1:  2,791,229<br>Year 2:  2,800,750<br>Year 3:  2,800,750<br>Year 4:  2,800,750<br>Year 5:  2,800,750 | Animals: N<br>Humans: Y<br>Clinical Trial: N<br>Current HS Code: X4<br>HESC: N<br>HFT: N | New Investigator:<br>Early Stage Investigator: |
| | | |

| *Senior/Key Personnel:* | *Organization:* | *Role Category:* |
|---|---|---|
| Edwin Charlebois Ph.D | The Regents of the University of California, San Francisco | PD/PI |
| Scarlett Gomez Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Van Park Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Mandana Khalili M.D. | The Regents of the University of California, San Francisco | Co-Investigator |
| William Brown Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Jing Cheng Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Elaine Ku M.D. | The Regents of the University of California, San Francisco | Co-Investigator |
| Michael Potter M.D. | The Regents of the University of California, San Francisco | Co-Investigator |
| Alfa-Ibrahim Yansane Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Dean Schillinger M.D. | The Regents of the University of California, San Francisco | Co-Investigator |
| Christina Mangurian M.D. | The Regents of the University of | Co-Investigator |

i.

| Electronic Cover Sheet | | |
|---|---|---|
|  | California, San Francisco |  |
| Alicia Downes | AIDS United | Co-Investigator |
| Paula Braveman MD, M | The Regents of the University of California, San Francisco | Co-Investigator |
| Valy Fontil MD, M | The Regents of the University of California, San Francisco | Co-Investigator |
| Joanne Spetz Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Sepideh Banava | The Regents of the University of California, San Francisco | Co-Investigator |
| Wagahta Semere M.D. | The Regents of the University of California, San Francisco | Co-Investigator |
| Greg Rebchook Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Torsten Neilands Ph.D | The Regents of the University of California, San Francisco | Co-Investigator |
| Kim Rhoads M.D. | The Regents of the University of California, San Francisco | MPI |
| Stuart Gansky | The Regents of the University of California, San Francisco | MPI |
| Nicole Mandel | The Regents of the University of California, San Francisco | Other (Specify)-Project Manager |

*Appendices*

Appendix_research_orientation_scale

OMB Number: 4040-0010
Expiration Date: 12/31/2022

APPLICATION FOR FEDERAL ASSISTANCE
**SF 424 (R&R)**

| 3. DATE RECEIVED BY STATE | State Application Identifier |
|---|---|

**1. TYPE OF SUBMISSION***

○ Pre-application   ● Application   ○ Changed/Corrected Application

**4.a. Federal Identifier**

**b. Agency Routing Number**

| **2. DATE SUBMITTED** 2021-06-11 | Application Identifier P0554452 | **c. Previous Grants.gov Tracking Number** |
|---|---|---|

**5. APPLICANT INFORMATION**                                    **Organizational DUNS***: 0948783370000

Legal Name*:        The Regents of the University of California, San Francisco
Department:         Research Management Services
Division:          Office of Sponsored Research
Street1*:          490 Illinois Street, 4th Floor
Street2:
City*:             San Francisco
County:
State*:            CA: California
Province:
Country*:          USA: UNITED STATES
ZIP / Postal Code*: 941430000

Person to be contacted on matters involving this application
Prefix:        First Name*: Annie        Middle Name:        Last Name*: Gregory        Suffix:

Position/Title:    Research Services Coordinator
Street1*:          3333 California St.
Street2:           Suite 315
City*:             San Francisco
County:
State*:            CA: California
Province:
Country*:          USA: UNITED STATES
ZIP / Postal Code*: 94118-6215
Phone Number*: +1 773 559-8046        Fax Number:        Email: anne.gregory@ucsf.edu

**6. EMPLOYER IDENTIFICATION NUMBER** *(EIN) or (TIN)**        1946036493A6

**7. TYPE OF APPLICANT***        H: Public/State Controlled Institution of Higher Education

Other (Specify):
**Small Business Organization Type**        ○ Women Owned        ○ Socially and Economically Disadvantaged

**8. TYPE OF APPLICATION***                    If Revision, mark appropriate box(es).

● New        ○ Resubmission        ○ A. Increase Award   ● B. Decrease Award   ○ C. Increase Duration

○ Renewal   ○ Continuation   ○ Revision        ○ D. Decrease Duration   ○ E. Other *(specify)* :

**Is this application being submitted to other agencies?*** ○Yes ●No        What other Agencies?

| **9. NAME OF FEDERAL AGENCY***  National Institutes of Health | **10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER** TITLE: |
|---|---|

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT***
Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD)

| **12. PROPOSED PROJECT** | **13. CONGRESSIONAL DISTRICTS OF APPLICANT** |
|---|---|
| Start Date*        Ending Date* 09/01/2021        08/31/2026 | CA-012 |

Docusign Envelope ID: BF62AE9D-AD4E-840A-8049-1869D5C5014D

# SF 424 (R&R) APPLICATION FOR FEDERAL ASSISTANCE

# Page 2

## 14. PROJECT DIRECTOR/PRINCIPAL INVESTIGATOR CONTACT INFORMATION

Prefix: Dr.    First Name*: Edwin    Middle Name:    Last Name*: Charlebois    Suffix: Ph.D

Position/Title:    Professor in Residence

Organization Name*:    The Regents of the University of California, San Francisco

Department:    Medicine

Division:    School of Medicine

Street1*:    Center for AIDS Prevention Studies

Street2:    550 16th Street

City*:    San Francisco

County:

State*:    CA: California

Province:

Country*:    USA: UNITED STATES

ZIP / Postal Code*:    94158-2545

Phone Number*: 415-215-6515    Fax Number: 415-476-5348    Email*: edwin.charlebois@ucsf.edu

| 15. ESTIMATED PROJECT FUNDING | 16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?* |
|---|---|
| a. Total Federal Funds Requested* $22,499,999.00<br>b. Total Non-Federal Funds* $0.00<br>c. Total Federal & Non-Federal Funds* $22,499,999.00<br>d. Estimated Program Income* $0.00 | a. YES ○ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:<br><br>DATE:<br><br>b. NO ● PROGRAM IS NOT COVERED BY E.O. 12372; OR<br><br>○ PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW |

## 17. By signing this application, I certify (1) to the statements contained in the list of certifications* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances * and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)

● I agree*

*The list of certifications and assurances, or an Internet site where you may obtain this list, is contained in the announcement or agency specific instructions.*

## 18. SFLLL or OTHER EXPLANATORY DOCUMENTATION    File Name:

## 19. AUTHORIZED REPRESENTATIVE

Prefix:    First Name*: Annie    Middle Name:    Last Name*: Gregory    Suffix:

Position/Title*:    Contracts and Grants Officer

Organization Name*:    The Regents of the University of California, San Francisco

Department:    Research Management Services

Division:    Office of Sponsored Research

Street1*:    490 Illinois St.

Street2:

City*:    San Francisco

County:    San Francisco

State*:    CA: California

Province:

Country*:    USA: UNITED STATES

ZIP / Postal Code*:    941430000

Phone Number*: +1 773 559-8046    Fax Number:    Email*: anne.gregory@ucsf.edu

| Signature of Authorized Representative* | Date Signed* |
|---|---|
| Annie Gregory | 06/11/2021 |

## 20. PRE-APPLICATION    File Name:

## 21. COVER LETTER ATTACHMENT    File Name: Cover_Letter.pdf

# 424 R&R and PHS-398 Specific
# Table Of Contents

SF 424 R&R Cover Page................................................................................. 1
    Table of Contents..................................................................................... 3
Performance Sites........................................................................................ 4
Research & Related Other Project Information............................................................ 5
    Project Summary/Abstract(Description)................................................................ 6
    Project Narrative..................................................................................... 7
    Facilities & Other Resources.......................................................................... 8
Research & Related Senior/Key Person................................................................... 25
Research & Related Budget Year - 1................................................................... 138
Research & Related Budget Year - 2................................................................... 144
Research & Related Budget Year - 3................................................................... 150
Research & Related Budget Year - 4................................................................... 156
Research & Related Budget Year - 5................................................................... 162
Budget Justification................................................................................... 168
Research & Related Cumulative Budget.................................................................. 195
Research & Related Budget - Consortium Budget (Subaward 1)............................................ 196
Total Direct Costs Less Consortium F&A................................................................ 214
PHS398 Cover Page Supplement.......................................................................... 215
PHS 398 Research Plan................................................................................. 217
    Specific Aims........................................................................................ 218
    Research Strategy.................................................................................... 219
    PHS Human Subjects and Clinical Trials Information.................................................... 231
        Study 1: Research Coordinating Center for Reducing Disparities in Multiple Chroni
        c Diseases......................................................................................... 233
            Inclusion Enrollment Reports........................................................................ 235
    Multiple PD/PI Leadership Plan........................................................................ 240
    Bibliography & References Cited....................................................................... 242
    Consortium/Contractual Arrangements.................................................................. 249
    Letters of Support................................................................................... 250
    Resource Sharing Plan(s)............................................................................. 265

# Project/Performance Site Location(s)

**Project/Performance Site Primary Location**

◯ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | The Regents of the University of California, San Francisco |
| Duns Number: | 0948783370000 |
| Street1*: | Center for AIDS Prevention Studies |
| Street2: | 550 16th Street, 3rd Floor |
| City*: | San Francisco |
| County: | San Francisco |
| State*: | CA: California |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 94158-2545 |

Project/Performance Site Congressional District*:     CA-012

---

**Project/Performance Site Location 1**

◯ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | AIDS United |
| DUNS Number: | 7879364180000 |
| Street1*: | 1101 14th St. NW |
| Street2: | Suite 300 |
| City*: | Washington |
| County: | |
| State*: | DC: District of Columbia |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 20005-5555 |

Project/Performance Site Congressional District*:     DC-098

---

**Additional Location(s)**          File Name:

Tracking Number: GRANT13391384          Funding Opportunity Number: RFA-MD-21-008. Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

# RESEARCH & RELATED Other Project Information

| | |
|---|---|
| **1. Are Human Subjects Involved?*** ● Yes  ○ No | |
| 1.a. If YES to Human Subjects | |
| Is the Project Exempt from Federal regulations?  ● Yes  ○ No | |
| If YES, check appropriate exemption number:  — 1 — 2 — 3 ✔ 4 — 5 — 6 — 7 — 8 | |
| If NO, is the IRB review Pending?  ○ Yes  ○ No | |
| IRB Approval Date: | |
| Human Subject Assurance Number | |

| | |
|---|---|
| **2. Are Vertebrate Animals Used?*** ○ Yes  ● No | |
| 2.a. If YES to Vertebrate Animals | |
| Is the IACUC review Pending?  ○ Yes  ○ No | |
| IACUC Approval Date: | |
| Animal Welfare Assurance Number | |

**3. Is proprietary/privileged information included in the application?*** ○ Yes  ● No

**4.a. Does this project have an actual or potential impact - positive or negative - on the environment?*** ○ Yes  ● No

4.b. If yes, please explain:

4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an ○ Yes  ○ No environmental assessment (EA) or environmental impact statement (EIS) been performed?

4.d. If yes, please explain:

**5. Is the research performance site designated, or eligible to be designated, as a historic place?*** ○ Yes  ● No

5.a. If yes, please explain:

**6. Does this project involve activities outside the United States or partnership with international collaborators?*** ○ Yes  ● No

6.a. If yes, identify countries:

6.b. Optional Explanation:

| | Filename |
|---|---|
| **7. Project Summary/Abstract*** | Summary.pdf |
| **8. Project Narrative*** | Narrative.pdf |
| **9. Bibliography & References Cited** | Bibliography.pdf |
| **10. Facilities & Other Resources** | Facilities.pdf |
| **11. Equipment** | |

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008. Received Date: 2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin

## SUMMARY

Significant disparities in prevention, treatment, and management of multiple chronic diseases exist along intersecting racial, cultural, socio-economic, and vulnerable population contextual lines; community engagement and culturally informed multilevel approaches are required to effectively reduce these disparities. The UCSF Research Coordinating Center will leverage and pivot our significant expertise, experience, and capacity in community-engaged research, disparities research, program implementation experience with underserved and vulnerable populations, data science, and major chronic diseases to serve and support a nationwide research coordinating and technical assistance center.  The **Specific Aims** of the project are to:

1) **Develop the NIMHD RD-MCD Research Consortium and its Oversight Mechanisms**: through the Organizational and Management Unit's convening, secure communication, internal and external resource sharing, standardization, progress, site, and study monitoring, and dissemination functions via a 508-compliant consortium website in cooperation with program officials, representative Steering Committee, networked Community Advisory Boards, and an independent Data and Safety Monitoring Board (DSMB).

2) **Implement RD-MCD Consortium-wide Common Data Element Development, Collection, Integration, Curation, Analysis, and Sharing** using existing well-developed national data coordinating and collection center resources and expertise forming a Research Coordination & Data Management (RCDM) Unit providing a secure and accessible data warehouse hub for RD-MCD Consortium data, and technical assistance and guidance on: implementing multiple data standards and cross-study instruments including PhenX toolkit collections (e.g. Social Determinants of Health (SDOH)); and up-to-date RD-MCD information, tools, and resources via secured investigator-facing and community-facing website resource pages.

3) **Establish a Multiple Chronic Diseases Disparities (MCD) Research Educational Development Network**: facilitated by the Skills Development Unit combining scientific, networking, and skills building expertise across the P50 MCD research consortium to implement and maintain diverse development opportunities for academic researchers, minority-serving institutions, health workers, and other community partners.  The RCC will deliver and coordinate: a) monthly webinars, b) yearly skills development workshops, c) access to mentors across the MCD consortium and the NIH National Research Mentoring Network, and d) track the impact of the RCC and Center's development activities.

4) **Facilitate and Monitor Vibrant Community-Engaged Research** among NIMHD RD-MCD P50 Research Consortium members and community partners through a Community Engagement (CE) Unit providing access to underserved/vulnerable population-specific Technical Assistance (TA) teams, structural and organizational support for a Community of Practice, and collaborative Scientific Working Groups.

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

This project will leverage and pivot UCSF's significant expertise, experience, and capacity in community-engaged research, disparities research, program implementation experience with populations that are underserved and vulnerable, data science, and major chronic diseases to create a nationwide research coordinating center and technical assistance center to support a network of NIMHD funded P50 centers to reduce multiple chronic disease related disparities in underserved and vulnerable populations.

Docusign Envelope ID: BE62AF9D-AD4E-840A-8949-1869D5C5014D

**FACILITIES AND OTHER RESOURCES**

## GENERAL RESEARCH ENVIRONMENT AT UCSF

The University of California, San Francisco (UCSF), one of the ten campuses of the University of California, is devoted solely to graduate education and research in the health sciences. UCSF is composed of the Schools of Medicine, Dentistry, Pharmacy, and Nursing, and the Graduate Division. In both size and number of students, UC San Francisco is the smallest of the UC campuses. Nevertheless, its relative size belies its distinction as one of the leading biomedical research and health science education centers in the world. In addition, UCSF is a major health care delivery center in northern California with a high volume of regional, national, and international patient referrals.

Over the last century, the original nucleus of academic schools and divisions has grown to include a School of Nursing (1939); the Langley Porter Psychiatric Institute (1942), which contains the city's first psychiatric hospital; and a Graduate Division (1961). The Graduate Division functions as the administrative and quality control unit for more than 2,940 students enrolled in PhD and master's programs and 1,030 academic postdoctoral fellows, representing 94 countries. UCSF also is home to 16 research institutes, more than 1,500 laboratories and 5,000 ongoing research projects, and a library with a state-of-the-art computing and communications infrastructure. In 2006, UCSF applied for and was successfully awarded an NIH Clinical and Translational Sciences Institute (CTSI), which is dedicated to research and education in clinical and translational science at UCSF, at affiliated institutions, and in participating communities (described below). UCSF's four professional schools (Dentistry, Medicine, Nursing, and Pharmacy) are ranked in the top tier nationally and internationally (measured by academic quality, publication citations of faculty, and amount of extramural support for research and education) as centers for education and research in the various disciplines.

## GRADUATE DIVISION

UCSF's graduate academic PhD programs are also ranked in the top tiers of programs in the biomedical bio-psychosocial disciplines. There are 35 academic departments, 17 multidisciplinary research centers, and many NIH-funded multidisciplinary research grants including 17 Research Program Projects (P01), 13 Center Core Grants (P30), 10 Specialized Center Grants (P50), and 73 Project (U01)/Program (U19)/Center (U54) Cooperative Agreements. The Graduate Division offers 19 degree programs to students pursuing masters and doctoral degrees in disciplines ranging from bioengineering to chemical biology, from biopharmaceutical sciences and pharmacogenomics to nursing, and from global health to sociology. Graduate programs are organized around several interdisciplinary research areas that often contain members from several departments. UCSF also offers a K-30 supported Advanced Training in Clinical Research certificate program and a Master's Degree in Clinical Research. UCSF has taken national leadership in the establishment of quality standards for the selection, appointment, compensation, and education of postdoctoral scholars. UCSF is committed to recruiting and retaining a diverse population. Of the 20,100 UCSF staff, 56% are minorities and 68% are women. Of the 2,400 faculty, 30% are minorities and 45% are women. Of the student body, 51% are minorities and 65% are women.

## RESEARCH INFRASTRUCTURE

UCSF is one of the leading biomedical research and graduate education centers in the world, and it ranks in the top group of institutions of higher learning in total federal funding for research and training. UCSF has an annual budget of over $5 billion to support its various research, teaching, and patient care activities. A large portion of the extramural funds received is allocated for biomedical research. Research funding primarily is obtained on a competitive basis from the federal government. Additional research funding is received annually from the State of California, the University of California Office of the President, private research foundations, state and local government agencies, private philanthropy, and industry. UCSF was awarded $685.6M in NIH funding in 2020, which was #1 among public institutions and #3 among all institutions nationwide. In 2020, the UCSF School of Dentistry received $25.9M (ranked first), the School of Nursing received $11.5M (ranked third), the School of Pharmacy received $40.9M (ranked first), and the School of Medicine received $601M (ranked first). Among faculty members are five Nobel laureates, 49 National Academy of Sciences members, 61 American Academy of Arts and Sciences members, 97 National Academy of Medicine members, and 26 Howard Hughes Medical Institute investigators.

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

## ACADEMIC SCHOOLS AND DEPARTMENTS OF UCSF FACULTY IN THE PROJECT

### UCSF SCHOOL OF MEDICINE

Established in 1864, the SOM is the oldest continuously operating medical school in the western states. Consistently ranked as one of the top five medical schools in the country, it operates facilities at seven campuses in San Francisco and Fresno. It was ranked #1 in NIH funding, receiving over $601M in total awards in FY2020. With 28 departments, nine organized research units and seven interdisciplinary centers, medical school faculty and staff reach beyond the neighborhood to bring cutting-edge scientific research and complex clinical care to the nation and the world.

### UCSF DIVISION OF PREVENTION SCIENCE (DPS)
### OVERVIEW

The research investigators are housed at the University of California, San Francisco (UCSF) in the Division of Prevention Science (DPS) in the Department of Medicine. DPS is the administrative home of the Center for AIDS Prevention Studies (CAPS) and the Prevention Research Center (PRC).

### UCSF CENTER FOR AIDS PREVENTION STUDIES (CAPS)

The Center for AIDS Prevention Studies (CAPS) was established in 1986 to promote collaboration and multidisciplinary research on the prevention of HIV infection and disease. Several characteristics make the Center unique: it is interdisciplinary, multiethnic, multi-institutional, and located in an area of high HIV prevalence. Primary prevention—keeping people from getting infected by HIV—has been the main focus of CAPS research activities in the first decade of the epidemic. This work is now being supplemented by research on secondary prevention of HIV—delaying its progression, reducing its severity, and coping with its psychological and social consequences.

CAPS includes five cores providing shared services to foster scientific interaction, stimulate innovation, and enhance the quality of research.

- The **Administrative Core** provides scientific leadership, monitoring and evaluation, and organizational management with fiscal oversight and administration of personnel and space.
- The **Developmental Core** supports trainees and scientists in their efforts to conduct high-impact, innovative, and timely research with the highest ethical standards by providing pilot funding, peer review, linkages to training opportunities, and Town Halls on key topics in HIV-related research.
- The **Methods Core** ensures scientific rigor, development and application of innovative and optimal scientific methods, and use of secure data collection and management by providing expert methodological support through seminars, trainings, consultation, and peer review.
- The **Community Engagement Core** works to improve the translation of high-impact HIV prevention science into practice in the community by building capacity among researchers and communities to effectively address HIV through technical assistance, skills-building, and dissemination.
- The **Intervention and Implementation Core** is new and evolved from CAPS research on social-behavioral questions, interventions, and implementation science including policy and effectiveness trials. It will galvanize interdisciplinary advances in HIV prevention science by leveraging the latest science and fostering synergy and collaboration across research disciplines.

### PREVENTION RESEARCH CENTER (PRC)

The mission of the PRC is to maintain and expand an interdependent network of community, academic, and public health partners to design and implement prevention research aimed at answering significant and innovative HIV research questions and promoting the wide use of practices proven to promote health for those infected and affected by HIV. If successful, the PRC will transform the way in which health science research is conducted in communities, and accelerate the pace, productivity, dissemination, and implementation of HIV-related health research, thereby closing the large, well-documented, and alarming gap between HIV research and practice. As a result, we will be better positioned to improve the health and well-being of African Americans, a population disproportionately impacted by HIV. The UCSF PRC includes a multidisciplinary cadre of investigators and strong community partnerships devoted to developing innovative disparities research on HIV/AIDS, training others to conduct this important research, and rapidly disseminating research findings, thereby strengthening and extending the strong foundation that exists at UCSF.

Contact PD/PI: Charlebois, Edwin

## CENTER OF EXCELLENCE FOR TRANSGENDER HEALTH

The UCSF Center of Excellence for Transgender Health (CoE) combines the unique strengths and resources of a nationally renowned training and capacity-building institution, the Pacific AIDS Education and Training Center (PAETC), and an internationally recognized leader in HIV prevention research, the Center for AIDS Prevention Studies (CAPS), both of which are housed at the University of California San Francisco.

The ultimate CoE goal is to improve the overall health and well-being of transgender individuals by developing and implementing programs in response to community-identified needs. They include community perspectives by actively engaging a national advisory body (NAB) of 14 transgender identified leaders from throughout the country. The collective experience of the center's diverse and talented NAB assures that programs address issues that are timely and relevant to the community.

## PACIFIC AIDS EDUCATION AND TRAINING CENTER (PAETC)

The Pacific AIDS Education and Training Center (PAETC) is based in UCSF's Department of Family and Community Medicine in the School of Medicine.  PAETC is a member of a national AIDS Education and Training Center network of 11 regional and three national centers, covering all 50 states as well as US Territories and Jurisdictions.  Funding is provided by the Health Resources and Services Administration's (HRSA) HIV/AIDS Bureau through the Ryan White Program.  PAETC offers education, training and capacity building programs specifically designed to improve HIV/AIDS care, treatment and prevention service.

## AIDS RESEARCH INSTITUTE (ARI)

The ARI coordinates and integrates all AIDS research activities at UCSF. ARI stimulates innovation and supports interdisciplinary collaboration aimed at all aspects of the epidemic domestically and around the world. Bringing together hundreds of scientists and dozens of programs from throughout the University and affiliated labs and institutions, and working in close collaboration with affected communities, ARI is the largest AIDS research entity in the world outside of the National Institutes of Health.

## UCSF SCHOOL OF DENTISTRY

Founded in 1881, the UCSF School of Dentistry is one of the preeminent oral and craniofacial research enterprises in the world. It has ranked as a top US dental school in research funding from the National Institutes of Health for over 25 years; it received $25.9M in NIH-funding in 2020, #1 for schools of dentistry. It is also the home to several leading translational research programs exemplified by the multidisciplinary research centers in Sjögren's syndrome, oral health disparities (**Center to Address Disparities in Children's Oral Health or CAN DO** and the **Coordinating Center to Help Eliminate/Reduce Oral Health Inequalities in Children** directed by **Stuart A. Gansky, MS, DrPH**), and oral HIV/AIDS (OHARA), and is the administrative home of the **UCSF Healthforce Center for Research and Leadership Development**. The school has strong cross-campus research activities in stem cell research, craniofacial biology, oral/head and neck cancer, tobacco regulatory science, health disparities, and dental quality improvement, and conducts basic sciences research in several important areas, including biomaterials/bioengineering, cell and tissue biology, and hard tissue biology. The school is a pioneer in AIDS research, with more than 25 years as the repository of the San Francisco AIDS Specimen Bank. New cross-campus research activities that have the SOD as primary home include the Oral, Head and Neck Cancer Group, which seeks to discover new mechanisms of pathogenesis and develop novel therapeutic approaches that can be translated to the clinic, and the UCSF Correlative Microscopy Facility, which integrates traditional high resolution light with electron and X-ray microscopy techniques to visualize biological systems from atoms to tissues to organs – linking structure to function.

The school is led by Dr. Michael Reddy, DMD, DMSc, and is comprised of four academic departments -- Orofacial Sciences, Oral and Maxillofacial Surgery, Preventive and Restorative Dentistry, and Cell and Tissue Biology -- and employs approximately 200 faculty members, including three members of the Institute of Medicine and one member of the National Academy of Sciences.

## CENTER FOR HEALTH AND COMMUNITY (CHC)

The Center for Health and Community at UCSF (CHC) was established to assess the challenges of the changing health care delivery environment and identify policies and interventions that will maximize the beneficial impact of the changing health care delivery system.

The Center is comprised of programs, including the **Center to Address Disparities in Children's Oral Health (known as CAN-DO)**, and individual faculty from all UCSF Schools who have been at the cutting edge of

health services and policy-related research for many years, and includes the basic social and behavioral scientists in epidemiology, health policy, anthropology, psychology, sociology, history, bioethics, economics, and clinical research.

Under the leadership of CHC, scientists, clinicians and policy analysts collaborate through multidisciplinary groups designed to promote comprehensive approaches to health problems, and to bridge the gap between medicine and social science. These collaborative activities offer new opportunities to delivery systems, community health, research, and population health perspectives that form the Center's academic vision. According to Dr. Nancy Adler, Director of the Center for Health and Community, there is "a good deal of research that shows us we cannot isolate physical diseases from our emotions, behaviors and experiences." More than half of premature deaths can be prevented through changes in behavior, environment, and lifestyle- a fact that has been largely ignored by traditional medicine. The Center places special research emphasis on the human side of health care, on who the patient is rather than what disease the patient has.

The Center also plays a leading role in developing innovative curricula for both pre-clinical and clinical years that will promote an understanding of the contributions of non-biological factors to health, disease, and recovery. Drawing on its strong and diverse faculty from various schools and departments, CHC provides both pre- and postdoctoral students with professional tools to deal with social, psychological and cultural issues in the clinical setting and prepares students to work in a complex socio-political professional environment that crosses traditional boundaries. Through these and other activities, Center members are taking steps to improve care to individuals and communities, shape health care policy, and educate future health care providers.

**UCSF Center for HIV Information (CHI)**

The Web development team at UCSF's CHI is based at the UCSF Department of Medicine at the San Francisco Veteran's Administration (SFVA), co-located with the NIH-funded Center for AIDS Research. Our physical office space is provided by the SFVA, and administrative, fiscal, and technology support is provided by UCSF. Our web and media servers are all cloud-based (Amazon Web Services, Pantheon, Acquia, Google Cloud, YouTube, Soundcloud) and include state-of-the-art firewalls and load balancers. We have not experienced downtime in the last five-plus years on any of our public systems. UCSF provides low- and no-cost access to software, including access to the Siteimprove suite of web management tools (508 accessibility checker, site analytics, search engine optimization recommendations). CHI has a network of local designers, videographers, multimedia development teams, software engineers, and web developers--including teams based on campus--to expand our staff's capacity when needed. We license the Adobe Creative Suite of design and media creation tools and are expert in their use.

CHI is the host and developer of a diverse range of governmental, university research, and community partnership websites:

- CHI is a long-term implementing partner for the **AIDS Education and Training Centers National Coordinating Resource Center (AETC NCRC)**, the national coordinating body for the AETC network of clinical trainers and capacity-building experts.

- **TargetHIV**: Under a cooperative agreement with the Health Resources and Services Administration's HIV/AIDS Bureau, UCSF CHI catalogues and disseminates content from **Ryan White HIV/AIDS Program** training and technical assistance projects.

- **VA Viral Hepatitis**: CHI designed, developed, and maintains all user interfaces for the **U.S. Department of Veterans Affairs Hepatitis Website**, along with provider and patient prevention, clinical care, education, and program evaluation best practice information serving more than 1.3 million users a year.

- **UCSF-Gladstone CFAR**: Through comprehensive website management, technical and editorial assistance, video production, and analytics analysis, CHI supports the UCSF-Gladstone Center for AIDS Research (CFAR) community of more than 300 HIV scientists and clinicians.

- **M+ Oakland STYLE** Guide and Toolkit: Project STYLE is an evidence-based intervention for testing, linking, and retaining African American men who have sex with men (MSM) who are living with HIV in care. This web site describes STYLE's elements and how one agency adapted it as M+: Oakland STYLE.

- **VA HIV/AIDS**: CHI designed and built this major information portal for the **U.S. Department of Veterans Affairs web system**, with HIV prevention guidance, treatment recommendations, clinician tools, and education materials reaching more than 1 million patients and health care providers annually.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

- **UCSF Center of Excellence for Transgender Health**: CHI has collaborated with the UCSF Center of Excellence for Transgender Health research, education, and clinical programs since 2001, and launched the center's website in 2007.
- **UCSF Capacity Building Assistance Partnership**: CHI developed this website for a collaborative capacity-building team comprised of three UCSF groups, **Alliance Health Project, Center for AIDS Prevention Studies, and the Center of Excellence for Transgender Health**.

## BAKAR COMPUTATIONAL HEALTH SCIENCES INSTITUTE

The UCSF Bakar Computational Health Sciences Institute (BCHSI) is led by Dr. Atul Butte, a world-renowned expert in biomedical informatics and computational biology. BCHSI was created by the Chancellor in 2012 to develop and enhance UCSF's computational efforts and strategies in basic, translational, clinical and population-based biomedical research. The initial funding was provided by a generous gift by Priscilla Chen and Mark Zuckerberg, and BCHSI received a generous naming gift from the Bakar Family in 2018.

BCHSI is a campus hub for computer scientists and for researchers who employ computation as a primary tool in their biomedical research will serves as a cornerstone of the university's efforts to harness the power of "big data," to lead to faster and more effective cures for patients worldwide. BCHSI is a critical component of a global UCSF initiative in Precision Medicine, which seeks to aggregate and integrate vast, disparate datasets to advance understanding of biological processes, determine mechanisms of disease, and inform diagnosis and treatment of patients. A noted expert in pediatrics and medical informatics, most recently from Stanford University, Dr. Butte brings the rare combination of deep knowledge in medicine and biomedical research, and technological fluency to lead in the new realm of computational health. Dr. Butte's research laboratory builds and applies tools that convert more than 400 trillion points of molecular, clinical, and epidemiological data – measured by researchers and clinicians over the past decade and now colloquially known as "big data" – into diagnostics, therapeutics, and new insights into disease. In addition to his own computational biomedical research, as the Inaugural Director of the BCHSI, he is coalescing the computational faculty previously dispersed among our four top-ranked professional schools (Dentistry, Medicine, Nursing, and Pharmacy) and Graduate Division, superb research programs and outstanding Medical Center, establishing a central convening center around biomedical research, computational science and bioinformatics, hiring additional faculty, and building programs for research and education that will include substantive training in bioinformatics and computational science.

## HELEN DILLER FAMILY COMPREHENSIVE CANCER CENTER
## OFFICE OF COMMUNITY ENGAGEMENT AND COMMUNITY ADVISORY BOARD

The Office of Community Engagement (OCE) at the Helen Diller Family Comprehensive Cancer Center is a key component supporting the execution of the Center's Community Outreach and Engagement (COE) activities. The OCE serves as the primary point of engagement with the dedicated 15-year old HDFCCC Community Advisory Board (CAB). The mission of the OCE and the CAB is to eliminate the inequities that drive cancer disparities in Northern California by supporting mutually beneficial community engagement; facilitating the development of equitable community academic partnerships for research and education; and disseminating cancer information and interventions to reduce the burden of cancer across our catchment area. The OCE and activities of the CAB are led by **Dr. Kim Rhoads, MD, MS, MPH**, a colon and rectal surgeon, with formal training and expertise in community engaged, health services and cancer disparities research.

The CAB is composed of 15 highly influential network of community advocates, policy makers, community-based organizations and faith-based congregations representing racially and ethnically diverse population spanning more than 7 counties across the Greater Bay Area. The CAB co-chairs are Arnold Perkins, MPH and Angela Sun, PhD.  Mr. Perkins served as the director of the Alameda County Public Health Department (ACPHD) in Oakland, California from 1994 to 2006. As the director he provided leadership and management of administrative, research and policy activities in the department, overseeing a budget of more than $100 million dollars and a staff of 600 employees. In his "retirement" he serves on numerous foundation boards, has received many awards and recognition for his community and public service and continues to engage as a leader in local, national, and international health and social justice initiatives. Dr. Sun has been serving the Asian American community for more than 25 years, devoting her career to improving health literacy using

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

evidence-based strategies. She currently serves as the Executive Director of the Chinese Community Health Resource Center (CCHRC) in San Francisco California. The CCHRC mission is to build a health community through culturally competent health education, community based participatory research, advocacy and mentorship. Dr. Sun is also the President and Founder of the Asian Alliance for Health. Both organizations have worked in collaboration with HDFCCC investigators and faculty for more than a decade and exemplifies the long term, trusting and mutually beneficial relationships the CAB enjoys with HDFCCC through the OCE.

The OCE convenes regular events that bring together HDFCCC investigators with the CAB members and the larger community. The OCE hosts a quarterly meeting where HDFCCC members and cancer researchers present their published work (for dissemination to relevant communities) or to pitch a grant proposal and receive culturally relevant feedback or begin a relationship with community partners, develop community advisories for CBPR and CEnR projects; or to culturally tailor survey instruments and other strategies for community-based cancer research. Community members can participate in person, or remotely through a live video feed to increase inclusion of partners from more geographically distant parts of our catchment area. The OCE brokers relationships between community groups, faith-based congregations and researchers and leverages the resources of our campus' Clinical Translational Science Initiative (CTSI) Center for Community Engagement to help build community capacity for research and to train investigators who are new to CBPR, on how to promote equity while engaging with the community partners.

In addition to the CAB the OCE also participates in the National Cancer Institute (NCI) Community Health Education/National Outreach Network (NON/CHE). Under the current supplement, the office has three educators who deploy into the community to deliver cancer culturally and linguistically tailored cancer education activities. Our current NON/CHE workforce provide education in English, Spanish, Mandarin and Vietnamese. Per current guidance from the NCI, the CHE's will focus on increasing colorectal cancer screening and promoting participation in clinical studies and trials. The CHEs also serve to support the efforts of HDFCCC investigators by disseminating relevant results of published research, and by engaging with community members who are invited to participate in studies after being identified through cancer registry data.

**DETAIL on SPECIFIC CAB COMMITTEES**
With material support from the OCE, the CAB has launched and maintained many important initiatives, interventions and service activities to address cancer inequities and resulting disparities. Examples of these initiatives include establishment of a Faith Communities Committee (Abundant Life Health Ministries Network) to address the burden of cancer in African American communities. The Abundant Life Network includes more than 70 African American churches across the Greater Bay Area. The Network promotes cancer prevention and awareness through the systematic development of sustainable health ministries. The network of churches across the Bay Area is supported by ongoing activities throughout the year and culminates in the annual "Gathering" of ministry leaders (100-150 participants). The OCE provides mini-grants to churches, training on specific initiatives and regional technical assistance highlighting the use of evidence-based approaches to build community capacity for cancer education and cancer control.

More recently, the CAB established the San Francisco Women's Cancer Network (SFWCN). This collaborative network focuses on reducing the chances that vulnerable women in San Francisco will suffer avoidable death because of the limitations of being uninsured, low income, culturally or linguistically isolated or otherwise cut off from accessing high quality care. The network has built significant capacity since its inception in 2012 and in 2016 earned 501c3 non-profit status. As an independent networked agency, the SFWCN developed low literacy multi-lingual (Spanish, Chinese, Tagalog, Russian and English) materials to support breast cancer patients as they transition to primary care.

**RELEVANT CROSSCUTTING RESEARCH INITIATIVES, INSTITUTES AND CENTERS**

**ASIAN AMERICAN RESEARCH CENTER ON HEALTH (ARCH)**

Established in 2012, ARCH maintains an open and collaborative environment to carry out its vision to be a leader in Asian American health research to promote health and health equity in partnership with Asian American communities. In addition to 44 individual researchers conducting innovative research with the Asian American communities, ARCH members include nationally recognized community-academic research groups such as the Asian and Pacific Islander American Health Forum (APIAHF), Asian Pacific Partners for

Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

Empowerment Advocacy and Leadership (APPEAL), Association of Asian Pacific Community Health Organizations (AAPCHO), National Council of Asian Pacific Islander Physicians (NCAPIP), Chinese Community Health Resource Center (CCHRC) Vietnamese Community Health Promotion Project (VCHPP), clinical organizations such as Asian Health Services (AHS) and Chinatown Public Health Center (CPHC), and community networks such as the NICOS Chinese Health Coalition,  Korean Community Center of the East Bay (KCCEB), and Vietnamese Reach for Health Coalition (VRHC). ARCH has office space at the Laurel Heights campus of the University of California, San Francisco and a website at www.asianarch.org.


## CENTER FOR AGING IN DIVERSE COMMUNITIES

The Center for Aging in Diverse Communities (CADC) is a member of the Resource Centers for Minority Aging Research (RCMAR), a national initiative to improve the health of minority Americans through scholarship, better public health interventions, and by fostering and mentoring the next generation of minority scholars. The mission of the center is to decrease ethnic and racial disparities in health by focusing attention on healthy aging among older minority populations.

Led by Drs. Leah Karliner and Julene Johnson, the center addresses this mission by serving as a catalyst for investigators conducting research that focuses on African American, Latino and Asian older adults. We provide funding for new pilot studies and mentor minority researchers, thereby increasing the number of researchers dedicated to improving the health of ethnically diverse older adults. We also focus on improving research methods and measures for diverse populations, as well as on the recruitment and retention of minorities in research projects.

The CADC is committed to increasing high quality research focused on the concerns of aging Latinos and African Americans by:

- Increasing the number of researchers devoted to improving the health of Latino, Asian, and African American elder adults and reducing health disparities
- Developing and mentoring minority researchers by providing training and support for proposals, pilot studies, and dissemination of research findings
- Collecting and validating existing measures for research with Latinos, Asians, and African Americans, and developing new measures
- Recruiting and retaining Latinos and African Americans for clinical research
- Funding and implementing new pilot studies that advance knowledge on healthy aging, disease, and disability among older African Americans, Asians, and Latinos
- Disseminating information about interventions to reduce disease and disability and improve the health of older Latino, Asian, and African American adults


## UNIVERSITY OF CALIFORNIA BIOMEDICAL RESEARCH ACCELERATION, INTEGRATION ANDD DEVELOPMENT (UC BRAID)

The UC BRAID program was launched in 2010 as a joint effort of the five UC biomedical campuses to catalyze and accelerate biomedical, clinical, and translational research across the UC system by identifying shared challenges and developing system-wide solutions in the form of policy changes, new infrastructure, or standardized processes. Each campus has a translational research center funded by the prestigious NIH Clinical and Translational Science Awards (CTSA) Program. BRAID leadership consists of the principal investigators from the Clinical and Translational Science Centers at the five UC Academic Health System campuses.

UC BRAID currently supports 7 initiatives focused on creating best practices that accelerate translational research in the areas of biobanking, regulatory processes, drug discovery, and more. Two initiatives are of particular importance to the current proposal: Engaging University Of California Stakeholders For Biorepository Research (EngageUC) is a collaboration that brings together researchers, health care providers, University of California leaders, and community members to: 1) develop policies about the management of leftover blood and tissue samples collected for research; 2) create community-guided governance for biobanks across the 5 University of California medical campuses; and 3) redesign the process of asking patient permission for research use of leftover biological samples, including research using genetic information. The UC Research eXchange (ReX) Data Explorer. UC ReX is a secure, web-based system that enables UC investigators to identify

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

potential research study cohorts at the five UC medical centers. Data Explorer includes de-identified data-sets extracted from each UC institution's clinical data warehouse. Integrating Biology and the Bedside (i2b2) technology, developed by a NIH funded collaborative, allows clinical records to be transformed into a common data representation and stored in dedicated data repositories at each institution.

## THE CLINICAL AND OBSERVATIONAL DATA EXCELLENCE (CODE) LAB

The CODE Lab was founded and is directed by **Dr. William Brown III, PhD, DrPH, MA**. CODE Lab's mission is to enable researchers and healthcare workers to contribute to a creating Learning Health System by leveraging New Media (i.e., mHealth, social media) and Biomedical Informatics (i.e., semantic harmonization, NLP, machine learning, data visualization); to collect data in real-time to improve treatment and adherence; and integrate gathered data among and between clinical systems and other research datasets. Trainees have access to all deidentified data from previous and ongoing projects: 1) community-based personalized health maps for patients with diabetes including survey, interview, and focus group data; 2) coded electronic communication data between patients with diabetes and their physicians; 3) interview and mobile short message service computer assisted interview data from at-risk and underserved men who sleep with men (MSM) using HIV home testing kits to test themselves and their sexual partners; 4) and mobile app meta-data, interview data, focus group data, and EHR data from the development of an app to detect opioid misuse among patients living with HIV who are prescribed opioids by their physicians.

CODE lab is located in the Division of Prevention Sciences (DPS) space on the 3rd floor of the Mission Hall: Global Health & Clinical Sciences Building at 550 16th Street on UCSF's Mission Bay Campus. Mission Hall houses the UCSF Chancellor, numerous School of Medicine departments and is located across the street from the children's, women's, and cancer hospitals of the UCSF Medical Center. The DPS space at Mission Hall features a total of 30,812 ASF on the 3rd floor, including 296 work stations, conference rooms (6 rooms), huddle/focus rooms (91 rooms) for 1 or 2 people for quiet focused work or small group activities, break-out space for meetings or social interactions (9 spaces), and one wellness/mothers room. The Mission Hall building has a learning commons area on the 1st floor which includes a large classroom that accommodates up to 100, a dividable classroom (accommodating up to 80), and a variety of smaller classrooms, as well as videoconference rooms on both the 1st and 2nd floors. The DPS space also includes two shared printing/copy areas and a shared file and storage area. DPS shares a Town Center with kitchen area for break-room activities and informal interactions with our research and administrative colleagues and collaborators in the Global Health Sciences Unit, the Institute for Global Health, other divisions of the AIDS Research Institute, and the Department of Epidemiology and Biostatistics. Additional amenities of the Mission Hall building include a café on the 1st floor and wireless and wired Internet throughout the building and wireless in the courtyard.

## UCSF BENIOFF HOMELESSNESS AND HOUSING INITIATIVE

The goal of the UCSF Benioff Homelessness and Housing Initiative (BHHI) is to provide accurate, timely policy-oriented research to inform appropriate programmatic and policy responses to prevent and end homelessness. Funded by a generous gift from Marc and Lynne Benioff, the BHHI, based at the UCSF Center for Vulnerable Populations, seeks to become a trusted source for evidence-based practice and policy, turning evidence into action to prevent and end homelessness.

The BHHI uses strategic science to derive evidence-based practices and policies to prevent and end homelessness. Strategic science is a way to conduct research that creates a reciprocal relationship between the researchers and those who act upon it—policymakers, practitioners, and those living with homelessness. Those who act upon research ("end users") play a major role in developing the research agenda. In strategic science, researchers work together with these end-users to identify high priority questions and identify which of these require new research. BHHI works closely with end-users to develop policy recommendations, seeking opportunities to provide non-partisan, expert opinion to influence policymaking at the local, state and federal levels.

## CENTER FOR VULNERABLE POPULATIONS (CVP)

The UCSF Center for Vulnerable Populations at San Francisco General Hospital carries out innovative research to prevent and treat chronic disease in populations for whom social conditions often conspire to both

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

promote various chronic diseases and make their management more challenging. Founded in 2006, the CVP is located on the campus of San Francisco General Hospital. Beyond the local communities it serves, CVP is nationally and internationally known for its research in health communication and health policy to reduce health disparities, with special expertise in the social determinants of health, including literacy, homelessness, food policy, poverty, and minority status, with a focus on the clinical conditions of pre-diabetes, diabetes, and cardiovascular disease.

## PHILIP R. LEE INSTITUTE FOR HEALTH POLICY STUDIES (IHPS)

The Philip R. Lee Institute for Health Policy Studies, directed by **Joanne Spetz, PhD**, is an organized research unit based within the UCSF School of Medicine. Its mission is to foster multidisciplinary health services research and health policy research and analysis on the UCSF campus. Established in 1972 by Philip R. Lee, MD, the Institute includes more than 120 faculty and staff, whose backgrounds include medicine, public health, law, economics, sociology, anthropology, public policy history, journalism, pharmacology, ethics, and epidemiology. The Institute has access to the resources of the Schools of Medicine, Nursing, Dentistry, and Pharmacy. The Institute has developed a close collaborative relationship with the faculty and research staff of the Institute for Health and Aging, the Departments of Medicine, Psychiatry, Family and Community Medicine, Epidemiology and Biostatistics, Social and Behavioral Sciences, Clinical Pharmacology, and Obstetrics, Gynecology and Reproductive Sciences, as well as with Hospital administration staff. The primary purposes of the Institute are to: (1) conduct policy-oriented research and analysis on a wide range of health issues; (2) apply research findings to health policy issues at the national, state, and local levels; and (3) provide education and training opportunities in health policy and health services research. Areas of emphasis include health economics, the organization and financing of health care, effectiveness and appropriateness of care, the delivery of specialized clinical services, cost and policy issues related to the HIV epidemic and to substance abuse, physician payment issues, peer review and dissemination of biomedical publications, medication use by the elderly, child health issues, and reproductive health services and policies.

## OTHER UCSF RESOURCES

## OFFICE FOR INNOVATION, TECHNOLOGY & ALLIANCES (ITA)

The UCSF ITA brings research and industry together to advance health science through innovation and entrepreneurship. Its services and programs are designed to (1) optimize the creation and management of innovative alliances with commercial, non-profit, and government funding and regulatory organizations; (2) aid in the transfer of UCSF technologies to commercial organizations for development and public benefit; and (3) help the creation of new companies focused on the commercialization of UCSF intellectual property. The individual programs within ITA include the **Entrepreneurship Center**, which provides courses and networking opportunities; **Strategic Alliances**, whose business development team catalyzes creation of innovative partnerships and drives the alliance development with team members from contracting and licensing, the scientists and the partner, and whose alliance management team provides continuing support of the partnership; the **Industry Contracts Division**, which is responsible for negotiating and signing all industry research contracts between UCSF and Industry Sponsors; and the **Office of Technology Management**, which has the mission of transferring and commercializing UCSF's life science and medical technologies for public use and benefit, while generating income to support campus research and education.

The ITA's **Industry Contracts Division** (ICD) has extensive experience in negotiating and managing confidentiality, data sharing and publication agreements with both industry and non-profit organizations in compliance with university policies, and defined operations and administrative procedures. The ICD includes 15 contract negotiators with an average of 10 years negotiating experience, and is led by Irene Shin, a senior transactional attorney with over 25 years of contracting experience; 14 of those years in research and healthcare settings. In FY 2015-2016 alone, ICD managed over 3400 agreements, including 600+ confidentiality agreements, and 1600+ material and data sharing agreements.

## CLINICAL AND TRANSLATIONAL SCIENCE INSTITUTE (CTSI)

The UCSF CTSI was established in 2006 as one of the first 12 NIH-funded Clinical and Translational Science Awards. The CTSI mission is to create a comprehensive, integrated academic home that promotes research and education in clinical and translational science at UCSF, affiliated institutions, and in participating communities. Its goals are to (1) support, enhance, and integrate existing training programs, increasing the number of trainees from diverse disciplines and improving the quality of their training in clinical and translational research methods; (2) support, improve, and integrate existing infrastructure to enhance the design and implementation of clinical and translational studies, fostering collaborations to achieve a diverse spectrum of high quality, original research; (3) enhance career development of clinical and translational researchers by providing mentoring and opportunities to catalyze original research and by changing the academic culture to appropriately reward multidisciplinary collaborative work; and (4) create a "virtual home" providing contemporary communications to simplify collaboration, to provide an optimal informatics matrix for conducting innovative research, and to nurture the growth of clinical and translational science. The CTSI has established 13 interrelated programs that provide training, services, and opportunities needed. These programs are led by senior scientists drawn from diverse disciplines in each of UCSF's four health science schools—Dentistry, Medicine, Nursing, and Pharmacy. The CTSI was renewed for its third cycle of 5-year NIH funding (UL1TR001872).

**CTSI Programs:** The Clinical Research Services (CRS) provides state-of-the-art inpatient and outpatient facilities to conduct patient-oriented research, as well as expanded services in clinical trial design, database design, biostatistics and other clinical studies services. The CRS has enabled conduct of community-based research, and the Community Engagement & Health Policy program has expanded the capabilities of participant recruitment efforts. The Informatics and Research Innovation program works to enable the use of electronic health record data for research, embed clinical trials within healthcare delivery systems, optimize use of mHealth technology, and facilitate biospecimen consent and biobanking. The Regulatory Knowledge and Support program enhances the efficiency of review and implementation of clinical trials and assists investigators in working with the Food and Drug Administration to gain approval for their studies. The Pilot Awards program provides funding to researchers to support pilot funding for novel translational and clinical research, and the Catalyst program provides funding, consultation, resource identification, and team building support specifically to early translational projects. The Clinical and Translational Science Training (CTST) program enhances translational research training opportunities by adding new programs to existing K30, K12 and T32 programs, including a PhD program in clinical research for non-MD graduate students, and a Biology of Disease program to improve translational research training to those participating in basic science programs. It offers new courses for clinical faculty and trainees to learn about new research opportunities offered by emerging technologies and new training programs for staff of technology cores. The Research Technology program works to enhance opportunities for collaborative clinical and translational investigation at UCSF through communication, information services, and technology-enhanced collaboration tools. Finally, CTSI Consultation Services provide expert advice to investigators in diverse research fields at every stage of study.

## UCSF RESEARCH RESOURCE PROGRAM

All investigators will have access to a variety of research facilities and equipment through the UCSF Research Resource Program (RRP). The RRP was created in 2010 to meet the UCSF need for coordination and support of centralized research core facilities. Currently, 83 different cores are available to investigators. Available cores resources can be found via the UCSF Core Search database. In addition, many core services can be scheduled and purchased via MyCORES, which ensures equitable pricing and access for all UCSF investigators. The facilities provided by all UCSF cores are overall too extensive to list but include advanced flow cytometry (including CyTOF) and microscopy facilities; state-of-the-art sequencing and gene editing services; sophisticated mass spectrometry facilities; advanced radiologic imaging facilities, and others. The primary responsibilities of the RRP are:

- Rationalization of core resources and services to improve efficiency and availability.
- Identification and implementation of best practices: operational and financial management and specialized IT support
- Communication strategies to improve core utilization including non-campus clients
- Consensus building among the stakeholders who invest in core technologies

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

- Strategic planning for shared scientific resources: capital investment, space allocation and long-range financial support

The RRP supports a culture of innovation and collaboration in the use of research tools positioning UCSF faculty as leaders in scientific discovery and its translation into improved health. Investment and nurturing of specialized resource centers supports a diverse research base including sophisticated, dedicated technology users as well as investigators needing access for less complex analysis. Appropriate centralized administrative structures support this complex service model and allow for well-informed institutional investment decisions.

## UCSF LIBRARY

The UCSF Library and Center for Knowledge Management is one of the preeminent health sciences libraries in the world, containing an extensive and exceptionally rich collection of monographic and periodical literature in the health sciences, with substantial holdings in the biological and physical sciences, the social sciences, psychiatry, and psychology. This collection contains over 844,214 volumes, 57,440 electronic full-text serials and 13,068 electronic health sciences serials. The library incorporates state of the art library computer systems, such as MyAccess that replaces the card catalog with a streamlined computer search system. The library also houses The Center for Instructional Technology which offers a wide range of documentation and training on using the Collaborative Learning Environment (CLE). The CLE provides a versatile framework designed to meet the current and future needs for learner-centered environments, collaborative learning, and other collaborative activities at UCSF. Library materials not available on the San Francisco campus may be requested through other University of California campuses.

Special collections contain both secondary and primary source material from the earliest medical history to contemporary projects in AIDS, tobacco control, biotechnology, and managed care. Historical materials are concentrated in the history of the health sciences, California medicine, anesthesia, Osleriana, medical artifacts, and East Asian medicine. All faculty and students have access to print and electronic resources regardless of UCSF departmental or programmatic affiliation.

## IMMUNOLOGY DATABASE AND ANALYSIS PORTAL (IMMPORT)

The Immunology Database and Analysis Portal (ImmPort) has been developed under the Bioinformatics Integration Support Contract (BISC) Phase II by the Northrop Grumman Information Technology Health Solutions team for the National Institutes of Health (NIH), National Institute of Allergy and Infectious Diseases (NIAID), Division of Allergy, Immunology, and Transplantation (DAIT). ImmPort is a partnership between researchers at the University of California-San Francisco, Stanford University, the University of Buffalo, the Technion - Israel Institute of Technology, and Northrop Grumman.

The goals of the ImmPort project are to: 1) Provide an open access platform for research data sharing; 2) Create an integrated environment that broadens the usefulness of scientific data and advances hypothesis-driven and hypothesis-generating research; 3) Accelerate scientific discovery while extending the value of scientific data in all areas of immunological research; 4) Promote rapid availability of important findings, making new discoveries available to the research community for further analysis and interpretation; and 5) Provide analysis tools to advance research in basic and clinical immunology.

The ImmPort project provides advanced information technology support in the archiving and exchange of scientific data for the diverse community of life science researchers supported by NIAID/DAIT and serves as a long-term, sustainable archive of research and clinical data. The core component of ImmPort is an extensive data warehouse containing experimental data and metadata describing the purpose of the study and the methods of data generation. The functionality of ImmPort will be expanded continuously over the life of the BISC project to accommodate the needs of expanding research communities. The shared research and clinical data, as well as the analytical tools in ImmPort are available to any researcher after registration.

## COMPUTER

## UCSF Voice and Data Services

The UCSF Information Technology Services (ITS) hosts a centralized email server, and provides basic voice and data services in the support of the campus community. This includes planning, coordination, development of policies and procedures, implementation of new systems, and day-to-day operations. Enterprise Network Services (ENS), a department within ITS, supports academic, research and administrative activities across the UCSF campus network. Core services include network planning and implementation, voice and data network maintenance, remote access to UCSF networks, and internet access.

**Premium Desktop Support Services**
The Premium Desktop Support service **includes all services provided by the Basic Desktop Support service**, with several differentiators that increase the overall scope, flexibility, quality, and responsiveness of the service. Premium Desktop Support is designed to address the needs of customers whose needs extend beyond what the Basic Desktop Support model provides. Examples of this include: customers who require extended support hours, faster response times, support of non-standard or out-of-warranty hardware configurations, enhanced training, special onsite support for presentations and events, and support for developer workstations. **Standard productivity software, Microsoft Office and Adobe Acrobat pro are included.**

Hours of Support
Service Desk support is available 24/7/365. Onsite field support is available M-F 7-6. After-hours support is available through the Service Desk; field staff are available on-call and provide remote support. After-hours onsite support for UCSF locations is available with prior arrangement.

Response Times
For responses to incidents, the ITS goal is to assign and acknowledge ticket assignments from the Service Desk within 2 business hours of receipt. We will make every effort to respond to urgent issues in less time (i.e., computer not working).

Hardware
Premium Desktop Support customers are encouraged to purchase Dell or Mac hardware based on the JACS standards. However, non-standard hardware models will be supported under Premium Desktop Support when a business justification exists. Support for out-of-warranty hardware and systems over 5 years old will also be provided to accommodate special situations when hardware upgrades are not feasible (e.g., lab computer equipment running legacy software) by special arrangement. Loaner laptops and projectors are available for reservation for up to 2 weeks.

Software
Clinical applications requiring a local installation and other applications out of manufacturer support will also be provided to accommodate special situations when software upgrades are not feasible by special arrangement.

Storage & Data Backup
- Clinical applications 10GB for individual file storage for specific folders, aggregated by department
- 60GB UCSF Box storage

User Training
On-site training for application support including specialized expertise in productivity software including Office, Acrobat, and Endnote and other software by special arrangement.

Project Management
The Premium Desktop Support service includes project management for relocation coordination services for larger office and lab relocations (>3 people). Services include: network connectivity planning; coordinating requests for static IP addresses for printers/workstations; disconnecting/reconnecting computers, printers, and peripherals; configuring and confirming connectivity to required resources in the new location; and follow-up floor support in the days immediately following the move.=

Presentation Support

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

Premium Desktop Support provides onsite presentation support at UCSF facility including connectivity to projectors, configuring/confirming wireless network access, and presentation troubleshooting. Please contact us in advance.

**Enhanced Data Management Systems**
In addition to the desktop and computer support described above, UCSF Academic Research Services provides faculty and their research project teams with access to enhanced data management systems for the secure transfer, storage, and analysis of research data. These services are centralized within a firewalled system known as MyResearch, which users access through an encrypted portal. The MyResearch environment enables project to store large volumes of data. In addition, My Research houses a variety portal, which includes the statistical applications SAS, SPSS, Stata, and the data transfer utility Stat/Transfer. In addition, a two-user license for the latent variable modeling program M*plus*, sponsored by the CAPS Methods Core, is available for use by designated CAPS scientists on the MyResearch platform. MyResearch features the qualitative data analysis program Atlas.TI and the survey data collection program RedCap. Outside of the MyResearch environment, UCSF makes the Qualtrics survey data collection program available to UCSF researchers free of charge. Desktop licenses for the statistical programs SAS and SPSS (including the AMOS structural equation modeling module) are available for a modest annual fee (approximately $250) through the UCSF library's Research Software Licensing group. The CAPS Methods Core additionally supports a 25-user license for Stat/Transfer and a 26-user license for the Stata computing platform with the CAPS licenses for those programs being made available to CAPS scientists free of charge.

This is from a resources page I've used before. I think our description of computing servcies should be real robust. Use what you think makes sense:

All investigators and research staff have a high-speed desktop or laptop personal computer connected to the UCSF Information Technology Services (ITS) backbone and the Internet. The Information Services Unit (ISU) technical support staff offer a full range of computing and network-based services, including a private, secure wired network, along with a wireless network that contains secure internal and visitor zones, a server room with fire suppression that meets all security and safety requirements, and a disaster-recovery failover site for critical functions co-located in a separate building one mile away. ISU provides standardization of hardware/software and centralization of services for the user.  Utilizing both a server and cloud-based support model, users store files in a central location and can access them from any remote computer that has Internet access including the use of UCSF Box, similar to DropBox. Additional server-based data management and analysis applications are available through the MyResearch computing platform for secure storage and analysis of medical data. This model offers some additional benefits, such as heightened security, a longer useful life for end user hardware, streamlined labor for ISU support staff, and the availability of many applications running from a central server.

An overview of the services provided by ISU support staff is listed below:

- Email: maintenance of email servers and administration of email accounts
- Nightly workstation and server backups, offsite tape storage, failover site for mission critical servers
- Maintenance of remote access servers, Terminal Server accounts, and network storage space
- Centralized management of software licensing agreements
- Maintenance of network printers and print servers
- Full hardware/software support for workstations and laptops
- Support of private wired and wireless networks
- Server/infrastructure support for housed database systems and websites
- Operation of recharge for cost distribution
- Support for fiber uplink to internet
- Infrastructure support for HIPAA compliance

All research data reside in Microsoft SQL 2005 Server databases and are backed up daily.  There is an on-site, self-managed electronic mail/group collaboration system (Microsoft Exchange) that is used extensively for

Facilities & Other Resources                                    Page 20

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

memos, document transfer, and outside communications with project collaborators via email on the Internet, as well as three private web servers, an automated forms-processing system and a computerized voice-mail system. All servers are physically housed within a restricted-access server room within a restricted-access computer support suite. All systems (i.e. network and servers) are monitored 24 hours a day, seven days a week. The LAN features a 100 MB uplink to the Internet. All servers and workstations run Sophos Antivirus software that is automatically updated from the vendor site via the Internet. Hosted based and hardware firewalls with Intrusion Detections Systems within the datacenter further protect the system from intrusion.

Software supported:

- Operating systems: Windows
- Word processing:Microsoft Word
- Internet browsers:Internet Explorer and Mozilla
- Email: Microsoft Outlook and Webmail
- Accounting: Excel
- Survey Design: Adobe Framemaker, Microsoft Word
- Statistical: SAS, Stata, SPSS, Mplus
- Web Design and Graphics: Macromedia Dreamweaver, Adobe Photoshop CS3, Microsoft Publisher
- Data Management: CSPro, EpiInfo, Mindware, Microsoft Excel, Microsoft Access
- Dietary Collection and Analysis: Nutrition Data System for Research (NDSR)
- Security/secure shell: Internet Connection Firewall, Sophos Antivirus, Hosted based and hardware firewalls with Intrusion Detections Systems
- Miscellaneous: Adobe Acrobat XI ProfessionalEndnote, Microsoft PowerPoint

UCSF Information Technology Services (ITS): The ITS provides a campus-wide high-speed network infrastructure, which allows investigators to access a wide variety of computing technologies. Because the UCSF campus is geographically diverse, ITS uses a high speed SONNET Ring backbone infrastructure to allow virtually instantaneous access to campus computing resources from any campus location, including a number of clinical facilities affiliated with UCSF. The computing capabilities of the campus are constantly growing and expanding. Computing resources are conveniently located throughout the campus.

Computer Resources Laboratory—Interactive Learning Center (ILC): Located in the UCSF Library, the ILC provides computer services (70 desktop computers, slide-makers, scanners, and color and laser printers) and UCSF intranet and internet access for UCSF students and faculty in all four schools. In addition, it maintains a small facility that allows 24-hour student access to laptop network ports and five computer workstations. In addition, the ILC holds classes throughout the year on such topics as statistical software (SPSS, SAS), reference software (EndNote), Galen, Melvyl/MedLine, and Internet, which are available to all grant staff.

MyResearch: Where patient or other sensitive data storage and analysis requires added security, UCSF's Secure MyResearch environment is available for use. The MyResearch HIPAA compliant desktop environment is hosted on servers housed at the UCSF Data Center on Minnesota Street. The MyResearch environment is hosted on six Dell PowerEdge R710s utilizing EqualLogic PS6100E SAN, and Netapp V3250 NAS storage. There are two layers of physical redundant Juniper firewalls that protect the servers and storage. The MyResearch environment utilizes VM Ware View Virtual Desktop, which requires the use of UCSF Active Directory credentials for access. The servers reside within a rack secured with a combination lock. The rack is located in a data center secured by two sets of locked doors, one that requires and records badge access. All activity on the data center floor is monitored and recorded with a video system.

Data sets can be stored in the Principal Investigator's group network folder in the remote MyResearch environment where only the research team members are able to view the data sets and this access is audited. This folder is physically located in a data store on the SAN in the locked rack. Network traffic between MyResearch and the UCSF campus network traverses a SSL VPN tunnel in encrypted format. Analysis tools are hosted in the environment contiguous to data storage.

Contact PD/PI: Charlebois, Edwin

## UCSF COMPUTING ENVIRONMENT

All UCSF investigators have access to personal computers connected to the UCSF campus network, and are supported by UCSF Information Technology personnel. Data center services including storage, backups and virtual servers are supported by the UCSF Information and Technology organization. Wide area network connectivity to the data center is via 10Gbps links, and UCSF has 40Gbps connectivity to the Internet.

File services are highly available and support a fault tolerant technology such as Redundant Array of Inexpensive Disk (RAID), redundant network connections and clustering, which allows the file servers to continue to function during maintenance and upgrades, and protects against service disruption as well as data loss in an event of equipment failure. The data stored on the file server is backed-up daily using CommVault Simpana (with a 90 day retention period) and backups are replicated to the UCSF disaster recovery data center located at the San Diego Supercomputer Center at UCSD (SDSC). Our data centers have UPS (uninterruptible power supplies) and generator backup capabilities that protect the compute and storage equipment during commercial power outages, avoiding service outages and preventing data loss.

To protect our servers, desktops, and laptop computers against viruses, spyware, adware, potentially unwanted applications, and hackers, we run Symantec Endpoint Protection software, require that all desktops and laptops are encrypted, and regularly patch our systems for known security vulnerabilities.


## OFFICE

The Division of Prevention Science, which includes CAPS and the PRC, is located on the 3rd floor of the Mission Hall: Global Health & Clinical Sciences Building at 550 16th Street on UCSF's Mission Bay Campus. Mission Hall houses the UCSF Chancellor, numerous School of Medicine departments and is located across the street from the children's, women's, and cancer hospitals of the UCSF Medical Center. The DPS space at Mission Hall features a total of 30,812 ASF on the 3rd floor, including 296 workstations, conference rooms (6 rooms), huddle/focus rooms (91 rooms) for 1 or 2 people for quiet focused work or small group activities, break-out space for meetings or social interactions (9 spaces), and one wellness/mothers room. The Mission Hall building has a learning commons area on the 1st floor which includes a large classroom that accommodates up to 100, a dividable classroom (accommodating up to 80), and a variety of smaller classrooms, as well as videoconference rooms on both the 1st and 2nd floors. The DPS space also includes two shared printing/copy areas and a shared file and storage area. DPS shares a Town Center with kitchen area for break-room activities and informal interactions with our research and administrative colleagues and collaborators in the Global Health Sciences Unit, the Institute for Global Health, other divisions of the AIDS Research Institute, and the Department of Epidemiology and Biostatistics. Additional amenities of the Mission Hall building include a café on the 1st floor and wireless and wired Internet throughout the building and wireless in the courtyard.

Other: All the support services of a major University campus are available to this project: library, computer center, material management, accounting, business and fiscal and human resource services.

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

## FACILITIES and RESOURCES (AIDS UNITED)

AIDS United (AU), an organization of unmatched nationwide experience working with community-based organizations (CBOs) and facilitating meaningful involvement of people with HIV from underserved and vulnerable populations. AU has supported community-driven responses to the HIV epidemic around the country that reach the nation's most disproportionately affected populations, including gay and bisexual men, communities of color, women, people living in the deep South and people living with HIV/AIDS. AU's strategic grantmaking initiatives have directly funded more than $104 million to local communities for programs that include, access to care, syringe access, capacity-building, HIV prevention and advocacy.

AIDS United's headquarters is located at 1101 14th St NW Suite 300 Washington DC 20005, at a 6,682 sq. ft, fully operational office space with 30 workstations, 5 offices, three conference rooms; full teleconferencing capabilities, one main printer and 7 remote printers.

Office: The PI's office is located in the facility above. It is equipped with desk, credenza, desk and task chairs, two 4-drawer filing cabinets and hardwired high-speed access. There is also access to the Internet through the AU's wireless network. The facility maintains four conference room spaces, meant to have 1:1, 1:6, 1:25, and 1:50 person meetings. These facilities ensure that the PI and team will have the necessary space to deliver on the scope of work defined.

The PI has served in a lead role on three large-scale, federally-funded initiatives. The first, Access to Care, was funded by the Corporation for National and Community Service's Social Innovation Fund. This initiative provided $14M to the HIV field and leveraged an additional $14M to supportive innovative interventions focused on engagement and retention in HIV care in 12 organizations around the country. Ms. Nortrup served as the PI on the Dissemination of Evidence-Informed Interventions (DEII) initiative Implementation and Technical Assistance Center, funded by HRSA's Special Projects of National Significance, and on AIDS United's collaborative role as the Coordinating Center for Technical Assistance on E2i: Using Evidence-Informed Interventions to Improve Health Outcomes among People Living with HIV.

**Technology**: The PI, along with all staff during this time, has full remote operational capabilities, including a laptop computer, printer/scanner and fully functioning workstation.  Videoconferencing capabilities include: Skype for Windows (business version), Zoom, and Microsoft Teams telecommunication software and equipment is on hand for all members of the team. The combination of these information technologies contribute to the potential for success by assuring both efficient and timely data handling and optimal communication among members of the research team.

## FACILITIES AND OTHER RESOURCES (RHO, INC.)

Facilities and Equipment

Rho, Inc. is located in a 5-story, 150,720 square-foot office building in Research Triangle Park, North Carolina. Our office facilities are equipped to perform the tasks for clinical trials site monitoring. The building is used as professional office space composed of staff offices and cubicles, a secure document control room, conference rooms, equipment rooms, and employee break areas. Rho has 450 end-user workstations (desktops or laptops) attached to uninterruptible power supplies, over 160 servers (physical and virtual), 20 printers, and 5 multifunction copier/scanners. Data and voice services are provided by a high-speed, redundant fiber network. All conference spaces are equipped with conference telephones and full Internet connectivity, the largest of which can seat 125 participants. Rho employs Cisco's WebEx for teleconferencing, webinars, and training support, which supplies toll and toll-free lines for remote participants—both domestic and international. Additionally, Rho has in place a number of toll-free telephone and fax lines to enable clinical site support and safety reporting as well. Client Support Services staff provide phone-based assistance across the entire life cycle of user accounts for Rho-supported software and also route off-hours requests regarding other service areas to appropriate on-call personnel. Client Support Services are available 24-7. The Safety Reporting Center has a dedicated, toll-free telephone line and an e-fax mailbox that allow receipt of SAE information 24 hours per day, 7 days per week. The SAE phone line and voice mailbox is monitored by Product Safety staff Monday through Friday during business hours, 8 a.m. – 6 p.m. EST, excluding weekends and holidays. As requested, emergency SAE calls outside of these hours can be routed to Client Support Services staff, who will contact the appropriate on-call Product Safety staff member.

Rho's entire facility is equipped with a 24-hour access control system that restricts access to authorized personnel by means of electronic key fobs. In addition to providing access to the building, key fobs are used to provide access to restricted areas inside the building, including the Information Technology (IT) Data Center and the Document Control Room.

IT Infrastructure and Information Security Rho has experience managing data generated by both commercially and federally funded clinical trials, and our information technology infrastructure is designed to address the risk factors associated with clinical trial information. Rho has established policies and procedures necessary to ensure the integrity, confidentiality, and availability of study data. Rho has developed a System Security Plan (SSP) that meets the control requirements as described in NIST 800-53r4 for a FISMA moderate system, which demonstrates our compliance with the Federal Information Security Management Act (FISMA) of 2002; the OMB Circular A-130, Management of Federal Information Resources; and the National Institutes of Standards and Technology (NIST) Special Publication (SP) 800-18, Guide for Developing Security Plans for Information Systems.

Rho's data and voice services are provided by a high-speed, redundant fiber network. Our Internet-facing server environment is hosted in an SSAE 16, SOC 1 Type II-compliant data center in Raleigh, North Carolina. The Rho secure application stack (RSAS) resides in this colocation and provides external entities with secure access to Rho's custom applications running on this system. The RSAS consists of 3 tiers: web, application, and database. A Unix-based web server located on the web tier connects clients to custom applications running on the application tier, using the HTTP protocol over TLS/SSL for encrypted data transfer. The web server is the only system accessible from the Internet and the only one from which the application tier allows requests. The application tier performs operations and manipulations on its data stores on the database tier, which only allows connections from authorized users from the application tier. Rho performs regular disk-based backups according to an established schedule. Monthly backups are archived to tape and are transferred to a secure, off-site, contracted storage facility. Each tape is retained there according to a designated retention period.

System Accessibility

Rho maintains Product Assessment Templates (PATs) for our proprietary electronic information technology (EIT) systems subject to the accessibility requirements of the Section 508 amendment to the Rehabilitation Act of 1973. These assessments show overall system support for the applicable section criteria, with a few criteria supported with exceptions or through equivalent facilitation. Rho has worked with third-party system providers to obtain PATs for federal proposal and contract reporting requirements as well.

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

## RESEARCH & RELATED Senior/Key Person Profile (Expanded)

| PROFILE - Project Director/Principal Investigator |
|---|

| Prefix: Dr. | First Name*: Edwin | Middle Name | Last Name*: Charlebois | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Professor in Residence
Organization Name*: The Regents of the University of California, San Francisco
Department: Medicine
Division: School of Medicine
Street1*: Center for AIDS Prevention Studies
Street2: 550 16th Street
City*: San Francisco
County:
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94158-2545

Phone Number*: 415-215-6515          Fax Number: 415-476-5348

E-Mail*: edwin.charlebois@ucsf.edu

Credential, e.g., agency login: ECHARLEBOIS

Project Role*: PD/PI          Other Project Role Category:

Degree Type: MPH, PhD          Degree Year: 1998

Attach Biographical Sketch*:          File Name:          Biosketch_Charlebois.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13391384          Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Stuart | Middle Name A. | Last Name*: Gansky | Suffix: |

Position/Title*: Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Preventive and Restorative Den
Division: School of Dentistry
Street1*: UCSF Box 1361, Suite 495
Street2: 3333 California Street
City*: San Francisco
County: San Francisco
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 941431361

Phone Number*: +1 415 502-8094        Fax Number: +1 415 502-8447

E-Mail*: Stuart.Gansky@ucsf.edu

Credential, e.g., agency login: SGANSKY

Project Role*: PD/PI        Other Project Role Category:

Degree Type: DrPH        Degree Year: 1996

Attach Biographical Sketch*:    File Name:    Biosketch_Gansky.pdf

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Kim | Middle Name | Last Name*: Rhoads | Suffix: M.D. |

Position/Title*: Associate Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Epidemiology and Biostatistics
Division: School of Medicine
Street1*: 550 16th Street
Street2:
City*: San Francisco
County: San Francisco
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94158-2545

Phone Number*: 415-476-2300        Fax Number:

E-Mail*: kim.rhoads@ucsf.edu

Credential, e.g., agency login: KIM.RHOADS

Project Role*: PD/PI        Other Project Role Category:

Degree Type: MD        Degree Year:

Attach Biographical Sketch*:    File Name:    Biosketch_Roads.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13391384        Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: William | Middle Name | Last Name*: Brown | Suffix: Ph.D |

Position/Title*: Assistant Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Medicine
Division: School of Medicine
Street1*: Center for AIDS Prevention Studies
Street2: 550 16th Street, 3rd Floor
City*: San Francisco
County: San Francisco
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94158-2545

Phone Number*: +1 415 502-1000 ext. 1713        Fax Number:

E-Mail*: William.Brown@ucsf.edu

Credential, e.g., agency login: bigdub00

Project Role*: Co-Investigator        Other Project Role Category:

Degree Type: PhD        Degree Year: 2016

Attach Biographical Sketch*:        File Name:        Biosketch_Brown.pdf

Attach Current & Pending Support:    File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Jing | Middle Name | Last Name*: Cheng | Suffix: Ph.D |

Position/Title*: Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Preventive and Restorative Den
Division: School of Dentistry
Street1*: UCSF Box 1361, Suite 495D
Street2: 3333 California Street
City*: San Francisco
County:
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94143-0000

Phone Number*: +1 415 502-0129        Fax Number:

E-Mail*: jing.cheng@ucsf.edu

Credential, e.g., agency login: JINGCHENG

Project Role*: Co-Investigator        Other Project Role Category:

Degree Type: PhD        Degree Year: 2006

Attach Biographical Sketch*:        File Name:        Biosketch_Cheng.pdf

Attach Current & Pending Support:    File Name:

Tracking Number: GRANT13391384        Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Elaine | Middle Name | Last Name*: Ku | Suffix: M.D. |
|---|---|---|---|---|

Position/Title*: Associate Professor in Residence
Organization Name*: The Regents of the University of California, San Francisco
Department: Medicine
Division: School of Medicine
Street1*: 533 Parnassus Ave, 404
Street2:
City*: San Francisco
County:
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94143-0000

Phone Number*: +1 415 476-3546     Fax Number:

E-Mail*: Elaine.Ku@ucsf.edu

Credential, e.g., agency login: ELAINEK

Project Role*: Co-Investigator     Other Project Role Category:

Degree Type:     Degree Year:

Attach Biographical Sketch*:     File Name:     Biosketch_Ku.pdf

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Michael | Middle Name | Last Name*: Potter | Suffix: M.D. |
|---|---|---|---|---|

Position/Title*: Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Family and Community Medicine
Division: School of Medicine
Street1*: 500 Parnassus Avenue, MU Room E332
Street2:
City*: San Francisco
County:
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 941430900

Phone Number*: +1 415 353-3217     Fax Number:

E-Mail*: potterm@fcm.ucsf.edu

Credential, e.g., agency login: mpotter

Project Role*: Co-Investigator     Other Project Role Category:

Degree Type:  MD     Degree Year:  1990

Attach Biographical Sketch*:     File Name:     Biosketch_Potter.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13391384     Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr.    First Name*: Alfa-Ibrahim    Middle Name    Last Name*: Yansane    Suffix: Ph.D |
|---|

Position/Title*:              Assistant Professor
Organization Name*:       The Regents of the University of California, San Francisco
Department:                  Preventive and Restorative Den
Division:                      School of Dentistry
Street1*:                      3333 California Street
Street2:                       Room 495C
City*:                         San Francisco
County:                        San Francisco
State*:                        CA: California
Province:
Country*:                     USA: UNITED STATES
Zip / Postal Code*:          941180758

Phone Number*: 415-502-5800                    Fax Number:

E-Mail*: Alfa-Ibrahim.Yansane@ucsf.edu

Credential, e.g., agency login: AYANSANE

Project Role*: Co-Investigator                Other Project Role Category:

Degree Type: Ph.D.                            Degree Year: 2012

Attach Biographical Sketch*:      File Name:      Biosketch_Yansane.pdf

Attach Current & Pending Support: File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr.    First Name*: Dean    Middle Name    Last Name*: Schillinger    Suffix: M.D. |
|---|

Position/Title*:              Professor
Organization Name*:       The Regents of the University of California, San Francisco
Department:                  Medicine
Division:                      School of Medicine
Street1*:                      1001 Potrero Ave, SFGH 10 Room 1320A
Street2:
City*:                         San Francisco
County:                        San Francisco
State*:                        CA: California
Province:
Country*:                     USA: UNITED STATES
Zip / Postal Code*:          941103518

Phone Number*: +1 628 206-8494                Fax Number: +1 415 206-5586

E-Mail*: dean.schillinger@ucsf.edu

Credential, e.g., agency login: Schillinger

Project Role*: Co-Investigator                Other Project Role Category:

Degree Type: MD                               Degree Year: 1991

Attach Biographical Sketch*:      File Name:      Biosketch_Schillinger.pdf

Attach Current & Pending Support: File Name:

Tracking Number: GRANT13391384                Funding Opportunity Number: RFA-MD-21-008 . Received Date:
                                              2021-06-11T15:09:03.000-04:00

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Christina | Middle Name | Last Name*: Mangurian | Suffix: M.D. |

Position/Title*: Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Psychiatry
Division: School of Medicine
Street1*: 1001 Potrero Avenue, Suite 7M
Street2: Box 0852, Dept of Psychiatry
City*: San Francisco
County: San Francisco
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94143-0000

Phone Number*: +1 628 206-5925      Fax Number: +1 415 206-8942

E-Mail*: christina.mangurian@ucsf.edu

Credential, e.g., agency login: CMANGUR

Project Role*: Co-Investigator      Other Project Role Category:

Degree Type: MD      Degree Year: 2003

Attach Biographical Sketch*:      File Name:      Biosketch_Mangurian.pdf

Attach Current & Pending Support:  File Name:

---

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Scarlett | Middle Name | Last Name*: Gomez | Suffix: Ph.D |

Position/Title*: Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Epidemiology and Biostatistics
Division: School of Medicine
Street1*: 550 16th Street
Street2: 2nd Floor, Box 0560
City*: San Francisco
County:
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94158-2545

Phone Number*: +1 510 608-5041      Fax Number:

E-Mail*: Scarlett.Gomez@ucsf.edu

Credential, e.g., agency login: SGomez

Project Role*: Co-Investigator      Other Project Role Category:

Degree Type: PhD      Degree Year: 2002

Attach Biographical Sketch*:      File Name:      Biosketch_Gomez.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13391384      Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Nicole | Middle Name H | Last Name*: Mandel | Suffix: |
|---|---|---|---|---|

Position/Title*:          Director
Organization Name*:   The Regents of the University of California, San Francisco
Department:              Center for Health and Communit
Division:                  School of Medicine
Street1*:                 1700 Owens Street - 541, 316
Street2:
City*:                     San Francisco
County:                   San Francisco
State*:                    CA: California
Province:
Country*:                 USA: UNITED STATES
Zip / Postal Code*:      94158-2530

Phone Number*: +1 415 575-0502               Fax Number:

E-Mail*: nmandel@chi.ucsf.edu

Credential, e.g., agency login:

Project Role*: Other (Specify)          Other Project Role Category: Project Manager

Degree Type: BA               Degree Year: 1986

Attach Biographical Sketch*:     File Name:     Biosketch_Mandel.pdf

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Paula | Middle Name | Last Name*: Braveman | Suffix: MD, MPH |
|---|---|---|---|---|

Position/Title*:          Professor
Organization Name*:   The Regents of the University of California, San Francisco
Department:              Family and Community Medicine
Division:                  School of Medicine
Street1*:                 UCSF Box 0943, Suite 365
Street2:                  3333 California Street
City*:                     San Francisco
County:
State*:                    CA: California
Province:
Country*:                 USA: UNITED STATES
Zip / Postal Code*:      941430943

Phone Number*: +1 415 476-6839               Fax Number: +1 415 476-5219

E-Mail*: paula.braveman@ucsf.edu

Credential, e.g., agency login: BRAVEMAN

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type: MD               Degree Year:

Attach Biographical Sketch*:     File Name:     Biosketch_Braveman.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13391384          Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person | | | |
|---|---|---|---|
| Prefix: Dr.    First Name*: Valy | Middle Name | Last Name*: Fontil | Suffix: MD, MAS |

| | |
|---|---|
| Position/Title*: | Assistant Professor |
| Organization Name*: | The Regents of the University of California, San Francisco |
| Department: | Medicine |
| Division: | School of Medicine |
| Street1*: | 2789 25th St, 367 |
| Street2: | |
| City*: | San Francisco |
| County: | |
| State*: | CA: California |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 941103582 |

| | |
|---|---|
| Phone Number*: +1 628 206-4087 | Fax Number: |
| E-Mail*: Valy.Fontil@ucsf.edu | |

Credential, e.g., agency login: FONTILV

| | |
|---|---|
| Project Role*:  Co-Investigator | Other Project Role Category: |
| Degree Type:  MD, MAS, MPH | Degree Year: |
| Attach Biographical Sketch*:      File Name:      Biosketch_Fontil.pdf | |
| Attach Current & Pending Support:  File Name: | |

| PROFILE - Senior/Key Person | | | |
|---|---|---|---|
| Prefix: Dr.    First Name*: Joanne | Middle Name E | Last Name*: Spetz | Suffix: Ph.D |

| | |
|---|---|
| Position/Title*: | Professor in Residence |
| Organization Name*: | The Regents of the University of California, San Francisco |
| Department: | Phillip R. Lee Inst for Hlth P |
| Division: | School of Medicine |
| Street1*: | 490 Illinois Street |
| Street2: | Room 73G, Box 0936 |
| City*: | San Francisco |
| County: | |
| State*: | CA: California |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 94143-0000 |

| | |
|---|---|
| Phone Number*: +1 415 502-4443 | Fax Number: +1 415 476-0705 |
| E-Mail*: joanne.spetz@ucsf.edu | |

Credential, e.g., agency login: SPETZJO

| | |
|---|---|
| Project Role*:  Co-Investigator | Other Project Role Category: |
| Degree Type:  PhD | Degree Year:  1996 |
| Attach Biographical Sketch*:      File Name:      Biosketch_Spetz.pdf | |
| Attach Current & Pending Support:  File Name: | |

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person |
|---|

Prefix: Dr.    First Name*: Sepideh    Middle Name    Last Name*: Banava    Suffix:

Position/Title*:          Postdoctoral Research Fellow
Organization Name*:      The Regents of the University of California, San Francisco
Department:              Preventive and Restorative Den
Division:                School of Dentistry
Street1*:                3333 California Street, Suite 495
Street2:
City*:                   San Francisco
County:
State*:                  CA: California
Province:
Country*:                USA: UNITED STATES
Zip / Postal Code*:      94143-1361

Phone Number*: 415-502-5800                    Fax Number: (415) 630-0094

E-Mail*: Sepideh.Banava@ucsf.edu

Credential, e.g., agency login: sepideh.banava

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type: DDS                         Degree Year:

Attach Biographical Sketch*:    File Name:    Biosketch_Banava.pdf

Attach Current & Pending Support:   File Name:

| PROFILE - Senior/Key Person |
|---|

Prefix: Dr.    First Name*: Wagahta    Middle Name    Last Name*: Semere    Suffix: M.D.

Position/Title*:          Assistant Professor
Organization Name*:      The Regents of the University of California, San Francisco
Department:              Medicine
Division:                School of Medicine
Street1*:                1001 Portrero
Street2:
City*:                   San Francisco
County:
State*:                  CA: California
Province:
Country*:                USA: UNITED STATES
Zip / Postal Code*:      94110-0000

Phone Number*: +1 628 206-4963                    Fax Number:

E-Mail*: Wagahta.Semere@ucsf.edu

Credential, e.g., agency login: WSEMERE

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type: MD                          Degree Year:

Attach Biographical Sketch*:    File Name:    Biosketch_Semere.pdf

Attach Current & Pending Support:   File Name:

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Greg | Middle Name | Last Name*: Rebchook | Suffix: Ph.D |

Position/Title*: Associate Professor
Organization Name*: The Regents of the University of California, San Francisco
Department: Medicine
Division: School of Medicine
Street1*: Center for AIDS Prevention Studies (CAPS)
Street2: 550 16th Street, 3rd Floor
City*: San Francisco
County:
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94158-2545

Phone Number*: +1 415 502-1000 ext. 1462    Fax Number:

E-Mail*: greg.rebchook@ucsf.edu

Credential, e.g., agency login: rebchook

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type: PhD    Degree Year: 1996

Attach Biographical Sketch*:    File Name: Biosketch_Rebchook.pdf

Attach Current & Pending Support:    File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: Dr. | First Name*: Torsten | Middle Name | Last Name*: Neilands | Suffix: Ph.D |

Position/Title*: Professor of Medicine
Organization Name*: The Regents of the University of California, San Francisco
Department: Medicine
Division: School of Medicine
Street1*: 550 16th Street, 3311
Street2: Box 0886
City*: San Francisco
County: San Francisco
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 94158-2545

Phone Number*: +1 415 476-6337    Fax Number: +1 415 476-6337

E-Mail*: Torsten.Neilands@ucsf.edu

Credential, e.g., agency login: TNEILANDS

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type: PhD    Degree Year: 1993

Attach Biographical Sketch*:    File Name: Biosketch_Neilands.pdf

Attach Current & Pending Support:    File Name:

Tracking Number: GRANT13391384    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| PROFILE - Senior/Key Person |
|---|

Prefix: Dr.    First Name*: Mandana    Middle Name    Last Name*: Khalili    Suffix: M.D.

| | |
|---|---|
| Position/Title*: | Professor |
| Organization Name*: | The Regents of the University of California, San Francisco |
| Department: | Medicine |
| Division: | School of Medicine |
| Street1*: | 1001 Potrero Avenue, Bldg 5, Rm 3D4 |
| Street2: | Campus Box 0862 |
| City*: | San Francisco |
| County: | San Francisco |
| State*: | CA: California |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 941430862 |

Phone Number*: +1 628 206-4766    Fax Number: +1 415 641-0745

E-Mail*: Mandana.Khalili@ucsf.edu

Credential, e.g., agency login: KHALILIM

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type: MD    Degree Year: 1992

Attach Biographical Sketch*:    File Name:    Biosketch_Khalili.pdf

Attach Current & Pending Support: File Name:

| PROFILE - Senior/Key Person |
|---|

Prefix: Dr.    First Name*: Van    Middle Name M    Last Name*: Park    Suffix: Ph.D

| | |
|---|---|
| Position/Title*: | Associate Professor |
| Organization Name*: | The Regents of the University of California, San Francisco |
| Department: | Community Health Systems (CHS) |
| Division: | School of Nursing |
| Street1*: | 2 Koret Way |
| Street2: | Box 0608 |
| City*: | San Francisco |
| County: | |
| State*: | CA: California |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 94143-0000 |

Phone Number*: +1 415 514-3318    Fax Number:

E-Mail*: Van.Park@ucsf.edu

Credential, e.g., agency login: VANMTA

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type: PhD    Degree Year:

Attach Biographical Sketch*:    File Name:    Biosketch_Park.pdf

Attach Current & Pending Support: File Name:

Tracking Number: GRANT13391384    Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Alicia | Middle Name | Last Name*: Downes | Suffix: |
|---|---|---|---|---|

Position/Title*:  Senior Program Manager
Organization Name*:  AIDS United
Department:
Division:
Street1*:  1101 14th St NW, Suite 300
Street2:
City*:  Washington
County:  DC
State*:  DC: District of Columbia
Province:
Country*:  USA: UNITED STATES
Zip / Postal Code*:  20005-2411

Phone Number*: 2024084848                     Fax Number:

E-Mail*: adownes@aidsunited.org

Credential, e.g., agency login:

Project Role*:  Co-Investigator                     Other Project Role Category:

Degree Type:  MSW                                   Degree Year:

Attach Biographical Sketch*:     File Name:     Biosketch_Downes.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13391384                Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person.  **DO NOT EXCEED FIVE PAGES.**

NAME: Edwin D. Charlebois, MPH PhD

eRA COMMONS USER NAME (credential, e.g., agency login): echarlebois

POSITION TITLE: Professor of Medicine

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| University of California (UC), Berkeley | BA | 06/1984 | Genetics |
| UC, Berkeley; School of Public Health | MPH | 06/1990 | Epidemiology & Biostatistics |
| UC Berkeley; School of Public Health | PhD | 12/1998 | Epidemiology |
| UC San Francisco; Center for AIDS Prevention Studies | Fellowship | 06/1996 | HIV/AIDS Research |

## A.  Personal Statement

I am a Professor of Medicine in the Department of Medicine at the University of California, San Francisco (UCSF), Director of the NIMH postdoctoral T32 Traineeship in AIDS Prevention Studies (TAPS) program, Co-Director of the Methods/Biostatistics Core within the UCSF Center for AIDS Prevention Studies (CAPS), and the Co-Director for Prevention for the AIDS Policy Research Center.  *I have been the principal investigator for two large NIH funded data and statistical centers providing capacity building for research data collection, statistical evaluation, and clinical-trial support* and have served as a co-investigator and senior statistician on numerous HIV and non-HIV clinical trials and Data Safety Monitoring Boards (DSMB). I have been involved in public health research since 1991, working domestically and internationally, *focusing on community and health system-based approaches to screening, diagnosis, and treatment of infectious and non-communicable diseases including HIV, hypertension, chronic kidney disease, malaria, tuberculosis, HBV, HCV, and COVID-19*.   Domestically, I have been PI of multiple studies looking at engagement in the health care continuum, including modeling of the HIV care cascade in San Francisco, disparities in HIV care re-engagement and retention, and served as the lead evaluator for HRSA's Special Projects of National Significance – Systemic Linkages to HIV Care initiative in seven US states.  In addition, *I have significant experience in research methods studying the co-occurrence and management of multiple chronic and infectious diseases* applying both epidemiology and implementation science.

One of my ongoing priorities has been to train the next generation of public health scientists.  Recently I have taken up the role of Director of the UCSF postdoctoral T32 Traineeship in AIDS Prevention Studies with a focus on recruiting and training under-represented minority postdoctoral researchers.  As co-director of the CAPS Methods Core, I regularly provide consultations on over 30 research project designs, analyses, grant applications and publications annually, serving junior and senior level faculty, associated researchers, and visiting professors. In addition, as part of my leadership of multiple data and coordinating centers I have experience managing the development of sets of Common Data Elements across diverse research projects and jurisdictions and providing technical consultation on best practices for insuring confidentiality and data integrity.

For the *Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases* I will provide expertise in coordinating and data center operations and administration, research methods, and educational development and training. Notable high impact publications applicable to this proposal are:

Muiru AN, Charlebois ED, Balzer LB, Kwarisiima D, Elly A, Black D, Okiror S, Kabami J, Atukunda M, Snyman K, Petersen M, Kamya M, Havlir D, Estrella MM, Hsu CY. **The epidemiology of chronic kidney disease (CKD) in rural East Africa: A population-based study**. PLoS One. 2020 Mar 4;15(3):e0229649. doi: 10.1371/journal.pone.0229649. eCollection 2020. PMID: 32130245 PMCID: PMC7055898

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

Heller DJ, Balzer LB, Kazi D, <u>Charlebois ED</u>, Kwarisiima D, Mwangwa F, Jain V, Kotwani P, Chamie G, Cohen CR, Clark TD, Ayieko J, Byonanabye DM, Petersen M, Kamya MR, Havlir D, Kahn JG. **Hypertension testing and treatment in Uganda and Kenya through the SEARCH study: An implementation fidelity and outcome evaluation**. PLoS One. 2020 Jan 15;15(1):e0222801. doi: 10.1371/journal.pone.0222801. eCollection 2020. PMID: 31940346 PMCID: PMC6961918.

Kotwani P, Balzer L, Kwarisiima D, Clark TD, Kabami J, Byonanebye D, Bainomujuni B, Black D, Chamie G, Jain V, Thirumurthy H, Kamya MR, Geng EH, Petersen ML, Havlir DV, <u>Charlebois ED</u>; SEARCH Collaboration. **Evaluating linkage to care for hypertension after community-based screening in rural Uganda**. Trop Med Int Health. 2014 Apr;19(4):459-68. doi: 10.1111/tmi.12273. Epub 2014 Feb 3. PMID: 24495307. PMCID: PMC4118739

Chamie G, Kwarisiima D, Clark TD, Kabami J, Jain V, Geng E, Petersen ML, Thirumurthy H, Kamya MR, Havlir DV, <u>Charlebois ED</u>; SEARCH Collaboration. **Leveraging rapid community-based HIV testing campaigns for non-communicable diseases in rural Uganda**. PLoS One. 2012;7(8):e43400. Epub 2012 Aug 20. PMID: 22916256. PMCID: PMC3423366

<u>Relevant ongoing and completed research projects:</u>
U01 AI150510                          Havlir (PI)                          07/01/20 – 06/30/25
A Multisectoral Strategy to Address Persistent Drivers of the HIV Epidemic in East Africa. Role: Co-Inv.

R01AI151209                          Marquez (PI)                          11/16/20 –10/31/25
Socio-spatial Networks and Tuberculosis Infection in Youth in Rural Uganda. Role: Co-Inv/Mentor

R01 MH120176                          Camlin (PI)                          09/01/19 – 06/30/24
Self-Test Strategies and Linkage Incentives to Improve ART and PrEP Uptake in Men. Role: Co-Inv.

T32 MH019105-32                          Kegeles (Charlebois incoming PI)  07/01/2020- 06/30/2024
Traineeships in AIDS Prevention Studies.  Role: Director/Incoming PI

P30 MH062246                          Lightfoot (PI)                          09/01/2016 - 08/31/2021
Center for AIDS Prevention Studies.  Role: Co-Director, Methods Core

P01 HD059454 (Core B)                Charlebois (Core PI)                08/01/2013 - 07/31/2019
Novel Strategies to Prevent Malaria and Improve HIV Outcomes in Africa: Data and Biostatistics Core.  Role: Core PI

U19 AI089674                          Charlebois (Core PI)                07/01/2010 – 03/31/2024
Program for Resistance, Immunology, Surveillance & Modeling of Malaria in Uganda: Data Management and Statistical Core.  Role: Core Director: Charlebois 07/01/2010 – 06/30/2017

## B.  Positions, Scientific Appointments, and Honors
### Positions and Employment

| | | |
|---|---|---|
| 2020-now | UCSF Dept. of Medicine, Division of Prevention Science | Senior Leadership Group |
| 2019-now | UCSF Postdoctoral Traineeship in AIDS Prevention Studies | Director |
| 2015-now | San Francisco Getting-to-Zero Coalition: Retention & Re-Engagement Committee | Co-Chair |
| 2012-now | Univ. of Calif. San Francisco (UCSF), Dept. of Medicine, | Professor |
| 2006-2012 | UCSF, Department of Medicine, | Associate Professor |
| 2004-now | UCSF Center for AIDS Prevention Studies | Co-Director, Methods Core |
| 2004-2007 | Health Resources and Services Administration (HRSA) AIDS Education and Training Centers' National Evaluation Center | Co-Director |
| 2003-now | UCSF AIDS Policy Research Center | Co-Director of Prevention |
| 2000-2004 | UCSF Center of Excellence in Patient Research: Soft-Tissue Infection Program | Director |
| 1999-2003 | San Francisco General Hospital Infection Control | Epidemiologist |
| 1999-2006 | UCSF Dept. of Medicine, Division of Infectious Diseases | Assistant Professor |
| 1998-1998 | UCSF, Department of Epidemiology | Specialist |
| 1995-1996 | UCSF Center for AIDS Research, Biostatistics Core | Core Director |
| 1995-1997 | UCSF Center for AIDS Prevention Studies | Fellow |

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

| | | |
|---|---|---|
| 1992-1998 | UCSF Department of Epidemiology | Senior Statistician |
| 1991-1992 | UCSF Department of Epidemiology | Statistician |
| 1986-1991 | UCSF Department of Pediatrics, Oncology | Clinical Research Asst. II |
| 1985-1986 | UC Berkeley, Department of Neurobiology | Staff Research Associate I |

## Honors and Awards

| | |
|---|---|
| 2018 | UCSF AIDS Research Institute Award for Outstanding Teaching and Mentorship |
| 2009 | UCSF CTSI Mentor Development Program – Department Chair Nomination |
| 2001 | San Francisco General Hospital Medical Center Career Award |
| 2001 | Hellman Fellow, Hellman Family Award for Early Career Faculty |
| 2000 | Center of Excellence in Patient Research Award - UCSF |
| 1995 | Center for AIDS Prevention Studies - Fellowship in AIDS/HIV |

## NIH Study Section Reviewer

NIMH BSPH (past standing member), NIMH BSPH -2013, NIMH ZRG1_AARR_F02-2013, NIAID Special Emphasis Panel (SEP) ZAI1-2012, NIMH Special Emphasis Panel (SEP) ZRG1-AARR-F52-2013, NIMH Special Emphasis Panel (SEP) ZRG1-AARR-F53-2013, HDM - Health Care Delivery Methodologies 2020, DIRH - Dissemination and Implementation Research in Health Study Section -2018,2019,2020, Population and Public Health Approaches to HIV/AIDS (PPAH) 2019,2020,2021, NIAAA(ZAA1DD) 2021, Risk, Prevention, and Health Behavior (RPHB) 2021

## C. Contributions to Science

**1. Expanded and Universal HIV Treatment.** Among my contributions to science my work to develop the evidence base for the individual and public health benefit of expanded and universal HIV treatment has had the largest impact both domestically and globally including informing national policies.  Results of my published modeling work on the likely impact of expanded HIV treatment in San Francisco were used along with clinical trials data to support San Francisco's policy change to universal HIV treatment in 2013.  Subsequent published works approached the methods and measures used to identify HIV infected persons and link and engage those persons into quality HIV care, particularly using available state and national HIV surveillance data.

    a. **Charlebois ED**, Havlir DV. "A bird in the hand...": a commentary on the test and treat approach for HIV. Arch Intern Med. 2010 Aug 9;170(15):1354-6. doi: 10.1001/archinternmed.2010.248. No abstract available. PMID: 20696961. PMCID: none

    b. **Charlebois ED**, Das M, Porco TC, Havlir DV. The effect of expanded antiretroviral treatment strategies on the HIV epidemic among men who have sex with men in San Francisco. Clin Infect Dis. 2011 Apr 15;52(8):1046-9. doi: 10.1093/cid/cir085. PMID: 21460322. PMCID: PMC3070031

    c. Das M, Christopoulos KA, Geckeler D, Huriaux E, Cohen SE, Philip S, Shade S, Moss NJ, Morin SF, **Charlebois ED**. Linkage to HIV care in San Francisco: implications of measure selection. J Acquir Immune Defic Syndr. 2013 Nov 1;64 Suppl 1:S27-32. doi: 10.1097/QAI.0b013e3182a99c73. PMID: 24126446. PMCID: PMC4078743

    d. Evans D, Van Gorder D, Morin SF, Steward WT, Gaffney S, **Charlebois ED**. Acceptance of the use of HIV surveillance data for care engagement: national and local community perspectives. J Acquir Immune Defic Syndr. 2015 May 1;69 Suppl 1:S31-6. doi: 10.1097/QAI.0000000000000573. PMID: 25867776. PMCID: PMC4530777.

**2. Community-Based Approaches to HIV Testing and Treatment.** In international HIV research I have taken a lead role in the development and publication of methods for the implementation of a strategic combination of HIV prevention and treatment interventions operationalizing a community-based HIV Test-and-Treat strategy.  As vice chair and senior scientist of the SEARCH trial in East Africa (a 348,000 person cluster-randomized trial of community-wide HIV testing and universal ART regardless of CD4 cell count) I have led the development of hybrid approaches to community-wide HIV testing and the use of population-based measurement of HIV community viral load to monitor and assess the implementation of the strategic combination HIV prevention intervention package including PrEP.

    a. Chamie G, Clark TD, Kabami J, Kadede K, Ssemmondo E, Steinfeld R, Lavoy G, Kwarisiima D, Sang N, Jain V, Thirumurthy H, Liegler T, Balzer LB, Petersen ML, Cohen CR, Bukusi EA, Kamya MR, Havlir DV, **Charlebois ED**.  A hybrid mobile approach for population-wide HIV testing in rural east Africa: an observational study. Lancet HIV. 2016 Mar;3(3):e111-9. doi: 10.1016/S2352-3018(15)00251-9. Epub 2016 Jan 26. PMID: 26939734 PMCID: PMC4780220

b. Petersen M, Balzer L, Kwarsiima D, Sang N, Chamie G, Ayieko J, Kabami J, Owaraganise A, Liegler T, Mwangwa F, Kadede K, Jain V, Plenty A, Brown L, Lavoy G, Schwab J, Black D, van der Laan M, Bukusi EA, Cohen CR, Clark TD, **Charlebois E**, Kamya M, Havlir D. Association of Implementation of a Universal Testing and Treatment Intervention With HIV Diagnosis, Receipt of Antiretroviral Therapy, and Viral Suppression in East Africa. JAMA. 2017 Jun 6;317(21):2196-2206. doi: 10.1001/jama.2017.5705. PMID:28586888 PMCID: PMC5734234

c. Havlir DV, Balzer LB, **Charlebois ED**, Clark TD, Kwarisiima D, Ayieko J, Kabami J, Sang N, Liegler T, Chamie G, Camlin CS, Jain V, Kadede K, Atukunda M, Ruel T, Shade SB, Ssemmondo E, Byonanebye DM, Mwangwa F, Owaraganise A, Olilo W, Black D, Snyman K, Burger R, Getahun M, Achando J, Awuonda B, Nakato H, Kironde J, Okiror S, Thirumurthy H, Koss C, Brown L, Marquez C, Schwab J, Lavoy G, Plenty A, Mugoma Wafula E, Omanya P, Chen YH, Rooney JF, Bacon M, van der Laan M, Cohen CR, Bukusi E, Kamya MR, Petersen M. HIV Testing and Treatment with the Use of a Community Health Approach in Rural Africa. N Engl J Med. 2019 07 18; 381(3):219-229. PMID: 31314966 PMCID: PMC6748325

d. Koss CA, **Charlebois ED**, Ayieko J, Kwarisiima D, Kabami J, Balzer LB, Atukunda M, Mwangwa F, Peng J, Mwinike Y, Owaraganise A, Chamie G, Jain V, Sang N, Olilo W, Brown LB, Marquez C, Zhang K, Ruel TD, Camlin CS, Rooney JF, Black D, Clark TD, Gandhi M, Cohen CR, Bukusi EA, Petersen ML, Kamya MR, Havlir DV; SEARCH Collaboration. Uptake, engagement, and adherence to pre-exposure prophylaxis offered after population HIV testing in rural Kenya and Uganda: 72-week interim analysis of observational data from the SEARCH study. Lancet HIV. 2020 Apr;7(4):e249-e261. doi: 10.1016/S2352-3018(19)30433-3. Epub 2020 Feb 19. PMID: 32087152 PMCID: PMC7208546

**3. Non-Communicable and Chronic Diseases.**  My work in East Africa has demonstrated the methods and impact of leveraging the considerable global investment in HIV testing and care to address the problem of non-communicable and chronic diseases emerging in the developing world.  Specifically, we have shown how incorporation of non-communicable chronic disease screening and linkage to care into community-based HIV interventions is feasible and cost effective:

a. Chamie G, Kwarisiima D, Clark TD, Kabami J, Jain V, Geng E, Petersen ML, Thirumurthy H, Kamya MR, Havlir DV, **Charlebois ED**; SEARCH Collaboration. Leveraging rapid community-based HIV testing campaigns for non-communicable diseases in rural Uganda. PLoS One. 2012;7(8):e43400. Epub 2012 Aug 20. PMID: 22916256. PMCID: PMC3423366

b. Kotwani P, Balzer L, Kwarisiima D, Clark TD, Kabami J, Byonanebye D, Bainomujuni B, Black D, Chamie G, Jain V, Thirumurthy H, Kamya MR, Geng EH, Petersen ML, Havlir DV, **Charlebois ED**; SEARCH Collaboration. Evaluating linkage to care for hypertension after community-based screening in rural Uganda. Trop Med Int Health. 2014 Apr;19(4):459-68. doi: 10.1111/tmi.12273. Epub 2014 Feb 3. PMID: 24495307. PMCID: PMC4118739

c. Chang W, Chamie G, Mwai D, Clark TD, Thirumurthy H, **Charlebois ED**, Petersen M, Kabami J, Ssemmondo E, Kadede K, Kwarisiima D, Sang N, Bukusi EA, Cohen CR, Kamya M, Havlir DV, Kahn JG. Cost and efficiency of a hybrid mobile multi-disease testing approach with high HIV testing coverage in East Africa. J Acquir Immune Defic Syndr. 2016 Jul 29. [Epub ahead of print]. PMID: 27509253 PMCID: pending

d. Muiru AN, **Charlebois ED**, Balzer LB, Kwarisiima D, Elly A, Black D, Okiror S, Kabami J, Atukunda M, Snyman K, Petersen M, Kamya M, Havlir D, Estrella MM, Hsu CY. The epidemiology of chronic kidney disease (CKD) in rural East Africa: A population-based study. PLoS One. 2020 Mar 4;15(3):e0229649. doi: 10.1371/journal.pone.0229649. eCollection 2020. PMID: 32130245 PMCID: PMC7055898

**4. Migration, Mobility, and Behavioral Risk.**  My work has also contributed significantly to our understanding of impact of migration and mobility on HIV and STI risks in sub-Saharan Africa and the significant role gender differences play in behavioral risks:

a. Camlin CS, Akullian A, Neilands TB, Getahun M, Eyul P, Maeri I, Ssali S, Geng E, Gandhi M, Cohen CR, Kamya MR, Odeny T, Bukusi EA, **Charlebois ED**. Population mobility associated with higher risk sexual behaviour in eastern African communities participating in a Universal Testing and Treatment trial. J Int AIDS Soc. 2018 Jul;21 Suppl 4(Suppl Suppl 4):e25115. doi: 10.1002/jia2.25115. PMID: 30027668 PMCID:    PMC6053476

b. Mayer CM, Owaraganise A, Kabami J, Kwarisiima D, Koss CA, **Charlebois ED**, Kamya MR, Petersen ML, Havlir DV, Jewell BL. Distance to clinic is a barrier to PrEP uptake and visit attendance in a

community in rural Uganda. J Int AIDS Soc. 2019 Apr;22(4):e25276. doi: 10.1002/jia2.25276. PMID: 31037845 PMCID: PMC6488759

c. Camlin CS, Akullian A, Neilands TB, Getahun M, Bershteyn A, Ssali S, Geng E, Gandhi M, Cohen CR, Maeri I, Eyul P, Petersen ML, Havlir DV, Kamya MR, Bukusi EA, **Charlebois ED**. Gendered dimensions of population mobility associated with HIV across three epidemics in rural Eastern Africa. Health Place. 2019 May;57:339-351. doi: 10.1016/j.healthplace.2019.05.002. Epub 2019 May 29. PMID: 31152972 PMCID: PMC6589115

d. Camlin CS, **Charlebois ED**. Mobility and its Effects on HIV Acquisition and Treatment Engagement: Recent Theoretical and Empirical Advances. Curr HIV/AIDS Rep. 2019 Aug;16(4):314-323. doi: 10.1007/s11904-019-00457-2. PMID: 31256348 MPCID: PMC6663312

**5. Consequences and Management of Co-Infection/Co-Occurrence of Multiple Diseases.** My published work has also focused on identification of the consequences of adult, pediatric and maternal HIV co-infection/diagnosis with malaria, tuberculosis, HBV, hypertension, chronic kidney disease and effective approaches to co-treatment and management of HIV comorbidities:

a. **Charlebois ED**, Ruel TD, Gasasira AF, Achan J, Kateera F, Akello C, Cao H, Dorsey G, Rosenthal PJ, Ssewanyana I, Kamya MR, Havlir DV. Short-term risk of HIV disease progression and death in Ugandan children not eligible for antiretroviral therapy. J Acquir Immune Defic Syndr. 2010 Nov;55(3):330-5. doi: 10.1097/QAI.0b013e3181e583da. PMID: 20592617. PMCID: PMC3025136

b. Luetkemeyer AF, **Charlebois ED**, Hare CB, Black D, Smith A, Havlir DV, Peters MG. Resistance patterns and response to entecavir intensification among HIV-HBV-coinfected adults with persistent HBV viremia. J Acquir Immune Defic Syndr. 2011 Nov 1;58(3):e96-9. doi: 10.1097/QAI.0b013e3182303937. No abstract available. PMID: 22005002 PMCID: PMC4120944

c. Chamie G, Wandera B, Marquez C, Kato-Maeda M, Kamya MR, Havlir DV, **Charlebois ED**. Identifying locations of recent TB transmission in rural Uganda: a multidisciplinary approach. Trop Med Int Health. 2015 Apr;20(4):537-45. doi: 10.1111/tmi.12459. Epub 2015 Feb 4. PMID: 25583212 PMCID: PMC4335181

d. Shade S B, Osmand T, Kwarisiima D, Brown LB, Luo A, Mwebaza B, Mwesigye AR, Kwizera E, Imukeka H, Mwanga F, Ayieko ., Owaraganis, A, Bukusi EA, Cohe, CR, **Charlebois ED**, Black D, Clark TD, Petersen ML, Kamya MR, Havlir DV, Jain, V. (2021). Costs of integrating hypertension care into HIV care in rural East African clinics. AIDS (London, England), 35(6), 911–919. doi: 10.1097/QAD.0000000000002834 PMID: 33821821 PMCID: PMC8030915 (available on 2022-05-01)

**List of Published Work in PubMed: (211 publications)**
https://pubmed.ncbi.nlm.nih.gov/?term=charlebois+e&sort=date

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Gansky, Stuart A

eRA COMMONS USER NAME (credential, e.g., agency login): sgansky

POSITION TITLE: Professor, Associate Dean, and Lee Hysan Chair of Oral Epidemiology

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of North Carolina at Chapel Hill (Gillings) School of (Global) Public Health | BSPH | 05/1988 | Biostatistics |
| University of North Carolina at Chapel Hill (Gillings) School of (Global) Public Health | MS | 12/1992 | Biostatistics (Supporting program: Epidemiology) |
| University of North Carolina at Chapel Hill (Gillings) School of (Global) Public Health | DrPH | 08/1996 | Biostatistics (Supporting program: Epidemiology) |

## A. Personal Statement

The purpose of this U24 grant application is for a Research Coordinating Center to support NIMHD P50 Centers to prevent, treat, and manage comorbid chronic diseases to reduce health disparities with multidimensional approaches.

My research concentrates on health disparities/health equity, clinical trials, health literacy, applied statistical analyses, risk prediction, multi-level (hierarchical) and longitudinal modeling and related methodological issues. For collaborative clinical research projects, I have designed research studies, developed analytic plans, performed analyses, and coauthored publications. **For over 25 years, I have been working in health research, including some 20 years in health inequities.** I have collaborated on research projects focused on addiction, cardiovascular disease, caries, chronic pain, fibromyalgia, health literacy, hypertension, intimate partner violence, kidney disease, mental health (mood dysfunction), obesity, periodontal disease, rheumatoid arthritis, systemic lupus erythematosus, temporomandibular joint and muscle disorders, and tobacco use. I have fostered cross-study collaborations with facilitating common data element collection, data harmonization, data sharing, and data re-use; trained and mentored junior investigators, and published cross-center research as part of NIH health disparities research consortia. I currently direct the UCSF Center to Address Disparities in Children's Oral Health (known as CAN DO) and the NIH-funded U01 Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children which has supported 9 UH2 community-based pilots and 4 community-engaged UH3 prevention trials in the Boston, Chicago, Cleveland, and Los Angeles areas. I previously served as Director (PI) of the CAN DO Measurement and Evaluation Core for 7 years and then for 4.5 years as the founding Director (PI) of the Data Coordinating Center (DCC) in the NIDCR-initiated expanded role to coordinate prevention RCTs in 3 centers conducting research with community partners from Native American sovereign nations, city housing authorities, and Federally Qualified Health Centers. Thus, I bring collaborative public health and health disparities research expertise, knowledge, and leadership to the team. As MPI, I will be responsible for overseeing common data element development, data harmonization, data analysis, and data warehousing. In addition, I will also apply my extensive experience in administration, research training and mentoring, data and safety monitoring board (DSMB) organization, and community engagement to the NIMHD group of MCD P50 disparity research centers.

Selected ongoing and recently completed projects:
U01 DE025507          Gansky (PI)                              09/18/2015–08/31/2021 (NCE)
NIH/NIDCR
Coordinating Center to Help Eliminate/Reduce Oral health Inequities in Children

UH2/UH3 DE025514          Gansky, Ramos-Gomez (MPI)          09/18/2015–08/31/2021 (NCE)
NIH/NIDCR
Influence of Financial Incentives on Oral Disease Management in Young Children

U54 HL147127          Ling (PI)          09/19/2018–08/31/2023
NIH/NHBLI
Integrated Health, Behavioral and Economic Research on Current and Emerging Tobacco Products

R01 MD013719          Mertz; White (MPI)          03/01/2019–11/30/2023
NIH/NIMHD
Reducing Oral Health Disparities in Children: Assessing the Multilevel impact of a Standardized Preventive Dental Care System

U01 DE025507-05S1          Gansky (PI)          07/01/2020–06/30/2021
NIH/NIDCR
COVID Administrative Supplement to Coord Ctr to Help Eliminate/Reduce Oral health Inequalities in Children

4 Publications highlighting experience and qualifications for this Research Coordinating Center U24 focusing on disparities research, prevention research and/or cross-center collaborations in NIH consortia (mentored trainees/faculty underlined):

1.  Garcia RI, Tiwari T, Ramos-Gomez F, Heaton B, Orozco M, Rasmussen M, Braun P, Henshaw M, Borrelli B, Albino J, Diamond C, Gebel C, Batliner TS, Barker JC, Gregorich S, **Gansky SA** & the Early Childhood Caries Collaborating Centers. Retention strategies for health disparities preventive trials: Findings from the Early Childhood Caries Collaborating Centers. *J Public Health Dent.* 77(1):63-77, 2017. PMC5446259.

2.  Albino J, Tiwari T, **Gansky SA**, Henshaw MM, Barker JC, Brega AG, Gregorich SE, Heaton B, Batliner TS, Borrelli B, Geltman P, Kressin NR, Weintraub JA, Finlayson TL, Garcia RI. The basic research factors questionnaire for studying early childhood caries. *BMC Oral Health* 17(1):83. 2017. PMC5437655 (iCite Relative Citation Ratio (RCR)=4.0 and >90th percentile for NIH funded researchers)

3.  Garcia RI, Gregorich SE, Ramos-Gomez F, Braun PA, Wilson A, Albino J, Tiwari T, Harper M, Batliner TS, Rasmussen M, Cheng NF, Santo W, Geltman PL, Henshaw M, **Gansky SA**. Absence of fluoride varnish-related adverse events in caries prevention trials in young children, United States. *Prev Chronic Dis* 14:E17. 2017. PMC5313125

4.  **Gansky SA**, Shafik S. At the crossroads of oral health inequities and precision public health. *J Public Health Dent.* 80 Suppl 1: S14-22, 2020. doi: 10.1111/jphd.12316 PMCID8091931

## B.  Positions, Scientific Appointments, and Honors
## Positions and Scientific Appointments

| | |
|---|---|
| 2021 | Member, NIDCR Special Emphasis Panel (Secondary Data Analysis) |
| 2020 | Member, NIH Healthcare Delivery & Methodologies SEP (COVID-19 Digital Health Interventions) |
| 2020-pres | Associate Dean for Research, School of Dentistry, University of California, San Francisco (UCSF) |
| 2016-pres | Lee Hysan Chair of Oral Epidemiology, Division of Oral Epidemiology & Dental Public Health, Dept of Preventive & Restorative Dental Sciences (PRDS), School of Dentistry, UCSF |
| 2016 | Member, NIH OD CSR Special Emphasis Panel (ECHO Program Coordinating Center) |
| 2013-2015 | Member, NIDCR Special Emphasis Panels (Developmental Studies, Clinical Trials & Planning) |
| 2012-2020 | Vice Chair for Research, PRDS, School of Dentistry, UCSF |
| 2012-2020 | Research Faculty Mentoring Facilitator, PRDS, School of Dentistry, UCSF |
| 2012-2016 | John C. Greene Professor of Primary Care Dentistry, Division of Oral Epidemiology & Dental Public Health, PRDS, School of Dentistry, UCSF |
| 2010-2019 | Assistant Director, Mentor Development Program, Clinical & Translational Sciences Inst, UCSF |
| 2009-pres | Professor, Div of Oral Epidemiology & Dental Public Health, PRDS, School of Dentistry, UCSF |
| 2008-2010 | Mbr, NIDCR Data&Safety Monitor Bd (DSMB), Early Orthodontic Intervention under Medicaid Trial |
| 2008-2012 | Mbr, NIDCR DSMB, CONDOR Practice Based Research Network (PBRN) Trials |
| 2006-2010 | Chair, NIDCR DSMB, Prevention of Adult Caries Randomized Clinical Trial |

Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

2005-2009   Associate Prof, Div of Oral Epidemiology & Dent Public Health, PRDS, School of Dentistry, UCSF
2004-2010   Member, NIDCR Special Emphasis Panels (Clinical Trials; Stat Methodology; Challenge Grants)
2000-2005    Assistant Prof, Div of Oral Epidemiology & Dent Public Health, PRDS, School of Dentistry, UCSF
2000-2005   Member, NIDCR DSMB, Periodontal Intervention for Cardiac Events Pilot
2000-2003   Member, NCI Advisory Board, Carcinoma Chemoprevention for Basal Cell Nevus Syndrome
2000-pres   Member, Center for Health and Community, University of California, San Francisco
1999-2004   Member, NIDCR DSMB, Trials to Enhance Elders Tooth/Oral Health
1996-pres   Member, Group in Biotatistics, University of California, San Francisco
1996-2000    Assistant Adjunct Professor, Division of Oral Epidemiology, Dept of Dental Public Health & Hygiene, School of Dentistry, UCSF
1994-1996   Veterans Affairs Predoctoral Fellow in Health Services Research
1993-1994   US Public Health Service Trainee
1992-1994   Statistician, Cardiovascular Health in Children Study, UNC Nursing School, Chapel Hill, NC
1989-1996   Statistical Research Assistant, Biometric Consulting Laboratory, Chapel Hill, NC
1989-1992   National Institute of Environmental Health Sciences Trainee
1989        Statistical Intern, Neufeld Heart Center, Sheba Medical Center, Tel HaShomer, Israel
1988        Statistical Intern, Merck & Co., Inc., Woodbridge, NJ
1987-1988   Statistical Research Assistant, Biometric Consulting Laboratory, Chapel Hill, NC

## Honors

2017     UCSF School of Dentistry Biennial Faculty Research Lecturer Award
2015     UCSF Academic Senate Mentoring Award (Senior Faculty Category)
2013     Delta Omega (Public Health Honor Society) Alumni Award, Dept of Biostatistics, Univ N. Carolina
2013     Omicron Kappa Upsilon (Dental Honor Society) faculty inductee, UCSF Chapter
2013     Pierre Fauchard Academy – Northern California faculty recognition award
1999     Travel Award, Institute for Mathematical Statistics, New Researchers' Conference, Baltimore, MD
1996     Travel Award, Univ of North Carolina at Chapel Hill Graduate School
1991     Consulting Award, Univ of North Carolina at Chapel Hill School of Public Health Alumni Assn


## C. Contributions to Science

1. Health disparities research, particularly related to their measures and estimates. For some 20 years, I have collaborated on health disparities research projects.  This has run the gamut from Fisher-Owens *et al.* (1a) socioecological conceptual framework similar to the NIMHD research framework which has been cited over 700 times (per Google Scholar) with an *iCite* Relative Citation Index (RCR)>15 (99th percentile of funded NIH researchers), to developing methods and software to estimate health disparity indices from complex sample surveys with confidence intervals (1b, cited over 50 times with RCR=1.8), and to analyzing national datasets to assess health disparities and how they vary non-linearly among racial/ethnic groups by age (1c, cited over 200 times with RCR>3.8) and with comorbidities (1d, cited over 50 times with RCR>2.3).
   a. Fisher-Owens S, **Gansky SA**, Platt LJ, Weintraub JA, Soobader M, Bramlett MD, Newacheck P. Influences on children's oral health: A conceptual model. *Pediatrics.*120(3): e510-20, 2007.  [N/A to NIH Public Access Policy]
   b. Cheng NF, Han PZ, **Gansky SA**. Methods and software for estimating health disparities: The case of children's oral health. *Am J Epidemiol* 168(8):906-14, 2008. PMC2597673
   c. Isong U, **Gansky SA**, Plesh O. Temporomandibular joint and muscle disorder type-pain in US adults: The National Health Interview Survey (NHIS).*J Orofacial Pain* 22(4):317-22, 2008. PMC4357589
   d. Plesh O, Adams SH, **Gansky SA**. Self-reported comorbid pains in severe headaches or migraines in a US national sample. *Headache*. 52(6):946-56. doi: 10.1111/j.1526-4610.2012.02155.x. 2012. PMC3370154.

2. Methodological issues relating to health research. As a biostatistician working in an epidemiology division, I have had opportunities to assess and extend methodologies applied to health sciences. The 1996 paper on multiple comparison adjustments (2a) has over 125 citations per Google Scholar.  The 2009 missing data and informative cluster size book chapter (2b) was peer reviewed by 2 statisticians and 2 oral health researchers. The 2011 paper (2c) showed the randomized clinical trial (Weintraub et al. 2006; 3a) would still have adequate power after a protocol deviation. Cheng *et al.* expands mediation analyses for discrete count and zero-inflated count outcome measures.

Contact PD/PI: Gholobein, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

a. Koch GG, **Gansky SA**. Statistical considerations for multiplicity in protocols. *Drug Info J* 30: 523-34, 1996. [N/A to NIH Public Access Policy]
b. **Gansky SA**, Neuhaus JM. Missing Data and Informative Cluster Size. In: Lesaffre E, Feine J, Leroux B, Declerk D (eds.). *Statistical and Methodological Aspects of Oral Health Research*, Wiley, 2009. [N/A to NIH Public Access Policy]
c. **Gansky SA**, <u>Cheng NF</u>, Koch GG: Dose-Weighted Adjusted Mantel-Haenszel Tests for Numeric Scaled Strata in a Randomized Trial. *Stat Biopharm Res* 3(2):266-275, 2011. PMC3119560.
d. <u>Cheng J</u>, Cheng NF, Guo Z, Gregorich S, Ismail AI, **Gansky SA**. Mediation analysis for count and zero-inflated count data. *Stat Methods Med Res.* 27(9):2756-2774, 2018. PMC5502001.

3. <u>Caries prevention research studies, particularly randomized controlled trials in children.</u> Dental <u>caries is the most prevalent chronic disease in the world</u> (as shown in the Global Burden of Disease study). For 20 years, I have worked to learn to improve ways to prevent dental caries, particularly early childhood caries (ECC) affecting preschoolers. This has research included over 12 randomized controlled trials. The 2006 RCT main findings paper (3a) demonstrated fluoride varnish (FV) is efficacious and safe to prevent ECC; it has been cited more than 425 times (per Google Scholar; RCR>8) and was instrumental in Medicaid's decision to reimburse for preventive FV treatment in children in nearly all US states. The risk assessment trial paper (3b) has been cited >100 times (per Google Scholar) with RCR>4. The 2018 *Pediatric Clinics of North America* paper (3c) identifies children's dental caries as a sentinel indicator of disparities and calls for upstream intervention to reduce commons causes of multiple chronic health disparities (15 Google Scholar sites and RCR=1.3). The 2020 *PLoSOne* paper (3d) reported results of the BEECON pilot trial which integrated Bluetooth sensor data into the REDCap clinical trials management system for customized outgoing SMS text messages to participants in English/Spanish.
a. Weintraub JA, Ramos-Gomez F, Jue B, Shain S, Hoover CI, Featherstone JD, **Gansky SA**. Fluoride varnish efficacy in preventing early childhood caries. *J Dent Res*. 85(2):172-6, 2006. PMC2257982
b. Featherstone JD, White JM, Hoover CI, Rapozo-Hilo M, Weintraub JA, <u>Wilson RS</u>, Zhan L, **Gansky SA**. A randomized clinical trial of anticaries therapies targeted according to risk assessment (caries management by risk assessment). *Caries Res* 46(2):118-29, 2012. PMC3362266.
c. Watt RG, Mathur MR, Aida J, Bönecker M, Venturelli R, **Gansky SA**. Oral health disparities in children: A Canary in the coalmine? *Pediatr Clin North Am*. 65(5):965-979, 2018. [N/A to NIH Public Access Policy]
d. <u>White JS</u>, Ramos-Gomez F, Liu JX, Jue B, Finlayson TL, Garza JR, Crawford AH, <u>Helman S</u>, <u>Santo W</u>, Cheng J, Kahn JG, **Gansky SA**. Monetary incentives for improving smartphone-measured oral hygiene behaviors in young children: A randomized pilot trial. *PLoS One*.15(7):e0236692, 2020 PMC7392266

4. <u>Tobacco cessation and tobacco initiation prevention research.</u> In the early years of my career, I collaborated on the <u>Cardiovascular Health in Children</u> study – a cluster randomized health promotion and disease prevention trial of population versus risk-targeted approaches (including health education about physical activity, healthy diets, and the dangers of smoking) versus a control among school-aged children; the 1998 paper (4a) has been cited over 200 times per Google Scholar (RCR>3.6). At UCSF I have worked for over 20 years on tobacco cessation, non-initiation, and regulatory science research studies, particularly focusing on spit (smokeless) tobacco. The 2002 paper (4b) has over 30 citations (Google Scholar). The 2010 article (4c, over 35 cites; RCR=1.2) reported: (i) baseline cigarette smoking moderated the intervention effect on smokeless tobacco cessation and (ii) baseline smokeless tobacco use led to subsequent cigarette use significantly more often than baseline cigarette use led to subsequent smokeless use; i.e. smokeless tobacco is a gateway product to smoked tobacco in adolescents.
a. Harrell JS, **Gansky SA**, McMurray RG, Bangdiwala SI, Frauman AC, <u>Bradley CB</u>. School-based interventions improve heart health in children with multiple cardiovascular disease risk factors. *Pediatrics*. 102(2 Pt 1):371-80, 1998. [N/A to NIH Public Access Policy]
b. **Gansky SA**, Ellison JA, Kavanaugh C, Hilton JF, Walsh MM. Oral screening and brief spit tobacco cessation counseling: A review and original two-year findings. *J Dent Ed* 66*:*1088-1098, 2002. [N/A to NIH Public Access Policy]
c. Walsh MM, Langer TJ, Kavanagh N, Mansell C, MacDougal W, Kavanagh C, **Gansky SA**.  Smokeless tobacco cessation cluster randomized trial with rural high school males: intervention interaction with baseline smoking. *Nicotine Tob Res.* 12(6):543-50, 2010. PMC2902861
d. <u>Chaffee BW</u>, Urata J, <u>Couch ET</u>, **Gansky SA**. Perceived flavored smokeless tobacco ease-of-use and youth susceptibility. *Tob Regul Sci.* 3(3):367-373, 2017. PMC5539957

5.  Community-based disease prevention / health promotion research with Hispanics/Latinos. This research has ranged from focusing on prenatal care with East Coast migrant farmworkers (5a cited more than 50 times per Google Scholar), recruiting pregnant mothers in San Diego County, CA for caries prevention (5b), to studying farmworker families in rural Fresno County, CA (5c, cited more than 125 times per Google Scholar; RCR>3.5), to comparing recruitment methods across studies in an NIH-funded research consortium (5d).  We have successfully worked with communities in various geographical settings by engaging them in the process as partners. Based on an NIH Office of Research on Women's Health interview, CAN DO's successes are featured in a case study in the *NIH Inclusion Outreach Toolkit: How to Engage, Recruit, and Retain Women in Clinical Research*.

    a.  Watkins EL, Harlan C, Eng E, **Gansky SA**, Gehan D, Larson K: Assessing the effectiveness of lay health advisors with migrant farmworkers. *Family & Community Health: Journal Health Promotion & Maintenance*. 16(4):72-87.1994.

    b.  Ramos-Gomez F, Chung LH, Beristain R, Santo W, Jue B, Weintraub JA, **Gansky SA**: Recruiting and retaining pregnant women from a community health center at the US-Mexico border for the Mothers and Youth Access (MAYA) clinical trial. *Clinical Trials* 5(4): 336-46. 2008.  PMC4238942

    c.  Weintraub JA, Prakash P, Shain SG, Laccabue M, **Gansky SA**: Mothers caries increases odds of children's caries. *J Dent Res* 89(9): 954-8. 2010. PMC3327504.

    d.  Tiwari T, Casciello A, **Gansky SA**, Henshaw M, Ramos-Gomez F, Rasmussen M, Garcia RI, Albino J, Batliner TS: Recruitment for health disparities preventive intervention trials: the early childhood caries collaborating centers. *Prev Chronic Dis*. 11:E133. 2014. PMC1508806

Published Work in MyBibliography:
https://www.ncbi.nlm.nih.gov/myncbi/1Pmb0Z8gExo/bibliography/public/

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person.  **DO NOT EXCEED FIVE PAGES.**

NAME: Kim F. Rhoads

eRA COMMONS USER NAME (credential, e.g., agency login): KIM.RHOADS

POSITION TITLE: Associate Professor and Associate Director

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of California, Berkeley | BA | 12/1991 | Linguistics |
| University of California, Berkeley (Joint Medical Program - UC San Francisco) | MS | 06/1996 | Health & Medical Sciences |
| University of California, San Francisco | MD | 06/1998 | Medicine |
| University of California, San Francisco | Residency | 06/2005 | General Surgery |
| Harvard University School of Public Health, Boston, Massachusetts | MPH | 06/2006 | Healthcare Policy & Management |
| University of California, San Francisco | Fellowship | 06/2007 | Colon & Rectal Surgery |
| Institute for Health Policy Studies, University of California, San Francisco | Fellowship | 06/2008 | Health Policy |

## A.  Personal Statement

The purpose of this U24 grant application is for a Research Coordinating Center to support NIMHD P50 Centers to prevent, treat and manage comorbid chronic diseases to reduce health disparities with multi-level, multi-dimensional approaches. **My qualifications to co-lead the Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD) stem from a unique combination of training and leadership in community engagement, basic cancer research; clinical cancer care delivery; cancer disparities research, and public health/health policy.** I have nearly 30 years of experience in community engagement (Certificate in community organizing from the Center for Third World Organizing, Oakland, California; Secretary, Board of Directors for the Bay Area Black Women's Health Project, addressing health disparities for African American women; Certificate in community based participatory research from the California Breast Cancer Research Program; Founder of the Stanford Cancer Institute Community Partnership Program (now Community Outreach and Engagement). These experiences have taught me about the potential pitfalls of academic-community partnerships and how academic institutions can engage with communities in ways that promote and maintain or diminish trust.  My basic and molecular research started in a high school pipeline program (the molecular biology of hypertension, dyslipidemia, and atherosclerosis); continued through college and prior to medical school, (molecular and genetic basis of drug resistance in HIV); and residency (studying gene regulation and angiogenesis in breast cancer and other malignant tissues *in vitro).* These experiences inform my understanding of the impact of genetic variation and epigenetic changes on cancer outcomes and disparities, as well as the importance of great mentorship.  My MPH is focused on healthcare management and policy. During that time, **I pioneered novel data linkages (cancer registry and inpatient data) and applied social science methods to demonstrate the importance of healthcare quality in eliminating longstanding disparities in multiple cancers.**  As the Associate Director for Community Engagement at the UCSF cancer center I have primary responsibility for facilitating equitable academic-community partnerships; building multi-stakeholder collaborations across healthcare, public health and community

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

based organizations to address disparities; and advocating for institutional policies that address structural racism and the social determinants of health. As an MPI on this proposal, I will use my experience to help promote community-engaged research, shape common data elements, ensure data harmonization, and support data analysis. I will also leverage our broad highly qualified network of co-investigators to ensure an optimal experience in research training, mentoring and I will direct the Community Engagement Unit for the RCC in support of the consortium of P50 disparities research centers.

Selected ongoing and completed projects relevant to the proposal:
UL1 TR001872  Collard (PI)                                    6/1/2020-6/30/2021
NIH/NCATS
**Residential Histories and Embodiment: Community Engaged Approaches to Understanding Environmental Exposures**
Role: MPI

P30CA82103 Ashworth (PI)                                    06/2018-05/2023
NIH/NCI
**Comprehensive Cancer Center Support Grant**
Role: Associate Director, Community Outreach and Engagement

1R01CA237533-01A1 Esserman (PI)                          3/1/2020-2/29/2024
NIH/NCI
**Extending the Diversity, Reach and Generalizability of the WISDOM Study**
The aims are to enhance the diversity and generalizability of study results by diversifying trial enrollment and developing culturally targeted recruitment materials
Role: Co-I

P30CA82103 Ashworth (PI)                                    6/01/2019-5/31/2021
NIH/NCI
**Strengthen NCI Supported Community Outreach Capacity through Community Health Educators of the National Outreach Network**
Role: PD

Publications highlighting experience and qualifications for this grant focusing on disparities research and system level effects and/or basic research (mentored trainees/faculty underlined):

1. **Rhoads KF,** Patel MI, Ma Y, Schmidt L. How do integrated health care systems address racial/ethnic disparities in colon cancer? *J Clin Onc.* 2015 March 10;33(8): 854-60 with invited commentary. PMCID: PMC4348634
2. Patel MI, Ma Y, Mitchell BS, **Rhoads KF.**  How do differences in treatment impact racial and ethnic disparities in Acute Myeloid Leukemia?  A population-based study. *Cancer Epi biomarkers Prev.*  2015 Feb; 24(2):344.  PMID: 25662426
3. Huang LC, Ma Y, **Rhoads, KF.** What factors influence minority use of national cancer institute designated cancer centers? *Cancer.* 2014 Feb 1;120(3):399-407 PMCID: PMC3905240
4. **Rhoads K.** Arderiu G, Charboneau A. Arole for HoxA5 in regulating angiogenesis and vascular patterning. Lymphat Res Biol. 2005;3(4):240-52 PMID: 16379594

---

## B.  Positions, Scientific Appointments and Honors
**Positions and Scientific Appointments**
2021-pres      Panelist, Alameda County COVID-19 vaccine equity taskforce
2020-pres      UCSF Chancellor's taskforce on COVID-19 public health equity
2020-2021      Panelist, Oakland Mayor's COVID-19 equity taskforce

Docusign Envelope ID: BE62AF9D-AD4E-840A-8949-1869D5C5014D

| 2019-pres | Associate Director, Community Outreach and Engagement, UCSF Helen Diller Family Comprehensive Cancer Center |
|---|---|
| 2018-pres | Director, Office of Community Engagement, UCSF Helen Diller Family Comprehensive Cancer Center |
| 2018-pres | Associate Professor, Department of Epidemiology and Biostatistics, UCSF |
| 2016-2019 | American Society of Clinical Oncology Health Equity Committee; Chair of Data Resources Taskforce |
| 2015-2016 | Associate Professor of Surgery, Department of Surgery, Division of General Surgery   Stanford University, School of Medicine |
| 2010-2015 | Founding Director, Stanford Cancer Institute-Community Partnership Program |
| 2010 | CBPR training, California Breast Cancer Research Program |
| 2008-2015 | Assistant Professor of Surgery, Department of Surgery, Division of General Surgery Stanford University, School of Medicine |
| 2007 | Philip R. Lee Fellow in Health Policy, PRL-Institute for Health Policy Studies, UCSF |
| 2006 | Clinical Fellow in Colorectal Surgery, UCSF |
| 2005 | Research Fellow, Department of Social Medicine, Harvard Medical School, Massachusetts |
| 1993-1996 | Board Secretary, Bay Area Black Women's Health Project, Oakland, Ca |

**Honors**

| 2021 | Health Equity Award Honoree, Unite for Women with Cancer, Oakland, California |
|---|---|
| 2021 | Honorary membership, Buffalo Soldiers Motorcycle Club, in recognition of tireless service to minority communities facing COVID-19 |
| 2021 | NBC Bay Area Changemaker, for community service during the COVID-19 pandemic |
| 2021 | Oakland Mayor's Proclamation for community leadership in the COVID-19 pandemic |
| 2021 | Alameda County Board of Supervisor proclamation for leadership in the COVID-19 pandemic |
| 2015 | The Power of One Award, given by the 2015 Breast Cancer and African Americans conference participants, Stanford University, Palo Alto, CA |
| 2014 | Ladies In Red, Inc. Woman on Fire Award |
| 2005 | House staff award for compassion in care Department of Surgery,  UCSF |
| 2002 | House staff research award, Department of Surgery, UCSF |
| 1998 | Nusz-Galante Award for outstanding medical students,  UCSF |
| 1998 | Alpha Omega Alpha National Medical Honor society,  UCSF |

---

## C.  Contribution to Science
**Understanding of the impact of hospital and healthcare system quality on longstanding disparities in colorectal cancer.**

**MY CONTRIBUTION**: I have tested the overarching hypothesis that the kinds of hospitals where minorities cluster for cancer care may explain longstanding disparities in cancer survival. My work is based on the conceptual model of health care quality (Donabedian's quality triad) where hospital and health care system structural quality influence processes of care and both are linked to outcome of care. Previous studies have attributed cancer disparities to low screening rates, late stage of disease at diagnosis, lack of access/insurance leading to poorly controlled comorbidities. Using a novel data from the California Cancer Registry (CCR) linked statewide patient discharge abstracts, I have been testing the association between disparities, cancer mortality and location where care is delivered in California. Our work was among the first to link these two data sources with California hospital characteristics. Using quasi-experimental methods (propensity score matching), we showed that disparities in colorectal cancer in California are explained by failure to receive evidence-based care (3). We found similar correlations in acute myelogenous leukemia (4), even after accounting for genetic factors. The work has influenced other investigators to assess the impact of location of care (particularly in so-called high Medicaid hospitals) in models predicting cancer mortality and other hospital performance metrics.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

1. **Rhoads KF,** Ackerson LK, Jha AK, Dudley RA: Quality of colon cancer outcomes in hospitals with a high percentage of Medicaid patients. *J Am Coll Surg*. 2008 Aug; 207(2):197-204. Epub 2008 May 19. PMCID: PMC4348634

2. **Rhoads KF,** Ngo JV, Dudley RA. Do hospitals serving a high percentage of Medicaid patients perform well on evidence based guidelines for colon cancer care? *J health Care Poor Underserved* 2013 August; 24 (3): 1180-1193. PMID: 23974390

3. **Rhoads KF,** Patel MI, Ma Y, Schmidt L. How do integrated health care systems address racial/ethnic disparities in colon cancer? *J Clin Onc.* 2015 March 10;33(8): 854-60 with invited commentary. PMCID: PMC4348634

4. Patel MI, Ma Y, Mitchell BS, **Rhoads KF.** How do differences in treatment impact racial and ethnic disparities in Acute Myeloid Leukemia? A population based study. *Cancer Epi biomarkers Prev.* 2015 Feb; 24(2):344. PMID: 25662426

**Validation of the National Comprehensive Cancer Network (NCCN) guidelines for cancer care in population based studies.**

**MY CONTRIBUTION:** I have used the California Cancer Registry data linked to patient discharge data in order to validate evidence based (NCCN) guidelines for treatment. The NCCN is a consortium of more than 20 member hospitals who evaluate evidence for cancer treatment recommendations. All data, including clinical trials data are incorporated into cancer care guidelines. These guidelines are updated on an annual basis. Before 2010, the guidelines had not been validated in population based studies. Our work motivated the adoption of the guidelines by the Center for Medicare and Medicaid Services (CMS) as the definition of high quality cancer care. Thus, NCCN guidelines will guide the maintenance of CMS Oncology Care Model accreditation for hospitals and health care systems.

1. Zak Y, **Rhoads KF,** Visser BC. Predictors of surgical intervention for hepatocellular carcinoma: race, socioeconomic status, and hospital type. *Arch Surg.* 2011 Jul; 146 (7):778-84. Epub 2011 Mar 21. PMID: 21422327

2. Visser BC, Ma Y, Zak Y, Poultsides GA, Norton JA, **Rhoads KF**. "Failure to comply with NCCN guidelines for management of pancreatic cancer compromises outcomes" *HPB,* 2012 August 14(8): 539-47 PMID: 22762402; PMCID: PMC3406351

3. Worhunsky DJ, Ma Y, Poultsides GA, Visser BC, **Rhoads KF**. Compliance with gastric cancer guidelines is associated with improved outcomes. *J Natl Compr Canc Netw.* 2015 Mar; 13 (3):319-25 PMID: 25736009

**Defining pathways for academic institutions to address environmental exposures and cancer through community engagement.**

**MY CONTRIBUTION** National and international presentations on the importance of academic-community partnerships for environmental justice and exploration of the linkages between environmental exposures and cancer in Bayview Hunters Point, San Francisco.

MY CONTRIBUTION: Relevant Activities

Koman T, **Rhoads KF,** Pierce M, Blevin R. Session T01/T1C-Innovative Approaches to Assessing Cumulative Environmental Exposures to Improve Health: From Science to Policy Part II. Panel at the International Society for Exposure Science Annual Meeting. September 22, 2020.

Charlesworth A, **Rhoads KF**, Pierce M, Hirsh D. Session 5119.0: "70 years after nuclear bomb testing: how radioactive waste still plagues a San Francisco community and threatens public health. Panel, American Public Health Association, Annual Conference 2020 (virtual). October 28, 2020

Rhoads complete bibliography available at URL: http://www.ncbi.nlm.nih.gov/pubmed/?term=rhoads+kim

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Brown III, William

eRA COMMONS USER NAME (credential, e.g., agency login): bigdub00

POSITION TITLE: Assistant Professor of Medicine

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of California (UC), Davis | B.A. | 06/2004 | African American Studies |
| UC, Davis | B.A. | 06/2004 | Sociology |
| San Francisco State University | M.A. | 06/2006 | Human Sexuality Studies |
| UC, Berkeley | Dr.P.H. | 12/2010 | Public Health |
| Columbia University; Center for HIV Clinical and Behavioral Studies | Postdoc | 07/2012 | HIV Clinical and Behavioral Research |
| Columbia University | Ph.D. | 05/2016 | Biomedical Informatics |
| UC, San Francisco | Certificate | 08/2015 | Diversity, Equity, Inclusion |
| UC, San Francisco | Certificate | 05/2020 | Implementation Science |

## A. Personal Statement

I specialize in developing and implementing biomedical informatics-based methods, tools, and interventions (Big Data, mHealth, SMS/text messaging, Natural Language Processing (NLP), Machine Learning (ML), and Federal Data Standards [FHIR, OMOP, UMLS, etc.]) as applied to clinical and behavioral research, with underserved communities. Using community-based participatory research and informatics, I work to reduce chronic illness (i.e., HIV, diabetes) and health disparities, particularly among vulnerable populations (i.e., African-Americans, Latinos, youth, and LGBT). I have been a Co-I, research scientist, or consultant for many HIV, Diabetes, and Opioid grants for NIH, AHRQ, Ford Foundation, NSF, and CDC. I have developed, implemented, and/or evaluated mHealth medication adherence and testing reminder systems, social media-based interventions and online recruitment methods, HIV data harmonization and integration methods, and health data visualizations for low literacy patients. My research has contributed to increasing testing, facilitating access to and retention in care, improving medication adherence, and preventing HIV using biomedical (microbicides, PrEP) and behavioral (HIV home testing, partner notification) interventions. From this research I have authored 33 publications (9 First-author, 37 Co-author). I am the founding director of the Clinical and Observational Data Excellence (CODE) Lab <code.ucsf.edu>, which leverages big data, data standards, mHealth, social media, data harmonization and integration, NLP, ML, and data visualization to improve health. We implement tools to collect data in real-time, integrate data sources, improve the quality of provider-patient communication, and the responsiveness of the clinical care delivery system to the needs of individual patients.

For this Multiple Chronic Diseases Disparities Research Coordinating Center I will provide technical assistance with health disparities research, community-engaged research, research with African-American and Latino communities, biomedical informatics, and harmonizing common data elements. Lastly, I will use my expertise in clinical research informatics to make sure that data used follows NIH guidelines for data harmonization, interoperability, and reusability.

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

Ongoing and recently completed projects that I would like to highlight include:

Marcus Program                    Schillinger, Brown III, Shim (MPI)          05/01/2021-04/30/2022
Precision communication: harnessing precision medicine to transform the most common medical procedure and reduce health disparities.

NIH/NLM R01LM013045          Lyles (PI)                                  09/05/2018-08/31/2022
This study will create community driven, personalized health maps for patients with diabetes so that patients can store and view private and public health-promoting information in their own neighborhood. Role: Co-I

LHS K12 Fellow                    Brown III (PI)                             07/01/2019-06/30/2022
Assessment of Physician Prescription Opioid Misuse Screening Practices using NLP and EHR data.

NIH/NIMHD T32MD015070        Brown III, Glymour, Prather (MPI)           03/01/2020-02/28/2025
UCSF Data Science Training to Advance Behavioral and Social Science Expertise for Health Research (DaTABASE) Program.

UCSF Reseource Allocation Program    Brown III (PI)                       06/01/2020 – 05/31/2021
Using Natural Language Processing to Map Social Determinants of Health to Opioid Prescribing, Misuse/OUD, Screening and Treatment Using UCSF Electronic Health Record Data.

NIH/NLM R01 LM012355-01A1   Schillinger (PI)                            09/01/2015-08/31/2020
The Next Frontier in Diabetes Communication: Promoting Health Literacy in the Era of Secure Messaging use computational linguistics to examine how patients with diabetes communicate with clinicians. Role: Co-I

NIH/NICHD R01 HD076636        Carballo-Diéguez (PI)                       07/01/2014-06/30/2019
HIV Home Testing (HT): Use of rapid HIV self-test by high-risk populations. Role: Co-I

NIH/NIMHD P60 MD006902        Bibbins-Domingo (PI)                        03/01/2016-02/28/2018
Addressing Disparities in Chronic Disease with a Teen and Young Adult in the SF Bay Area. Role: Co-I

AHRQ R01 HS022961             Bakken (PI)                                 09/15/2013-09/14/2018
The Washington Heights/Inwood Informatics Infrastructure for Community-Centered Comparative Effectiveness Research with Latinos and their health data. Role: Research Fellow

Relevant Publications:
1. **Brown III, W.**, Lopez Rios J, Sheinfil A, Frasca T, Cruz Torres C, Crespo R, Dolezal C, Giguere R, Lentz C, Balán IC, Rael CT, Febo I, Carballo-Diéguez A. (2020) Text Messaging and Disaster Preparedness Aids Engagement, Re-Engagement, Retention, and Communication Among Puerto Rican Participants in a Human Immunodeficiency Virus (HIV) Self-Testing Study After Hurricanes Irma and Maria. Disaster Med Public Health Prep. 1-8. PMID: 32264992 PMCID: In Process
2. **Brown III, W.**, Weng, C., Vawdrey, D., Carballo-Diéguez, A., Bakken, S.: (2016). SMASH: A Data-Driven Informatics Method to Assist Experts in Characterizing Semantic Heterogeneity among Data Elements." Annual Symposium Proceedings. 1717–26. PMID: 28269930 PMCID: PMC5333258
3. Brown W, Balyan R, Karter AJ, Crossley S, Semere W, Duran ND, Lyles C, Liu J, Moffet HH, Daniels R, McNamara DS, Schillinger D. (2020) Challenges and Solutions to Employing Natural Language Processing and Machine Learning to Measure Patients' Health Literacy and Physician Writing Complexity: The ECLIPPSE Study. J Biomed Inform. 103658. PMID: 33316421. PMCID: In Process
4. Brown III, W. (2016). Ontology-based Semantic Harmonization of HIV-associated Common Data Elements for Integration of Diverse HIV Research Datasets, Columbia University Academic Commons. Available at: https://academiccommons.columbia.edu/catalog/ac:202719


## B.  Positions, Scientific Appointments, and Honors


**Positions and Scientific Appointments**
2016-present    Director of Diversity, Equity, and Inclusion - Bakar Computational Health Science Institute
2016-present    Assistant Professor of Medicine, Center for AIDS Prevention Studies, Department of Medicine, University of California San Francisco, San Francisco, CA
2016-present    Affiliated Faculty, Center for Vulnerable Populations, Department of Medicine, University of California San Francisco, San Francisco, CA
2016-present    American Public Health Association (APHA) (Member)
2016-present    Kentucky Conference on Communication (Advisory Board Member)

2012-present    Investigator, HIV Center for Clinical and Behavioral Studies, New York State Psychiatric
                Institute and Columbia University, New York, NY
2012-present    American Medical Informatics Association (AMIA) (Student Member until 2016)
2011-present    International AIDS Society (IAS) (Member)


## Honors

2016    HIV Microbicide Trials Network Innovation Award
2016    Research Scholarship Award, Research for Prevention Conference
2016    AMIA Paper Competition, Second Place Award, AMIA conference
2013    Harriet H. Werley New Investigator Award, Distinguished Paper, AMIA conference
2012    International Scholarship Award, International AIDS Society
2012    Pre-doctoral Research Award, National Library of Medicine
2010    Academic Grant Award, Russell M. Grossman Endowment, University of California, Berkeley
2010    Center for New Media 2010 Interdisciplinary Research Grant, University of California, Berkeley
2009    Kaiser Foundation Academic Grant Award, Kaiser Foundation


## C.  Contributions to Science

1.  I use mobile apps, text messaging, and new media interventions to improve health behaviors. My clinically oriented research has increased access to health information and clinical services, which are critical to individual's health management and NIH's disease prevention strategies. The Universal Service Fund has increased mobile phone and internet access for economically disadvantaged communities. I have built on this progress by developing, improving, or evaluating mHealth-based HIV prevention, testing, and medication adherence interventions and tools for African Americans, Latinos, MSM and youth.
    a.  Schnall, R., Rojas, M., Travers, J., **Brown III, W.**, Bakken, S. (2014). Use of Design Science for Informing the Development of a Mobile App for Persons Living with HIV. AMIA Annual Symposium proceedings, 1037-45. PMID: 25954413 PMCID: PMC4419902
    b.  Schnall, R., Higgins, T., **Brown III, W.**, Carballo-Dieguez, A., Bakken. S. (2015). Trust, Perceived Risk, Perceived Ease of Use and Perceived Usefulness as Factors Related to mHealth Technology Use. Studies in Health Technology and Informatics, (216) 467-71. PMID: 26262094 PMCID: PMC5588863
    c.  **Brown III, W.** (2010). New Media Interventions in Youth Sexual Health Promotion and HIV/STI Prevention, University of California, Berkeley. 96 3444815. http://escholarship.org/uc/item/5xq4n2q8
    d.  Giguere, R., **Brown III, W.**, Balán, I., Dolezal, C., Ho, T., Sheinfil, A., Ibitoye, M., Lama, J., McGowan, I., Cranston, R., Carballo-Diéguez, A. (2018). Are Participants Concerned about Privacy and Security When Using Short Message Service to Report Product Adherence in a Rectal Microbicide Trial? Journal of the American Medical Informatics Association, 25(4):393-400 PMCID: PMC5885798

2.  I develop evidence-based tools to reduce disparities in health literacy. Low health literacy is a major barrier to health maintenance and access to care, particularly for vulnerable and underserved communities. My research has developed innovative evidence-based visualizations using culturally competent informatics methods and tools to increase health literacy and health competency for underserved and economically disadvantaged Latino and African American communities, and youth.

    a.  Balyan R, Crossley SA, **Brown III, W.**, Karter AJ, McNamara DS, Liu JY, Lyles CR, Schillinger D. (2019) Using natural language processing and machine learning to classify health literacy from secure messages: The ECLIPPSE study. PLoS One. 14(2):e0212488. PMID: 30794616. PMCID: PMC6386302.
    b.  **Brown III, W.**, Giguere, R., Sheinfil, A., Ibitoye, M., Balan, I., Ho, T., Brown, B., Quispe, L., Sukwicha, W., Lama, J.R., Carballo-Diéguez, A., Cranston, R.D. (2018). Challenges and solutions implementing an SMS text message-based survey CASI and adherence reminders in an international biomedical HIV PrEP study (MTN 017). Journal of Biomedical Informatics, 04(80), 78-86. PMID: 29501908 PMCID: PMC5920551
    c.  **Brown III, W.**, Yen, P., Rojas, M., Schnall, R. (2013). Assessment of the Health IT Usability Evaluation Model (Health-ITUEM) for Evaluating Mobile Health (mHealth) Technology. Journal of biomedical informatics, 46(6) 1080-7. PMID: 23973872 PMCID: PMC3844064
    d.  **Brown III, W.**, Liu, C., John, R., Ford, P. (2014). Developing an eBook-Integrated High-Fidelity Mobile App Prototype for Promoting Child Motor Skills and Taxonomically Assessing Children's Emotional

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

Responses Using Face and Sound Topology. AMIA Annual Symposium proceedings, 333-42. PMID: 25954336 PMCID: PMC4419938

3. I use community-based participatory research to improve use of HIV home testing. My HIV home testing research contributes to HIV testing as a critical national, local, and individual HIV prevention strategy. HIV testing rates are low among underserved and economically disadvantaged communities. My research has used HIV home tests and community-based particapatory research to improve access and testing among African American, Latino MSM, and Transgender women.

   a. **Brown III, W.**, Sheinfil, A., Lopez-Rios, J., Giguere, R., Dolezal, C., Frasca, T., Lentz, C., Balán, I.C., Rael, C., Cruz Torres, C., Crespo, R., Febo, I., Carballo-Diéguez, A. (2019) Methods, system errors, and demographic differences in participant errors using daily text message-based short message service computer-assisted self-interview (SMS-CASI) to measure sexual risk behavior in a RCT of HIV self-test use. Mhealth. 5:17. PMID: 31380409. PMCID: PMC6624350
   b. Schnall, R., **Brown III, W.** (2015). Use of the Information Motivation Behavioral Skills Model to Understand the High-Risk Young Adults' Use of the HIV Home Test as a Risk Reduction Tool. 143rd APHA Annual Meeting and Exposition Proceedings
   c. Schnall, R., Patterson Mosley, J., Iribarren, S., Bakken, S., Carballo-Diéguez, A., Brown III. W. (2015). Comparison of a User-Centered Design, Self-Management App to Existing mHealth Apps for Persons Living With HIV. JMIR mHealth and uHealth, 3(3) e91. PMID: 26385783 PMCID: PMC4704937
   d. **Brown III, W.**, Carballo-Diéguez, A., John, RM., Schnall, R. (2016). Information, Motivation, and Behavioral-Skills of High-risk Young Adults to Use the HIV Self-Test. AIDS and Behavior, (9):2000-9. PMID: 26885813 PMCID: PMC4988939

4. I also specialize in systems design, implementation science, community-based participatory research, mHealth, and the use of New Media technology for HIV testing, medication adherence, real-time data collection, participant recruitment, and information dissemination. As an investigator at the HIV Center for Clinical and Behavioral Studies I Co-PI'ed a pilot study researching the feasibility and acceptability of using mHealth technology to support HIV testing, treatment adherence, and prevention. My research was critical to biomedical studies of HIV testing (R01 HD076636) and PrEP (U01 AI 068633), which included African American and Latino MSM, and Transgender individuals.

   a. Iribarren, SJ., **Brown III, W.**, Giguere, R., Stone, P., Schnall, R., Staggers, N., Carballo-Diéguez, A. (2017). Scoping review and evaluation of SMS/text messaging platforms for mHealth projects or clinical interventions. International Journal of Medical Informatics, (101) 28-40. PMID: 28347445 PMCID: PMC5398898
   b. Schnall, R., Bakken, S., **Brown III, W.**, Carballo-Diéguez, A., Iribarren, S. (2016). Usability Evaluation of a Prototype Mobile App for Health Management for Persons Living with HIV. Studies in Health Technology and Informatics, (225) 481-5. PMID: 27332247 PMCID: PMC5588855
   c. Schnall, R., Rojas, M., Bakken, S., **Brown III, W.**, Carballo-Dieguez, A., Carry, M., Gelaude, D., Patterson Mosley, J., Travers, J. (2016). A User-Centered Model for Designing Consumer Mobile Health Applications (apps). Journal of biomedical informatics, (60) 243-51. PMID: 26903153 PMCID: PMC4837063
   d. **Brown III, W.**, Ibitoye, M., Bakken, S., Schnall, R., Balán, I., Frasca, T., Carballo-Diéguez, A. (2015) Cartographic Analysis of Antennas and Towers: A Novel Approach to Improving the Implementation and Data Transmission of mHealth Tools on Mobile Networks. JMIR mHealth and uHealth, 3(2) e63. PMID: 26043766 PMCID: PMC4526907

5. Data integration is an NIH research priority, but few efforts have been made to combine data across HIV studies. To address this gap I developed innovative biomedical informatics methods (i.e., SMASH [String-Metric assisted Assessment of Semantic Heterogeneity]) and tools (i.e., the HIV-associated Entities in Research Ontology) to advance data integration, exploration, and analysis for HIV research. My research on data harmonization, integration, and analysis of diverse HIV-associated datasets has the potential to increase datasets' breadth of variables and statistical power, which is critical for more advanced, accurate, and meaningful analyses. What's more, integrated analysis using my methods can guide the development of novel, high quality, effective interventions for disease prevention and treatment.

   a. Semere, W., Crossley, S., Karter, A.J., Lyles, CR.., **Brown, W.,** Reed, M., McNamara, D.S., Liu, J.Y., Schillinger, D. (2019) Secure Messaging with Physicians by Proxies for Patients with Diabetes:

Contact PD/PI: Charlebois, Edwin

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

Findings from the ECLIPPSE Study. J Gen Intern Med. Aug 19. PMID: 31428986 PMCID: PMC6848304

b. **Brown III, W.**, Carballo-Diéguez, A., Weng, C., Vawdrey, D., Bakken. S. (2014). Innovative Methods to Integrate Multiple Diverse HIV-associated Datasets and Create New Opportunities for Enhanced Analysis and Improved Interventions. International AIDS Proceedings

c. **Brown III, W.**, Giguere, R., Sheinfil, A., Balán, I., Ibiotye, M., Ho, T., Lama, J., McGowan, I., Cranston, R., Carballo-Diéguez, A. (2016). Feasibility and Acceptability of an International SMS Text Message-Based Adherence and Survey System in a Biomedical HIV Prevention Study (MTN-017). AIDS Research and Human Retroviruses, (32) 386-386

d. Carballo-Diéguez, A., Balán, I., **Brown III, W.**, Giguere, R., Dolezal, C., Leu, C., Marzinke, M., Hendrix, C., Piper, J., Richardson, B. (2017). High Levels of Adherence to a Rectal Microbicide Gel and to Oral Pre-Exposure Prophylaxis (PrEP) Achieved in MTN-017 among Men Who Have Sex with Men (MSM) and Transgender Women. *PloS One*, e0181607. PMID: 28750059 PMCID: PMC5531503

**Complete List of Published Work in MyBibliography:**

https://www.ncbi.nlm.nih.gov/sites/myncbi/william.brown.2/bibliography/50160100/public/?sort=date&direction=descending

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Jing Cheng

eRA COMMONS USER NAME (credential, e.g., agency login): JINGCHENG

POSITION TITLE: Professor of Biostatistics

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| West China University of Medical Sciences, Chengdu, China | MD | 06/1994 | Preventive Medicine |
| Cornell University, Ithaca, NY | MS | 08/2002 | Nutrition (Minor: Epidemiology) |
| University of Pennsylvania, Philadelphia, PA | PhD | 08/2006 | Biostatistics (Minor: Epidemiology) |

## A. Personal Statement

I am currently Professor within the UCSF Division of Oral Epidemiology & Dental Public Health and Division of Biostatistics, Director of Statistics and Informatics Core at Center for Tobacco Control Research and Education, and a faculty member in the UCSF Center to Address Disparities in Children's Oral Health, Helen Diller Family Comprehensive Cancer Center, and Clinical & Translational Science Institute. I have unique training in biostatistics, epidemiology, medicine, nutrition, and public health. My research focuses on the development and application of appropriate statistical methods to understand causal effects and mechanisms in biomedical, behavioral and social science studies when there are complex issues such as measured and unmeasured confounding, noncompliance, complicated intermediate variables and outcomes that do not follow any parametric distributions.

I have led several projects and been the primary statistician in many health projects, leading to publications in top statistical and health science journals (e.g. JAMA, JDR, JASA, Biometrics, Biometrika and JRSSB etc.). My contributions to causal inference in health science research have gained recognition in various fields. I am an elected Fellow of the American Statistical Association, past chair of the American Statistical Association Section on Statistics in Epidemiology, serving on the Editorial Board of the American Statistician, Observational Studies and Journal of Dental Research, and have been reviewer for 30 journals. I have also been a standing member of NIH CSR Clinical Oncology Study Section and NIDCR special review panels, and continuously serving on several Data and Safety Monitoring Boards for NIH-funded studies.

I have taught practical approaches to advanced statistical concepts (e.g. fitting mixed models in real data) and mentored junior investigators on study designs, analysis plans, and statistical analyses. I have been working with investigators for more than a decade to reduce health disparities and improve people's health. I have served as Associate Director and Director in data coordinating centers and statistical cores. In the proposed U24 Research Coordinating Center, I will lend my expertise in teaching, mentoring, and applied statistical consulting, including advanced topics such as causal inference and analyzing count outcome measures.

**Ongoing and completed projects relevant to disparity and chronic disease research that I would like to highlight include:**

R01 MD013719-01 (PIs: Mertz and White)        03/01/19–11/30/23
NIH/NIMHD
Reducing Oral Health Disparities in Children: Assessing the Multilevel impact of a Standardized Preventive Dental Care System
Role: Co-I


U01 DE025507 (PI: Gansky)        09/18/15–08/31/21 (NCE)
NIH/NIDCR
Coordinating Center to Help Eliminate/Reduce Oral health Inequalities in Children
Role: Co-I


CER-1609-36220 (PI: Chao)        07/01/18-06/30/21
PCORI
Non-pharmacologic approaches to relieve pain and symptom distress among diverse hospitalized cancer patients
Role: Co-I


R01 AG057855-01A1 (PI: Yank)        09/01/18-08/31/23
NIH/NIA
Evaluating the Effectiveness of an Online Small-Group Self-Management Workshop for Rural Caregivers of Individuals with Alzheimer Disease and Related Dementias
Role: Co-I


R03 CA208387 (PI: Yang)        09/01/17-08/31/18
NIH/NCI
Understanding causal effects of a treatment on survival in observational studies with unmeasured confounding and an application to effect of PMRT on breast cancer patients
Role: Co-I


**Publications relevant to this application**:

**Cheng J**, Gregorich SE, Gansky SA, Fisher-Owens SA, Kottek AM, White JM, and Mertz EA. (2020). Constructing matched groups in dental observational health disparity studies for causal effects. *JDR Clinical & Translational Research* 5(1): 82-91. [PMCID: PMC6918038]

Le MT, Lobmeyer MT, Campbell M, **Cheng J**, Wang Z, Turner ST, Chapman AB, Boerwinkle E, Gums JG, Gong Y, Johnson RJ, Johnson JA. (2013). Impact of genetic polymorphisms of SLC2A2, SLC2A5, and KHK on metabolic phenotypes in hypertensive individuals. *PLoS One* 8(1):e52062. [PMCID: PMC3544854]

Anton SD, Gallagher J, Carey VJ, Laranjo N, **Cheng J**, Champagne CM, Ryan DH, McManus K, Loria CM, Bray GA, Sacks FM, Williamson DA. (2012). Diet type and changes in food cravings following weight loss: findings from the POUNDS LOST Trial. *Eating and Weight Disorders* (17):e101-e108. [PMCID: PMC4189179]

Anton SD, Manini TM, Milsom VA, Dubyak P, Cesari M, **Cheng J**, Daniels MJ, Marsiske M, Pahor M, Leeuwenburgh C, Perri MG. (2011). Effects of a weight loss plus exercise program on physical function in overweight, older women: a randomized controlled trial. *Clin Interv Aging* 6:141-9. [PMCID: PMC3131984]


**B. Positions, Scientific Appointments, and Honors**

**Positions and Scientific Appointments**

2020-        Director, Statistics and Informatics Core, Tobacco Center of Regulatory Science, UCSF

2020-2024        Standing Member, Clinical Oncology Study Section, Center for Scientific Review, NIH

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| | |
|---|---|
| 2020 | Chair, American Statistical Association Section on Statistics in Epidemiology |
| 2019- | Member, Editorial Board, Journal of Dental Research |
| 2018- | Associate Editor, The American Statistician |
| 2016- | Professor, Division of Oral Epidemiology & Dental Public Health, Division of Biostatistics, University of California, San Francisco (UCSF), CA |
| 2016-2017 | Member, Clinical Trials and Studies Special Emphasis Panel, NIDCR |
| 2014- | Associate Editor, Observational Studies |
| 2013-2015 | Member, Editorial Board, Journal of Dental Research |
| 2013 | Program Chair, Statistics in Epidemiology Section, American Statistical Association, |
| 2011- | Faculty Consultant in Biostatistics, CTSI, UCSF |
| 2011-2015 | Associate Director, Dental Data Coordinating Center, UCSF |
| 2011-2016 | Associate Professor, Division of Oral Epidemiology & Dental Public Health, Division of Biostatistics, UCSF |
| 2010-2011 | Assistant Professor, Division of Oral Epidemiology & Dental Public Health, Department of Preventive and Restorative Dental Sciences, School of Dentistry, UCSF |
| 2010- | Member, Data Safety and Monitoring Board, 6 NIH-funded ongoing studies. |
| 2009-2011 | Publication Officer, Statistics in Epidemiology Section, American Statistical Association |
| 2006-2010: | Assistant Professor, Division of Biostatistics, Department of Epidemiology and Health Policy Research, College of Medicine, University of Florida, Gainesville, FL |
| 1997-1999: | Research Scientist, National Key Project (1995-2000): Epidemiological Study of Osteoporosis, China. |
| 1994-1999: | Lecturer, School of Public Health, Sichuan Continuing Education College of Medical Sciences, Sichuan, China |

## Honors

2021 Elected Fellow, American Statistical Association

2020 Chair, American Statistical Association, Section on Statistics in Epidemiology

2007 New Researcher Travel Grant, Institute of Mathematical Statistics

2007 Saul Winegrad Award for Outstanding Dissertation, University of Pennsylvania

2005 Distinguished Student Paper Award, International Biometrics Society ENAR

2002 GSK Scholarship Award, University of Pennsylvania

2002 Richard Barnes Fellowship, Cornell University

2000 Vincent Woo J.P. Fellowship, Cornell University

1999 Marion Fish Cox Fellowship, Cornell University

1994 University Outstanding Graduating Senior, West China University of Medical Sciences

1991-1993 University Outstanding Student, West China University of Medical Sciences, China

## C. Contributions to Science

1. <u>Methodological issues relating to complexity in randomized studies.</u> I have developed new statistical methods for evaluating causal effects in randomized trials with complicated issues, e.g., outcomes that do not follow parametric assumptions, post randomization confounding such as noncompliance,

and outcomes only observed in a subset of study subjects. My research centers on developing methods for more accurate estimates and inferences about the treatment effect despite noncompliance without assuming parametric outcome distributions.

    a. **Cheng J.** and Small D (2006). Bounds on causal effects in three-arm trials with noncompliance. *Journal of the Royal Statistical Society, Series B (Statistical Methodology)* 68: 815-836. [N/A to NIH Public Access Policy].

    b. **Cheng J.**, Small D., Tan Z., and Ten Have T. (2009). Efficient nonparametric estimation of causal effects in randomized trials with noncompliance. *Biometrika* 96: 19-36. [N/A to NIH Public Access Policy].

    c. **Cheng J.** (2009). Estimation and inference for the causal effect of receiving treatment on a multinomial outcome. *Biometrics* 65: 96-103. [N/A to NIH Public Access Policy].

    d. **Cheng J.**, Qin J., and Zhang B. (2009). Semiparametric estimation and inference for distributional and general treatment effects. Journal of the Royal Statistical Society, Series B (Statistical Methodology), 71: 881-904. [N/A to NIH Public Access Policy].

2. <u>Method developments for understanding causal pathways/mechanisms of interventions on count and zero-inflated count outcomes.</u> Understanding the pathways/mechanisms of a treatment on outcomes via mediation analysis allows us to evaluate which components of the intervention work or fail and develop better interventions to target specific components. I have led a project and developed new methods for mediation analyses to understand the caries pathways/mechanisms particularly for count and zero-inflated count outcomes. Our mediation analysis found that a combined action on multiple aspects (combined bacteria reduction and fluoride increase) of the caries process contributed to the treatment effect more than any single factor, explaining about 36% of the overall treatment effect and indicating a need to investigate pathways through additional mediators.

    a. **Cheng J.,** Chaffee B.W., Cheng N.F., Gansky S.A., and Featherstone J.D.B. (2015). Understanding treatment effect mechanisms of CAMBRA randomized trial in reducing caries increment. *Journal of Dental Research* 94: 44-51. [PMCID: PMC4270809].

    b. Taguri M., Featherstone J., and **Cheng J.** (2018). Causal mediation analysis with multiple causally non-ordered mediators. *Statistical Methods in Medical Research* 27: 3-19. [PMCID: PMC5698181].

    c. **Cheng J.,** Cheng N.F., Guo Z., Gregorich S., Ismail A.I., and Gansky S.A. (2018). Mediation analysis for count and zero-inflated count data. *Statistical Methods in Medical Research* 27: 2756-2774. [PMCID: PMC5502001].

    d. Guo Z., Small D.S., Gansky S., and **Cheng J.** (2018). Mediation analysis for count and zero-inflated count data without sequential ignorability and its application in dental studies. *Journal of the Royal Statistical Society, Series C,* 67: 371-394. [PMCID: PMC5502001].

3. <u>Methodological issues relating to complexity in observational studies.</u> Observational studies and surveys provide a helpful way to evaluation of behavior/treatment effects when randomization is not feasible for ethical, time, and finance reasons. I have developed methods to better design and understand behavior/treatment effects in observational studies and surveys with measured and unmeasured confounding for general types of outcomes that may not follow parametric assumptions.

    a. Small D., **Cheng J.,** Halloran M.E., and Rosenbaum P. (2013). Case definition and design sensitivity. *Journal of the American Statistical Association* 108:1457-1468. [PMCID: PMC3904399].

    b. Baiocchi M., **Cheng J.,** and Small D. (2014). Tutorial in biostatistics: Instrumental variable methods for causal inference. *Statistics in Medicine* 33: 2297-2340. [PMCID: PMC4201653].

    c. Guo Z., **Cheng J.,** Lorch S.A., and Small D.S. (2014). Using an instrumental variable to test for unmeasured confounding. *Statistics in Medicine* 33: 3528-3546. [PMCID: PMC4145076].

    d. **Cheng, J.** and Lin, W. (2018). Understanding distributional and heterogeneous causal effects in observational studies with instrumental propensity score. *American Journal of Epidemiology*, 87: 614-622. [PMCID: PMC5976917].

4. <u>Comparative research in health sciences.</u> I have worked with investigators in various disciplines

for comparative research.

a. Radonovich L.J., **Cheng J.,** Shenal B.V., Yanke R., Hodgson M., and Bender B.S. (2009). Respirator tolerability in healthcare workers. *Journal of the American Medical Association* 301:36-38. [N/A to NIH Public Access Policy].

b. Chaffee, B. and **Cheng, J.** (2018). Tobacco product initiation is correlated with cross-product changes in tobacco harm perception and susceptibility: Longitudinal analysis of the population assessment of tobacco and health youth cohort. *Preventive Medicine*, 114: 72-78. [PMCID: PMC6082707]

c. **Cheng, J.,** Gregorich, S.E., Gansky, S.A., Fisher-Owens, S.A., Kottek, A.M., White, J.M., and Mertz, E.A. (2019). Constructing matched groups in dental observational health disparity studies for causal effects. *JDR Clinical & Translational Research*, 5: 82-91. [PMCID: PMC6918038].

d. Garber AK, **Cheng J**, Accurso EC, Adams SH, Buckelew SM, Kapphahn CJ, Kreiter A, Le Grange D, Machen VI, Moscicki AB, Sy A, Wilson L, Golden NH (2021). Short-term Outcomes of the Study of Refeeding to Optimize Inpatient Gains for Patients with Anorexia Nervosa: A Multicenter Randomized Clinical Trial. *JAMA Pediatrics*, 175 (1): 19-27. [PMCID: PMC7573797].

5. <u>Evaluations of behavioral and educational treatments or training programs.</u> As the leading biostatistician and analyst, I have worked with investigators in evaluations of treatment effects on subjects' health knowledge, attitudes, behaviors and health outcomes as well as evaluations of training programs.

a. Zhan L., **Cheng J.**, Chang P., Ngo M., DenBesten P.K., Hoover C.I., and Featherstone J.D.B. (2012). Effect of xylitol on cariogenic bacteria and caries in young children. *Journal of Dental Research* 91: S85-S90. [PMCID: PMC3383105].

b. Golinveaux J., Gerbert B., **Cheng J.,** Duderstadt K., Alkon A., Mullen S., Lin B., Miller A., and Zhan L. (2013). Oral health education for pediatric nurse practitioner students. *Journal of Dental Education* 77(5):581-590. [PMCID: PMC4259151].

c. White JM, Jenson LE, Gansky GA, Walsh CJ, Accurso BT, Vaderhobli RM, Kalenderian E, Muhammad FW, and Cheng J. (2017). Dental students' clinical experience across three successive curricula at one US dental school. *Journal of Dental Education* 81(4): 366-377. [N/A to NIH Public Access Policy].

d. Chaffee BW, **Cheng J**, Featherstone JD. (2015). Non-operative anti-caries agents and dental caries increment among adults at high caries risk: a retrospective cohort study. *BMC Oral Health*, 15. [PMCID: PMC4581405].

Published Work in MyBibliography: https://www.ncbi.nlm.nih.gov/myncbi/jing.cheng.2/bibliography/public/

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME:  Elaine Ku, MD, MAS

eRA COMMONS USER NAME (credential, e.g., agency login):  ELAINEK

POSITION TITLE:  Associate Professor in Residence

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of California – Los Angeles | BS/BA | 6/2003 | Biology/English |
| University of California – San Diego | MD | 6/2007 | Medicine |
| University of Southern California –Los Angeles | Combined Residency | 6/2011 | Internal Medicine and Pediatrics |
| University of California – San Francisco | Combined Fellowship | 6/2015 | Adult Nephrology and Pediatric Nephrology |
| University of California – San Francisco | MAS | 6/2015 | Clinical Research |

## A.  Personal Statement

I completed a combined fellowship in both adult and pediatric nephrology and have had a long-standing interest in clinical outcomes in chronic kidney disease.  I am currently faculty in the Divisions of Nephrology, Pediatric Nephrology, and Epidemiology and Biostatistics at University of California San Francisco and Director of the Nephrology Transition Clinic and the UCSF Multi-Disciplinary Advancement of Transplant-Centered Health (MATCH) Research Center.  MATCH is focused on health services research in abdominal transplantation in a team-science inter-disciplinary approach including researchers from surgery, medicine, and pathology.  We leverage electronic health record data to improve the quality of care and health outcomes of patients with kidney disease, both before and after transplantation.

One of my main areas of research interest has focused on racial and ethnic disparities in access to kidney transplantation and survival (see Contributions to Science Section A).  I have also been interested in the role of race/ethnicity,  hypertension, and body size as risk factors for the progression of chronic kidney disease (CKD) to end-stage kidney disease (see Contributions to Science Sections B-E).  I have focused much of my research on understanding how system- and provider-level factors interact with patient-level characteristics and give rise to racial equities in access to care in patients with advanced kidney dysfunction (see Citations below).

My group is familiar with, and we have access to data from multiple NIH-funded cohorts, including the Chronic Renal Insufficiency Cohort, the Systolic Blood Pressure Intervention Trial, the Modification of Diet in Renal Disease Trial, the African American Study of Kidney Disease and Hypertension, the Folic Acid for Vascular Reduction in Transplantation, the Action to Control Cardiovascular Risk in Diabetes trial, and the Chronic Kidney Disease in Children (CKiD) study.  I currently serve as the Home Blood Pressure Data Coordinating Center and subaward PI for the CKiD study, which is the largest longitudinal study of children with chronic kidney disease in the US that is still ongoing (and funded by the NIH).  I also serve as a co-investigator for the United States Renal Data System Coordinating Center, which is the national end-stage kidney disease registry that is based at Hennepin Healthcare.   I am well-suited to serve as a technical adviser in the area of CKD and disparities research.

Ongoing projects that I would like to highlight include:

R01 DK115629

Ku/Johansen, Role: Contact PI
12/06/2017 - 11/30/2022
NIH / NIDDK
Racial disparities in access to kidney transplantation in adults and children

R01 DK120886
Ku/Amaral, Role: Contact PI
09/11/2019 – 06/30/2024
NIH / NIDDK
Reaching Equity in Adults and Children (REACH) in Transplantation

75N94019C00006
Johansen (PI), Role: co-investigator
01/01/2020 – 05/30/2024
United States Renal Data System Coordinating Center

R01 DK121904
Ku/Sarnak, Role: Contact PI
5/01/2020 - 04/30/2024
NIH/NIDDK
Acute declines in kidney dysfunction and risk of cardiovascular and kidney outcomes

U01 DK066143
Warady, Role :  Co-I
7/01/2018 – 6/3/2023
Chronic Kidney Disease in Children Study

Citations:
1. Whelan A, Johansen KL, McCulloch CE, Grimes BA, **Ku E**.  Association between longer travel distance for transplant care and access to kidney transplantation and graft survival in the US.  *J Am Soc Neph,* epub ahead of print, May 2021.
2. **Ku E,** McCulloch CE, Adey DA, Li L, Johansen KL.  Racial disparities in eligibility for preemptive waitlisting for kidney transplantation and modification of eGFR thresholds to equalize waitlist time.  *J Am Soc Neph,* Accepted.  Epub ahead of print; 23 Feb, 2021.
3. Winnicki E, McCulloch CE, Mitsnefes MM, Furth S, Warady B, **Ku E**.  Kidney Failure Risk Equation Accurately Predicts End Stage Renal Disease in Children with Chronic Kidney Disease.  *JAMA Pediatrics.* 2018;172(2):174-180. PMID 29255485.
4. Weir MR, Lakkis JI, Jaar B, Rocco MV, Choi MJ, Kramer HJ, **Ku E**. Use of Renin-Angiotensin System Blockade in Advanced CKD: An NKF-KDOQI Controversies Report. *Am J of Kidney Dis.* 2018;72(6):873-84. PMID: 30201547.

## B.  Positions, Scientific Appointments, and Honors

**Positions and Scientific Appointments**

| | |
|---|---|
| 2020 - 2023 | American Society of Transplantation, Public Policy Planning Committee, Member |
| 2020 | KDIGO Controversies Conference on Novel Anemia Therapies, Co-Chair |
| 2020 | NIH Grant Review Committee Member, ZRG1-DKUS B |
| 2019 - Present | Associate Professor in Residence, University of California San Francisco |
| 2019 - 2020 | American Society of Nephrology Grant Review Committee Member |
| 2016 - 2019 | Assistant Professor in Residence, University of California San Francisco |
| 2015 - Present | Director, Nephrology Transition Clinic |
| 2015 - 2016 | Adjunct Assistant Professor, University of California San Francisco |
| 2019 | BMC Nephrology, Associate Editor, Pediatric Section |
| 2018 | UCSF Resource Allocation Program for Trainees Grant Review Committee |

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

| 2018 | Journal of American Society of Nephrology, Editorial Board Member |
| 2018 | American Journal of Nephrology, Editorial Board Member |

### Honors

| 2019 | School of Medicine Short-Term Mentor Award |
| 2018 | American Society of Pediatric Nephrology, Research Highlights from Early Stage Investigators "Urine the Know" |
| 2017 | Chinese American Society of Nephrology Young Investigator Award |
| 2017 | National Kidney Foundation Young Investigator Grant |
| 2016 | American Society of Pediatric Nephrology, Research Highlights "Urine the Know" |
| 2016 | National Kidney Foundation Young Investigator Grant |
| 2016 | American Society of Nephrology, Top Oral Abstract |
| 2015 | Best Abstract International Conference on Dialysis, New Orleans, Louisiana (declined) |
| 2013 | Andy Choi Memorial Scholarship – UCSF Division of Nephrology |
| 2013 | American Society of Nephrology Sharon Anderson Research Fellowship Award |
| 2011 | Resident Teaching Award – LAC-USC Medical Center |
| 2009, 2010 | American College of Physicians (ACP) Southern California Medical Jeopardy |
| 2005 | Mackenzie Foundation Scholar |
| 2004 | NIH research grant recipient – UCSD School of Medicine |
| 2003 | Graduated from UCLA Summa Cum Laude |
| 2000 | Alpha Lambda Delta. Phi Eta Sigma, Sigma Delta Tau Honor Society |
| 2000 | American Heart Association Undergraduate Research Scholar |
| 2000 – 2003 | Doris and Milton Chasin Endowed Scholarship |
| 2000 – 2003 | Barry M. Goldwater Scholar |
| 2000 – 2003 | Provost's Honors List |
| 1999 – 2003 | University of California, Regents Scholar |
| 1999 – 2003 | Robert C. Byrd Scholar |

### Board Certifications

| 2011 -- | Internal Medicine, American Board of Internal Medicine |
| 2011 -- | Pediatrics, American Board of Pediatrics |
| 2015 -- | Nephrology, American Board of Internal Medicine |
| 2016 -- | Pediatric Nephrology, American Board of Pediatrics |

### C. Contributions to Science

*(A)  Racial and ethnic disparities in access to transplant and survival in patients with ESKD.*  There are known racial and ethnic disparities in transplant access and survival of patients with ESKD.  One of my main areas of interest has focused on understanding barriers to transplant access among children and adults and reasons for the observed differences in survival by race and ethnicity among the ESKD population.

    a. **Ku E**, McCulloch CE, Grimes BA, Johansen KL. Racial and Ethnic Disparities in Survival of Children with ESRD. *J Am Soc Nephrol,* 28**:** 1584-1591, 2017.  PMID: 28034898.  PMC 5407725.

    b. **Ku E**, Lee BK, McCulloch CE, Roll GR, Grimes B, Adey D, Johansen KL. Racial and Ethnic Disparities in Kidney Transplant Access within a Theoretical Context of Medical Eligibility. *Transplantation.* 2019. Epub 2019/10/01. doi: 10.1097/tp.0000000000002962. PubMed PMID: 31568216. PMCID pending.

    c. **Ku E**, McCulloch CE, Johansen KL. Starting Renal Replacement Therapy: Is It About Time? *American journal of nephrology.* 2019; 50(2): 144-151.  PMID31269487. PMCID: PMC6667296.

    d. Dinh A, **Ku E**. Pre-transplant dialysis exposure and outcomes after kidney transplantation – where quantity and quality intersect?  *Am J Transplant,* Jan;99(1):24-26.

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

(B) *Racial and ethnic disparities in outcomes in CKD.* I have had considerable interest in the role of *APOL1* genotype on the progression of CKD to ESKD in Black patients and an interest in understanding non-genetic contributors to racial and ethnic disparities in CKD progression.

a. **Ku E**, Lipkowitz MS, Appel LJ, Parsa A, Gassman J, et al. Strict blood pressure control associates with decreased mortality risk by APOL1 genotype. *Kidney Int.* 2016 Dec 04. PMID: 27927600. PMCID: PMC5237400.

b. Wei J, Johansen KL, McCulloch CE, Lipkowitz M, Weir M, Lin F, Campese VM, Smogorzewski M, **Ku E**. Association Between APOL1 Genotype and Need for Kidney Replacement Therapy in Patients Without Diabetes: Does Age Matter? *Am J Kid Dis* 2019. Epub 2019/12/16. doi: 10.1053/j.ajkd.2019.08.017. PubMed PMID: 31837887.

c. **Ku E**, Yang W, McCulloch CE, Feldman HI, Go AS, Lash J, Bansal N, He J, Horwitz E, Ricardo AC, Shafi T, Sondheimer J, Townsend RR, Waikar SS, Hsu CY. Race and Mortality in CKD and Dialysis: Findings From the Chronic Renal Insufficiency Cohort (CRIC) Study. *Am J Kid Dis* 2019. Epub 2019/11/17. doi: 10.1053/j.ajkd.2019.08.011. PubMed PMID: 31732235.

d. Tuot DS, Lin F, Norris K, Gassman J, Smogorzewski M, **Ku E**. Depressive Symptoms Associate With Race and All-Cause Mortality in Patients With CKD. *Kidney Int Rep.* 2019;4(2):222-230. PMID: 30775619.  PMC30775619.

(C) *Understanding risk factors that determine variable rates of progression of CKD.* One of my other areas of interest has been the comparison of risk factors that associate with differential rates of kidney function decline and integrating this understanding to accurately predict time spent in the various stages of CKD. I led the first study to confirm the validity of the Kidney Failure Risk Equation in children with CKD.

a. **Ku E**, Xie D, Shlipak M*, et al.* Change in Measured GFR Versus eGFR and CKD Outcomes. *J Am Soc Nephrol* 2016; 27: 2196-2204.  PMC 4926969.

b. **Ku E,** Johansen KL, McCulloch CE.  Time-centered Approach to Understanding Risk Factors for the Progression of Chronic Kidney Disease. *Clin J Am Soc Nephrol*. 2018 May 7;13(5):693-701. PMC 5969480.

c. Winnicki, E, McCulloch, CE, Mitsnefes, MM, Furth, SL, Warady, BA, **Ku, E**: Use of the Kidney Failure Risk Equation to Determine the Risk of Progression to End-stage Renal Disease in Children With Chronic Kidney Disease. *JAMA Pediatr,* 172**:** 174-180, 2018.  PMID:  29255845.  PMC 5839269.

d. **Ku E,** Johansen KL, McCulloch CE.  Time-centered Approach to Understanding Risk Factors for the Progression of Chronic Kidney Disease. *Clin J Am Soc Nephrol.* 2018 May 7;13(5):693-701. PMID 29602779.

(D) *Anthropometric measurements and risk of death in kidney disease.* My early work was focused on understanding the association between obesity, weight changes, and long-term outcomes in children and adults with chronic kidney disease. We demonstrated that weight loss is common in the advanced stages of CKD and that obesity may be a significant barrier to transplant access in children.

a. **Ku E**, Fine RN, Hsu CY*,* Glidden D, Grimes B, Johansen KL*.* Height at First RRT and Mortality in Children. *Clin J Am Soc Nephrol* 2016; **11:** 832-839.  PMC4858481.

b. **Ku E**, Kopple JD, Johansen KL, McCulloch CE, Go AS, et al. Longitudinal Weight Change During CKD Progression and Its Association With Subsequent Mortality. *Am J Kidney Dis.*  2017 Dec 4. PMID 29217305.  PMC 5915916.

c. **Ku E**, Kopple JD, McCulloch CE, Warady BA, Furth SL, Mak RH, Grimes BA, Mitsnefes M. Associations Between Weight Loss, Kidney Function Decline, and Risk of ESRD in the Chronic Kidney Disease in Children (CKiD) Cohort Study. *Am J Kidney Dis.* 2017 Nov 10. PMID: 2913294. PMC 5916208.

d. **Ku E**, Glidden DV, Hsu CY, Portale AA, Grimes B, Johansen KL: Association of Body Mass Index with Patient-Centered Outcomes in Children with ESRD. *J Am Soc Nephrol,* 27**:** 551-558, 2016. PMC 4731123.

*(E) Blood pressure control and long-term outcomes in patients with CKD.* There remains significant controversy regarding whether strict blood pressure (BP) control is indicated in chronic kidney disease (CKD), since the primary results of randomized controlled trials failed to show any impact on progression of kidney

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

disease with this strategy. My work has focused on appropriate BP targets in different populations, including children, young adults, and older adults with diabetes or CKD.  In particular, I was one of the first to demonstrate that BP control during CKD lowers the risk of death after ESRD onset in two prior randomized controlled trials, one of which was the African American Study of Kidney Disease and Hypertension (AASK). Working with AASK cohort was critical in stimulating my interest in the area of racial disparities in outcomes among patients with CKD.

a. **Ku E**, Glidden DV, Johansen KL, Sarnak M, Tighiouart H, Grimes B, Hsu CY. Association between strict blood pressure control during chronic kidney disease and lower mortality after onset of end-stage renal disease. *Kidney Int*, 2015; 87(5): 1055-1060. PMC4425599.

b. **Ku E**, Gassman J, Appel LJ, Smogorzewski M, Sarnak MJ, Glidden DV, Bakris G, Gutierrez OM, Hebert LA, Ix JH, Lea J, Lipkowitz MS, Norris K, et al. BP Control and Long-Term Risk of ESRD and Mortality. *J Am Soc Nephrol,* 28**:** 671-677, 2017. PMCID:PMC5280023

c. **Ku E**, McCulloch CE, Mauer M, Gitelman SE, Grimes BA, Hsu CY. Association Between Blood Pressure and Adverse Renal Events in Type 1 Diabetes. *Diabetes Care*. 2016 Dec; 39(12):2218-2224. PMID: 27872156. PMCID: PMC5127223.

d. **Ku E,** McCulloch CE, Warady B, Furth S, Mitsnefes M.  Office versus ambulatory blood pressure and their association with risk of adverse outcomes. *Clin J Am Soc Nephrol*.  13(3): 422-428, 2018. PMC 5967676.

URL to full list of citations (via My Bibliography)
http://www.ncbi.nlm.nih.gov/sites/myncbi/1h5mJV3bwj6k8/bibliography/47016809/public/?sort=date&direction=ascending

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

*Provide the following information for the Senior/key personnel and other significant contributors.*
*Follow this format for each person.* **DO NOT EXCEED FIVE PAGES**.

NAME: Potter, Michael B.

eRA COMMONS USER NAME (credential, e.g., agency login): mpotter

POSITION TITLE: Professor of Clinical Family & Community Medicine

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Harvard College | A.B. | 06/1984 | Biochemical Sciences |
| Harvard Medical School | M.D. | 06/1990 | Medicine |
| San Francisco General Hospital | Resident | 06/1993 | Family Medicine |
| San Francisco General Hospital | Chief Resident | 06/1994 | Family Medicine |
| UCSF Family Medicine Faculty Development Fellowship | | 06/1997 | |
| UCSF Advanced Training in Clinical Research Fellowship | | 06/1998 | |
| NIH OBSSR Summer Institute on Randomized Trials Involving Behavioral Interventions | | 06/2005 | |

## A. Personal Statement

The purpose of this U24 grant application is for a Research Coordinating Center to support NIMHD P50 Centers to prevent, treat, and manage comorbid chronic diseases to reduce health disparities with multidimensional approaches.  Relevant to my proposed role on this project, I have been a core faculty member of UCSF's Clinical and Translational Science Institute since its inception in 2006.  As director of CTSI's San Francisco Bay Collaborative Research Network (SFBayCRN) and CTSI's Research Infrastructure Network (RIN), I facilitate the development and provision of services to support research partnerships with community-based health care organizations, including UCSF's clinical affiliates and federally qualified health centers (FQHCs) in Northern California.  In these and other roles I have provided research design consultation and practice recruitment services for multiple federally funded studies taking place in community settings.  This includes a highly successful practice recruitment effort for Dr. Gansky's Center to Address Disparities in Children's Oral Health (CAN DO). More recently, I served as co-chair of the implementation science research committee for a national consortium of NHLBI funded academic centers designing community-engaged research interventions to improve care for sickle cell disease.  This year, I helped develop of UCSF's Patient and Community Advisory Board for COVID-19 research, which assures that UCSF supported COVID-19 researchers are guided by input from patient and community stakeholders.  I also co-lead the Colorectal Cancer Task Force for the UCSF's Comprehensive Cancer Center, which is a philanthropy supported initiative to work in partnership with San Francisco's FQHCs to improve access to colorectal cancer screening and diagnosistic services.  As a principal investigator, I have led numerous interventional studies focusing on clinical prevention and chronic illness care, including studies related to cancer screening, hypertension, type 2 diabetes, and tobacco use, nearly always targeting resource-limited settings serving ethnically diverse and socioeconomically disadvantaged populations.  Thus I have extensive experience in multidisciplinary collabortion and in providing technical assistance in the development of practice-based research studies and networks needed to support them and that will all be essential for the proposed project.

### Four Publications Relevant to this Research

Selby K, Michel M, Gildengorin G, Karliner L, Pramanik R, Fontil V, Potter MB.  Disparities in hypertension control across and within three health systems participating in a data sharing collaborative. J Am Board Fam Med. 2018 Nov-Dec;31(6):897-904.  PMCID: PMC6420811

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

Hiatt RA, Sibley A, Fejerman L, Glantz S, Nguyen T, Pasick R, Palmer N, Perkins A, Potter MB, Somsouk M, Vargas RA, van 't Veer LJ, Ashworth A. The San Francisco Cancer Initiative: A community effort to reduce the population burden of cancer. Health Aff (Millwood). 2018 Jan; 37(1):54-61. PMID: 29309234

Spears W, Tsoh JY, Potter MB, Weller N, Brown AE, Campbell-Voytal K, Getrich CM, Sussman AL, Pascoe J, Neale AV. Use of community engagement strategies to increase research participation in practice-based research networks (PBRNs). J Am Board Fam Med. 2014 Nov-Dec; 27(6):763-71. PMID: 25381073 open access DOI: 10.3122/jabfm.2014.06.140059

Towfighi A, Orechwa AZ, Aragón TJ, Atkins M, Brown AF, Brown J, Carrasquillo O, Carson S, Fleisher P, Gustafson E, Herman DK, Inkelas M, Liu W, Meeker D, Mehta T, Miller DC, Paul-Brutus R, Potter MB, Ritner SS, Rodriguez B, Rusch D, Skinner A, Yee HF. Bridging the gap between research, policy, and practice: Lessons learned from academic-public partnerships in the CTSA network. J Clin Transl Sci. 2020 Mar 10; 4(3):201-208. PMID: 32695489. PMCID: PMC7348007

## Ongoing Research Support

(Grant Number TBA)             Collard (PI)                06/01/2021-06/01/2026
NCATS/Clinical and Translational Science Institute
Role: Co-Investigator

R01HL143366                 Willard-Grace (PI)         09/01/2019- 07/31/2023
NHLBI/ Pulmonary Specialist-Health Coach Consult (PuSHCon) mode
Role: Co-Investigator

U01 HL134007-01             Vichinsky(PI)              08/01/2016-06/30/2022
NHLBI / SC-Links: Linking the Sickle Cell Community, Providers and Systems to Improve Care
Role: UCSF Site Principal Investigator

1R18DK108039-01            Hessler (PI)                09/01/2015-08/31/2022
NIDDK / Enhancing Self-Management Support in Diabetes through Patient Engagement
Role: Co-Principal Investigator

R01AG069734-01             Barnes  (PI)               09/30/2020-05/31/2025
NIA /Low-cost detection of dementia using electronic health records data: Validation and testing of the eRADAR algorithm in a pragmatic, patient-centered trial.
Role:  Co-Investigator

## Other Relevant and Recently Completed Research

27IP-0024                    Potter (PI)                04/01/2018-10/31/2020
UC TRDRP / Comprehensive Program to Reduce Tobacco-Related Health Disparities in CHCs
Role: Principal Investigator

TC1043-19-04820             Potter (PI)                02/01/2019-07/31/2020
Center for Care Innovations / Addiction Treatment Starts Here:  Primary Care
 Role: Principal Investigator

## B. Positions, Scientific Appointments, and Honors
## Positions and Scientific Appointments

2020-present    Director, Research Infrastructure Network, UCSF Clinical and Translational Science Institute,

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

| | |
|---|---|
| | UCSF |
| 2014-present | Consultant on the development and dissemination of the American Cancer Society's Flu-FOBT Program to community health centers nationally, American Cancer Society |
| 2012-2015 | Co-developer of an enduring CME program for primary care clinicians and endoscopists on colorectal cancer quality assurance for the Centers for Disease Control and Prevention |
| 2011-2012 | Steering Committee Member, AHRQ Practice Based Research Network Resource Center |
| 2010-present | Director, San Francisco Bay Collaborative Research Network, CTSI Community Engagement and Health Policy Program, UCSF |
| 2010-present | Colorectal Cancer Subcommittee for the California State Cancer Plan, California Department of Public Health |
| 2008-present | Professor, Clinical Family and Community Medicine, Family and Community Medicine, UCSF |
| 2007-2008 | Scientific Assembly Co-Chair, California Academy of Family Physicians |
| 2006-2010 | Director UCSF Collaborative Research Network, Family and Community Medicine, UCSF |
| 2006-2008 | Associate Professor, Clinical Family and Community Medicine, Family and Community Medicine, UCSF |
| 2004-2005 | Member, Committee on Scientific Programs, American Academy of Family Physicians |
| 2003-present | Member, National Colorectal Cancer Roundtable, including Steering Committee Member 2008-2012 and Chair Professional Education and Practice Implementation Task Group, 2012-2018 |
| 2002-2006 | Co-Director, UCSF Collaborative Research Network, Family and Community Medicine, UCSF |
| 2002-2006 | Health Sciences Associate Clinical Professor, Family and Community Medicine, UCSF |
| 2001-present | Research Director, Lakeshore Family Medicine Center, Family and Community Medicine, UCSF |
| 2000-2010 | Patient Education Consultant and Website Editor, Consumer Health Interactive |
| 1999 | Member, Colorectal Cancer Screening Task Force, Brown & Toland Medical Group |
| 1996-2002 | Assistant Director, UCSF/Stanford Collaborative Research Network, Family and Community Medicine, UCSF |
| 1996-present | Member, North American Primary Care Research Group |
| 1996-2017 | President, San Francisco Academy of Family Physicians |
| 1994-present | Attending Physician, Family and Community Medicine, UCSF |
| 1994-2013 | Attending Physician, Family and Community Medicine, San Francisco General Hospital |
| 1994-2002 | Health Sciences Assistant Clinical Professor, Family and Community Medicine, UCSF |
| 1990-present | Member, American Academy of Family Physicians |
| 1984-1986 | Public Health Consultant, Rural Health Delivery Systems Project, Haiti, Management Sciences for Health |

## Honors (partial list)

| | |
|---|---|
| 2016 | 80% by 2018 California Acheivement Award – American Cancer Society. |
| 2013 | Prevention Laurel for Innovative Programs -- for development, dissemination, and implementation of FLU-FOBT and FLU-FIT Programs, Prevent Cancer Foundation, National Colorectal Cancer Roundtable, and the American College of Obstetricians and Gynecologists |
| 2008 | Excellence in Teaching Award, UCSF Academy of Medical Educators |
| 2007 | Best Research Poster -- Genentech Award, Bay Area Clinical Research Symposium |
| 2001 | Kaiser Teaching Award Nominee, UCSF Medical Students |
| 1999 | Outstanding Leadership in a Preceptorship (UCSF MedTeach Awards), UCSF Medical Students |
| 1997 | Certificate of Appreciation, UCSF Medical Student Homeless Clinic |
| 1991 | Julius Krevans Award for Clinical Excellence as an Intern, San Francisco General Hospital |
| 1984 | Graduated magna cum laude, Harvard College |

## C. Contributions to Science

1. **Patient Engagement**. SFBayCRN is part of a consortium of 8 practice-based research networks focusing on diverse communities. This consortium has contributed to the field of recruitment and retention of participants in multiethnic communities in practice-based research. I served as principal investigator for

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

UCSF's role in these projects. In a related line of work, I have more recently been mentoring a team of researchers on an exploration of the creation and role of patient advisory councils on practice improvement.

a) Getrich CM, Sussman AL, Campbell-Voytal K, Tsoh JY, Williams RL, Brown AE, **Potter MB,** Spears W, Weller N, Pascoe J, Schwartz K, Neale AV. Cultivating a Cycle of Trust With Diverse Communities in Practice-Based Research: A Report From PRIME Net. Ann Fam Med. 2013 Nov-Dec; 11(6):550-8. PMID: 24218379. PMCID: PMC3823726

b) Spears W, Tsoh JY, **Potter MB,** Weller N, Brown AE, Campbell-Voytal K, Getrich CM, Sussman AL,Pascoe J, Neale AV. Use of Community Engagement Strategies to Increase Research Participation in Practice-based Research Networks (PBRNs). J Am Board Fam Med. 2014 Nov-Dec; 27(6):763-71. PMID: 25381073 open access DOI: 10.3122/jabfm.2014.06.140059

c) Willard-Grace R, Sharma AE, Parker C, **Potter MB.** Engaging patients as partners in practice improvement: a survey of community health centers. JCOM. 2016 Jul;23(7):311-319. PMCID: PMC5308537

d) Sharma AE, Willard-Grace R, Zieve OC, Dube K, **Potter MB**.  How can we talk about patient centered care without patients at the table?  Lessons learned from a qualitative study of high functioning patient advisory councils. J Am Board Fam Med. November 2016, 29 (6) 775-784; PMID: 28076261 open access DOI: 10.3122/jabfm.2016.06.150380

2. **Community Engagement.** As a core faculty member in the CTSI Community Engagement and Health Policy Program, I have contributed to widely used monographs advancing the field of practice-based research, particularly the importance of appreciating the differing perspectives of research institutions and community-based clinical organizations in the development of practice-based research partnerships.  These resources have been broadly shared with other CTSA's and posted on the ARHQ Practice-Based Research Network Resource Center website. Most recently I have contributed to the literature on implementation science with a chapter on my research for a book on Implementation Science for the National Cancer Institute.

a) Handley M, **Potter M**, Goldstein E. (May 2008). Collaboration with Community-Based Clinicians: A Guide for UCSF  Researchers. From the series: UCSF Clinical and Translational Science Institute (CTSI) Guides to Community- Engaged Research, P. Fleisher, ed. Published by Clinical Translational Science Institute Community Engagement Program, University of California San Francisco.

b) Abrams D, Alvarez R, Benson M, Benton L, Bird W, Fischer D, Goldstein E, **Potter M**, Raine-BennettT. (May 2008). Collaboration with UCSF Researchers: A Guide for Community Clinicians. From the Series: UCSF Clinical and Translational Science Institute (CTSI) Guides to Community-Engaged Research, P. Fleisher, ed.  Published by Clinical and Translational Science Institute Community Engagement Program, University of California, San Francisco.

c) **Potter M**, Handley M, Goldstein E, Abrams D, Alvarez R, Benton LD, Bird W, Fischer D, Raine-Bennett TR.  Community-Engated Research with UCSF Researchers.  A Resource Manual for Community-Based Clinicians.  From the Series: UCSF Clinical and Translational Science Institute (CTSI) Guides to Community-Engaged Research, P. Fleisher, ed.  Published by Clinical and Translational Science Institute Community Engagement Program, University of California, San Francisco.

d) **Potter MB**, Kirkland D, Walsh JME, Somkin CP, Gomez V, Green LW. The FluFIT Program: a colorectal cancer screening intervention designed and tested for successful implementation. In Optimizing the Cancer Control Continuum: Advancing Implementation Research, Ed. Vinson C and Chambers D. Oxford University Press, 2019.

3. **Practice-Based Research.** As director of SFBayCRN and a practice-based researcher, I have led or been a co-investigator in studies, many of which have been widely cited, that provide insight into the concerns of clinicians and patients with regard to common problems such as pain management, obesity, prostate cancer screening, and cholesterol guidelines. Other clinical topics that I have addressed through this type of research include primary care interventions to improve oral health in young children, use of pre-exposure prophylaxis for individuals at risk for HIV infection, sickle cell disease, and care for patients with type 2 diabetes.

a) **Potter MB**, Vu JD, Croughan-Minihane M. Weight management: what patients want from their primary care physicians. J Fam Pract. 2001;50:513-8. PMID: 11401737

b) Dooley D, Moultrie NM, Heckman B, Gansky SA, **Potter MB** Walsh MM.  Oral health prevention and toddler well-child care: Rpoutine integration in a safety net system. Pediatrics. 2016, Jan; 137(1). PMID: 26644747. PMCID: PMC4702016.

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

c) Hankins JS, Shah N, DiMartino L, Fernandez ME, Gibson RW, Gordeuk V, Lottenberg R, Kutlar A, Melvin C, Simon J, Wun T, Treadwell M, Calhoun C, Baumann AA, **Potter MB**, Klesges LM, Bosworth HB, for the Sickle Cell Disease Implementation Consortium.  Integration of mHealth Into sickle Cell Disease Care to Increase Hydroxyurea Utilization (mESH) - An Efficacy and Implementation Study.  JMIR Res Protoc2020 Jul 23;37(3):321-324 PMID: 32442144/ PCMID: PMC738804.

d) Bacon O, Gonzalez R, Andrew E, **Potter MB**, Iñiguez JR, Cohen SE, Liu AY, Fuchs JD. Brief Report: Informing Strategies to Build PrEP Capacity Among San Francisco Bay Area Clinicians. J Acquir Immune Defic Syndr. 2017 Feb 1;74(2):175-179. doi: 10.1097/QAI.0000000000001182. PMID: 27654813; PMCID: PMC5233589.

4. **Colorectal Cancer Screening in Primary Care.** As a researcher with a specific interest in colorectal cancer screening, I developed and evaluated an innovative colorectal cancer screening program called the FluFIT Program, that has been that has been translated into diverse clinical settings internationally and actively promoted by AHRQ, NCI, and CDC as a model of high impact practice-based research.

a) **Potter MB**, Gildengorin G, Wang Y, Wu M, Kroon L. Comparative effectiveness of two pharmacy-based colorectal cancer screening interventions during an annual influenza vaccination campaign. J Am Pharm Assoc. 2010;50:181-7. PMID: 20199960

b) **Potter MB**, Ackerson LM, Gomez V, Walsh JM, Green LW, Levin TR, Somkin CP. Effectiveness and Reach of the FLU-FIT Program in an Integrated Health Care System: A Multisite Randomized Trial. Am J Public Health. 2013 Jun; 103(6):1128-33. PMID: 23597357.  PMCID: PMC3670663.

c) **Potter MB,** Phengrasamy L, Hudes ES, McPhee SJ, Walsh JM. Offering annual fecal occult blood tests at annual flu shot clinics increases colorectal cancer screening rates. Ann Fam Med. 2009;7:17-23. PMCID: PMC2625837

d) Walsh JM, Gildengorin G, Green LW, Jenkins J, **Potter MB**. The FLU-FOBT Program in community clinics: durable benefits of a randomized controlled trial. Health Educ Res. 2012 Oct; 27(5):886-94. PMID: 22641790.  PMCID: PMC3442378

5. **Colorectal Cancer Screening Guidelines and Advocacy.** As chair of the Professional Education and Practice Committee of the National Colorectal Cancer   Roundtable, I had the opportunity to participate in the synthesis of knowledge on colorectal cancer screening best practices for national and international audiences. Many of the publications I have worked on related to these have been widely cited and influential in the delivery of healthcare practice.

a) **Potter MB**. Strategies and resources to address colorectal cancer screening rates and disparities in the United States and globally. Annu Rev Public Health. 2013 Mar 18; 34:413-29. PMID: 23297661

b) Fletcher RH, Nadel MR, Allen JI, Dominitz JA, Faigel DO, Johnson DA, Lane DS, Lieberman D, Pope JB, **Potter MB**, Robin DP, Schroy PC, Smith RA. The quality of colonoscopy services--responsibilities of referring clinicians: a consensus statement of the Quality Assurance Task Group, National Colorectal Cancer Roundtable. J Gen Intern Med. 2010;25:1230-4. PMCID: PMC2947628

c) Lieberman D, Nadel M, Smith RA, Atkin W, Duggirala SB, Fletcher R, Glick SN, Johnson CD, Levin TR, Pope JB, **Potter MB**, Ransohoff D, Rex D, Schoen R, Schroy P, Winawer S. Standardized colonoscopy reporting and data system: report of the Quality Assurance Task Group of the National Colorectal Cancer Roundtable. Gastrointest Endosc. 2007;65:757-66. PMID: 17466195.  PMCID: PMC294628.

d) Sarfaty M, Doroshenk M, Hotz J, Brooks D, Hayashi S, Davis TC, Joseph D, Stevens D, Weaver DL, **Potter MB**, Wender R. Strategies for expanding colorectal cancer screening at community health centers. CA Cancer J Clin. 2013 Jul; 63(4):221-31. PMID: 23818334

A complete bibliography can be accessed at
https://www.ncbi.nlm.nih.gov/myncbi/1BiGnqIOcqWAF/bibliography/public/

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Yansane, Alfa

eRA COMMONS USER NAME (credential, e.g., agency login): ayansane

POSITION TITLE: Assistant Professor/Biostatistician

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of California, Berkeley | BA | 05/2001 | Applied Mathematics |
| Harvard University | AM | 05/2007 | Biostatistics |
| Harvard University | PhD | 05/2012 | Biostatistics |

## A. Personal Statement

The purpose of this U24 grant application is for a Research Coordinating Center to support NIMHD P50 Centers to prevent, treat, and manage comorbid chronic diseases to reduce health disparities with multidimensional approaches. I will contribute my experience as a biostatistician to support the study design, protocol development, sample size determinations, and performance of statistical analyses.

Currently, I am an Assistant adjunct professor in the department of Preventative and Restorative Dental Sciences at the University of California, at San Francisco (UCSF) School of Dentistry. I developed, implemented, and direct an introductory biostatistics course for dental residents in UCSF. My current research interests and areas of study include statistical modeling for clinical information within the electronic health record, oral health delivery systems, and patient safety. I also have experience with comparative effectiveness research and statistical methods for environmental studies. The methods I have explored were focused on parametric/semi-parametric regression, structural equation models, and missing data imputation. My research activities included statistical direction of several NIH funded grants of which the relevant projects are listed; "Developing Patient Safety Systems for Dentistry" (1R01DE022628-01A1), "Implementing Dental Quality in Practice" (1R01DE024166-01A1), and "Measuring Occurrence of and Disparities in Dental Clinic Adverse Events" AHRQ (RFA-1R01HS024406) alongside Drs. Muhammad Walji and Elsbeth Kalenderian. Our collaboration has spanned multiple projects that have yielded numerous peer-reviewed publications. As a result, I am confident in my ability to accomplish my project duties while ensuring timely and efficient execution of this project's plans.

My role in this project will be to provide bio-statistical assistance and expertise with the translation of theoretical frameworks and conceptual models related to the study activities. I will also support data requests, provide simulations, and perform statistical analyses. My background and previous experience in patient safety and dental health care quality adequately prepares me for my role on this project. Beyond the fact that this project will afford unprecedented opportunities to objectively assess the state of dental care quality in the US, I am fascinated at the prospects, as it will help to develop evidence-based recommendations to improve the quality of oral healthcare delivered in the future.

a. Ramoni RB, Walji MF, Kim S, Tokede O, McClellan L, Simmons K, Skourtes E, **Yansane A**, White JM, Kalenderian E. Attitudes toward and beliefs about the use of a dental diagnostic terminology: A survey of dental care providers in a dental practice. J Am Dent Assoc. 2015 Jun; 146(6):390-7. doi: 10.1016/j.adaj.2015.02.007. PMID: 26025826. PMCID: PMC4450444

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

    b. Tokede OA, Onabanjo TA, **Yansane A**, Gaziano JM, Djoussé L. Soya products and serum lipids: a meta-analysis of randomised controlled trials. Br J Nutr. 2015 Sep 28; 114(6):831-43. doi: 10.1017/S0007114515002603. PMID: 26268987

    c. Ohiomoba H, Sonis A, **Yansane A**, Friedland B. Quantitative evaluation of maxillary alveolar cortical bone thickness and density using computed tomography imaging./> Am J Orthod Dentofacial Orthop. 2017 Jan;151(1):82-91. doi: 10.1016/j.ajodo.2016.05.015. PMID: 28024789

    d. Gallucci GO, Khoynezhad S, **Yansane A**, Taylor J, Buser D, Friedland B. Influence of the Posterior Mandible Ridge Morphology on Virtual Implant Planning. Int J Oral Maxillofac Implants. 2017 Jul/Aug;32(4):801-806. doi: 10.11607/jomi.5546. PMID: 28708910

## B. Positions and Honors

### Positions and Employment
| | |
|---|---|
| 2012-2014 | Postdoctoral Research Fellow, Harvard Medical School Boston, MA |
| 2014-2016 | Instructor, Harvard School of Dental Medicine Boston, MA |
| 2016-Present | Assistant Adjunct Professor, University of California, San Francisco San Francisco, CA |

### Honors
| | |
|---|---|
| 2016-2018 | American Association for Dental Research |

## C. Contributions to Science

1. **Patient Safety**: For the past 3 years, my research has been focused on patient safety. I guided and performed the study design and statistical analysis for the estimation of adverse events that occur in the dental office. This work entailed quantifying the frequency of adverse events as well as pertinent factors associated with their occurrence. We used traditional diagnostic methods to determine the effectiveness of each trigger. In order to conduct the chart audits and calibrate the reviewers, we used variants of the kappa coefficient for agreement. The methodologies performed were primarily centered on the analysis of categorical data. We explored the severity and medical type variation among consensus adverse events.

    a. Calvo JM, Kwatra J, **Yansane A**, Tokede O, Gorter RC, Kalenderian E. Burnout and Work Engagement Among US Dentists. J Patient Saf. 2017 Jun 30. doi: 10.1097/PTS.0000000000000355.

    b. Kalenderian E, Obadan-Udoh E, Maramaldi P, Etolue J, **Yansane A**, Stewart D, White J, Vaderhobli R, Kent K, Hebballi NB, Delattre V, Kahn M, Tokede O, Ramoni RB, Walji MF. Classifying Adverse Events in the Dental Office. J Patient Saf. 2017 Jun 30. doi: 10.1097/PTS.0000000000000407.

    c. Tokede O, Walji M, Ramoni R, Rindal DB, Worley D, Hebballi N, Kumar K, van Strien C, Chen M, Navat-Pelli S, Liu H, Etolue J, **Yansane A**, Obadan-Udoh E, Easterday C, Enstad C, Kane S, Rush W, Kalenderian E. Quantifying Dental Office-Originating Adverse Events: The Dental Practice Study Methods. Journal of Patient Safety. 2017 Dec 5. PMID: 29206706.

    d. Yansane, A., Walji, M.F., **Kalenderian, E.** Introducing Safety in Dentistry: Perspectives and Directions. Journal of the California Dental Association. 2019 July; 47(7):433-437

2. **Quality Improvement:** Our group has also made contributions to the quality improvement efforts in dentistry. The objectives of the 'DQM Project' R01 data source (R01DE024166) are part of a long-term goal to improve oral health by facilitating dental patient care quality improvement, research, educational advancement, and discovery. The R01 utilizes EHRs as a tool to respond to the nation's need for valid and feasible oral health care quality measures. To-date, the grant has been successful in constructing 10 dental quality measures (DQMs) that are explicitly definable within the context of the EHR and across a broad range of practice settings. As part of the preliminary work in the R01, an aggregated set of 135 individual DQMs identified from quality assurance and improvement bodies, professional organization position papers, and other related published works was compiled for review. To refine the set of measures, an iterative selection process was initiated within the R01-workgroup to prioritize the DQMs according to feasibility, reliability, and content. To-date, the project team has amassed a very granular EHR database of clinical (e.g. diagnoses and procedures), socio-demographic (race/ethnicity, insurance, and socio-economic status), and behavioral (e.g. smoking status) data. This structured data provides a unique opportunity to investigate oral health care quality in a demographically diverse population. We will apply

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

both descriptive and multivariate methods to assess associations, adjusting for individual, institutional effects related to oral health care quality. I guided and performed the statistical analysis for the estimation and evaluation of each measure.

a. Neumann A, Kalenderian E, Ramoni R, **Yansane A**, Tokede B, Etolue J, Vaderhobli R, Simmons K, Even J, Mullins J, Kumar S, Bangar S, Kookal K, White J, Walji M. Evaluating quality of dental care among patients with diabetes: Adaptation and testing of a dental quality measure in electronic health records. J Am Dent Assoc. 2017 Jun 16. pii: S0002-8177(17)30372-0. doi: 10.1016/j.adaj.2017.04.017. [Epub ahead of print] PMID: 28624074

b. Kumar, S.V., Bangar, S., Neumann, A., Kookal, K.K., **Yansane, A.,** Tokede, O., Obadan-Udoh, E., Mertz, E., Simmons, K., Even, J., Mullins, J., White, J., Kalenderian, E., Walji, M.F. Assessing Validity of Existing Dental Sealant Quality Measures. J Am Dent Assoc. 2018 Sep;149(9):756-764.e1. doi: 10.1016/j.adaj.2018.05.001. Epub 2018 Jul 4. PMID:29980245.

c. Neumann, A., Obadan-Udoh, E., Bangar, S., Tokede, B., **Yansane, A.,** Mertz, E., Panwar, S., Gharpure, A., Kookal, K., Mullins, J., Even, J., Simmons, K., White, J.M., Walji, M.F., Kalenderian, E. Number of Pregnant Women at Four Dental Clinics and the Care They Received: A Dental Quality eMeasure Evaluation. J Dent Educ 2019;83(10):1158-65; doi: https://doi.org/10.21815/JDE.019.123

d. Neumann*, A., Kumar*, S., Bangar, S., Kookal, K., Spallek, H., Tokede, B., Simmons, K., Even, J., Mullins, J., Mertz, E., **Yansane, A.,** Obadan-Udoh, E., White, J.M., Walji, M.F., Kalenderian, E. Tobacco Screening and Cessation Efforts by Dental Providers: a quality measure evaluation. J Public Health Dent. 2019 Spring, 79(2):93-101 doi: 10.1111/jphd.12298. ISSN 0022-4006

**3. Diagnostic Terminology**: Building a diagnostic centric dental profession. Until recently, a commonly accepted standardized diagnostic terminology did not exist for oral diagnoses. There are many benefits of documenting diagnoses in a standardized way. To fill the void created by insufficient dental terminologies, a multi-institutional workgroup was formed among members of the Consortium for Oral Health-Related Informatics (COHRI) to develop the Dental Diagnostic System (DDS) in 2009. While the development of a usable dental diagnosis terminology and its adoption by dental care providers are paramount, rigorous assessments of the use and validity of any terminology must be done to assure its effectiveness in practice. I serve as a co-investigator in the relevant studies providing statistical guidance and analysis.

a. Kalenderian E, Tokede B, Ramoni R, Khan M, Kimmes N, White J, Vaderhobli R, **Yansane A**, Feilzer A, Walji M. Dental clinical research: an illustration of the value of standardized diagnostic terms. J Public Health Dent. 2016 Mar; 76(2):152-6. doi: 10.1111/jphd.12124. Epub 2015 Oct 30. PMID: 26517578. PMCID: PMC5019247

b. Kalenderian E, Maramaldi P, Kim S, Etolue J, McClellan L, Simmons K, **Yansane A**, White JM, Walji MF, Ramoni RB. Strategic Shift to a Diagnostic Model of Care in a Multi-Site Group Dental Practice. Int J Dent Oral Health. 2016 Jul;2(4). doi: 10.16966/2378-7090.209. Epub 2016 Jun 20. PMID: 28042605.

c. Ramoni RB, Etolue J, Tokede O, McClellan L, Simmons K, **Yansane A**, White JM, Walji MF, Kalenderian E. Adoption of dental innovations: The case of a standardized dental diagnostic terminology. J Am Dent Assoc. 2017 May;148(5):319-327. doi: 10.1016/j.adaj.2017.01.024. Epub 2017 Mar 30. PMID: 28364948

d. Yansane, A., Tokede, B., Etolue, J., Walji, M., Obadan-Udoh, E., **Kalenderian, E.** Utilization and Validity of the Dental Diagnostic System Over Time in Academic and Private Practice. JDR Clinical & Translational Research. 2019 Apr; 4(2):143-150. https://doi.org/10.1177/2380084418815150

**D. Additional Information: Research Support and/or Scholastic Performance**

<u>**Ongoing Research Support**</u>

Agency: NIH (NIDCR) 1UG3DE029158-01        (Kalenderian, E., Walji, M.)        10/01/19– 9/30/25
Title:  Understanding Pain after Dental Procedures
Goal: We will systematically explore pain after dental procedures using mobile phones. We will develop a detailed pain registry by engaging NDPBRN providers and patients undergoing dental surgical procedures.
Role: Co- Investigator


1 U18 HS026135-01                        (Kalenderian, E)                        08/01/2018-06/30/2021
NIH (AHRQ)
Title: Optimizing Acute Post-Operative Dental Pain Management Using New Health Information Technology

Docusign Envelope ID: BE62AF9D-AD4E-840A-8949-1869D5C5014D

Goal: Pain has been considered the fifth vital sign. Pain as a result of treatment occurs with relative frequency in the delivery of healthcare and may result in permanent harm or injury. The literature shows that the frequent under-treatment of pain is most likely the result of insufficient pain assessments. Mismanagement of pain may undermine the quality of care clinicians provide and could contribute to poor health outcomes (e.g. hospital readmissions, worsening co-morbidities, and more emergency visits). This study seeks to evaluate whether a mobile app can help patients document their pain experiences after dental procedures so that dentists can provide more refined management care/services.
Role: Co-Investigator


1 R01DE024166-01A1                           (Walji/Kalenderian)              04/01/15-2/28/2021 (NCE)
NIH/NIDCR
Title: Implementing Dental Quality Measures in Practice
Goal: The major goals of this project are to build upon our prior work in developing the BigMouth Dental Data Repository that contains clinical data on 1.1 million patients. In addition, we will be supported by the collective strength of the 35 dental institutions that have formed the Consortium for Oral Health Research and Informatics (COHRI) and have agreed to share oral health data.
Role: Co-Investigator


Agency: NIH (AHRQ) 1 R18 HS027268-01        Walji, M., Kalenderian, E. (Multiple PI)      09/01/19–08/31/24
The objective of this application is to advance the dental Patient Safety Initiative by translating our findings from chart reviews to a learning health system where we identify the contributing factors that lead to an adverse event and develop and test improvement strategies to prevent them.
Role: Co-Investigator


## Completed Research Support
UCSF Intramural Grant – Resource Allocation Program        (Yansane, A)          06/01/2018-05/31/2021
Title: Composite Performance Scores for Dental Quality
Goal: The primary goal of this study is to construct a composite measure of dental quality using several aggregated quality measures. My proposal is concerned with developing methods that would describe how the individual measures cluster and inter-relate, the relative magnitude of effects, and the potential associations with one another. Once that information is attained, it is utilized within the statistical development of a composite quality measure that recognizes each individual measures' contribution. Lastly, the composite measure is tested for validity. This type of composite measure is able to synthesize multivariate data in a succinct way which in turn increases interpretability. The resulting score can be used as both an outcome and predictor in epidemiological research.
Role: Principal Investigator


1R01DE022628-01A1                           (Walji, M.)                     03/01/13-11/30/20 (NCE)
NIH/NIDCR
Title: Developing a Patient Safety System for Dentistry
Goal: The major goals of this project are to identify adverse events in dentistry, as an important step towards allowing the dental clinic to become a safer place. The results of this project will help to identify specific strategies and interventions to prevent adverse events from occurring in the future.
Role: Co-Investigator


1R01HS024406                               (Walji, M)                      09/30/2015 – 09/29/2018
AHRQ
Title: Measuring Occurrence of and Disparities in Dental Clinic Adverse Events
Goal:  This project will: (1) be the first to quantify adverse events that happen in dental practices, (2) help to identify whether certain groups of people are at higher risk, and (3) provide an estimate of how many more adverse events originating in the dental clinic we might find if we also looked at medical visits. Adverse events in medicine are a major source of preventable death and injury; identifying and addressing these events in dentistry will be a boon to our collective public health.
Role: Co-Investigator

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

1R01DE023061-01A1        (Kalenderian, E.)        09/15/13-08/31/18
NIH/NIDCR
Title: A Whole Systems Approach to Implementing Standardized Dental Diagnostic Terms
Goal: The major goals of this project are to develop a tested, generalizable process for effectively implementing the EZCodes dental diagnostic terminology, in service of the long-term goal of broad dissemination of the benefits of a common dental diagnostic terminology.
Role: Co-Investigator

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

**BIOGRAPHICAL SKETCH**

NAME: **Dean Schillinger, MD**

eRA COMMONS USER NAME: SCHILLINGER

POSITION TITLE: Professor of Medicine in Residence, University of California, San Francisco (UCSF)

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Brown University | BA | 06/1986 | Russian Lang. & Lit. |
| University of Pennsylvania, Philadelphia, PA | MD | 06/1991 | Medicine |
| UC San Francisco, SF General Hospital, SF, CA | Resident | 06/1994 | Internal Medicine |
| UC San Francisco, SF General Hospital, SF, CA | Chief Resident | 06/1995 | Internal Medicine |
| UCSF Department of Epidemiology and Biostatistics | | 06/2003 | Adv. Clinical Research |

## A.      Personal Statement of Qualification

I am a general internist and primary care physician and former Chief of the UCSF Division of General Internal Medicine at San Francisco General Hospital (SFGH). An international research expert in chronic disease-related public health, health communication, dissemination science and health policy, I founded the UCSF Center for Vulnerable Populations in 2006, and currently direct the UCSF Health Communications Research Program housed there. I also have deep public health experience, having served a 5-year term as Chief Medical Officer for the Diabetes Prevention and Control Program for California, during which time I oversaw activities related to the US-Mexico Border Project and initiated the Medicaid Incentives to Quit Project, a statewide health communications natural experiment targeting California's Medicaid members with diabetes and other chronic diseases. I have focused my translational research on health communication for vulnerable populations and interventions to reduce diabetes-related health disparities, carrying out a number of studies exploring the impact of limited health literacy on the care of patients with diabetes and diabetes risk. I have been awarded research grants from NHLBI, NLM, NIDDK, NCI, AHRQ, CDC, NLM, PCORI and private foundations to develop and evaluate care management programs tailored to the literacy and language needs of patients with chronic diseases, such as diabetes, arthritis, heart failure, kidney disease, cancer, mental illness and oral health problems. I have published over 285 peer-reviewed scientific articles in the field of diabetes public health, health communication science, chronic disease prevention and control and health disparities, and have contributed to methodologic discoveries involving community-engaged research, quasi-experimental studies, natural experiments and evaluations of mass media events and social media campaigns. Of Chilean descent, I have extensive experience working with Latinx populations and carrying out related community-based participatory research. I have contributed to a number of NASEM reports on health literacy. I have co-created a youth-led diabetes prevention social media campaign called *The Bigger Picture*, which merges Arts with Public Health to catalyze social action; the campaign has been recognized by the National Academy of Medicine and has received awards from APHA and other public health entities, and was recently receive the 2021 WHO Non-Communicable Disease Lab Award. As a health communication scientist, I have received the George Engel Career Research Award from the American Association of Communication in Healthcare; The James Irvine Foundation Leadership Award for Diabetes Public Health Communication; the WHO Non-Communicable Disease Policy Lab Award; the American Public Health Association's Everett M. Rogers Award for lifetime achievement in health communication science.

My current research includes a 5-year NIDDK P30 grant that was just funded; I am MPI and will serve as co-Director of this new Center for Type 2 Diabetes Translational Research, entitled "**D**iabetes **R**esearch for **E**quity through **A**dvanced **M**ultilevel **S**cience Center for Diabetes Translational Research." DREAMS-CDTR is a collaborative partnership between the University of California at San Francisco, Merced and Davis; Kaiser Permanente Northern California's Division of Research and Stanford University to reduce diabetes related health

Contact PD/PI: Charlehois, Edwin
Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

disparities and improve health equity in northern California. Second, I also serve as PI for a 5-year U18 grant from CDC/NIDDK as part of the NEXT-D3 consortium. Entitled, **LongItudinal Food security Experiments via SuPplemental Assistance with Nutrition for Diabetes (LIFESPAN-D)**, this grant supports rigorous evaluation of large-scale natural experiments to determine the health and cost-related effects of nutrition assistance via the two largest federal nutrition assistance programs (SNAP and WIC) on type 2 diabetes outcomes across the lifespan. Third, I am PI of an NIDDK R-01 entitled **EValuating Interventions in DiabEtes through Natural Controlled Experiments (EVIDENCE)**, wherein we are conducting a prospective evaluation of a population-wide sugar-sweetened beverage tax in both tax-affected and matched unaffected California counties, identifying changes to both beverage and food consumption and purchasing, food substitution patterns, spillover to neighboring areas, effects of marketing, and any regressive economic effects for low-income populations. We will also employ simulation models of obesity, type 2 diabetes, and cardiovascular disease to project the generalizable impact and cost-effectiveness of the interventions for reducing long-term national race/ethnic and socioeconomic disparities. Fourth, I serve as PI for a RWJF grant to support a quasi-experimental diabetes prevention trial involving six public high schools in low-income neighborhoods. The goal is to "make health a shared value" among low-income youth of color by nurturing and amplifying the spoken word voices of youth from communities that have historically been marginalized. Additional funded research for which I serve as a coinvestigator includes an NIDDK U01 grant for research on disparities in diabetic foot ulcer healing; and NIH Fogarty Global Infectious Diseases (GID) training grant to establish a research and training program focused on the study of the interaction of infectious diseases with non-communicable diseases such as diabetes. Finally, with support from an R-01 from NLM, I recently completed an R-01 that used computational linguistic tools to estimate health literacy at an individual- and population-level in a diverse cohort of ~10,000 patients with diabetes and served as a coinvestigator on another NIDDK R-01 (KARE, **K**idney **A**wareness **R**egistry and **E**ducation) that assessed the impact of a multi-faceted intervention to enhance the delivery of high-quality chronic kidney disease management in public health care delivery settings.

Selected citations not cited in **Section C** below that demonstrate the broad range of my research across chronic diseases:

a. **Schillinger D**, Piette J, Grumbach K, Wang F, Wilson C, Daher C, Leong-Grotz K, Castro C, Bindman AB. Closing the loop: physician communication with diabetic patients who have low health literacy. *Arch Intern Med*. 2003 Jan 13; 163(1):83-90

b. Barton JL, Criswell LA, Kaiser R, Chen YH, **Schillinger D**. Systematic review and meta-analysis of patient self-report versus trained assessor joint counts in rheumatoid arthritis. *J Rheumatol*. 2009 Dec; 36(12):2635-41.

c. Moffet HH, **Schillinger D**, Weintraub JA, Adler N, Liu JY, Selby JV, Karter AJ. Social disparities in dental insurance and annual dental visits among medically insured patients with diabetes: the Diabetes Study of Northern California (DISTANCE) Survey. *Prev Chronic Dis*. 2010 May; 7(3):A57

d. Diabetes Prevalence among Racial-Ethnic Minority Group Members With Severe Mental Illness Taking Antipsychotics: Double Jeopardy? *Psychiatr Serv*. 2017 Aug 01; 68(8):843-846. Mangurian C, Keenan W, Newcomer JW, Vittinghoff E, Creasman JM, **Schillinger D**.

## B. Positions and Honors

### Positions and Employment

| | |
|---|---|
| 2011-present | Director, UCSF Health Communications Research Program |
| 2019-present | Co-Chair, Prevention Committee, US Congress National Clinical Care Commission |
| 2015-present | Co-Director, UC-Mexico Diabetes Health Research Initiative |
| 2009-2020 | Chief, UCSF/SFGH Division of General Internal Medicine |
| 2012-16 | US Representative, EU International Diabetes Health Literacy Initiative |
| 2008-13 | Chief, Diabetes Prevention and Control Program, California Dept of Public Health |
| 2006-2011 | Director, UCSF Center for Vulnerable Populations |
| 2006 | Visiting Scholar (1 semester), Univ. Chile School of Public Health, Santiago, Chile |
| 2003-4 | Scientific Advisory Board, ACP Health Communication Initiative |
| 2002-4 | Physician Advocacy Fellow, California Literacy |
| 1998-2001 | Medical Director, Clinical Operations SFGH Department of Medicine |
| 1995-8 | Medical Director, General Medical Clinic, SFGH Department of Medicine |

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

## Honors

| | |
|---|---|
| 2021 | Winner, WHO Non-Communicable Disease Lab Award (The Bigger Picture campaign) |
| 2019 | Paper of the Year Award, International Health Communication Conference |
| 2018- | Co-chair, National Clinical Care Commission on Diabetes (a Congressional commission) |
| 2019 | Visiting Professor in the Humanities, UC Merced |
| 2017 | Best Paper of the Year Award: Am J Epidemiology |
| 2017 | Heroes and Hearts Award, City and County of San Francisco |
| 2016 | James Irvine Foundation Leadership Award for Diabetes Public Health Communication |
| 2016 | Career Research Mentoring Award, Institute for Health Policy Studies |
| 2016 | Visiting Professor in Primary Care, UCSF Fresno |
| 2015 | Latino Coalition for a Healthy California Leadership Award |
| 2014 | Rosenfield Memorial Diabetes Visiting Professor, Providence Health System |
| 2014 | University Community Partnerships Excellence Award for The Bigger Picture Campaign |
| 2014 | APHA Spirit of 1848 Award |
| 2013 | APHA Everett M. Rogers Award for achievement in health communication science |
| 2013 | Featured Physician Leader, Service-Minded Physician |
| 2012-14 | Strategic Planning Task Group, National Diabetes Education Program, NIDDK & CDC |
| 2011 | Author, Commissioned IOM Report on Attributes of Health Literate Health Organizations |
| 2010 | Outstanding Mentor in Clinical Research, Bay Area Clinical Research Symposium |
| 2010 | CDC/NIH National Diabetes Public Health Education Award (Radio Bilingue) |
| 2009 | George Engel Career Research Award, Am. Assoc Communication in Healthcare |
| 2008 | Advancing Patient Safety Research Award in Health Literacy |
| 2006 | Participant, Surgeon General Workshop on Improving Health Literacy |
| 2005-6 | Participant, JCAHO Policy Roundtable on Literacy and Patient Safety |
| 2005 | AMA Ethical Force Award, Innovations in Health Communication |
| 2005 | Outstanding Research Paper of the Year Award, Society Teachers of Family Medicine |
| 2004 | Contributing Author, Institute of Medicine Report on Health Literacy |
| 2004 | Research/Service Award, National Association of Public Hospitals |
| 2003 | Outstanding Researcher of the Year, Institute for HealthCare Advancement Health |
| 2000-01 | Fellow, US Public Health Service Primary Care Policy Fellowship, Washington, DC |

**C. Contribution to Science** (selected amongst over 285 peer-reviewed papers, H-index 77)
https://www.ncbi.nlm.nih.gov/sites/myncbi/dean.schillinger.1/bibliography/46877711/public/?sort=date&direction=ascending

1. I am an internationally recognized research expert in chronic diseases, especially type 2 diabetes and metabolic diseases, including diabetes–related prevention and control, health disparities, communications, public health and disparities, with an H-index of 77. In line with my expertise, I served as Chief Medical Officer for the Diabetes Prevention and Control Program for California department of Public Health, and currently co-direct a NIDDK-funded Center for Type 2 Diabetes Translational Research.  Examples of top-tier journal articles include the first studies of social determinants that affect diabetes incidence and management, such as literacy, food insecurity, and limited English proficiency; and research related to the scientific basis for limiting consumption of sugar-sweetened beverages as a means to prevent diabetes.
   e. **Schillinger D**, F Wang, K Grumbach, C Daher, J Palacios, G Diaz-Sullivan, J Piette, AB Bindman. Association of Functional Health Literacy with Glycemic Control among Diabetes Patients. *JAMA.* 2002; 288:475-482.
   f. Seligman H, **Schillinger D**. Hunger and Socioeconomic Disparities in Chronic Disease. *New Eng J Med.* 2010 Jul 1;363(1):6-9.
   g. **Schillinger D**, Jacobson MF. Science and Public Health on Trial: Warning Notices on Advertisements for Sugary Drinks. *JAMA*. 2016 Oct 18; 316(15):1545-1546. PMID: 27479332.
   h. **Schillinger D**, Tran J, Mangurian C, Kearns C. Do Sugar-Sweetened Beverages Cause Obesity and Diabetes? Industry and the Manufacture of Scientific Controversy. *Ann Intern Med*. 2016 Nov 1.

2. I have helped develop the fields of health communication and of diabetes-related health literacy and published the first studies linking educational attainment and limited health literacy with type 2 diabetes

control and mortality, as well as a number of health literacy/health communication interventions in diabetes.

   a. **Schillinger D**, Barton L, Karter A, Wang F, Adler N. Does Literacy Mediate the Relationship Between Education and Health Outcomes? A Study of a Low -Income Population with Diabetes. *Pub Health Rep.* 2006;121(3):245-54.

   b. **Schillinger D**, Hammer H, Wang F, et al. Seeing in 3-D: Examining the reach of diabetes self-management support strategies in a public health care system. *Health Educ Behav*. 2008 Oct; 35(5):664-82. PMID: 17513690.

   c. **Schillinger D**, Piette J, Grumbach K, Wang F, Wilson C, Daher C, Leong-Grotz K, Castro C, Bindman AB. Closing the loop: physician communication with diabetic patients who have low health literacy. Arch Intern Med. 2003 Jan 13; 163(1):83-90.  PMID: 12523921.

   d. **Schillinger D**, Handley M, Wang F, Hammer H. Effects of self-management support on structure, process, and outcomes among vulnerable patients with diabetes: a three-arm practical clinical trial. *Diabetes Care*. 2009 Apr; 32(4):559-66. PMID: 19131469; PMCID: PMC2660485.

3. I have recently led and pioneered major advances in the field of heath communication ("precision communication") through the use of advanced computational linguistic analyses of linguistic corpora obtained from clinician-patient secure messages via the electronic patient portal.

   a. Balyan, R., Crossley, S.A., Brown, W., Karter, A.J., McNamara, D.S., Liu, J.Y., Lyles, C.R., & **Schillinger, D**. (2019). Using Natural Language Processing and Machine Learning to Classify Health Literacy from Secure Messages: The ECLIPPSE Study. *PLoS One*. 2019 Feb 22;14(2)e0212488

   b. **Schillinger D**, Balyan R, Crossley SA, McNamara DS, Liu JY, Karter AJ. Employing computational linguistics techniques to identify limited patient health literacy: Findings from the ECLIPPSE study. Health Serv Res. 2020 Sep 23.  PMID: 32966630

   c. S Crossley, R Balyan, J Liu, AJ Karter, D McNamara, **D Schillinger**. Predicting the readability of physicians' secure messages to improve health communication using novel linguistic features: Findings from the ECLIPPSE study, Journal of Communication in Healthcare, 13:4, 344-356

   d. Developing and Testing Automatic Models of Patient Communicative Health Literacy Using Linguistic Features: Findings from the ECLIPPSE study. Health Commun. 2020 Mar 02; 1-11. Crossley SA, Balyan R, Liu J, Karter AJ, McNamara D, **Schillinger D**. PMID: 32114833.

4. My work has extended beyond health literacy to include health communications more broadly, including evaluations of mass media and social media interventions to improve public health literacy.

   a. Sudore RL, **Schillinger D**, Katen MT, Shi Y, Boscardin WJ, Osua S, Barnes DE. Engaging Diverse English- and Spanish-Speaking Older Adults in Advance Care Planning: The PREPARE Randomized Clinical Trial. JAMA Intern Med. 2018 12 01; 178(12):1616-1625. PMID: 30383086.

   b. **Schillinger D**, Chittamuru D, Ramírez AS. From "Infodemics" to Health Promotion: A Novel Framework for the Role of Social Media in Public Health. Am J Public Health. 2020 09; 110(9):1393-1396.

   c. **Schillinger, D.**, & Huey, N. (2018). Messengers of Truth and Health—Young Artists of Color Raise Their Voices to Prevent Diabetes. *JAMA*, *319*(11), 1076-1078.

   d. **Schillinger, D.**, Tran, J., & Fine, S. (2018). Do Low Income Youth of Color See" The Bigger Picture" When Discussing Type 2 Diabetes: A Qualitative Evaluation of a Public Health Literacy Campaign. *International Journal of Environmental Research and Public Health*, *15*(5).

Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

# BIOGRAPHICAL SKETCH

**NAME: Christina Mangurian**

eRA COMMONS USER NAME (credential, e.g., agency login): CMANGUR

POSITION TITLE: Professor of Psychiatry

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Reed College, Portland, OR | B.A. | 06/1996 | Biology |
| University of California, San Francisco | M.D. | 06/2003 | Alpha Omega Alpha, Medicine |
| Columbia University, New York, NY | Resident | 06/2006 | Psychiatry |
| Columbia University, New York, NY | Chief Resident | 06/2007 | Psychiatry |
| Columbia University, New York, NY | Postdoctoral Fellow | 06/2008 | Public Psychiatry |
| University of California, San Francisco | MAS | 07/2015 | Clinical Research, implementation and dissemination track |

## A. Personal Statement

I am Professor and Vice Chair for Diversity & Health Equity in UCSF's Department of Psychiatry & Behavioral Sciences, with a secondary appointment in the Department of Epidemiology & Biostatistics as well as other faculty affiliations. As one of only two full professor physician-scientist women in my department, and the only woman of color (Hispanic), I am proud of the diverse portfolio I have built to support my mental health equity research, spanning NIH (NIMH, NIMH-HIV, NIDDK), foundations, industry, county/state contracts, and philanthropy. I am deeply committed to enhancing diversity in academic medicine and view mentoring as a major strength and highlight of my academic work. I have diligently applied the research skills and mentoring I have myself benefited from to help shine light on, and innovate to advance historically excluded faculty in academic medicine, as workforce development is essential if we are to achieve health equity. I founded and direct the UCSF Genentech Mid-Career Development Program, and am the PI of the UCSF Doris Duke Clinical Foundation Fund to Retain Clinical Scientists—both of which focus on historically excluded faculty. I have also built two successful career development programs in public psychiatry. I am a mentor on the national NIH-funded Career Development Institute for Psychiatry, the American Psychiatric Association's National Minority Mentoring work, as well as two UCSF Department of Psychiatry NIH-funded T32 programs. I served as Chair of the APA's Council on Minority Mental Health and Health Disparities.

As with many early career physician scientist women of color, I built a family and a research career simultaneously. As my career developed, I experienced professional (minority tax) and personal (critical illness of my son) challenges that spurred me to advocate for policies of equity: whether paid family leave, institutional acknowledgement for faculty who are informal caregivers, and other challenges as a woman of color. For example, the lack of mentorship for myself and other mid-career faculty was clear, so I worked to build the Genentech Mid-Career Development Program.

As the daughter of an Ecuadoran immigrant and with a family commitment to social justice, I have made equity a central tenet of my career and am proud to continue this contribution to a national dialogue that has resulted in structural changes at UCSF and other institutions. I have been recognized for my work in DEI and mentoring and was honored to receive the 2018 UCSF Academic Senate Mentorship Award as well as the 2017 Chancellor's Award for the Advancement of Women. In my proposed role as co-investigator, I will provide technical assistance with health disparities and health equity in mental health research as well as train and develop diverse junior researchers from under-represented areas.

Selected ongoing and completed projects:

No number assigned                    **Mangurian (PI)**                01/01/2021-12/31/2023
Doris Duke Charitable Foundation
Doris Duke Fund to Retain Clinical Scientist

No number assigned                    **Mangurian (PI)**                01/01/2020-12/31/2021
Genentech
Bolstering the Pipeline to Achieve Health Equity: A UCSF Program to Support Mid-Career Women of Color Scientists

No number assigned                    State (Director)                12/31/2019-12/30/2024
United Healthcare Foundation
Growing a Diverse 21st Century California Mental Health Workforce in Child and Adolescent Psychiatry
Role: Program Co-Director

No number assigned                    **Mangurian (PI)**                04/01/2020-03/31/2022
California Health Care Foundation
Development of an E-Learning Module for the Treatment of Depression in Primary Care Safety Net Settings

No number assigned                    **Mangurian  (PI)**                07/01/2020-07/01/2022
Weston Havens Foundation
Bolstering the Pipeline to Achieve Health Equity

R01MH112420                    **Mangurian (PI)**                07/01/2017-03/31/2022
NIH-NIMH
Using Medicaid data to advance care for people with schizophrenia at risk for HIV (Medicaid-DASH)

R03 DK101857                    **Mangurian (PI)**                04/01/2015-03/31/2018
NIH/NIDDK
Diabetes screening and care received by mentally ill in an integrated system

Below are examples of my work that demonstrate the necessary skills to successfully fulfill my role in this project:

1. **Mangurian C**, Linos E, Sarkar U, Rodriguez C, Jagsi R. What's holding women in medicine back from leadership. *Harvard Business Review*, June 2018.
2. Riano NS, Linos E, Accurso EC, Sung D, Linos E, Simard JF, **Mangurian C**. Paid Family and Childbearing Leave Policies at Top US Medical Schools. *JAMA*. 2018; 319(6):611-614. PMID: 29450516. PMCID: PMC5838606
3. Weinstein DF, **Mangurian C,** Jagsi R. Parenting during Graduate Medical Training - Practical Policy Solutions to Promote Change. *N Engl J Med*. 2019 Sep 12; 381(11):995-997. PMID: 31509672
4. Jordan A, Shim RS, Rodriguez CI, Bath E, Bradford JA, Eyler L, Trinh N, Hansen H, **Mangurian C**. Psychiatry Diversity Leadership in Academic Medicine: Guidelines for Success. *American Journal of Psychiatry*. 2021, *in press*

## B. Positions and Honors
## Positions and Scientific Appointments

2020-present    Core Faculty, UCSF National Clinician Scholars Program
2020-present    PRISE Director of Behavioral Health Initiative
2019-present    Professor of Epidemiology & Biostatistics
2018-present    UCSF Strategic Planning Implementation Leader for Clinical, Translational, & Population Health
2018-present    Professor of Psychiatry
2016-present    Vice Chair for Diversity, UCSF Department of Psychiatry
2016-present    Core Faculty, UCSF Center for Vulnerable Populations at ZSFG
2015-present    Director of Diversity, UCSF Department of Psychiatry
2018-present    Professor of Psychiatry, UCSF
2014-2018    Associate Professor of Psychiatry, UCSF
2014-2016    Associate Faculty Member, UCSF Center for Vulnerable Populations at ZSFG

| | |
|---|---|
| 2012-present | Affiliate Faculty, San Francisco, CA, Health Delivery Systems Center for Diabetes Translational Research |
| 2011-2014 | Assistant Professor of Psychiatry, UCSF |
| 2010-present | Director and Co-Founder, UCSF Public Psychiatry Fellowship at ZSFG, UCSF |
| 2009-2011 | Assistant Clinical Professor, Psychiatry, UCSF |
| 2009-2009 | Assistant Professor of Clinical Psychiatry, Psychiatry, Columbia University, New York, NY |
| 2008-2009 | Special Coordinator, Office of the Medical Director, New York, NY, New York State Office of Mental Health/ Cardiometabolic Initiative |
| 2008-2009 | Instructor in Clinical Psychiatry, Psychiatry, Columbia University, New York, NY |
| 2007-2009 | Assistant Director, New York, NY, New York State Psychiatric Institute Washington Heights Community Service Continuing Day Treatment Program |
| 1997-1999 | Staff Research Associate, Institute for Health Policy Studies, San Francisco, UCSF |
| 1994-1995 | Academic Researcher (Visiting), Experimental Psychology, Oxford University, Oxford, UK |
| 1992-1992 | Research Summer Internship, Washington, DC, National Institute of Mental Health |
| 1990-1992 | Biological Aide, Bethesda, MD, National Institute of Dental Research |

## Honors

| | |
|---|---|
| 2020 | APA Health Services Research Award, Senior Scholar |
| 2018 | UCSF Academic Senate Distinction in Mentoring Award |
| 2017 | UCSF Chancellor's Award for the Advancement of Women (faculty) |
| 2016 | UCSF Dean's Diversity Fund Award Winner (John A Watson Faculty Scholar) |
| 2015 | Excellence in Teaching Award, UCSF Psychiatry Adult Residency Program |
| 2015 | White House Forum: Excellence & Innovation through Diversity in STEM Workforce Attendee |
| 2012 | UCSF Chancellor's Award for the Advancement of Women (faculty) Nominee |
| 2010 | RCMAR (Resource Centers for Minority Aging Research) Scholar |
| 2008 | NARSAD Young Investigator Award |
| 2007 | Career Development Institute (CDI) for Psychiatry Trainee |
| 2007 | NARSAD Young Investigator Award |
| 2007 | APIRE/Lilly Research Fellowship |
| 2006 | American Psychiatric Institute for Research and Education (APIRE)/Janssen Scholar |
| 2005 | American Psychiatric Association/Bristol-Myers Squibb Fellowship in Public Psychiatry |
| 2003 | Alpha Omega Alpha Honors Medical Society, UCSF |
| 1993 | Predoctoral Intramural Research Training Award Summer Fellowship at NIMH, NIH |
| 1992 | Semifinalist in the 51st Annual Westinghouse Science Talent Search |

## C. Contribution to Science

1. <u>Evaluation of disparities in health screening among people with severe mental illness taking antipsychotic medications</u>.  My work has been focused on disparities in metabolic screening of different subpopulations with severe mental illness (race/ethnicity, age, gender), but I have started to examine more broadly health screening (e.g., HIV and Hepatitis C).  Below is some of the work that I have done in this area.
    a. **Mangurian C**, Newcomer JW, Vittinghoff E, Creasman JM, Knapp P, Dilley JW, Fuentes-Afflick E, Schillinger D. Diabetes screening among underserved adults with severe mental illness who take antipsychotic medications. *JAMA Internal Medicine*, 2015; 175(12):1977-9. PMCID: PMC4824688.
    b. **Mangurian C**, Schillinger D, Newcomer JW, Vittinghoff E, Essock S, Zhu Z, Dyer W, Schmittdiel J. Diabetes screening among antipsychotic-treated adults with severe mental illness in an integrated delivery system: a retrospective cohort study. *Journal of General Internal Medicine*. 2018;33(1):79-86. PMCID: PMC5756176
    c. **Mangurian C**, Schillinger D, Newcomer JW, Vittinghoff E, Essock SM, Zhu Z, Dyer WT, Schmittdiel JA. (2018). Diabetes and Pre-Diabetes Prevalence among Diverse Adults with Severe Mental Illness Treated with Antipsychotic Medications in an Integrated Health Delivery System. *Diabetes Care*, 2018, 41(7): e119-e120. PMCID: PMC6014538.

2. <u>Implementation of medical screening and treatment in community mental health clinics</u>. I have a strong track record in partnering with public health system leaders in both New York and California to build

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

programs that inform policy and improve health care delivery for people with mental illness. I led one of the earliest state-wide efforts to improve medical screening of people with severe mental illness served in community mental health clinics; and have implemented novel programs to improve care in these settings.

    a. **Mangurian C**, Miller GA, Jackson CT, Li H, Essock SM, Sederer LI. State mental health policy: Physical health screening in state mental health clinics: the New York health indicators initiative. *Psychiatr Serv*. 2010 61(4):346-8. PMID: 20360272.

    b. **Mangurian C**. Patient-Centered Medical Care in Community Mental Health Settings. *Psychiatry Serv*. 2017; 68(3):213. PMID: 28240148

    c. **Mangurian C,** Niu GC, Schillinger D, Newcomer JW, Dilley J, Handley MA. Utilization of the Behavior Change Wheel framework to develop a model to improve cardiometabolic screening for people with severe mental illness. Implement Sci. 2017; 12(1):134. PMCID: PMC5686815

    d. Sudler A, Cournos F, Arnold E, Riano NS… & **Mangurian, C**. The case for prescribing PrEP in community mental health settings. *The Lancet HIV*. Jan 22, 2021. PMID: 33493438

3. <u>Examination of structural issues related to advancing women in academic medicine</u>. In recent years, I have been applying my research skills and personal experience to publish work to help shine light on areas of improvement to advance women in academic medicine.

    a. **Mangurian C**, Linos E, Sarkar U, Rodriguez C, Jagsi R. What's holding women in medicine back from leadership. *Harvard Business Review*, June 2018.

    b. Beeler WH, **Mangurian C**, Jagsi R. Unplugging the Pipeline - A Call for Term Limits in Academic Medicine. *N Engl J Med*. 2019; 381(16):1508-1511. PMID: 31618538

    c. Mensah M, Beeler W, Rotenstein L, Jagsi R, Spetz J, Linos E, **Mangurian, C**. (2020). Sex Differences in Salaries of Department Chairs at Public Medical Schools. *JAMA internal medicine*, *180*(5), 789–792. PMID: 32119059; PMCID: PMC7052792

    d. Gold, JA, Roubinov D, Jia LS, Griffith KA, Carethers JM, **Mangurian C. (co-senior)**, & Jagsi R. (2020). Gender Differences in Endowed Chairs in Medicine at Top Schools. *JAMA Internal Medicine*, *180*(10), 1391-1394. PMID: 32865546

4. <u>Understanding barriers to medical care for people with severe mental illness</u>. To effectively implement and disseminate findings, it is crucial to understand barriers impeding implementation efforts and target these barriers. I have examined both primary care providers and psychiatrists' views on metabolic monitoring of people with severe mental illness, as well as the impact of food insecurity upon their metabolic risk. I have also applied implementation science behavioral frameworks to address these barriers.

    a. **Mangurian C**, Niu GC, Schillinger D, Newcomer JW, Dilley J, Handley MA. (2017). Utilization of the Behavior Change Wheel Framework to Develop a Model to Improve Cardiometabolic Screening for People with Severe Mental Illness. *Implementation Science.* 12(1), 134.

    b. **Mangurian C** (2017). Patient-Centered Medical Care in Community Mental Health Settings. Psychiatric Services, 68(3), 213-213. PMID: 28240148

    c. **Mangurian C**, Modlin C, Williams L, Essock S, Riano NS, Shumway M, Newcomer JW, Dilley JW, Schillinger D. (2017). A Doctor is in the House: Stakeholder Focus Groups About Expanded Scope of Practice of Community Psychiatrists. *Community Mental Health Journal.* 54(5), 507-513. PMID: 29185153.

    d. **Mangurian C**, Giwa A, Brosey E, Shumway M, Dilley J, Fuentes-Afflick E, Pérez-Stable EJ, Schillinger D. Opinions of Primary Care Clinicians and Psychiatrists on Monitoring the Metabolic Effects of Antipsychotics. J Am Board Fam Med. 2019 May-Jun; 32(3):418-423. PMID: 31068407

5. <u>Examination of structural issues related to intersectional members of multiple historically excluded groups in academic medicine</u>. Given that I am a member of two historically excluded groups (women, Hispanic), I have been particularly interested in the examination of intersectional populations. My most recent work describing the role of Vice Chairs for Diversity in Psychiatry (often women of color) will be on the cover of the *American Journal of Psychiatry* in March 2021 (see 5a).

    a. Jordan A, Shim RS, Rodriguez CI, Bath E, Bradford JA, Eyler L, Trinh N, Hansen H, **Mangurian C**. Psychiatry Diversity Leadership in Academic Medicine: Guidelines for Success. *American Journal of Psychiatry*. 2021, *in press*

    b. **Mangurian C**, Lee CM, Rodriguez C. Contributions of immigrants to the field of US psychiatry. *Lancet Psychiatry*. 2017; 4(8):584-585. PMID: 28748796

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

c. Yank V, Rennels C, Linos E, Choo EK, Jagsi R, & **Mangurian, C.** Behavioral health and burnout among physician mothers who care for a person with a serious health problem, long-term illness, or disability. *JAMA internal medicine*, 2019; *179*(4), 571-574.

d. Zakaras JM, Sarkar U, Bibbins-Domingo K, **Mangurian C**. Not Just Surviving, But Thriving: Overcoming Barriers to Career Advancement for Women Junior Faculty Clinician-Researchers. *Academic Psychiatry*, 2020 Nov 10; 1-5. PMID: 33174107

**Complete List of Published Work in MyBibliography:**
http://www.ncbi.nlm.nih.gov/sites/myncbi/christina.mangurian.1/bibliography/44082747/public/?sort=date&direction=ascending

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Gomez, Scarlett Lin (formerly Lin, Scarlett Su-Chia)

eRA COMMONS USER NAME (credential, e.g., agency login): SGOMEZ

POSITION TITLE: Professor

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of California, Berkeley, CA | B.A. | 06/1994 | Biochemistry and Molecular Biology |
| University of Michigan, Ann Arbor, MI | M.P.H. | 06/1997 | Epidemiology |
| Stanford University, CA | Ph.D. | 12/2002 | Epidemiology |

**Personal Statement**

To this proposed study, I will contribute my expertise in population health, cancer epidemiology (including using cancer registry and other kinds of disease and risk factor surveillance data), neighborhood and contextual environmental research, social determinants of health and health disparities and inequities, and application of integrative data approaches. I am a Professor in the Department of Epidemiology and Biostatistics and a Co-Leader of the Cancer Control Program of the Helen Diller Family Comprehensive Cancer Center, at the University of California, San Francisco. I am also the Director of the Greater Bay Area Cancer Registry, a participant in the NCI SEER (Surveillance, Epidemiology, End Results) program and the California Cancer Registry. My research focuses primarily on cancer health disparities and aims to understand the multilevel drivers of those disparities. I have enhanced the capability of population-level cancer surveillance data to examine the roles of immigration, ethnic enclave, and institutional and neighborhood-level factors, with attention to providing empirical cancer statistics for disaggregated populations defined by race/ethnicity, nativity, and other social determinants. I conduct studies that incorporate mixed-methods approaches to focus specifically on discrimination, cultural factors, immigration-related issues including stress, and contextual-level influences including family, institutional, and neighborhood factors relating to disparities in cancer incidence and outcomes. I have served on advisory committees, working groups, and think tanks that contribute to the national discussion around cancer health disparities. The publications below highlight this contribution. I have received continuous NIH funding for over 15 years, and am currently PI or MPI on four R01 grants, and Project Leader on an NCI U19 grant.

Selected active grants:
1. **HHSN261201800032I Scarlett Lin Gomez (PI)**                    5/1/2018 – 4/30/2028
   National Cancer Institute
   *Surveillance, Epidemiology and End Results (prime)*
   Contract to develop, collect and report regularly on population-based cancer incidence and survival data for the greater San Francisco Bay Area as part of a nation-wide incidence reporting program.
2. **18-10371 Scarlett Lin Gomez (PI)**                    7/1/2017 - 6/30/2022
   California Department of Public Health
   **California Cancer Regional Registry (Region 1/8)**
   Grant to develop, collect and report regularly on population-based cancer incidence and survival data for the greater San Francisco Bay Area as part of a statewide incidence reporting program.
3. **U01CA195565-01A1 Lawrence H. Kushi (PI)**                    6/1/2016 - 5/31/2021
   National Cancer Institute / Kaiser
   *Infrastructure for Pathways, Prospective Study of Breast Cancer Survivorship*

Contact PD/PI: Cherbchein, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

This infrastructure grant will expand the Pathways Cohort at Kaiser, including assembling resources to enable assessment of social and built environments in breast cancer survivorship. Role:  PI of Subcontract

4. **R01CA211141 Scarlett Lin Gomez (PI)**                             8/1/2017 - 7/31/2022
National Cancer Institute
***Active surveillance and patient reported outcomes in a diverse population of prostate ca patients***
The objective of this study is to identify determinants of active surveillance and patient-reported outcomes among a diverse, population-based sample of men diagnosed with low-risk prostate cancer.

5. **U19CA214253-01A1 Christopher Haiman (PI)**                        8/1/2018 - 7/30/2023
National Cancer Institute/USC
***Research on Prostate Cancer in African American Men: Defining the Roles of Genetics, Immunity and Social Stressors: "RESPOND" Study***
This Program Project comprises four integrated Projects and four support Cores to address the role of social stressors, genetics, somatic profiles, and tumor inflammation on aggressive prostate cancer among African American men. Role:  Project 1 Lead

6. **R01CA241128 Urmimala Sarkar (contact PI) and Scarlett Lin Gomez (MPI)**
National Cancer Institute                                            6/10/2019 – 5/09/2024
***Cancer Registry for Understanding and Improving Survivorship Experiences (CRUISE)***
The goal of this proposal is to investigate the implementation and use of survivorship care plans among diverse and underserved populations of breast and colorectal cancer survivors.

7. **1R01MD014859 Scarlett Lin Gomez (contact PI), Iona Cheng, Moon Chen**
National Institute of Minority Health and Health Disparities          12/1/2019 – 11/30/2024
***Elucidating Lung Cancer Etiology Among Asian American Female Never Smokers***
This study will investigate why Asian American female never smokers have remarkably high rates of lung cancer, using a population-based case-control design.

8. **1R01CA241125 Scarlett Lin Gomez (contact PI), Song Yao, Lawrence Kushi**
National Cancer Institute                                            6/8/2020-5/31/2025
***Insights from Asian Populations into Disparities in Breast Cancer Prognosis and Outcomes***
This study will pool data across multiple sources to identify the multilevel factors contributing to more favorable survival among Asian Americans relative to other populations.

9. **1R01CA243188 Jennifer Doherty (contact PI), Elisa Bandera, Lawrence Kushi, Scarlett Lin Gomez**
National Cancer Institute                                            7/1/2020-6/30/2025
***Racial/Ethnic Disparities in Ovarian Cancer Treatment and Survival: An Integrative Approach***
This study will investigate the multilevel drivers of racial/ethnic disparities in ovarian cancer survival.

Selected relevant publications:

1. **Gomez SL**, et al.  Cancer research in Asian American, Native Hawaiian, and Pacific Islander populations: Accelerating cancer knowledge by acknowledging and leveraging heterogeneity.  Cancer Epidemiol Biomarkers Prevention 2014; 23:2202-05.

2. **Gomez SL**, Shariff-Marco S, De Rouen M, Keegan THM, Yen IH, Mujahid M, Satariano WA, Glaser SL. The impact of neighborhood social and built environment factors across the cancer continuum: current research, methodologic considerations, and future directions. Cancer 2015;121:2314-30. PMCID: PMC4490083.

3. Martin DN, Lam TK, Brignole K, Ashing KT, Blot WJ, Burhansstipanov L, Chen JT, Dignan M, **Gomez SL**, Martinez ME, Matthews A, Palmer JR, Perez-Stable EJ, Schootman M, Vilchis H, Vu A, Srinivasan S. Recommendations for cancer epidemiologic research in understudied populations and implications for future needs. Cancer Epidemiol Biomarkers Prev 2016; 25(4):573-80.  PMCID: PMC4874661.

4. Polite BN, Adams-Campbell LL, Brawley OW, Bickell N, Carethers JM, Flowers CR, Foti M, **Gomez SL**, Griggs JJ, Lathan CS, Li CI, Lichtenfeld JL, McCaskill-Stevens W, Paskett ED. Charting the future of cancer health disparities research: a position statement from the American Association for Cancer Research, The American Cancer Society, the American Society of Clinical Oncology, and the National Cancer Institute. CA Cancer J Clin 2017;67:353-361.

## B.  Positions, Scientific Appointments, and Honors
## Positions and Scientific Appointments

2021-2022      Co-Chair, 2022 ASPO Meeting
2021               Chair, 2021 AACR Cancer Disparities Research Grants Scientific Review Committee
2021 - current Co-Leader, Cancer Control Program, HDFCCC, UCSF, CA
2021-current   Member, NIH Review Panel: Cancer, Heart, and Sleep Epidemiology Panel A Study Section (CHSA)
2021-current   Associate Editor, Journal of the National Cancer Institute

Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

| | |
|---|---|
| 2021-current | Editorial Board, British Journal of Cancer |
| 2020-current | Reviewer, Resource Allocation Program Pilot Grants, UCSF |
| 2020-2021 | Editorial Board, Journal of the National Cancer Institute |
| 2020-2021 | Search Committee, NCI Director of Division of Cancer Control and Population Sciences |
| 2019-current | Deputy Editor, Cancer Epidemiology Biomarkers and Prevention |
| 2019-current | Editorial Board, Journal of Clinical Oncology |
| 2018 - current | Program Leadership Committee, Prostate Cancer Program, HDFCCC, UCSF, CA |
| 2018 - current | Director, GBACR, University of California, San Francisco (UCSF), CA |
| 2018 - current | Steering Committee Member, Center for the Study of Asian American Health, NYU |
| 2018 - current | Member, University of California Cancer Research Coordinating Committee |
| 2018 | Co-Chair, AACR Cancer Health Disparities Conference |
| 2018 | Invited Speaker, Improving Health Research on Small Populations. National Academies. |
| 2018 | AACR Minorities in Cancer Research (MICR) Review Committee |
| 2017 - current | Professor, Department of Epidemiology and Biostatistics, UCSF, CA |
| 2017 - current | Member, Helen Diller Family Comprehensive Cancer Center (HDFCCC), UCSF, CA |
| 2017 | Program Committee, AACR Cancer Health Disparities Conference |
| 2016 | Implementation Sciences Working Group, Blue Ribbon Panel, National Cancer Institute |
| 2016-2017 | Expert Advisor, National Institute of Minority Health and Health Disparities |
| 2016 | Planning Committee, NCI-sponsored scientific conference "Geospatial Approaches to Cancer Control and Population Sciences" |
| 2016 - 2018 | Director, Greater Bay Area Cancer Registry (GBACR), CPIC, Fremont, CA |
| 2015 - 2018 | Member, Health Disparities Committee, American Society of Clinical Oncology |
| 2015 - 2019 | Senior Editor, Cancer Epidemiology Biomarkers and Prevention |
| 2014 | Scientific Review Committee, 7th AACR Cancer Health Disparities Conference |
| 2014 - 2017 | AACR Awards Selection Committee |
| 2013 | Program Committee, AACR Cancer Health Disparities Conference |
| 2013 - 2015 | Editorial Board, Cancer Epidemiology Biomarkers and Prevention |
| 2010 - 2016 | Consulting Associate Professor, Division of Epidemiology, Department of Health Research and Policy, School of Medicine, Stanford University, Stanford, CA |
| 2009 - 2018 | Research Scientist III, Cancer Prevention Institute of California, Fremont, CA |
| 2009 - current | Reviewer (ad hoc), multiple NIH study sections |
| 2007 - 2017 | Member, Stanford Cancer Institute |
| 2007 - 2010 | Consulting Assistant Professor, Division of Epidemiology, Department of Health Research and Policy, School of Medicine, Stanford University, Stanford, CA |
| 2006 - 2010 | Associate Director, Surveillance Research, Greater Bay Area Cancer Registry, NCCC, Fremont, CA |
| 2004 - 2007 | Lecturer, Division of Epidemiology, Department of Health Research and Policy, School of Medicine, Stanford University, Stanford, CA |
| 2003 - 2009 | Research Scientist I (2003-4), Research Scientist II (2004-9), NCCC, Fremont, CA |
| 1997 - 2003 | Intern (1997), Res Asst (1998), Epidemiologist (1999-2003), Northern California Cancer Center (NCCC), Union City, CA |
| 1997 - 2000 | Res Asst (1997), Res Assoc (1998-2000), Department of Epidemiology and Biostatistics, School of Medicine, UCSF |
| 1996 - 1997 | Graduate Research Assistant, Department of Hospital Epidemiology and Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI |
| 1994 - 1996 | Chemist, Department of Metabolism, Bioanalysis and Pharmacokinetics, Roche Bioscience, Palo Alto, CA |

## Honors and Awards

| | |
|---|---|
| 2014 | Mentoring Award, Cancer Prevention Institute of California |
| 2012 | Above and Beyond Excellence Award, Cancer Prevention Institute of California |
| 2010 | Author of the Year, American Journal of Public Health |
| 2007 | Selected participant, NCI Minority Investigators Workshop on Behavioral Methodologies |
| 1998-2002 | Pre-Doctoral Cancer Training Grant, NCI (awarded to Stanford University, Stanford, CA) |
| 2000 | Scholarship, 7th Biennial Symposium on Minorities, the Medically Underserved & Cancer |
| 1997 | Student Oncology Grant, American Cancer Society, California Division, Oakland, CA |
| 1996-1997 | Departmental Scholarship, School of Public Health, University of Michigan, Ann Arbor, MI |

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

## C. Contributions to Science

**1. <u>Impact of social determinants of health on health disparities</u>:** Identifying health disparities and their underlying social determinant drivers is a central focus in my research. My early research in cancer surveillance focused on understanding the quality of and enhancing data among racial/ethnic groups, and by nativity and neighborhood characteristics. I have applied novel methods, including tree-based classification methods and mixed methods, to disentangle the relative contributions and interactions among multiple social factors in cancer health disparities. I have developed tools and advocated for rigorous measurement of social determinants of health in cancer research studies, and in clinical settings. I am leading studies, such as the RESPOND study of determinants of aggressive prostate cancer among African American men, to integrate investigation of social determinants of health, including structural determinants, with genetic factors.

a.  Borno HT, Idossa D, **Gomez SL**. Policy and Health: Leveraging a Social Determinants of Health Framework to Alleviate the Impact of the COVID-19 Pandemic on Patients With Cancer. JCO Oncol Pract. 2020 Dec 03; OP2000822.  PMID: 33270521.
b.  Lichtensztajn DY, **Gomez SL**, Wieh W, Chung BI, Cheng I, Brooks JD.  Prostate cancer risk profiles of Asian-American men: Disentangling the effects of immigration status and race/ethnicity.  J Urology 2014; 191(4):952-6.  PMCID: PMC4051432.
c.  **Gomez SL**, Duffy C, Griggs JJ, John EM. Surveillance of cancer among sexual and gender minority populations: where are we and where do we need to go? Cancer in press.
d.  Ellis E, Canchola AJ, Spiegel D, Ladabaum U, Haile R, **Gomez SL**. Racial and ethnic disparities in cancer survival; the mediating effects of tumor, sociodemographic, institutional and neighborhood characteristics. Journal of Clinical Oncology 2018;36:25-33.

**2. <u>Neighborhood social and built environment</u>:**  In 2011, I assembled a collection of small-area level neighborhood social and built environment factors for the state of California. The California Neighborhoods Data System became the first statewide collection of data on small-area level social and built environment factors for health research, and has since been used in more than 3 dozen funded grants, and has expanded to 7 US states. The data are also used in several online mapping portals, including californiahealthmaps.org and healthatlas.ucsf.edu.

a.  **Gomez SL**, Glaser SL, McClure LA, Shema SJ, Kealey M, Keegan THM, Satariano WA.  The California Neighborhoods Data System: a new resource for examining the impact of neighborhood characteristics on cancer incidence and outcomes in populations. CCC 2011; 22:631-647.  PMCID: PMC3102646.
b.  **Gomez SL**, Shariff-Marco S, De Rouen M, et al. The impact of neighborhood social and built environment factors across the cancer continuum: current research, methodologic considerations, and future directions. Cancer 2015;121:2314-30. PMCID: PMC4490083.
c.  Schupp CW, Press DJ, **Gomez SL**. Immigration factors and prostate cancer survival among Hispanic men in California: does neighborhood matter? Cancer 2014; 120(9):1401-08.
d.  Schootman M, **Gomez SL**, Henry KA, Paskett ED, … Berrigan DA. Geospatial approaches to cancer control and population sciences. CEBP 2017;26:472-5. PMCID: PMC5380532.

**3. <u>Cancer in Asian American, Native Hawaiians, and Pacific Islanders (AANHPI)</u>:** Much of my research has been focused on the improvement and development of surveillance data elements for examining cancer patterns among distinct AANHPI ethnic groups and to facilitate studies that incorporate information on immigration status and neighborhood immigration context (i.e., "ethnic enclaves"); the development of these data resources had led to several dozen studies documenting cancer incidence and outcomes among AANHPI populations. I led a SEER-wide effort to document cancer trends among AANHPI populations nationally, which led to two published manuscripts in JNCI, showing, for the first time, cancer incidence trends over a 19-year period, providing data that fill a critical knowledge gap and highlighting where increased preventive, screening, and surveillance efforts are needed.

a.  Morey BN, Gee GC, von Ehrenstein OS, Shariff-Marco S, Canchola AJ, Yang J, Allen L, Lee SS, Bautista R, La Chica T, Tseng W, Chang P, **Gomez SL**. Evidence of increased breast cancer risk, among foreign-born Asian American women. Preventing Chronic Disease Epublished. PMC6395083.
b.  **Gomez SL**, Noone AM, Lichtensztajn DY, Scoppa S, Gibson JT, Liu L, Morris C, Kwong S, Fish K, Wilkens LR, Goodman MT, Deapen DM, Miller BA.  Cancer incidence trends among Asian American populations in the United States, 1990-2008.  J Natl Cancer Inst 2013; 105(15):1096-110. PMC3735462.
c.  **Gomez SL**, et al.  Cancer research in Asian American, Native Hawaiian, and Pacific Islander populations: Accelerating cancer knowledge by acknowledging and leveraging heterogeneity.  Cancer Epidemiol Biomarkers Prevention 2014; 23:2202-05. PMC5737670.

Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

d. **Gomez SL**, Von Behren J, McKinley M, Clarke CA, Shariff-Marco S, Cheng I, Reynolds PR, Glaser SL. Breast cancer in Asian Americans in California, 1988-2013: increasing incidence trends and recent data on breast cancer subtypes. Breast Cancer Res Treat 2017;164(1):139-147. PMC5484636.

**4. <u>Using large population-based and linked datasets to address questions of clinical and public health relevance</u>:**  I have extensive experience with using cancer surveillance (registry) data to shed light on questions of clinical and public health importance. I have also been involved in efforts to link cancer registry to healthcare systems data to expand the utility of surveillance research, such as to gain insights into "real-world" application of precision oncology.

a. Kurian AW, …, **Gomez SL**, et al.  Breast Cancer Treatment across Healthcare Systems: Linking Electronic Medical Records and State Registry Data to Enable Outcomes Research.  Cancer 2014; 120(1):103-11.  PMCID: PMC3867595.

b. **Gomez SL**, Hurley S, Canchola AJ, …, Martinez ME. Effects of marital status and economic resources on survival after cancer: a population-based study. Cancer 2016; 122(10):1618-25.

c. Muffly L, Alvarez E, Lichtensztajn D, Abrahao R, **Gomez SL**, Keegan T. Patterns of care and outcomes in adolescent and young adult acute lymphoblastic leukemia: a population-based study. Blood Adv 2018;2:895-903.

d. Ellis L, Canchola AJ, Spiegel D, Ladabaum U, Haile R, **Gomez SL**. Trends in cancer survival by health insurance status in California from 1997 to 2014. JAMA Oncology 2018;4(3):317-323.

Full bibliography (total >240 publications, including *in press*) available at:
http://www.ncbi.nlm.nih.gov/sites/myncbi/scarlett.gomez.1/bibliography/40798299/public/?sort=date&direction=descending.

Contact PD/PI: Charlebois, Edwin

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Nicolé Mandel

eRA COMMONS USER NAME (credential, e.g., agency login): n/a

POSITION TITLE: Website Project Director

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Pomona College, Claremont, CA | BA | 06/1989 | Philosophy |

## A. Personal Statement

**Communications Technology and Health**: My professional focus has been medical education and information dissemination in the era of emerging communication technology. I have managed HIV-related training, technical assistance, and research dissemination projects since 1997, and was a community educator before then. I serve as a bridge between technologists, designers, and subject matter experts to publish information in the best formats for the intended audiences with special attention to accessible, standards-based technological foundations.

My work has included content delivery on multiple platforms: paper, websites, email, CD-ROM, social media, and mobile apps. Each platform brings unique considerations and opportunities for reaching users. I will work the other RCC staff to develop and implement an innovative communications plan to reach our community, professional, and research audiences.

**Diversity and Underserved Communities:** My first position at UCSF was with a community-based clinical trials group (NIAID's groundbreaking Community Programs for Clinical Research on AIDS) where I was responsible for education and outreach at diverse care and service delivery sites (health centers, hospital-based clinics, private practices, HMOs). Since then, I have managed major communications projects connected to HRSA's Ryan White HIV/AIDS Program (RWHAP), which serves half of people living with HIV in the United States. RWHAP clients are predominantly from underserved racial/ethnic, gender, and sexual minority groups. To be effective, we must understand and acknowledge the priorities and challenges faced by these communities and the providers who serve them. Meaningful community participation and representation is essential to developing this perspective on a project level. Our team at UCSF's Center for HIV Information is led by women and constituted entirely of racial/ethnic and/or sexual minority professionals. In selecting our projects, we look for a commitment to marginalized communities.

**Accessibility (508 Compliance):** Accessibility has been a concern of the Web development community almost as long as the Web has existed. Our team has followed this issue through the Web Content Accessibility Guidelines (WCAG) for more than 20 years, and prioritized accessible, standards-based content delivery for as long. We see this as a human rights issue rather than a bureaucratic requirement. I and my team regularly attend trainings to understand the latest best practices and tools available to those managing content development. I am also very active in educating and advising non-technical colleagues in accessibility best practices. I have delivered multiple national trainings on accessibility for content developers in the AIDS Education and Training Centers network and the HRSA's Ryan White HIV/AIDS Program technical assistance community and am regularly consulted by faculty and program managers around the country. Our team's

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

production manager is an expert in accessibility for multimedia platforms (video, audio) and supports UCSF's Center for AIDS Research in providing closed captioning for highly technical content.

University of California has licensed web accessibility checking software for use by all web projects (Siteimprove). Siteimprove scans a website and flags potential issues. The interface includes easy remediation tools (e.g. direct links to the content management system) and explanation of the issue. It also provides a dashboard and scores for key metrics (quality, search engine optimization, and accessibility). With this tool and our team's skill and experience, we are able to maintain the sites we manage at scores well above industry averages. This software would cost tens of thousands of dollars to license independently.

## B. Positions and Scientific Appointments

| | |
|---|---|
| 2009 – Present | *Director*, Center for HIV Information, University of California, San Francisco (Deputy Director, 2009-2019) |
| 2011 – Present | *Project Director*, TargetHIV: Tools for the Ryan White HIV/AIDS Program |
| 2002 – Present | *Website Manager*, AIDS Education and Training Centers National Coordinating Resource Center |
| 2019 – Present | *Advisory Panel Member*, Identifying and Disseminating Substance, Treatment, and Strategy (STS) Recommendations to AIDS Service Organizations (NIDA 1R01DA044051) |
| 2019 – Present | *Consultant*, Technical Assistance Provider Innovation Network (TAP In), CAI |
| 2004 – Present | *Website Manager*, UCSF Center for AIDS Research (CFAR) |
| 2008 – Present | *Website Manager*, UCSF Center for Transgender Health |
| 1996 – 2002 | *Project Manager*, HIV InSite: Gateway to AIDS Knowledge, UCSF |
| 1993 – 1996 | *Community Advisory Board Liaison and HIV Health Educator*, Community Consortium, UCSF. CPCRA research program (NIAID). |

### Selected Awards

- Recipient, Department of Medicine Performance Award for Outstanding Service.
- Smithsonian/ComputerWorld Innovation Award.
- ScientificAmerican.com Sci/Tech Web Award.

## C. Contributions to Science

1. **Technology transfer during a pandemic**. The goal of my first online project, HIV InSite, was to disseminate the expertise of clinicians based at San Francisco General Hospital and UCSF as widely as possible beyond traditional academic publishing environments. There was a strong sense of urgency to the project, and we learned that our audience was much broader than anticipated (geographically and professionally). I was able to apply skills learned in traditional (paper-based) publishing to a still-new medium, and to develop new expertise in considerations unique to digital publishing.
   - ***HIV InSite.** 1997-present.* This site originally featured a full textbook and knowledge base on HIV prevention, treatment, and policy, and was the first of its kind. It was developed before Google and other robust search engines were available, and in addition to the original content from faculty, our staff researched and compiled information that was otherwise difficult to find online.
   - ***AIDS Education and Training Centers National Coordinating Resource Center.** 2002-present. This project focuses on dissemination of health profession training resources and best practices. I have a regular role as technology transfer advisor for national working groups (e.g. Engagement in Care, Training Technology, Mental Health).*
   - ***United States-Mexico Border AETC Steering Team**. (2004-present) Role: Member and technology transfer expert for this ongoing group. Role: coordinate editorial review of products and ensure materials are posted online in optimal formats.

2. **Best Practices in Online Knowledge Management.** The "literature" in web-based knowledge management, where it exists, trails practice considerably. Working in this field often means making choices about technology and formats without strong evidence. Early on our team embraced what standards existed (W3C – World Wide Web Consortium) and open-source technologies. We drew

Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

lessons where we could from library science, web engineering, and other fields and evaluated the outcomes to allow us to continuously innovate and improve. I bring this practical project management approach to projects I am involved with and have presented on the topic in multiple venues.

- ***Applying Quality Improvement Principles to your Web Presence: Ryan White TARGET Center***. (2012) Ryan White Grantee Meeting Poster.
- ***Web and Social Media Institute.*** (2012) Ryan White Grantee Meeting. Planning group member for three session institute and lead presenter for session: *Web and Social Media Institute 301: Measuring Value.*
- ***AETCs: Adapting Adult Learning Principles to the Digital Age***. (2012) Ryan White Grantee Meeting Poster.
- ***Website Evaluation: Tips from the TARGET Center***. (2016) Poster at Ryan White Conference on HIV Care and Treatment, Washington, DC.

3. **Digital Accessibility.** This category is related to technology transfer and knowledge management but merits a category of its own. Assistive technologies in the web publishing context require structured, semantic data structure and delivery, practices which benefit the entire architecture of a project on a broad level but will also improve an individual piece of content. In our first projects, we provided text-based versions of treatment guidelines because the PDF files from DHHS were too large for many to download. We learned that our text formats were also friendlier to those using screen readers and made that a priority even before ADA standards were widely enforced. We now have tools to help us identify and remediate many accessibility problems.

- **Accessibility and Training/Technical Assistance Projects.** (2019) In-person and remote presentation at HRSA HIV/AIDS Bureau, Rockville, MD.
- ***Tips for Making PowerPoint Files Accessible*** (2020). YouTube video.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AF9D-AD4E-840A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person.  **DO NOT EXCEED FIVE PAGES.**

NAME: Braveman, Paula

eRA COMMONS USER NAME (credential, e.g., agency login): BRAVEMAN

POSITION TITLE: Professor of Family and Community Medicine/
Director of Center on Health Equity (formerly Center on Social Disparities in Health)

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Swarthmore College | BA | 1970 | Philosophy |
| Portland State University | BS | 1974 | General Studies |
| University of California, San Francisco (UCSF) | MD | 1979 | Medicine |
| University of California, Berkeley | MPH | 1987 | Epidemiology |
| Family and Community Medicine, UCSF | Resident | 1982 | Family Practice |
| Institute for Health Policy Studies, UCSF | Postdoctoral | 1988 | Health Policy |

## A. PERSONAL STATEMENT

For over three decades I have studied and published on disparities in health by socioeconomic and racial/ethnic group and how to measure them. My work spans conceptual, methodological, descriptive, and explanatory contributions.  My research has measured and sought to understand and address social disparities in health, particularly in maternal and child health, but also across the life span. For the proposed Research Coordinating Center, I will apply my decades of experience in Social Determinants of Health (SDOH) – including as a PhenX SDOH working group member – to provide technical assistance to NIMHD P50 centers as part of the RCC's support for the P50's conducting research to prevent, treat, and manage multiple chronic disease disparities.

**Current Research Support**

#76412   Braveman, Paula (PI)     9/1/19-08/30/21.    Robert Wood Johnson Foundation
**Amplifying the reach and impact of RWJF's work on health equity.**  Produce issue briefs for wide dissemination to non-technical audiences, linking different social determinants of health with health equity. The first brief defined health equity for a broad audience.  Subsequent briefs have focused on the following topics, each in relation to health equity: early childhood (2018); wealth (2018); mass incarceration (2019); health care (2019); rural America (2020, in press)

#16-010016      Braveman, Paula (PI)          07/01/2016-06-30-21
California Department of Public Health, Maternal and Child Health Branch (MCAH)
**Maternal and Infant Health Assessment (MIHA)**
This collaboration with MCAH (since 1998) collects population-based data permitting ongoing monitoring of maternal and infant health outcomes and access to maternal and infant health services in California, serving as an information resource for developing, targeting, implementing, and monitoring MCAH programs. Annual

Docusign Envelope ID: BE62AE9D-AD4E-840A-8949-1869D5C5014D

statewide population-based mail/telephone survey of 3,000-7,000 postpartum women in California, with methods modeled on CDC's Pregnancy Risk Assessment Monitoring System.

## Completed Research Support (An example)

#17-10958              Braveman, Paula (PI)              03/01/18-02/29/2020
California Department of Public Health, Maternal, Child and Adolescent Health (MCAH)
**Women's Health & Maternal Surveillance contract including Scientific Support for the Black Infant Health Program (BIH)**
Provide ongoing scientific support to MCAH for implementation of the statewide Black Infant Health Program, and evaluate a group-based approach to health promotion for pregnant and postpartum African American women that focuses on building life skills, social support, and empowerment.

## B. POSITIONS AND HONORS

### Positions and Employment
2018 – 2020    Phenx Social Determinants of Health Working Group
2011 – 2012    National Research Council/IOM, Expert Panel on study of U.S. health disadvantage
2010 – 2012    Scientific Review Group on Health Equity Measurement, WHO
2010 – 2012    Technical Expert Panel, National Survey of Children's Health (NSCH)
2009 – 2011    Committee on Child Health and Health Care Quality, Institute of Medicine
2008 – 2013    Advisory Council, National Institute on Minority Health and Health Disparities/NIH
2007 – 2007    Advisory Committee on Research, Pan American Health Organization (PAHO)
2005 – 2007    Chair, IOM Interest Group on Population Health/Health Disparities
2003 –         Founding Director, Center for Health Equity, University of California, San Francisco
2002 -         Member, Institute of Medicine (IOM)
1996 – 2000    Early Discharge Subcommittee Chair, Secretary's Advisory Committee on Infant Mortality
1989 – 2006    Occasional consultancies, World Health Organization and PAHO, Geneva and Washington DC
1987 – 1995    Staff Physician, School-based health center, Balboa High School, San Francisco
1985 –         Professor, Family and Community Medicine, University of California, San Francisco
1982 – 1987    Staff Physician, Mission Neighborhood Health Center, San Francisco

### Honors
2012    Paper of the Year (Braveman et al., Health disparities and health equity: the issue is justice.), American Journal of Public Health
2002    Elected to Institute of Medicine, now National Academy of Medicine
2002    Barsky Award (for international social justice efforts), Physicians' Forum
1999    Awarded Global Health Leadership Fellowship (declined), WHO
1995    Ralph R. Sachs Visiting Scholar, UCLA School of Public Health
1992    Award from CIES (Nicaraguan School of Public Health) for role in its development
1992    Health and Peace Award, Committee for Health Rights in Central America
1990    Alpha Omega Alpha (honorary recognition for teaching and research), UCSF
1985    Kellogg National Leadership Fellowship, Kellogg
1975    Regents' Scholar, UCSF School of Medicine
1974    B.S. Cum Laude, Portland State University
1968    Honors Scholar in Philosophy, Swarthmore College
1966    National Merit Scholar, National Merit Scholarship Corporation
1966    Presidential Scholar, U.S. Department of Education

## C. Contribution to Science

1. **Defining the concepts of health equity and health disparities and the implications for measurement methods, research, and policy: I have played a lead role nationally and internationally for 20 years.**

Contact PD/PI: Chorlobois, Edwin
Docusign Envelope ID: BE62AF9D-AD4E-840A-8949-1869D5C5014D

a. Braveman P, Gruskin S. Defining equity in health. J Epidemiol Community Health 2003;57:254-258.

b. Braveman P, Egerter S, Cubbin C, Marchi K. An approach to studying social disparities in health and health care. Am J Public Health 2004;94(12):2139-48.

c. Braveman P. Health disparities and health equity: concepts and measurement. Annu Rev Public Health 2006;27:167-94.

d. Braveman PA, Kumanyika S, Fielding J, et al. Health disparities and health equity: the issue is justice. Am J Public Health. 2011;101 Suppl 1:S149-55. PMCID: PMC3222512

2. **Understanding socioeconomic and racial disparities in birth outcomes.  For over 30 years, I have been first or senior author on many publications adding to understanding of the complex links between inequalities in birth outcomes and underlying inequalities in social advantage.**

   a. Nuru-Jeter A, Dominguez TP, Hammond WP, Leu J, Skaff M, Egerter S, Jones CP, Braveman PA. "It's the skin you're in":  African American women talk about their experiences of racism. An exploratory study to develop measures of racism for birth outcomes studies. Matern Child Health J 2009 Jan; 13(1):29-39. PMCID: PMC3051354

   b. Blumenshine P, Egerter S, Barclay CJ, Cubbin C, Braveman PA. Socioeconomic disparities in adverse birth outcomes: A systematic review. Am J Prev Med  2010 Sept; 39(3):263-72. doi: 10.1016/j.amepre.2010.05.012

   c. Braveman P, Heck K, Egerter S, Marchi K, Dominguez TP, Cubbin C, Fingar K, Pearson JA, Curtis M. The Role of Socioeconomic Factors in Black–White Disparities in Preterm Birth. Am J Public Health. 2015 Apr;105(4):694-702.  PMCID: PMC4358162

   d. Braveman P, Heck K, Egerter S, Dominguez TP, Rinki C, Marchi KS, Curtis M. Worry about racial discrimination: a missing piece of the puzzle of Black-White disparities in preterm birth? *PLOS One.* 2017 Oct 11;12(10):e0186151. PMCID: PMC5636124.

3. **Measuring socioeconomic status/position in health research.  My JAMA 2005 paper is considered a classic.  As first or senior author of other papers, I also have explored a range of measurement challenges relevant to studying SES in health research.**

   a. Braveman PA, Cubbin C, Egerter S, Chideya S, Marchi KS, Metzler M, Posner S. Socioeconomic status in health research: one size does not fit all. JAMA 2005 Dec 14; 294(22):2879-88.

   b. Pollack CE, Chideya S, Cubbin C, Williams B, Dekker M, Braveman P. Should health studies measure wealth? A systematic review. Am J Prev Med  2007 Sep;33(3):250-264.

   c. Cubbin C, Pollack C, Flaherty B, Hayward M, Sania A, Vallone D, Braveman P. Assessing alternative measures of wealth in health research. Am J Public Health. 2011 May;101(5):939-47. PMCID: PMC3076388

   d. Margerison-Zilko C, Cubbin C, Jun J, Marchi K, Braveman P. Post-partum Residential Mobility Among a Statewide Representative Sample of California Women, 2003-2007. *Matern Child Health J.* 2016 Jan; 20(1):139-48. PMID: 26210781.

4. **Measuring and understanding socioeconomic and racial/ethnic disparities in health across the life course.  Frequently asked to lecture or write on this topic.  My major contribution here, over and above that noted above, has been in how to conceptualize and frame the policy-relevant questions, including how to assess the strength of evidence of the effects of social factors on health.**

   a. Braveman PA, Cubbin C, Egerter S, Williams DR and Pamuk E. Socioeconomic disparities in health in the United States: What the patterns tell us. Am J Public Health April 2010; 100(S1): S186-S196. PMCID: PMC2837459

b. Braveman P, Egerter S, Williams D. The Social Determinants of Health: Coming of Age. Annu Rev Public Health 2011 Apr 21;32:381-98.

c. Braveman, P. Health inequalities by class and race in the US: what can we learn from the patterns? Soc Sci Med, 2012 Mar;74(5):665-7.

d. Braveman P, Heck K, Egerter S, Rinki C, Marchi K, Curtis M. Economic hardship in childhood: A neglected issue in ACE studies? Matern Child Health J 2018 Mar; 22(3):308-317.

5. **Access to care:  My research in the late 1980s-early 1990s produced previously unavailable evidence of adverse health outcomes associated with lack of medical insurance.  Previously, there was growing awareness of the size of the uninsured population in the U.S., but no convincing scientific evidence linking lack of health insurance to adverse outcomes.**

a. Braveman P, Oliva G, Miller MG, Reiter R, Egerter S. Adverse outcomes and lack of health insurance among newborns in an eight-county area of California, 1982 to 1986. N Engl J Med 1989;321(8):508-13.

b. Braveman P, Egerter S, Bennett T, Showstack J. Differences in hospital resource allocation among sick newborns according to insurance coverage. JAMA 1991;266(23):3300-3308.

c. Braveman P, Schaaf VM, Egerter S, Bennett T, Schecter W. Insurance-related differences in risk of ruptured appendix. N Engl J Med 1994;331(7):444-449.

d. Braveman P, Bennett T, Lewis C, Egerter S, Showstack J.  Access to prenatal care following major Medicaid eligibility expansions.  JAMA 1993;269:1285-1289

**Fuller (but not complete) List of Published Work in My Bibliography:**
http://www.ncbi.nlm.nih.gov/myncbi/paula.braveman.1/bibliograpahy/47437008/public/?sort=date&direction=ascending

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

# BIOGRAPHICAL SKETCH

NAME: Fontil, Valy

eRA COMMONS USER NAME (credential, e.g., agency login): FontilV

POSITION TITLE: Assistant Professor of Medicine

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Oakwood University, Huntsville, AL | B. S | 05/2001 | Biochemistry |
| University of Michigan, Ann Arbor, MI | M.D | 06/2007 | Medicine |
| Tulane University, New Orleans, LA | Residency | 12/2010 | Internal Medicine |
| University of California, San Francisco | MAS - CR | 07/2013 | Clinical research |
| University of California, San Francisco | Post-doctoral | 08/2015 | Stroke prevention research |

## A. Personal Statement

I am a general internist physician, health services researcher, and implementation scientist focused on studying healthcare interventions and innovations in real-world settings targeted to reduce cardiovascular risk in high-risk populations vulnerable to health disparities. I am an expert in using multiple research methodologies to study proactive clinical approaches for disease prevention and cardiovascular risk reduction, with a special emphasis on hypertension. My recent research work has included the analysis of national datasets to identify gaps and disparities in current management of hypertension, development and use of microsimulation modeling to predict what clinical interventions might work best for improving hypertension control. I led the *Bring It Down San Francisco* program, a multi-pronged effort to adapt, implement, and evaluate an evidence-based hypertension-control intervention from Kaiser Permanente Northern California, an integrated health system, into a large safety-net healthcare system, the San Francisco Health Network. As co-Principal Investigator in the PCORnet Blood Pressure Control Lab, I am currently co-leading a PCORI-funded cluster randomized comparative effectiveness study of two versions of a quality improvement program for hypertension developed by the American Medical Association.

For the Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases I will provide expertise and technical assistance with health disparities and health equity in hypertension and stroke research, digital health, and implementation science.

Notable publications applicable to this proposal are:

Pletcher MJ, **Fontil V**, Carton T, Shaw KM, Smith M, Choi S, Todd J, Chamberlain AM, O'Brien EC, Faulkner M, Maeztu C, Wozniak G, Rakotz M, Shay CM, Cooper-DeHoff RM. The PCORnet Blood Pressure Control Laboratory: A Platform for Surveillance and Efficient Trials. Circ Cardiovasc Qual Outcomes. 2020 03; 13(3):e006115. PMID: 32142371

**Fontil V,** Bibbins-Domingo K, Nguyen O, Guzman D, Goldman LE. Management of Hypertension in Primary Care safety-net clinics in the United States: A Comparison of Community Health Centers and Private Physician's Offices. Health Services Research. 2016 Jun 10. PMCID: PMC5346492

**Fontil V**, Gupta R, Moise N, Chen E, Guzman D, McCulloch CE, Bibbins-Domingo K. Adapting and Evaluating a Health System Intervention From Kaiser Permanente to Improve Hypertension Management and Control in a Large Network of Safety-Net Clinics. Circ Cardiovasc Qual Outcomes. 2018 Jul; 11(7). PMCID: PMC6071320

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

**Fontil V,** McDermott K, Tieu L, Rios C, Gibson E, Castro Sweet C, Payne M, Lyles C. Adaptation and Feasibility Study of a Digital Health Program to Prevent Diabetes Among Low-Income Patients:  Results from a Partnership between a Digital Health Company and an Academic Research Team. Journal of Diabetes Research. 2016; 2016:8472391. PMCID: PMC5102733

Selected ongoing and completed projects

| | | |
|---|---|---|
| K23HL136899 | Fontil (PI) | 4/1/18 – 3/31/2023 |

NIH/NHLBI
Bring It Down San Francisco: Harnessing Cloud-Based Technology To Improve Hypertension Management In A Low-Income Underserved Population

| | | |
|---|---|---|
| P0531408 | Pletcher (PI) | 7/1/18 – 9/30/2021 |

Patient-Centered Outcomes Research Institute
Using PCORnet to Compare Blood Pressure Control Strategies             Role: Co-PI

| | | |
|---|---|---|
| R01HL139837 | Multi-PIs  (Moran) | 12/15/2017-11/30/2021 |

Patient Level Prediction of Clinical Outcomes and Cost-Effectiveness in SPRINT  Role: Sub-award PI

| | | |
|---|---|---|
| Gordon and Betty Moore Foundation | Sarkar/Fontil (MPI) | 01/15/2017 – 12/30/2020 |

Human Diagnosis Project - Subcontract
The purpose of this grant is to support the Human Diagnosis Project in applying their innovative software platform to improve patient safety by understanding how it can be implemented in an ambulatory setting, finding evidence of its effectiveness in practice, and developing a business case for providers and payers.

## B. Positions, Scientific Appointments and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2017 - | Executive Steering Committee member, San Francisco Bay Area Collaborative Research Network – a primary care practice-based research network to facilitate mutually beneficial research partnerships between UCSF researchers and community-based primary care organizations, and clinicians in the San Francisco Bay Area and Northern California. |
| 2015- | Assistant Adjunct Professor of Medicine, Division of General Internal Medicine, UCSF, San Francisco, CA |
| 2015- | Associate Faculty, UCSF Center for Vulnerable Populations, San Francisco, CA |
| 2015 – | Advisory Panel Member, Stanford MedicineX |
| 2015 – | Hypertension consultant, UCSF-Samsung Digital Health Innovation Lab |
| 2015 - | Expert Consultant, San Francisco Health Network Hypertension Equity Workgroup |
| 2015 - | Member, San Francisco Health Network Clinical Cardiovascular Workgroup |
| 2014 – | Instructor/Presenter, Designing Clinical Research, Pre-Health Undergraduate Program (PUP), UCSF-CTSI, San Francisco, CA |
| 2014 - | Affiliated mentor and lecturer, UCSF-RISE – an NHLBI R25 training grant for summer institute to attract under-represented faculty from other institutions to UCSF for an Implementation Science curriculum and mentoring |
| 2013-2015 | Postdoctoral Scholar, Center for Vulnerable Populations, UCSF, San Francisco, CA |
| 2013 – | Selection committee member, Pre-Health Undergraduate Program (PUP), University of California San Francisco (UCSF) Clinical & Translational Science Institute (CTSI), San Francisco, CA |
| 2011-2013 | Assistant Clinical Instructor, Division of General Internal Medicine, UCSF, San Francisco, CA |

### Honors

| | |
|---|---|
| 2018 | NHLBI K23 Career Development Award |
| 2017 | Finalist for the University of California Center for Accelerated Innovation Technology Development Award |
| 2017 | Semifinalist for the RWJF Harold Amos Medical Faculty Development Program |

Contact PD/PI: Chorlobcin, Edwin
Docusign Envelope ID: BF62AE9B-AD4E-849A-8049-1869D5C5014D

| | |
|---|---|
| 2015 | Stanford MedicineX Interprofessional Advisory Panel |
| 2015 | Kushel Junior Faculty Awardee |
| 2015 | John A. Watson Junior Faculty Scholar |
| 2013 | Certificate in Implementation Sciences |
| 2013 | Certificate in Health Disparities Research from the National Institute on Minority Health and Health Disparities |
| 2013 | Invitee to the IDEAS Stroke Disparities Workshop hosted by the NINDS |
| 2008 | Tulane University Resident Elite Code Grey Army |
| 2006 | University of Michigan Honors in Cardiovascular Research |
| 2001 | Oakwood University Wall of Fame |
| 2001 | University of Michigan Medical School Dean's Scholarship Award |
| 1999 | Alpha Chi National Honor Society |
| 1999 | Minorities Access to Research Careers (MARC) Scholar |

## C. Contribution to Science

1.  Identifying missed opportunities in current management of hypertension in the United States: I have examined national data to identify gaps and missed opportunities in treatment of hypertension among high-risk patients.
    a)  **Fontil V,** Pletcher M, Khanna R, Guzman D, Victor R, Bibbins-Domingo K. Physician Underutilization of Effective Medications for Resistant Hypertension at Office Visits in the United States: NAMCS 2006-2010. Journal of General Internal Medicine. 2014;29:468-76. PMCID: PMC3930772
    b)  **Fontil V,** Bibbins-Domingo K, Nguyen O, Guzman D, Goldman LE. Management of Hypertension in Primary Care safety-net clinics in the United States: A Comparison of Community Health Centers and Private Physician's Offices. Health Services Research.  2016 Jun 10; PMCID: PMC5346492
    c)  **Fontil V,** Bibbins-Domingo K, Kazi DS, Sidney S, Coxson PG, Khanna R, Victor R, Pletcher M. Simulating strategies for improving control of hypertension among patients with usual source of care in the United States: The Blood Pressure Control Model. Journal of General Internal Medicine. 2015; 30: 536-8. PMCID: PMC4510247
    d)  Selby K, Michel M, Gildengorin G, Karline L, Pramanik R, **Fontil V**, Potter MB. Disparities in Hypertension Control Across and Within Three Health Systems Participating in a Data-Sharing Collaborative. J Am Board Fam Med. 2018 Nov-Dec; 31(6): 897-904. PMCID: PMC6420811

2.  Computer simulation modeling of hypertension management: I led the effort to create and validate the Blood Pressure Control Model (BPCM) – computer microsimulation model of healthcare processes critical to treatment of hypertension. This model serves as a valuable research tool to examine the relative effectiveness and cost-effectiveness of systems-level interventions and population health policies for hypertension management.

    a)  **Fontil V,** Bibbins-Domingo K, Kazi DS, Sidney S, Coxson PG,  Khanna R, Victor R, Pletcher M. Simulating strategies for improving control of hypertension among patients with usual source of care in the United States: The Blood Pressure Control Model. Journal of General Internal Medicine. 2015;30: 536-8. PMCID: PMC4510247
    b)  Bellows K, Ruiz-Negron N, Bibbins-Domingo K, King J, Pletcher M, Moran A, **Fontil V.** (2018) Clinic-based strategies to reach United States Million Hearts 2022 blood pressure control 1 goals: a simulation study. Circ Cardiovasc Qual Outcomes. 2019 Jun;12(6). PMCID: PMC6768426
    c)  Bryant K, Sheppard J, Ruiz-Gegron N, Kronish I, **Fontil V**, King J, Pletcher M, Bibbins-Domingo K, Moran A, McManus R, Bellows B. Impact of self-monitoring of blood pressure on processes of hypertension care and long-term blood pressure control. J Am Heart Assoc.  2020 Jul 22:e016174 PMCID: PMC7792261
    d)  Kazi D, Pengxiao C, Penko J, Bellows B, Coxson P, Bryant K, **Fontil V**, Pletcher M, Rader F, Moran A, Bibbins-Domingo K. Scaling Up Pharmacist-led Blood Pressure Control Programs in Black Barbershops: Projected Population Health Impact and Value. In Press

Contact PD/PI: Charlebois, Edwin

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D    Case 3:25-cv-04737-RFL    Document 215-2    Filed 07/15/26    Page 103 of 269

3.  Designing health systems interventions for hypertension and other chronic disease management in safety-net healthcare settings: As an implementation scientist, I have led research projects to adopt, implement, and evaluate the effectiveness of practice-based health system interventions for hypertension.
    a)  **Fontil V**, Gupta R, Moise N, Chen E, Guzman D, McCulloch CE, Bibbins-Domingo K. Adapting and Evaluating a Health System Intervention From Kaiser Permanente to Improve Hypertension Management and Control in a Large Network of Safety-Net Clinics. Circ Cardiovasc Qual Outcomes. 2018 Jul; 11(7). PMCID: PMC6071320
    b)  **Fontil V,** McDermott K, Tieu L, Rios C, Gibson E, Castro Sweet C, Payne M, Lyles C. Adaptation and Feasibility Study of a Digital Health Program to Prevent Diabetes Among Low-Income Patients: Results from a Partnership between a Digital Health Company and an Academic Research Team. Journal of Diabetes Research. 2016; 2016:8472391. PMCID: PMC5102733
    c)  **Fontil V**, Khoong EC, Hoskote M, Radcliffe K, Ratanawongsa N, Lyles CR, Sarkar U. Evaluation of a Health Information Technology-Enabled Collective Intelligence Platform to Improve Diagnosis in Primary Care and Urgent Care Settings: Protocol for a Pragmatic Randomized Controlled Trial. JMIR Res Protoc. 2019 Aug 6;8(8). PMCID: PMC6701158
    d)  Pletcher MJ, **Fontil V**, Carton T, Shaw KM, Smith M, Choi S, Todd J, Chamberlain AM, O'Brien EC, Faulkner M, Wozniak G, Rakotz M, Shay CM, Coopher-DeHoff RM. The PCORnet blood pressure control laboratory: A platform for surveillance and efficient trials. Circ Cardiovasc Qual Outcomes. 2020 Mar;13(3):e006115.


4.  Design of technology for primary care providers practicing in safety net clinics.  My final area of expertise is in technology design and pragmatic study implementation at the provider and clinic levels, ensuring that new technologies are acceptable within routine practice and evaluating in the local context of use.
    a)  **Fontil V**, Radcliffe K, Lyson H, Ratanawongsa N, Lyles C, Tuot D, Yuen K, Sarkar U. Testing and improving the acceptability of a web-based platform for collective intelligence to improve diagnostic accuracy in primary care clinics. 2019 JAMIA Open April;2:40-48. https://doi.org/10.1093/jamiaopen/ooy058. PMCID: PMC6952011
    b)  **Fontil V**, Khoong EC, Hoskote M, Radcliffe K, Ratanawongsa N, Lyles CR, Sarkar U. Evaluation of a Health Information Technology-Enabled Collective Intelligence Platform to Improve Diagnosis in Primary Care and Urgent Care Settings: Protocol for a Pragmatic Randomized Controlled Trial. JMIR Res Protoc. 2019 Aug 6;8(8). PMCID: PMC6701158
    c)  **Fontil V**, Khoong EC, Hoskote M, Radcliffe K, Ratanawongsa N, Lyles CR, Sarkar U. Evaluation of a Health Information Technology-Enabled Collective Intelligence Platform to Improve Diagnosis in Primary Care and Urgent Care Settings: Protocol for a Pragmatic Randomized Controlled Trial. JMIR Res Protoc. 2020 Jan 13;9(1):e13835.
    d)  **Fontil V**, Kazi D, Cherian R, Lee SY, Sarkar U. Evaluation of a Health Information Technology Panel Management Platform to Improve Anticoagulation Control in a Low-Income Patient Population: Protocol for a Quasi-Experimental Design.  JMIR Res Protoc. 2020 Jan 13;9(1). DOI: 10.2196/13835 PMCID: PMC6996764


**Complete List of Published Work in My Bibliography:**
https://www.ncbi.nlm.nih.gov/pubmed/?term=fontil+v

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

---

**BIOGRAPHICAL SKETCH**

---

NAME: Joanne Elizabeth Spetz

---

eRA COMMONS USER NAME (credential, e.g., agency login): spetzjo

---

POSITION TITLE: Director & Brenda and Jeffrey L. Kang Presidential Chair in Healthcare Finance, Philip R. Lee Institute for Health Policy Studies

---

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Massachusetts Institute of Technology, Cambridge, MA | S.B. | 06/1990 | Economics |
| Stanford University, Stanford, CA | M.A. | 06/1993 | Economics |
| Stanford University, Stanford, CA | Ph.D. | 01/1996 | Economics |

## A. Personal Statement

I am the Director of the Philip R. Lee Institute for Health Policy Studies at UCSF, which aims to advance equity, quality, and value of health care. As Director, I lead Institute and campus initiatives linked to population health, policy-focused research, and translation of research to practice and policy improvement. **My own research focuses on the roles of health care workers in the delivery of care, access to care, and costs**. I am Director and Principal Investigator of the federally-funded UCSF Health Workforce Research Center on Long-Term Care, which for 8 years has conducted **groundbreaking research on the long-term care workforce** and its capacity to meet the needs of the growing population of people with disabilities and long-term care needs. Many of these studies have focused on disparities in access to long-term care, as well as the complexity of providing care to individuals with serious illness living in the community. I bring to this team nearly 30 years of experience in research on the health care workforce, including studies of the roles of nurses, oral health professionals, behavioral health care providers, and others in the delivery of high-quality, equitable care. I also have led research on the effect of marijuana, opioid, and tobacco policies on substance use and misuse, including among adolescents and young adults, and on strategies to expand access to medications to treat opioid use disorder.

Prevention, treatment, and management of comorbid chronic diseases associated with health disparities is, in part, dependent on the capacity of the clinciians and other workers within the health care system. For this proposed U24 Coordinating Center, **I will provide technical assistance with health policy, health economics, health disparities, and workforce research related to chronic disease and comorbidities**. I have expertise in econometrics, survey research, mixed-methods evaluation, and policy analysis, which will contribute to the skills development of investigators. I also bring to the program my experience in translating research to policy and practice at the organizational, local, and national levels. I serve as a mentor for pre-doctoral students, post-doctoral fellows, and early-stage faculty, and have received national recognition for mentorship to nursing researchers. I look forward to collaborating with this Research Coordinating Center team to advance research that will affect more equitable prevention and care for chronic diseases with common causal pathways.

Ongoing and recently-completed projects that I would like to highlight include:

Health Resources and Services Administration U81 HP26494
Spetz (PI), Role: Principal investigator
9/1/2013 – 8/31/2022
UCSF Health Workforce Research Center on Long-Term Care

National Institute on Drug Abuse / NIH 1R01DA047379-01A1
Spetz (PI), Role: Principal Investigator

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-9049-1869D5C5014D

4/1/2020 – 1/31/2023
Increasing access to medication-assisted treatment: Interactions between federal and state workforce policies

California Health Care Foundation G-30597
Spetz (PI), Role: Principal Investigator
1/1/2020-6/30/2021
Workforce Recruitment in the Safety Net

National Council of State Boards of Nursing R101026
Spetz (PI), Role: Principal Investigator
8/1/2018 – 7/31/2020
Nurse Practitioner Roles in Addressing the Opioid Crisis: Impact of State Scope of Practice Regulations on Provision of Medication-Assisted Treatment

Gordon and Betty Moore Foundation 6939
Spetz (PI), Role: Principal Investigator
11/01/2017 – 6/30/2019
Developing recommendations for the workforce for care of people with complex health issues

National Institute of Dental and Craniofacial Research (NIH) / U01 DE025507
Gansky (PI), Role: Co-Investigator
7/1/2015 – 8/31/2021 (NCE)
Coordinating Center to Help Eliminate/Reduce Oral health Inequalities in Children


Four publications highlighting experience and qualifications for this grant are below (mentored trainees/faculty underlined):

1. **Spetz, J**, Dudley, N. Consensus-Based Recommendations for an Adequate Workforce to Care for People with Serious Illness. Journal of the American Geriatrics Society, 2019, 67 (S2): S392-S399

2. Muench, U, Whaley, C, Coffman, J, **Spetz, J**. Scope of Practice for Nurse Practitioners and Adherence to Medications for Chronic Illness in Primary Care. Journal of General Internal Medicine, online June 24, 2020. PMCID: PMC7878646

3. **Spetz, J**, Toretsky, C, Chapman, S, Phoenix, B, Tierney, M. Nurse practitioner and physician assistant waivers to prescribe buprenorphine and state scope of practice restrictions. JAMA, 2019, 321 (14): 1407-1408. PMCID: PMC6459110

4. Larson, S, Chapman, S, Brindis, CD, **Spetz, J**. Rates of Exposure to Victimizing Events and Use of Substances among California's Middle and High School Students. Journal of School Nursing, 2019, 35 (2): 137-146


## B. Positions, Scientific Appointments, and Honors

**Positions and Scientific Appointments**

| | |
|---|---|
| 2020-present | Director, Philip R. Lee Institute for Health Policy Studies, UC San Francisco, CA |
| 2020-present | Brenda and Jeffrey L. Kang Presidential Chair in Healthcare Finance, Philip R. Lee Institute for Health Policy Studies, UC San Francisco, CA |
| 2019-2020 | National Academies of Science Engineering and Medicine, Committee on Consideration of Generational Issues in Workforce Management and Employment Practices |
| 2018-present | Editorial Board, HSR: Health Services Research |
| 2014-present | UnitedHealth Group External Nursing Advisory Committee |
| 2013-present | Associate Director for Research, Healthforce Center at UCSF, San Francisco, CA |
| 2013-2016 | Process Redesign Advisory Group, National Center for Inter-Professional Education |
| 2012-2015 | Member, Institute of Medicine, Standing Committee on Credentialing Research in Nursing |
| 2011-present | Professor, Philip R. Lee Institute for Health Policy Studies & Department of Family and Community Medicine, UC San Francisco, CA |

Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

| 2009-present | Professor (Adjunct), School of Nursing, University of California, San Francisco, CA |
| 2009-2014 | Associate Editor, BMC Health Services Research |
| 2009-2011 | Consultant, Institute of Medicine, Committee on the Future of Nursing |
| 2008-present | Editorial Board, Medical Care Research and Review |
| 2004-present | American Society of Health Economists |
| 2004-2009 | Associate Professor (Adjunct), School of Nursing, University of California, San Francisco, CA |
| 2002-2003 | National Commission for VA Nursing, Commission Member |
| 2001-2007 | Associate Director, Center for California Health Workforce Studies, San Francisco, CA |
| 2001-2002 | Adjunct Fellow, Public Policy Institute of California, San Francisco, CA |
| 1999-2004 | Assistant Professor (Adjunct), School of Nursing, University of California, San Francisco, CA |
| 1995-present | International Health Economics Association (Scientific Committee, 2004-06, 2011-21) |
| 1995-2001 | Research Fellow, Public Policy Institute of California, San Francisco, CA |
| 1993-present | AcademyHealth (formerly Association for Health Services Research) (multiple service roles) |
| 1993-1996 | Health Research Specialist, VA Palo Alto Health Care System, CA |

**Honors**

| 2020 | Excellence in Nursing Education Award, Nursing Outlook |
| 2020 | Outstanding Journal Reviewer for 2019, Health Services Research |
| 2017 | Best of Annual Research Meeting Abstract, AcademyHealth |
| 2016 | Nursing Outlook Excellence in Education Writing Award (as co-author) |
| 2016 | Mentorship Award, Interdisciplinary Research Group on Nursing Issues, AcademyHealth |
| 2013 | Best Abstract Award, Interdisciplinary Research Group on Nursing Issues, AcademyHealth |
| 2011 | Honorary Fellow, American Academy of Nursing |
| 2005 | Best Abstract Award, Workforce Sessions, AcademyHealth |
| 1994, 1995 | Performance Awards, Department of Veterans Affairs |
| 1993-1994 | Bradley Foundation Fellowship, Stanford University, CA |
| 1990-1995 | National Science Foundation Graduate Fellowship |

## C. Contributions to Science

My research falls into five areas: impacts of regulatory policies on health behaviors, the roles of nurse practitioners, health workforce labor markets, the quality of care provided by nurses within hospitals, and the long-term care workforce. I am  interested in how the organization of health care and regulations affect the provision and quality of health care, job  opportunities, and individual behaviors. I also have an interest in how information and incentives affect  decisions, whether those decisions are about what type of nursing education to pursue, whether to use an illicit  substance, or when to perform a cesarean delivery.
(mentored trainees/faculty underlined)

1. As director of the UCSF Health Workforce Research Center on Long-Term Care, which is supported by a cooperative agreement with the U.S. Health Resources and Services Administration, I lead an active program of study in this area that involves six faculty and external collaborators. The Center has examined the demand for long-term care workers, palliative care teams, health information technology's effect on nursing home staff, turnover of home care workers, and other topics. I also am PI of the evaluation of San Francisco's Support at Home program, which provides vouchers to pay for home care services for middle-income residents with disabilities. In 2018, I led a summit of 40 health care leaders to develop recommendations to ensure an adequate workforce to meet serious illness care needs in the community.
   a. **Spetz, J**, Trupin, L, Bates, T, Coffman, J. (2015). Future Demand for Long-Term Care Workers Will be Influenced by Demographic and Utilization Changes. Health Affairs, 34(6), 936-945.
   b. **Spetz, J**, Dudley, N, Trupin, L, Rogers, M, Meier, D, Dumanovsky, T. (2016). Few hospital palliative care programs meet national staffing recommendations. Health Affairs, 35 (9), 1690-1697.
   c. Wagner, L, Katz, P, Karuza, J, Kwong, C, Sharp, L, **Spetz, J**. (2020). Medical Director Organization and Quality of Care Outcomes in Post-Acute Care Settings. The Gerontologist, online November 4, 2020.
   d. Muench, U, Jura, M, Harrington, C, Mathison, R, **Spetz, J**. (2020). Financial Vulnerability and Worker Wellbeing Outside of the Workplace: A Comparison of Long-Term Services and Supports Workers with Other Health Workers. Medical Care Research and Review, online June 20, 2020.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

2. Nurse practitioners play an important role in providing primary care in the United States. Since 2011, I have been engaged in multiple research studies of the nurse practitioner workforce. My first published study in this area examined whether restrictions on the scope of practice of nurse practitioners affect the cost savings that can be achieved by retail clinics compared with emergency departments, urgent care, and physicians' offices, finding that states that had restrictions on scope of practice also exhibited lower cost savings from retail clinic use. In subsequent research, I examined how different definitions of "primary care" affect estimates of the percentage of nurse practitioners working in this field, mentored a junior faculty member to conduct a systematic review of the effect of scope of practice regulation on health care delivery, examined the relationship between growth of the nurse practitioner workforce and access to care, and explored the quality of prescribing by nurse practitioners. I am now leading a study of the roles of nurse practitioners and other advanced practice clinicians in treatment of opioid use disorder.

   a. **Spetz, J**., Parente, S.T., Town, R., & Bazarko, D. (2013). Nurse Practitioner Scope of Practice and Cost Savings from Retail Clinics. Health Affairs, 32(11), 1977-1984.
   b. Xue, Y, Smith, JA, **Spetz, J**. (2019). Primary Care Nurse Practitioners and Physicians in Low-Income and Rural Areas, 2010-2016. JAMA. 321 (1): 102-105. PMCID: PMC6583766
   c. **Spetz, J**, Toretsky, C, Chapman, S, Phoenix, B, Tierney, M. (2019). Nurse practitioner and physician assistant waivers to prescribe buprenorphine and state scope of practice restrictions. JAMA, 321 (14): 1407-1408. PMCID: PMC6459110
   d. Muench, U, Whaley, C, Coffman, J, **Spetz, J**. (2020). Scope of Practice for Nurse Practitioners and Adherence to Medications for Chronic Illness in Primary Care. Journal of General Internal Medicine, online June 24, 2020. PMCID: PMC7878646

3. After writing a dissertation on nursing demand and wages at Stanford University, I have led numerous studies of nursing supply, demand, and education. This body of work has included research based on primary data collection through large statewide and national sample surveys, mixed-methods evaluation research, and econometric analyses of secondary data. I have been involved in multiple studies as PI and a co-investigator to evaluate the effects of California's landmark minimum nurse-to-patient ratio regulation on demand for nurses and quality of care. Recent research has considered the earnings of nurses with different education, finding that nurses who receive a bachelor's degree after an initial associate degree earn significantly higher wages than other nurses, holding other demographic and human capital variables constant.

   a. **Spetz, J**. (1999). The effects of managed care and prospective payment on the demand for hospital nurses: Evidence from California. HSR: Health Services Research, 31(4), 389-393. PMCID: PMC1089069
   b. **Spetz, J**. & Given, R. (2003). The future of the nursing shortage: Will wage increases close the gap? Health Affairs, 22(6), 199-206.
   c. Staiger, D., **Spetz, J**., & Phibbs, C. (2010). Is There Monopsony in the Labor Market? Evidence from a Natural Experiment. Journal of Labor Economics, 28(2), 211-236.
   d. **Spetz, J**., & Bates, T. (2013). Is a Baccalaureate in Nursing Worth It? The Return to Education, 2000-2008. Health Services Research, 48(6, Part I), 1859-1878. PMCID: PMC3876405

4. As an economist, I have an interest in the factors that drive individual behaviors, and have studied the impacts of various regulatory policies and financial incentives on health behaviors and other outcomes. These policies have included California's passage of an anti-immigrant ballot proposition in the mid-1990s and payment policies that affect the revenue from cesarean delivery. I currently am collaborating with a multi-disciplinary team at UCSF to study the effects of marijuana and tobacco regulations on substance use.

   a. **Spetz, J**., Baker, L.C., Phibbs, C., Tafoya, S., & Pedersen, R. (2000). The effect of passing an 'anti-immigrant' ballot proposition on the use of prenatal care by foreign-born mothers in California. Journal of Immigrant Health, 2(4), 203-212.
   b. **Spetz, J**., Smith, M.W., & Ennis, S.F. (2001). Physician incentives and the timing of cesarean sections: Evidence from California. Medical Care, 39(6), 536-550.
   c. Schmidt, L, Jacobs, L, **Spetz, J**. (2016). Young People's More Permissive Views About Marijuana: Local Impact of State Laws or National Trend? American Journal of Public Health, 106 (8): 1498-1503. PMCID: PMC4940634.
   d. Apollonio, D, **Spetz, J**, Schmidt, LA, Jacobs, LM, Kaur, M, Ramo, D. (2019). Prevalence and Correlates of Simultaneous and Separate 30-Day Use of Tobacco and Cannabis: Results from the

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

California Adult Tobacco Survey. Substance Use and Misuse, 54 (10): 1627-1632. PMCID: PMC6768386

5.  I have conducted numerous studies of the delivery of high-quality care in hospitals. Our team at UCSF published the first analyses of the potential effects of California's landmark minimum nurse-to-patient ratio regulation on demand for nurses and quality of care. I later was the PI of a mixed-methods study of the impact of California's minimum nurse-to-patient ratio requirements, funded by the California HealthCare Foundation, and collaborated with Barbara Mark (University of North Carolina, Chapel Hill) on her R01 on the relationship between nurse staffing regulation, hospital financial performance, and quality of care. These studies consistently found that California's regulation led to greater employment of nurses, higher wages, but no measurable change in the quality of care. At present, I am studying nurse staffing, missed care, and outcomes in labor and delivery (Lyndon, PI).

    a.  **Spetz, J**. (2008). Nurse Satisfaction and the Implementation of Minimum Nurse Staffing Regulations. Policy, Politics, and Nursing Practice, 9(1), 15-21.
    b.  **Spetz, J**., Mark, B.A., Harless, D.W., & Herrera, C. (2013). Using minimum nurse staffing regulations to measure the relationship between nursing and hospital quality of care. Medical Care Research and Review, 70(4), 380-399.
    c.  **Spetz, J**, Burgess, J, Phibbs, CS. (2014). The Effect of Health Information Technology Implementation in Veterans Health Administration Hospitals on Patient Outcomes. Health Care: The Journal of Delivery Science and Innovation, 2: 40-47
    d.  Lyndon, A, Simpson, KR, **Spetz, J**. (2017). Thematic analysis of US stakeholder views on the influence of labor nurses' care on birth outcomes. BMJ Quality & Safety, 26, 824-831.

Complete List of Published Work listed in PubMed available in MyBibliography:
http://www.ncbi.nlm.nih.gov/sites/myncbi/1r91xwii-PI/bibliography/42739477/public/?sort=date&direction=ascending

Docusign Envelope ID: BF62AE9B-AD4E-849A-8049-1869D5C5014D

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Banava, Sepideh

eRA COMMONS USER NAME (credential, e.g., agency login): SEPIDEH.BANAVA

POSITION TITLE: Postdoctoral Fellow

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Tehran University of Medical Sciences (TUMS), School of Dentistry, Tehran, Iran | DDS | 10/1993 | Dentistry |
| Tehran University of Medical Sciences (TUMS), School of Dentistry, Tehran, Iran | MSc | 09/1997 | Restorative Dentistry and Dental Materials |
| Mahan Institute, Tehran, Iran | Certificate | 06/2013 | Master of Business Administration (MBA) (Marketing) |
| University of San Francisco (USF), San Francisco, USA | MPH | 05/2017 | Epidemiology |
| University of California San Francisco (UCSF), San Francisco, USA | Certificate | 03/2019 | Dental Public Health (DPH) |

## A. Personal Statement

As a dentist with over 20 years of clinical and research experience, I have conducted research studies to enhance the community's oral health. Merging my knowledge and expertise in restorative/preventive dentistry with epidemiology and dental public health has empowered me to apply a multilevel approach in improving oral health at individual and community levels.

I have collaborated in dental and interdisciplinary projects to improve oral health and overall health and reduce oral health disparities in the community. I have experience designing surveys and questionnaires, launching clinical trials and research studies, recruiting and supervising bilingual study staff, providing training, recruiting participants for community based observational and interventional research, conducting the eDelphi method, performing semi-structured cognitive interviews, analyzing qualitative and quantitative data, and performing quality control in research projects. My research focuses on oral health literacy, oral health disparities, community dentistry, precision oral health, preventive dentistry, the impact of social determinants of health on oral health, and health bioinformatics to improve oral health and oral health care behaviors in the community. Since 2016, in my MPH, DPH, and postdoctoral fellow (NIH T32) programs, with Dr. Stuart Gansky's mentorship, I was able to advance my knowledge about oral health conceptual models, proportionate universalism, precision health, learning health systems, and health equity research. Additionally, I had the opportunity to apply for an R21 to develop a biosensor to provide people feedback for behavioral change and a K23 to develop electronic health record-based intimate partner violence screening tools as a PI.

The proposed U24 grant application for a Research Coordinating Center aims to support NIMHD P50 Centers to prevent, treat, and manage comorbid chronic diseases to reduce health disparities with multidimensional approaches. I will lend my expertise as Scientific Coordinator in this project working with MPIs and the Communications Coordinator to ensure rigorous science is produced and disseminated. Also, I will provide

Contact PD/PI: Cherleheio, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

technical assistance with health disparities and health equity research, community-engaged research, health literacy, and oral health.

## Ongoing Research Support

5T32DE007306-23             Den Besten (PI)                1/16/2019-1/15/2022
NIH/NIDCR
Developing a Functional Oral Health Literacy Instrument in Persian Speaking Adults.
The objective of this 3-phase study is to develop a Persian oral health literacy scale and assess oral health literacy of bilingual English-Persian speakers in the US.
Role: Postdoctoral Scholar

## Completed Research Support (within the past 3 years)

R00RG2901                 Gansky (PI)                 05/01/2020–01/31/2021 (NCE)
University of California Office of the President Emergency COVID-19 Research Seed Funding
via California Breast Cancer Research Program
Pilot Trial of Antiseptic Gargling for SARS-CoV-2 Transmission Prevention in Health Care Workers
To pilot test over-the-counter antiseptic mouthwashes to reduce SARS-CoV-2 titers.
Role: Co-investigator

N/A                       Silverstein (PI)            Aug 2017- Feb 2019
California Department of Public Health
Proposition 56, the California Healthcare, Research and Prevention Tobacco Tax Act of 2016.
Assessing Past Year Dental Visit of San Francisco Kindergarteners and its Correlates: San Francisco Smile Survey 2015-18.
The objective of the study was to assess the prevalence of past year dental visit of San Francisco Kindergarteners in 2015-2018 and related factors.
Role: Co-investigator

The following four products highlight my qualifications for this grant focusing on health disparities and oral health literacy (mentored trainees/faculty underlined):

a- **Banava S**, Fisher-Owens SA, Gansky S. What's Missing in Children's Oral Health Disparities Related Research? Presented at the UCSF 11th Health Disparities Symposium, 2018 (Paper in progress)

b- **Banava S**, Berens LH, Gansky S, Stookey J, Sit C, Fisher M. Exploring Factors Associated with the Past Year Dental Visit Among San Francisco Kindergarteners: Challenges and Barriers – SF Smile Survey 2015-2017, 2020 (Paper in-progress) (*3rd place, The Leverett Graduate Student Merit Award for Outstanding Achievement in Dental Public Health*)

c- **Banava S**, Gansky S. Persian Oral Health Literacy Scale Development: eDelphi and Cognitive Interviews. 2020 IADR/AADR/CADR General Session (Washington, D.C., USA)

d- Schillinger D, **Banava S,** Gansky S. Integrating Oral, Physical and Mental Health via Public Health Literacy. *Health Literacy Research and Practice*- HLRP-2021-012R1 (accepted)

## B. Positions, Scientific Appointments, and Honors

Positions and Scientific Appointments

2021- Pres    Diplomate, American Board of Dental Public Health, USA
2021- Pres    Director at Large- American Association of Public Health Dentistry
2021- Pres    Member, AAPHD Council of Scientific Information, USA

2020- 2021    Instructor, Dental Public Health Critiquing Scientific Literature Course, Board Practice Course, Dental Public Health Residency Program, UCSF School of Dentistry, San Francisco, CA

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

| | |
|---|---|
| 2020- 2021 | Instructor, Dental Public Health Board Practice Course, Dental Public Health Residency Program, UCSF School of Dentistry, San Francisco, CA |
| 2019- 2020 | Collaborative Teaching, Scientific Research Methods, General Dental Students, PRDS, UCSF, San Francisco, CA |
| 2019- Pres | Adjunct Faculty, University of Pacific, Arthur A. Dugoni, San Francisco, CA |
| 2019- Pres | Member, San Francisco Dental Society, San Francisco, CA |
| 2019- Pres | Member, California Dental Association, CA |
| 2019- Pres | Postdoctoral Scholar, NIH/NIDCR T32 Award, Department of Preventive and Restorative Dental Sciences (PRDS), School of Dentistry, UCSF, San Francisco, CA |
| 2019- Pres | Volunteer Consultant on Smile Survey project, San Francisco Department of Public Health, San Francisco, CA |
| 2017-2019 | Co-president, Student Chapter of American Association of Dental Public Health (AAPHD), UCSF School of Dentistry, San Francisco, CA |
| 2017- Pres | Member, American Association of Dental Public Health (AAPHD), USA |
| 2017-2017 | Teaching Assistant, Introduction to Biostatistics Course, Department of Epidemiology and Biostatistics, UCSF, San Francisco, CA |
| 2015- Pres | Volunteer Cochrane Translator (Persian to English), USA |
| 2015-2015 | Dental Assistant, Dr. Robert Soto Dental Office, San Francisco, CA |
| 2014- Pres | Member, American Dental Association (ADA), USA |
| 2014- Pres | Member, International College of Dentists |
| 2014-2016 | President, The Iranian Division of IADR, Tehran, Iran |
| 2013-2014 | Director of Preceptorship Program (Pediatrics, Prosthodontics, and Periodontics Departments), Tehran Azad Dental School, Tehran, Iran |
| 2013-2013 | President, The 9th Iranian and Kuwaiti Divisions of IADR Congress, Tehran, Iran |
| 2010-2012 | Director, Postgraduate Program, Restorative Dentistry Department, Tehran Azad Dental School, Tehran, Iran |
| 2008-2009 | President and Founder, First Iranian Female Dentists Congress, Tehran, Iran |
| 2007-2010 | Chair, Restorative Dentistry Department, Tehran Azad Dental School, Tehran, Iran |
| 2006- Pres | Member, International Association for Dental Research (IADR) |
| 2006-2014 | Chair, Dental Materials Department, Tehran Azad Dental School, Tehran, Iran |
| 2005- 2016 | Board Member, Journal of Research in Dental Science, Tehran Azad Dental School, Tehran, Iran |
| 2005-2014 | Assistant Professor, Dental Materials Department, Tehran Azad Dental School, Tehran, Iran |
| 2000-2009 | Volunteer Dentist to Screen Dental Caries Status of Elementary and Middle School Children, Tehran, Iran |
| 1998-2014 | Assistant Professor, Restorative Dentistry Department, Tehran Azad Dental School, Tehran, Iran |
| 1998-1999 | Assistant Professor, Restorative Dentistry Department, Tehran University of Medical Sciences, School of Dentistry, Tehran, Iran (Part-Time) |
| 1997-Pres | Member, Iranian Association of Cosmetic and Restorative Dentistry, Tehran, Iran |
| 1993-Pres | Member, Iranian Dental Association, Tehran, Iran |
| 1993-2014 | Clinical Practice, Community and Private Dental Practices, Tehran, Iran |

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Gharebeia, Edwin

## Honors & Awards

2020    Third place, The Leverett Graduate Student Merit Award for Outstanding Achievement in Dental Public Health, AAPHD, National Oral Health Conference (NOHC)

2019    Third-place, Postdoctoral Poster Presentation, Research and Clinical Excellence Day, UCSF, San Francisco, CA

2017    Dean's Medal for Promoting Professionalism in MPH program, Spring 2017, University of San Francisco (USF), San Francisco, CA

2014    Honorary Fellowship of International College of Dentists, Tehran, Iran

2006    Elected as one of the Five Best Mentors of Tehran Azad Dental School, Tehran, Iran

2006    First Prize, Shahid Hedayat Foundation, Mentorship of Best Dissertation of Dental Students, Tehran, Iran

1997    Third-rank, National Postgraduate Board Exam, Tehran, Iran

## C. Contributions to Science

1. Clinical research studies on caries management. I have conducted various clinical studies to assess novel caries preventive materials such as Calcium Phosphopeptide-Amorphous Calcium Phosphate (CPP-ACP) paste/varnish, and fluoride varnish to reduce dental caries in the community including people suffering from oral conditions resulted from chemotherapy.

    a. Heshmat H, **Banava S**, Mohammadi E, Kharazifard MJ, Mojtahedzadeh F. The Effect of Recommending a CPP-ACPF Product on Salivary and Plaque pH Levels in Orthodontic Patients: A Randomized Cross-over Clinical Trial. Acta Odontol Scand. 2014 May 26:1-5. [N/A to NIH Public Access Policy]

    b. **Banava S**, Houshyari M, Safaie T. The Effect of Casein Phosphopeptide Amorphous Calcium Phosphate Fluoride Paste (CPP-ACPF) on Oral and Salivary Conditions of Patients Undergoing Chemotherapy: A Randomized Controlled Clinical Trial. Electronic Physician. 2015;7(7):1535–41. [N/A to NIH Public Access Policy]

    c. **Banava S,** Fazlyab M, Heshmat H, Mojtahedzadeh F, Motahhary P. Histological Evaluation of Single and Double-visit Direct Pulp Capping with Different Materials on Sound Human Premolars: A Randomized Controlled Clinical Trial. Iranian Endodontic Journal. 2015,10(2): 82-8. [N/A to NIH Public Access Policy]

    d. **Banava S**, Sabernezhad M, Honkala S. Can Fluoride or Tri-calcium Phosphate Varnishes Alter Salivary and Plaque pH in Athletes Who Consume Soft Drinks? J Dent Health Oral Disord Ther. 2016; 4(3): 112-115. [N/A to NIH Public Access Policy]

2. Conservative dental treatment methods. Considering the importance of conservative versus invasive dental treatment options, I conducted a clinical trial on partial caries removal to preserve tooth structure and pulp vitality and ultimately to reduce the dental and financial burden of complex dental treatments. This clinical trial resulted in registering two patents with the Iranian Intellectual Property Center (IIPC), valid for 20 years.

    a. **Banava S**. Stepwise excavation: a conservative community-based dental treatment of deep caries to inhibit pulpal exposure. Iran J Public Health. 2011;40(3):140. Epub 2011 Sep 30. PubMed PMID: 23113097; PubMed Central PMCID: PMC3481642

    b. **Banava S**, Safaie Yazdi M. Application of CEM Cement in Deep Caries Treatment with Stepwise Excavation. Role: Conceived the idea, designed the study as PI, recruitment of the study team, designing and conducting a research study to pilot test the product. Oct 2012. (Registered Patent)

Contact PD/PI: Charlebois, Edwin

c. **Banava S**, Safaie Yazdi M, Safaie Yazdi M. A 30-Month Follow-Up of Stepwise Excavation without Re-entry with Three Different Biomaterials: A Case Report. JIDA. 2013; 25 (3) :256-262 (Persian) [N/A to NIH Public Access Policy]

d. **Banava S**, Safaie Yazdi M, Heshmat H. Restorative: Bio-treatment of caries. Br Dent J. 2014 Mar;216(6):267. doi: 10.1038/sj.bdj. 2014.211. PubMed PMID: 24651322. [N/A to NIH Public Access Policy]

3. Oral health literacy, Oral health Informatics, and Community Dentistry

As part of my MPH, DPH, and postdoctoral position research studies, I focused on community dentistry, oral health literacy, and (oral) health informatics. I developed an oral health literacy tool to assess the oral health literacy of bilingual English-Persian speakers in the United States which I improved my skill set in semi-structured cognitive interviews, and using eDelphi method to obtain an expert panel feedback about the developed tool. In addition, I collaborated on topics related to public health literacy and community dentistry. Recently, I focused on expanding my knowledge in (oral) health informatics and received training in accessing and analyzing big data to better evaluate the epidemiology of related oral health conditions and future community- and system-level based interventions.

a. **Banava S**, Gansky S. Persian Oral Health Literacy Scale Development: eDelphi and Cognitive Interviews. 2020 IADR/AADR/CADR General Session (Washington, D.C., USA)

b. **Banava S**, Schenk G, Lippman S, Gansky SA. Relationship of Head/Orofacial Injuries and Domestic Violence in Health Records 1982-2021. *J Dent Res* 100 (Spec Iss A), 2021 (accepted)

c. **Banava S**, Gansky S, Reddy M. Coronavirus Disease Update on Epidemiology, Virology, and Prevention. *Compendium*. June 2021, 42 (6) (accepted)

**Complete List of Published Work in My Bibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/sepideh.banava.1/bibliography/public/

I have over 40 publications (papers and books) in Persian published in Iranian Journals (per US sanctions).

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Semere, Wagahta

eRA COMMONS USER NAME (credential, e.g., agency login): WSEMERE

POSITION TITLE: Assistant Professor of Medicine

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Stanford University. Stanford, CA | B.S.E. | 06/2005 | Biomechanical Engineering |
| NIH Academy Fellows Program | | 08/2006 | Health Disparities |
| University of Michigan Medical School. Ann Arbor, MI | M.D. | 05/2010 | Medicine |
| Yale New-Haven Hospital. New Haven, CT | Resident | 06/2013 | Internal Medicine |
| Yale School of Medicine. New Haven, CT | Chief Resident | 06/2014 | Internal Medicine |
| RWJF Clinical Scholars Program. Yale School of Medicine. New Haven, CT | M.H.S. | 06/2017 | Health Services Research |

## A. Personal Statement

I aim to apply rigorous mixed-methods to develop and implement communication interventions that engage minority and low-income patients along with their caregivers in effective chronic disease management. As refugees from Eritrea, my family's struggle to acclimate to life in America taught me early lessons relevant to the care of vulnerable populations. Learning to navigate the American health care system to effectively manage chronic illness was among the greatest challenges that my parents encountered. These experiences inspired my interest in reducing health disparities in underserved populations.

Through the Yale Robert Wood Johnson Foundation Clinical Scholars program, I completed training in quantitative and qualitative methods, biostatistics, community-based participatory research, and health policy. I have experience employing diverse research methods and leading studies that require working in interdisciplinary teams. In my current position as Assistant Professor of Medicine at UCSF, my research focuses on examining communication between diverse patients with Type 2 diabetes, their caregivers, and providers. As part of a Diversity Supplement under the NIH-NLM funded Employing Computational Linguistics to Improve Patient-Provider Secure Emails (ECLIPPSE) project, I led a study analyzing >375,000 patient portal secure messages involving >9,800 racially/ethnically diverse patients with Type 2 diabetes, their caregiver proxies, and providers. My findings showed that proxy use of secure messaging is prevalent (46%) among patients with Type 2 diabetes, particularly among older socially and medically vulnerable patients, including those with more chronic diseases and lower health literacy. I currently have a KL2 institutional career development award (AHRQ K08 pending) through which I am determining whether and how caregiver involvement in secure messaging influences patients' ability to effectively communicate with providers. I will develop a portal intervention that leverages secure messaging to engage caregivers and Type 2 diabetes patients at high risk for hypoglycemia. My long-term career goal is to be an independently funded investigator using rigorous mixed methods to implement and disseminate technology-based tools at the health system level that influence how we engage patients and their caregivers in order to more effectively and safely manage their chronic diseases.

I have experience developing community-engaged and cross-disciplinary partnerships. I am the Principal Investigator for the Champion Provider Fellowship, an innovative partnership between UCSF and the California

Department of public health that aims to empower, train, and support community physicians and dentists to tackle the social determinants of health that contribute to rising rates of obesity and diabetes. For this proposed U24 Research Coordinating Center for NIMHD P50 centers to reduce disparities in multiple chronic diseases, I will provide technical assistance particularly with medical bioinformatics, common data element development, data integration, data harmonization, and data reuse. Moreover, I can provide insights in community-engaged research, health equity, and health communication.

Notable publications relevant to this proposal include:

a. **Semere W,** Nápoles AM, Gregorich S, Livaudais-Toman J, Karliner L, MD. Caregiving for Older Adults with Limited English Proficiency: Transitioning from Hospital to Home. J Gen Intern Med. 2019 Sep;34(9):1744-50. PMC6712121.

b. **Semere W,** Crossley S, Karter AJ, Lyles CR, Brown W, Reed M, McNamara DS, Liu JY, Schillinger D. Secure Messaging with Physicians by Proxies for Patients with Diabetes: Findings from the ECLIPPSE Study. J Gen Intern Med. 2019;34(11):2490-96. PMC6848304.

c. Brown W 3rd, Baylan R, Karter AJ, Crossley S, **Semere W**, et al. Challenges and Solutions to employing natural language processing and machine learning to measure patients' health literacy and physician writing complexity: The ECLIPPSE study. J Biomed Inform. 2021 Jan;113:103658. PMCID: In Process

d. Casillas A, Cemballi AG, Abhat A, Lemberg M, Portz JD, Sadasivaiah S, Ratanawongsa N, **Semere W**, Brown A, Lyles CR. An Untapped Potential in Primary Care: Semi-Structured Interviews with Clinicians on How Patient Portals Will Work for Caregivers in the Safety Net. J Med Internet Res. 2020 Jul; 22(7):e18466. PMCID: In Process

Relevant ongoing and completed research projects:

K08 HS27844-01A1                                         Semere (PI)                          9/01/2021 – 8/31/2025
Promoting Safety and Quality by Engaging Diverse Diabetes Patients and their Caregivers in Secure Messaging

KL2 TR001870                                             Bauer (PI)                           6/01/2020 – 9/01/2021
Examining the Role of Caregivers for Diabetes Patients in Secure Messaging              Role: Co-Investigator

UCSF/California Department of Public Health     Semere (PI)                          10/01/2020 - 09/30/2022
Champion Provider Fellowship
Empowering, training, and supporting community physicians and dentists to tackle the social determinants of health that contribute to rising rates of obesity and diabetes.

R01 LM12355 (Diversity Supplement)          MPI: Schillinger/Karter              4/01/2018 - 6/30/2020
Caregiving for Patients with Type 2 Diabetes in the Era of Online Patient Portals           Role: Co-Investigator

P30 AG015272                                             Karliner (PI)                         7/01/2019 - 06/30/2020
Secure Messaging Patterns among Older Minority Adults with Diabetes                    Role: Co-Investigator

UCSF/California Department of Health Care Services                                        10/01/2017-03/31/2019
Evaluation of the Transition to Managed Long-Term Support Services in California         Role: Co-Investigator

## B. Positions, Scientific Appointments, and Honors
### Positions and Scientific Appointments:
2020 -          Affiliate Faculty Member, Bakar Computational Health Sciences Institute, UCSF
2020 -          American Medical Informatics Association
2020 -          UCSF, Diversity, Equity, and Inclusion Champion
2019 -          Mentored Faculty Member, Center for Vulnerable Populations, UCSF at ZSFGH
2019 -          Epic Super User, General Medicine Clinic at UCSF Zuckerberg San Francisco General

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

| | |
|---|---|
| 2018 - | Affiliate Faculty Member, Health Delivery Systems Center for Diabetes Translational Research (P30DK092924), Kaiser and UCSF |
| 2017 - | Assistant Clinical Professor, Division of General Internal Medicine, University California San Francisco (UCSF), Zuckerberg San Francisco General Hospital (ZSFGH) |
| 2016 - | National Council on Interpreting in Health Care |
| 2015 - | Board Certified, Internal Medicine |
| 2014 - 2017 | Clinical Instructor, U.S. Department of Veterans Affairs, West Haven, CT |
| 2014 - 2017 | Clinical Instructor, Yale Adult Refugee Clinic, Yale Center for Asylum Medicine |
| 2014 - 2017 | Post-doctoral Fellow, Robert Wood Johnson Foundation Clinical Scholars Program, Yale School of Medicine and U.S. Department of Veterans Affairs |
| 2014 - | Physicians for Human Rights |
| 2013 - 2014 | Chief Resident, Internal Medicine, Yale-New Haven Hospital |
| 2013 - | Society of General Internal Medicine |
| 2013 - | Gold Humanism Honor Society (GHHS) |
| 2010 - 2013 | Resident, Internal Medicine, Yale-New Haven Hospital |
| 2010 - 2013 | Yale, Adult Refugee Clinic Coordinator |
| 2010 - | American College of Physicians |
| 2007 - 2008 | Vice President, Christian Medical and Dental Society |
| 2004 - 2005 | Lab Researcher, Microsystems Laboratory, Stanford University |
| 2004 - 2005 | Vice President, Society of Black Scientists and Engineers, Stanford University |
| 2003 | Lab Researcher, Haptics Exploration Laboratory, Johns Hopkins University |
| 2003 - 2004 | Community Service Chair, Black Pre-Med Organization, Stanford University |
| 2003 | Spring Regional Conference Chair, National Society of Black Scientists and Engineers |
| 2001 - 2002 | Lab Researcher, Center for Cardiac Surgery, Kaleida Health of Buffalo, NY |

**Honors:**

| | |
|---|---|
| 2017 | John A. Watson Scholar, UCSF School of Medicine |
| 2013 | Gold Humanism Honor Society (GHHS) |
| 2007 | Minority Health and Health Disparities International Research Training Program Award, Center for Human Growth and Development, University of Michigan |
| 2006 | Dean's Award for Academic Scholarship, University of Michigan Medical School |
| 2005 - 2006 | NIH Academy Fellow, 1 of 15 out of over 500 national applicants selected for health disparities focused research and didactic training |
| 2005 | Major Sponsors Scholar, National Society of Black Engineers |
| 2005 | Cultural Responsibility Award, Society of Black Scientists and Engineers |
| 2004 | Outreach Professionalism Award, Society of Black Scientists and Engineers |
| 2004 | Best Student Paper Nominee, National Haptics Symposium |
| 2002 - 2004 | Member of the Year, Society of Black Scientists and Engineers, Stanford University |
| 2002 | 1st Prize, American College of Surgeons Essay Contest |
| 2001 | Gates Millennium Scholar |
| 2001 | National Achievement Scholar; National Merit Semi-finalist |
| 2001 | Alpha Kappa Alpha Sorority Merit Scholarship |

## C.  Contributions to Science

### 1. Patient and Caregiver Use of the Internet for Health Information

I developed a passion for health services research and interest in patients' use of technology to manage their health when the Internet was gaining increasing popularity. Under the mentorship of a surgeon, I designed a survey study examining patients' use of the Internet for health-related information before and after undergoing minimally-invasive heart surgery. In a sample of 50 patients, I found that nearly 90% had Internet access and searched for information about their surgery online, with more than one-third citing the Internet as their primary source of health-related information. Patients also expressed a desire for more web content that was authored or approved by their providers. This work had early implications for understanding the potential role of the Internet in shaping patient-provider communication. I subsequently led a larger study of 150 parents of children receiving care in a Pediatric Surgery Clinic. Of parents with Internet access (n=128), 71% reported accessing the Internet for health information, all at least somewhat trusted this information, and half used this information to guide medical decisions. This work showed the influence that online resources were having on how patients

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

and caregivers manage health, demonstrating an opportunity to leverage technology-based resources to positively impact outcomes. For both studies, I was responsible for leading survey design, administering the survey, collecting all data, working with analysts, and drafting and revising two subsequent first-authored manuscripts. My work was recognized by receiving first prize in the American College of Surgeons Essay contest, in competition with surgical residents and fellows. I also received first prize in the Regional Undergraduate Students in Technical Research Competition.

a. **Semere W**, Karamanoukian HL, Levitt M, Edwards T, Murero M, D'Ancona G, Donias HW, Glick PL. A Pediatric Surgery Study: Parent Usage of the Internet for Medical Information. J Pediatr Surg. 2003 Apr; 38(4): 560-4.

b. **Semere WG**, Edwards TM, Boyd D, Barsoumian R, Murero M, Donias HW, Karamanoukian HL. The World Wide Web and Robotic Heart Surgery. Heart Surg Forum. 2003; 6(6):E111-9.

## 2. Caregiving for Minority and Low-income Patients

In a recent study, I found that nearly 80% of low-income older black homeless adults had caregiving needs that were unmet (manuscript submitted). Addressing caregiving need requires first recognizing the challenges of caregiving for minority and low-income groups, such as caregiver burden. Among low-income patients with advanced cancer, I found that caregiver burden was related to patient factors, including symptom burden, functional status, quality of life, and mood, but not influenced by hours spent caregiving. Better understanding caregiver roles can result in identifying opportunities for patient and caregiver support that reduce caregiver burden. I led a study examining experiences of caregivers for patients with limited English proficiency transitioning from hospital to home; I found that nearly 90% of caregivers communicated with doctors about patient care in addition to taking on a number of other caregiving roles. Forty percent of these caregivers reported moderate or high stress related to caregiving. Improving communication with providers may alleviate caregiver burden and have benefits for patient outcomes; this is especially important for minority and low-income groups, who more frequently experience communication barriers. As part of a Diversity Supplement under the NIH-NLM funded Employing Computational Linguistics to Improve Patient-Provider Secure Emails (ECLIPPSE) project, I led a study exploring the use of secure messaging among patients with Type 2 diabetes and their caregivers. I analyzed 9,856 patients with Type 2 diabetes who generated 375,944 secure messages to providers. My findings showed that proxy use was prevalent (46%) among patients with Type 2 diabetes, particularly among older socially and medically vulnerable patients, including those with more comorbidities, lower health literacy, and English barriers.

a. **Semere W,** Nápoles AM, Gregorich S, Livaudais-Toman J, Karliner L, MD. Caregiving for Older Adults with Limited English Proficiency: Transitioning from Hospital to Home. J Gen Intern Med. 2019 Sep;34(9):1744-50. PMC6712121.

b. **Semere W**, Althouse AD, Rosland AM, White D, Arnold R, Chu E, Smith TJ, Schenker Y. Poor patient health is associated with higher caregiver burden for older adults with advanced cancer. J Geriatr Oncol. 2021 Jan 18. doi: 10.1016/j.jgo.2021.01.002. PMCID: In Process

c. **Semere W,** Crossley S, Karter AJ, Lyles CR, Brown W, Reed M, McNamara DS, Liu JY, Schillinger D. Secure Messaging with Physicians by Proxies for Patients with Diabetes: Findings from the ECLIPPSE Study. J Gen Intern Med. 2019;34(11):2490-96. PMC6848304.

## 3. Examining Representation of Diverse Groups in National Health Datasets

I have expertise and familiarity with national health data sets, exploring their utility for studying diverse immigrant and refugee populations. Gathering complete and accurate information is a necessary first step in understanding the health needs of understudied populations. Most studies of refugee health are conducted at the community-level with small non-random samples. Employing a detailed content analysis approach, I examined 68 national data sets frequently used for health services research and examined their ability to study the health of refugees. While 37 (54%) datasets contained information related to refugees, only 2 datasets uniquely identified refugees. For the several datasets that missed opportunities to identify refugee status, I offered reasonable recommendations for expanding current data collection methods. In another study, I examined current methods for identifying immigrant children with special needs. Using the widely applied Children with Special Health Care Needs Screener, we found that children from immigrant households despite having similar number of chronic health conditions were less likely to screen positive for needs compared to non-immigrant children, thereby limiting their access to allocated public health resources. This work calls attention to significant limitations in health services data to identify the health care needs of immigrant groups.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

a. **Semere W**, Yun K, Ahalt C, Williams B, Wang EA. Challenges in Identifying Refugees in National Health Data Sets. Am J Public Health. 2016 Jul;106(7):1231-2. PMC4984733.
b. Warden C, Yun K, **Semere W.** Using the Children with Special Health Care Needs Screener with Immigrant Families: An Analysis of the National Survey of Children's Health. J Immigr Minor Health. 2019 Feb;21(1):189-97. PMC7085865

## 4. Building Public Health and Community Partnerships

I have experience collaborating with state and local public health departments and community-based organizations. I serve as Principal Investigator of the Champion Provider Fellowship, which is funded by the California Department of Public Health. Clinical training for health professionals remains largely focused on individual level interventions to address chronic disease prevention and lacks emphasis on social determinants of health. The Champion Provider Fellowship aims to empower, train, and support community physicians and dentists to tackle the social determinants of health that contribute to rising rates of obesity and diabetes. Over the course of two years, fellows are trained and educated on a wide variety of subjects: healthy food and beverage standards, school wellness, food security, structured physical activity and safe routes to school. Providers also learn invaluable skills like crafting compelling messages, working with the media and writing for change. Providers are connected with their local health departments to work collaboratively with community change leaders, community-based organizations, schools, faith-based organizations and others to find local solutions to obesity and related chronic diseases. Since its inception in 2014 the fellowship has trained 115 physicians and dentists representing 32 urban and rural counties across California; many providers practice in Federally Qualified Health Centers, where they care for racially/ethnically diverse and low-income patient populations. We have created and disseminated a novel "Policy, Systems, and Environmental Change Playbook" to guide providers in their interventions. We have presented and disseminated our fellowship model at national conferences (Society of General Internal Medicine and American Public Health Association). Fellows have successfully led projects that include partnering with schools to establish and implement school wellness policies, developing health system level screening and management for food insecurity, and advocating for policies to reduce the consumption of sugar-sweetened beverages. My role includes overseeing all programming, maintaining public health department and community-based organization partnerships, developing curricula for trainings, developing and moderating webinars, managing program evaluation, and facilitating works-in-progress sessions.

## 5. Interventions to Improve Care for Patients with Communication Barriers

I have experience in community-based participatory research to develop informed pilot interventions that target populations with communication barriers. In the US, over 25 million individuals considered to have limited English proficiency face disparate outcomes in care that include longer hospitals stays, increased medication errors, and more frequent misdiagnoses. Professional interpreters can be key to addressing these health disparities. In New Haven, Connecticut, approximately 35% of the population is foreign born with a significant proportion considered to have limited English proficiency. Suspecting that there were limitations to language access for these groups, particularly in the health care setting, I partnered with a local community college to further investigate this potential unmet need. I led a qualitative employer needs assessment to determine how local healthcare organizations were meeting the interpretation needs of their patients and where they required further support. Based on this assessment, I was able to conclude that a number of organizations relied on informal interpreters with limited ability to provide translation for their patients. As a result of these findings, alongside the college's workforce development team and healthcare interpreters, I assisted with the development of a novel curriculum to train community interpreters. The community interpreter training program, includes an 11-week didactic curriculum and supervised internship experience for fifteen to twenty participants. As an interdisciplinary project team, I led dissemination of our findings to both the medical and education communities at national conferences. We presented a workshop at the American Association of Community Colleges national meeting; I gave an oral presentation at the American Academy on Communication in Healthcare national meeting. We were able to describe not only a novel curriculum for interpreter training but also a medical center/community college partnership model that could be disseminated to other communities. I was principal investigator for the employer needs assessment and co-investigator for the interpreter training program curriculum development.

## Complete List of Published Work:

https://www-ncbi-nlm-nih-gov.ucsf.idm.oclc.org/myncbi/1li0yafd7xrQF/bibliography/public/

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Greg M. Rebchook

eRA COMMONS USER NAME (credential, e.g., agency login): rebchook

POSITION TITLE: Associate Professor

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Loyola University of Chicago, Chicago, IL | BS | 05/1988 | Psychology |
| University of Colorado, Boulder, CO | PhD | 09/1996 | Sociocultural Psychology |

## A.  Personal Statement

I have extensive experience that has prepared me to co-direct the Community Engagement (CE) Core for this proposal. I have been the CE Core Director for the UCSF Center for AIDS Prevention Studies since 2016, and prior to that I co-directed the CE Core for five years. I have also been the CE Core Director for UCSF's CDC Prevention Research Center since 2014.  The work of these CE Cores ensure that community expertise and experience are seamlessly integrated into our Centers' research, that our research findings are put into practice in the community, and that community-academic partnerships are created and sustained and that they follow the key principles of community engaged research (e.g., promoting understanding, trust, communication, connectedness, meaningfulness, fairness, and mutual respect). I can rapidly pivot the CE strategies that we have used in HIV for many years and apply them to the the work of network of the MCD Centers. I have a long history of working in the community dating back to 1989 when I started working in the HIV prevention field as an outreach worker at a Community Based Organization in Colorado. I was then an HIV test counselor for eight years, and served as the AIDS Coordinator at the Boulder County (Colorado) Health Department for five years. My experience on San Francisco's Stop AIDS Project Board of Directors has also given me a unique perspective on the community engagement process.

All of my projects involve engaging with the community. I am currently the PI on a HRSA-funded Capacity Building Assistance initiative that involves collaboration with four high-HIV prevalence jurisdictions in the US. For ten years, I was the PI of UCSF's CDC-funded Capacity Building Assistance (CBA) grants that partnered with hundreds of community organizations across the country. I was also the Co-PI on two NIH-funded projects to develop and evaluate effective community-collaborative strategies to help CBOs put evidence-based interventions (EBIs) into practice successfully. I am very experienced working with communities at highest risk for HIV infection, including gay, bisexual, and other men who have sex with men (MSM)--particularly African American MSM--and transgender women. I was the PI on a HRSA SPNS project to evaluate and provide technical assistance (TA) to 9 clinical demonstration sites across the US developing innovative engagement in care models for HIV-positive transgender women of color.  I am currently the Co-PI of a HRSA-funded study to evaluate the implementation of evidence-informed interventions (E2i) at 25 sites across the US where I am the projects liaison to six organizations implementing interventions to improve healthcare outcomes for transgender women living with HIV. I was also a key scientist on multiple research projects to adapt the Mpowerment Project (MP) to the needs of young, Black MSM, including an NIH-funded project to adapt MP to improve engagement in care among young, African American MSM living with HIV by helping them link to care, stay in treatment, and adhere to medication regimens.  I am currently the Co-PI on an NIMH-funded Ending the HIV Epidemic Supplement to adapt MP to improve PrEP uptake, adherence, and persistence among young Latino and Black MSM in Texas. I was also the lead investigator on a CDC-funded community engaged project to improve engagement in care among Black MSM living with HIV in Oakland, CA. Additionally, my training as

Contact PD/PI: Cherbobis, Edwin
Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

a sociocultural psychologist and over 30 years of work focusing particularly on HIV prevention with MSM are also relevant to this project.

Relevant ongoing research projects:

**U90HA33189**              **Rebchook (PI)**                    **08/01/2019-07/31/2022**
Health Resources and Services Administration (HRSA) Providing Capacity Building Assistance to support innovative program models in the Ryan White Program
We are providing Capacity Building Assistance to support the replication of evidence-informed intervention models by Ryan White HIV/AIDS Program (RWHAP) recipients and subrecipients in four jurisdictions disproportionately affected by HIV including: Jackson, Mississippi (MS), Atlanta, Georgia (GA), New Orleans, Louisiana (LA), and Las Vegas, Nevada (NV). CAPS is building on our previous experience establishing Learning Collaboratives to build the capacity within each jurisdiction and encourage the implementation and scale-up of selected evidence-informed intervention models designed to improve systems of care, reduce health disparities, and improve outcomes along the HIV care continuum.
Role: Principal Investigator

**1U48DP004998**            **Lightfoot (PI)**                    **09/30/2019-09/30/2024**
Centers for Disease Control and Prevention UCSF Prevention Research Center to Reduce HIV Health Disparities among African Americans.
This project addresses the significant HIV health disparities among transgender women and African Americans. The UCSF Prevention Research Center will strengthen community engagement and support implementation of evidence-based strategies and approaches. The UCSF Prevention Research Center will also translate and disseminate HIV science, train students, public health professionals and community members as well as continually evaluate its activities.
Role: Co-Investigator/Community Engagement Core Director

**U90HA31099**              **Myers (PI)**                       **08/01/2017-07/31/2021**
Health Resources and Services Administration (HRSA) Using Evidence-Informed Interventions to Improve Health Outcomes among People Living with HIV (PLWH) Initiative Evaluation Center (E2i EC)
In collaboration with the Coordinating Center for Technical Assistance (E2i CCTA), we are providing leadership and support to design, develop, and implement an evaluation plan to assess the outcomes and impact of the evidence-informed interventions implemented by the twenty-six (26) Ryan White HIV/AIDS Program (RWHAP) sub awardees funded by the E2i CCTA. Our work is guided by four areas: identification of evidence-informed interventions (EII) and implementation strategies, multisite and sub awardee evaluation; learning session evaluation; and dissemination.
Role: Co-Investigator

**2P30MH062246**            **Lightfoot (PI)**                   **09/01/2016-08/31/2021**
NIMH Center for AIDS Prevention Studies
Through this award, CAPS continue to push the limits of innovative, multidisciplinary HIV prevention research, adding value to the fight to end HIV through its solid, basic social-behavioral science foundation, innovative and efficacious interventions, and robust research in implementation science including explication of significant HIV/AIDS policy questions.
Role: Co-Investigator/Community Engagement Core Director

**P30MH62246-19W3**    **Lightfoot (PI)/Kegeles (Supplement PI)**    **09/01/2019 - 08/31/2020**
NIH/NIMH. Supplement Title: Increasing Effective PrEP Use by Young Black/Latino MSM in Texas
This study systematically adapts, with Community Based Organizations (CBOs), Mpowerment Project methods to improve PrEP uptake, adherence, and persistence including community mobilization, peer outreach, and outreach events. The Mpowerment Project is a multi-level, combination HIV prevention intervention for young adult gay, bisexual, and other MSM.
Role: Co-Principal Investigator

Completed Research Support (last three years)
**1R01MH102171-01**        **Kegeles (PI)**                     **09/12/2013-07/31/2019**
NIH/National Institute of Mental Health Community Mobilization to Improve the HIV/AIDS Continuum of Care Among Black Men

Biosketches                                    Page 117

This study was an efficacy trial of a community-level HIV prevention intervention that focuses on mobilizing a community of young black men who have sex with men (YBMSM) to support men living with HIV to link into care, engage and/or re-engage in care, and adhere to medications.
Role: Co-Investigator

**U48 DP004998-01**　　　　**Lightfoot (PI)**　　　　　　　**09/30/2014-09/29/2019**
Center for Disease Control (CDC)
UCSF Prevention Research Center
The UCSF Prevention Research Center strengthened community engagement and supported implementation of evidence-based strategies and approaches.  The UCSF Prevention Research Center also translated and disseminated HIV science, trained students, public health professionals and community members as well as continually evaluated its activities.
Role: Co-Investigator/CE Core Director/Core Research Project Lead Investigator

**U90HA24973-01-01**　　　　**Rebchook (PI)**　　　　　　**09/01/2012-08/31/2018**
Health Resources and Services Administration (HRSA) Transgender Evaluation and Technical Assistance Center (TETAC) to Enhance Engagement and Retention in Quality HIV Care for Transgender Women of Color
The Transgender Evaluation and Technical Assistance Center provided expert leadership in the multi-site evaluation and dissemination of findings and provided technical assistance (TA) and capacity building to improve the timely entry, engagement, and retention in HIV primary care for trans women of color.
Role: Principal Investigator

**1U65PS004474**　　　　**Rebchook (PI)**　　　　　　**04/01/2014-03/31/2019**
Centers for Disease Control and Prevention Capacity building for high-impact HIV prevention
This project provided capacity building assistance (CBA) to CBOs by providing information dissemination services, training, and technical assistance (TA)—including the facilitation of peer-to-peer learning in order to increase the capacity of the HIV prevention workforce at CBOs to optimize the planning, implementation, and sustainment of interventions and strategies for High Impact HIV Prevention.
Role: Principal Investigator

**NU14PS005076**　　　　**Rebchook (PI)**　　　　　　**9/30/17-9/29/18**
Public Health Conference Support for the 2017 UCSF National Transgender Health Summit
This grant provided funding to plan, implement, and evaluate UCSF's 2017 National Transgender Health Summit in Oakland, CA.
Role:  Principal Investigator

**NU13PS003770**　　　　**Rebchook (PI)**　　　　　　**09/1/18-8/31/19**
Public Health Conference Support for the 2019 UCSF National Transgender Health Summit
This grant provided funding to plan, implement, and evaluate UCSF's 2019 National Transgender Health Summit in Oakland, CA.
Role:  Principal Investigator

## B.  Positions, Scientific Appointments, and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2020-present | UCSF Dept. of Medicine, Division of Prevention Science        Senior Leadership Group |
| July 2018- | Associate Adjunct Professor, Department of Medicine, Division of Prevention Science UCSF Center for AIDS Prevention Studies |
| 2016-present | Director, Community Engagement Core, Department of Medicine, Division of Prevention Science, UCSF Center for AIDS Prevention Studies |
| 2014-present | Director, Community Engagement Core, Department of Medicine, Division of Prevention Science, UCSF Prevention Research Center |
| 2011-2016 | Co-Director, Technology and Information Exchange Core (subsequently renamed the CE Core), Department of Medicine UCSF Center for AIDS Prevention Studies |
| 2008-2018 | Assistant Adjunct Professor, Department of Medicine |

Contact PD/PI: Cherboin, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-9049-1869D5C5014D

UCSF Center for AIDS Prevention Studies

| | |
|---|---|
| 2000-2008 | Specialist, Department of Medicine. UCSF Center for AIDS Prevention Studies |
| 1996-2000 | Assistant Research Psychologist, Department of Medicine. Center for AIDS Prevention Studies, University of California, San Francisco |
| 1991-1996 | AIDS Coordinator, AIDS Prevention Program, Boulder County Health Department |
| 1991-1991 | Health Educator, AIDS Prevention Program, Boulder County Health Department |
| 1989-1991 | Teaching Assistant, Department of Psychology, University of Colorado, Boulder |
| 1989-1991 | HIV Counselor, AIDS Prevention Program, Boulder County Health Department |
| 1989-1990 | Education Director, Boulder County AIDS Project |
| 1987-1988 | Research Assistant, Parmly Hearing Institute, Loyola University of Chicago |

## Honors

| | |
|---|---|
| 2018 | AIDS Project of the East Bay 35th Anniversary Celebration Gala and Ball Community Honoree |
| 2017 | Gold Award (highest level) for Promotion of the National CDC CBA Providers Network |
| 2015 | Gold Award (highest level) for Promotion of the National CDC CBA Providers Network |
| 1993 | Citizen Recognition Award-Boulder County Sheriff's Department |
| 1992 | University of Colorado Doctoral Fellowship-University of Colorado, Boulder |
| 1989 | Volunteer of the Year-Boulder County AIDS Project |
| 1988 | Chancellor's Doctoral Fellowship-University of Colorado, Boulder |
| 1988 | Thomas M. Kennedy Award for Outstanding Service-Loyola University of Chicago |

## C. Contributions to Science

1. **Health Disparities Among Black MSM and Transgender Women:** I was the PI of a HRSA SPNS project to improve engagement in care among transgender women of color living with HIV, and I was the Guest Editor for a Special Issue of AIDS and Behavior presenting findings from that initiative (June 2021). I am a lead faculty member of the UCSF Center of Excellence for Transgender Health, and I was the PI on two CDC grants to support the UCSF National Transgender Health Summits in 2017 and 2019. I was also one of the key researchers on a team that conducted a mixed-methods efficacy trial of an adapted Mpowerment Project (MP) for young Black MSM in Dallas and Houston, TX. This intervention seeks to reduce rates of unsafe sex, increase rates of HIV testing, and improve healthcare engagement for those YBMSM living with HIV.

   a. **Rebchook G**, Keatley J, Contreras R, Perloff J, Molano LF, Reback CJ, Ducheny K, Nemoto T, Lin R, Birnbaum J, Woods T, Xavier J. The Transgender Women of Color Initiative: Implementing and Evaluating Innovative Interventions to Enhance Engagement and Retention in HIV Care. Am J Public Health. 2017 Feb;107(2):224-229. doi: 10.2105/AJPH.2016.303582. PubMed PMID: 28075641; PubMed Central PMCID: PMC5227951.
   b. Tan JY, Pollack L, **Rebchook G**, Peterson J, Huebner D, Eke A, Johnson W, Kegeles S. The Role of the Primary Romantic Relationship in HIV Care Engagement Outcomes Among Young HIV-Positive Black Men Who Have Sex with Men. AIDS Behav. 2018 Mar;22(3):774-790. doi: 10.1007/s10461-016-1601-9. PubMed PMID: 27844296; PubMed Central PMCID: PMC5839634.
   c. Sevelius J, Chakravarty D, Neilands TB, Keatley J, Shade SB, Johnson MO, **Rebchook G**. Evidence for the Model of Gender Affirmation: The Role of Gender Affirmation and Healthcare Empowerment in Viral Suppression Among Transgender Women of Color Living with HIV. AIDS Behav. 2019 May 29;. doi: 10.1007/s10461-019-02544-2. [Epub ahead of print] PubMed PMID: 31144131.
   d. Scott HM, Pollack L, **Rebchook GM**, Huebner DM, Peterson J, Kegeles SM. Peer social support is associated with recent HIV testing among young black men who have sex with men. AIDS Behav. 2014 May;18(5):913-20. doi: 10.1007/s10461-013-0608-8. PubMed PMID: 24065436; PubMed Central PMCID: PMC3965658.

2. **Implementation Science:** I am committed to ensuring that science-informed and evidence-based interventions are moved into practice by organizations so that the research will have the maximum impact. I have been the Co-PI on two longitudinal research projects to improve implementation of an evidence-based intervention. Over the course of these projects, we have collaborated with well over 70 different organizations and demonstrated that our efforts successfully increased the fidelity of such implementations.

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5G5014D

Contact PD/PI: Cherkabala, Edwin

I have also been a key researcher on a study to evaluate the effectiveness of MP when implemented by CBOs that demonstrated the MP increased HIV testing among young MSM of color.

a. **Rebchook GM**, Kegeles SM, Huebner D. Translating research into practice: the dissemination and initial implementation of an evidence-based HIV prevention program. AIDS Educ Prev. 2006 Aug;18(4 Suppl A):119-36. doi: 10.1521/aeap.2006.18.supp.119. PubMed PMID: 16987094.

b. Kegeles SM, **Rebchook G**, Pollack L, Huebner D, Tebbetts S, Hamiga J, Sweeney D, Zovod B. An intervention to help community-based organizations implement an evidence-based HIV prevention intervention: the Mpowerment Project technology exchange system. Am J Community Psychol. 2012 Mar;49(1-2):182-98. doi: 10.1007/s10464-011-9451-0. PubMed PMID: 21691911.

c. Kegeles SM, **Rebchook GM**. Challenges and facilitators to building program evaluation capacity among community-based organizations. AIDS Educ Prev. 2005 Aug;17(4):284-99. doi: 10.1521/aeap.2005.17.4.284. PubMed PMID: 16178701.

d. Shelley G, Williams W, Uhl G, Hoyte T, Eke A, Wright C, **Rebchook G**, Pollack L, Bell K, Wang Y, Cheng Q, Kegeles SM. An Evaluation of Mpowerment on Individual-Level HIV Risk Behavior, Testing, and Psychosocial Factors Among Young MSM of Color: The Monitoring and Evaluation of MP (MEM) Project. AIDS Educ Prev. 2017 Feb;29(1):24-37. doi: 10.1521/aeap.2017.29.1.24. PubMed PMID: 28195781.

3. **Behavioral Interventions:** I have been an integral part of the research team that created and originally evaluated the Mpowerment Project (MP), an evidence-based, community-level HIV prevention intervention for young MSM that has been shown effective through randomized, controlled trials. It has been implemented by over 250 CBOs in the US and internationally. This work has had a large public health impact and has stimulated the use of the concepts of individual and community empowerment and community mobilization in HIV prevention efforts.

a. Hays RB, **Rebchook GM**, Kegeles SM. The Mpowerment Project: community-building with young gay and bisexual men to prevent HIV1. Am J Community Psychol. 2003 Jun;31(3-4):301-12. doi: 10.1023/a:1023966905973. PubMed PMID: 12866687.

b. Huebner DM, **Rebchook GM**, Kegeles SM. Experiences of harassment, discrimination, and physical violence among young gay and bisexual men. Am J Public Health. 2004 Jul;94(7):1200-3. doi: 10.2105/ajph.94.7.1200. PubMed PMID: 15226143; PubMed Central PMCID: PMC1448421.

c. Scott HM, Pollack L, **Rebchook GM**, Huebner DM, Peterson J, Kegeles SM. Peer social support is associated with recent HIV testing among young black men who have sex with men. AIDS Behav. 2014 May;18(5):913-20. doi: 10.1007/s10461-013-0608-8. PubMed PMID: 24065436; PubMed Central PMCID: PMC3965658.

d. Vincent W, Pollack LM, Huebner DM, Peterson JL, Steward WT, **Rebchook GM**, Storholm ED, Kegeles SM. HIV risk and multiple sources of heterosexism among young Black men who have sex with men. J Consult Clin Psychol. 2017 Dec;85(12):1122-1130. doi: 10.1037/ccp0000235. Epub 2017 Jul 17. PubMed PMID: 28714706; PubMed Central PMCID: PMC6713283.

**Complete List of Published Work in MyBibliography:**
http://www.ncbi.nlm.nih.gov/sites/myncbi/1PImdcDmiti/bibliography/45024977/public/?sort=date&direction=ascending

## BIOGRAPHICAL SKETCH

NAME: Torsten B. Neilands

eRA COMMONS USER NAME (credential, e.g., agency login): tneilands

POSITION TITLE: Professor of Medicine

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| University of California, Santa Cruz | BA | 06/1988 | Psychology & English Literature |
| University of Texas at Austin | MA | 06/1991 | Quantitative Methods & Psychometrics |
| University of Texas at Austin | PhD | 12/1993 | Psychology |

### A. Personal Statement

This application is for a U24 NIH coordinating center grant to support P50 centers combating multiple, often co-occurring chronic conditions to reduce health disparities. My contributions will focus on building quantitative study design and analysis capacity among center scientists. Prior to 2000 I was a statistical and research methods consultant at the University of Texas at Austin for eight years where I performed over 5,000 statistical consultations and taught short courses on applied data analysis. Since 2000, I have served as a data analyst, co-investigator, contributing investigator, or statistical and quantitative methods consultant on over 80 federally- and non-federally-funded prevention research projects at the University of California, San Francisco (UCSF) Center for AIDS Prevention Studies (CAPS) and the UCSF Center for Tobacco Control Research and Education (CTCRE). Since 2003, I have been the Methods Core director of CAPS, a P30 center funded by NIMH (P30 MH062246) that is approved by NIMH for a new five-year funding cycle starting September 1, 2021, and have participated in hundreds of methodological consultations and collaborations with CAPS, UCSF, and other scientists at affiliated institutions. In addition, beginning in July 2021 I will assume leadership of the Analysis Core of the Center for Aging in Diverse Communities (P30 AG015272; Karliner, PI). Over the past two decades I have been the PhD quantitative methodologist/statistician on numerous domestic and global health observational studies and intervention trials. Finally, since 2002 I have been the statistical and quantitative methods faculty mentor for the CAPS Visiting Professor (VP) program. Since 2007 I have been the PI of two of three NIH R25 awards that funded the VP program. The program brings talented early-stage faculty, most of whom are from underrepresented minority groups, to UCSF for an intensive summer of grant writing, research capacity building, and peer reviews.

My specific areas of methodological expertise are: (1) cross-sectional and longitudinal data analysis approaches, including regression methods, mixed models with random coefficients (i.e., HLM), latent growth curve modeling, and generalized estimating equations (GEE); (2) latent variable modeling, including factor analysis and structural equation modeling; and (3) the analysis of dyadic data. I am also a co-author of the third edition of the statistics textbook *Primer of Applied Regression & Analysis of Variance* (McGraw-Hill, 2016). My primary substantive interest is to support investigators at all career stages and to nurture research skills development in the next generation of scientists conducting health disparities research. I will apply my methodological expertise to advise the proposed center's participating scientists on study design and implementation, measurement instruments, data analysis, and the presentation of results in conference abstracts and peer-reviewed manuscripts to disseminate research findings. I believe my participation in this coordinating center will significantly contribute to its success, the advancement of the research literature and, more broadly, improved health outcomes and reduced health disparities domestically and globally.

Relevant studies on which I have participated or on which I am currently participating (selected list):

### Current

P30MH062246 (Lightfoot)                                    09/01/11-08/31/21
NIH/NIMH
Center for AIDS Prevention Studies (CAPS) (Methods Core)
This NIMH Center grant is devoted to supporting rigorous theory-based research that will have the maximum impact in the theory, practice, and policy of HIV prevention. Role: Co-Investigator; Director, Methods Core

Contact PD/PI: Charlebois, Edwin

R25MH067127 (Neilands)                                        07/10/19-04/30/24
NIH/NIMH
Training for Scientists Conducting Research to Reduce HIV/AIDS Health Disparities
Continuation of funding for the Collaborative HIV Prevention in Minority Communities program to provide capacity building for scientists doing community-collaborative HIV prevention research in underserved communities in the U.S. following NIH/NIMH Division of AIDS Research (DAR) research priorities. Role: PI

R25DA028567 (Lightfoot)                                        05/01/21-04/30/26
NIMH/NIDA
Substance Use and HIV Prevention Research in Minority Communities Training Program
This research education and mentoring program offers seed funding to promising clinical scientists to conduct pilot studies and a mentoring infrastructure to empower these scientists to successfully apply for and receive NIDA funding to conduct rigorous, multi-year research projects in the communities most affected by HIV and substance use epidemics. Role: Co-Director and Statistical Mentor

R01MH110186 (Pettifor)                                        04/01/16-03/31/22 (NCE)
Incoming Sub – UNC at Chapel Hill/NIH
Multilevel mechanisms of HIV acquisition in young South African women
Evaluate community level measures that give rise to or protect against HIV acquisition in young South African women. Role: Co-Investigator

R01NR010187 (Johnson)                                        07/01/16-06/30/22 (NCE)
NIH/NINR
A couples-based approach to improving engagement in HIV care
The major goal of this project is to test the efficacy of a couples-based intervention to improve HIV virologic control in a randomized controlled trial. Role: Co-Investigator

R01MH110289 (Hoff/Darbes)                                        09/20/16-07/31/22 (NCE)
NIH/NIMH
Testing an intervention to prevent HIV among couples
This randomized controlled trial (RCT) will test the efficacy of an in-person and an online intervention for male couples relative to a time-and-attention-matched men's health control to reduce HIV risk and promote mental and physical health. Role: Co-Investigator

P0527903 (MPIs: Gamarel [contact], Operario, Sevelius)    09/01/18-08/31/23
University of Michigan (Prime: NIH)
A couples-based approach to HIV prevention for transgender women and their male partners
Test the efficacy of a couples-focused HIV prevention intervention to reduce HIV transmission risk among transgender women and their male partners by integrating biomedical and behavioral risk reduction strategies to help couples chose the most appropriate HIV prevention plan for their relationships. Role: Co-Investigator

R01NR017573 (Saberi)                                        07/01/17-06/30/22 (NCE)
NIH/NINR
Improving the HIV PrEP Cascade using an Intervention for Healthcare Providers
The major goal of this project is, through a stepped-wedge design among 10 San Francisco primary care clinics, to evaluate the efficacy of a PrEP optimization intervention (PrEP Coordinator + PrEP-Rx) to increase PrEP prescriptions. Role: Co-Investigator

R01MH118967 (Tan)                                        05/10/19-02/28/23
NIH/NIMH
LetSync: An mHealth approach to HIV care engagement among black men in couples
The goals of this project are to: (1) investigate couples' resilience as it relates to dyadic coordination and joint problem-solving among BMSM couples, (2) develop a couple's mHealth intervention for optimal care engagement, and (3) pilot-test LetSync with 80 couples (N=160) to assess acceptability, feasibility, and preliminary evidence of efficacy to impact ART adherence. Role: Co-Investigator

R01MH121308 (Sevelius and Lippman)                                        08/15/19-05/31/24
NIH/NIMH
Reducing Intersectional Stigma among High-Risk Women in Brazil to Promote Uptake of HIV Testing and PrEP
Increase uptake of HIV testing and PrEP use among trans women in Brazil via a multi-level intervention that addresses intersectional stigma by the combined strengths of group empowerment work and individual peer navigation programming, anchored in the trans-specific l model of gender affirmation. Role: Co-Investigator

R01MH123396 (Christopoulos)                         04/01/20-03/31/25
NIH/NIMH
Understanding Patient, Provider, and Systems Stakeholder Attitudes and Preferences to Optimize
Implementation of Long-Acting Injectable Antiretrovirals and Maximize Clinical and Public Health Impact
Conduct implementation science on long-acting injectable antiretroviral treatment by exploring patient and
provider/staff attitudes and preferences, rigorously evaluating the rollout of these drugs in the clinic using
mixed methods, and conducting a cost/cost-effectiveness analysis. Role: Co-Investigator

R34 AA027983 (Conroy)                               08/15/19-07/31/22
NIH/NIAAA
An economic and relationship-strengthening intervention for HIV-affected couples who drink alcohol in Malawi
Develop and pilot test a combined economic and relationship-strengthening intervention targeting alcohol use
and adherence to antiretroviral therapy for couples living with HIV in Malawi. Role: Co-Investigator

**Completed Research Support (Selected List From > 80 Projects)**

R25 HD045810 (Neilands)                             07/15/14-06/30/20
NIH/NICHD
Minority Populations Prevention Researcher Training
This program addressed the urgent need for culturally-competent STI-prevention research in racial and ethnic
minority communities by offering research education and mentoring for social and behavioral scientists who
have cultural expertise and are initiating innovative programs of research in minority populations. Role: PI

R01MH102198 (Johnson/Chistropoulos)                 08/14/13-06/30/20
NIH/NIMH
Development and Validation of a Multidimensional Index of Engagement in HIV Care
The purpose of this project was to develop and validate a patient-centered metric of engagement in HIV care.
Role: Co-Investigator

R21HD095739 (Weiser)                                09/12/18-03/31/20
NIH/NICHD
Assessing the preliminary effects of a multisectoral agricultural intervention on the sexual and reproductive
health of HIV-affected adolescent girls
The overall objective of the proposed project was to examine the impact of the intervention on intermediate
adolescent outcomes and preliminary impacts on sexual/reproductive health outcomes. Role: Co-Investigator

R01 MH103198 (Lippman)                              08/15/14-07/31/20
NIH/NIMH
Implemented  and evaluated a theory-based community mobilization (CM) intervention addressing known
social barriers to engagement in care with the aims of: increasing HIV testing uptake, thereby decreasing
undiagnosed infections; improving linkage to and retention in care in rural South Africa; and exploring the
mechanisms through which CM improves outcomes along the care cascade. Role: Co-Investigator

R01 DA031581 (Padilla)                              09/30/13-05/31/18
NIH/NIDA
Migration, Tourism and the HIV-Drug Use Syndemic in the Dominican Rebublic
This mixed-methods collaborative study examined how HIV risk and drug use among migrant men are related
to (1) patterns of migration and (2) the social environments of tourism areas. Role: Co-Investigator

**B. Positions, Scientific Achievements, and Honors**

| | |
|---|---|
| 2019 | UCSF AIDS Research Institute Teri Liegler Award for Outstanding Teaching and Mentorship |
| 2013-now | Professor of Medicine, Center for AIDS Prevention Studies, UCSF |
| 2008-2013 | Associate Professor of Medicine, Center for AIDS Prevention Studies, UCSF |
| 2003-2008 | Assistant Professor of Medicine, Center for AIDS Prevention Studies, UCSF |
| 2000-2003 | Senior Statistician, Center for AIDS Prevention Studies, University of California at San Francisco (UCSF; non-faculty academic appointment) |
| 1992-1994 | Systems Analyst (Statistical Consultant and Trainer), Academic Computing and Instructional Technology Services, University of Texas at Austin |
| 1992 | Assistant Instructor, Introduction to Social Psychology, Department of Psychology, University of Texas at Austin |

## C. Contribution to Science

1.  My published work stems from a team science approach with all publications featuring multiple co-authors. As a PhD quantitative methodologist, my primary responsibilities are to plan and design studies, to monitor data collection and assure data quality, to guide master's level statisticians in performing data management and routine and non-routine analyses, and to directly perform novel or advanced statistical analyses. My current total number of publications, including in press articles, is 303, and includes the following papers relevant to the proposed application:
    a.  Buhi E, Goodson P, and **Neilands TB**. Structural equation modeling: a primer for health behavior researchers. American Journal of Health Behavior, 31(1): 74-85, 2006. [Not applicable to NIH Public Access Policy]
    b.  Buhi E, Goodson P, and **Neilands TB**. Out of sight, not out of mind: strategies for handling missing data. American Journal of Health Behavior, 32(1): 83-92, 2008. [Not applicable to NIH Public Access Policy]
    c.  Lee J-Y, St. George SM, **Neilands TB**, Rodriguez A, Feaster DJ and Carrico AW. Understanding willingness to participate in HIV biomedical research: A mixed methods investigation. In press: AIDS and Behavior. PMC Journal - In Process
    d.  Flentje A, Clark K, Cicero E, Capriotti MR, Lubensky ME, Sauceda J, **Neilands TB**, Lunn MR, and Obedin-Mailver J. Minority Stress, Structural Stigma, and Physical Health among Sexual and Gender Minority Individuals: Examining the Relative Strength of the Relationships. In press: Annals of Behavioral Medicine. [Not applicable to the NIH Public Access Policy]

2.  In addition to the contributions described above, with multiple teams of collaborators, I take the lead role in designing survey instruments and performing psychometric validation studies of those instruments using advanced latent variable modeling methods to assess their validity and reliability. Over a dozen of my publications originate from this line of work and include:
    a.  El Ayadi A, Nalubwama H, Barageine J, **Neilands TB**, Obore S, Byamugisha J, Kakaire O, Mwanje J, Korn A, Lester F, and Miller S. Development and preliminary validation of a post-fistula repair reintegration instrument among Ugandan women. Reproductive Health, 14, 109: 1-13, 2017. DOI: 10.1186/s12978-017-0372-8. PMCID: 55811461
    b.  Boateng GO, **Neilands TB**, Frongillo EA, Melgar-Quinonez H, and Young SL. Best Practices for Developing and Validating Scales for Health, Social and Behavioral Research: A Primer. Frontiers in Public Health, 6: 149, 2018. PMCID: PMC6004510
    c.  Boateng GO, Collins SM, Mbullo P, Wekesa P, Onono M, **Neilands TB**, and Young SL. A novel household water insecurity scale: Procedures and psychometric analysis among postpartum women in western Kenya. PLOS ONE: https://doi.org/10.1371/journal.pone.0198591, 2018. PMCID: PMC5993289
    d.  **Neilands TB**, LeBlanc AJ, Frost DM, Bowen K, Sullivan P, Hoff CC, and Chang J. Measuring a New Stress Domain: Validation of the Couple-Level Minority Stress Scale (CLMS). Archives of Sexual Behavior, 49(1): 249-265, 2020. PMCID: 7018601

3.  Since 2002, I have been the quantitative method mentor and trainer for the Training Program for Scientists Conducting Research to Reduce HIV/STI Health Disparities. Since 2007, I have been PI of two of the three NIH R25 grants that support this program, which features an intensive six-week training institute for early-career faculty in research methods and grant writing and awards each participating scholar up to $20,000 to collect pilot data for a larger NIH grant proposal. Since 1997, 79 program participants have secured over $257 million in federal and non-federal grant monies to conduct HIV/AIDS- and STI-prevention research in the minority communities most disproportionately affected by HIV, AIDS, and other sexually-transmitted infections (STI). I have played a key role in mentoring and training over 40 of the program's current and past trainees in research methods and grant writing. Co-authored papers with mentees from this program include the following works:
    a.  Varas-Diaz N, **Neilands TB**, Cintron-Bou F, Marzan-Rodriguez M, Santos-Figueroa A, Santiago-Negron S, Marques D, and Rodriguez-Madera S. Testing the efficacy of an HIV stigma reduction intervention with medical students in Puerto Rico: the SPACES project. Journal of the International AIDS Society, 16(1): 189732013, http://dx.doi.org/10.7448/IAS.16.1.18973, 2013. PMCID: PMC3833102
    b.  Voisin DR, Hotton A, and **Neilands TB**. Testing pathways linking exposure to community violence and sexual behaviors among African American youth. Journal of Youth and Adolescence, 43(9): 1513-1526, 2014. PMCID: PMC4053484

   c. Organista KO, Arreola SG, and **Neilands TB**. La desesperación in Latino migrant day laborers and its role in alcohol and substance-related sexual risk. SSM - Population Health, 2: 32-42, 2016. PMCID: PMC575776

   d. Karimli L, Ssewamala FM, **Neilands TB**, Wells CR, and Bermudez LG. Poverty, economic strengthening, and mental health among AIDS orphaned children in Uganda: Mediation model in a randomized clinical trial. Social Science and Medicine, 228: 17-24, 2019. PMC Journal - In Process.

4. After joining the CAPS faculty in 2003, I mentored 14 NIH K award recipients. These K awards include K01s, K08s, K23s, K24s, and K99/R00s. Topics covered focus on HIV/AIDS-prevention research with individuals or couples from diverse population groups in both domestic and global settings. K recipients whom I have mentored have either joined the UCSF faculty or departed UCSF and obtained tenure-track positions at other universities. In each case the mentored scientists have gone on to make significant contributions to the field. Published papers with mentees include:

   a. Gamarel KE, **Neilands TB**, Golub SA, and Johnson MO. An omitted level: An examination of relational orientations and viral suppression among HIV serodiscordant male couples. JAIDS, 66(2): 193-196, 2014. PMCID: PMC4021039

   b. Camlin CS, **Neilands TB**, Odeny TA, Lyamuya R, Nakiwogga-Muwanga A, Diero L, Bwana M, Braitstein P, Somi G, Kambugu A, Bukusi EA, Glidden DV, Wools-Kaloustian KK, Martin J, Geng EH, and East Africa International Databases to Evaluate AIDS (EA-IeDEA) Consortium. Patient-reported factors associated with reengagement among HIV-infected patients disengaged from care in East Africa. AIDS, 30(3): 495-502, 2016. PMCID: PMC4996364

   c. Leddy AM, Lippman SA, **Neilands TB**, Twine R, Ahern J, Gomez-Olive X, DeLong SM, MacPhail C, Kahn K, and Pettifor A. Community collective efficacy is associated with reduced physical intimate partner violence (IPV) incidence in the rural province of Mpumalanga, South Africa: Findings from HPTN 068. Journal of Epidemiology & Community Health, 73(2): 176-181, 2019. PMCID: PMC6490171

   d. Vincent W, Carrico AW, Dilworth SE, Fuchs D, **Neilands TB**, Moskowitz JT, and Flentje A. Intersecting Minority Statuses and Tryptophan Degradation among Stimulant-Using, Sexual Minority Men Living with HIV. In Press: Journal of Consulting and Clinical Psychology. PMC Journal - In Process

5. Occasionally, applied data analysis problems provide an opportunity to contribute to the field through methodological investigations in which I have taken part. Publications stemming from these activities include:

   a. Saberi P, Johnson MO, McCulloch CE, Vittinghoff E, and **Neilands TB**. Medication adherence: Tailoring the analysis to the data. AIDS and Behavior, 15(7): 1447-53, 2011. PMCID: PMC3216469

   b. Geng EH, Glidden DV, Bangsberg DR, Bwana MB, Emenyonu N, Musinguzi N, Kigozi I, Muyindike W, Christopoulos K, Yiannoutsos CT, **Neilands TB**, Deeks SG, and Martin JN. Retention in care among HIV-infected patients receiving antiretroviral therapy in Africa: Estimation via a sampling-based approach. PLoS One. 2011; 6(7): e21797. Epub 2011 Jul 26.  PMCID: PMC3144217

   c. Vittinghoff E and **Neilands TB**. Sample size for joint testing of indirect effects. Prevention Science, 16: 1128-1135, 2015. PMCID: PMCID: PMC4442753

   d. Leidich A, Achiro L, Kwena ZA, McFarland W, **Neilands TB**, Cohen CR, Bukusi EA, and Camlin CS. Methods for sampling geographically mobile female traders in an East African market setting. PLOS ONE, 13(1): e0190395. doi: 10.1371/journal.pone.0190395. eCollection 2018. PMCID: PMC5764273

**List of Published Work in PubMed (288 out of 303 total publications listed):**
**https://www.ncbi.nlm.nih.gov/pubmed/?term=torsten+neilands**

Docusign Envelope ID: BF62AE9D-AD4E-849A-9049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

OMB No. 0925-0001 and 0925-0002 (Rev. 12/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH
Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Mandana Khalili

eRA COMMONS USER NAME (credential, e.g., agency login): KHALILIM

POSITION TITLE: Professor of Medicine

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Ottawa, Canada | N/A | 1986-88 | Biochemistry |
| University of Ottawa, Canada | M.D. | 06/1992 | Medicine |
| University of Ottawa, Canada | F.R.C.P.(C) | 06/1995 | Internal Medicine |
| McGill University, Canada | F.R.C.P.(C) | 06/1997 | Gastroenterology |
| Ochsner Medical Institutions, New Orleans | Hepatology Cert. | 07/1998 | Hepatology |
| University of California, San Francisco | Postdoctoral | 06/1999 | Liver Transplant/ Research |
| University of California, San Francisco | MAS | 05/2005 | Masters, Clinical Research |
| University of California, San Francisco | CTSI-Mentor Development Certificate | 05/2007 | Research Mentoring |

## A. Personal Statement

The purpose of this U24 grant application is for a Research Coordinating Center to support NIMHD P50 Centers to prevent, treat, and manage comorbid chronic diseases to reduce health disparities with multidimensional approaches.

I have the expertise and leadership to successfully execute the goals of this proposal as the Director of the Skills Development Core and project co-investigator. I am a Professor of Medicine at the University of California-San Francisco (UCSF) and the Chief of Clinical Hepatology at Zuckerberg San Francisco General Hospital (ZSFG). My training includes formal education in clinical research as well as mentorship skills through both a Master's Degree in Clinical Research and certification from UCSF Translational Science Institute (CTSI)-Faculty Mentorship Training Program (MTP) and the NIH-sponsored National Research Mentoring Network (NRMN). NRMN's goal is to enhance the number of researchers from underrepresented backgrounds. Since 2013, I have held a NIH-sponsored K24 award evaluating mechanisms of alcohol-associated liver disease where I have been successful in recruiting and supporting new investigators at different career stages, including T32 awardees and junior faculty in patient-oriented research in viral hepatitis, alcohol, metabolism, and health disparity. I am a co-investigator of a NIDA-funded R25 program "Learning for Early Careers in Addiction and Diversity (LEAD)" where I use my mentorship expertise to assist racial and ethnic minority, early-career research scientists reach their goals of expanding their research programs and mentoring others. I have served as the senior faculty for two T32 training grants and most recently assumed a leadership role as Program Co-Director for the T32 Hepatology award renewal application. I serve as a group leader for the Nephrology/Gastroenterology and Hepatology T32 awardees through the CTSI-Fellows Advancement Skills Training in Clinical Research (FAST-CaR). The goals of the FAST-CaR program are to help clinical research fellows at UCSF to have structured career development activities and ongoing research project feedback. I am actively involved in campus-wide (Schools of Medicine,

Contact PD/PI: Cherlebois, Edwin

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Nursing, Pharmacy, and Dentistry) mentoring and career development leadership activities. In my university-wide leadership role as the Co-Director of the UCSF Mentor Training Program, I have co-led the development and implementation of the a comprehensive mentor training curriculum and lead formal training of faculty including those engaged in T32 and K award programs to become effective research mentors to better meet the needs of the young investigator trainees and junior faculty. Though a pilot award as a co-principal investigator (PI: Feldman) from NRMN, I have co-led the first conference on "Mentoring Across Differences" at UCSF, bringing together leaders and mentors locally and outside our institution to enhance research mentoring of young investigators from underrepresented groups.

My multidisciplinary research expertise includes both translational and clinical components with a longstanding track record of independent extramural funding in epidemiology and pathogenesis of liver disease and metabolic manifestations as well as health disparity in liver disease. I supervise and attend liver clinics at the safety net hospital of UCSF, caring for vulnverable populations with a wide spectrum of chronic liver disease and etiologies. I also have training in transplant hepatology with expertise in managing advanced liver disease. My research to date has involved natural history studies of viral hepatitis induced liver disease, nonalcoholic fatty liver disease and alcohol induced liver disease; evaluation of mechanisms of glucose intolerance and insulin resistance in patients with hepatitis C and hepatitis B with or without HIV coinfection and alcohol induced liver injury; immune mechanisms of virologic response to hepatitis B and C therapy; evaluation of viral hepatitis and liver cancer screening practices and outcomes in minoity populations; and novel drug therapies of patients with nonalcoholic fatty liver disease, hepatitis C, hepatitis B, and HIV coinfection. I have extensive experience in conducting longitudinal studies and clinical trials in patients with liver disease and have served as the PI and co-PI of several large scale multicenter studies. I currently serve as the contact PI for the San Francisco Consortium of NIH-funded Hepatitis B Research Network (HBRN) involving a longitudinal study of over 2,000 patients in U.S. and Canada and clinical trials in patients with hepatitis B. I am the UCSF site PI for the HIV/HBV R01 HBRN ancillary study evaluating the natural history of disease and factors associated with liver disease progression in the setting of HBV and HIV coinfection. I have also chaired two committees (Metabolic Committee and Social cultural Adherence) within the HBRN network.

My multidisciplinary research expertise and leadership roles in mentoring including those from underrepresented groups along with extensive collaborative network of multidisciplinary leaders in liver disease and alcohol research will ensure successful completion of the career development and mentoring goals and chronic liver disease disparity expertise of the proposed project.

Ongoing and recently completed projects that I would like to highlight include:

R01 AA029312
Khalili (contact)/Satre (MPI)
06/01/21-02/28/26
Impact of the COVID-19 pandemic on patient outcomes, telehealth care delivery, and treatment for unhealthy alcohol use in vulnerable patients with advanced liver disease across two healthcare systems

K24 AA022523
Khalili (PI)
04/01/19-03/30/24
Mentoring Multidisciplinary Patient Oriented Research in Liver Disease

R25 DA035163
Masson (contact)/Sorensen (MPI), Role: Co-Investigator
05/01/19 – 04/30/24
Mentoring Emerging Scientists for Careers in Substance Use Research

U01 DK082944
Khalili (contact)/Terrault/Cooper (MPI)
07/01/15-05/31/22
Hepatitis B Research Network (HBRN): Natural History and Treatment Studies

UH3 AA026218
Yu (PI), Role: Coinvestigator
09/15/17-08/31/22                    .

Alcohol's impact on immunological and virological profiles in HIV patients

T32 DK060414
Maher (PI), Role: Senior Faculty Mentor, Co-PI in the currently pending project renewal
04/30/16-06/30/22
NRSA Hepatology Training Grant

T32 DA007250
Sorensen (PI), Role: Senior Faculty Mentor
07/01/19-06/30/24
Substance Use Disorders Treatment/Services Research Training Program


## B.  Positions, Scientific Appointments, and Honors
### Positions and Scientific Appointments

| | |
|---|---|
| 2017- | Co-Director, UCSF Mentor Training Program |
| 2012- | Professor of Medicine, University of California-San Francisco, San Francisco, CA |
| 2012- | Assistant Director, Comprehensive Mentoring Program, University of California San Francisco, Clinical and Translational Science Institute |
| 2006-2012 | Associate Professor of Medicine, University of California-San Francisco, San Francisco, CA |
| 2005- | Chief of Clinical Hepatology, UCSF, San Francisco General Hospital, San Francisco, CA |
| 1999-2006 | Assistant Professor of Medicine, University of California-San Francisco, San Francisco, CA |
| 1998-1999 | Postdoctoral Fellow, University of California-San Francisco, San Francisco, CA |
| 1997-1998 | Hepatology Fellow, Ochsner Medical Institutions, New Orleans, LA |
| 1995-1997 | Gastroenterology Fellow, Dept. of Medicine, McGill University, Montreal, Canada |
| 1992-1995 | Internal Medicine Residency, Dept. of Medicine, Ottawa General Hospital, Ottawa, Canada |

### Honors

| | |
|---|---|
| 2019 | Visiting Professor, Department of Scientific Research, Peking Union Medical College, China |
| 2017 | Harold L. Luft Award, Health Disparity Mentoring Award Nomination |
| 2013 & 2015 | UCSF Academic Senate Distinction in Mentoring Award Nomination |
| 2009 | Mentor for UCSF Dean's Office Quarterly Research Award |
| 2009 | UCSF University Community Partnerships Council Service Learning Award |
| 2009 | Recipient of fund from the Charitable Trust of Abby R. Mauzé to American Diabetes Association in Support of the Clinical Research Award |
| 2008 | UCSF Longitudinal Clinical Experience Appreciation Teaching Award |
| 2001 | "Recognizing Discovery and Innovation in 2001: Milestones in Hepatitis C", Schering Oncology Hepatitis Innovation Award |
| 2000-2002 | American Digestive Health Foundation, Martin Brotman Training/Transition Research Award |
| 1999 | Physician Assistant Mentor, American Physician Assistant Association |
| 1998 | International Association for the Study of Liver (ISAL) Young Investigator Award |
| 1998 | American Liver Foundation Travel Award |
| 1991 | Northern Ontario Medical Program Award |
| 1990 | Research Award, University of Ottawa, Canada |
| 1988-1989 | Natural Sciences and Engineering Research Council Award, Canada |
| 1986 | J.W. McConnell Award, McGill University, Montreal, Canada |
| 1986-1988 | University of Ottawa Scholarship, Ottawa, Canada |
| 1986 | Ontario Scholar |


## C.  Contributions to Science

### 1.  Gaps in patient knowledge, liver disease health disparity, and novel models of care in minorities and vulnerable populations with viral hepatitis.

I led the efforts to determine the impact of formal hepatitis C education on patient knowledge and care within the safety net system. We identified that formal patient education improved knowledge in the vulnerable populations and was associated with enhanced hepatitis C care coordination, expediting hepatitis C treatment, and treatment response. In addition, we identified gaps in hepatitis C and B testing and preventative services and management practices among the San Francisco's safety net population and especially minority populations. We showed that rates of hepatitis B screening and vaccination and also liver cancer screening in medically underserved Asian

Contact PD/PI: Charlebois, Edwin

and Hawaiian/Pacific Islander (API) population are suboptimal, and provider factors play a significant role. We also found that there was a significant gap in linkage to specialty services and receipt of treatment for hepatitis C and importantly there were racial disparities in hepatitis care received. The results of our investigations have led to the development of processes and workflows within safety net health systems to enhance patient engagement, linkage to treatment, and quality of care delivered in patients with liver disease. Further, our integrated model of shelter-based hepatitis C testing and treatment among homeless clients across San Francisco and Minninapolis, has resulted in increase hepatitis C elimination efforts in these populations.

a)  Lubega S, Agbim U, Surjadi M, Mahoney M, Khalili M. Formal hepatitis C education enhances HCV care coordination, expedites HCV treatment and improves antiviral response. *Liver Int.* 2013 Aug; 33(7):999-1007. PMCID: PMC3692599.

b)  Wong RJ, Khalili M. A Patient-Centered Hepatitis B Virus (HBV) Educational Intervention Improves HBV Care Among Underserved Safety-Net Populations. *J Clin Gastroenterol*. 2019 Oct 31. PMID: 31688365.

c)  Kim NJ, Locke CJ, Park H, Magee C, Bacchetti P, Khalili M. Race and Hepatitis C Care Continuum in an Underserved Birth Cohort. *J Gen Intern Med*. 2019 10; 34(10):2005-2013. PMID: 30238404.

d)  Fokuo JK, Masson CL, Anderson A, Powell J, Bush D, Ricco M, Zevin B, Ayala C, Khalili M. Recommendations for Implementing Hepatitis C Virus Care in Homeless Shelters: The Stakeholder Perspective. *Hepatol Commun*. 2020 Mar 3;4(5):646-656. doi: 10.1002/hep4.1492. PMID: 32363316; PMCID: PMC7193125.

## 2.  **Prevalence and factors associated with diabetes, prediabetes, and metabolic syndrome in viral hepatitis infection and HIV coinfection.**

I have led efforts to determine the prevalence of abnormalities of glucose metabolism among individuals with hepatitis C and B infection and metabolic manifestations of these infections. We have found that patients with hepatitis C infection are at high risk of new onset diabetes. In addition, we identified that diabetes and prediabetes is highly prevalent among HBV and HCV-infected patients, and in some instances, coincides with host responses to the virus. These studies were among the first to explore these relationships.

a)  Khalili M, Lim JW, Bass N, Ascher NL, Roberts JP, Terrault NA. New onset diabetes mellitus after liver transplantation: the critical role of hepatitis C infection. *Liver Transpl*. 2004 Mar; 10(3):349-55. PMID: 15004760.

b)  Mukhtar N, Ayala C, Maher J, Khalili M. Assessment Of Factors Associated With Pre-Diabetes In HCV Infection Including Direct And Dynamic Measurements Of Insulin Action. *J Viral Hepat*. 2012 Jul;19(7): 480-7. PMID: 22676360; PMCID: PMC3375865.

c)  Khalili M, Lombardero M, Chung RT, Terrault NA, Ghany MG, Kim WR, Lau D, Lisker-Melman M, Sanyal A, Lok AS; HBRN. Diabetes and prediabetes in patients with hepatitis B residing in North America. *Hepatology* 2015 Nov;62(5):1364-74. doi: 10.1002/hep.28110. PMID: 26390278; PMCID: PMC4762364.

d)  Khalili M, Shuhart MC, Lombardero M, Feld JJ, Kleiner DE, Chung RT, Terrault NA, Lisker-Melman M, Sanyal A, Lok AS; Hepatitis B Research Network (HBRN). Relationship Between Metabolic Syndrome, Alanine Aminotransferase Levels, and Liver Disease Severity in a Multiethnic North American Cohort With Chronic Hepatitis B. *Diabetes Care*. 2018 Jun;41(6):1251-1259. doi: 10.2337/dc18-0040. PMID: 29599296.

## 3.  **Mechanism of alcohol and hepatitis C infection on insulin action and impact on liver disease.**

I have led efforts to determine the relationship between directly measured insulin resistance and hepatitis C infection. We were first to show that there are limitations to surrogate measurements on insulin resistance in hepatitis C and that the correlation between the surrogate and direct measurements were influenced by degree of obesity and also ethnicity. We were able to show that there is wide spectrum of insulin resistance using direct measurement in the hepatitis C population and that host factors such as body mass index, Latino ethnicity, gender, and ferritin levels, and alcohol intake rather than viral factors, were more influential in promoting insulin resistance and its change in hepatitis C. My mentees were also the first to explore the impact of graded alcohol consumption on muscle and hepatic insulin resistance and insulin secretion in patients with and without hepatitis C infection and to evaluate changes in the parameters after alcohol discontinuation on these parameters among Latinos with and without hepatitis C.

a)  Lam K, Bacchetti P, Abbasi F, Ayala C, Loeb S, Shah V, Wen M, Reaven G, Maher J, Khalili M. Comparison of Surrogate and Direct Measurements of Insulin Resistance in Chronic HCV: Impact of Obesity and Ethnicity. *Hepatology*, 2010 Jul;52(1):38-46. PMID: 20578127; PMCID: PMC4391817.

b)  Mukhtar NA, Bacchetti P, Ayala CE, Melgar J, Christensen S, Maher JJ, Khalili M. Insulin sensitivity and variability in hepatitis C virus infection using direct measurement. *Dig Dis Sci*. 2013 Apr;58(4):1141-8. PMID: 23086116; PMCID: PMC3566265.

a) Burman BE, Bacchetti P, Khalili M. Moderate Alcohol Use and Insulin Action in Chronic Hepatitis C Infection. *Dig Dis Sci.* 2016 Aug;61(8):2417-25. PMID: 27007134; PMCID: PMC4945365.

b) Uribe LA, Bacchetti P, Gelman N, Burchard E, Fitch M, Hellerstein M, Khalili M. Impact of moderate alcohol discontinuation on insulin action and secretion in Latinos with and without hepatitis C. *Alcohol Clin Exp Res.* 2018 Mar; 42(3):492-499. PMID: 29220547; PMCID: PMC5832577.

## 4. <u>Natural history and novel therapies of hepatitis B and C infection and fatty liver disease with or without HIV infection.</u>

I led and participated in several natural history and clinical trials of hepatitis B and C as well as fatty liver disease including one of the first to involve pegylated interferon-based combination therapy in hepatitis C and HIV coinfection. These efforts led to the recommendation of use of ribavirin upfront in combination with pegylated interferon in this population. As part of global hepatitis elimination efforts, multicenter studies have underscored significant efficacy of the direct acting antiviral therapies in diverse hepatitis C populations. Work within NIH-sponsored Hepatitis B Research Network (HBRN) has also improved our understanding of natural history and complications of hepatitis B disease including among those with coexisting fatty liver disease:

a) Khalili M, Fisher E, Bernstein D, Lentz E, Barylski C, Hoffman-Terry M. Peginterferon alfa-2a With or Without Ribavirin in HCV/HIV Coinfected Patients: Partially-Blinded and Randomized Multicenter Trial. *Digestive Diseases and Sciences* 2005 June; 50(6):1148-55. PMID: 15986873.

b) Bourlière M, Gordon SC, Flamm SL, Cooper CL, Ramji A, Tong M, et al. Sofosbuvir, Velpatasvir, and Voxilaprevir for Previously Treated HCV Infection. *N Engl J Med.* 2017 Jun 1;376(22):2134-2146. PMID: 28564569.

c) Younossi ZM, Ratziu V, Loomba R, Rinella M, Anstee QM, Goodman Z, et al. Obeticholic acid for the treatment of non-alcoholic steatohepatitis: interim analysis from a multicentre, randomized, placebo-controlled phase 3 trial. *Lancet.* 2019 12 14; 394(10215):2184-2196.  PMID: 31813633.

d) Khalili M, Kleiner DE, King WC, Sterling RK, Ghany MG, Chung RT, Bhan AK, Rosenthal P, Lisker-Melman M, Ramachandran R, Lok AS; ; and the Hepatitis B Research Network (HBRN). Hepatic Steatosis and Steatohepatitis in a Large North American Cohort of Adults With Chronic Hepatitis B. *Am J Gastroenterol*. 2021 Apr 8. doi: 10.14309/ajg.0000000000001257. Epub ahead of print. PMID: 33840726.

## 5. <u>Spectrum of liver disease in patients with HIV and hepatitis B (HBV) coinfection in North America.</u>

I led the efforts in better understanding of spectrum of liver disease in the HIV/HBV at UCSF as an investigator participating in the HBV-HIV Cohort Study. We showed that in patient with HIV/HBV coinfection receiving long term antiretroviral therapy with viral suppression, more than one third had significant fibrosis. In addition, nearly 30% of patients had evidence of fatty liver disease which was associated with metabolic risk and non-black race as well as atherogenic lipid profiles. These studies highlighted the importance of liver disease monitoring in HIV/HBV coinfection and in identification of fatty liver disease and management of adverse metabolic profiles to prevent disease progression and complications.

a) Sterling RK, King WC, Wahed AS, Kleiner DE, Khalili M, Sulkowski M, Chung RT, Jain MK, Lisker-Melman M, Wong DK, Ghany MG. Evaluating Noninvasive Markers to Identify Advanced Fibrosis by Liver Biopsy in HBV/HIV Co-infected Adults. *Hepatology*. 2020 02; 71(2):411-421.  PMID: 31220357.

b) Sterling RK, King WC, Wahed AS, Kleiner DE, Khalili M, Sulkowski M, Chung RT, Jain MK, Lisker-Melman M, Wong DK, Ghany MG; HIV-HBV Cohort Study of the Hepatitis B Research Network. Evaluating Noninvasive Markers to Identify Advanced Fibrosis by Liver Biopsy in HBV/HIV Co-infected Adults. *Hepatology*. 2020 Feb;71(2):411-421. doi: 10.1002/hep.30825. Epub 2019 Aug 19. PMID: 31220357; PMCID: PMC6923615.

c) Khalili M, King WC, Kleiner DE, Jain MK, Chung RT, Sulkowski M, Lisker-Melman M, Wong DK, Ghany M, Sanyal A, Sterling RK; HIV-HBV Cohort Study of the Hepatitis B Research Network. Fatty Liver Disease in a Prospective North American Cohort of Adults with HIV and Hepatitis B Coinfection. *Clin Infect Dis*. 2020 Sep 1:ciaa1303. doi: 10.1093/cid/ciaa1303. Epub ahead of print. PMID: 32869840.

d) Sterling RK, King WC, Khalili M, Chung RT, Sulkowski M, Jain MK, Lisker-Melman M, Ghany MG, Wong DK, Hinerman AS, Bhan AK, Wahed AS, Kleiner DE; HIV-HBV Cohort Study of the Hepatitis B Research Network. A Prospective Study Evaluating Changes in Histology, Clinical and Virologic Outcomes in HBV-HIV Co-infected Adults in North America. *Hepatology*. 2021 Mar 20. doi: 10.1002/hep.31823. Epub ahead of print. PMID: 33743541.

## <u>Complete List of Published Work in My Bibliography:</u>

https://www.ncbi.nlm.nih.gov/sites/myncbi/mandana.khalili.1/bibliography/40561837/public/?sort=date&direction=ascending.

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Van Ta Park

eRA COMMONS USER NAME (credential, e.g., agency login): VANMTA

POSITION TITLE: Associate Professor

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Southern California (USC) | B.S. | 05/2000 | Health Promotion & Disease Prevention |
| USC, Los Angeles, CA | B.A. | 05/2000 | Sociology |
| USC, Los Angeles, CA | M.P.H. | 12/2001 | Health Promotion |
| The Johns Hopkins University (JHU) | Ph.D. | 05/2006 | Health Policy & Management |
| University of California, San Francisco (UCSF) | Post-doctoral | 06/2007 | Drug Abuse Treatment & Services Research |
| Stanford University | Certificate | 06/2014 | Ethnogeriatrics |

## A. Personal Statement

I have significant community experience and connections as well as the broad research background in health equity issues affecting Asian Americans and Pacific Islanders (AAPI) that will help lead to the successful implementation of the U24 application. My research areas include Alzheimer's Disease and Related Dementias (ADRD) (including ADRD caregiving), aging (including ethnogeriatrics), mental health, and health care access. Over the years as a community-based participatory researcher, I have built research collaboration relationships with many local, national, and global community-based organizations and leaders in AAPI communities and Asian countries. I am also a member of the Alzheimer's Clinical Trials Consortium Recruitment Unit. I am a PI for a NIH/NIA R24, "Collaborative Approach for Research and Education (CARE)." CARE's goal is to address the gap and reduce disparities in ADRD, aging, and caregiver-related research participation among AAPI adults by enrolling them into a multi-lingual research recruitment registry. I am also an MPI for the Asian Cohort on Alzheimer's Disease (ACAD) study, and Site PI for the Vietnamese Insights into Cognitive Aging Program (VIP) study.

Selected On-Going Research Support
NIA R01AG067541    Meyer (PI)                                              02/15/21-01/31/26
*Vietnamese Insights into Cognitive Aging Program (VIP)* will obtain preliminary estimates of mild cognitive impairment and dementia and identify ADRD risk and resilience factors among 540 older Vietnamese Americans.
Role: Site Principal Investigator

Contact PD/PI: Charlebois, Edwin

NIA R24AG063718    Park (PI)                                                          09/01/19-05/31/22
*Collaborative Approach for Asian Americans and Pacific Islanders Research and Education (CARE) in ADRD*
CARE will help to address the gap and reduce disparities in ADRD, aging, and caregiving-related research participation among AAPI through the creation of a registry of AAPI who are interested in participating in various types of ADRD research.
Role: Principal Investigator

NIA R56AG069130    Chui, Juh, Park, & Wang (MPIs)                                      09/30/20-05/31/22
*Asian Cohort on Alzheimer's Disease (ACAD)*
ACAD is an international collaboration with the goal of compiling a robust sample size of Asian American and Canadian subjects for Alzheimer's disease (AD) research. ACAD will recruit a cohort of individuals of Chinese, Korean, and Vietnamese ancestry, and later extending to other major Asian populations in both countries.
Role: Multiple Principal Investigator

NIA R24AG063718 COVID-19 administrative supplement   Park (PI)                        07/15/20-05/31/21
**C**OVID-19 Effects **o**n the **M**ental and **P**hysical Health of **A**API **S**urvey **S**tudy (**COMPASS**)
COMPASS aims to assess the effects of COVID-19 on Asian Americans' and Pacific Islanders' health, healthcare access, caregiving, discrimination experience, employment/income, and social support and coping strategies.
Role: Principal Investigator

PCORI EADI 16132         Vuong (Community Lead)                                       09/01/19-08/31/21
*Community Education for Vietnamese Americans on Dementia Caregiving and Advanced Care Planning*
The purpose of this engagement award is to develop and conduct culturally appropriate engagement/outreach in ADRD caregiving and advanced care planning to the Vietnamese American community.
Role: Academic Investigator

Selected Completed Research Support
NIH Stanford Precision Health Ethnic and Racial Equity (SPHERE) Pilot Awards Dissemination Program
05/01/20-03/31/21
Disseminating SPHERE Vietnamese & Korean Research Findings to the Vietnamese & Korean American Communities
Role: Principal Investigator
Park's and colleagues' findings on completed SPHERE research with Vietnamese and Korean Americans are disseminated in culturally appropriate ways in Vietnamese and Korean.

NIH SPHERE Pilot Grants Program                                                      05/01/19-03/31/20
*Texting to be Heard in Precision Health Research – Our Vietnamese American Voice*
This award supports the development and implementation of a precision health research texting strategy for Vietnamese Americans, with a focus on ADRD and mental health.
Role: Principal Investigator

Alzheimer's Association, Mentored New Investigator Research Grant to Promote Diversity    01/01/16-12/30/18
*Culturally tailored program to reduce stress among Vietnamese dementia caregivers*
This award provides me with the time and mentorship to culturally tailor and translate the cognitive-behavioral therapy skill training intervention for Vietnamese ADRD caregivers  and examines two mental health outcomes.
Role: Principal Investigator

NIH SPHERE Pilot Grants Program                                                      05/01/17-04/30/18
*Developing and Evaluating a Korean drama Precision Mental Health Curriculum among AAPI*
This award supported the development and implementation of a Korean drama precision mental health curriculum for AAPI in English, Korean and Vietnamese.
Role: Principal Investigator

American Association of Colleges of Nursing, sponsored by All of Us Research Program    01/05/18-02/28/18
*All of Us (Tất cả Chúng ta) Journey - Outreach & Education to Underserved Vietnamese Americans*

Contact PD/PI: Chorlebois, Edwin

This award supported the first All of Us Journey Research Program outreach event targeting AAPI in five languages (English, Vietnamese, Mandarin, Cantonese, and Korean).
Role: Principal Investigator

## B.  Positions and Honors
### Positions and Scientific Employment

| | |
|---|---|
| 07/17-present | Associate Professor, UCSF, School of Nursing, Department of Community Health Systems, San Francisco, CA |
| 07/21-present | Research Champion in Aging and the Lifecourse, UCSF School of Nursing |
| 2019- present | Member, Alzheimer's Clinical Trials Consortium Recruitment Unit |
| 2019- present | Consultant (Faculty Mentor), R01AG064688, Advancing Alzheimer's family caregiving interventions and research capacity in Vietnam (PI: W. Hinton) |
| 2019- present | Advisory Board Member – Somang Society |
| 2018- present | Affiliated Faculty - UCSF Institute for Health & Aging |
| 2018- present | Member – Annual Vietnamese Caregiver Conference Planning Committee, sponsored by Aging Services Collaborative |
| 2018- present | Steering Committee Member, San Francisco Bay Area Collaborative Research Network (SFBayCRN), part of UCSF Clinical & Translational Science Institute's (CTSI's) Community Engagement & Health Policy Program |
| 2018-2019 | Safety Officer, R21 AG054262 Adapting and Testing an Alzheimer's Family Caregiver Intervention in Vietnam (Co-PIs: W. Hinton & H. Nguyen) |
| 2018 | Advisory Participant, Prioritizing Diversity and Representation of AAPI in Precision Medicine Brain Trust Meeting – February 27, 2018 |
| 2017- present | Member, Vietnamese Reach Health Coalition |
| 2017- 2021 | Consortium Core Community Chair, NIMHD Transdisciplinary Collaborative Center for Health Disparities Research Focused on Precision Medicine, SPHERE |
| 2014- present | Core Member, UCSF, Asian American Research Center on Health |
| 08/13-06/17 | Tenured Associate Professor, SJSU, Department of HSR, San José, CA |
| 2012- present | Abstract Reviewer, Society for Public Health Education Annual Meetings |
| 2011 | Member, Vietnamese Health Needs Assessment Advisory Committee, Santa Clara County Department of Public Health |
| 2009- present | Member, Vietnamese American Mental Health Network |
| 08/09-07/13 | Tenure-track Assistant Professor, San José State University (SJSU), Department of Health Science & Recreation (HSR), San José, CA |
| 08/07-05/09 | Tenure-track Assistant Professor, University of Hawai'i at Mānoa, Office of Public Health Studies, Honolulu, HI |
| 10/06-04/07 | Small Group Facilitator, UCSF School of Medicine, San Francisco, CA |
| 07/06-07/07 | NIDA Post-doctoral Fellow, UCSF Department of Psychiatry, San Francisco, CA |
| 05/05-08/05 | Reviewer, Fetal Alcohol Spectrum Disorders Strategy, Northrop Grumman Health Solutions, Rockville, MD |
| 10/04-12/05 | Graduate Teaching Assistant for "Fundamentals of Health Education and Health Promotion" & "Proposal Writing I-II", JHU, SPH, Baltimore, MD |
| 05/04-08/04 | Graduate Research Assistant, USC Division of Community Health, Los Angeles, CA |
| 01/04-05/06 | Graduate Research Assistant, Delaware Fire Safety Evaluation, JHU Bloomberg School of Public Health (SPH), Baltimore, MD |
| 12/04-02/05 | Consultant, Insure the Uninsured Project, Santa Monica, CA |
| 2002- present | Member & Abstract Reviewer, American Public Health Association (APHA) for Asian Pacific Islander Caucus for Public Health, Public Health Education and Health Promotion Program, & Public Health Nursing Program |
| 04/02-07/03 | Project Manager, Neighborhood Legal Services of Los Angeles County, Pacoima, CA |
| 07/01-03/03 | Research Consultant/Associate, Coalition for Community Health, Los Angeles, CA |
| 03/01-06/01 | Graduate RA, USC School of Business & Department of Anthropology, Los Angeles, CA |
| 06/00-10/00 | Genotyping and Database Consultant, Specialty Laboratories, Santa Monica, CA |

**Selected Honors**

| | |
|---|---|
| 2015 | SJSU College of Applied Sciences and Arts, Committee to Enhance Equity and Diversity Faculty Award |
| 2011-2013 | NIH Loan Repayment Program Second Renewal, Health Disparities Program |
| 2010-2011 | NIH Loan Repayment Program First Renewal, Health Disparities Program |
| 2008-2010 | NIH Loan Repayment Program, Health Disparities Program |
| 2008 | NCMHD Travel Scholarship – NIH Summit: The Science of Eliminating Health Disparities |
| 2007 | Asian American and Pacific Islander Scientific Conference Travel Award |
| 2006 | NIDA Junior Investigator Travel Award – Addiction Health Services Research Conference |
| 2003-2006 | Sir Arthur Newsholme Scholarship – The Johns Hopkins University |

**C.  Contributions to Science**

1. I have experience with ADRD research with AAPI. For example, the CARE research recruitment registry uses diverse recruitment strategies and currently has >5K AAPI enrolled. In another study, we asked Vietnamese American mental health professionals about their ideas and thoughts on how to culturally tailor an intervention to address Vietnamese American dementia caregivers' mental health. We then incorporated this data into an Alzheimer's Association funded RCT study to culturally tailor and implement a program to reduce stress and depression among 60 Vietnamese American dementia caregivers.

   a. **Ta Park, V.M.**, Nguyen, K., Tran, Y., Yeo, G., Tiet, Q., Suen, J., & Gallagher-Thompson, D. (2018). Perspectives and Insights from Vietnamese American Behavioral Health Professionals on How to Culturally Tailor a Vietnamese Dementia Caregiving Program. *Clinical Gerontologist: Special Issue on Cultural Aspects of Dementia, 41*(3), 184-199. PMID: 29419364.

   b. **Ta Park, V.M.**, Ton, V., Yeo, G., Tiet, Q.Q., Vuong, Q., & Gallagher-Thompson, D. (2019). Promising Results from a Pilot Study to Reduce Distress in Vietnamese American Dementia and Memory Loss Caregivers. *Alzheimer's & Dementia: Translational Research & Clinical Interventions, 5, 319-327.* PMID: 31384663.

   c. **Ta Park, V.M.**, Ton, V., Yeo, G., Tiet, Q.Q., Vuong, Q., & Gallagher-Thompson, D. (2019). Vietnamese American Dementia Caregivers' Perceptions and Experiences of a Culturally Tailored, Evidence-based Intervention to Reduce Stress and Depression. *Journal of Gerontological Nursing*, 45(9), 39-50. PMID: 31437289.

   d. **Ta Park, V.M.**, Joshua D Grill, J.D., Zhu, J., Nguyen, K., Nam, B., Tsoh, J.Y., Kanaya, A., Vuong, Q., Bang, J., Nguyen, N.C., Cho, I.H., Gallagher-Thompson, D., Hinton, L., & Meyer, O.L. Asian Americans and Pacific Islanders' Perspectives on Participating in the CARE Recruitment Research Registry for Alzheimer's Disease and Related Dementias, Aging, and Caregiving Research. Alzheimer's & Dementia: Translational Research & Clinical Interventions (*in press*).

2. My research has found significant health disparities in COVID-19, mental health and substance use among AAPI, thereby dispelling the Asian Model Minority Myth. My research has found differences in COVID-19 vaccine concerns among AAPI adults, by cultural group, and mental health and substance abuse disparities among AAPI mothers. I have also examined the roles of generational status, social connections, ethnicity, and immigration status on AAPI's mental health and health care.

   a. **Ta, V.M.**, Juon, H., Gielen, A.C., Steinwachs, D., & Duggan, A. (2008). Disparities in use of mental health and substance abuse services by Asian and Native Hawaiian/Other Pacific Islander women. *Journal of Behavioral Health Services & Research, 35*(1), 20-36. PMCID: 17647106.

   b. **Ta, V.M.**, Holck, P., & Gee, G.C. (2010). Generational status and family cohesion effects on the receipt of mental health services among Asian Americans: Findings from the National Latino and Asian American Study. *American Journal of Public Health, 100*(1), 115-121. PMCID: 19910344.

   c. **Ta Park, V.M.**, Hayes, D.K., & Humphreys, J. (2014). Disparities in Intimate Partner Violence Prenatal Counseling: Setting a Baseline for the Implementation of the Guidelines for Women's Preventive Services. *Hawai'i Journal of Medicine & Public Health, 73*(5), 137-143. PMID: 24843836.

   d. **Ta Park, V.M.**, Dougan, M., Meyer, O.L., Nam, B., Tzuang, M., Park, L.G., Vuong, Q., & Tsoh, J.Y. Differences in COVID-19 Vaccine Concerns Among Asian Americans and Pacific Islanders: The COMPASS Survey. (2021). *Journal of Racial and Ethnic Health Disparities;* April 14; 1-13. PMID: 33852148.

3.  I have conducted mixed methods research to examine post-partum depression among Vietnamese, Chinese, and Asian Indian American women as well as depression with Native Hawaiian women. The nature of the studies was critical in gathering lived experiences and perspectives of depression from the women themselves. Overall, women reported cultural barriers to help seeking and that for some women, postpartum traditions may play a role in their sadness/depression. My compelling research is a prime example that AAPI are not "problem free"—a falsehood perpetuated by the Model Minority Myth. In fact, this research, along with my other past and present studies, support the notion that AAPI do indeed suffer disproportionately from many health matters.

    a.  **Ta, V.M.**, Chao, P.J., & Kaholokula, J.K. (2011). Cultural identity and conceptualization of depression among Native Hawaiian women. *AAPI Nexus Journal, 8(*2 (Fall 2010)), 63-85.

    b.  **Ta Park, V.M.,** Goyal, D., Nguyen, T., Lien, H., & Rosidi, D. (2017). Postpartum traditions, mental health and help-seeking considerations among Vietnamese American women: a mixed-methods pilot study. *Journal of Behavioral Health Services & Research, 44*(3), 428-441. PMID: 26276422.

    c.  **Ta Park, V. M.**, Kaholokula, J. K., Chao, P. J., & Antonio, M. (2018). Depression and Help-Seeking Among Native Hawaiian Women. *Journal of Behavioral Health Services & Research, 45*(3), 454-468. PMID: 29280087.

    d.  **Ta Park, V.M.**, Goyal, D., Suen, J, Win, N., Tsoh, J. (2019). Postpartum traditions, postpartum depression and help-seeking behaviors among Chinese American women: A mixed-methods pilot study. MCN, *The American Journal of Maternal Child Nursing, 44*(3):144-9. PMID: 26276422.

4.  My research has also looked at aspects of the community that may play a role in improving population health including understanding the community's perspective of precision health, preventing alcohol use and improving health literacy. While the following publications are not directly related to the proposed research, community outreach will be critical to the success of the project; hence, community principles and findings from my prior research will be applied.

    a.  Luo, L., & **Ta Park, V.M.** Text 4 Health: Addressing Consumer Health Information Needs via Text Reference Service. (2014). *Reference and User Services Quarterly, 53*(4), 326-333.

    b.  **Ta Park, V.M.,** Luo, L., & Rosidi, D. A Qualitative Examination about Providers' Perceptions and Recommendations Regarding the Role of Public Librarians in Addressing Communities' Health Literacy. (2014). *QQML (Qualitative and Quantitative Methods in Libraries) Journal, 3*, 567-582.

    c.  Goldman-Rosas, L., Nasrallah, C., **Ta Park, V.M.**, Vasquez, J.J., Duron, Y., Garrick, O., Hattin, R, Cho, M., David, S.D., Evans, J., & McClinton-Brown, R. (2020). Perspectives on precision health among racial/ethnic minority communities and the physicians that serve them. *Ethnicity and Disease, 30*(Suppl 1), 137-148*.* PMID: 32269455.

    d.  **Ta Park, V.M.**, Kim, A., Cho, I.H., Nam, B., Nguyen, K., Vuong, Q., Periyakoil, V.S., & Hong, Y.A. Motivation to Participate in Precision Health Research and Acceptability of Texting as a Recruitment and Intervention Strategy among Vietnamese Americans: A Qualitative Study. *JMIR mHealth and uHealth*, 9(3): e23058. PMID: 33704080.

5.  I have several studies investigating the role of Korean drama as a population-based tool for outreach and education on precision mental health including ADRD, genetic testing, and mental health among AAPI and school bullying and help-seeking among AAPI college-aged students.

    a.  **Ta Park, V.M.**, Olaisen, R.H., Vuong, Q., Rosas, L.G., & Cho, M.K. (2019). Using Korean Dramas as a Precision Mental Health Education Tool for Asian Americans: A Pilot Study. *International Journal of Environmental Research and Public Health, 16*(12), 2151. PMID: 31216626.

    b.  **Ta Park, V.M.**, Suen Diwata, J., Win, N., Ton, V., Nam, B., Rajabally, W., & Jones, V.C. (2020). Promising results from the use of a Korean drama to address knowledge, attitudes, and behaviors on school bullying and mental health among Asian American college-aged students. *International Journal of Environmental Research and Public Health, 17*(5), 1637*.* PMID: 32182641.

    c.  **Ta Park, V.M.**, Park, C.J., Kim, C., Nguyen, N.C.Y., Tran, A.T., Chiang, A., Rho, S.J., Olaisen, R.H., Vuong, Q., Rosas, L.G., & Cho, M.K. Use of Korean drama in educational workshops for Asian Americans: Developing a tool to facilitate understanding and discussion about precision mental health. *Health Promotion International*, daab012. PMID: 33582752.

Complete List of Published Work in MyBibliography:
https://www.ncbi.nlm.nih.gov/sites/myncbi/van.park.1/bibliography/41164498/public/?sort=date&direction=ascending

Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person.  **DO NOT EXCEED FIVE PAGES.**

NAME: Alicia Downes

eRA COMMONS USER NAME (credential, e.g., agency login):

POSITION TITLE: Interim Program Director

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| William Jewell College, Liberty, Missouri | BA | 05/1994 | Sociology and Psychology |
| The University of Kansas | MSW | 05/1998 | Clinical Social Work |

## A.  Personal Statement

Alicia Downes has 22 years of experience in HIV Care and Prevention programming. Currently she is the Program Director for three HRSA-funded cooperative agreements, the Dissemination of Evidence-Informed Interventions to Improve Health Outcomes along the HIV Care Continuum Initiative, Implementation Technical Assistance Center (DEII ITAC), the Using Evidence-Informed Interventions to Improve Health Outcomes among People Living with HIV Initiative, Coordinating Center for Technical Assistance (E2i CCTA) and Improving Care and Treatment Coordination of Black Women with HIV, Evaluation and Technical Assistance Provider across the country. Ms. Downes manages delivery of training and technical assistance to Ryan White HIV/AIDS Program recipients and subrecipients across the country. Ms. Downes has developed curriculum and delivered training for peer, patient navigation and CHW interventions such as the Peer Re-Engagement Project, Peer Education Training and Patient Navigation for Women of Color Living with HIV, all HRSA funded projects. She has extensive expertise in conducting community needs assessment, skilled in community and relationship building in the Midwest, and a member of the Kansas City RW Planning Council. She is experienced in quality management principles from the National Quality Center and former Director for Missouri AIDS Educational and Training Center.

## B.  Positions and Honors

2021- Present    Interim Program Director, AIDS  United
2017-2020    Senior Program Manager, AIDS United
1999-2017    Ryan White Social Worker, Program Manager, Program Director at Kansas City CARE Clinic, formerly the Kansas City Free Health Clinic
1992-1999    Social Worker, Network Rehab. Services for People with Mental Illness.

## C.  Contributions to Science

I have 22 years of experience in the management and delivery of grant-funded HIV care, prevention, and evaluation programs. While most of my work has been focused on HIV services, there have been opportunity to focus on co-occurring disorders such as substance use, mental health, and diabetes management and across diverse populations. In addition, I have developed curriculum to training people living with HIV as part of job development. I have had the opportunity to disseminate outcomes from these programs at conferences and contribute to a sampling of publications on which I am co-author that include:

• **Downes, A** (September 2011) Building Blocks for Peer Success: "Lessons learned from a Train-the-Trainer program", AIDS Patient Care and STDs Journal

- **Downes, A** (August 2014) Co-Authored Peer Re-Engagement Project: PREParing Peers for Success Peer Supervision Curriculum for engaging out-of-care or newly diagnosed people living with HIV in care and treatment
- **Downes, A** (May 2018) Engaging Women of Color Living with HIV Using an Enhanced Navigation Model, National Conference on Social Work and HIV/AIDS, Washington, DC
- **Downes, A** (August 2020) Implementing Evidence-Informed Interventions for Opioid Use Disorders Among People with HIV, 2020 National Ryan White Conference on HIV Care & Treatment, Washington, DC.

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

Contact PD/PI: Charlebois, Edwin

# RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 1

ORGANIZATIONAL DUNS*:  0948783370000

**Budget Type*:**     ● Project     ○ Subaward/Consortium

**Enter name of Organization:** The Regents of the University of California, San Francisco

**Start Date*:** 09-01-2021      **End Date*:** 08-31-2022      **Budget Period: 1**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Edwin | | Charlebois | PhD | PD/PI | 199,300.00 | 4.80 | | | 79,720.00 | 20,767.00 | 100,487.00 |
| 2. | Dr. | Stuart | A. | Gansky | | PD/PI | 199,300.00 | 3.60 | | | 59,790.00 | 15,575.00 | 75,365.00 |
| 3. | Dr. | Kim | | Rhoads | | PD/PI | 199,300.00 | 2.40 | | | 39,860.00 | 10,384.00 | 50,244.00 |
| 4. | Dr. | William | | Brown | PhD | Co-Investigator | 160,307.00 | 1.20 | | | 16,031.00 | 5,811.00 | 21,842.00 |
| 5. | Dr. | Jing | | Cheng | PhD | Co-Investigator | 184,412.00 | 0.60 | | | 9,221.00 | 3,343.00 | 12,564.00 |
| 6. | Dr. | Elaine | | Ku | MD | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 7. | Dr. | Michael | | Potter | | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 8. | | Alfa-Ibrahim | | Yansane | | Co-Investigator | 125,000.00 | 0.60 | | | 6,250.00 | 2,266.00 | 8,516.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**    **253,581.00**

**Additional Senior Key Persons:**        File Name: BudgetPeriod1_KeyPersons.pdf        **Total Senior/Key Person**    **542,697.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Operations Manager | 12.00 | 0.00 | 0.00 | 117,611.00 | 53,866.00 | 171,477.00 |
| 2 | Biostatistician | 18.00 | 0.00 | 0.00 | 179,304.00 | 82,121.00 | 261,425.00 |
| 2 | Clinical Research Associate | 15.00 | 0.00 | 0.00 | 135,798.00 | 62,195.00 | 197,993.00 |
| 1 | Admin Manager | 9.60 | 0.00 | 0.00 | 65,620.00 | 30,054.00 | 95,674.00 |
| 2 | Financial Analyst | 6.60 | 0.00 | 0.00 | 65,336.00 | 29,923.00 | 95,259.00 |
| 15 | Other | 100.80 | 0.00 | 0.00 | 786,989.00 | 360,440.00 | 1,147,429.00 |
| **23** | **Total Number Other Personnel** | | | | **Total Other Personnel** | | **1,969,257.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **2,511,954.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384                         Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 1

**ORGANIZATIONAL DUNS\*:**   0948783370000

**Budget Type\*:**     ● Project     ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2021     **End Date\*:** 08-31-2022     **Budget Period: 1**

| C. Equipment Description | |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | **Funds Requested ($)\*** |
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |
| **Additional Equipment:**     File Name: | |

| D. Travel | Funds Requested ($)\* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 46,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **46,000.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)\* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**          **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 1

**ORGANIZATIONAL DUNS\*:**  0948783370000

**Budget Type\*:**  ● Project   ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2021      **End Date\*:** 08-31-2022      **Budget Period: 1**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---:|
| 1. Materials and Supplies | 63,534.00 |
| 2. Publication Costs | 5,000.00 |
| 3. Consultant Services | 19,100.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | 50,333.00 |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Site Monitoring (Rho, Inc) | 73,009.00 |
| 9 . Data Network Fee | 8,548.00 |
| 10 . ITFS-Premium | 18,546.00 |
| **Total Other Direct Costs** | **238,070.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---:|
| **Total Direct Costs (A thru F)** | **2,796,024.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---:|---:|---:|
| 1 . Modified Total Direct Cost (MTDC) | 61.50 | 2,770,691.00 | 1,703,975.00 |
| | | **Total Indirect Costs** | **1,703,975.00** |

**Cognizant Federal Agency**            DHHS, Jeanette Lu, 415-437-7820

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---:|
| **Total Direct and Indirect Institutional Costs (G + H)** | **4,499,999.00** |

| J. Fee | Funds Requested ($)* |
|---|---:|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---:|
| | **4,499,999.00** |

| L. Budget Justification* | File Name: Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384                Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-4869D5C5014D

## RESEARCH & RELATED BUDGET - SECTION A CONTINUATION PAGE

| | |
|---|---|
| * ORGANIZATIONAL DUNS: | 0948783370000 |

* Budget Type:  ☒ Project    ☐ Subaward/Consortium

Enter name of Organization: The Regents of the University of California, San Francisco

*Start Date: 09/01/2021    *End Date: 08/31/2022    Budget Period 1

---

### A. Senior/Key Person

**9.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Dean | | Schillinger | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

**10.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Christina | | Mangurian | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 2596.00 | 12561.00 |

**11.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Scarlett | | Gomez | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 191786.00 | 0.48 | | | 7671.00 | 2781.00 | 10452.00 |

**12.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| | Nicole | H | Mandel | | Other |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 168211.00 | 2.40 | | | 33642.00 | 15408.00 | 49050.00 |

**13.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Paula | | Braveman | MD, MPH | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 415.00 | 8387.00 |

---

Attached Key Persons          Page 141

Contact PD/PI: Charlebois, Edwin

| 14. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Valy | | Fontil | MD, MAS | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| 15. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Joanne | E | Spetz | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

| 16. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | | Sepideh | | Banava | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 120000.00 | 2.40 | | | 24000.00 | 8700.00 | 32700.00 |

| 17. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Wagahta | | Semere | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 18. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Greg | | Rebchook | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 183791.00 | 2.40 | | | 36758.00 | 9575.00 | 46333.00 |

| 19. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | | Torsten | | Neilands | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 20. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Mandana | | Khalili | | Co-Investigator |

Attached Key Persons                    Page 142

Contact PD/PI: Charlebois, Edwin

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 1.20 | | | 19930.00 | 5192.00 | 25122.00 |

| 21. | Prefix | * First Name | | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|---|
| | | Van | | M | Park | | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| Subtotal Senior/Key Person | | | | | | 253581.00 |
|---|---|---|---|---|---|---|

Attached Key Persons                                         Page 143

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 2

ORGANIZATIONAL DUNS*: 0948783370000

**Budget Type*:**   ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Regents of the University of California, San Francisco

**Start Date*:** 09-01-2022     **End Date*:** 08-31-2023     **Budget Period:** 2

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Edwin | | Charlebois | PhD | PD/PI | 199,300.00 | 4.80 | | | 79,720.00 | 20,767.00 | 100,487.00 |
| 2. | Dr. | Stuart | A. | Gansky | | PD/PI | 199,300.00 | 3.60 | | | 59,790.00 | 15,575.00 | 75,365.00 |
| 3. | Dr. | Kim | | Rhoads | | PD/PI | 199,300.00 | 2.40 | | | 39,860.00 | 10,384.00 | 50,244.00 |
| 4. | Dr. | William | | Brown | PhD | Co-Investigator | 160,307.00 | 1.20 | | | 16,031.00 | 5,811.00 | 21,842.00 |
| 5. | Dr. | Jing | | Cheng | PhD | Co-Investigator | 184,412.00 | 0.60 | | | 9,221.00 | 3,343.00 | 12,564.00 |
| 6. | Dr. | Elaine | | Ku | MD | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 7. | Dr. | Michael | | Potter | | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 8. | | Alfa-Ibrahim | | Yansane | | Co-Investigator | 125,000.00 | 0.60 | | | 6,250.00 | 2,266.00 | 8,516.00 |

**Total Funds Requested for all Senior Key Persons in the attached file** — **229,056.00**

**Additional Senior Key Persons:** File Name: BudgetPeriod2_KeyPersons.pdf   **Total Senior/Key Person** **518,172.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Operations Manager | 12.00 | 0.00 | 0.00 | 117,611.00 | 53,866.00 | 171,477.00 |
| 2 | Biostatistician | 18.00 | 0.00 | 0.00 | 179,304.00 | 82,121.00 | 261,425.00 |
| 2 | Clinical Research Associate | 21.60 | 0.00 | 0.00 | 191,340.00 | 87,633.00 | 278,973.00 |
| 1 | Admin Manager | 9.60 | 0.00 | 0.00 | 65,620.00 | 30,054.00 | 95,674.00 |
| 2 | Financial Analyst | 6.60 | 0.00 | 0.00 | 65,336.00 | 29,923.00 | 95,259.00 |
| 15 | Other | 98.40 | 0.00 | 0.00 | 752,889.00 | 344,822.00 | 1,097,711.00 |
| **23** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **2,000,519.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **2,518,691.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 2

**ORGANIZATIONAL DUNS\*:**    0948783370000

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2022    **End Date\*:** 08-31-2023    **Budget Period: 2**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 46,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **46,000.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 2

**ORGANIZATIONAL DUNS\*:**  0948783370000

**Budget Type\*:**   ● Project   ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2022    **End Date\*:** 08-31-2023    **Budget Period: 2**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 68,196.00 |
| 2. Publication Costs | 5,000.00 |
| 3. Consultant Services | 16,600.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | 50,333.00 |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Site Monitoring (Rho, Inc) | 73,009.00 |
| 9 . Data Network Fee | 8,876.00 |
| 10 . ITFS-Premium | 18,840.00 |
| **Total Other Direct Costs** | **240,854.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **2,805,545.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Modified Total Direct Cost (MTDC) | 61.50 | 2,755,212.00 | 1,694,455.00 |
| | | **Total Indirect Costs** | **1,694,455.00** |

**Cognizant Federal Agency**                    DHHS, Jeanette Lu, 415-437-7820

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **4,500,000.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **4,500,000.00** |

| L. Budget Justification* | File Name: Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTION A CONTINUATION PAGE

| * ORGANIZATIONAL DUNS: | 0948783370000 |
|---|---|

**\* Budget Type:**  ☒ Project    ☐ Subaward/Consortium

**Enter name of Organization:** The Regents of the University of California, San Francisco

| *Start Date: 09/01/2022 | *End Date: 08/31/2023 | Budget Period 2 |
|---|---|---|

---

**A. Senior/Key Person**

**9.** Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role

| Dr. | Dean | | Schillinger | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

**10.** Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role

| Dr. | Christina | | Mangurian | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 2596.00 | 12561.00 |

**11.** Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role

| Dr. | Scarlett | | Gomez | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 191786.00 | 0.48 | | | 7671.00 | 2781.00 | 10452.00 |

**12.** Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role

| | Nicole | H | Mandel | | Other |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 168211.00 | 1.20 | | | 16821.00 | 7704.00 | 24525.00 |

**13.** Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role

| Dr. | Paula | | Braveman | MD, MPH | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 415.00 | 8387.00 |

Contact PD/PI: Cherlebois, Edwin

| 14. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | Dr. | Valy | | Fontil | MD, MAS | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|------------------------|------------------------|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| 15. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | Dr. | Joanne | E | Spetz | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|------------------------|------------------------|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

| 16. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | | Sepideh | | Banava | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|------------------------|------------------------|
| 120000.00 | 2.40 | | | 24000.00 | 8700.00 | 32700.00 |

| 17. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | Dr. | Wagahta | | Semere | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|------------------------|------------------------|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 18. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | Dr. | Greg | | Rebchook | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|------------------------|------------------------|
| 183791.00 | 2.40 | | | 36758.00 | 9575.00 | 46333.00 |

| 19. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | | Torsten | | Neilands | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|------------------------|------------------------|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 20. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|-----|--------|--------------|-------------|-------------|--------|----------------|
| | Dr. | Mandana | | Khalili | | Co-Investigator |

Attached Key Persons

Page 148

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 1.20 | | | 19930.00 | 5192.00 | 25122.00 |

| 21. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Van | | M | Park | | | Co-Investigator | | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| Subtotal Senior/Key Person | | | | | | 229056.00 |
|---|---|---|---|---|---|---|

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 3

ORGANIZATIONAL DUNS*:  0948783370000

**Budget Type*:**   ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Regents of the University of California, San Francisco

**Start Date*:** 09-01-2023        **End Date*:** 08-31-2024        **Budget Period: 3**

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Edwin | | Charlebois | PhD | PD/PI | 199,300.00 | 4.80 | | | 79,720.00 | 20,767.00 | 100,487.00 |
| 2. | Dr. | Stuart | A. | Gansky | | PD/PI | 199,300.00 | 3.60 | | | 59,790.00 | 15,575.00 | 75,365.00 |
| 3. | Dr. | Kim | | Rhoads | | PD/PI | 199,300.00 | 2.40 | | | 39,860.00 | 10,384.00 | 50,244.00 |
| 4. | Dr. | William | | Brown | PhD | Co-Investigator | 160,307.00 | 1.20 | | | 16,031.00 | 5,811.00 | 21,842.00 |
| 5. | Dr. | Jing | | Cheng | PhD | Co-Investigator | 184,412.00 | 0.60 | | | 9,221.00 | 3,343.00 | 12,564.00 |
| 6. | Dr. | Elaine | | Ku | MD | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 7. | Dr. | Michael | | Potter | | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 8. | | Alfa-Ibrahim | | Yansane | | Co-Investigator | 125,000.00 | 0.60 | | | 6,250.00 | 2,266.00 | 8,516.00 |

**Total Funds Requested for all Senior Key Persons in the attached file** — **229,056.00**

**Additional Senior Key Persons:**   File Name: BudgetPeriod3_KeyPersons.pdf   **Total Senior/Key Person**   **518,172.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Operations Manager | 12.00 | 0.00 | 0.00 | 117,611.00 | 53,866.00 | 171,477.00 |
| 2 | Biostatistician | 20.40 | 0.00 | 0.00 | 203,102.00 | 93,021.00 | 296,123.00 |
| 2 | Clinical Research Associate | 20.00 | 0.00 | 0.00 | 177,878.00 | 81,468.00 | 259,346.00 |
| 1 | Admin Manager | 9.60 | 0.00 | 0.00 | 65,620.00 | 30,054.00 | 95,674.00 |
| 2 | Financial Analyst | 6.60 | 0.00 | 0.00 | 65,336.00 | 29,923.00 | 95,259.00 |
| 15 | Other | 98.40 | 0.00 | 0.00 | 752,889.00 | 344,822.00 | 1,097,711.00 |
| **23** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **2,015,590.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **2,533,762.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 3

**ORGANIZATIONAL DUNS\*:**    0948783370000

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2023    **End Date\*:** 08-31-2024    **Budget Period: 3**

| C. Equipment Description | |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | **Funds Requested ($)\*** |
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |
| **Additional Equipment:**    File Name: | |

| D. Travel | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 46,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **46,000.00** |

| E. Participant/Trainee Support Costs | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 3

**ORGANIZATIONAL DUNS\*:**   0948783370000

**Budget Type\*:**   ● Project   ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2023    **End Date\*:** 08-31-2024    **Budget Period: 3**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 52,817.00 |
| 2. Publication Costs | 5,000.00 |
| 3. Consultant Services | 16,600.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | 50,333.00 |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Site Monitoring (Rho, Inc) | 73,009.00 |
| 9 . Data Network Fee | 9,106.00 |
| 10 . ITFS-Premium | 18,918.00 |
| **Total Other Direct Costs** | **225,783.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **2,805,545.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Modified Total Direct Cost (MTDC) | 61.50 | 2,755,212.00 | 1,694,455.00 |
| | | **Total Indirect Costs** | **1,694,455.00** |

**Cognizant Federal Agency**          DHHS, Jeanette Lu, 415-437-7820
(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **4,500,000.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **4,500,000.00** |

| L. Budget Justification* | File Name: Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTION A CONTINUATION PAGE

| | |
|---|---|
| * ORGANIZATIONAL DUNS: | 0948783370000 |

* Budget Type:  ☒ Project    ☐ Subaward/Consortium

Enter name of Organization: The Regents of the University of California, San Francisco

*Start Date: 09/01/2023    *End Date: 08/31/2024    Budget Period 3

**A. Senior/Key Person**

**9.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Dean | | Schillinger | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

**10.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Christina | | Mangurian | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 2596.00 | 12561.00 |

**11.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Scarlett | | Gomez | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 191786.00 | 0.48 | | | 7671.00 | 2781.00 | 10452.00 |

**12.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| | Nicole | H | Mandel | | Other |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 168211.00 | 1.20 | | | 16821.00 | 7704.00 | 24525.00 |

**13.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Paula | | Braveman | MD, MPH | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 415.00 | 8387.00 |

Attached Key Persons                    Page 153

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

| 14. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Valy | | Fontil | MD, MAS | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| 15. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Joanne | E | Spetz | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

| 16. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | | Sepideh | | Banava | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 120000.00 | 2.40 | | | 24000.00 | 8700.00 | 32700.00 |

| 17. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Wagahta | | Semere | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 18. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Greg | | Rebchook | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 183791.00 | 2.40 | | | 36758.00 | 9575.00 | 46333.00 |

| 19. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | | Torsten | | Neilands | PhD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 20. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Mandana | | Khalili | | Co-Investigator |

Attached Key Persons                    Page 154

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 1.20 | | | 19930.00 | 5192.00 | 25122.00 |

| 21. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|---|---|
| | | Van | | M | Park | | | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| Subtotal Senior/Key Person | | | | | | 229056.00 |
|---|---|---|---|---|---|---|

Attached Key Persons                                    Page 155

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

Contact PD/PI: Charlebois, Edwin

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period  4

ORGANIZATIONAL DUNS*:  0948783370000

**Budget Type*:**     ● Project     ○ Subaward/Consortium

**Enter name of Organization:** The Regents of the University of California, San Francisco

**Start Date*:** 09-01-2024      **End Date*:** 08-31-2025      **Budget Period:** 4

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | Dr. | Edwin | | Charlebois | PhD | PD/PI | 199,300.00 | 4.80 | | | 79,720.00 | 20,767.00 | 100,487.00 |
| 2 . | Dr. | Stuart | A. | Gansky | | PD/PI | 199,300.00 | 3.60 | | | 59,790.00 | 15,575.00 | 75,365.00 |
| 3 . | Dr. | Kim | | Rhoads | | PD/PI | 199,300.00 | 2.40 | | | 39,860.00 | 10,384.00 | 50,244.00 |
| 4 . | Dr. | William | | Brown | PhD | Co-Investigator | 160,307.00 | 1.20 | | | 16,031.00 | 5,811.00 | 21,842.00 |
| 5 . | Dr. | Jing | | Cheng | PhD | Co-Investigator | 182,385.00 | 0.60 | | | 9,119.00 | 3,306.00 | 12,425.00 |
| 6 . | Dr. | Elaine | | Ku | MD | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 7 . | Dr. | Michael | | Potter | | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 8 . | | Alfa-Ibrahim | | Yansane | | Co-Investigator | 125,000.00 | 0.60 | | | 6,250.00 | 2,266.00 | 8,516.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**      **229,056.00**

**Additional Senior Key Persons:**          File Name: BudgetPeriod4_KeyPersons.pdf          **Total Senior/Key Person**      **518,033.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Operations Manager | 12.00 | 0.00 | 0.00 | 117,611.00 | 53,866.00 | 171,477.00 |
| 2 | Biostatistician | 20.40 | 0.00 | 0.00 | 203,102.00 | 93,021.00 | 296,123.00 |
| 2 | Clinical Research Associate | 21.60 | 0.00 | 0.00 | 191,340.00 | 87,633.00 | 278,973.00 |
| 1 | Admin Manager | 9.60 | 0.00 | 0.00 | 65,620.00 | 30,054.00 | 95,674.00 |
| 2 | Financial Analyst | 6.60 | 0.00 | 0.00 | 65,336.00 | 29,923.00 | 95,259.00 |
| 15 | Other | 96.00 | 0.00 | 0.00 | 727,078.00 | 333,001.00 | 1,060,079.00 |
| **23** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **1,997,585.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **2,515,618.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 4

**ORGANIZATIONAL DUNS\*:**   0948783370000

**Budget Type\*:**     ● Project    ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2024    **End Date\*:** 08-31-2025    **Budget Period: 4**

| C. Equipment Description | Funds Requested ($)\* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |
| **Additional Equipment:**     File Name: | |

| D. Travel | Funds Requested ($)\* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 46,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **46,000.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)\* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**      **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 4

**ORGANIZATIONAL DUNS\*:**  0948783370000

**Budget Type\*:**  ● Project  ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2024     **End Date\*:** 08-31-2025     **Budget Period: 4**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 70,885.00 |
| 2. Publication Costs | 5,000.00 |
| 3. Consultant Services | 16,600.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | 50,333.00 |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Site Monitoring (Rho, Inc) | 73,009.00 |
| 9 . Data Network Fee | 9,260.00 |
| 10 . ITFS-Premium | 18,840.00 |
| **Total Other Direct Costs** | **243,927.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **2,805,545.00** |

### H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 .  Modified Total Direct Cost (MTDC) | 61.50 | 2,755,212.00 | 1,694,455.00 |
| | | **Total Indirect Costs** | **1,694,455.00** |

**Cognizant Federal Agency**                    DHHS, Jeanette Lu, 415-437-7820

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **4,500,000.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **4,500,000.00** |

| L. Budget Justification* | File Name: Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Contact PD/PI: Cherlebois, Edwin

# RESEARCH & RELATED BUDGET - SECTION A CONTINUATION PAGE

| * ORGANIZATIONAL DUNS: | 0948783370000 |
|---|---|

| * Budget Type: | ☒ Project | ☐ Subaward/Consortium |
|---|---|---|

| Enter name of Organization: | The Regents of the University of California, San Francisco |
|---|---|

| *Start Date: 09/01/2024 | *End Date: 08/31/2025 | Budget Period 4 |
|---|---|---|

## A. Senior/Key Person

| 9. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Dean | | Schillinger | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

| 10. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Christina | | Mangurian | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 2596.00 | 12561.00 |

| 11. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Scarlett | | Gomez | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 191786.00 | 0.48 | | | 7671.00 | 2781.00 | 10452.00 |

| 12. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | | Nicole | H | Mandel | | Other |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 168211.00 | 1.20 | | | 16821.00 | 7704.00 | 24525.00 |

| 13. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|---|
| | Dr. | Paula | | Braveman | MD, MPH | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 415.00 | 8387.00 |

Attached Key Persons                    Page 159

Contact PD/PI: Charlebois, Edwin

| 14. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | Dr. | Valy | | | Fontil | | MD, MAS | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|-----------------------|------------------------|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| 15. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | Dr. | Joanne | | E | Spetz | | PhD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|-----------------------|------------------------|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

| 16. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | | Sepideh | | | Banava | | | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|-----------------------|------------------------|
| 120000.00 | 2.40 | | | 24000.00 | 8700.00 | 32700.00 |

| 17. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | Dr. | Wagahta | | | Semere | | MD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|-----------------------|------------------------|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 18. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | Dr. | Greg | | | Rebchook | | PhD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|-----------------------|------------------------|
| 183791.00 | 2.40 | | | 36758.00 | 9575.00 | 46333.00 |

| 19. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | | Torsten | | | Neilands | | PhD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|-----------------|-------------|--------------|-------------|------------------------|-----------------------|------------------------|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 20. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|-----|--------|--------------|---|-------------|-------------|---|--------|----------------|---|
| | Dr. | Mandana | | | Khalili | | | Co-Investigator | |

Attached Key Persons                     Page 160

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 1.20 | | | 19930.00 | 5192.00 | 25122.00 |

| 21. | Prefix | * First Name | | Middle Name | * Last Name | | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|---|---|
| | | Van | | M | Park | | | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| Subtotal Senior/Key Person | | | | | | 229056.00 |
|---|---|---|---|---|---|---|

Attached Key Persons

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period  5

ORGANIZATIONAL DUNS*:  0948783370000

**Budget Type*:**    ● Project     ○ Subaward/Consortium

**Enter name of Organization:** The Regents of the University of California, San Francisco

**Start Date*:** 09-01-2025      **End Date*:** 08-31-2026      **Budget Period:** 5

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | Dr. | Edwin | | Charlebois | PhD | PD/PI | 199,300.00 | 4.80 | | | 79,720.00 | 20,767.00 | 100,487.00 |
| 2 . | Dr. | Stuart | A. | Gansky | | PD/PI | 199,300.00 | 3.60 | | | 59,790.00 | 15,575.00 | 75,365.00 |
| 3 . | Dr. | Kim | | Rhoads | | PD/PI | 199,300.00 | 2.40 | | | 39,860.00 | 10,384.00 | 50,244.00 |
| 4 . | Dr. | William | | Brown | PhD | Co-Investigator | 160,307.00 | 1.20 | | | 16,031.00 | 5,811.00 | 21,842.00 |
| 5 . | Dr. | Jing | | Cheng | PhD | Co-Investigator | 184,412.00 | 0.60 | | | 9,221.00 | 3,343.00 | 12,564.00 |
| 6 . | Dr. | Elaine | | Ku | MD | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 7 . | Dr. | Michael | | Potter | | Co-Investigator | 199,300.00 | 0.48 | | | 7,972.00 | 2,077.00 | 10,049.00 |
| 8 . | | Alfa-Ibrahim | | Yansane | | Co-Investigator | 125,000.00 | 1.20 | | | 12,500.00 | 4,531.00 | 17,031.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**          **229,056.00**

**Additional Senior Key Persons:**          File Name: BudgetPeriod5_KeyPersons.pdf          **Total Senior/Key Person**          **526,687.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Operations Manager | 12.00 | 0.00 | 0.00 | 117,611.00 | 53,866.00 | 171,477.00 |
| 2 | Biostatistician | 20.40 | 0.00 | 0.00 | 203,102.00 | 93,021.00 | 296,123.00 |
| 2 | Clinical Research Associate | 21.60 | 0.00 | 0.00 | 191,340.00 | 87,633.00 | 278,973.00 |
| 1 | Admin Manager | 9.60 | 0.00 | 0.00 | 65,620.00 | 30,054.00 | 95,674.00 |
| 2 | Financial Analyst | 6.60 | 0.00 | 0.00 | 65,336.00 | 29,923.00 | 95,259.00 |
| 15 | Other | 96.00 | 0.00 | 0.00 | 727,078.00 | 333,001.00 | 1,060,079.00 |
| **23** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **1,997,585.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **2,524,272.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384          Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 5

**ORGANIZATIONAL DUNS\*:** 0948783370000

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2025    **End Date\*:** 08-31-2026    **Budget Period: 5**

---

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($)* |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |

**Additional Equipment:**    File Name:

---

**D. Travel**

| | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 46,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **46,000.00** |

---

**E. Participant/Trainee Support Costs**

| | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 5

**ORGANIZATIONAL DUNS\*:**   0948783370000

**Budget Type\*:**   ● Project   ○ Subaward/Consortium

**Organization:** The Regents of the University of California, San Francisco

**Start Date\*:** 09-01-2025     **End Date\*:** 08-31-2026     **Budget Period: 5**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 61,984.00 |
| 2. Publication Costs | 5,000.00 |
| 3. Consultant Services | 16,600.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | 50,333.00 |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Site Monitoring (Rho, Inc) | 73,009.00 |
| 9 . Data Network Fee | 9,449.00 |
| 10 . ITFS-Premium | 18,898.00 |
| **Total Other Direct Costs** | **235,273.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **2,805,545.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Modified Total Direct Cost (MTDC) | 61.50 | 2,755,212.00 | 1,694,455.00 |
| | | **Total Indirect Costs** | **1,694,455.00** |

**Cognizant Federal Agency**                DHHS, Jeanette Lu, 415-437-7820

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **4,500,000.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **4,500,000.00** |

| L. Budget Justification* | File Name: Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384                Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Contact PD/PI: Cherlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# RESEARCH & RELATED BUDGET - SECTION A CONTINUATION PAGE

| | |
|---|---|
| * ORGANIZATIONAL DUNS: | 0948783370000 |

* Budget Type:   ☒ Project   ☐ Subaward/Consortium

Enter name of Organization: The Regents of the University of California, San Francisco

*Start Date: 09/01/2025     *End Date: 08/31/2026     Budget Period 5

---

## A. Senior/Key Person

**9.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Dean | | Schillinger | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

**10.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Christina | | Mangurian | MD | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 2596.00 | 12561.00 |

**11.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Scarlett | | Gomez | | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 191786.00 | 0.48 | | | 7671.00 | 2781.00 | 10452.00 |

**12.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| | Nicole | H | Mandel | | Other |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 168211.00 | 1.20 | | | 16821.00 | 7704.00 | 24525.00 |

**13.**

| Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role |
|---|---|---|---|---|---|
| Dr. | Paula | | Braveman | MD, MPH | Co-Investigator |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 415.00 | 8387.00 |

Attached Key Persons                    Page 165

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

| 14. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | Dr. | Valy | | Fontil | MD, MAS | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| 15. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | Dr. | Joanne | E | Spetz | PhD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2077.00 | 10049.00 |

| 16. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | | Sepideh | | Banava | | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 120000.00 | 2.40 | | | 24000.00 | 8700.00 | 32700.00 |

| 17. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | Dr. | Wagahta | | Semere | MD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 18. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | Dr. | Greg | | Rebchook | PhD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 183791.00 | 2.40 | | | 36758.00 | 9575.00 | 46333.00 |

| 19. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | | Torsten | | Neilands | PhD | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.60 | | | 9965.00 | 3612.00 | 13577.00 |

| 20. | Prefix | * First Name | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|
| | Dr. | Mandana | | Khalili | | Co-Investigator | |

Attached Key Persons

Contact PD/PI: Charlebois, Edwin

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 1.20 | | | 19930.00 | 5192.00 | 25122.00 |

| 21. | Prefix | * First Name | | Middle Name | * Last Name | Suffix | * Project Role | |
|---|---|---|---|---|---|---|---|---|
| | | Van | | M | Park | | Co-Investigator | |

| Base Salary ($) | Cal. Months | Acad. Months | Sum. Months | * Requested Salary ($) | * Fringe Benefits ($) | * Funds Requested ($) |
|---|---|---|---|---|---|---|
| 199300.00 | 0.48 | | | 7972.00 | 2890.00 | 10862.00 |

| Subtotal Senior/Key Person | | | | | | 229056.00 |
|---|---|---|---|---|---|---|

Attached Key Persons                    Page 167

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## Budget Justification –
## UCSF

**Salaries:** Pursuant to University of California (UC) policy, salaries in the initial budget period are based on current published UC salary scales and include University mandated range adjustments and merit increases scheduled to occur before the proposed project start date.

**Fringe Benefits:** Effective October 15, 2019 in preparation for the introduction of UCPath (a new University- wide human resources and payroll system) the Composite Benefit Rates (CBRs) are being applied to proposal budgets. Benefits supported include retirement, payroll taxes and assessments, and health & welfare. CBRs are an average of all eligible benefits applicable to a benefits group. Employees are assigned to a benefits group based on job code and benefits eligibility. The composite benefit rate equals the total cost of benefits for the group divided by the total salaries for the group.

| Employee Groups | Rates for FY 2020-2021 | Rates for FY 2021-2022 until amended |
|---|---|---|
| Faculty Tenured Ladder Rank, In-residence and Clinical (includes Professional Physicians & Dentists) | 24.8% | 24.8% |
| Faculty Non-tenured Ladder Rank and Adjunct | 35.0% | 35.0% |
| Academic and Staff General | 45.8% | 45.8% |
| Management and Professional | 36.3% | 36.3% |
| Postdoctoral Fellow | 21.0% | 21.0% |
| Partial Benefit and Student | 5.2% | 5.2% |

Note: This campus implements a Faculty Family-Friendly policy to provide faculty a childbearing and childrearing leave benefit, which is assessed separately. **The assessment rate is 1.25% of requested salary for faculty in addition to the CBR.**

## ORGANIZATION AND MANAGEMENT UNIT:

**Edwin D. Charlebois, III, MPH, PhD – Multiple Principal Investigator (contact PI), Co-Director, and Organizational and Management Unit Director:** Dr. Charlebois is an Infectious Diseases Epidemiologist and a Professor of Medicine in the Department of Medicine at the University of California, San Francisco (UCSF), Director of the NIMH postdoctoral T32 Traineeship in AIDS Prevention Studies (TAPS) program, and Co- Director of the Methods/Biostatistics Core within the UCSF Center for AIDS Prevention Studies (CAPS). Dr.
Charlebois has over 17 years directing data collection and coordination operations as well as statistical support centers in the US and globally. He most recently directed data collection and coordination efforts of a NIH and PEPFAR funded 334,512 person cluster-randomized trial involving collection of clinical and research data across more than 100 sites spanning two east African countries as part of the SEARCH trial of community- wide HIV testing and ART regardless of CD4 cell count upon HIV diagnosis (a Test-and-Treat strategy) which resulted in a high-impact New England Journal of Medicine article with major policy impact on community HIV testing in sub-Saharan Africa. Dr. Charlebois has been principal investigator of two NIH funded data and statistical centers in Uganda providing capacity building for research data collection and statistical evaluation and clinical-trial support and has served as a data core lead, co-investigator, and senior statistician on numerous bio-medical and behavioral clinical trials. He has been the lead of multiple technical assistance, and grantee data coordination cores and lead evaluator for several HRSA Special Projects of National Significance and National Evaluation Centers, most recently for HRSA's – Systemic Linkages to HIV Care SPNS initiative in seven US states. Dr. Charlebois has significant experience in community HIV testing among disparities populations including persons experiencing homelessness and marginally-housed persons and recently participated in a San Francisco community COVID-19 testing project for unhoused

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

persons and underserved African American neighborhoods in San Francisco and Oakland (United in Health, United in Health Oakland). Dr. Charlebois has conducted intervention implementation analyses of multiple health care and behavioral interventions in the US and in Africa and serves as a reviewer for multiple NIH study sections including: Dissemination and Implementation Research in Health (DIRH), Population and Public Health Approaches to HIV/AIDS (PPAH), and Risk, Prevention, and Health Behavior (RPHB) study sections. Dr. Charlebois also has significant experience in education, training, and skills development of pre- and post-doctoral students, junior faculty, and currently is the Director of UCSF's postdoctoral T32 Traineeship in AIDS Prevention Studies which focuses on recruiting and training under-represented minority postdoctoral researchers.

As Multiple Principal Investigator (contact PI) and Co-Director of the Research Coordinating Center (RCC), Dr. Charlebois is responsible for achieving the scientific goals of the RCC in support of the RD-MCD initiative. His duties include leadership regarding the operational goals and scientific program of the Center; together with the Co-Directors Dr. Stuart Gansky and Dr. Kim Rhoads, he provides the scientific leadership necessary for the successful achievement of the Center's goals. Dr. Charlebois chairs the Leadership Team, Unit Director's Committee, and will participate with Drs. Gansky and Rhoads as the RCC's representatives on the RD-MCD Steering Committee. As Co-Director, he has final responsibility for the scientific, administrative, and operational aspects of the Center. He is responsible for the overall coordination of the Center, including the strategic planning process, and for assuring that the Center serves as a significant resource for the RD-MCD Research P50 Consortium. He will work closely with Unit directors to assist in the coordination, implementation, and integration of their activities within the Center. Dr. Charlebois will also serve as the Associate Director of the Research Skills Development Unit, providing organization assistance and directing research design, implementation science, grant writing, and epidemiology learning objectives. *Dr. Charlebois will contribute 4.8 calendar months of effort (40%) in Years 1-5 of the project.*

**Stuart Gansky, MS, DrPH – Multiple Principal Investigator (MPI), Co-Director, and Research Coordination and Data Management (RCDM) Unit Director**: Dr. Gansky is a Biostatistician, Professor, Lee Hysan Chair of Oral Epidemiology, and Associate Dean for Research in the School of Dentistry. He is Director of the UCSF Center to Address Disparities in Children's Oral Health (CAN-DO) and Director (PI) of the NIH- funded U01 Coordinating Center to Help Eliminate/Reduce Oral Health Inequalities in Children (CC-HEROIC) as part of the Oral Health Disparities in Children (OHDC) Consortium which supported 9 UH2 studies and supports 4 large UH3 community-engaged prevention trials. He has 20 years of experience directing cores / coordinating centers. Previously, he was Director of the Data Coordinating Center for the NIH-funded Early Childhood Caries Collaborative Centers (EC4) at UCSF, University of Colorado Denver, and Boston University. Dr. Gansky's work concentrates on oral health research, health disparities and health equity research, applied statistical analyses and related methodological issues. Dr. Gansky facilitated NIH-funded research consortia developing common data elements. He was PI on an individual R01-type project to study early childhood caries risk prediction methods using knowledge discovery and data mining (machine learning) techniques and PI on a grant which developed methods and software to estimate health disparities indices from complex surveys with appropriate confidence intervals. Previously, Dr. Gansky was Associate Director of the NIDCR- funded Comprehensive Oral Health Research Center of Discovery's Biostatistics and Research Design Core (1999-2005), Director (PI) of the CAN-DO Measurement & Evaluation Core (2001-2009), and Associate Director of the Methodology Core of the NIAMS-funded UCSF Multidisciplinary Clinical Research Center studying health and disparities in people with rheumatoid arthritis and systemic lupus erythematosus (2006- 2017). He has served on numerous NIH Data and Safety Monitoring Boards (DSMBs) as well as organized DSMBs for NIH research consortia. He was an Associate Director of the UCSF CTSI Mentor Development Program (now called Mentor Training Program) (2010-2018). He was previously Chair of the UCSF Committee on Research (2016-2018) and UCSF Representative to the UC Committee on Research Policy (2018-2020); he currently serves on the Executive Committee for the UCSF Resource Allocation Program.

As a MPI and Co-Director, Dr. Gansky is responsible for achieving the scientific goals of the RCC. His duties include leadership with regard to the scientific program of the RCC; together with the Co-Directors (Dr. Edwin Charlebois and Dr. Kim Rhoads), he provides the scientific leadership necessary for the

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

successful achievement of the RCC's long-term goals. Dr. Gansky will also direct the Research Coordination and Data Management (RCDM) Unit. As a Co-Director, he shares responsibility for the scientific, administrative, and operational aspects of the RCC. He is responsible for the overall coordination of the RCC, including the strategic planning process, and for assuring that the RCC serves as a significant national, and community resource. He works closely with other Unit directors to assist in the coordination, implementation, and integration of their activities within the Center. *Dr. Gansky will contribute 3.6 calendar months (30%) for Years 1-5.*

**Kim Rhoads, MD, MPH - Multiple Principal Investigator (MPI) & Co-Director:** Dr. Rhoads is an Associate Professor of Medicine in the Department of Epidemiology and Biostatistics at the UCSF School of Medicine, Director, Office of Community Engagement and Associate Director, Community Outreach and Engagement within the UCSF Helen Diller Family Comprehensive Cancer Center. Dr. Rhoads has nearly 30 years of experience disparities research and community engagement (Certificate in community organizing from the Center for Third World Organizing, Oakland, California; Secretary, Board of Directors for the Bay Area Black Women's Health Project, addressing health disparities for African American women; Certificate in community based participatory research from the California Breast Cancer Research Program). Dr. Rhoads research focuses on racial/ethnic disparities in cancer, investigating the role of healthcare systems, quality of care, geography, and environmental exposures in producing disparities in cancer screening, diagnosis, treatment, and outcomes.

As a MPI and Co-Director of the RCC, Dr. Rhoads is responsible for achieving the scientific goals of the Center. Her duties include leadership with regard to the scientific program of the Center; together with the Co- Directors (Drs. Edwin Charlebois and Stuart Gansky), she provides the scientific leadership and expertise in disparities research, community-engaged research, health systems, and disparities research necessary for the successful achievement of the Center's long-term goals.

As Director of the Community Engagement Unit, she will direct the activities of the Unit with the assistance of the Associate Director Dr. Rebchook and provide leadership to facilitate and monitor vibrant community-engaged research among NIMHD RD-MCD P50 Research Consortium members and community partners. She will work closely with Unit Leadership and Coordination Team and the other Unit Directors to assist in the coordination, implementation, and integration of the activities of the Research Coordinating Center. *Dr. Rhoads' effort on the center grant is 2.4 calendar months (20%) for Years 1-5.*

**Margaret (Peggy) Rasmussen, MPH – Program Manager –** Ms. Rasmussen has more than 15 years in clinical and community-based research grant experience at UCSF as data manager in the Sjögren's International Collaborative Clinical Alliance, as project manager in the Data Coordinating Center for the Early Childhood Caries Collaborating Centers, and as operations manager in the Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children. She will provide organizational assistance to the RCC leadership team managing the activities of the Science and Communication Coordinators, interfacing with the Unit managers, fiscal analysts and track and document RCC activities, goals, timelines, and reports other administrative tasks as assigned. *The Program Manager will contribute 12 calendar months of effort in Years 1-5 of the project.*

**Sepideh Banava, DDS, MSc, MBA, MPH, DABDPH – Science Coordinator** – Dr. Banava earned her MPH at University of San Francisco, completed her dental public health residency at UCSF, and has been a postdoctoral fellow with Dr. Gansky. She is an experienced and diligent clinical researcher, experienced in several scientific areas, with excellent organizational abilities and attention to detail. She is co-PI on a COVID-19 pilot trial with Dr. Gansky assessing antiseptic mouthwash as a potential way to reduce SARS-CoV-2 viral loads. She will coordinate communications and meetings between the RCC and the whole RD-MCD Research Consortium and between Consortium members in service of the Consortium's working groups. *The External Communications Coordinator will contribute 2.4 (20%) calendar months of effort in Years 1-5 of the project.*

**TBN – Communications Coordinator –** will coordinate communications and meetings within the RCC and its four Units and the RCC's Steering Committee, External Advisory Board, and Community Advisory Board. The coordinator will assist RCC operations through scheduling virtual meetings and conferences using various modes of audio and video teleconferencing including UCSF Zoom resources, telephone conferencing, and selected audio transcription services. *The Communications Coordinator will contribute 12 calendar months of effort in Years 1-5 of the project.*

**Pattananiti Wirattigowit – Financial Analyst**: Mr. Wirattigowit will serve as the grants management team leader for the RCC. Under the direction of the leadership team, he will coordinate the complicated center grant financial management and coordinate the subcontract with AIDS United and the invoicing and payments with the vendor Rho, Inc. This includes resolving RCC grant accounting and administrative problems and advising other Center grant staff of procedures and guidelines in the financial management and coordination of the Center grant. Mr. Wirattigowit is also responsible for overseeing the extensive establishment and monitoring of all Center consultants, vendor agreements, and subcontracts. This is a large, complex Center project that entails assembling and managing teams of investigators from four Units, a Steering Committee, an External Scientific Advisory Board, a Community Advisory Board, and a Data and Safety Monitoring Board (DSMB), and a variety of subcontracts and vendors. It also requires making extensive travel and meeting arrangements for conferences and seminars for many investigators. These administrative activities require coordination beyond the routine administration provided by the Department of Medicine. *Mr. Wirattigowit will devote 6 calendar months of effort to the Organization and Management Unit in Years 1-5.*

**Dorian Hollis, Organization and Management Unit Manager.** Under the direction of the Organization and Management Unit Director and Associate Directors, Ms. Hollis will coordinate the administrative assistant staff to oversee their duties to: (i) assist with project management (monitoring action items, deadlines and progress); (ii) help coordinate scheduling and setting up webconferencing for project-RCC meetings; (iii) draft and distribute meeting minutes and ensure that all periodic reports are received. She coordinates aspects of RCC fiscal management, such as procurement, billing, processing invoices and reimbursements. Serves as a liaison with UCSF information technology for supporting RCC personnel. *Ms. Hollis will devote 9.6 calendar months to the project in Years 1-5.*

**TBN Administrative Assistant #1**. Under the direction of the Organization and Management Unit Director, Project Manager, and the Administrative Coordinator will: (i) assist with project management (monitoring action items, deadlines and progress); (ii) help coordinate scheduling and setting up web-conferencing for project- DCCC meetings; (iii) draft and distribute meeting minutes and ensure that all periodic reports are received. *The incumbent will devote 12.0 calendar months to the study in Years 1-5.*

**TBN Administrative Assistant #2**. Under the direction of the Organization and Management Unit Director, Project Manager, and the Administrative Coordinator will: (i) assist with project management (monitoring action items, deadlines and progress); (ii) help coordinate scheduling and setting up webconferencing for project- DCCC meetings; (iii) draft and distribute meeting minutes and ensure that all periodic reports are received. *The incumbent will devote 12.0 calendar months to the study in Years 1-5.*

Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

**Center for HIV Information**

**Nicolé Mandel, BA – Consortium Website Project Director:** is the Program Director of the UCSF Center for HIV Information/TargetHIV and Web Manager, AIDS Education and Training Centers National Coordinating Resource Center. Her professional focus has been HIV/AIDS education and information dissemination in the era of emerging communication technology. She has managed HIV/AIDS-related training and technical assistance websites since 1997, including the Ryan White Program's AIDS Education and Training Centers National Coordinating Resource Center (since 2002). As the TargetHIV project director, she supports a broad range of HRSA technical assistance providers in developing, managing, and evaluating online resources and tools. An ongoing focus of her work has been qualitative and quantitative evaluation of informational and educational websites.

For the RCC Ms. Mandel will lead the Center's website technical development projects to produce on-line resources for both the MDC P50 Disparities Research Consortium and the community-facing information portal. Ms. Mandel will be responsible for overseeing implementation of the project's scope of work and management of staff and contractors. She will be the primary point of contact with Center leadership and strategic partners. She will supervise the production manager, project coordinator. _Ms. Mandel will contribute 2.4 calendar months of effort in Year 1 and 1.2 calendar months of effort in Years 2-5 of the project._

**Mary Salome, MA. Production Manager:** Ms. Salome will manage the technical team (staff and contractors) in maintaining the website, including developing new functionality, monitoring for problems, and implementing security updates. She will be responsible for ensuring that the technical plan is executed in a timely and effective manner and _she will contribute 3.6 calendar months for Year 1 of the project and 1.2 months for Years 2-5._

**Mark McCormick, Project Coordinator:** Mr. McCormick will manage routine updates for the website. He will monitor and remediate quality issues (broken links, misspellings), manage the YouTube channel and other social media accounts. He will work with the Project Director to create and manage the publication schedule. _He will contribute 6 calendar months in Years 1-5._

**Jason Boyce, User Interface/User Experience Developer:** The design lead will be responsible for front-end development, including design, multimedia, and data visualization. They will ensure that the site design meets professional standards, including federal accessibility requirements. _He will contribute 4.8 calendar months in Years 1 and 2.4 calendar months in Years 2-5._

**Francisco (Frank) Fernandez. Financial Analyst (Research Administrator IV).** Mr. Fernandez has extensive experience in post-award research grants administration in the Center for AIDS Research. He will serve as the grants management lead for CHI. This includes human resources and payroll changes, generating and scrutinizing budget status reports, submitting queries, resolving issues, and monitoring effort. He will assist Mr. Wirattigowit with other Center financial management activities. These administrative activities require significant coordination beyond the routine administration provided by CHI. _Mr. Fernandez will devote 0.6 calendar months of effort in Years 1-5._

**TBN, Multimedia & Accessibility Producer:** The Accessibility Producer will be responsible development of multimedia projects and 508 Accessibility compliance. They will ensure that the site design meets professional standards, including federal accessibility requirements. _They will contribute 6 calendar months in Years 1-5._

**EFFORT AND TIMELINES**
Personnel effort levels are based on quarterly activities in support of RCC Unit goals and workload as indicated in the Unit specific timelines below.

(See following anticipated timelines)

Contact PD/PI: Cherlebois, Edwin

## RESEARCH COORDINATING CENTER ACTIVITIES TIMELINE

| RD-MDC RCC Timeline | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | | Year 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Organization & Management Unit | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **RCC CONDUCT AND MILESTONES** | | | | | | | | | | | | | | | | | | | | |
| *Leadership and Project Management* | | | | | | | | | | | | | | | | | | | | |
| RCC Leadership and Coordination Team Meeting (MWF 1st 6 months, then 2 x per week) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Unit Directors Committee Meeting (weekly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Unit Meetings (weekly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| All RCC Meeting (monthly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Community Advisory Board Meeting (monthly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| **Preparation and submission of administrative documents for U24** | ▓ | | | | | | | | | | | | | | | | | | | |
| *Establish a RCC Steering Committee* | ▓ | | | | | | | | | | | | | | | | | | | |
| - RCC Leadership drafts a Steering Committee Plan with NIH input and approval (mon. 1) | ▓ | | | | | | | | | | | | | | | | | | | |
| - Inaugural Steering Committee Meeting (mon. 2) | ▓ | | | | | | | | | | | | | | | | | | | |
| - Regular Steering Committee Meeting (monthly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - Annual In-person Steering Committee Meeting | | ▓ | | | | ▓ | | | | ▓ | | | | ▓ | | | | ▓ | | |
| *DSMB Membership and Charter Development Meeting* | | ▓ | | | | | | | | | | | | | | | | | | |
| - DSMB Bi-Annual Meeting | | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | |
| *External Advisory Board Meeting* | ▓ | | | | | | | | | | | | | | | | | | | |
| *Establish the RD-MCD Research Consortium* | ▓ | | | | | | | | | | | | | | | | | | | |
| - Inaugural Consortium Meeting | ▓ | | | | | | | | | | | | | | | | | | | |
| - Regular Consortium Meeting (monthly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - Develop the Comprehensive Collaboration Plan | ▓ | | | | | | | | | | | | | | | | | | | |
| - Annual Science Meeting | | ▓ | | | | ▓ | | | | ▓ | | | | ▓ | | | | ▓ | | |
| *Develop Comprehensive Collaboration Plan* | ▓ | | | | | | | | | | | | | | | | | | | |
| - Implement and Monitor the Collaboration Plan | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| *Rapid Assessment of Project Needs* | ▓ | | | | | | | | | | | | | | | | | | | |
| - Linkage to TA Teams | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| **RD-MCD Information Portal** | ▓ | | | | | | | | | | | | | | | | | | | |
| - Internal Secured Portal Development | ▓ | | | | | | | | | | | | | | | | | | | |
| - Internal Portal Updates (monthly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - External Open Community Facing Portal Development | ▓ | | | | | | | | | | | | | | | | | | | |
| - External Open Community Facing Portal Updates (q Mon.) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| *Monitoring Dashboards - development* | ▓ | | | | | | | | | | | | | | | | | | | |
| - Monitoring Dashboard Updates (monthly) | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| *Protocol Reviews and Feedback* | | | | | | | | | | | | | | | | | | | | |
| - RD-MCD Center Projects | ▓ | ▓ | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - MCD Center Pilots | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Research Consortium Program Evaluation** (logic model revision) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| - Data Collection | | | | | | | | | | | | | | | | | | | | | | | | | | |
| - Evaluation | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Provide TA on data sharing, IRB and other human subject issues, including cross-consortium human subjects' consent and assent procedures** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Provide TA methodological and statistical consultation on cross consortium research design and analytics** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Prepare and distribute reports to the consortia members, NIH, and regulatory agencies**, (progress and data summaries, participant demographics, enrollment and study data, interim findings, and scientific outputs such as publications and presentations) | | | | | | | | | | | | | | | | | | | | | | | | | | |

**RESEARCH COORDINATION AND DATA MANAGEMENT (RCDM) UNIT:**

**William Brown, MD, MPH, PhD, Co-Investigator, Biomedical Informaticist.** Dr. Brown is an Assistant Professor in the Department of Medicine. He is Founding Director of the Clinical and Observational Data Excellence (CODE) Lab and Director of Diversity Equity and Inclusion at the Bakar Computational Health Science Institute. Dr. Brown's expertise is in both biomedical informatics and HIV clinical and behavioral research. He implements innovative biomedical informatics methods, creates research tools, and follows the principals of community-based participatory research. His research aims to address health disparities among underserved communities (e.g., African American, LGBT, youth) and to create a Learning Health System that is responsive to vulnerable populations, particularly those at risk for acquiring HIV/AIDS. His informatics research includes knowledge engineering, health informatics, comparative-effectiveness research, semantic harmonization, integrating and analyzing survey, geographic, and electronic health record (EHR) data, as well as developing infographics and data visualizations for patient-centered health information tools. His main research activities focus on semantic harmonization, concept/knowledge representation, characterization of semantic heterogeneity, identification of common data elements, the development of an HIV-associated Entities in Research Ontology (HERO), and integration of diverse datasets. As an HIV researcher, he specializes in systems design, implementation science, community-based participatory research, mHealth, and the use of New Media. He specifically works with African-American and Latino populations, MSM, and ethnic and/or sexual minority youth to develop New Media-based technology - particularly mHealth and social media - for HIV prevention, education, intervention, health promotion, treatment adherence, health management and public health practice.
For the RCC RD-MCD RCDM Unit, Dr. Brown will serve as a vital resource for the RCC RCDM Unit on biomedical informatics and data integration, including common data elements, semantic harmonization, and natural language processing; he will also bring his knowledge of appropriately using technologies with under- represented minority populations; he will participate in relevant Collaborative Working Groups and he will help lead the RCDM Unit data integration team. *Dr.Brown will devote 1.2 calendar months of effort in Years 1-5.*

**Jing Cheng, MD, MS, PhD, Biostatistician, Co-Investigator.** Dr. Cheng is Professor in the UCSF Division of Oral Epidemiology & Dental Public Health. Dr. Cheng is the Chair of the Section on Statistics in Epidemiology of the American Statistical Association. She has more than 15 years of experience as a collaborating biostatistician and a methodologist. She has played a key role for 5 years in the UCSF Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children as a biostatistician and as the unblinded biostatistician reporting to the NIH appointed Data and Safety Monitoring Board.
In the RCC RD-MCD CDIS Unit, she will apply her expertise in clinical trials methodology, data quality control, and causal modeling as a resource for study design and analysis. She will provide advice and guidance to RD- MCD projects. She will participate in Consortium meetings and provide leadership with study design issues, randomization schedule development, and analysis plans, particularly as they relate to causal modeling including mediation analysis, instrumental variables, propensity score matching and disentangling mechanisms of action. She will help assess data collection needs and analysis plans of RD-MCD consortium projects. She will serve as a consultant on causal factor data collection plans and quantitative data analysis plans and assist in writing and editing collaborating work group reports disseminating results. She will assist with developing and reviewing DSMB reports and other trial monitoring reports. *Dr. Cheng will devote 0.6 calendar months of effort in Years 1-5.*

**Alfa-Ibrahim Yansane, PhD, Biostatistician, Co-Investigator.** Dr. Yansane is a biostatistician whose collaborations focus on statistical modeling for clinical information with electronic health record data, examining health delivery systems, patient safety, and health disparities. He also has experience with comparative effectiveness research.

For the RCC, he will contribute as a biostatistician to support the study design and data analysis plans of DR- MCD Consortium member projects, particularly his experience with electronic health record data. *Dr. Yansane will devote 0.6 calendar months of effort in Years 1-5.*

Docusign Envelope ID: BF62AE9B-AD4E-849A-8049-1869D5C5014D

**Niloufar Ameli, MS, Senior Statistician and Programmer.** Ms. Ameli has over 20 years of experience and has worked with UCSF CAN DO for almost 2 years with the NIH-funded Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children Consortium.

In the RCC, she will work on data processing, data management, and data integration, developing and study monitoring reports, creating code books, analytic data sets, and data analysis plans. She will help develop programs for ongoing monitoring reports, including Data and Safety Monitoring Board (DSMB) reports. *Ms. Ameli will devote 9.0 calendar months to the study in Years 1-2 and 9.6 calendar months in Years 3-5.*

**Nancy (Fan) Cheng, MS, MS Senior *Statistician and Programmer*.** Ms. Cheng has dual master's degrees in computer science and biostatistics. She has 18 years of experience – 16 of which at UCSF CAN DO with the Measurement & Evaluation Core, NIH Data Coordinating Center for the Early Childhood Caries Collaborating Centers and NIH-funded Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children Consortium.

For the RCC, Ms. Cheng will work on data processing, data management, and data integration,data quality control, power re-calculations, analytic plans, and project analysis plans. She will develop and maintain code for repeated tasks throughout the RCC to increase efficiency. She will perform advanced statistical modeling, and she will help develop programs for DSMB reports. She will help prepare and review DSMB reports.
*Ms. Cheng will devote 9.0 calendar months to the project in Years 1-2 and 10.8 calendar months in Years 3-5.*

**Sarit Helman, MPH, Clinical Research Specialist and Training Manager.** Ms. Helman has been a Clinical Research Specialist and CRMS Training Manager at UCSF for the NIH-funded Data Coordinating Center for the community-based Early Childhood Caries Collaborating Centers and the NIH-funded Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children Consortium for 11 years.

For the RCC RD-MCD she will configure and troubleshoot electronic data capture and clinical research management systems for the common data elements to share with the NIMHD P50 RD-MCD Centers and facilitate integrating common data elements. She will work on custom report writing with emphasis on quality assurance checks. She will help prepare DSMB reports. She will communicate with project staff to ensure timely quality assurance and quality control and will coordinate with the Rho site monitoring team particularly for remote Interim Monitoring Visits. She will maintain training manuals for study staff and provide trainings via webinars. *Ms. Helman will devote 12 calendar months to the project in Years 1-5.*

**Huilin (Scarlett) Jin. Financial Analyst (Research Administrator IV).** Ms. Jin has extensive experience in post-award research grants administration in the UCSF Department of Radiology and now in the UCSF School of Dentistry.  She will serve as the grants management lead for the RCDM Unit. This includes human resources and payroll changes, generating and scrutinizing budget status reports, submitting queries, resolving issues, and monitoring effort. She will assist with invoices from Rho, Inc. She will assist Mr. Wirattigowit with other Center financial management activities. These administrative activities require significant coordination beyond the routine administration provided by the School of Dentistry. *Ms. Jin will devote 0.6 calendar months of effort to the RCDM Unit in Years 1-5.*

**Kathy Lanier, MPH, Project Manager.** Ms. Lanier has over 12 years of experience as a Project Manager for complex multisite health and scientific studies at the US Centers for Disease Control, Noblis, and UCSF, including at CTSI and in the Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children.

Ms. Lanier will assist the RCDM Unit Director to coordinate project staff activities, provide team management and project management, and supervise daily activities of the research project; work with

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

investigators and project staff in refinement of design, implementation and oversight of research and evaluation activities. She will use SmartSheet for dashboards, program management including GANTT charts, and email reminder systems for RD MCD consortium expirations (e.g. IRB renewals, members' human subjects training, clinician licenses, UCSF Affiliate documentation renewal). She will support implementation of work plans; adapt RCC standard operating procedures (SOPs); review clinical protocols; draft, review and edit project reports, and supervise staff in the report review process. *Ms. Lanier will devote 9.6 calendar months to the project in Year 1 and 12.0 calendar months in Years 2-5.*

**Helen Lindau, MPH, Project Manager.** After earning her MPH from Louisiana State University, Ms. Lindau has been working for 3 years as a project manager for a community-based large prevention trial with predominantly Latina mothers and their preschool children, using SMS text messaging to communicate with participants and Bluetooth devices to collect outcome data. She has experience working regularly with the trial's community advisory board and addressing issues from the community.

For the RCC RD-MCD's RCDM Unit, Ms. Lindau will coordinate project staff activities, provide team management and project management, and supervise daily activities of the research project; work with investigators and project staff in refinement of design, implementation and oversight of research and evaluation activities. She will participate in relevant collaborating work groups. She will support implementation of work plans; adapt RCC standard operating procedures (SOPs); review clinical protocols; draft, review and edit project reports, and supervise staff in the report review process. *Ms. Lindau will devote 12.0 calendar months to the project in Years 1-5.*

**William Santo, Programmer/Analyst III.** Mr. Santo has worked at the UCSF Center to Address Disparities in Children's Oral Health (known as CAN DO) for 18 years: first, with its Measurement and Evaluation Core and then as a member of the NIH Data Coordinating Center for the Early Childhood Caries Collaborating Centers and NIH-funded Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children Consortium. Mr. Santo will assess project data capture and reporting needs and devise secure, efficient solutions. He will perform web and software development, data integration, data management, reporting, and data analytics using R, Python, shell scripts, cron scripts, and other tools for periodic reports, and data quality validation checks. He will work collaboratively to develop on-demand custom reports to meet the ongoing needs of research project staff. He will develop and maintain project data and databases with unified common data elements. He will coordinate secure automated data transfers to and from various external data sources. If needed he can provide technical consultation with NIMHD P50 MCD Centers such as configuring Twilio for integrating SMS text message reminders and link distribution of surveys into clinical research management systems.

In the RCC RD-MCD RCDM Unit he will perform software programming and analysis activities under the direction of the RCDM Unit Director; analyze project data collection, curation, and storage needs; develop and maintain data tables and databases with unified common data elements, data entry screens, and data quality validation checks; provide enhancements, design query systems and develop custom data management and project management reports; coordinate secure automated data transfers and perform general Unit activities. *Mr. Santo will devote 12.0 calendar months to the project in Years 1-5.*

**Danielle Stephens, Clinical Research Specialist and Regulatory Affairs Coordinator**, Ms. Stephens is experienced in configuring electronic data capture and clinical research management systems (REDCap, Qualtrics, OnCore) as well as developing custom reports particularly reports focusing on quality assurance and quality control. She will communicate with the project staff at the P50s to ensure timely quality assurance and quality control. She will help produce reports for the DSMB meetings. Ms. Stephens will coordinate regulatory documents from IRBs and other monitoring bodies for the studies and communicate with the Rho site monitoring team; she will assist with Coordinating Center IRB modifications, submissions and renewals and will maintain IRB documentation. *Ms. Stephens will devote 3.0 calendar months to the project in Year 1, 9.6 calendar months in Year 2, 8.0 calendar months in Year 3, and 9.6 calendar months in Years 4-5.*

## EFFORT AND TIMELINES

Personnel effort levels are based on quarterly activities in support of RCC Unit goals and workload as indicated in the Unit specific timelines below.

(See following anticipated timelines)

## RESEARCH COORDINATION & DATA MANAGEMENT UNIT

| RCC RD-MCD Timeline | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | | Year 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Research Coordination & Data Management Unit** | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **RCC CONDUCT AND MILESTONES** | | | | | | | | | | | | | | | | | | | | |
| **Coordinate Secure Data Transfer, Management, Harmonization, Usage, and Access** | | | | | | | | | | | | | | | | | | | | |
| - Obtain UCSF Affiliate status for all consortium personnel for user IDs, passwords for systems | ▓ | | | | | | | | | | | | | | | | | | | |
| - Obtain UCSF Affiliate status for new consortium personnel | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - Renew UCSF Affiliate status for all consortium personnel | | | | | ▓ | | | | ▓ | | | | ▓ | | | | ▓ | | | |
| - Develop the Comprehensive Collaboration Plan | ▓ | | | | | | | | | | | | | | | | | | | |
| - Implement and Monitor the Collaboration Plan | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - Select data transfer protocols based on funded RD-MCD research consortium center projects | ▓ | | | | | | | | | | | | | | | | | | | |
| - Refine the protocols | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| *Assessment of Project Data Needs* | | | | | | | | | | | | | | | | | | | | |
| - Link with TA Teams & Working Groups | ▓ | | | | | | | | | | | | | | | | | | | |
| - Summarize study designs and their electronic data capture & clinical trials management systems | ▓ | ▓ | | | | | | | | | | | | | | | | | | |
| - Assess varied external data stream needs | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | | ▓ | |
| **Establish Secure, User-Friendly Data Warehouse** | | | | | | | | | | | | | | | | | | | | |
| - Adapt secure, user-friendly data warehouse for consortium | ▓ | | | | | | | | | | | | | | | | | | | |
| - Monitor, maintain, and refine the data warehouse | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - Develop optional protocol for P50 Centers to link data with other data resources such as *All of Us* | | ▓ | | | | | | | | | | | | | | | | | | |
| - Refine linkage protocol | | | | | | | | | | | | | | | | | | | | |
| **Build RCC CDE Data Model (CDM)** | | | | | | | | | | | | | | | | | | | | |
| - Adapt BCHSI OMOP CDM for RC-MCD projects | ▓ | ▓ | ▓ | ▓ | | | | | | | | | | | | | | | | |
| - Maintain and refine adapted OMOP CDM | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| **Develop Harmonized Hub-and-Spoke Data Management Model** | | | | | | | | | | | | | | | | | | | | |
| - Implement the CDE Data Management Plan | ▓ | | | | | | | | | | | | | | | | | | | |
| - Maintain the CDE Data Management Plan | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| *RD-MCD Information Portal* | | | | | | | | | | | | | | | | | | | | |
| - Post materials to Internal Secure Portal | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| - Post materials to External Open Community Facing Portal | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C501AD

**Assist Selecting & Accessing Essential Data Sets**
- Lead essential external data set Working Group
- Facilitate accessing essential external data sets

**Integrate Varied External Data Streams**
- Integrate essential external data sets

**Lead Common Data Element (CDE) Development**
- Core CDE Working Group
- Optional CDE Working Groups

**Expand BCHSI OMOP CDM for RD-MCD CDEs**
- Adapt BCHSI OMOP CDM for RD-MCD CDEs
- Maintain and refine adapted OMOP CDM

**TA on Federal Data Standards (eg FHIR, USCDI)**
- Provide Federal data standards webinar
- Provide consulting Federal data standards to consortium

**Support DSMB Meetings**
- Perform quality assurance on DSMB Reports
- DSMB Bi-Annual Meeting

**Conduct Quality Assurance Checks**
- Implement the CDE Data Management Plan, including QA/QC checks

**TA Harmonizing SDOH & Other CDE Instruments**
- Technical Assistance on Harmonizing Social Determinants of Health and other Common Data Element Instruments (eg PhenX, *All of Us*)

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## RESEARCH SKILLS DEVELOPMENT UNIT:

**Mandana Khalili, MD, MAS – Skills Development Unit Director, Co-Investigator:** is Professor of Medicine in the UCSF School of Medicine, Chief of Clinical Hepatology at Zuckerberg San Francisco General Hospital, Co-Director of the UCSF Mentor Training Program (MTP), and Assistant Director of the Comprehensive Mentoring Program withing the UCSF Clinical and Translational Science Institute (CTSI). Dr. Khalili's research focuses on the epidemiology and pathogenesis of liver disease and metabolic manifestations as well as health disparity in liver disease. Dr. Khalili's training includes formal education in mentorship skills through both a Master's Degree in Clinical Research and certification from UCSF Translational Science Institute (CTSI)- Faculty MTP and the NIH-sponsored National Research Mentoring Network (NRMN). She is also the contact PI for the NIH-funded Hepatitis B Research Network (HBRN) involving a longitudinal study of over 2,000 patients in U.S. and Canada and clinical trials in patients with hepatitis B. Dr. Khalili has co-led the development and implementation of a comprehensive mentor training curriculum and lead formal training of faculty including those engaged in T32 and K award programs to become effective research mentors to better meet the needs of the young investigator trainees and junior faculty. Though a pilot award as a co-principal investigator from NRMN, she co-led the first conference on "Mentoring Across Differences" at UCSF, bringing together leaders and mentors locally and outside our institution to enhance research mentoring of young investigators from underrepresented groups. Dr. Khalili's multidisciplinary research expertise and leadership roles in mentoring including those from underrepresented groups along with an extensive collaborative network of multidisciplinary leaders in liver disease and alcohol research will greatly add to the skills development and mentoring goals RD-MCD Consortium.

Dr. Khalili will provide expertise in chronic liver disease, health disparities, and research methods. As Director of the Skills Development Unit, she will direct the activities of the Development Unit with the assistance of the Associate Director Dr. Charlebois and provide leadership and expertise in skills development, mentor development, training young investigators from underrepresented minorities. She will work closely with Unit Leadership and Coordination Team and the other Unite Directors to assist in the coordination, implementation, and integration of the activities of the Research Coordinating Center. *Dr. Khalili's effort on the project is 1.2 calendar months (10%) for Years 1-5.*

**Rochelle Blanco, (Unit Manager)** is an Academic Program Management Officer in the UCSF Division of Prevention Sciences.  Ms. Blanco has accumulated extensive experience running a postdoctoral research training program and managing a federally funded training grant, while also coordinating activities of the Development and Implementation Science Cores of the Center for AIDS Prevention Studies.  Since 1994, she has served as Program Coordinator for the UCSF Traineeships in AIDS Prevention Studies (TAPS), a three-year postdoctoral fellowship program which has proven highly successful in recruiting talented MD and PhD scholars nationwide and training them for research careers in the prevention sciences.  For the Skills Development Unit, she will manage the Unit's operations under the supervision of the Director and Associate Director coordinating and tracking objectives, progress, communications, and reporting.  *Ms. Blanco effort on the project is 3.0 calendar months (25%) for Years 1-5.*

**Jamie Dumoit Smith, Program Assistant (Administrative Officer IV)**
Ms. Dumoit Smith is experienced in program planning and training curricula development. She will assist Dr Khalili with the Research Skills Development Unit, developing and tailoring the training materials and in needs assessment with respect to mentor/mentee training program materials. *Ms. Dumoit Smith's effort on the project is 1.2 calendar months for Years 1-5.*

### *Technical Assistance (TA) – Team:*

**Paula Braveman, MD, MPH - Co-Investigator, TA (Social Determinants of Health, Disparities Research):** is Professor of Family and Community Medicine and Director of the Center on Social Disparities in Health at the University of California, San Francisco (UCSF). For more than 25 years, Dr. Braveman has studied and published extensively on health equity and the social determinants of health, and has worked to

Contact PD/PI: Chorlobein, Edwin
Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

bring attention to these issues in the US and internationally. Her research has focused on measuring, documenting, understanding, and addressing socioeconomic and racial/ethnic disparities, particularly in maternal and infant health. She directs the UCSF Center on Health Equity (formerly known as the Center on Social Disparities in Health). During the 1990s she collaborated with World Health Organization staff in Geneva to develop a global initiative on equity in health and health care. She has been the Research Director for a national commission on the social determinants of health in the US supported by the Robert Wood Johnson Foundation. Throughout her career, she has collaborated with local, state, federal, and international health agencies to see rigorous research translated into practice with the goal of achieving greater equity in health. She was elected to the Institute of Medicine of the US National Academy of Sciences in 2002 and has served on the Advisory Council of the National Institute for Minority Health and Health Disparities of NIH. Dr. Braveman was one of nine panelists on the PhenX Social Determinants of Health (SDOH) Working Group that developed the SDOH PhenX toolkit.

Dr. Braveman will provide technical assistance on SDOH and disparities research to RD-MCD funded projects as required, participate in relevant Research Consortium working groups, and provide expertise specific webinars. *Dr. Braveman will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Valy Fontil, MD, MAS - Co-Investigator, TA (Hypertension, Heart Disease & Stroke, Implementation Science, Disparities Research):** is an Assistant Professor of Medicine, a general internist physician, health services researcher, and implementation scientist focused on studying healthcare interventions to reduce cardiovascular risk in high-risk populations vulnerable to health disparities. He is an expert in using multiple research methodologies to study proactive clinical approaches for disease prevention and cardiovascular risk reduction, with a special emphasis on hypertension. He holds a Certificate in Health Disparities Research from NIMHD and was a Minorities Access to Research Careers (MARC) Scholar. Dr. Fontil has published high- impact papers on designing health systems interventions for hypertension and other chronic disease management in safety-net healthcare settings. For the RCC and the Skills Development Unit Dr. Fontil will provide expertise and technical assistance with health disparities and health equity in hypertension and stroke research, digital health, and implementation science. *Dr. Fontil will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Scarlett Lin Gomez, PhD, MPH - Co-Investigator, TA (Cancer, SDOH, Disparities Research, Rural Populations, Asian Americans, Native Hawaiians and other Pacific Islanders):** is a Professor in the UCSF Department of Epidemiology and Biostatistics and Director of the Greater Bay Area Cancer Registry, a participant in the NCI SEER (Surveillance, Epidemiology, End Results) program. For the RCC and the Skills Development Unit Dr. Gomez will contribute expertise in population health, cancer epidemiology (including using cancer registry and other kinds of disease and risk factor surveillance data), neighborhood and contextual environmental research, social determinants of health and health disparities and inequities, and application of integrative data approaches. *Dr. Gomez will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Elaine Ku, MD, MAS – Co-Investigator, TA (Chronic Kidney Disease, Hypertension, Disparities Research, Socioeconomically Disadvantaged Populations):** is an Associate Professor of Medicine and Director, Nephrology Transition Clinic at UCSF. Dr. Ku's research focuses on racial and ethnic disparities in access to kidney transplantation and survival the role of race/ethnicity, hypertension, and body size as risk factors for the progression of chronic kidney disease (CKD) to end-stage kidney disease. Dr. Ku also investigates how system- and provider-level factors interact with patient-level characteristics and give rise to racial equities in access to care in patients with advanced kidney dysfunction. For the RCC and the Skills Development Unit Dr. Ku will contribute expertise in chronic kidney disease, hypertension, disparities research, and socioeconomically disadvantaged populations, and serve as a liaison to the United States Renal Data System Coordinating Center, which is the national end-stage kidney disease registry that is based at Hennepin Healthcare. *Dr. Ku will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Christina Mangurian, MD, MAS – Co-Investigator, TA (Mental Health, Disparities Research, Health Systems, Mentoring of Minority Scholars):** is a Professor of Psychiatry and Vice Chair for Diversity & Health Equity in UCSF's Department of Psychiatry & Behavioral Sciences, and Core Faculty of the UCSF Center for Vulnerable Populations. Dr. Mangurian studies a broad diversity of mental health equity research, spanning NIH (NIMH, NIMH-HIV, NIDDK). Dr. Mangurian directs the UCSF Genentech Mid-Career Development Program, and is the PI of the UCSF Doris Duke Clinical Foundation Fund to Retain Clinical Scientists—both of which focus on historically excluded faculty. Dr. Mangurian is a mentor on the national NIH-funded Career Development Institute for Psychiatry, the American Psychiatric Association's National Minority Mentoring work, as well as two UCSF Department of Psychiatry NIH-funded T32 programs. For the RCC and the Skills Development Unit Dr. Mangurian will contribute expertise in mental health, disparities in among people with severe mental illness, health systems, and mentoring of minority scholars, especially Latinos. *Dr. Mangurian will contribute 0.60 calendar months of effort (5%) in years 1-5 of the project.*

**Torsten B. Neilands, PhD, MA – Co-Investigator, TA (Minority Educational & Skills Development, Biostatistics, Disparities Research, Aging):** is a Professor of Medicine in the UCSF School of Medicine, Director of the Methods Core of the UCSF Center for AIDS Prevention Studies, Director of the NIMH Training for Scientists Conducting Research to Reduce HIV/AIDS Health Disparities program at UCSF, and past Director of the NICHD Minority Populations Prevention Researcher Training programs at UCSF. Dr. Neilands is the incoming lead of the Analysis Core of the Center for Aging in Diverse Communities at UCSF. Dr.
Neilands has served as a data analyst, co-investigator, contributing investigator, or statistical and quantitative methods consultant on over 80 federally- and non-federally-funded prevention research projects at UCSF Center for AIDS Prevention Studies (CAPS) and the UCSF Center for Tobacco Control Research and Education (CTCRE). Dr. Neilands has been the PI of CAPS Visiting Professor (VP) program for two of three NIH R25 awards that fund the VP program which brings talented early-stage faculty, most of whom are from underrepresented minority groups, to UCSF for an intensive summer of grant writing, research capacity building, and peer reviews. For the RCC and the Skills Development Unit Dr. Neilands will contribute expertise in minority educational & skills development, biostatistics, disparities research, and aging. *Dr. Neilands will contribute 0.6 calendar months of effort (5%) in years 1-5 of the project.*

**Van Ta Park, PhD, MPH – Co-Investigator, TA (Alzheimer's & Other Dementias, Asian Americans, Native Hawaiians and other Pacific Islanders, Disparities Research):** is an Associate Professor at UCSF in the School of Nursing, Department of Community Health Systems and PI of the Collaborative Approach for Research and Education (CARE) program at UCSF whose goal is to address the gap and reduce disparities in Alzheimer's Disease and Related Dementias, aging, and caregiver-related research participation among Asian Americans and Pacific Islanders (AAPI) adults, and a MPI of the Asian Cohort on Alzheimer's Disease (ACAD) study. Dr. Park's research focuses on Alzheimer's Disease and Related Dementias (ADRD) (including ADRD caregiving), aging (including ethnogeriatrics), mental health, and health care access. Dr. Park has built research collaboration relationships with many local, national, and global community-based organizations and leaders in AAPI communities and Asian countries and is also a member of the Alzheimer's Clinical Trials Consortium Recruitment Unit. For the RCC and the Skills Development Unit Dr. Park will contribute expertise in Alzheimer's & other dementias, Asian Americans, Native Hawaiians and other Pacific Islanders, and disparities research and serve as a liaison to the Alzheimer's Clinical Trials Consortium PBRN. *Dr. Park will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Michael B. Potter, MD – Co-Investigator, TA (Practice-based Research Networks (PBRNs), Hypertension, Cancer, Disparities Research):** is Professor of Clinical Family and Community Medicine at UCSF, Director of the San Francisco Bay Collaborative Research Network - a consortium of 8 practice-based research networks (PBRNs) focusing on diverse communities, and Director of the UCSF CTSI Community Engagement and Health Policy Program. In addition, Dr. Potter facilitates the development and

Contact PD/PI: Cherboi, Edwin
Docusign Envelope ID: BF62AE9B-AD4E-849A-8049-1869D5C5014D

provision of services to support research partnerships with community-based health care organizations, including UCSF's clinical affiliates and federally qualified health centers (FQHCs) in Northern California. Dr. Potter has also served as co-chair of the implementation science research committee for a national consortium of NHLBI funded academic centers designing community-engaged research interventions. Dr. Potter's research is focused on practice-based and community-engaged research in the fields of cancer, oral health in young children, use of pre-exposure prophylaxis for individuals at risk for HIV infection, sickle cell disease, and care for patients with type 2 diabetes. Dr. Potter has published extensively in Practice-Based Research and community-partnership training. For the RCC and the Skills Development Unit Dr. Potter will contribute expertise in Practice-Based Research, community-engagement, and disparities research and serve as a liaison to the local and national PBRNs. *Dr. Potter will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Dean Schillinger, MD – Co-Investigator, TA (Diabetes, Disparities Research, SDOH, Health Communication, Health Literacy, Implementation Science):** is a Professor of Medicine in the UCSF School of Medicine, Director of the UCSF Health Communications Research Program, former Chief of the UCSF Division of General Internal Medicine at Zuckerberg San Francisco General Hospital (ZSFGH), and past Chief Medical Officer for the Diabetes Prevention and Control Program for California. Dr. Schillinger MD is an internationally recognized health communication scientist and expert in chronic disease prevention and control. He directs the UCSF Health Communications Research Program, serves as site director for an NIDDK Center for Diabetes Translational Research, and is Principal Investigator for CDC and NIH funded projects in
diabetes-related policy, as well as a NIH project to develop measures of health literacy using computational linguistics and machine learning. Dr. Schillinger has been awarded research grants from NHLBI, NLM, NIDDK, NCI, AHRQ, CDC, NLM, PCORI and private foundations to develop and evaluate care management programs tailored to the literacy and language needs of patients with chronic diseases, such as diabetes, arthritis, heart failure, kidney disease, cancer, mental illness, and oral health problems, as well as focusing on health in Latino communities. For the RCC and the Skills Development Unit Dr. Schillinger will contribute expertise in multiple chronic diseases, diabetes, disparities research, SDOH, health communication, health literacy, and implementation science. *Dr. Schillinger will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project.*

**Wagahta Semere, MD, MHS – Co-Investigator, TA (National Health Datasets, Diabetes, Aging, Community Partnerships, Disparities Research, Health Information):** is an Assistant Clinical Professor, Division of General Internal Medicine at UCSF and Zuckerberg San Francisco General Hospital (ZSFGH) and a Mentored Faculty Member in the UCSF Center for Vulnerable Populations. Dr. Semere's research focuses on communication interventions that engage minority and low-income patients along with their caregivers in effective chronic disease management. Dr. Semere is the Principal Investigator for the Champion Provider Fellowship, an innovative partnership between UCSF and the California Department of public health that aims to empower, train, and support community physicians and dentists to tackle the social determinants of health (SDOH) that contribute to rising rates of obesity and diabetes. Dr. Semere has published in the area of the use of national health data sets to explore their utility for studying diverse immigrant and refugee populations. In addition, Dr. Semere has experience in community-based participatory research to develop informed pilot interventions that target populations with communication barriers including a novel community interpreter training program. For the RCC and the Skills Development Unit Dr. Schillinger will contribute expertise in national health datasets, diabetes, aging, community partnerships, disparities research, and health information interventions. *Dr. Semere will contribute 0.60 calendar months of effort (5%) in years 1-5 of the project.*

**Joanne Spetz, PhD – Co-Investigator, TA (Healthcare Workforce, Health Economics):** is the Brenda and Jeffrey L. Kang Presidential Chair in Healthcare Finance at the Philip R. Lee Institute for Health Policy Studies (IHPS). She also is Associate Director for Research at IHPS and at Healthforce Center at UCSF. She holds faculty appointments in the Department of Family and Community Medicine and in the School of Nursing. Her fields of specialty are economics of the health care workforce, organization and quality of health care services, and policies that affect use of and treatment for illicit drugs. She has conducted studies of the registered nurse, nurse practitioner, and long-term care workforces and has conducted surveys for the

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

California Board of Registered Nursing for more than a decade. She frequently provides testimony and technical assistance to state and federal agencies and policymakers.

Dr. Spetz will provide technical assistance on healthcare workforce and health economics to RD-MCD funded P50 Centers and projects as required, participate in relevant RD-MCD Consortium working groups, and provide expertise specific webinars. _Dr. Spetz will contribute 0.48 calendar months of effort (4%) in years 1-5 of the project._

**EFFORT AND TIMELINES**

Personnel effort levels are based on quarterly activities in support of RCC Unit goals and workload as indicated in the Unit specific timelines below.

(See following anticipated timelines)

Contact PD/PI: Charlebois, Edwin

## SKILLS DEVELOPMENT UNIT ACTIVITIES TIMELINE

| RCC RD-MCD Timeline | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | | Year 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Skills Development Unit | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Rapid-Assessment of MCD Center Expertise and Early-Career Trainee Needs** | | | | | | | | | | | | | | | | | | | | |
| Assess MCD Center's available expertise, mentor competencies | ■ | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Assess early-career trainee needs | ■ | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Post MCD Center expertise and mentors List to website | ■ | ■ | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| **Create and Maintain a List of MCD Center Trainees and Pilot Projects and Monitor Progress** | | | | | | | | | | | | | | | | | | | | |
| Poll MCD Centers for new and active early-career trainees | ■ | | | | | | | | | | | | | | | | | | | |
| Gather data on trainee pilot projects | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | |
| Update website with trainee information and project list | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | |
| **Facilitate Access to Research Mentors and Other Resources** | | | | | | | | | | | | | | | | | | | | |
| Facilitated MCD Consortium mentor linkage introductions | ■ | | | | | | | | | | | | | | | | | | | |
| Maintain web list of available resources to trainees | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Facilitate linkage to National Research Mentoring Network | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Develop and Lead Monthly Webinars** | | | | | | | | | | | | | | | | | | | | |
| Polling of MCD Consortium for webinar topic priorities | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ |
| Monthly webinars | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Reassess satisfaction with webinars and modify as needed | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | | ■ |
| **Annual Skills Development Workshop** | | | | | | | | | | | | | | | | | | | | |
| Survey RD-MCD Consortium trainees to identify priority skills development topics | ■ | ■ | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Select and develop workshop sessions with experts | | ■ | ■ | | ■ | | | | ■ | | ■ | | ■ | | | | ■ | | | |
| Annual Skills Development Workshop (1-day) | | | | | | ■ | | | ■ | | | | ■ | | | | ■ | | | |
| **Technical Assistance to Early-Career Trainees** | | | | | | | | | | | | | | | | | | | | |
| Develop and implement a system to receive TA request | ■ | | | | | | | | | | | | | | | | | | | |
| Individual TA expert consultations with trainees | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Monitor MCD Center Development activities** | | | | | | | | | | | | | | | | | | | | |
| Data gathering on publications, presentations, & grants | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Data collection of MCD Center development activities | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Research social network data collection | | | | | | | | ■ | | | | | | | | | | | ■ | |
| Social network analysis | | | | | | | | | | ■ | | | | | | | | | | ■ |
| Development activities and impact report creation | | | | ■ | | | | | | | | ■ | | | | ■ | | | | ■ |

## COMMUNITY ENGAGEMENT UNIT:

**Gregory Rebchook, PhD, Associate Unit-Director**. Dr. Rebchook is an associate professor of medicine at the UCSF Center for AIDS Prevention Studies (CAPS). He received his doctoral degree in sociocultural psychology and has worked in HIV prevention since 1988—six years of which were spent providing HIV prevention services as the education director at Boulder County AIDS Project (Colorado) and as the county AIDS coordinator at the Boulder County Health Department. He has conducted research on developing and testing HIV prevention interventions for men who have sex with men (MSM), adapting evidence-based interventions for MSM communities of color (focusing on issues facing young Black MSM in particular), translating research-based interventions into practice, developing effective approaches to technical assistance (TA) and training, and using of the Internet for HIV prevention efforts. He was the co-principal investigator (co- PI) on several Mpowerment Project–related studies including two multisite, NIMH-funded national Translating Research Into Practice studies examining facilitators and challenges to implementing research-based interventions by community-based organizations (CBOs) and to develop and evaluate approaches to provide effective TA. He was also a Co-Investigator on randomized, controlled trials to test the efficacy of community- level, HIV prevention and engagement in care interventions for young African American MSM. He is currently PI on a HRSA-funded Capacity Building Assistance (CBA) project to use a Learning Collaborative model to improve the implementation of evidence-informed interventions in four US jurisdictions. All of these activities are being successfully conducted virtually given the current COVID-19 pandemic. He was also the PI on two CDC-funded Capacity Building Assistance (CBA) projects for ten years to provide CBA services to CBOs across the US to improve the effectiveness of high-impact HIV prevention. Additionally, he was the PI of a HRSA SPNS (Health Resources and Services Administration's Special Projects of National Significance) project to evaluate and provide TA to 9 clinical demonstration sites around the US developing innovative engagement in care models for transgender women of color living with HIV. Dr. Rebchook has published in the area of translating research into practice and community capacity building.

As Community Engagement (CE) Unit Associate-director, Dr. Rebchook will work with Dr. Rhoads to provide both administrative and scientific leadership to all of the Unit's community engagement activities including dissemination, technical assistance (TA), and research functions of the Unit. They will determine and prioritize the Unit activities, oversee the quality of Unit products and activities, and will be responsible for the financial management of the Unit. Dr. Rebchook will ensure that the National Community Advisory Board, communications, and technical assistance activities all run smoothly and accomplish the community engagement goals for the Coordinating Center scientists and community partners, including supporting innovative and meaningful community-engaged research throughout the NIMHD P50 MCD Centers. In addition to writing papers, monographs, and presentations based on Unit projects and findings, he will write for the Center's website, newsletters, and Fact Sheets. *Dr. Rebchook will devote 2.40 calendar months to the CE Unit in project years all project years.*

**Barbara Green-Ajufo, DrPH**. **TA and National CAB manager.** Dr. Green-Ajufo is a veteran public health program/project manager and researchers with 30+ years of experience guiding comprehensive epidemiology, surveillance, and disease prevention/intervention initiatives. Throughout her career she has committed to improving the health and well-being of low-income communities of color and marginalized populations where health disparities and inequalities are most prevalent. She started her public health career working in maternal and child health targeting women for improved preterm delivery, low birthweight and infant mortality rates. She researched root causes of persistent reproductive health disparities experienced by African Americans to better understand the role of racism and related psychosocial and social determinants of health on adverse outcomes and helped to develop related prevention/intervention strategies. She has worked in HIV/AIDS for almost 20 years. As Director of Alameda County Public Health Department (ACPHD), HIV/AIDS Surveillance and Epidemiology Unit (2001-2011) she was responsible for surveillance, testing and counseling, and special community-based and engaged studies conducted to acquire an improved understanding of HIV risk factors and facilitators and barriers to service access for populations most-at-risk for infection and late diagnosis. As an Epidemiologist with the Centers for Disease Control and Prevention (CDC) Division of Global HIV/AIDS (2011-2012), she worked internationally with the President's Emergency Program for AIDS Relief (PEPFAR) team to improve HIV/AIDS infection and

treatment rates in Malawi Africa. Her current position with the University of California San Francisco, Center for AIDS Prevention research affords her the opportunity to work with researchers and the community, bridging the gap between research and practice. Dr. Green-Ajufo's professional service has included/includes membership on the boards of community-based organizations [California Prevention and Education Project (CalPEP), One Love Center for Health, Youth Learning Cultural Institute (YLCI), Berkeley Women's Health Collective]; membership on professional organizations/committees [Society for Pediatric Epidemiologic Research (SPER), Society for Epidemiologic Research (SER), Society for the Analysis of African American Public Health Issues (SAAPHI), American Public Health Association (APHA), National Alliance for State and Territorial AIDS Directors (NASTAD) - South Africa Team, Centers for Disease Control and Prevention Racism and Health Workgroup]; student thesis advising: Alliant International University

– San Francisco Bay Campus; peer review: American Public Health Association; leadership; and, mentoring

Dr. Green-Ajufo will oversee the day-to-day operations of the Unit to ensure that the aims of the Unit are being met with a particular priority on the provision of TA throughout the Center. She will coordinate the CAB efforts and will co-facilitate CAB meetings. She will also support communication efforts by working with Mr. Hamiga on the development and distribution of dissemination materials (e.g., Factsheets). She will provide linkages between researchers and community collaborators, facilitate and maintain the National Community Advisory Board, attend important community meetings, represent the Center at local and national meetings and conferences and oversees the technical assistance systems, and respond to TA requests or match the TA request to an appropriate faculty or staff member. *Dr. Green-Ajufo will provide 2.4 calendar months effort in* *all project years.*

**John Hamiga, BA. Communications Coordinator.** Mr. Hamiga is currently the communications coordinator for the UCSF Division of Prevention Science. He has worked for the Division for over 15 years both as a CBA provider and a research analyst. Mr. Hamiga manages the Division's websites, social media accounts (with over 19,000 followers), and has developed Facebook pages and Twitter accounts. He has developed an excellent set of social media skills and is often called upon to provide his expertise to other public health program's social media efforts. Mr. Hamiga will work on this project to coordinate communications including distributing information and materials via social media. He will work with the other Unit faculty and staff on all marketing and promotional efforts and will review, synthesize, translate, and disseminate research findings. He will support all efforts to produce and disseminate materials. *Mr. Hamiga will devote 3.60 calendar months in* *project years 1-5.*

**EFFORT AND TIMELINES**
Personnel effort levels are based on quarterly activities in support of RCC Unit goals and workload as indicated in the Unit specific timelines below.

(See following anticipated timelines)

## COMMUNITY ENGAGEMENT UNIT

| RCC RD-MCD Timeline | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | | Year 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Community Engagement Unit** | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Network CAB (N-CAB)** | | | | | | | | | | | | | | | | | | | | |
| Develop N-CAB description and membership application | ■ | | | | | | | | | | | | | | | | | | | |
| Solicit N-CAB membership nominations from RD-MCD Consortium and other stakeholders | ■ | | | | | | | | | | | | | | | | | | | |
| Select N-CAB members and distribute invitations | ■ | | | | | | | | | | | | | | | | | | | |
| Finalize N-CAB membership roster | | ■ | | | | | | | | | | | | | | | | | | |
| Conduct virtual N-CAB orientation/training | | ■ | | | | | | | | | | | | | | | | | | |
| Host N-CAB meetings | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Update N-CAB membership as necessary | | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Conduct ongoing NCAB trainings as appropriate | | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | |
| **Community of Practice (CoP)** | | | | | | | | | | | | | | | | | | | | |
| Develop CoP description and membership invitation | ■ | | | | | | | | | | | | | | | | | | | |
| Distribute CoP invitations to the RD-MCD Consortium and other stakeholders | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | | ■ | |
| Establish dates and logistics for CoP meetings | ■ | | | | | | | | | | | | | | | | | | | |
| Conduct CoP meetings | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Develop CoP Slack Channel to facilitate virtual networking, learning, and ongoing communication within the CoP | ■ | | | | | | | | | | | | | | | | | | | |
| Monitor, maintain, and contribute to the CoP Slack Channel | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Use the CoP network to inform TA efforts (e.g., webinars), communications (e.g., materials development and dissemination) | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Focus Area Working Groups** | | | | | | | | | | | | | | | | | | | | |
| Determine the focus areas for the Working Groups with the CoP | | ■ | | | | | | | | | | | | | | | | | | |
| Convene Working Groups within each focus area | | ■ | | | | | | | | | | | | | | | | | | |
| Select chairs and co-chairs for each Focus Area Working Groups | | ■ | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | |
| Coordinate regular Focus Area Working Group meetings to serve as a teaching, planning, and analytic forum actively working within and across relevant domains | | ■ | ■ | ■ | | | | | | | | | | | | | | | | |
| Update meeting frequency and scheduling | | | | | | ■ | | | | | | | | | | | | | | |
| Continue regular Focus Area Working Group meetings | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Re-assess focus areas for the Working Groups and restructure as necessary | | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| **Technical Assistance (TA)** | | | | | | | | | | | | | | | | | | | | |
| Survey CoP (and RD-MCD Consortium as necessary) to identify and describe TA needs | ■ | | | | | | | | ■ | | | | ■ | | | | | | | |
| Identify additional TA needs from the Steering Committee | | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Develop and implement work plans to meet TA needs | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Develop and implement system to receive TA request | ■ | | | | | | | | | | | | | | | | | | | |

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1860D5C5014D

| Task | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Match TA request to TA providers | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Assess TA outcomes of each TA encounter | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Develop and conduct webinars to respond to the identified TA needs | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Communications and Dissemination** | | | | | | | | | | | | | | | | | | | | | | | | |
| Develop project logo | ■ | | | | | | | | | | | | | | | | | | | | | | | |
| Review the TA needs assessment results and consult with CoP and NCAB to develop a list of materials to be produced | | ■ | ■ | | | | | | | | | | | | | | | | | | | | | |
| Review and revise the list of materials in consultation with the NCAB and CoP | | | | | | ■ | | | | ■ | | | | | ■ | | | | | ■ | | | | |
| Develop materials (e.g., factsheets, resources booklets, e-newsletters, manuals, research reports, videos) | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Distribute materials widely via e-mail (Constant Contact), social media, and at conferences/meetings | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

## CONSULTANTS

**Michele Friedman – Consultant** Ms. Friedman is a graphic and identity designer and will develop the project's initial brand identity. She will assist with production of print-based outputs, such as fact sheets in out years. Her rate is $125/hour. $7,500 in year 1, $5,000/year years 2-5.

**DSMB Member Honoraria**: - for the DSMB, honoraria ($200 per person per meeting). 7 members, 4 meetings per year: $5,600 Years 1-5

**Networked CAB (N-CAB) Member Honoraria** – for the Networked Community Advisory Board honoraria; 7-8 members/meeting ($200 per member per meeting), 4 meetings per year: $6000, Years 1-5

## MATERIALS AND SUPPLIES

**Computers.** Many of our team members are using computers that are 4-5 years old and will need to be replaced. Our recent experience purchasing computers has demonstrated that a full power computer package needed for complex data processing, integration, and analysis functions costs approximately $2500 and intermediate level computer costs approximately $2000; we anticipate needing to purchase 6 power computers in Year 1 ($2500 x 6 = $15,000); 2 power computers and 1 intermediate computer in Year 2 ($2500 x 2 +
$2000 x 1 = $7000), 1 power computer in Year 3 ($2500), and 6 power computers in Year 4 ($2500 x 6 = $15,000).

**Storage Media.** $2000/year in Years 1-2, $400 in Year 3, and $2000/year in Years 4-5.

**Data Warehousing**. Service costs for storage and cloud-computing are anticipated as $12,200/year in Years 1-2, $9200 in Year 3, $12,200 in Year 4, and $21,200 in Year 5.

**UCSF Documents and Media:** This team will assist with production of brief educational videos for multiple audiences, as well as documentary photography to supplement written communications**:** $6,000/year 1,
$15,000/year Years 2-5.

**Firewall software.** Cloudfire firewall software for server security. $300 per year, Years 1-5.

**Website hosting fees.** Pantheon drupal webhosting $225/month. $2700 in Years 1-5.

**Software licenses, $3,700 in all years**. We pay annual licensing fees for the following software and software services. Where software is used across projects, costs are shared.
- Adobe Creative Cloud: Includes Photoshop, Illustrator, Acrobat Pro, Premiere, and other software routinely used in web development. $300/year (multiple licenses - $900/year total).
- Asana project management software: $100/year (multiple licenses - $375/year total).
- Hootsuite: $10/month or $120/year for social media management software.
- Camtasia: $15/year for upgrades and support for this video editing software (multiple licenses - $45/year total).
- GoDaddy domain name service fee: $25/year
- SmartSheet project management software (automated email reminders, GANTT charts) $248/year
- Statistical analysis software, $248/year (multiple licenses $1488/year total)
- Tableau: $500/year for data visualization platform developer license.

**Slack Plus Team Coordination & Communication Service** - 190 user licenses at $6.67/month per user $15,208/year. We will employ the Slack Team Coordination and Communication Tool for members of the various Consortium Work-Groups to facilitate the cross-project work and information sharing among workgroup members. $15,208/year in Years 1-5.

**CHI Staff training,** Web design and development are rapidly changing fields**.** Learning new technical skills is required of all staff. While we make a point of seeking free or subsidized training opportunities, some

Docusign Envelope ID: BF62AE9B-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

high-value events have fees for which there is no other payer. These investments in our staff pay off both in efficiency and morale. $725/year ($500/FTE) in Year 1, $475/year in Years 2-5.

**Project Specific Supplies.** RCC RD-MCD specific paper, toner, and stationary supplies are anticipated to be needed. We estimate $126 in year 1, $438 in year 2, $84 in year 3, $377 in year 4, and $201 in year 5.

**Research Skills Training Materials.** Research Skills Training Materials that the Research Skills Training Unit will prepare to share with the NIMHD P50 MCD Centers. $5575 in Year 1, $9175 in Year 2, $3250 in Year 3,
$3925 in Year 4, and $1200 in Year 5.

### Travel

**RD-MCD Consortium Meetings**
Physically meeting together in the RD-MCD Consortium to exchange ideas, solve problems, share information will be an important activity to foster the Community of Researchers. We request $2,000 per trip to support travel costs for 11 key Unit members to attend the annual RD-MCD conference at NIH (Bethesda, MD) as travel conditions permit. All travel costs are estimated based on UCSF travel rules including coach airfare and room rates. Travel costs include airfare, hotel, ground transportation to and from airports, meal and incidental expenses as shown below.

|  | Price | # Days | Subtotal |
| --- | --- | --- | --- |
| Hotel incl taxes, wifi | $266.67 | 3 | $800 |
| Airfare incl bag, check-in charges | $800 | -- | $800 |
| Meal & Incidental Expenses | $62 | 3 | $186 |
| Ground Transport (4 trips) | $214 | -- | $214 |

$2000

**National Conferences**
Attending a relevant national conference will permit the RCC's RCDM Unit stay up to present preliminary research and keep up to date on the latest research. We request $4,000 per conference to support travel costs for 6 key RCC members to attend an annual national conference as travel conditions permit. All travel costs are estimated based on UCSF travel rules including coach airfare and room rates. Travel costs include airfare, hotel, ground transportation to and from airports, meal and incidental expenses, and registration fees as shown below.

|  | Price | # Days | Subtotal |
| --- | --- | --- | --- |
| Hotel incl taxes, wifi | $266.67 | 7 | $1867 |
| Airfare incl bag, check-in fees | $800 | -- | $800 |
| Meal & Incidental Expenses | $62 | 7 | $434 |
| Registration | $685 |  | $685 |
| Ground Transport (4 trips) | $214 | -- | $214 |

$4,000

Total travel each year is estimated as $22,000+$24,000=$46,000 in Years 1-5.

### Other Expenses

**UCSF Data Network Recharge**: The data network recharge provides funding for critical equipment in support of the campus network. The new funding model for data network service includes a UCSF-wide

Contact PD/PI: Charlebois, Edwin

per capita recharge. As permissible by OMB A-21, data network costs are allowable direct expense. Per review and agreement by our cognizant federal agency, UCSF data network costs are an allowable direct expense. Questions from the sponsoring agency regarding this charge should be directed to the Department of Health and Human Services – Division of Cost Allocation, San Francisco, CA. We request the following: $8547 in year 1, $8875 in year 2, $9105 in year 3, $9260 in year 4, $9449 in year 5.

## IT Field Services (ITFS) Desktop Support

On July 1, 2013 the University initiated direct charging for ITFS as an integral component of its Enterprise Network Services (ENS) to provide support to campus voice and data technology functions. ITFS includes software installation/updates, internet security, hardware setup/configuration, and centrally managed patching, storage and backup. Direct charging of these support services in conjunction with the Data Network Recharge are covered under Part 3.2.0 – Service Centers, Communication Services, of the University's Cost Accounting Standards Board Disclosure Statement (CASB Form DS-2) ensuring that there is no duplicate reimbursement from Federal and non-Federal sponsors. The ITFS charge is based on the current rate per FTE, consistent with the current billing rates for ITFS. Recharge rates are computed in accordance with the requirements of 2 CFR Part 200 and will be reviewed and adjusted annually.

Calculations are based on the percent effort to be charged to the project for each person named in the grant. Rates are $59/month/FTE for Basic users and $98/month/FTE for Premium users.

Example: % effort x applicable rate = monthly cost x 12 = annual cost

We request the following: $18,546 in year 1, $18,840 in year 2, $18,918 in year 3, $18,840 in year 4, $18,898 in year 5.

## Publication Costs

Open Access Publication costs: In anticipation of the need to disseminate findings as quickly as possible, we plan on 2-3 open access publications and their associated charges ($1500-$3000 each) per year. (Year 1 publications will focus on topics such as frameworks and common data element development).
Approximately $5,000/year in years 1-5.

## Vendor - Site Monitoring – Rho, Inc.

### Assumptions

This table outlines the assumptions used to produce the cost estimate. Should any of these assumptions change, the cost estimate may need to be modified accordingly. With 8 or 9 to-be-funded P50s, 14 clinical trials are assumed to require site monitoring.

| Study Conduct | Assumption |
|---|---|
| Duration of Project | 5 years |
| Number of Site Qualification Visits | 0 |
| Number of Site Initiation Visits | 14 |
| Total Duration of Site Initiation Visits | 18 hrs (includes 4 hrs on-site, 10 hrs travel, 4 hrs prep/follow-up) |
| Number of Interim Monitoring Visits - On-site | 14 |
| Total Duration of Interim Monitoring Visits - On-site | 22 hrs (includes 8 hrs on-site, 10 hrs travel, 4 hrs prep/follow-up) |
| Number of Interim Monitoring Visits - Remote | 28 |
| Total Duration of Interim Monitoring Visits - Remote | 12 hrs (includes 8 hrs on-site, 0 hrs travel, 4 hrs prep/follow- up) |

| Number of Extra Days On-site | 14 |
|---|---|
| Total Duration of Extra Days On-site | 8 hrs (includes 8 hrs on-site, 0 hrs travel, 0 hrs prep/follow- up) |
| Number of Close-Out Visits | 14 |
| Total Duration of Close-Out Visits | 18 hrs (includes 4 hrs on-site, 10 hrs travel, 4 hrs prep/follow-up) |

**Visits per Project Year**

| Project Year | Visits |
|---|---|
| Project Year 1 | 8 on-site SIVs; 8 extra days on-site |
| Project Year 2 | 6 on-site SIVs; 6 extra days on-site; 7 on-site IMVs; 8 remote IMVs |
| Project Year 3 | 7 on-site IMVs; 10 remote IMVs |
| Project Year 4 | 7 on-site IMVs; 10 remote IMVs |
| Project Year 5 | 14 on-site COVs |

## SITE INITIATION

Rho will conduct site initiation visits (SIVs) as defined in the assumptions table, in accordance with protocol- specific requirements, Title 21 of the CFR, other applicable regulatory requirements, ICH/GCP guidelines, and Rho's SOPs governing monitoring clinical studies.

Rho's standard SIV report will be used to document the outcome of these visits. Rho will send SIV confirmation and SIV follow-up letters to each site in conjunction with these visits.

Rho's CRA will conduct the SIV to ensure that all site personnel participating in the clinical study are fully trained in all aspects and requirements of the study protocol. Duties performed by the CRA during the SIV include, but are not limited to:

- Review of the study protocol and any amendments;
- Review of the case report forms and electronic data capture instructions;
- Review of the essential documents file, noting any missing or incomplete items;
- Review of the Investigator's Brochure;
- Confirmation that the site has a fully executed research agreement or contract in place;
- Confirmation of the roles and responsibilities of each staff member;
- Review (with the investigator) the investigator's obligations as listed on Form FDA 1572, if applicable;
- Notation of any changes to study site staff or facilities since the last contact (SQV); and
- Ensure that relevant study documents such as the Form FDA 1572 have been updated and additional documents such as CVs, financial disclosure are requested as needed.

## INTERIM MONITORING

Rho will conduct interim monitoring visits (IMVs), as defined in the assumptions table, in accordance with protocol-specific requirements, Title 21 of the CFR, other applicable regulatory requirements, ICH/GCP guidelines, and Rho SOPs governing the monitoring of clinical studies.

Rho's standard IMV report will be used to document the outcome of these visits. Rho will forward IMV confirmation and IMV follow-up letters to each site in conjunction with these visits.

Rho assumes IMVs will be conducted according to the Visits per Project Year table below; however, the frequency of IMVs may depend on the study time period (i.e., active enrollment or subject follow-up visits), number of subjects enrolled, sites requiring extra assistance, demand for data collection, or other study management issues.

During each interim monitoring visit, the CRA will perform the following tasks:

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

- Monitor to verify adherence to the protocol;
- Perform source document verification of CRFs;
- Review any outstanding queries;
- Review protocol updates, amendments, or revisions with investigative site staff;
- Confirm regulatory file maintenance, including verification of compliance with informed consent procedures and GCP regulations;
- Review clinical trial material inventory and accountability procedures; and
- Assess facilities, identify staff changes, evaluate subject enrollment, and discuss the need for additional, subject accrual-based visits.

## SITE CLOSE-OUT

Rho will perform site close-out visits (COVs) as defined in the assumptions table. During these visits the CRAs will resolve outstanding query issues, finalize IP accountability, monitor to verify proper destruction or return of IP and study supplies, and review record retention and regulatory responsibilities with investigators and site personnel.

## VISIT REPORTS

Rho will prepare visit reports in accordance with the Clinical Monitoring Plan. The visit report and a follow-up letter will describe progress at the investigative site and identify issues that require resolution or a change in procedure. The report will be completed in accordance with Rho's SOPs. Copies of all completed monitoring trip reports and follow-up letters to the investigative site will be provided for the Sponsor or designee.

Estimated annual costs including pass-through costs (e.g. travel) are $73,009 each year in Years 1-5.

## Contractual/Consortium Costs

UCSF will subcontract with **AIDS United,** a domestic nonprofit organization, in the following annual amounts (total costs):$50,333/year in years 1-5

## INDIRECT COSTS

The University of California's indirect costs are calculated on Modified Total Direct Costs (MTDC) using F&A rates approved by the U.S. Department of Health and Human Services. The University's Rate Agreement dated November 17, 2017 specifies an indirect cost rate for on-campus, organized research of 60.5% for all dates on or after July 1, 2019, and 61.5% thereafter until amended. MTDC comprises salaries and wages, fringe benefits, materials and supplies, services, travel. Items excluded from F&A calculation include: graduate student tuition remission, participant support, UC subcontracts, inpatient and outpatient care, and capital equipment.

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

# RESEARCH & RELATED BUDGET - Cumulative Budget

|  | Totals ($) |  |
|---|---|---|
| Section A, Senior/Key Person |  | 2,623,761.00 |
| Section B, Other Personnel |  | 9,980,536.00 |
| Total Number Other Personnel | 115 |  |
| Total Salary, Wages and Fringe Benefits (A+B) |  | 12,604,297.00 |
| Section C, Equipment |  |  |
| Section D, Travel |  | 230,000.00 |
| 1. Domestic | 230,000.00 |  |
| 2. Foreign |  |  |
| Section E, Participant/Trainee Support Costs |  |  |
| 1. Tuition/Fees/Health Insurance |  |  |
| 2. Stipends |  |  |
| 3. Travel |  |  |
| 4. Subsistence |  |  |
| 5. Other |  |  |
| 6. Number of Participants/Trainees |  |  |
| Section F, Other Direct Costs |  | 1,183,907.00 |
| 1. Materials and Supplies | 317,416.00 |  |
| 2. Publication Costs | 25,000.00 |  |
| 3. Consultant Services | 85,500.00 |  |
| 4. ADP/Computer Services |  |  |
| 5. Subawards/Consortium/Contractual Costs | 251,665.00 |  |
| 6. Equipment or Facility Rental/User Fees |  |  |
| 7. Alterations and Renovations |  |  |
| 8. Other 1 | 365,045.00 |  |
| 9. Other 2 | 45,239.00 |  |
| 10. Other 3 | 94,042.00 |  |
| Section G, Direct Costs (A thru F) |  | 14,018,204.00 |
| Section H, Indirect Costs |  | 8,481,795.00 |
| Section I, Total Direct and Indirect Costs (G + H) |  | 22,499,999.00 |
| Section J, Fee |  |  |
| Section K, Total Costs and Fee (I + J) |  | 22,499,999.00 |

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period  1

ORGANIZATIONAL DUNS*:  7879364180000

**Budget Type*:**  ○ Project    ● Subaward/Consortium

**Enter name of Organization:** AIDS United

**Start Date*:** 09-01-2021     **End Date*:** 08-31-2022      **Budget Period:** 1

### A. Senior/Key Person

| Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | Alicia | | Downes | | Co-I | 108,767.00 | 0.36 | | | 3,263.00 | 1,142.00 | 4,405.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**     File Name:                                                          **Total Senior/Key Person**    **4,405.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Program and Compliance Officer | 0.36 | | | 2,783.00 | 974.00 | 3,757.00 |
| 1 | Staff Accountant | 0.12 | | | 769.00 | 269.00 | 1,038.00 |
| 1 | Program Associate | 0.36 | | | 1,584.00 | 554.00 | 2,138.00 |
| **3** | **Total Number Other Personnel** | | | | **Total Other Personnel** | | **6,933.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **11,338.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 1

**ORGANIZATIONAL DUNS*:**  7879364180000
**Budget Type*:**    ○ Project    ● Subaward/Consortium
**Organization:** AIDS United

**Start Date*:** 09-01-2021    **End Date*:** 08-31-2022    **Budget Period: 1**

## C. Equipment Description
List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($)* |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |

**Additional Equipment:**    File Name:

## D. Travel
| | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | |

## E. Participant/Trainee Support Costs
| | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 1

**ORGANIZATIONAL DUNS\*:**   7879364180000
**Budget Type\*:**   ○ Project   ● Subaward/Consortium
**Organization:** AIDS United

**Start Date\*:** 09-01-2021     **End Date\*:** 08-31-2022     **Budget Period: 1**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 1,200.00 |
| 2. Publication Costs | |
| 3. Consultant Services | 8,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Hosted Meeting Costs | 25,000.00 |
| **Total Other Direct Costs** | **34,200.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **45,538.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Federally negotiated | 10.53 | 45,538.00 | 4,795.00 |
| | | **Total Indirect Costs** | **4,795.00** |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **50,333.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **50,333.00** |

| L. Budget Justification* | File Name: AU_Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 2

ORGANIZATIONAL DUNS*:  7879364180000

**Budget Type*:**    ○ Project    ● Subaward/Consortium

**Enter name of Organization:** AIDS United

**Start Date*:** 09-01-2022      **End Date*:** 08-31-2023      **Budget Period: 2**

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | | Alicia | | Downes | | Co-I | 108,767.00 | 0.36 | | | 3,263.00 | 1,142.00 | 4,405.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

| **Additional Senior Key Persons:** | File Name: | | **Total Senior/Key Person** | **4,405.00** |
|---|---|---|---|---|

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Program and Compliance Officer | 0.36 | | | 2,783.00 | 974.00 | 3,757.00 |
| 1 | Staff Accountant | 0.12 | | | 769.00 | 269.00 | 1,038.00 |
| 1 | Program Associate | 0.36 | | | 1,584.00 | 554.00 | 2,138.00 |
| **3** | **Total Number Other Personnel** | | | | **Total Other Personnel** | | **6,933.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **11,338.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 2

**ORGANIZATIONAL DUNS\*:**    7879364180000

**Budget Type\*:**    ○ Project    ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2022        **End Date\*:** 08-31-2023        **Budget Period: 2**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| | **Total Travel Cost** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384        Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin

# RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 2

**ORGANIZATIONAL DUNS\*:**   7879364180000

**Budget Type\*:**   ○ Project   ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2022     **End Date\*:** 08-31-2023     **Budget Period: 2**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 1,200.00 |
| 2. Publication Costs | |
| 3. Consultant Services | 8,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Hosted Meeting Costs | 25,000.00 |
| **Total Other Direct Costs** | **34,200.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **45,538.00** |

### H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Federally negotiated | 10.53 | 45,538.00 | 4,795.00 |
| | | **Total Indirect Costs** | **4,795.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **50,333.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **50,333.00** |

| L. Budget Justification* | File Name: AU_Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

Contact PD/PI: Charlebois, Edwin

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 3

ORGANIZATIONAL DUNS*: 7879364180000

**Budget Type*:**  ○ Project   ● Subaward/Consortium

**Enter name of Organization:** AIDS United

**Start Date*:** 09-01-2023    **End Date*:** 08-31-2024    **Budget Period: 3**

### A. Senior/Key Person

| Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | Alicia | | Downes | | Co-I | 108,767.00 | 0.36 | | | 3,263.00 | 1,142.00 | 4,405.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:    **Total Senior/Key Person**    **4,405.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Program and Compliance Officer | 0.36 | | | 2,783.00 | 974.00 | 3,757.00 |
| 1 | Staff Accountant | 0.12 | | | 769.00 | 269.00 | 1,038.00 |
| 1 | Program Associate | 0.36 | | | 1,584.00 | 554.00 | 2,138.00 |
| **3** | **Total Number Other Personnel** | | | | **Total Other Personnel** | | **6,933.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **11,338.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 3

**ORGANIZATIONAL DUNS\*:**    7879364180000

**Budget Type\*:**    ○ Project    ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2023    **End Date\*:** 08-31-2024    **Budget Period: 3**

| **C. Equipment Description** | **Funds Requested ($)\*** |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | |
| **Additional Equipment:**    File Name: | |

| **D. Travel** | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | |

| **E. Participant/Trainee Support Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Page 203

Contact PD/PI: Charlebois, Edwin

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 3

**ORGANIZATIONAL DUNS\*:**   7879364180000

**Budget Type\*:**   ○ Project   ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2023   **End Date\*:** 08-31-2024   **Budget Period: 3**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 1,200.00 |
| 2. Publication Costs | |
| 3. Consultant Services | 8,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Hosted Meeting Costs | 25,000.00 |
| **Total Other Direct Costs** | **34,200.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **45,538.00** |

### H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Federally negotiated | 10.53 | 45,538.00 | 4,795.00 |
| | | **Total Indirect Costs** | **4,795.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **50,333.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **50,333.00** |

| L. Budget Justification* | File Name: AU_Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384   Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

## RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 4

ORGANIZATIONAL DUNS*:  7879364180000

**Budget Type*:**  ○ Project   ● Subaward/Consortium

**Enter name of Organization:** AIDS United

**Start Date*:** 09-01-2024      **End Date*:** 08-31-2025      **Budget Period: 4**

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | | Alicia | | Downes | | Co-I | 108,767.00 | 0.36 | | | 3,263.00 | 1,142.00 | 4,405.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**      File Name:                    **Total Senior/Key Person**    **4,405.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Program and Compliance Officer | 0.36 | | | 2,783.00 | 974.00 | 3,757.00 |
| 1 | Staff Accountant | 0.12 | | | 769.00 | 269.00 | 1,038.00 |
| 1 | Program Associate | 0.36 | | | 1,584.00 | 554.00 | 2,138.00 |
| **3** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **6,933.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **11,338.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period  4

**ORGANIZATIONAL DUNS\*:**    7879364180000

**Budget Type\*:**    ○ Project    ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2024    **End Date\*:** 08-31-2025    **Budget Period:  4**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period  4

**ORGANIZATIONAL DUNS\*:**   7879364180000

**Budget Type\*:**   ○ Project   ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2024      **End Date\*:** 08-31-2025      **Budget Period:  4**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 1,200.00 |
| 2. Publication Costs | |
| 3. Consultant Services | 8,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 .  Hosted Meeting Costs | 25,000.00 |
| **Total Other Direct Costs** | **34,200.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **45,538.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 .  Federally negotiated | 10.53 | 45,538.00 | 4,795.00 |
| | | **Total Indirect Costs** | **4,795.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **50,333.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **50,333.00** |

| L. Budget Justification* | File Name: AU_Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

OMB Number: 4040-0010
Expiration Date: 12/31/2022

# RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 5

ORGANIZATIONAL DUNS*:  7879364180000

**Budget Type*:**  ○ Project   ● Subaward/Consortium

**Enter name of Organization:** AIDS United

**Start Date*:** 09-01-2025    **End Date*:** 08-31-2026    **Budget Period: 5**

## A. Senior/Key Person

| Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Alicia | | Downes | | Co-I | 108,767.00 | 0.36 | | | 3,263.00 | 1,142.00 | 4,405.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**     File Name:     **Total Senior/Key Person**     **4,405.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Program and Compliance Officer | 0.36 | | | 2,783.00 | 974.00 | 3,757.00 |
| 1 | Staff Accountant | 0.12 | | | 769.00 | 269.00 | 1,038.00 |
| 1 | Program Associate | 0.36 | | | 1,584.00 | 554.00 | 2,138.00 |
| 3 | **Total Number Other Personnel** | | | | **Total Other Personnel** | | **6,933.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **11,338.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 5

**ORGANIZATIONAL DUNS*:**  7879364180000
**Budget Type*:**    ○ Project    ● Subaward/Consortium
**Organization:** AIDS United

**Start Date*:** 09-01-2025    **End Date*:** 08-31-2026    **Budget Period: 5**

| C. Equipment Description | |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | **Funds Requested ($)*** |
| **Total funds requested for all equipment listed in the attached file** | |
| | **Total Equipment** |
| **Additional Equipment:**    File Name: | |

| D. Travel | **Funds Requested ($)*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | |

| E. Participant/Trainee Support Costs | **Funds Requested ($)*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 5

**ORGANIZATIONAL DUNS\*:**  7879364180000

**Budget Type\*:**  ○ Project  ● Subaward/Consortium

**Organization:** AIDS United

**Start Date\*:** 09-01-2025    **End Date\*:** 08-31-2026    **Budget Period: 5**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 1,200.00 |
| 2. Publication Costs | |
| 3. Consultant Services | 8,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8 . Hosted Meeting Costs | 25,000.00 |
| **Total Other Direct Costs** | **34,200.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **45,538.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . Federally negotiated | 10.53 | 45,538.00 | 4,795.00 |
| | | **Total Indirect Costs** | **4,795.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **50,333.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **50,333.00** |

| L. Budget Justification* | File Name: AU_Budget_Justification.pdf |
|---|---|
| | (Only attach one file.) |

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13391384    Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D
Contact PD/PI: Charlebois, Edwin

**Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD)**
**AIDS United Budget Justification**

### AIDS United Salaries & Wages

Staffing budgeted is in direct alignment with level of effort deemed necessary to complete work as proposed.

### PERSONNEL

**Total = $8,398/Year**

**Co-Investigator, Alicia Downes**
Ms. Downs is budgeted at .36 CM/year for years 1-5. She will provide oversight on successful implementation of the in-person meeting and delivery of skill building training, continuous quality improvement, and ensure project needs are addressed through the Program and Compliance Officer.

**Program and Compliance Officer, Hannah Bryant**
Program and Compliance Officer has been budgeted at .36 CM/year FTE for years 1-5. The Program and Compliance Officer will contribute to planning and implementation of large-scale meeting.

**Staff Accountant, Jovita Valentines**
Staff Accountant has been budgeted at .12 CM/year for years 1-5. The Staff Accountant will provide oversight to all financial procedures.

**Program Associate**
The Program Associate has been budgeted at .36 CM/year for years 1-5. This position will support logistics and technology requirements for all in-person meetings.

### A. FRINGE BENEFITS                                  Total = $2,645/Year

AIDS United includes a full range of benefits as well as employer related taxes and insurance in the company-wide rate.  The employee benefits include health insurance, long-term disability, short-term disability, vision care, dental care, life insurance, employee assistance plan, staff development and employer contributions to a retirement plan.  In addition to these benefits, the employer portion of FICA and Medicare, State Unemployment Insurance, and Workers Compensation Insurance are included in the fringe rate.  AIDS United has a fringe rate of 35%.

Breakdown of Fringe is as follows:

| | |
|---|---|
| FICA: | 7.6500 |
| Unemployment: | .5800 |
| DC Family Leave | .0062 |
| Retirement/403B | 6.0000 |
| Workman's Comp | 3.0000 |
| Health/Life/Disability | 8.0200 |
| Leave (PTO/holiday/sick) | 9.7500 |

### D. SUPPLIES                                  Total = $1,200/Year
General office supplies (pens, pencils, paper, software subscriptions, etc.)

### E. CONTRACTUAL                                  Total = $8,000/Year
**Meeting Masters**                                  **$4,000/Year**
To support planning and implementation of the one (1) in-person meeting, AIDS United will engage Meeting Master and has budgeted $4,000 for this contract. Meeting Masters will also provide support as need for in-person meetings.

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

**Consultant, Simone Phillips**                                    **$4,000/Year**

Consultant will develop and deliver and deliver a skills development workshop-Community Engagement Research Best Practices

## G. Other Costs

**Hosted Meeting Costs**                                          **$25,000/Year**

AIDS United has budgeted $25,000 for one (1) in-person meeting to cover facilities and catering costs.

## TOTAL INDIRECT CHARGES

AIDS United's Negotiated Indirect Cost Rate Agreement is currently established at 10.53 percent.  The NICRA is applied to total direct costs excluding capital purchases and sub-awards.

Contact PD/PI: Charlebois, Edwin

# RESEARCH & RELATED BUDGET - Cumulative Budget

|  | | Totals ($) |
|---|---|---|
| Section A, Senior/Key Person | | 22,025.00 |
| Section B, Other Personnel | | 34,665.00 |
| Total Number Other Personnel | 15 | |
| Total Salary, Wages and Fringe Benefits (A+B) | | 56,690.00 |
| Section C, Equipment | | |
| Section D, Travel | | |
| 1. Domestic | | |
| 2. Foreign | | |
| Section E, Participant/Trainee Support Costs | | |
| 1. Tuition/Fees/Health Insurance | | |
| 2. Stipends | | |
| 3. Travel | | |
| 4. Subsistence | | |
| 5. Other | | |
| 6. Number of Participants/Trainees | | |
| Section F, Other Direct Costs | | 171,000.00 |
| 1. Materials and Supplies | 6,000.00 | |
| 2. Publication Costs | | |
| 3. Consultant Services | 40,000.00 | |
| 4. ADP/Computer Services | | |
| 5. Subawards/Consortium/Contractual Costs | | |
| 6. Equipment or Facility Rental/User Fees | | |
| 7. Alterations and Renovations | | |
| 8. Other 1 | 125,000.00 | |
| 9. Other 2 | | |
| 10. Other 3 | | |
| Section G, Direct Costs (A thru F) | | 227,690.00 |
| Section H, Indirect Costs | | 23,975.00 |
| Section I, Total Direct and Indirect Costs (G + H) | | 251,665.00 |
| Section J, Fee | | |
| Section K, Total Costs and Fee (I + J) | | 251,665.00 |

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9D-AD4E-840A-8049-1869D5C5014D

## Total Direct Costs less Consortium F&A

NIH policy (NOT-OD-05-004) allows applicants to exclude consortium/contractual F&A costs when determining if an application falls at or beneath any applicable direct cost limit. When a direct cost limit is specified in an FOA, the following table can be used to determine if your application falls within that limit.

| Categories | Budget Period 1 | Budget Period 2 | Budget Period 3 | Budget Period 4 | Budget Period 5 | TOTALS |
|---|---|---|---|---|---|---|
| Total Direct Costs less Consortium F&A | 2,791,229 | 2,800,750 | 2,800,750 | 2,800,750 | 2,800,750 | **13,994,229** |

Tracking Number: GRANT13391384     Funding Opportunity Number: RFA-MD-21-008.     Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-9049-1869D5C5014D

## PHS 398 Cover Page Supplement

OMB Number: 0925-0001

Expiration Date: 02/28/2023

---

### 1. Vertebrate Animals Section

Are vertebrate animals euthanized?          ○ Yes          ● No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

○ Yes          ○ No

If "No" to AVMA guidelines, describe method and provide scientific justification

......................................................................................................................................................................

---

### 2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

○ Yes          ● No

If you checked "yes" above (indicating that program income is anticipated), then use the format below to reflect the amount and source(s). Otherwise, leave this section blank.

  *Budget Period    *Anticipated Amount ($)      *Source(s)

---

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008 . Received Date:
2021-06-11T15:09:03.000-04:00

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## PHS 398 Cover Page Supplement

---

### 3. Human Embryonic Stem Cells Section

*Does the proposed project involve human embryonic stem cells?        ○ Yes    ● No

If the proposed project involves human embryonic stem cells, list below the registration number of the specific cell line(s) from the following list: http://grants.nih.gov/stem_cells/registry/current.htm. Or, if a specific stem cell line cannot be referenced at this time, check the box indicating that one from the registry will be used:

　　　　　　　　　Specific stem cell line cannot be referenced at this time. One from the registry will be used.

Cell Line(s) (Example: 0004):

---

### 4. Human Fetal Tissue Section

*Does the proposed project involve human fetal tissue obtained from elective abortions?        ○ Yes    ● No

If "yes" then provide the HFT Compliance Assurance

If "yes" then provide the HFT Sample IRB Consent Form

---

### 5. Inventions and Patents Section (Renewal applications)

*Inventions and Patents:        ○ Yes    ○ No

If the answer is "Yes" then please answer the following:

*Previously Reported:        ○ Yes    ○ No

---

### 6. Change of Investigator/Change of Institution Section

❏        Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

❏        Change of Grantee Institution

*Name of former institution:

---

Tracking Number: GRANT13391384

Funding Opportunity Number: RFA-MD-21-008 . Received Date: 2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

## PHS 398 Research Plan

OMB Number: 0925-0001

Expiration Date: 02/28/2023

| Introduction | |
|---|---|
| 1. Introduction to Application<br>(for Resubmission and Revision applications) | |
| **Research Plan Section** | |
| 2. Specific Aims | Specific_Aims.pdf |
| 3. Research Strategy* | Research_Plan.pdf |
| 4. Progress Report Publication List | |
| **Other Research Plan Section** | |
| 5. Vertebrate Animals | |
| 6. Select Agent Research | |
| 7. Multiple PD/PI Leadership Plan | MPI_Plan.pdf |
| 8. Consortium/Contractual Arrangements | Consortium.pdf |
| 9. Letters of Support | LOS_Final.pdf |
| 10. Resource Sharing Plan(s) | Resource_Sharing_Plan.pdf |
| 11. Authentication of Key Biological and/or Chemical Resources | |
| **Appendix** | |
| 12. Appendix | Appendix_research_orientation_scale.pdf |

Tracking Number: GRANT13391384                    Funding Opportunity Number: RFA-MD-21-008. Received Date:
2021-06-11T15:09:03.000-04:00

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

**The University of California San Francisco (UCSF) Research Coordinating Center (RCC) to Reduce Disparities in Multiple Chronic Diseases (RD-MCD)** collaboration proposes to leverage UCSF's significant expertise and existing capacity in <u>data and technical assistance coordinating centers</u>, <u>disparities research</u>, <u>implementation science</u>, <u>community-engaged research</u>, and <u>intervention and clinical trials design and evaluation</u> focusing on <u>underserved and vulnerable populations with chronic and comorbid conditions</u> to rapidly implement a nationwide RCC to support NIMHD's P50 MCD centers' objectives and create a vibrant multiple-chronic diseases disparities research consortium and educational development network.

UCSF has significant research experience in **successfully fielding community-engaged research, prevention, treatment, and management of individual and multiple chronic diseases in African American, Latino/Hispanic, Native American & Alaska Native, Asian, and Pacific Islander Communities, Sexual and Gender Minorities, and persons experiencing homelessness** - collaborating with affected communities and demonstrating significant expertise and best practices available within the proposed RCC[1-29].

UCSF brings to the RCC **significant experience and capacity in data coordinating and technical assistance (TA) centers operations and development** - leading federal nationwide and global centers collecting, integrating, curating, and sharing data across wide ranges of grantees, geographies (countries, states, cities), project types, and populations – totaling 564,151 people with >1 billion records. The RCC will build upon the UCSF Bakar Computational Health Sciences Institute's biomedical informatics research expertise in building platforms and tools to integrate, harmonize, curate, and share common data elements.[30-36]

The RCC's goals include: **promoting and utilizing implementation science (ImS), NIMHD's Minority Health and Health Disparities Research Framework[37], and transdisciplinary approaches to maximize the impact of the RD-MCD initiative across individual P50 MCD Centers** and assess intervention and community partnership sustainability.

**Explicit in the RCC's design and approaches is a nimble, flexible approach** to quickly adapt to changing contexts of research implementation (e.g. COVID-19)[38] and community needs using proven tools including Rapid Assessment Response and Evaluation (RARE) and plan-do-study-act (PDSA) approaches[39-43].

To accelerate and optimize community-engaged research and health systems integration, the **RCC RD-MCD incorporates a distinguished, experienced transdisciplinary Technical Assistance (TA) team of nationwide thought leaders and experts** representing a broad spectrum of significant chronic diseases and disparities research in community partnership with vulnerable populations.

**Specific Aims and Objectives of the RCC:**
1) **Develop the NIMHD RD-MCD Research Consortium and its Oversight Mechanisms**: through the <u>Organizational and Management Unit</u>'s convening, secure communication, internal and external resource sharing, standardization, progress, site, and study monitoring, and dissemination functions via a 508-compliant consortium website in cooperation with program officials, representative Steering Committee, and networked Community Advisory Boards, and an independent Data and Safety Monitoring Board (DSMB).
2) **Implement RD-MCD Consortium-wide Common Data Element Development, Collection, Integration, Curation, Analysis, and Sharing** using existing well-developed national data coordinating and collection center resources and expertise forming a <u>Research Coordination & Data Management (RCDM) Unit</u> providing a secure and accessible data warehouse hub for RD-MCD Consortium data, and technical assistance and guidance on: implementing multiple data standards and cross-study instruments including PhenX toolkit collections (e.g. Social Determinants of Health (SDOH)); study design, human subjects considerations, and statistical analysis methods; data sharing; and up-to-date RD-MCD information, tools, and resources via secured investigator-facing and community-facing website resource pages.
3) **Establish a Multiple Chronic Diseases Disparities (MCD) Research Educational Development Network**: facilitated by the <u>Skills Development Unit</u> combining scientific, networking, and skills building expertise within the RCC and across the P50 MCD research consortium to implement and maintain diverse development opportunities for academic researchers, minority-serving institutions, health workers, and other community partners.  The RCC will deliver and coordinate: a) monthly webinars on chronic diseases, the NIMHD research framework, ImS and other topics, b) a yearly skills development workshop at the annual consortium meeting, c) linkages to mentors across the MCD consortium and the NIH National Research Mentoring Network, and d) tracking the impact of the RCC and Center's development activities.
4) **Facilitate and Monitor Vibrant Community-Engaged Research** among NIMHD RD-MCD P50 Research Consortium members and community partners through a <u>Community Engagement (CE) Unit</u> providing access to underserved/vulnerable population-specific Technical Assistance (TA) teams, structural and organizational support for a Community of Practice, and collaborative Scientific Working Groups.

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

## RESEARCH STRATEGY

**Significance** – *Strategies & Objectives*

**The challenge of health disparities in multiple chronic diseases compels us to develop and deliver new understandings and intervention approaches for chronic disease prevention, testing, diagnosis, and linkage to care, and treatment for affected communities.** *We propose to adapt successful disparities research and intervention response approaches of <u>Community-Engaged Research</u>, <u>Implementation Science (ImS)</u>, and a <u>Rapid Response Strategy</u> to develop, implement, and support a consortium of NIMHD chronic disease disparities reduction research centers. These approaches inform the structure and activities of the Research Coordinating Center (RCC) to Reduce Disparities in Multiple Chronic Diseases (RD-MCD).*

**UCSF and its ongoing partnerships with diverse communities have demonstrated leadership in community-engaged research and novel multilevel approaches to disparities reduction**[1-29, 44-47]**. These existing collaborations provide a significant opportunity and capacity to leverage resources, approaches, and expertise to the national multiple chronic disease epidemic.** The RCC will draw upon the UCSF team's existing capacity and leadership in community-engaged research, chronic diseases epidemiology, diagnostics, large-scale data collection and coordination, disparities and vulnerable populations health research, nationwide technical assistance delivery, implementation science, health workforce development, and rapid response methodologies. Leveraging our existing capacities, the RCC will provide a national resource for technical assistance and up-to-date information sharing to RD-MCD investigators, develop a multiple chronic diseases research grantees and affected communities research Consortium, and provide infrastructure for cross-consortium data collection, coordination, sharing, and program evaluation.

**Significant disparities in multiple chronic diseases prevention, diagnosis, management, and health outcomes exist within intersecting racial, cultural, economic, and social contexts and we have learned from other health conditions that comprehensive and culturally informed approaches are required to effectively reduce these disparities**[48, 49]**.** Community-Engaged (CE) research is critical for identifying and developing comprehensive, culturally informed approaches. *The RCC will actively promote the utilization of CE research and strengthen community-partnerships through: 1) Direct technical assistance in CE research and cultural adaptation, 2) Webinars on best practices in disparities reduction research and intervention, 3) Facilitation of vulnerable population and chronic disease specific virtual working groups, 4) Linking and strengthening a network of Community Advisory Boards (CABs) for multiple chronic diseases disparities through a UCSF CAB led hub-and-spoke networked-CAB model.*

**To maximize the impact of the RD-MCD initiative's research to reduce disparities in multiple chronic diseases associated morbidity and mortality incorporating implementation science and transdisciplinary approaches are essential**. Lessons learned from the prior health disparities research impel us to expand our response to include the larger prevention and treatment continuum contexts proceeding from disease screening to include linkage-to-care, care and treatment engagement, patient and system level health outcomes (with a focus on disparities measurement) and to address integral issues such as housing, stigma, mental health, substance use, structural issues of health care access, institutional racism, policy, sustainability, and workforce development. *To effectively address this myriad of issues, the RCC will utilize and promote strategies and approaches informed by Implementation Science (ImS) and the NIMHD Research Framework incorporating transdisciplinary approaches. Our approach will be guided by the Consolidated Framework for Implementation Research (CFIR), Proctor's taxonomy of implementation outcomes, the RE-AIM framework, and will include measures of sustainability, equity, and work-force development.*

**In the context of a complex and evolving research environment, a flexible rapid-response strategy is critical to quickly adapt to the changing resources, technologies, epidemiology, and the contexts of affected communities.** The RCC will utilize and promote the established and proven approaches of *Rapid Assessment, Response, and Evaluation (RARE)*[43]*, Rapid Response Teams (RRT)*[42, 50]*, and Rapid Cycles (PDSA)*[51, 52] *to form a collective Rapid Response Strategy.* This strategy can accelerate innovative disparities reduction research, identify effective interventions and respond to changing technologies and community needs. The RCC will also incorporate specific preparedness planning into its scientific coordination, technical assistance, and Consortium strategic planning activities to accommodate changing communities' priorities and ongoing COVID-19 alterations in health care delivery and research implementation and safety.

**Addressing the challenges of multiple chronic disease research coordination requiring collaboration across different geographic locations and institutions, scientific disciplines, cultural contexts,**

**resource levels, healthcare systems, and political and policy environments require evidence-based approaches that can be rapidly implemented and evaluated.** *To implement the RCC we will follow the National Academy of Sciences National Research Council's evidence-based recommendations for "Enhancing the Effectiveness of Team Science"[53] including guidelines for supporting virtual collaboration. We will specifically create with input from all key stakeholders - including affected communities - a 10 component Comprehensive Collaboration Plan as recommended by the Subcommittee on Team Science of the Networking and Information Technology Research and Development (NITRD) Program of the President's Office of Science and Technology Policy (OSTP) and detailed in Hall's 2019 "Strategies for Team Science Success: Handbook of Evidence-based Principles for Cross-disciplinary Science and Practical Lessons Learned from Health Researchers"[54].*

**Resources to resolve any problems and limitations of individual research projects will be available within the RCC and through facilitated access to the larger NIMHD RD-MCD Research Consortium.** Key lessons learned from our prior 20 years of experience with coordinating community-based interventions, and provision of technical assistance guided us in identifying high-priority/high-frequency needs of funded projects and grantees across multiple functional domain problems. Chief among the challenges are organizational pre-paredness, heterogeneous data capacity, insufficient community-engagement, regulatory and policy environ-ment limitations, logistical "re-inventing the wheel", ethical and health data privacy dilemmas, staff turn-over, and institutional hiring freezes. *The RCC has incorporated multiple modalities and resources to help resolve these likely issues including: Direct Technical Assistance from a 20+ person team of relevant experts across functional and scientific areas, best practices & standard operating procedure (SOP) sharing from experts and parallel consortium members via webinars and working groups, CAB creation and integration support, IRB expertise support, statistical and big data consultation support, and access to relevant national datasets.*

### INNOVATION
This Research Coordinating Center (RCC) will incorporate four significant innovations in its approach and methods to support the goals of the NIMHD reducing disparities in Multiple Chronic Diseases (MCD) program including: 1) **Use of Social Network Analysis of MCD Centers to assess transdisciplinary collaboration** and trainee networking, 2) Exploring **collaborative data sharing with the NIH's All of Us Research Program's** new Research Workbench, 3) use of **new Networked CAB (N-CAB) model**, and 4) Adoption of the **latest strategies for fostering team science**.

1) **Use of Social Network Analysis of MCD Centers to assess transdisciplinary collaboration and trainee networking**: Increasingly, transdisciplinary research involving multiple investigator teams and centers of research is being implemented in disparities research, however measurement of transdisciplinary collaboration and success has been rarely evaluated. We will use a social network analysis (SNA) approach to identify transdisciplinary links between investigators from different disciplines and within and among MCD P50 centers at baseline and longitudinally in response the MCD program and RCC coordinating activities. Likewise, we will employ SNA to examine links with early-career development trainees.

2) **Collaborative data sharing with the NIH's All of Us Research Program's new Research Workbench**: As part of the RCC's mandate to collect and share deidentified data comprising a minimum set of common data elements from the NIMHD-funded MCD Centers we will both create our own data warehouse and explore with NIMHD and the MCD Centers the possibilities of additional sharing of common MCD program and other data with the NIH's new *All of Us* Research Program's Research Workbench (now in beta-testing) to expand the reach and utility of the program's data. *All of Us* Research Program seeks to recruit persons in demographic categories that have been and continue to be underrepresented in biomedical research and is dedicated to data sharing with researchers and affected communities[55].

3) **Implementation of a new Network-Community Advisory Board Model**: We will use a new Network Community Advisory Board (N-CAB) model that is essentially a "CAB-of-CABs" wherein local community inputs are gathered through a representative from each of the MCD Center associated CABs who participates in the Consortium level Networked-CAB. The long-term UCSF CAB members will participate in training of the of local MCD Center CAB members and in supporting the Networked-CAB operations.

4) **Adoption of the latest strategies for fostering team science**: We have incorporated into the RCC recent best-practices recommendations for research collaboration development from the President's Office of Science and Technology Policy (OSTP) reported in Hall's 2019 "Strategies for Team Science Success" including the structured Collaboration Planning Approach and Rolland's "Designing and Developing Coordinating Centers as Infrastructure to Support Team Science"[56].

## Approach

***Overview of the structure of the* Research Coordination Center (RCC)***:** The structure of the RCC is based on our collaboration's 30+ years of experience in successfully leading and managing multi-disciplinary centers and diverse research consortia. The Center's leadership and activities will be organized as a Center Leadership and Coordination Team overseeing four primary Units that are aligned with the Specific Research Objectives as identified by RFA-MD-21-008 and will receive internal, external, community, and NIH guidance and monitoring from existing and to be established committees and boards and coordinate with national resources (see Figure 1).

**Figure 1. Organizational Structure of the Research Coordination Center (RCC)**



## RCC's Expertise, Experience, and Capacity in Administration of Complex Research Consortia, Disparities Research, and Community Engagement

**Research Consortia**: Critical to the success of the RCC is the ability to assemble, lead, coordinate, and facilitate diverse groups of investigators and projects, including multi-site data collection. The UCSF RD-MCD Collaboration has experience with over 15 national centers bringing together scientists engaged in research projects aimed at a common public health goal (Table 1). Directly applicable to the objectives of the RCC RD-MCD is our Collaboration's experience with multiple HRSA Special Projects of National Significance (SPNS)[57] with underserved and vulnerable populations where UCSF was the data coordination, evaluation, and Technical Assistance (TA) center[20, 24, 58-62] for community-engaged research in HIV testing, engagement in care, and prevention. In addition, we lead the NIDCR Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children and Center to Address Disparities in Children's Oral Health;[6, 35, 36, 63, 64]

Facilitating information sharing across the RD-MCD Research Consortium will be a combined secure internal facing and external facing (open to the community) online central website developed in partnership and maintained by the Center for HIV Information (see chi.ucsf.edu). The RD-MCD website will be jump-started by leveraging the resources of the current TargetHIV website TargetHIV.org - which is funded by the US Department of Health and Human Services (HIV/AIDS Bureau) and serves as a central home for TA, a one-stop shop for accessing tools, training materials, manuals, and guidelines for those working at all levels of the US public health system to support people with HIV. The structure of the website includes information channels for researchers, administrators, care providers, data managers, case managers, patient navigators, planning bodies, and HRSA staff, but also extends to others, such as consumers in search of services, community-based organizations, and the general public. The existing TargetHIV site will be a template for rapidly scaling the RD-MCD information sharing portal which will have its own RD-MCD domain URL. Moreover, meta-data on research studies including clinical trials will be collected, catalogued, and summarized in reports[65].

Contact PD/PI: Charlebois, Edwin

**Table 1. Prior Multi-Site Data, Coordinating, Technical Assistance, and Evaluation Center Experience**

| Coordinating Center / Project | Sites | Participants | Investigators |
|---|---|---|---|
| NIH PEPFAR SEARCH HIV Test & Treat Trial | 2 Countries 120 Clinics | 334,512 | Charlebois (Vice-Chair, Data Core Dir.) |
| HRSA SPNS Systems Linkages and Access to Care – Data Coordinating, Evaluation, & Technical Assistance Center | 6 States | 68,636 | Charlebois (Cross-Site Data Lead) |
| NIDCR Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children | 4 trials, 44 sites | 2,442 | Gansky, Cheng, Spetz |
| NIDCR Center to Address Disparities in Children's Oral Health – Measurement & Evaluation Core | 8 studies 81 sites | 6,513 | Gansky |
| NIDCR Center to Address Disparities in Children's Oral Health – Data Coordinating Center | 4 trials 81 sites | 3,634 | Gansky, Cheng |
| NIDA Reimbursement & Intensity of Dentists' Training on Tobacco Use Cessation | 3 states 265 practices | 22,085 | Gansky |
| NIMHD Reducing Oral Health Disparities in Children: Assessing the Multilevel Impact of a Standardized Preventive Dental Care System | 1679 providers | 91,495 | Cheng, Gansky |
| NLM & NCRR Consortium of Oral Health Research and Informatics (COHRI): BigMouth | 10 institutions | >3 million | Yansane |
| HRSA AIDS Education and Training Center's – National Evaluation Center | 11 regions, 130 sites | ~300 | Charlebois |
| HRSA SPNS Transgender Women of Color | 9 | 861 | Rebchook |
| HRSA SPNS Capacity Building for Program Innovative Program Replication (CBA) | 4 jurisdictions | accrual | Rebchook |
| CDC RAPID-VL: Optimizing HIV Viral Load Monitoring for High Risk Populations | 20 Clinics | 1,600 | Charlebois |
| NIAID Program for Resistance, Immunology, Surveillance & Modeling of Malaria | 3 sub counties | 1,421 | Charlebois (Data Core) |
| NICHD Promote-II Novel Strategies to Prevent Malaria & Improve Maternal-Child Health in Africa | 1 District, 10 sites | 1,582 | Charlebois (Data Core) |
| NICHD Promote Novel Strategies to Prevent Malaria & Improve Maternal-Child Health in Africa | 1 District, 10 sites | 986 | Charlebois (Data Core) |

***Disparities Research***: The UCSF RCC has significant expertise in community-based health research including chronic disease underserved and vulnerable populations experiencing health disparities: Alzheimer's disease and related dementia, cancer, cardiovascular disease, diabetes, chronic kidney disease, liver disease, mental health, musculoskeletal and immunological disorders, obesity, oral diseases, and comorbidities (see biosketches). With community engagement and implementation science strategies, UCSF investigators have successfully assessed multilevel community-based chronic health disparity interventions in Hispanic/Latino, African-American, Native American, people experiencing homelessness, and socioeconomically disadvantaged persons representing significant expertise and opportunities for best practices sharing through the RCC to Research Consortium partners.[1-29, 44-47] (NB: This proposal uses terminology in the RFA and US Census, such as Hispanic/Latino, instead of Latinx or other terms. In general, the RCC will use terms that the participants and CABs prefer for themselves for the website, reports, etc.) For example, UCSF investigators published a multilevel multifactorial socio-ecologic framework of children's oral health disparities[66] and are well-poised to assist P50s operationalize NIMHD's health disparities research framework. Working with partners in San Francisco Chinatown and Mission District, UCSF researchers demonstrated efficacy of an inexpensive, low-tech chronic disease preventive intervention[67] as well as performed ImS to disseminate findings in community clinics[68] providing evidence which led to state Medicaid programs changing their reimbursements. Working with community partners, UCSF investigators have developed, tested, and disseminated innovative behavioral approaches to foster health literacy through active learning for diabetes prevention[69].

***Community Engagement***: Our UCSF RD-MCD Collaboration includes national and global thought leaders and experts in community engagement and disparities research with significant experience in the administration of community engagement units and Community Advisory Boards (30+ years of CAPS Community Engagement Core, 15+ years for the Helen Diller Family Comprehensive Cancer Center) and providing technical assistance in community-engaged research (see biosketches and Tables 1 & 3). Investigators in the Cancer Center, including co-investigators on this award serve on health equity taskforces for national academic societies (see Biosketches) and are pioneering novel research approaches to understand the mechanistic links between multiple chronic disease disparities and the social environment; leading the discourse on the effects of the social determinants of health and the built environment on MCD outcomes (see Biosketches). UCSF also has a strong track record of translating community based participatory research to health policy that addresses population level disparities in multiple chronic disease.

We are partnering with AIDS United (AU), a minority-owned organization of unmatched nationwide experience working with community-based organizations (CBOs) and facilitating meaningful involvement of people from underserved and vulnerable populations. AU has supported community-driven responses to the HIV epidemic around the country that reach the nation's most disproportionately affected populations, including gay and bisexual men, communities of color, women, people living in the Deep South and people living with HIV/AIDS. The RCC will leverage AU experience to collect un-heard community voices, assist in CBO TA, and utilize its

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BF62AE9B-AD4E-849A-8049-4869D5C5014D

significant experience in hosting and managing the logistics of national scientific meetings in the Washington DC/Bethesda MD areas.

## ORGANIZATIONAL & MANAGEMENT UNIT

**Leadership and Unit Structure:** To coordinate across multiple RD-MCD research objectives, program management, and the Center's four Units (Organization & Management, Research Skills Development, Community Engagement, Data) the RCC will be convene a number of groups and meetings. The overall structure will be overseen by Drs. Charlebois, Gansky, and Rhoads. Collectively, the leadership team has over 30+ years of experience leading national coordinating, technical assistance, and evaluation centers with underserved and vulnerable populations.

| Table 2. Administrative Teams | | | |
|---|---|---|---|
| **Group** | **Membership** | **Function** | **Meeting Frequency** |
| **Leadership and Coordination Team** | Drs. Charlebois, Gansky, Rhoads (Directors), Program Manager Science Coordinator, Communications Coordinator | Responsible for the scientific direction, programmatic communication, allocation and review of resource utilization across all research objectives | MWF first 6 months, then 2 times /week |
| **Unit Directors Committee** | Unit Directors, Associate-Directors Unit Managers, N-CAB chair | Coordinate the activities of the RCC, communicate progress, challenges, opportunities for increased efficiencies, real-time progress and monitoring | Weekly first 6 months, then every other week |
| **Unit Meetings (internal)** | Unit Directors, Associate-Director, Manager | Day-to-day operations | Weekly meetings |
| **Steering Committee** | NIH, RCC Directors, N-CAB chair, select RD-MCD grantees | Communicate and strategize the operations of the RCC and its integration with RD-MCD initiative | Monthly Annual in-person meeting |
| **External Advisory Board** | Key stakeholder members RCC Directors | Provide feedback to the RCC and program on the progress and impact of the Center's operations | RCC inception, then Annually |
| **DSMB** | External DSMB members Drs. Charlebois, Gansky | Monitor the security and progress of data collection operations, integration, sharing plans. Monitor the safety and progress of RD-MCD funded projects. | 2nd Qtr at RCC inception Bi-annual meetings |
| **Networked-CAB** | Representative members from RD-MCD grantee community partner CABs | Identify and communicate community issues and integrate meaningful participation at all levels | Monthly |

**Meeting Support and Secure Communication:** The RCC will support various scientific and administrative meetings through a combination of technological and personnel resources facilitating: 1) Video Conferencing using the Zoom platform, 2) Teleconferencing using ReadyTalk, 3) Website Consortium information and secure file sharing managed by the Center for HIV Information, 4) Consortium Work-Group electronic collaboration & communication using HIPAA compliant Slack Team Channel tools (slack.com), 5) Monthly Consortium Video conferences via Zoom with Best Practices Sharing sessions from Technical Assistance team experts, and 6) Annual Consortium Research in-person meeting at NIH facilities at Bethesda, MD facilitated by AIDS United (experienced in running large meetings in DC area) or as a Virtual meeting if required. The RCC will also have staffing available to support meeting organization and scheduling including a Communications Coordinator and a full-time Virtual Meeting Scheduler.

**Steering Committee & External Advisory Board:** The RCC Leadership in consultation with NIH program staff will assemble a Steering Committee and independent External Advisory Board to provide guidance to the RCC and RD-MCD Research Consortium Activities. Membership in the Steering Committee will be targeted to include RD-MCD grantees representing the diversity of populations and project types/interventions funded and key program officials. The Steering Committee will virtually meet monthly and hold and annual face to face meeting, conditions permitting, in Bethesda, MD. The External Advisory Board will be an independent body of key stakeholders and past and current Data Center Directors providing feedback to the RCC and program on the progress and impact of the Center's operations. The External Advisory Board will meet in the first quarter of the RCC's inception and at the end of each study year for review and suggestions.

**Data and Safety Monitoring Board (DSMB):** The RCC Leadership in consultation with NIH program will assemble a DSMB to monitor the progress of data collection operations, integration of disparate datasets and data types, data sharing plans and operations, and security and safety of the consortium's collected data. Drs. Charlebois, Cheng, and Gansky, have extensive experience convening and running DSMBs and will guide the formation of the DSMB, drafting the charter, and insuring representation of relevant disciplines and affected populations including issues of data ownership and sovereignty of Tribal Nations. The RCC DSMB will meet in the second quarter of the RCC's inception and hold biannual meetings (alternating sets of ~4-5 of the 8-9 centers' clinical trials, which we estimate as 14 in this application). The RCC will provide a common template for MCD P50 trials to generate DSMB reports. The RCC will quality assess trials' DSMB reports and securely distribute to the DSMB at least 2 weeks before each meeting; the DSMB will submit written recommendations to the NIH.

Contact PD/PI: Charlebois, Edwin

**Network-Community Advisory Board (N-CAB):** With the RCC Community-Engagement Core, the UCSF, Cancer Center and CAPS CABs, we will implement a novel representative Network-CAB (N-CAB) using a hub-and-spoke model to develop a representative board from RD-MCD grantee community partner CABs. Representative CAB members will be selected to sample the diversity of populations and project types/interventions within the RD-MCD Consortium. The N-CAB will also be fortified by including affected community members with less or no representation in funded projects. The N-CAB will meet monthly for the duration of the project and the N-CAB chair will participate in the Steering Committee and the Core Directors meetings.

**Technical Assistance (TA):** The RCC will have a transdisciplinary TA Team assembled from the UCSF RCC Co-Investigators and staff covering the required breadth of expertise in chronic diseases areas, disparities populations, and scientific disciplines (see Table 3):

TA Team members will provide direct expertise to grantees as indicated by a Rapid Assessment & Response needs assessment, and requests through the RD-MCD website or via email. Multiple modalities will be employed including video conferencing, teleconferencing, email consultation, searching the RCC Slack knowledge base, and where permitted site visits.

**Comprehensive Collaboration Plan:** The RCC will utilize an overall strategy of Team Science approache to address the aims of the RCC (see significance section). To establish a shared vision among the Research Consortium members we will develop a Comprehensive Collaboration Plan[54] summarizing the ways the RCC and the Consortium will build the foundation for,

**Table 3. Technical Assistance Expertise & Experts**

| Chronic Disease Areas | Experts |
|---|---|
| Alzheimer's & Other Dementias | Park, Rhoads |
| Arthritis | Gansky |
| Asthma | Cheng, Neilands, |
| Cancer | Rhoads, Gomez, Potter, Khalili, Semere |
| Chronic Kidney Disease | Ku, Charlebois |
| Chronic Liver Disease | Khalili |
| Chronic Lung Disease | Neilands |
| Chronic Pain | Gansky, Yansane |
| Depression & Other Mental Illness | Mangurian, Neilands |
| Diabetes | Schillinger, Potter, Semere, |
| Heart Disease and Stroke | Fontil, Schillinger |
| HIV/AIDS | Charlebois, Rebchook, Brown, Neilands |
| Hypertension | Fontil, Ku, Charlebois, Ku, Potter, Gansky |
| Obesity | Schillinger, Cheng, Gomez |
| Oral Health | Gansky, Banava, Cheng, Spetz, Yansane |
| Substance Abuse, and Addiction Disorders | Brown, Khalili, Spetz, Rebchook, Cheng, Gansky |
| **Disparities Populations** | |
| Blacks/African Americans | Rhoads, Brown, Fontil, Semere |
| Hispanics/Latinos | Schillinger, Mangurian, Gansky, Gomez |
| Asian Americans | Park, Gomez, Khalili, Gansky |
| Native Hawaiians and other Pacific Islanders | Gomez, Park |
| Incarcerated Persons | Neilands, Spetz |
| Persons Experiencing Homelessness | Mangurian, Charlebois, Khalili |
| Sexual and Gender Minorities | Brown, Rebchook, Charlebois |
| Socioeconomically Disadvantaged Populations | Rhoads, Ku, Gomez, Gansky, Khalili |
| Tribal Nations | Gansky |
| Underserved Rural Populations | Gomez, Gansky, Charlebois |
| **Disciplines** | |
| Epidemiology | Charlebois, Gansky, Gomez |
| Biostatistics | Neilands, Cheng, Gansky, Yansane, Charlebois |
| Disparities Research | Rhoads, Schillinger, Gansky, Fontil, Cheng |
| Implementation Science | Fontil, Charlebois, Schillinger, Potter |
| Social Determinants of Health (SDOH) | Braveman, Gomez, Cheng, Gansky |
| Medical Informatics | Brown, Semere, Yansane |
| Educational Development | Khalili, Mangurian, Charlebois, Neilands, Gansky |
| Workforce Development | Spetz |
| Health Policy | Spetz, Rhoads, Potter, Schillinger, Charlebois, Gansky |
| Human Subjects Research & DSMBs | Charlebois, Gansky |
| Health Services Research | Rhoads, Braveman, Mangurian, Spetz, Yasane |

and support, effective collaboration across the lifespan of this team science initiative focusing on the ten key influences of: 1) Rationale for Team Approach & Configuration, 2) Collaboration Readiness, 3) Technological Readiness, 4) Team Functioning, 5) Communication & Coordination, 6) Leadership Management, & Administration, 7) Conflict Prevention & Management, 8) Training, 9) Quality Improvement Activities, and 10) Budget & resource Allocation. We will make use of team collaboration agreements to ensure strong team engagement and coordination across all partners and continuously reassess key factors to respond to change.

**Rapid Assessment and Response:** In the first quarter of the RCC operation we will engage in a Rapid Assessment and Response[43] needs assessment with each RD-MCD P50 grantee center to identify: 1) opportunities for expertise and resource sharing with other grantees, 2) local CAB resources, and 3) information covering the ten influence domains needed for the Comprehensive Collaboration Plan. Our RCC has significant experience in the Rapid Assessment process and in response to the needs assessment we will provide direct linkage to TA Team members to provide additional expertise identified in the assessment and incorporate the grantee team's information, perspectives, and needs into the Comprehensive Collaboration Plan. In addition, RCC team members will perform a rapid grantee Proposal and Protocol Review and add abstracted information into a summary database for the RD-MCD Consortium Website and archive the materials to a protected web archive (Project restricted & RCC access only).

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

**Progress Monitoring and Online Dashboards:** The RCC will actively monitor progress of individual RD-MCD funded research projects, development activities, and the Consortium as a whole. Monitoring will include: (i) progress towards NIHMD agreed upon milestones (e.g., protocol finalization, IRB approvals, CAB formation and meeting, participant accrual, Screening/Enrollment/Follow-up), (ii) selected process measures specific to projects, (iii) measures of study productivity, and (iv) quality assurance of collected data, (v) trainee progress and productivity. These data will be displayed numerically and visually via project specific online dashboards made available to NIH, the RD-MCD Governance Committee, and the Steering Committee. The dashboard will be hosted in a credentials secured section of the RD-MCD website. Our RCC has significant experience in the development of these Dashboards using Shiny and are actively using them in multiple projects.

**Overall Evaluation Plan**: Based on our experience with the implementation science frameworks noted above, we will develop a RD-MCD Consortium logic model and program evaluation plan accounting for benchmarks and objectives associated with each Unit's activities and the overall functioning of the RCC. Benchmarks and metrics for the evaluation will include those for individual projects described above with additional metrics for program-wide inputs, progress, output, and impact on multiple chronic diseases health outcomes for underserved and vulnerable populations with a focus on disparities reduction. Tracking of progress and success will be continuous throughout the RCC RD-MCD project and we will develop online interactive summaries for this ongoing evaluation.  The logic model to assess the Consortium's function is aligned with the RD-MCD program goals and the research objectives and will include:  1) Resources/Inputs, 2) Consortium Organizing Activities, 3) Community Engagement, 4) Consortium Scientific Activities and Engagement, 5) Consortium Scientific Outputs, 6) Outcomes, and 7) Impact.

**Social Network Analysis of MCD Centers to Assess Transdisciplinary Collaboration**: We will use social network analysis (SNA) to identify transdisciplinary links between investigators from different disciplines within and among MCD centers at baseline and longitudinally in response the MCD program and RCC coordinating activities[70].  At initiation and in years 2 and 5 of the MCD Consortium the RCC will conduct an on-line survey of key personnel in each of the MCD centers collecting demographics and background and the Research Orientation Scale[71] (10-items assessing the uni-disciplinary or cross-disciplinary proclivity of the investigators' values and attitudes toward research). Collaborative ties (6-types: study/grant, co-authored publication, co-authored presentation, mentoring or training, committee/working group, and other) within and across the MCD Consortium and Community Partners will be assessed using a pre-defined list of all of MCD consortium investigators (MCD center key personnel) and Community Partner organization name and key personnel.  We will assess measures of network ties, centrality, bridging, and reciprocity overall and by transdisciplinary tie status and collaboration type.  We will describe network characteristics at baseline, years 2 & 5 and test for significant changes over time.  To analyze relationships between ROS transdisciplinary orientation measures, MCD center and investigator characteristics, and changes over time we will employ a mixture of multivariate mixed effects regression (allowing for center level effects and clustering), quadratic assignment procedure (QAP)[72, 73], and Exponential Random Effects Graph Models (EGRM)[74].  Dr. Charlebois has experience in Social Network Analysis and will lead these analyses[75-77].

### *RESEARCH COORDINATION & DATA MANAGEMENT (RCDM) UNIT*

**Objectives**. The RCDM Unit will draw upon its decades of experience to provide secure, state-of-the-art common data element collection, data integration, data harmonization, curation, and data sharing tools to the RD-MCD Research Consortium projects.

**Core Structure, Organization, and Leadership**. The RCDM Unit team has thorough expertise and experience in data coordinating, collection, integration, data harmonization, curation, and sharing. RCDM Unit Director Dr. Gansky, who has directed NIH coordinating centers and cores supporting health disparities research consortia for 20 years, and Associate-Director Dr. Brown, who directs the Bakar Computational Health Sciences Institute's Diversity, Equity, and Inclusion Initiative are well-qualified to lead the Unit. The RDCM Unit includes Drs. Cheng, Semere and Yansane as experienced biostatisticians / bioinformaticians who have published methodologies such as analytic methods for health disparity research designs (e.g. propensity score matched interrupted time series[78], health information technology and clinical decision support system designs, waitlist designs[79, 80], cluster randomized trials[81-87]; and adherence-mediated trials [88, 89]) and methods for mhealth data integration, scale scoring, and text analytics as well as applied those methods in real-world studies[79, 80, 90, 91]. Moreover, the Core includes Drs. Brown, and Semere who have developed informatics tools for data integration using established data models, data standards, and data vocabularies[92, 93].  With many

currently supported studies ramping down, the RCDM Unit has staffing and toolkit capacity to pivot to support RD-MCD consortium projects.

***The RCC team will foster collaboration in the RD-MCD consortium via secure data transfer, management, harmonization, usage, and access***. Depending on P50 electronic data capture systems, the RCC RCDM Unit will deploy one of UCSF's several secure data collection platforms tailored to integrate data formats / standards from the P50 centers' data collection systems. RCC co-investigators and staff members will apply their experience collecting and managing qualitative, observational, clinical trial, EHR, and CMS (Medicaid/ Medicare) data. RCDM Unit leaders will supervise the staff, monitoring common data element completeness and data quality with out-of-range, logical checks, and error detection algorithms as well as reports to ensure RD-MCD projects are reporting data with fidelity to their study protocols. RD-MCD project teams will be registered as UCSF Affiliates to access doubly authenticated secure resources.

***The RCC RCDM Unit will establish a secure, centralized, user-friendly data warehouse for RD-MCD that can accept individual participant data including unique participant (pseudo)study IDs but does not contain personal identifiers***. The data resource will be designed to promote and leverage standardizing data collection by identifying common data elements (CDEs) as agreed in the RD-MCD consortium including social determinants of health (SDOH) to be collected in the RD-MCD consortium; prepare and release data sets for consortia and public use in consultation with the RCC Steering Committee as per determined timelines and milestones. The RCC could facilitate a P50 linking its data to national initiatives, such as *All of Us* for analysis with its newly released Workbench. (For example, the RCC could transfer data using the same OMOP data standard to *All of Us*; then the P50 could provide the key to *All of Us* to link individuals.)

***The RCC RCDM Unit will build a harmonized hub-and-spoke data management model (i.e., RCC hub) that serves as a repository for consolidated RD-MCD Research Consortium common data elements (i.e., RD-MCD spokes)***. The RCDM Unit data collection platform will be comprised of deidentified data in the RCC hub combined in the larger NIH data integration model with unique (pseudo)study ID numbers for participants.  Individual RD-MCD projects (spokes) will keep personal identifying information (PII) along with keys linking (pseudo)study ID numbers of their participants for longitudinal studies; data use agreements will include text that the RCC will never be sent PII or keys. This will ensure that privacy and ownership issues such as those of tribal communities in sovereign nations are respected and preserved.

***The RCC team will support and maintain a secure web-based platform for RD-MCD projects and community partners to access current RD-MCD data collection tools, resources, and materials; portions will be secure, internal resources for the research consortium, while others will be public***. Slack will be the communication tool used to efficiently keep RD-MCD research consortium teams engaged to foster projects adopting appropriate data collection and integration tools.

***The RCC RCDM team will integrate different streams of data, potentially including contextual, geographical, environmental, and social determinants of health, with administrative data*** (e.g., EHR and claims data). ***The RCC will lead working groups to collaboratively develop and reach consensus about research consortium core common data elements (CDEs).*** The RCC team will build on its past experiences leading such efforts.[35] The working groups will also develop sets of optional CDEs. Working groups will be based on domains (e.g.SDOH, quality of life); the DREAM lab and UCSF HealthAtlas under Dr. Gomez' guidance may be potential geographic and place-based data sources for RD-MCD centers. CDEs, data dictionaries, meta-data, and thorough documentation will support data sharing, cross-project analyses, and data re-use as the RCC team has shown in the past NIH consortia.[6, 36, 63, 64] To the extent possible, P50 Centers will be encouraged to use a data standard when designing their electronic data collection (EDC) systems to facilitate RCC RCDM's integration.  However, as P50s likely already have significant investment (expertise, training, licenses) in specific EDC and clinical trials management systems (e.g. REDCap[94], OnCore, custom SQL, Sawtooth), the RCDM will use recently developed tools[95-97] to assist with data model transformation; natural language processing will be used to facilitate mapping.

***RCC RCDM Unit will build on UCSF's contributions developing and using the Observational Medical Outcome Partnership (OMOP) Common Data Model (CDM)*** for health research ***and provide TA on federal health data standards including FHIR and USCDI.*** UCSF BCHSI faculty and staff have used the OMOP CDM[31, 32, 34, 98, 99] to map EHR fields to OMOP data to standardized observational data vocabularies [30] across the UCSF Health provider network, and further, across five University of California medical centers (Davis, Irvine, Los Angeles, San Diego, and San Francisco) and the national Veterans Health Administration (>150 medical centers) have been transformed into the OMOP CDM.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D

***The RCC RCDM Unit team will conduct quality assurance checks with RD-MCD research consortium studies.*** The RCDM Unit Core staff will apply data quality assurance range and logical checks as well as assessments of fidelity to data collection and protocols for the RD-MCD studies, including auditing sites. The RCDM Unit team has experience with Rho, Inc as a NIH site monitor for 8 community-based multilevel large prevention trials over the last 12 years; rather than merely using a standard pharmaceutical trial approach Rho's team has learned to work with community-engaged health disparity trials which may employ community members as staff or may occur with tribal communities; Rho can also perform monitoring activities remotely. The RCDM plans Site Initiation Visit, annual Interim Monitoring Visit (1 in-person and 2 remote), and Close-Out Visits.  Further details are provided in the budget justification.

***Along with the TA team, the RCC RCDM Unit will consult on harmonizing social determinants of health (SDOH) measures, quality of life measures, comorbidities, and chronic disease instruments on platforms such as the NIH-supported PhenX.*** Utilizing the combined expertise of the RCC TA team, including Dr. Braveman who was on the PhenX SDOH working group and with concurrence from RD-MCD Research Consortium projects, the RCC will submit survey instruments to RD-MCD and NIH shared libraries (where *All of Us* instruments are available).

## RESEARCH SKILLS DEVELOPMENT UNIT

**Overview and Objectives**: The Research Skill Development Unit will draw upon the significant leadership and resources available within the RCC in the areas of 1) educational development, 2) skills-building, 3) mentoring, 4) under-represented minority scholar development, 5) community partner training, 6) workshop organization, and 7) diverse research skills training.  The objective of the Research Skills Development Unit is to aid in the development and ongoing support of early-stage investigators with the ability to bridge research and practice with a focus on eliminating disparities in chronic diseases and conditions

**Leadership and Unit Structure:** The Research Skills Development Unit will be directed by Dr. Mandana Khalili with assistance from the Unit Associate Director Dr. Edwin Charlebois and Unit Manager Ms. Rochelle Blanco.  The Unit will be supported by Dr. Torsten Neilands and the members of the RCC Technical Assistance (TA) team.

**Unit Experience and Capacity:**

Dr. Mandana Khalili (Unit Director) is Co-Director of the UCSF Mentor Training Program (MTP), and has previously served as the Assistant Director of the Comprehensive Mentoring Program within the UCSF Clinical and Translational Science Institute (CTSI).  Dr. Khalili's training includes formal education in mentorship skills through both a Master's Degree in Clinical Research and certification from UCSF Translational Science Institute (CTSI)-Faculty Mentor Training Program and the NIH-sponsored National Research Mentoring Network (NRMN). Dr. Khalili has co-led the development and implementation of a comprehensive mentor training curriculum and lead formal training of faculty including those engaged in T32 and K award programs to become effective research mentors to better meet the needs of the young investigator trainees and junior faculty. Though a pilot award as a co-principal investigator from NRMN, she co-led the first conference on "Mentoring Across Differences" at UCSF, bringing together leaders and mentors locally and outside our institution to enhance research mentoring of young investigators from underrepresented groups. Dr. Khalili has experience in linking scholars to the NIH NRMN network.

Dr. Edwin Charlebois (Unit Associate Director) is the Director of the NIMH postdoctoral T32 Traineeship in AIDS Prevention Studies (TAPS) program which focuses on recruiting and training under-represented minority postdoctoral researchers, and Co-Director of the Methods/Biostatistics Core within the UCSF Center for AIDS Prevention Studies (CAPS).  Dr. Charlebois' training includes formal education in mentorship skills through the UCSF Mentor Development Training Program and Diversity, Equity, and Inclusion training. Dr. Charlebois is also the recipient of the UCSF AIDS Research Institute Award for Outstanding Teaching and Mentorship.  Dr. Charlebois provides formal training in NIH K-grant writing and provides NIH grant pre-review services to UCSF researchers and early-career faculty.

Dr. Torsten Neilands (Unit Faculty) is Director of the NIMH Training for Scientists Conducting Research to Reduce HIV/AIDS Health Disparities program at UCSF, and past Director of the NICHD Minority Populations Prevention Researcher Training programs at UCSF.  Dr. Neilands has been the PI of CAPS Visiting Professor (VP) program for two of three NIH R25 awards that fund the VP program which brings talented early-stage faculty, most of whom are from underrepresented minority groups, to UCSF for an intensive summer of grant writing, research capacity building, and peer reviews.

Ms. Rochelle Blanco (Unit Manager) is an Academic Program Management Officer in the UCSF Division of Prevention Sciences. Ms. Blanco has accumulated extensive experience running a postdoctoral research training program and managing a federally funded training grant, while also coordinating activities of the Development and Implementation Science Cores of the Center for AIDS Prevention Studies. Since 1994, she has served as Program Coordinator for the UCSF Traineeships in AIDS Prevention Studies (TAPS), a three-year postdoctoral fellowship program which has proven highly successful in recruiting talented MD and PhD scholars nationwide and training them for research careers in the prevention sciences.

### *Skill Development Unit Activities*

**Rapid-Assessment of MCD Center Expertise and Early-Career Trainee Needs:** In cooperation with the other RCC units, the Development Unit will engage in a rapid-assessment of MCD Center's available expertise, mentor competencies, and early-career trainee needs. This will include a focus on potential resources to be leveraged across the MCD consortium and included in the annual skills development workshop. The rapid assessment will be carried out through a combination of extraction of data from the funded grant applications, site questionnaire, and a follow-up Zoom call with selected site investigators (MCD center Development Core members). Results of the rapid-assessment will be added into RCC operational databases and made available through the RCC Consortium researcher-facing secure website.

**Create and Maintain a List of MCD Center Trainees and Pilot Projects and Monitor Progress**: The Development Unit will create and maintain an active list of MCD Center trainee and projects and regularly collect data from MCD Development Cores to monitor trainee progress and milestones.

**Develop and Lead Monthly Webinars and Annual Workshops to Address MCD Researcher Needs:** The RCC will draw upon the expertise of its Technical Assistance team to offer diverse skill development opportunities through monthly webinars and selected virtual workshops. The development opportunities will be matched to the Consortium needs and cover four major development domains: 1) Research Methods, 2) Chronic Disease Disparities in Diverse Communities, 3) Structural Competency, and 4) Career Development. (see Table 4).

**Individual Consultations:** The RCC will provide opportunities for individual project consultations for trainees with the TA team and Development Unit.

**Facilitate Access to Research Mentors and other resources**: The RCC will facilitate linkage to mentorship within the MCD Consortium and the NIH-funded National Research Mentoring Network.

**Opportunities for Community Partners:** The RCC will specifically make development opportunities available to meet the needs of community partners. Topics will include CBPR, CABs, understanding research and requested topics.

**Table 4. Webinar & Workshop Skills Development Domains and Topics**

| Development Domain | Skills Development Topics (Webinars & Workshops) |
|---|---|
| **Research Methods** | • NIMHD Research Framework<br>• Practice-Based Research<br>• Community-Engaged & Community Participatory Research<br>• Hybrid Effectiveness-Implementation Study Designs<br>• Multi-Sectoral & Multi-Level Intervention Designs<br>• Pilot Projects: Who, What, When, & How<br>• Measuring Feasibility & Acceptability<br>• Implementation Science (ImS) Frameworks<br>• Using PhenX Toolkit Measures<br>• Accessing & Utilizing National Health Datasets<br>• Integrating Geospatial Analysis<br>• Cost-Effectiveness Data Collection & Analysis |
| **Chronic Disease Disparities in Diverse Communities** | • Racial/Ethnic Disparities in Cancer<br>• Racial/Ethnic Disparities in Asthma & Chronic Lung Disease<br>• Racial/Ethnic Disparities in Obesity & Diabetes<br>• Racial/Ethnic Disparities in Cardiovascular Disease<br>• Racial/Ethnic Disparities in Stroke and Other Neurologic Diseases<br>• Racial/Ethnic Disparities in Chronic Kidney Disease<br>• Racial/Ethnic Disparities in Chronic Liver Disease<br>• Racial/Ethnic Disparities in Rheumatologic, Muscle, and Chronic Pain Disorders<br>• Health Disparities in African Americans<br>• Health Disparities in AAPI Communities<br>• Health Disparities in American Indians & Alaska Natives<br>• Health Disparities in Hispanic/Latino Communities<br>• Health Disparities in Sexual/Gender Minorities<br>• Health Disparities in Underserved & Rural Communities<br>• Health Disparities in Socioeconomically Disadvantaged populations |
| **Structural Competency** | • Social Determinants of Health (SDOH)<br>• Causal Pathways in Multiple Chronic Diseases<br>• Health Systems Access, Quality, and Diversity<br>• Structural Racism & Intersectionality<br>• Housing & Environmental Exposures<br>• Health Policy and Effective Change |
| **Career Development** | • Minority Scholar Resources<br>• NIH K Grant Writing<br>• Navigating Research Networks<br>• Effective Mentoring & Individual Development Plans<br>• Mentoring Across Differences<br>• How to be an Effective Mentee<br>• Anti-racism resources for the biomedical researchers and trainees<br>• Community Partner Development |

**Annual Skills Development Workshop:** In conjunction with the annual MCD Consortium meeting the Development Unit will lead a full-day skills development workshop on the day prior to the general meeting. The workshop will be focused on research methods, career development, and networking with topics prioritized from a poll of MCD trainees. The workshop will be organized as parallel modules allowing trainees to choose those session of most value to their skills development.

**Monitor MCD Center Development activities:** The Skills Development Unit will monitor and track development activities delivered by the RCC Unit and individual MCD Center Development Cores. Monitoring will include collection of data on generated scientific publications, conference presentations, intramural and extramural research grant awards from NIH or other sources. In addition, we will employ a Social Network Analysis approach (as described for the assessment of transdisciplinary Collaboration in the Organization & Management Unit activities) to the research and mentoring connections that develop over time for the MCD center early-career investigators.

## COMMUNITY ENGAGEMENT CORE

**Overview and Objectives**. Community engaged research grounded in mutual trust and respect of values creates authentic partnerships and has been shown to improve data collection and analysis efforts; enhance the communication, dissemination, and uptake of research findings; build community trust of the research enterprise; increase the enrollment and diversity of research participants; and improve the design and implementation of research.[100-104] The value of engaging the community in research has become apparent in bio-behavioral research efforts,[105, 106] and this Center's **Community Engagement (CE) Core will support community-engaged research throughout the RD-MCD Consortium to help involve vulnerable and underrepresented communities as partners in multiple chronic diseases disparities research**. The Unit will leverage the RCC Leadership, UCSF collaborators, Consortium members and the Unit 's own expertise to ensure that effective community-academic partnerships are created and sustained and that they follow the key principles of community engaged research including the importance of partnering with the community through all phases of the research.[102, 103, 107-109] The Unit will share best practices in community engaged research with a Community of Practice (CoP) – the RD-MCD Research Consortium. From the CoP's interests and needs, the Unit will develop Focus Area Working Groups, and provide a variety of services including creating and disseminating materials summarizing important findings from the Research and MCD projects for underserved and vulnerable populations, as well as best practices for community engagement.

**Leadership and Unit Structure**. Director Rhoads and Associate-Director Rebchook are well qualified to lead the Core. Dr. Rhoads is the Associate Director for Community Engagement and the Director of the Office of Community Engagement at the UCSF NCI-designated Comprehensive Cancer Center. She has formal training in community organizing and applies these skills to support community capacity building and to develop active community-based coalitions. She also has important experience in facilitating equitable academic community partnerships for Community Based Participator and Community Engaged Research. Dr. Rebchook has considerable experience conducting research on translating research into practice and providing leadership to technical assistance (TA) and training teams. The Unit is supported by experienced scientists with extensive histories in eliminating health disparities through engaging vulnerable and underrepresented communities, and coordinating Community Advisory Boards (CABs) and Communities of Practice (CoPs), and working with vulnerable and underrepresented communities.

**The CE Unit will build on UCSF's Center for AIDS Prevention Studies' (CAPS') 30+ years of successful community engagement activities.** CAPS, within the Division of Prevention Science (DPS), has had a strong and long-standing reputation for conducting community collaborative and engaged research and has successfully maintained a Community Engagement (CAPS-CE) Core since 1988. The CAPS-CE Core: (1) works to include community perspectives in research to ensure that research DPS conducts is relevant to the community (**community → scientist**), (2) connects high impact HIV science to the community through multiple dissemination activities (**scientist → community**), and (3) facilitates community-academic partnerships to conduct community engaged research **(community ←→ scientist).** The CAPS-CE Core is experienced at providing TA to both community partners and researchers, conducting periodic faculty and community needs assessments, and integrating findings into its work. The CAPS-CE Core runs a Bay Area Community Advisory Board (CAB), and participates in local/regional planning groups, councils and other community meetings, and communicating significant community developments, needs, and issues to researchers.

**The CAPS-CE Core's methods, developed over 33 years, will be applied to the proposed RCC CE Unit**. To ensure that the RCC has a system in place to collaborate with the community throughout the entire project

period, the CE Core will establish a diverse 15-20 member **Network-CAB (N-CAB)** to consider complex issues (e.g., cultural beliefs/nuances, values, social determinants of health) that may influence community participation and use of multiple chronic diseases disparities research. The NCAB will serve as the hub to the Consortium members' local CABs that are the spokes in the hub-and-spoke model. The N-CAB will be comprised of affected stakeholders and communities of vulnerable populations in each region. The CE Unit will coordinate the N-CAB's meetings and will distribute N-CAB minutes to the Consortium.

**The CE Unit will provide strong leadership to create and support a dynamic and vibrant *Community of Practice* (CoP**). The CoP model has been shown to be an effective strategy to facilitate communication, collaboration, and interaction; build capacity; create learning and networking opportunities among CoP members or participants.[110-113] As such, the CE Unit will establish a CoP and provide communication and knowledge management tools and opportunities including an online CoP Slack Forum, regularly scheduled remote CoP meetings, and create multiple Focus Area Working Groups (see below). The CE Unit will work with participants through the CoP to share best practices on community engaged multiple chronic diseases disparities reduction research. As the CoP coordinating body, the CE Core will: (1) create and sustain the CoP infrastructure; (2) support the development, dissemination, and evaluation of relevant CoP products/tools; (3) work across research sites to develop and disseminate a newsletter designed to update Consortium members on program activities and successes; (4) assist sites to establish relationships with community stakeholders.

**The CE Unit will develop and facilitate *Focus Area Working Groups* on priority area and topics of specific interest to the Consortium's work**. The CoP will serve as a collaboration, teaching, planning, and analytic forum actively working within and across relevant domains by forming multiple **Focus Area Working Groups** organized by topic areas identified by the CoP (e.g., priority population, region) to advance community engaged multiple chronic diseases disparities reduction research. Each working group will initially meet weekly, then as needed during the remainder of the initiative. The working group members will select a chair and co-chair who will work with the CE Unit staff to set agendas, co-facilitate meetings, and ensure progress.

**The CE Unit will collaborate with the NIMHD MCD program to *share best practices and provide TA about community engagement approaches to identify and address barriers to implementation and facilitate strong community impact.*** The CE Unit along with the Organization & Management Unit will survey the CoP to identify and describe community engagement TA needs in the Consortium and will develop plans to meet those needs. The Center has established a cadre of key TA experts (See Table 3) who are available to provide TA on a variety of area listed in the table. If TA needs emerge requiring additional expertise, the CE Unit will identify and secure the services of external content experts. The CE Unit will work with CAPS CAB to provide TA to Consortium members that need additional support to effectively partner with their local CABs. The CE Unit will also hold a series of webinars designed to address pressing topics identified in the TA needs assessment, convening reports, the Rapid Assessments (see above) and CoP/ NCAB meetings.

**Evaluation of community partnership impact and sustainability.** The CE Unit will assess MCD center community partnerships at two time points (mid-way and near project end) in MCD collaborations using tools from implementation science and CBPR fields. We will use the Community Impact Scale (CIS)[114], a measure of benefits and costs of community-university partnerships across a range of outcomes as perceived by community partners and the Partnership Assessment In community-based Research (PAIR)[115], consisting of 32 items, and comprises 5 dimensions: communication, collaboration, partnership values, benefits, and evaluation. In addition, we will explore the use of sustainability measures being developed in MAPS Study[116].

**Create and disseminate community-facing *communications materials* to promote and advertise the RD-MCD program.** The CE Unit will work with the Center for HIV Information website development team to post to the website all communications materials developed to bolster communications with and between Consortium members and to community and other stakeholders. The CE Unit will develop a social media footprint on common platforms and will work in partnership with stakeholders to create materials (e.g., factsheets, resources booklets, e-newsletters, manuals, research reports, videos) that inform the community about multiple chronic diseases disparities testing research developments. The Core will build a RCC Constant Contact list to distribute materials and updates via e-mail to all subscribers. The Unit will also attend, present and/or exhibit virtually at national meetings and conferences. Additionally, the Unit will work with traditional media outlets.

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

# PHS Human Subjects and Clinical Trials Information

OMB Number: 0925-0001

Expiration Date: 02/28/2023

**Use of Human Specimens and/or Data**

Does any of the proposed research in the application involve human specimens and/or data *    ● Yes        ○ No

Provide an explanation for any use of human specimens and/or data not considered to be human subjects research.

Are Human Subjects Involved    ● Yes        ○ No

Is the Project Exempt from Federal regulations?    ● Yes        ○ No

Exemption Number    ❏ 1    ❏ 2    ❏ 3    ☑ 4    ❏ 5    ❏ 6    ❏ 7    ❏ 8

Other Requested Information

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

**Human Subject Studies**

| Study# | Study Title | Clinical Trial? |
|---|---|---|
| 1 | Research Coordinating Center for Reducing Disparities in Multiple Chronic Diseases | No |

Contact PD/PI: Charlebois, Edwin

## Section 1 - Basic Information (Study 1)

OMB Number: 0925-0001

Expiration Date: 02/28/2023

1.1. Study Title *

Research Coordinating Center for Reducing Disparities in Multiple Chronic Diseases

| 1.2. Is this study exempt from Federal Regulations * | ● Yes | ○ No |
|---|---|---|

1.3. Exemption Number     ❏ 1     ❏ 2     ❏ 3     ☑ 4     ❏ 5     ❏ 6     ❏ 7     ❏ 8

1.4. Clinical Trial Questionnaire *

| | | |
|---|---|---|
| 1.4.a. Does the study involve human participants? | ● Yes | ○ No |
| 1.4.b. Are the participants prospectively assigned to an intervention? | ○ Yes | ● No |
| 1.4.c. Is the study designed to evaluate the effect of the intervention on the participants? | ○ Yes | ● No |
| 1.4.d. Is the effect that will be evaluated a health-related biomedical or behavioral outcome? | ○ Yes | ● No |

1.5. Provide the ClinicalTrials.gov Identifier (e.g. NCT87654321) for this trial, if applicable

## Section 2 - Study Population Characteristics (Study 1)

2.1. Conditions or Focus of Study

2.2. Eligibility Criteria

2.3. Age Limits                                    Min Age:                          Max Age:

2.3.a. Inclusion of Individuals Across the Lifespan

2.4. Inclusion of Women and Minorities

2.5. Recruitment and Retention Plan

2.6. Recruitment Status

2.7. Study Timeline

2.8. Enrollment of First Participant

2.9. Inclusion Enrollment Reports

| IER ID# | Enrollment Location Type | Enrollment Location |
|---------|--------------------------|---------------------|
| The study does not have any IERs | | |

**Section 3 - Protection and Monitoring Plans (Study 1)**

3.1. Protection of Human Subjects                    XJusHumSubjRes_0610b.pdf

3.2. Is this a multi-site study that will use the same protocol to conduct non-exempt human subjects research at more than one domestic site?          ○ Yes      ○ No      ● N/A

       If yes, describe the single IRB plan

3.3. Data and Safety Monitoring Plan

3.4. Will a Data and Safety Monitoring Board be appointed for this study?          ○ Yes      ○ No

3.5. Overall structure of the study team

**JUSTIFICATION OF EXEMPT HUMAN SUBJECTS RESEARCH**

***Exemption #4: Secondary Research (Identifiable Private Information/Biospecimens)***
***[45 CFR 46.104(d)(4)]****: Involves the collection/study of data or specimens if publicly available, or recorded such that subjects cannot be identified.*

**This project is exempt human research with the following characteristics:**

**Who is providing the data/biological specimens and their role in the proposed research:**

- NIMHD Multiple Chronic Disease Disparities Research P50 Centers will be providing de-identified data from P50 Center's research projects to the Research Coordinating Center.
- Individual P50 Center's will be conducting the research and will have Institutional Human Subjects approval for their internal research projects.

**Description of the identifiers that will be associated with the human data:**

- De-identified data following the safe harbor standards will be securely transferred to the Research Coordinating Center (RCC).
- Data will include a coded research study (pseudo)ID for which the key will only be held at the originating NIMHD P50 center and not available to RCC investigators, to be stated in writing, submitted, and approved by the UCSF IRB.
- Data to be collected will consist of a set of common data elements to be determined by the NIMHD, the P50 Center Consortium Leadership bodies and the RCC during the first year of the NIMHD Disparities Reduction in Multiple Chronic Diseases initiative.

**Who has access to subjects' identities:**

- Only investigators at the originating NIMHD P50 centers will have access to the key linking the coded research ID to subject identities.
- RCC investigators and staff will not have access to the key or subject identities.

**Protection of the privacy of research participants and confidentiality of data:**

- The privacy and confidentiality of research participants data will be ensured by adequate de-identification of data prior to submission to the RCC.
- De-identification procedures will be verified as meeting Federal Standards by RCC leadership and approved by the RCC Data Safety Monitoring Board
- Storage and access to de-identified data repositories will be secured using electronic firewalls, and user credentials and password protections.
- Permission to access the de-identified data warehouse must be approved thru an application process documenting research or community need purposes.

## Section 4 - Protocol Synopsis (Study 1)

4.1. Study Design

    4.1.a. Detailed Description

    4.1.b. Primary Purpose

    4.1.c. Interventions

| Type | Name | Description |
| --- | --- | --- |

    4.1.d. Study Phase

       Is this an NIH-defined Phase III Clinical Trial?   ❍ Yes   ❍ No

    4.1.e. Intervention Model

    4.1.f. Masking   ❍ Yes   ❍ No

       ❏ Participant   ❏ Care Provider   ❏ Investigator   ❏ Outcomes Assessor

    4.1.g. Allocation

4.2. Outcome Measures

| Type | Name | Time Frame | Brief Description |
| --- | --- | --- | --- |

4.3. Statistical Design and Power

4.4. Subject Participation Duration

4.5. Will the study use an FDA-regulated intervention?   ❍ Yes   ❍ No

    4.5.a. If yes, describe the availability of Investigational Product (IP) and Investigational New Drug (IND)/ Investigational Device Exemption (IDE) status

4.6. Is this an applicable clinical trial under FDAAA?   ❍ Yes   ❍ No

4.7. Dissemination Plan

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

Delayed Onset Studies

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| The form does not have any delayed onset studies | | | |

Tracking Number: GRANT13391384       Funding Opportunity Number: RFA-MD-21-008.       Received Date: 2021-06-11T15:09:03.000-04:00

**MULTIPLE PRINCIPAL INVESTIGATOR LEADERSHIP PLAN**

**Co-Principal Investigators.** Drs. Edwin Charlebois, Stuart Gansky, and Kim Rhoads will co-lead the proposed Research Coordinating Center (RCC). The RCC PIs will seek NIH input and make any requested modifications prior to implementing the Multiple PI Leadership Plan.

Dr. Charlebois is an infectious diseases epidemiologist and provides expertise in data center administration and collection technologies, infectious and chronic disease epidemiology, biostatistics, implementation science, clinical trials, and data safety monitoring boards (DSMBs).

Dr. Gansky is a biostatistician, clinical trialist, and disparities researcher, who has focused on tobacco, chronic pain, and oral health research with decades of extensive experience in managing research cores and coordinating centers. He began serving as Associate Dean for Research in the School of Dentistry (a part-time position) in June 2020. Thus, he brings expertise in collaborative clinical trials, public health, and health disparities research expertise, knowledge, and leadership.

Dr. Rhoads' research is Director, Office of Community Engagement and Associate Director, Community Outreach and Engagement within the UCSF Helen Diller Family Comprehensive Cancer Center.  Dr. Rhoads has nearly 30 years of experience in disparities research and community engagement. Dr. Rhoads research focuses on racial/ethnic disparities in cancer, investigating the role of healthcare systems, quality of care, geography, and environmental exposures in producing disparities in cancer screening, diagnosis, treatment, and outcomes.

**Responsibilities.** Drs. Charlebois, Gansky, and Rhoads will provide oversight of the entire Research Coordinating Center (RCC), including implementation of all RCC policies, procedures, and processes. They will be responsible for the implementation of the Leadership Plan, the realization of RCC Specific Aims, financial management, and for ensuring that systems are in place to guarantee RCC compliance with US laws including HIPAA as well as DHHS and NIH policies including biosafety, human research, data, and facilities.

Specifically, each PI will work together on the Organization & Management Unit. Drs. Charlebois, Gansky, and Rhoads will all ensure that there are no conflicts of interest resulting from any MPI's collaborations in the prior 3 years on any NIMHD P50 Disparities Research in Multiple Chronic Diseases (DR-MCD) project; NIH program officials will be asked for input if needed.

Drs. Charlebois, Gansky, and Rhoads will meet multiple times per week, either by phone, videoconference, of in-person to discuss (i) progress of projects with respect to all pertinent aspects of RCC services as well as the status of project teams, field operations, etc.; (ii) planning for RCC Steering Committee, Cooperative Working Groups, and Data and Safety Monitoring Board (DSMB) meetings and progress on action items identified in those meetings; and (iii) all administrative responsibilities.  A full RCC meeting will be convened at least every two weeks, initially.  These meetings will include all MPIs.

Dr. Charlebois will serve as contact PI and the RCC will be based in the Center for AIDS Prevention Studies in the Department of Medicine in the School of Medicine. He will initially assume fiscal and administrative management including maintaining communication among RCC PIs, key personnel, and staff through regular meetings. He will be responsible for official communications with NIH including submitting annual RPPR reports and IRB approvals. The fiscal and administrative responsibilities and contact PI will be rotated to Dr. Gansky in even project years of the cooperative agreement award. Drs. Charlebois, Gansky, and Rhoads will attend all meetings of the DR-MCD Steering Committee, relevant Collaborative Working Groups, and the DSMB. The contact PI will be responsible for coordination of scheduling with the assistance of a RCC Administrative Assistant, and chairing the meetings, as appropriate.

Drs. Charlebois, Gansky, and Rhoads will each be responsible for ensuring that all human subjects research approvals for RCC activities in their respective Units are in place.

Drs. Charlebois, Gansky, and Rhoads will be responsible for supervising staff in the administration of the external and internal websites.

Publication authorship will be based on the relative scientific contributions of the RCC PIs, co-investigators, and staff. The RCC will foster the DR-MCD Consortium developing a publication policy and will abide by the consortium policy.

**Change in PI Location.** If one of the MPIs moves to a new institution, we will work with NIH to determine whether the PI should resign his or her role as RCC co-Director. If so, or in any event that a MPI cannot carry out his or her duties, a new MPI will be recruited as a replacement with input from NIH, the DR-MCD Steering Committee, and UCSF and approval from NIH and UCSF.

**Conflict Resolution.** Drs. Charlebois, Gansky, and Rhoads have enjoyed a highly collegial relationship. Neither Dr. Charlebois, Dr. Gansky, or Dr. Rhoads have had any grants administration conflicts needing arbitration in their decades as UCSF faculty. However, in the highly unlikely event that a conflict develops, the Principal Investigators will meet and attempt in good faith to resolve the dispute, claim, or controversy. If they fail to resolve the dispute, the disagreement shall be referred to the UCSF Office of the Ombuds for mediation; if necessary, an arbitration committee consisting of three senior UCSF faculty members (one selected by each PI) and a senior faculty member designated by the Dean of the School of Medicine will review the case. No members of the arbitration committee will be directly involved in the RCC or any project.

**RCC Team Dynamics.** The RCC team will periodically examine its own group dynamics and team needs with the Forrester/Drexler Team Performance Index to identify areas of improvement; this will be expanded to the RCC more widely. Dr. Gansky having participated in the UCSF Coro Leadership Training Program will utilize familiar exercises and tools to increase team productivity and satisfaction. UCSF annually evaluates staff satisfaction across campus with Gallup engagement surveys. Prior UCSF Coordinating Center staff satisfaction has been rated as excellent, particularly for opportunities for development and growth. This led to Dr. Gansky being the first UCSF faculty member to be recognized as a Great Manager in 2013. Dr. Charlebois was recently selected to Direct the CAPS Post-Doctoral training program in part due to his leadership and his attention to minority inclusion. Dr. Rhoads has completed the UCSF Diversity, Equity, and Inclusion Champion training; Drs. Charlebois and Gansky are in the process of completing the training.

Contact PD/PI: Charlebois, Edwin

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D    Case 3:25-cv-04737-RFL    Document 215-2    Filed 07/15/26    Page 245 of 269

# REFERENCES

1.      Braveman P. Health disparities and health equity: concepts and measurement. *Annu Rev Public Health*. 2006;27:167-94. doi:10.1146/annurev.publhealth.27.021405.102103

2.      Braveman P. Health inequalities by class and race in the US: what can we learn from the patterns? *Soc Sci Med*. Mar 2012;74(5):665-7. doi:10.1016/j.socscimed.2011.12.009

3.      Bress AP, Cohen JB, Anstey DE, Conroy MB, Ferdinand KC, Fontil V, Margolis KL, Muntner P, Millar MM, Okuyemi KS, Rakotz MK, Reynolds K, Safford MM, Shimbo D, Stuligross J, Green BB, Mohanty AF. Inequities in Hypertension Control in the United States Exposed and Exacerbated by COVID-19 and the Role of Home Blood Pressure and Virtual Health Care During and After the COVID-19 Pandemic. *J Am Heart Assoc*. Jun 2021;10(11):e020997. doi:10.1161/jaha.121.020997

4.      Ellis L, Canchola AJ, Spiegel D, Ladabaum U, Haile R, Gomez SL. Racial and Ethnic Disparities in Cancer Survival: The Contribution of Tumor, Sociodemographic, Institutional, and Neighborhood Characteristics. *J Clin Oncol*. Jan 1 2018;36(1):25-33. doi:10.1200/jco.2017.74.2049

5.      Fontil V, Gupta R, Bibbins-Domingo K. Missed opportunities: young adults with hypertension and lifestyle counseling in clinical practice. *J Gen Intern Med*. May 2015;30(5):536-8. doi:10.1007/s11606-015-3221-x

6.      Garcia RI, Tiwari T, Ramos-Gomez F, Heaton B, Orozco M, Rasmussen M, Braun P, Henshaw M, Borrelli B, Albino J, Diamond C, Gebel C, Batliner TS, Barker JC, Gregorich S, Gansky SA. Retention strategies for health disparities preventive trials: findings from the Early Childhood Caries Collaborating Centers. *J Public Health Dent*. Dec 2017;77(1):63-77. doi:10.1111/jphd.12182

7.      Getrich CM, Sussman AL, Campbell-Voytal K, Tsoh JY, Williams RL, Brown AE, Potter MB, Spears W, Weller N, Pascoe J, Schwartz K, Neale AV. Cultivating a cycle of trust with diverse communities in practice-based research: a report from PRIME Net. *Ann Fam Med*. Nov-Dec 2013;11(6):550-8. doi:10.1370/afm.1543

8.      Gomez SL, Duffy C, Griggs JJ, John EM. Surveillance of cancer among sexual and gender minority populations: Where are we and where do we need to go? *Cancer*. Dec 15 2019;125(24):4360-4362. doi:10.1002/cncr.32384

9.      Hays RB, Rebchook GM, Kegeles SM. The Mpowerment Project: community-building with young gay and bisexual men to prevent HIV1. *Am J Community Psychol*. Jun 2003;31(3-4):301-12. doi:10.1023/a:1023966905973

10.     Hiatt RA, Sibley A, Fejerman L, Glantz S, Nguyen T, Pasick R, Palmer N, Perkins A, Potter MB, Somsouk M, Vargas RA, van 't Veer LJ, Ashworth A. The San Francisco Cancer Initiative: A Community Effort To Reduce The Population Burden Of Cancer. *Health Aff (Millwood)*. Jan 2018;37(1):54-61. doi:10.1377/hlthaff.2017.1260

11.     Jain V, Brown L, Marquez C, Rubio L, Spottiswoode N, Churnet B, Brooks K, Zhou M, Muldoon T, Hendrickson C, Cattamanchi A, Gomez A, Haas B, Charlebois E, Luetkemeyer A, Gandhi M, Havlir D, Ranji S, Winston L. 448. Disproportionate Burden of COVID-19 on Latinx Residents among Hospitalized Patients at San Francisco's Public Health Hospital. *Open Forum Infectious Diseases*. 12/31 2020;7:S292-S292. doi:10.1093/ofid/ofaa439.641

12.     Kegeles SM, Rebchook G, Pollack L, Huebner D, Tebbetts S, Hamiga J, Sweeney D, Zovod B. An intervention to help community-based organizations implement an evidence-based HIV prevention intervention: the Mpowerment Project technology exchange system. *Am J Community Psychol*. Mar 2012;49(1-2):182-98. doi:10.1007/s10464-011-9451-0

13.     Kim NJ, Locke CJ, Park H, Magee C, Bacchetti P, Khalili M. Race and Hepatitis C Care Continuum in an Underserved Birth Cohort. *J Gen Intern Med*. Oct 2019;34(10):2005-2013. doi:10.1007/s11606-018-4649-6

14.     Ku E, Lee BK, McCulloch CE, Roll GR, Grimes B, Adey D, Johansen KL. Racial and Ethnic Disparities in Kidney Transplant Access Within a Theoretical Context of Medical Eligibility. *Transplantation*. Jul 2020;104(7):1437-1444. doi:10.1097/tp.0000000000002962

15.     Ku E, Yang W, McCulloch CE, Feldman HI, Go AS, Lash J, Bansal N, He J, Horwitz E, Ricardo AC, Shafi T, Sondheimer J, Townsend RR, Waikar SS, Hsu CY. Race and Mortality in CKD and Dialysis: Findings From the Chronic Renal Insufficiency Cohort (CRIC) Study. *Am J Kidney Dis*. Mar 2020;75(3):394-403. doi:10.1053/j.ajkd.2019.08.011

16.     Mangurian C, Keenan W, Newcomer JW, Vittinghoff E, Creasman JM, Schillinger D. Diabetes Prevalence Among Racial-Ethnic Minority Group Members With Severe Mental Illness Taking Antipsychotics: Double Jeopardy? *Psychiatr Serv*. Aug 1 2017;68(8):843-846. doi:10.1176/appi.ps.201600356

17.     Mangurian CV, Schillinger D, Newcomer JW, Vittinghoff E, Essock SM, Zhu Z, Dyer WT, Schmittdiel JA. Diabetes and Prediabetes Prevalence by Race and Ethnicity Among People With Severe Mental Illness. *Diabetes Care*. Jul 2018;41(7):e119-e120. doi:10.2337/dc18-0425

18.     Morey BN, Gee GC, von Ehrenstein OS, Shariff-Marco S, Canchola AJ, Yang J, Allen L, Lee SS, Bautista R, La Chica T, Tseng W, Chang P, Gomez SL. Higher Breast Cancer Risk Among Immigrant Asian American Women Than Among US-Born Asian American Women. *Prev Chronic Dis*. Feb 14 2019;16:E20. doi:10.5888/pcd16.180221

19.     Nuru-Jeter A, Dominguez TP, Hammond WP, Leu J, Skaff M, Egerter S, Jones CP, Braveman P. "It's the skin you're in": African-American women talk about their experiences of racism. an exploratory study to develop measures of racism for birth outcome studies. *Matern Child Health J*. Jan 2009;13(1):29-39. doi:10.1007/s10995-008-0357-x

20.     Rebchook G, Keatley J, Contreras R, Perloff J, Molano LF, Reback CJ, Ducheny K, Nemoto T, Lin R, Birnbaum J. The transgender women of color initiative: implementing and evaluating innovative interventions to enhance engagement and retention in HIV care. *American journal of public health*. 2017;107(2):224-229.

21.     Rhoads KF, Patel MI, Ma Y, Schmidt LA. How do integrated health care systems address racial and ethnic disparities in colon cancer? *J Clin Oncol*. Mar 10 2015;33(8):854-60. doi:10.1200/jco.2014.56.8642

22.     Schillinger D, Tran J, Fine S. Do Low Income Youth of Color See "The Bigger Picture" When Discussing Type 2 Diabetes: A Qualitative Evaluation of a Public Health Literacy Campaign. *Int J Environ Res Public Health*. Apr 24 2018;15(5)doi:10.3390/ijerph15050840

23.     Selby K, Michel M, Gildengorin G, Karliner L, Pramanik R, Fontil V, Potter MB. Disparities in Hypertension Control Across and Within Three Health Systems Participating in a Data-Sharing Collaborative. *J Am Board Fam Med*. Nov-Dec 2018;31(6):897-904. doi:10.3122/jabfm.2018.06.180166

24.     SPNS Latino Access Initiative UCfAPS. Culturally Appropriate Interventions of Outreach, Access and Retention among Latino/a Populations Initiative: Intervention Monographs. HRSA's Ryan White HIV/AIDS Program. Accessed 8-5-2020, 2020. https://targethiv.org/library/spns-latino-access-initiative

25.     Ta Park VM, Kaholokula JK, Chao PJ, Antonio M. Depression and Help-Seeking Among Native Hawaiian Women. *J Behav Health Serv Res*. Jul 2018;45(3):454-468. doi:10.1007/s11414-017-9584-5

26.     Ta Park VM, Park CJ, Kim C, Nguyen NCY, Tran AT, Chiang A, Rho SJ, Olaisen RH, Vuong Q, Rosas LG, Cho MK. Use of Korean dramas to facilitate precision mental health understanding and discussion for Asian Americans. *Health Promot Int*. Feb 13 2021;doi:10.1093/heapro/daab012

27.     Tuot DS, Lin F, Norris K, Gassman J, Smogorzewski M, Ku E. Depressive Symptoms Associate With Race and All-Cause Mortality in Patients With CKD. *Kidney Int Rep*. Feb 2019;4(2):222-230. doi:10.1016/j.ekir.2018.10.001

28.     Watt RG, Mathur MR, Aida J, Bönecker M, Venturelli R, Gansky SA. Oral Health Disparities in Children: A Canary in the Coalmine? *Pediatr Clin North Am*. Oct 2018;65(5):965-979. doi:10.1016/j.pcl.2018.05.006

29.     Fokuo JK, Masson CL, Anderson A, Powell J, Bush D, Ricco M, Zevin B, Ayala C, Khalili M. Recommendations for Implementing Hepatitis C Virus Care in Homeless Shelters: The Stakeholder Perspective. *Hepatol Commun*. May 2020;4(5):646-656. doi:10.1002/hep4.1492

30.     Arneson D, Elliott M, Mosenia A, Oskotsky B, Vashisht R, Zack T, Bleicher P, Butte AJ, Rudrapatna VA. CovidCounties - an interactive, real-time tracker of the COVID-19 pandemic at the level of US counties. *medRxiv*. May 2 2020;doi:10.1101/2020.04.28.20083279

31.     Glicksberg BS, Oskotsky B, Giangreco N, Thangaraj PM, Rudrapatna V, Datta D, Frazier R, Lee N, Larsen R, Tatonetti NP, Butte AJ. ROMOP: a light-weight R package for interfacing with OMOP-formatted electronic health record data. *JAMIA Open*. Apr 2019;2(1):10-14. doi:10.1093/jamiaopen/ooy059

32.     Glicksberg BS, Oskotsky B, Thangaraj PM, Giangreco N, Badgeley MA, Johnson KW, Datta D, Rudrapatna VA, Rappoport N, Shervey MM, Miotto R, Goldstein TC, Rutenberg E, Frazier R, Lee N, Israni S, Larsen R, Percha B, Li L, Dudley JT, Tatonetti NP, Butte AJ. PatientExploreR: an extensible application for dynamic visualization of patient clinical history from electronic health records in the OMOP common data model. *Bioinformatics*. Nov 1 2019;35(21):4515-4518. doi:10.1093/bioinformatics/btz409

33.     Rajkomar A, Oren E, Chen K, Dai AM, Hajaj N, Hardt M, Liu PJ, Liu X, Marcus J, Sun M, Sundberg P, Yee H, Zhang K, Zhang Y, Flores G, Duggan GE, Irvine J, Le Q, Litsch K, Mossin A, Tansuwan J, Wang D, Wexler J, Wilson J, Ludwig D, Volchenboum SL, Chou K, Pearson M, Madabushi S, Shah NH, Butte AJ, Howell MD, Cui C, Corrado GS, Dean J. Scalable and accurate deep learning with electronic health records. *NPJ Digit Med*. 2018;1:18. doi:10.1038/s41746-018-0029-1

34.     Rudrapatna VA, Butte AJ. Opportunities and challenges in using real-world data for health care. *J Clin Invest*. Feb 3 2020;130(2):565-574. doi:10.1172/jci129197

35. Albino J, Tiwari T, Gansky SA, Henshaw MM, Barker JC, Brega AG, Gregorich SE, Heaton B, Batliner TS, Borrelli B, Geltman P, Kressin NR, Weintraub JA, Finlayson TL, Garcia RI. The basic research factors questionnaire for studying early childhood caries. *BMC Oral Health*. May 19 2017;17(1):83. doi:10.1186/s12903-017-0374-5

36. Garcia RI, Gregorich SE, Ramos-Gomez F, Braun PA, Wilson A, Albino J, Tiwari T, Harper M, Batliner TS, Rasmussen M, Cheng NF, Santo W, Geltman PL, Henshaw M, Gansky SA. Absence of Fluoride Varnish-Related Adverse Events in Caries Prevention Trials in Young Children, United States. *Prev Chronic Dis*. Feb 16 2017;14:E17. doi:10.5888/pcd14.160372

37. Alvidrez J, Castille D, Laude-Sharp M, Rosario A, Tabor D. The national institute on minority health and health disparities research framework. *American Journal of Public Health*. 2019;109(S1):S16-S20.

38. Saberi P. Research in the Time of Coronavirus: Continuing Ongoing Studies in the Midst of the COVID-19 Pandemic. *AIDS Behav*. Apr 18 2020;doi:10.1007/s10461-020-02868-4

39. Greiner AL, Stehling-Ariza T, Bugli D, Hoffman A, Giese C, Moorhouse L, Neatherlin JC, Shahpar C. Challenges in public health rapid response team management. *Health security*. 2020;18(S1):S-8-S-13.

40. Needle RH, Trotter RT, Singer M, Bates C, Page JB, Metzger D, Marcelin LH. Rapid assessment of the HIV/AIDS crisis in racial and ethnic minority communities: an approach for timely community interventions. *American Journal of Public Health*. 2003;93(6):970-979.

41. Scrimshaw NS, Gleason GR. *Rapid assessment procedures: qualitative methodologies for planning and evaluation of health related programmes*. International Nutrition Foundation for Developing Countries Boston; 1992.

42. Stehling-Ariza T, Lefevre A, Calles D, Djawe K, Garfield R, Gerber M, Ghiselli M, Giese C, Greiner AL, Hoffman A. Establishment of CDC global rapid response team to ensure global health security. *Emerging infectious diseases*. 2017;23(Suppl 1):S203.

43. Trotter RT, Needle RH, Goosby E, Bates C, Singer M. A Methodological Model for Rapid Assessment, Response, and Evaluation: The RARE Program in Public Health. *Field Methods*. 2001;13(2):137-159. doi:10.1177/1525822x0101300202

44. Chamie G, Marquez C, Crawford E, Peng J, Petersen M, Schwab D, Schwab J, Martinez J, Jones D, Black D. SARS-CoV-2 Community Transmission During Shelter-in-Place in San Francisco. *medRxiv*. 2020;

45. Chang J. 'A World Apart': UCSF Offers Free Mass Coronavirus Testing to Residents in Bolinas and SF's Mission District. Webpage. KQED. Updated 4-21-2020. Accessed 7-30-2020, 2020. https://www.kqed.org/news/11813126/a-world-apart-ucsf-offers-free-mass-coronavirus-testing-to-residents-in-bolinas-and-sfs-mission-district

46. Sparling N. Community-Led Effort Brings Free COVID-19 Testing to SF's Bayview, Visitacion Valley. KQED. Accessed 7-30-2020, 2020. https://www.kqed.org/news/11822167/community-led-effort-brings-free-covid-19-testing-to-bayview-hunters-point

47. Maxmen A. California's San Quentin prison declined free coronavirus tests and urgent advice-now it has a massive outbreak. *Nature*. 2020;583(7816):339-340.

48. Cooper LA, Ortega AN, Ammerman AS, Buchwald D, Paskett ED, Powell LH, Thompson B, Tucker KL, Warnecke RB, McCarthy WJ, Viswanath KV, Henderson JA, Calhoun EA, Williams DR. Calling for a bold new vision of health disparities intervention research. *Am J Public Health*. Jul 2015;105 Suppl 3(Suppl 3):S374-6. doi:10.2105/ajph.2014.302386

49. Dankwa-Mullan I, Rhee KB, Williams K, Sanchez I, Sy FS, Stinson N, Jr., Ruffin J. The science of eliminating health disparities: summary and analysis of the NIH summit recommendations. *Am J Public Health*. Apr 1 2010;100 Suppl 1(Suppl 1):S12-8. doi:10.2105/ajph.2010.191619

50. Reeves JJ, Hollandsworth HM, Torriani FJ, Taplitz R, Abeles S, Tai-Seale M, Millen M, Clay BJ, Longhurst CA. Rapid response to COVID-19: health informatics support for outbreak management in an academic health system. *Journal of the American Medical Informatics Association*. 2020;27(6):853-859.

51. Leis JA, Shojania KG. A primer on PDSA: executing plan–do–study–act cycles in practice, not just in name. *BMJ quality & safety*. 2017;26(7):572-577.

52. Taylor MJ, McNicholas C, Nicolay C, Darzi A, Bell D, Reed JE. Systematic review of the application of the plan–do–study–act method to improve quality in healthcare. *BMJ quality & safety*. 2014;23(4):290-298.

53. Council NR. *Enhancing the Effectiveness of Team Science*. The National Academies Press; 2015:280.

54. Hall KL, Vogel AL, Croyle RT. *Strategies for Team Science Success: Handbook of Evidence-based Principles for Cross-disciplinary Science and Practical Lessons Learned from Health Researchers*. Springer International Publishing; 2019.

55.    Investigators AoURP. The "All of Us" Research Program. *New England Journal of Medicine*. 2019/08/15 2019;381(7):668-676. doi:10.1056/NEJMsr1809937

56.    Rolland B. Designing and Developing Coordinating Centers as Infrastructure to Support Team Science. 2019:413-417.

57.    Program Fact Sheet: Part F: Special Projects of National Significance (SPNS) Program (Health and Human Services Administration (HRSA) - Ryan White HIV/AIDS Program (RWHAP)) (2019).

58.    Myers JJ, Koester KA, Chakravarty D, Pearson C, Maiorana A, Shade SB, Steward WT. Perceptions regarding the ease of use and usefulness of health information exchange systems among medical providers, case managers and non-clinical staff members working in HIV care and community settings. *International journal of medical informatics*. 2012;81(10):e21-e29.

59.    Myers JJ, Shade SB, Rose CD, Koester K, Maiorana A, Malitz FE, Bie J, Kang-Dufour M-S, Morin SF. Interventions delivered in clinical settings are effective in reducing risk of HIV transmission among people living with HIV: results from the Health Resources and Services Administration (HRSA)'s Special Projects of National Significance initiative. *AIDS and Behavior*. 2010;14(3):483-492.

60.    Myers JJ, Xavier JM. Special Projects of National Significance Systems Linkages Initiative (2011 to 2016): Improving Access to Care for Hard-to-Reach Populations Living with HIV. *AIDS and Behavior*. 2019;23(1):1-4.

61.    HRSA's Ryan White HIV/AIDS Programs. E2i: Using Evidence-Informed Interventions to Improve Health Outcomes among People Living with HIV. HRSA's Ryan White HIV/AIDS Program https://targethiv.org/e2i

62.    Shade SB, Osmand T, Kwarisiima D, Brown LB, Luo A, Mwebaza B, Mwesigye AR, Kwizera E, Imukeka H, Mwanga F, Ayieko J, Owaraganise A, Bukusi EA, Cohen CR, Charlebois ED, Black D, Clark TD, Petersen ML, Kamya MR, Havlir DV, Jain V. Costs of integrating hypertension care into HIV care in rural East African clinics. *Aids*. May 1 2021;35(6):911-919. doi:10.1097/qad.0000000000002834

63.    Warren JJ, Weber-Gasparoni K, Tinanoff N, Batliner TS, Jue B, Santo W, Garcia RI, Gansky SA. Examination criteria and calibration procedures for prevention trials of the Early Childhood Caries Collaborating Centers. *J Public Health Dent*. Fall 2015;75(4):317-26. doi:10.1111/jphd.12102

64.    Tiwari T, Casciello A, Gansky SA, Henshaw M, Ramos-Gomez F, Rasmussen M, Garcia RI, Albino J, Batliner TS. Recruitment for health disparities preventive intervention trials: the early childhood caries collaborating centers. *Prev Chronic Dis*. Aug 7 2014;11:E133. doi:10.5888/pcd11.140140

65.    Okhmatovskaia A, Buckeridge DL. Intelligent Tools for Precision Public Health. *Stud Health Technol Inform*. Jun 16 2020;270:858-863. doi:10.3233/SHTI200283

66.    Fisher-Owens SA, Gansky SA, Platt LJ, Weintraub JA, Soobader MJ, Bramlett MD, Newacheck PW. Influences on children's oral health: a conceptual model. *Pediatrics*. Sep 2007;120(3):e510-20. doi:10.1542/peds.2006-3084

67.    Weintraub JA, Ramos-Gomez F, Jue B, Shain S, Hoover CI, Featherstone JD, Gansky SA. Fluoride varnish efficacy in preventing early childhood caries. *J Dent Res*. Feb 2006;85(2):172-6. doi:10.1177/154405910608500211

68.    Dooley D, Moultrie NM, Heckman B, Gansky SA, Potter MB, Walsh MM. Oral Health Prevention and Toddler Well-Child Care: Routine Integration in a Safety Net System. *Pediatrics*. Jan 2016;137(1)doi:10.1542/peds.2014-3532

69.    Rogers EA, Fine SC, Handley MA, Davis HB, Kass J, Schillinger D. Engaging Minority Youth in Diabetes Prevention Efforts Through a Participatory, Spoken-Word Social Marketing Campaign. *Am J Health Promot*. Jul 2017;31(4):336-339. doi:10.4278/ajhp.141215-ARB-624

70.    Okamoto J, Centers for Population H, Health Disparities Evaluation Working G. Scientific collaboration and team science: a social network analysis of the centers for population health and health disparities. *Translational behavioral medicine*. 2015;5(1):12-23. doi:10.1007/s13142-014-0280-1

71.    Hall KL, Stokols D, Moser RP, Taylor BK, Thornquist MD, Nebeling LC, Ehret CC, Barnett MJ, McTiernan A, Berger NA, Goran MI, Jeffery RW. The collaboration readiness of transdisciplinary research teams and centers findings from the National Cancer Institute's TREC Year-One evaluation study. *American journal of preventive medicine*. 2008;35(2 Suppl):S161-S172. doi:10.1016/j.amepre.2008.03.035

72.    Krackardt D. QAP partialling as a test of spuriousness. *Social networks*. 1987;9(2):171-186.

73.    Simpson W. QAP: The quadratic assignment procedure. 2001:12-13.

74.    Goodreau SM, Kitts JA, Morris M. Birds of a feather, or friend of a friend? Using exponential random graph models to investigate adolescent social networks. *Demography*. 2009;46(1):103-125. doi:10.1353/dem.0.0045

Contact PD/PI: Charlebois, Edwin

75.     Brown L, Balzer L, Kabami J, Kwarisiima D, Sang N, Ayieko J, Chen Y, Chamie G, Charlebois E, Camlin C, Cohen C, Bukusi E, Kamya M, Moody J, Havlir D, Petersen M. The Influence of Social Networks on Antiretroviral Therapy Initiation Among HIV-Infected Antiretroviral Therapy-Naive Youth in Rural Kenya and Uganda. *Journal of acquired immune deficiency syndromes (1999)*. 01/01 2020;83:9-15. doi:10.1097/QAI.0000000000002199

76.     Chamie G, Wandera B, Marquez C, Kato-Maeda M, Kamya MR, Havlir DV, Charlebois ED. Identifying locations of recent TB transmission in rural Uganda: a multidisciplinary approach. *Trop Med Int Health*. Apr 2015;20(4):537-45. doi:10.1111/tmi.12459

77.     Chen Y, Brown L, Chamie G, Kwarisiima D, Ayieko J, Kabami J, Charlebois E, Clark T, Kamya M, Havlir D, Petersen M, Balzer L. Social Networks and HIV Care Outcomes in Rural Kenya and Uganda. *Epidemiology*. 03/24 2021;Publish Ahead of Printdoi:10.1097/EDE.0000000000001352

78.     Cheng J, Gregorich SE, Gansky SA, Fisher-Owens SA, Kottek AM, White JM, Mertz EA. Constructing Matched Groups in Dental Observational Health Disparity Studies for Causal Effects. *JDR Clin Trans Res*. Jan 2020;5(1):82-91. doi:10.1177/2380084419830655

79.     White JS, Ramos-Gomez F, Liu JX, Jue B, Finlayson TL, Garza JR, Crawford AH, Helman S, Santo W, Cheng J, Kahn JG, Gansky SA. Monetary incentives for improving smartphone-measured oral hygiene behaviors in young children: A randomized pilot trial. *PLoS One*. 2020;15(7):e0236692. doi:10.1371/journal.pone.0236692

80.     Ramos-Gomez F, White JS, Lindau HE, Lin TK, Finlayson TL, Liu JX, Gansky SA. Family monetary incentives as a value-based care model for oral hygiene: rationale and design of the BEhavioral EConomics for Oral health iNnovation (BEECON) trial. *J Public Health Dent*. Oct 8 2020;doi:10.1111/jphd.12406

81.     Kalenderian E, Obadan-Udoh E, Yansane A, Kent K, Hebballi NB, Delattre V, Kookal KK, Tokede O, White J, Walji MF. Feasibility of Electronic Health Record-Based Triggers in Detecting Dental Adverse Events. *Appl Clin Inform*. Jul 2018;9(3):646-653. doi:10.1055/s-0038-1668088

82.     Mullins J, Yansane A, Kumar SV, Bangar S, Neumann A, Johnson TR, Olson GW, Kookal KK, Sedlock E, Kim A, Mertz E, Brandon R, Simmons K, White JM, Kalenderian E, Walji MF. Assessing the completeness of periodontal disease documentation in the EHR: a first step in measuring the quality of care. *BMC Oral Health*. May 29 2021;21(1):282. doi:10.1186/s12903-021-01633-w

83.     Walji M, Yansane A, Hebballi N, Ibarra-Noriega AM, Kookal KK, Tungare S, Kent K, McPharlin R, Delattre V, Obadan-Udoh E, Tokede B, White J, Kalenderian E. Finding Dental Harm to Patients through Electronic Health Record–Based Triggers. *JDR Clinical & Translational Research*. 12/10 2019;5:238008441989255. doi:10.1177/2380084419892550

84.     Yansane A, Tokede O, White J, Etolue J, McClellan L, Walji M, Obadan-Udoh E, Kalenderian E. Utilization and Validity of the Dental Diagnostic System over Time in Academic and Private Practice. *JDR Clin Trans Res*. Apr 2019;4(2):143-150. doi:10.1177/2380084418815150

85.     Braun PA, Quissell DO, Henderson WG, Bryant LL, Gregorich SE, George C, Toledo N, Cudeii D, Smith V, Johs N, Cheng J, Rasmussen M, Cheng NF, Santo W, Batliner T, Wilson A, Brega A, Roan R, Lind K, Tiwari T, Shain S, Schaffer G, Harper M, Manson SM, Albino J. A Cluster-Randomized, Community-Based, Tribally Delivered Oral Health Promotion Trial in Navajo Head Start Children. *J Dent Res*. Oct 2016;95(11):1237-44. doi:10.1177/0022034516658612

86.     Gansky SA, Ellison JA, Rudy D, Bergert N, Letendre MA, Nelson L, Kavanagh C, Walsh MM. Cluster-Randomized Controlled Trial of An Athletic Trainer-Directed Spit (Smokeless) Tobacco Intervention for Collegiate Baseball Athletes: Results After 1 Year. *J Athl Train*. Jun 2005;40(2):76-87.

87.     Walsh MM, Langer TJ, Kavanagh N, Mansell C, MacDougal W, Kavanagh C, Gansky SA. Smokeless tobacco cessation cluster randomized trial with rural high school males: intervention interaction with baseline smoking. *Nicotine Tob Res*. Jun 2010;12(6):543-50. doi:10.1093/ntr/ntq022

88.     Cheng J, Cheng NF, Guo Z, Gregorich S, Ismail AI, Gansky SA. Mediation analysis for count and zero-inflated count data. *Stat Methods Med Res*. Sep 2018;27(9):2756-2774. doi:10.1177/0962280216686131

89.     Guo Z, Small DS, Gansky SA, Cheng J. Mediation analysis for count and zero-inflated count data without sequential ignorability and its application in dental studies. *J R Stat Soc Ser C Appl Stat*. Feb 2018;67(2):371-394. doi:10.1111/rssc.12233

90.     Iribarren SJ, Brown W, 3rd, Giguere R, Stone P, Schnall R, Staggers N, Carballo-Diéguez A. Scoping review and evaluation of SMS/text messaging platforms for mHealth projects or clinical interventions. *Int J Med Inform*. May 2017;101:28-40. doi:10.1016/j.ijmedinf.2017.01.017

91.     Simon L, Obadan-Udoh E, Yansane AI, Gharpure A, Licht S, Calvo J, Deschner J, Damanaki A, Hackenberg B, Walji M, Spallek H, Kalenderian E. Improving Oral-Systemic Healthcare through the

Interoperability of Electronic Medical and Dental Records: An Exploratory Study. *Appl Clin Inform*. May 2019;10(3):367-376. doi:10.1055/s-0039-1688832

92.    Brown W, 3rd, Balyan R, Karter AJ, Crossley S, Semere W, Duran ND, Lyles C, Liu J, Moffet HH, Daniels R, McNamara DS, Schillinger D. Challenges and solutions to employing natural language processing and machine learning to measure patients' health literacy and physician writing complexity: The ECLIPPSE study. *J Biomed Inform*. Jan 2021;113:103658. doi:10.1016/j.jbi.2020.103658

93.    Balyan R, Crossley SA, Brown W, 3rd, Karter AJ, McNamara DS, Liu JY, Lyles CR, Schillinger D. Using natural language processing and machine learning to classify health literacy from secure messages: The ECLIPPSE study. *PLoS One*. 2019;14(2):e0212488. doi:10.1371/journal.pone.0212488

94.    Harris PA, Taylor R, Minor BL, Elliott V, Fernandez M, O'Neal L, McLeod L, Delacqua G, Delacqua F, Kirby J, Duda SN, Consortium RE. The REDCap consortium: Building an international community of software platform partners. *J Biomed Inform*. Jul 2019;95:103208. doi:10.1016/j.jbi.2019.103208

95.    Doods J, Neuhaus P, Dugas M. Converting ODM Metadata to FHIR Questionnaire Resources. *Stud Health Technol Inform*. 2016;228:456-60.

96.    Metke-Jimenez A, Hansen D. FHIRCap: Transforming REDCap forms into FHIR resources. *AMIA Jt Summits Transl Sci Proc*. 2019;2019:54-63.

97.    Yamamoto K, Ota K, Akiya I, Shintani A. A pragmatic method for transforming clinical research data from the research electronic data capture "REDCap" to Clinical Data Interchange Standards Consortium (CDISC) Study Data Tabulation Model (SDTM): Development and evaluation of REDCap2SDTM. *J Biomed Inform*. Jun 2017;70:65-76. doi:10.1016/j.jbi.2017.05.003

98.    Kim Y, Tian Y, Yang J, Huser V, Jin P, Lambert CG, Park H, You SC, Park RW, Rijnbeek PR, Van Zandt M, Reich C, Vashisht R, Wu Y, Duke J, Hripcsak G, Madigan D, Shah NH, Ryan PB, Schuemie MJ, Suchard MA. Comparative safety and effectiveness of alendronate versus raloxifene in women with osteoporosis. *Sci Rep*. Jul 6 2020;10(1):11115. doi:10.1038/s41598-020-68037-8

99.    Wang Q, Reps JM, Kostka KF, Ryan PB, Zou Y, Voss EA, Rijnbeek PR, Chen R, Rao GA, Morgan Stewart H, Williams AE, Williams RD, Van Zandt M, Falconer T, Fernandez-Chas M, Vashisht R, Pfohl SR, Shah NH, Kasthurirathne SN, You SC, Jiang Q, Reich C, Zhou Y. Development and validation of a prognostic model predicting symptomatic hemorrhagic transformation in acute ischemic stroke at scale in the OHDSI network. *PLoS One*. 2020;15(1):e0226718. doi:10.1371/journal.pone.0226718

100.    Holzer JK, Ellis L, Merritt MW. Why we need community engagement in medical research. *Journal of investigative medicine : the official publication of the American Federation for Clinical Research*. Aug 2014;62(6):851-5. doi:10.1097/JIM.0000000000000097

101.    Kuo T, Gase LN, Inkelas M, Population H, Policy W. Dissemination, implementation, and improvement science research in population health: opportunities for public health and CTSAs. *Clinical and translational science*. Aug 3 2015;doi:10.1111/cts.12313

102.    CDC/ATSDR Committee on Community Engagement. *Principles of community engagement*. 2011. 11-7782. 2011. www.atsdr.cdc.gov/communityengagement/pdf/PCE_Report_508_FINAL.pdf

103.    Ahmed SM, Palermo AG. Community engagement in research: frameworks for education and peer review. *Am J Public Health*. Aug 2010;100(8):1380-7. doi:10.2105/AJPH.2009.178137

104.    Staley K. *Exploring impact: public involvement in NHS, public health and social care research*. 2009.

105.    van der Straten A, Stadler J, Luecke E, Laborde N, Hartmann M, Montgomery ET, Team V-CS. Perspectives on use of oral and vaginal antiretrovirals for HIV prevention: the VOICE-C qualitative study in Johannesburg, South Africa. *Journal of the International AIDS Society*. 2014;17(3 Suppl 2):19146. doi:10.7448/IAS.17.3.19146

106.    Chakrapani V, Newman PA, Singhal N, Jerajani J, Shunmugam M. Willingness to participate in HIV vaccine trials among men who have sex with men in Chennai and Mumbai, India: a social ecological approach. *PLoS One*. 2012;7(12):e51080. doi:10.1371/journal.pone.0051080

107.    Popay J, Attree P, Hornby D, Milton B, Whitehead M, French B, Kowarzik U, Simpso N. *Community engagement in initiatives addressing the wider social determinants of health: A rapid review of evidence on impact, experience and process*. 2007. Accessed February 15, 2020. https://www.researchgate.net/publication/242611483

108.    NICE: National Institute for Health and Care Excellence. *Community engagement: improving health and wellbeing and reducing health inequalities*. 2016. Accessed February 15, 2020. www.nice.org.uk/guidance/ng44

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

109.    Brunton G, Thomas J, O'Mara-Eves A, Jamal F, Oliver S, Kavanagh J. Narratives of community engagement: a systematic review-derived conceptual framework for public health interventions. *BMC public health*. Dec 11 2017;17(1):944. doi:10.1186/s12889-017-4958-4

110.    Kislov R, Harvey G, Walshe K. Collaborations for leadership in applied health research and care: lessons from the theory of communities of practice. *Implement Sci*. Jun 23 2011;6:64. doi:10.1186/1748-5908-6-64

111.    Meagher-Stewart D, Solberg SM, Warner G, MacDonald JA, McPherson C, Seaman P. Understanding the role of communities of practice in evidence-informed decision making in public health. *Qual Health Res*. Jun 2012;22(6):723-39. doi:10.1177/1049732312438967

112.    Ford J, Korjonen H, Keswani A, Hughes E. Virtual communities of practice: can they support the prevention agenda in public health? *Online J Public Health Inform*. 2015;7(2):e222. doi:10.5210/ojphi.v7i2.6031

113.    Lave J, Wenger E. *Situated learning : legitimate peripheral participation*. Learning in doing. Cambridge University Press; 1991:138 p.

114.    Srinivas T, Meenan C, Drogin E, Deprince A. Development of the Community Impact Scale measuring community organization perceptions of partnership benefits and costs. *Michigan Journal of Community Service Learning*. 01/01 2015;21

115.    Arora PG, Krumholz LS, Guerra T, Leff SS. Measuring Community-Based Participatory Research Partnerships: The Initial Development of an Assessment Instrument. *Prog Community Health Partnersh*. Winter 2015;9(4):549-60. doi:10.1353/cpr.2015.0077

116.    Israel BA, Lachance L, Coombe CM, Lee SD, Jensen M, Wilson-Powers E, Mentz G, Muhammad M, Rowe Z, Reyes AG, Brush BL. Measurement Approaches to Partnership Success: Theory and Methods for Measuring Success in Long-Standing Community-Based Participatory Research Partnerships. *Prog Community Health Partnersh*. 2020;14(1):129-140. doi:10.1353/cpr.2020.0015

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D

## CONSORTIUM/CONTRACTUAL ARRANGEMENTS

**A. Collaboration Partners.** This developmental research and dissemination project is a collaboration between the University of California, San Francisco (UCSF) and AIDS United, a private policy, advocacy, and research granting organization. The collaborating investigators agree to implement the research and be responsible for the daily conduct of the study. The collaborators will work together to develop the pilot trial design, all training and quality assurance activities, data collection and interpretation, and preparation of reports and publications. This project brings together the expertise necessary to conduct this community-based research, and the participating investigators provide a wide range of knowledge and experience. A specific scope of work and budget to execute the work has been created for each organization and fiscal responsibility and monitoring will occur within each organization and by the prime contractor as well.  Signed sub-contracts between the University of California, San Francisco and the sub-recipients will be agreed upon prior to the start of work and transfer of funds.

**B. Governance.** The study team brings together expertise in areas of Disparities Research, Vulnerable Populations (African- American, Hispanic/Latino, Asian & Pacific Islanders, Elderly, Native American, sexual and gender minorities, incarcerated persons, and others), Implementation Science, Health Economics, Social Determinants of Health, Cultural Adaptation, Data Science, and Ethics. The MPIs of the RCC Drs. Charlebois, Gansky, and Rhoads will provide oversight of the entire Research Coordinating Center (RCC), including implementation of all RCC policies, procedures, and processes. Drs. Charlebois, Gansky, and Rhoads will be responsible for the implementation of the Leadership Plan, the realization of RCC Specific Aims, financial management, and for ensuring that systems are in place to guarantee RCC compliance with US laws including HIPAA as well as DHHS and NIH policies including biosafety, human research, data, and facilities.  Ms. Downes (AIDS United) will provide oversight on the AIDS United facilitation and logistics of the MCD annual scientific meeting, and an occasional webinar on best practices in community-engaged research, and ensure project needs are addressed through Senior Management.

**C. Collaboration with AIDS United.**  The study will have at its disposal the resources of the UCSF and its many institutes and centers along with resources of AIDS United.  The collaborations provide organizational logistics and research support and has an established community advisory board which reviews and makes suggestions to improve community-based research.  In the course of the development of the research and the implementation of the intervention, we will seek the consultation and assistance of these support services.  At the initiation of the project, all key stakeholders in the collaboration will participate in the development of a Comprehensive Collaboration Plan.  The Collaboration Plan will summarize the various ways the team plans to build the foundation for, and support, effective collaboration across the lifespan of the team science initiative.

Docusign Envelope ID: BE62AE9B-AD4E-849A-9049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

Letters of Support for UCSF U24 NIMHD Research Coordinating Center (RCC) grant submission

List of Letters of Support

1.  UCSF Department of Medicine, Chair, Robert Wachter
2.  UCSF School of Dentistry, Dean, Michael Reddy
3.  UCSF Department of Preventive and Restorative Dental Sciences, Chair, Mark Kirkland
4.  UCSF Division of Prevention Science, Center for AIDS Prevention Studies, Chief and Director, Marguerita Lightfoot
5.  UCSF Community-Engaged Chronic Disease Research Center Directors
    1.  Center for Vulnerable Populations, Director, Margot Kushel
    2.  Philip R. Lee Institute for Health Policy Studies, Director, Joanne Spetz
    3.  Population Health and Health Equity, Vice Dean, Kirsten Bibbins-Domingo
    4.  Helen Diller Family Comprehensive Cancer Center, President, Alan Ashworth
    5.  Center for Health Equity, Director, Paula Braveman
    6.  Center for Community Engagement, Finance and Administrative Services, Executive Director, Wylie Liu
    7.  Center for Aging in Diverse Communities, Director, Leah Karliner
    8.  Asian American Research Center on Health (ARCH), Director, Tung Nguyen
    9.  Multiethnic Health Equity Research Center, Director, Celia Kaplan
    10. Bakar Computational Health Sciences Institute, Director, Atul Butte
    11. Center for Health and Community, Director, Nancy Adler
    12. Institute for Health and Aging, Director, Wendy Max
    13. Center for AIDS Research, Director, Monica Gandhi
    14. Center to Address Disparities in Children's Oral Health, Director, Stuart Gansky
    15. Center for AIDS Prevention Studies, Director, Marguerita Lightfoot
    16. Healthforce Center, Director, Sunita Mutha
6.  University of Colorado, President Emerita and Director, Center for Native Oral Health Research – one of the Centers for American Indian and Alaska Native Health, Judith Albino
7.  Rho Inc, Senior Director, Christina Millin

1

Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D



UCSF Medical Center
Zuckerberg SF General Hospital
San Francisco VA Health Care System
UCSF Medical Center at Mount Zion
UCSF Fresno

**Robert M. Wachter, MD**
Professor and Chair, Department of Medicine
Holly Smith Distinguished Professor in Science and Medicine
Lynne and Marc Benioff
Endowed Chair in Hospital Medicine

505 Parnassus Avenue Box 0120
San Francisco, CA 94143-0120
Phone: 415-476-0909
Fax: 415-502-5869
Robert.Wachter@ucsf.edu

**VICE CHAIRS**

**Kenneth McQuaid, MD**
Chief of Medical Services
San Francisco VA Health Care System

**Michelle Mourad, MD**
Clinical Affairs & Value

**Neil R. Powe, MD, MPH, MBA**
Chief of Medical Services
Zuckerberg SF General Hospital

**ASSOCIATE CHAIRS**

**Michael Chen**
Finance

**Patricia A. Cornett, MD**
Education

**David Erle, MD**
Biomedical Research

**Diane Havlir, MD**
Clinical Research

**Meshell Johnson, MD**
Diversity, Equity & Inclusion

**Maria Novelero, MA, MPA**
Administration

**Jennifer Perkins, MD, MBA**
Ambulatory Care & Population Health

**Urmimala Sarkar, MD, MPA**
Faculty Experience

*Transforming medicine through innovation and collaboration.*

http://medicine.ucsf.edu/

June 9, 2021

Edwin Charlebois, MPH, PhD
Director, Post-Doctoral Traineeship in AIDS Prevention Studies (TAPS)
Co-Director, Methods Core
Center for AIDS Prevention Studies (CAPS)

Kim Rhoads, PhD
Director, Helen Diller Family Comprehensive Cancer Center (HDFCCC) Community Outreach and Engagement Program

Stuart A. Gansky, DrPH
Director, Center to Address Disparities in Children's Oral Health ("CAN DO")
Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children (CC HEROIC) Associate Dean for Research, School of Dentistry
University of California, San Francisco

Dear Edwin, Kim, and Stuart,

I write to enthusiastically support your NIMHD U24 Coordination and Data Collection Center grant entitled "*Research Coordinating Center for the Multiple Chronic Disease Disparities Research Centers.*" I understand that the proposed Center would support 8-9 P50 centers researching ways to prevent, treat, and manage multiple chronic diseases in the most vulnerable and underserved communities. Social determinants of health and upstream factors have resulted in a disproportionate burden on underserved and vulnerable populations. The proposed RCC and its work are critical to our efforts of addressing persistent health inequities across the country.

UCSF and our Department of Medicine (DOM) are uniquely positioned to support your efforts. UCSF is at the forefront of identifying and addressing health inequities and has significant skills in multiple chronic diseases and social determinants of health. This work has required tremendous collaboration with affected communities and demonstrates the significant expertise and best practices available to and within the proposed Center. This work also demonstrates that community-engaged, transdisciplinary studies are critical for reducing chronic disease health disparities.

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

I am impressed with the transdisciplinary team that you have assembled. The proposal includes numerous investigators and staff from across UCSF's campuses, including from the Schools of Dentistry, Medicine and Nursing, as well as the Bakar Computational Health Sciences Institute and the Philip R. Lee Institute for Health Policy Studies. These individuals and their programs will support 20+ to-be-funded multiple chronic disease P50 studies, all designed to address health inequities in the U.S. Your team has significant experience and capacity in data coordinating and technical assistance centers operations and in development leading federal and global centers that collect, integrate, and share data across wide ranges of grantees, geographies (countries, states, cities), project types, and populations.

The UCSF Department of Medicine is proud of its leadership in health disparities, chronic diseases, prevention trials, and community-engaged research. The proposed Center sits squarely within that mission and is informed by UCSF's long and distinguished history conducting meaningful, transdisciplinary, and high-impact research. As leaders in health disparities, prevention trials, community-engaged research, HIV/AIDS, cancer, rheumatologic diseases, and dental caries, I can't think of a better team to pursue the work of the proposed Center. As such, I am pleased to offer my strongest possible support to your proposed coordinating center.

Sincerely,

*Bob Wachter*

Robert M. Wachter, MD
Professor and Chair
Department of Medicine, UCSF

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin



University of California, San Francisco
Office of the Dean, School of Dentistry
Box 0430, 513 Parnassus Avenue, Room S630
San Francisco, CA 94143-0430
Phone 415-476-5757
e-mail: michael.reddy@ucsf.edu

June 7, 2021

Dean Stuart Gansky
Box #1361
UCSF

Professor Edwin Charlebois
Box #0886
UCSF

Professor Kim Rhoads
Box #0128
UCSF


Dear Stuart, Edwin, and Kim:

I write to express my enthusiastic and full support for your application for the NIH-funded U24 Research Coordinating Center (RCC) for NIMHD P50 multiple chronic disease (MCD) disparities research centers. I confirm my complete support for the administration of the Coordinating Center to be based in the Center for AIDS Prevention Studies (CAPS), the School of Dentistry's Division of Oral Epidemiology and Dental Public Health, and the Department of Epidemiology and Biostatistics entitled "Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases". You propose to build on many successes of CAPS coordinating centers and School of Dentistry's coordinating centers for community-engaged research studies to reduce health disparities, along with the Helen Diller Family Comprehensive Cancer Center's Community Outreach and Engagement Program. The three of you as multiple principal investigators have now brought together a truly impressive team of investigators and staff from throughout the UCSF School of Dentistry and across the campus to meet the criteria of the RFA to lead and support the NIMHD P50 MCD disparity research consortium to address health inequities.

The transdisciplinary investigators included in the RCC will be tremendous assets for the P50 MCD projects in their charge to research ways to reach our communities most affected by common risk factors to reduce health inequalities throughout the country.

I confirm that adequate space at the Laurel Heights campus will continue to be provided to the dental disparities coordinating center team who will contribute to this proposed RCC until the upcoming move (anticipated May 2022) to remodeled space on the Parnassus campus, which is being redeveloped for research.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

In summary, I pledge my full support as Dean of the School of Dentistry. I fully endorse the mission, vision and leadership of the Research Coordinating Center and wish you much success in this vitally important endeavor to improve the health of the most at-risk communities.


Yours Sincerely,


Michael Reddy, DMD, DMSc
Dean and Professor
School of Dentistry
University of California San Francisco


2

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-4869D5C5014D



University of California
San Francisco

University of California, San Francisco
School of Dentistry
Department of Preventive and Restorative
Dental Sciences
707 Parnassus Avenue
San Francisco, CA 94143-0758
Tel: 415-476-5802/Fax: 415-476-3296

June 7, 2021

Stuart A. Gansky, DrPH
Center to Address Disparities in Children's Oral Health
UCSF Laurel Heights
San Francisco, CA 94143-1361

Edwin Charlebois, PhD
Center for AIDS Prevention Studies
UCSF Mission Bay
San Francisco, CA 94143-0886

Kim Rhoads, MD, MPH
Department of Epidemiology & Biostatistics
UCSF Mission Bay
San Francisco, CA 94143-0128

Dear Stuart, Edwin, and Kim:

I am very pleased to convey to you my strongest and most enthusiastic commitment to your *Research Coordinating Center (RCC) to Reduce Disparities in Multiple Chronic Diseases (RD-MCD)*. I fully support your application for NIMHD U24 funding for this RCC with its Research Coordination and Data Managemen Unit based in the Division of Oral Epidemiology & Dental Public Health in the Department of Preventive & Restorative Dental Sciences (PRDS) in the School of Dentistry at UCSF.

The RCC builds upon the long productive track records of both the Center for AIDS Prevention Studies and the NIDCR-funded Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Childhood research consortium to form a strong multi-disciplinary team of researchers, from the Schools of Dentistry an Medicine including researchers engaged in developing, launching, monitoring and supporting cutting-edge translational community-engaged research. The team has a very sound record of accomplishment in conducting community-engaged developmental studies and large multi-level randomized clinical trials. Research coordinated by the cores and coordinating centers you have directed in the past have been of outstanding quality with important outcomes. While the content of the 8-9 NIMHD P50 MCD center grantees are as of yet unknown, I know the breadth and depth of your team's knowledge and skills will ensure both proper scientific quality and tailoring to participating communities to reduce multiple chronic health disparities.

I am confident the proposed RCC will not only be innovative and productive in fostering and supporting research with the communities at highest risk, but also nimble and flexible enough to adapt based on community feedback. You will be leveraging infrastructure you have developed for your past research studies as well as the Bakar Computational Health Sciences Institute's informatics tools and capacity to integrate data from different sources using appropriate data standards. You have also developed robust partnerships with a variety of grassroots community groups, health centers, social service agencies, and health providers which makes you poised to be very successful in this proposed work. The involvement of your community partners at all stages of the research, from planning and study design through implementation and interpretation, is a key feature of the past work all three of you have led which allows you to have unique understanding about incorporating community needs into data collection and integration coordinating, particularly taking data privacy, security, and ownership issues into account.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-4869D5C5014D

The Research Coordination and Data Management Unit based in the Division of Oral Epidemiology & Dental Public Health in the Department of Preventive & Restorative Dental Sciences (PRDS) in the School of Dentistry at UCSF will be based at Laurel Heights until your move to newly renovated office space at the Parnassus Campus in the former Proctor Foundation Building in May 2022.

In summary, the proposed RCC receives my full support and commitment. If I can assist in any way in my role as Chair of PRDS, please do not hesitate to let me know. I will serve as an advocate for and liaison between the RCC and other units both within and outside the School of Dentistry. I enthusiastically endorse and will do whatever I can to support without reservation the mission and vision of the RCC RD-MCD and the many PRDS faculty and staff associated with it.

Mark D. Kirkland, DDS
Chair, Preventive and Restorative Dental Sciences
Health Sciences Clinical Professor
Leland A. & Gladys K. Barber Distinguished Professor in Dentistry

Docusign Envelope ID: BE62AE9D-AD4E-849A-8049-1869D5C5014D



University of California
San Francisco

AIDS Research Institute
Center for AIDS Prevention Studies

550 16th Street, 3rd Floor
San Francisco, CA 94158
tel: 415·476·6288
fax: 415·476·5348
www.caps.ucsf.edu
*Campus Box: 0886*

June 7th, 2021

*Edwin Charlebois, MPH, PhD,*
*Director, Post-Doctoral Traineeship in AIDS Prevention Studies (TAPS)*
*Co-Director Methods Core,*
*Center for AIDS Prevention Studies (CAPS)*

*Kim Rhoads, PhD,*
*Director, Helen Diller Family Comprehensive Cancer Center*
*(HDFCCC) Community Outreach and Engagement Program*

*Stuart A. Gansky, DrPH, Director*
*Center to Address Disparities in Children's Oral Health (known as CAN DO)*
*Coordinating Center to Help Eliminate/Reduce Oral Health Inequities in Children (CC*
*HEROIC) Associate Dean for Research, School of Dentistry*
University of California, San Francisco

Dear Edwin, Kim, and Stuart,

I am writing in strong support of your NIMHD U24 Research Coordinating Center (RCC) grant application entitled "Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases". The proposed Center would support 8-9 P50 centers researching ways to reduce disparities in the prevention, treatment, and management of multiple chronic diseases in the most vulnerable and underserved communities. Social determinants of health and upstream factors have resulted in a disproportionate burden on underserved and vulnerable populations. Thus, the proposed RCC and its work is critical as we continue to see persistent health inequities across the country.

The Center for AIDS Prevention Studies (CAPS) has a long history of identifying and addressing health inequities and has long been involved in conducting community-engaged health equity research in HIV and other conditions. Our investigators have successfully fielded community- engaged interventions in Hispanic/Latino, African-American, Asian, Native American communities, those who experience homelessness, individuals who are incarcerated, and sexual and gender minorities. This work has required collaboration with affected communities and demonstrates the significant expertise and best practices available within CAPS to the proposed RCC. This work also demonstrates that community-engaged, transdisciplinary studies are critical components for reducing chronic disease health disparities.

1

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

CAPS experts in community-engaged research, biostatistics, epidemiology, and implementation science will play an integral part of your proposed center (Drs. Charlebois, Neilands, Rebchook, Green-Ajufo) and we are committed to supporting the RCC with the expertise available within CAPS including our CAPS Community Advisory Board, our Methods Core, Community Engagement Core, and CAPS Intervention & Implementation Science Core.

As such, I strongly support the proposed research coordinating center to reduce disparities in multiple chronic diseases.

Sincerely,

**Marguerita Lightfoot, PhD** (pronouns: she/her/hers)
Professor
Walter Gray Endowed Chair
Chief, Division of Prevention Science
Director, Center for AIDS Prevention Studies (CAPS)
Director, UCSF Prevention Research Center

Division of Prevention Science | University of California, San Francisco
Center for AIDS Prevention Studies (CAPS) | UCSF Prevention Research Center
UCSF Profile | http://prevention.ucsf.edu

UCSF Box 0886 | 550 16th Street, 3rd Floor | San Francisco, California 94143
Phone: 415/502-4320

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D



June 8, 2021

Drs. Charlebois, Gansky, and Rhoads,

We are writing to express our enthusiastic commitment and support to your application to be the NIMHD's U24 Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD). Health disparities in the United States remain pervasive across most chronic diseases resulting in a disproportionate disease burden on the underserved and vulnerable populations with whom we work. The RCC will be a vital national resource, working with NIH scientific staff and NIMHD P50 center grant awarded scientists to coordinate and facilitate research activities across this initiative. We wholeheartedly applaud the overarching goal of this NIMHD initiative and its efforts to understand factors that have led to the disproportionate burden on these populations and the development of interventions to intervene on upstream multilevel factors which could help prevent, treat, and manage multiple chronic diseases to eliminate disparities in them. We will support the UCSF RCC in its efforts to facilitate this NIMHD collaborative research to: provide organizational and administrative infrastructure and expertise; support research coordination and data integration and sharing; facilitate research skills development among the junior researchers including community partners; and foster community engagement across projects in 8-9 P50 centers.

We are delighted to contribute our expertise and experience to the RCC and its work. Collectively, we have expertise conducting community-based, community-engaged, and co-designed research with older adults, people who are underserved minorities, unhoused populations, individuals living in congregate housing (e.g. shelters, residential treatment facilities, and assisted living facilities), individuals in overcrowded or public housing, individuals with substance use disorders or serious mental illness, individuals with medical comorbidities, and migrant and immigrant populations. Coupled with that are UCSF's formidable resources and internationally renowned leaders in biomedical informatics, data science, and data integration. As noted in the application, this rich expertise and experience will be leveraged and nimbly pivoted to accomplish the aims and goals of the RCC to support the P50 Centers that will be funded.

Thank you for the opportunity to further efforts to fight chronic disease and for us to engage with the RCC to support research to reduce health disparities in underserved and vulnerable populations. We trust that NIH will look favorably on your application.

Sincerely,

Contact PD/PI: Cherbabie, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Margot Kushel
Director
Center for Vulnerable Populations
Benioff Housing and Homeless
Initiative

Kirsten Bibbins-Domingo
Vice Dean
Population Health and Health Equity
Chair
Department of Epidemiology and
Biostatistics

Paula Braveman
Director
UCSF Center for Health Equity (formerly
Center for Social Disparities in Health)

Leah Karliner
Director
Center for Aging in Diverse Communities

Celia Kaplan
Director
Multiethnic Health Equity Research Center

Nancy Adler
Director
Center for Health and Community

Joanne Spetz
Director
Philip R. Lee Institute for Health Policy
Studies

Alan Ashworth
President
Helen Diller Family Comprehensive
Cancer Center (HDFCCC)

Wylie Liu
Executive Director
Center for Community Engagement
Finance & Administrative Services

Tung Nguyen
Director
Asian American Research Center on
Health (ARCH)

Atul Butte
Bakar Computational Health Sciences
Institute

Wendy Max
Director
Institute for Health and Aging

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

Page **3** of **3**

*Monica Gandhi*

Monica Gandhi
Director
Center for AIDS Research

*Stuart Gansky*

Stuart Gansky
Center to Address Disparities in Children's
Oral Health (known as CAN DO)



Marguerita Lightfoot
Director
Center for AIDS Prevention Studies
UCSF Prevention Research Center

*Sunita Mutha*

Sunita Mutha
Director
Healthforce Center at UCSF

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-4869D5C5014D



| colorado school of **public health** | UNIVERSITY OF COLORADO<br>COLORADO STATE UNIVERSITY<br>UNIVERSITY OF NORTHERN COLORADO |

**Centers for American Indian and Alaska Native Health**

Mail Stop F800
Nighthorse Campbell Native Health Building
13055 E. 17th Avenue
Aurora, CO 80045
303 724 1414 phone
303 724 1474 fax
www.cuanschutz.edu/CAIANH

Stuart Gansky, DrPH                                  May 31, 2021
Edwin Charlebois, PhD
Kim Rhoads, MD, MPH
UCSF
3333 California St
San Francisco, CA 94143

Dear Stuart, Edwin, and Kim,

We are pleased to offer this letter of strong support for the NIMHD funding of your proposed "Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD)".

As one of three U54 Early Childhood Caries Collaborating Centers (EC4) funded by the NIDCR from 2008 to 2017, our Center for Native Oral Health Research (CNOHR), one of the centers comprising the Centers for American Indian and Alaska Native Health at the University of Colorado Anschutz Medical Campus, worked in close partnership with the UCSF EC4 Data Coordinating Center (DCC) that Dr. Gansky led with Dr. Gregorich. The UCSF DCC proved to be critical for the successful administration and rigorous conduct of our two community-engaged randomized controlled prevention trials.

Overall, the UCSF DCC team provided exceptional support and expertise in comprehensive data collection, management, and quality assurance in all phases of design, implementation, and maintenance, as well as developing those areas in our clinical protocols and manuals of procedures. Training our research staff in the clinical research management system (CRMS) with ongoing technical assistance allowed us to adopt the system effectively and utilize it to meet our operational needs. The gold standard caries examiner training, calibration, and subsequent re-calibration exercises were expertly conducted by your UCSF team. We also relied on and greatly benefited from your support for regular monthly project meetings with NIDCR program officials, annual Data and Safety Monitoring Board reports, and monitoring of adverse events and unanticipated problems. The recent EC4 website became a valuable resource for listing supplemental information for our cross-center publications and making it easier for sharing data collection instruments and other resources such as the examiner training and calibration manual than being contacted directly on a case-by-case basis.

Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

Contact PD/PI: Charlebois, Edwin

In addition, we found the DCC response to our unique needs always timely, and particularly impressive and helpful. Our Center aimed to address oral health disparities in American Indian populations and therefore our relationship with our community partners was of paramount importance in this work. Our research is directly informed by the needs of the tribes with which we work, and Native consultants and colleagues are at the center of program development and delivery. Your mastery and embodiment of the principles of community engagement clearly showed when we asked you to visit with our community partners to assure data security and confidentiality. Although that meeting ultimately was not required, the community appreciated your willingness to travel to answer their questions in person. Your high level of security and confidentiality of research systems brought assurances of best practices to our partners and contributed to building trust and confidence in our work. In addition, the tribes required that the DCC not have access to data sets that included participant identifiers; you accommodated this specification and provided the necessary technical and computer programs to de-identify and merge various data sources before securely transmitting to the DCC. Further, the remote locations of our study sites, resulted in lack of internet and broadband access which posed challenges for data collection solutions. However, your flexibility in accommodating asynchronous data collection allowed us to overcome them without any impact to our ability to conduct the study. Lastly, when our initial gold standard caries examiner left the project, you responded to our request by training and calibrating our replacement gold standard examiner, as well as later training and calibrating an additional examiner.

Our experience working with your UCSF DCC was highly favorable, professional, and most important, has enhanced our performance as a Center conducting scientifically rigorous community-engaged research. Given your excellent track record and experienced researchers and staff in coordinating multidisciplinary and multilevel approach studies, we strongly believe your proposed RCC is well-poised to successfully coordinate the important NIMHD P50 multiple chronic disease disparity research centers. We offer our sincere wishes for success with this proposal.


Sincerely,

Judith Albino, PhD
President Emerita University of Colorado
Professor Emerita Public Health and Community Dentistry & Population Health
Director, Center for Native Oral Health Research
University of Colorado Anschutz Medical Campus

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BF62AE9D-AD4E-849A-8049-1869D5C5014D



Rho, Inc.                (p) 919-408-8000
2635 E NC Hwy 54         (f) 919-408-0999
Durham, NC 27713         info@rhoworld.com

June 3, 2021

Re: UCSF Application in Response to RFA-MD-21-008: NIMHD Multiple Chronic Disease Disparities Research Coordinating Center

Dear Dr. Gansky,

Rho is pleased to support you on your application in response to RFA-MD-21-008: NIMHD Multiple Chronic Disease Disparities Research Coordinating Center.  Our proposed scope of services is to provide site monitoring as a fee-for-service vendor.

Rho's services will include site initiation, interim monitoring, and close-out visits performed both onsite and remotely, as appropriate. Rho's monitoring services include source document verification, review of site regulatory files, assessments of site facilities, review of outstanding queries, and confirmation that site staff are current on study processes and trainings. These visits will occur as needed within the award timeframe, anticipated to be December 2021 through December 2026.

In summary, it is a pleasure to support your application, and we are fully committed to lend our assistance to you and your team as needed throughout the award period. I wish you the best during the application process.

Sincerely,

Christina Millin    Digitally signed by Christina
                    Millin
                    Date: 2021.06.03 15:25:30
                    -04'00'

Christina Millin
Senior Director, Federal Proposals and Contracts
Rho, Inc.
2635 E NC Hwy 54
Durham, NC 27713

rhoworld.com

Contact PD/PI: Charlebois, Edwin

# RESOURCE SHARING PLAN

Intellectual property and data generated under the proposed project will be administered in accordance with University of California, San Francisco (UCSF) and NIH policies, including the ***NIH Data Sharing Policy and Implementation Guidance of March 5, 2003*** and the ***NIH Public Access Plan for Increasing Access to Scientific Publications and Digital Scientific Data from NIH Funded Scientific Research of February 2015***.

Access to databases and research tools generated under the project will be available for educational, research, and non-profit purposes as approved by the relevant IRBs. We will publish our findings in a timely fashion and will present unpublished data at appropriate research conferences. Publication of data shall occur during the project, if appropriate, or at the end of the project, consistent with normal scientific practices. We are committed to collaboration in complex disease research and will participate in data-pooling studies as allowed by currently established consent forms and IRBs.

<u>Internal Data and Resources Sharing within the study team</u>. Internal data and resources (research instruments, protocols, standard operating procedures (SOPs), educational materials, translated documents) sharing within the RD-MCD Research Consortium (RCC and RD-MCD P50 research center project teams) will be facilitated through multiple channels including the ***RD-MCD Consortium Website*** (managed by the RCC and the Center for HIV Information), and ***Dryad***, an open source, community driven data repository originally launched in 2009 and built upon the open-source DSpace repository software and in 2019, Dryad merged with DaSH, a data sharing service developed at the University of California Curation Center (UC3), a program of the California Digital Library (CDL).  With the exception of de-identified data archived for long-term storage on Dryad, all access to internal data will be secured and HIPAA compliant, with multiple levels of security and access control based on doubly-authenticated user credentials and strong passwords.  Audit trails of access will be kept and regularly examined for suspicious activity.

<u>External Resources and Data Sharing</u>. External data and resources sharing to the scientific community and multiple chronic disease disparities affected communities will occur during the study conduct and again after study completion. The RCC adopts the core values of transparency and honesty in communication with its community partners and affiliated scientists and will endeavor to keep the public and research community informed of the progress of the RD-MCD initiative and provide the earliest possible access to significant research findings. The primary information sharing channel for the community, the RD-MCD website, will have an open community-facing section providing study updates and important information on preventing, diagnosing, treating, and managing multiple chronic disease disparities. Study progress summaries and dashboards will be presented and routinely updated.  For registered users, access to summary data and data visualization tools will be available. Two channels will be available for access to de-identified data as studies are completed: the RD-MCD Website platform and Dryad (https://datadryad.org/stash/) for long term storage. Prior to dissemination, all data will be fully de-identified according to standard guidelines. This will include the NIMHD P50 MCD centers deleting all personal identifiers before transferring to the RCC. The data and associated documentation will be made available to users only under a data-sharing agreement that provides for: (1) a commitment to using the data only for research purposes and not to identify any individual participant; (2) a commitment to securing the data using appropriate computer technology; and (3) a commitment to destroying or returning the data after analyses are completed.

Contact PD/PI: Charlebois, Edwin
Docusign Envelope ID: BE62AE9B-AD4E-849A-8049-1869D5C5014D

User registration will be required to access or download files. As part of the registration process, users must agree to the conditions of use governing access to the public release of data, including restrictions against attempting to identify study participants, destruction of the data after analyses are completed, reporting responsibilities, restrictions on redistribution of the data to third parties, and proper acknowledgement of the data resource. Registered users will receive user support, as well as information related to errors in the data, future releases, and publication lists. The information provided to users will not be used for commercial purposes, and will not be redistributed to third parties.

Data Sharing Location:
All relevant data will be deposited in Dryad and the RD-MCD website for access (Dryad for guaranteed long-term storage with Creative Commons licensing and ongoing access).

What data that will be shared:
We will share de-identified study data which includes subject demographics and other common data elements consistent with applicable laws and regulations.  Submitted data will conform with relevant data and terminology standards and include metadata such as descriptive data dictionaries, codebooks, and scale scoring algorithms along with the dataset.

Who will have access to research data:
Data will be deposited and made available through the Dryad and RD-MCD websites and these data will be shared with investigators working under an institution with a Federal Wide Assurance (FWA) and could be used for secondary data analysis study purposes.

When will the data be shared:
Study outcome data will be deposited into the Dryad repository as soon as possible but no later than within one year of the completion of the funded project period for the parent award or upon acceptance of the data for publication, or public disclosure of a submitted patent application, whichever is earlier.

How will researchers locate and access the data:
We will identify where the data will be available and how to access the data in any publications and presentations that we author or co-author about these data, as well as acknowledge the repository and funding source in any publications and presentations.


(b) Sharing Model Organisms: Not applicable

(c) Genome-Wide Association Studies (GWAS): Not applicable