Erwin Chemerinsky (admitted *pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NEETA THAKUR, et al.,

Plaintiffs,

vs.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 3:25-cv-04737-RL

**DECLARATION OF MATTHEW SPINELLI IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**

Judge: The Honorable Rita F. Lin

Hearing Date: October 20, 2026
Hearing Time: 10:00 AM
Courtroom: 4 – 17th Floor

## DECLARATION OF MATTHEW SPINELLI

I, Matthew Spinelli, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently to those facts.

2. I am a clinical researcher, implementation scientist, and infectious disease physician with a focus on HIV and pre-exposure prophylaxis ("PrEP"). I am currently an Associate Professor of Medicine at University of California, San Francisco ("UCSF"). A true and correct copy of my CV is attached as **Exhibit A**.

3. I completed my undergraduate studies at Columbia College and then attended medical school at Mount Sinai School of Medicine. I moved to the San Francisco Bay Area in 2013 for my Residency in Internal Medicine at UCSF and remained for a Fellowship in Infectious Diseases. I became an assistant professor at UCSF in 2020 and associate professor in 2025.

4. My research focuses on using techniques from epidemiology, clinical research, and implementation science to better understand ideal strategies for implementing HIV and sexually transmitted infection prevention and treatment.

5. I previously participated in clinical research that led to the development of a novel point-of-care urine test that assists physicians in evaluating patients' adherence to their PrEP regimen. I developed a motivational interview-based adherence intervention using the novel point-of-care test to provide adherence feedback, with the goal of improving PrEP adherence among younger men who have sex with men ("MSM") or sexual minority men, and antiretroviral therapy adherence among MSM or sexual minority men living with HIV.

6. My interest in this work began after PrEP was approved shortly before I began my residency. I was excited to prescribe this transformative HIV prevention strategy to my patients. PrEP has a very low number needed to prevent an HIV infection-which indicates a highly effective prevention medication, meaning fewer patients need to be treated to see a beneficial outcome—and is nearly 100% effective in preventing HIV when taken with adequate adherence. Unfortunately, PrEP was not being used sufficiently to make an impact on the HIV epidemic, which motivated my career in implementation science research. A similar strategy over the last 4

years has been developed to prevent sexually transmitted infections including syphilis and chlamydia by taking two tablets of an antibiotic, doxycycline, after sex. Following it being shown to be effective, we have seen declines in both syphilis and chlamydia for the first time in many years in San Francisco where it has been implemented at scale. I have published 92 peer-reviewed publications which focus on these topics.

## Grant Application and Award

7. In January 2024, I applied for a National Institutes of Health ("NIH") grant with a proposal titled *Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP*. This grant sought to establish adherence measurement approaches for Doxy-PEP, relevant to understanding its limited efficacy among women compared to men in clinical trials, as well as work to measure its impact on antimicrobial resistance. A true and correct copy of compilation of excerpts of my grant application, addressing the specific aims of the research, research strategies, and scientific references, is attached as **Exhibit B.**

8. On August 14, 2024, I was awarded NIH grant R01AI186641. The project term was specified as August 14, 2024 to June 30, 2029. The total grant sum to be awarded was $4,026,066 for five years. A true and correct copy of the grant award is attached as **Exhibit C**.

## Grant Termination on March 18, 2025

9. Because of our project's progress and ongoing promise, our team was devastated to receive notice that the NIH had terminated our grant by letter dated March 18, 2025 (hereafter the "Termination Letter"). A true and correct copy of the Termination Letter is attached as **Exhibit D**.

10. The Termination Letter stated, as the basis for termination:

> This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

11. The Termination Letter did not explain how my research into how patients can be supported in adhering to their prescribed treatment was unscientific or failed to advance health.

12. While the grant application discussed medical and scientific research relating to

transgender people as a population that is disproportionately impacted by HIV, (*see* **Exhibit B**) my research was focused on the study of the pharmacokinetics and pharmacodynamics of doxycycline in men and women, using urine, plasma, and hair drug-level measurement, relevant to efforts to counter the worsening syphilis epidemic and address national priorities to address antimicrobial resistance.

**Appeal of Grant Termination**

13. UCSF submitted an appeal on my behalf on March 21, 2025.

14. As of the date of this declaration, I have not received a response to the appeal.

**Grant Reinstatement**

15. On July 9, 2025, I received notice that the grant was reinstated. A true and correct copy of this reinstatement notice is attached as **Exhibit E**.

16. Following reinstatement, I was able to access funding to continue my work. I was able to enroll additional participants, sign contracts with vendors, hire staff, and continue follow-up of previously enrolled and newly enrolled participants.

**Harm from NIH Grant Termination**

17. When the grant was initially terminated in March 2025, many of the research participants in this study had expressed sadness about not being able to finish the study and contributing to the work to fight the syphilis and gonorrhea epidemics. I received approximately 3-5 requests weekly to join the study through the study's posting on clinicaltrials.gov. The stress I experienced from losing my grant funding had affected me both emotionally and physically. The consequences of these cuts—impacting my study participants, and the populations our research serves—were a constant burden. Neither my research staff nor I received hard funding from the University, hence our jobs were imminently at risk.

18. Further, when the grant was abruptly terminated with instructions that we may not use the grant after the cancellation date, we had 6 participants actively receiving our study medication and were left with no resources to monitor their safety or allow them to complete their enrollment in the trial. While we were trying to recover these costs from the NIH, we had to use discretionary funding from my division's budget to cover these essential costs to protect the safety

of our research participants.

19. At the time of termination, the trial was about 13% enrolled, with participants receiving study product. Monitoring during and after dosing is critical to protecting the safety of participants. Doxycycline may cause liver injury and allergic reactions days to weeks after administration of the drug. Abrupt termination of the study would put these participants at risk of harm. Indeed, the Data Safety and Monitoring Board in the study, the independent entity charged with providing oversight for participant safety in the study, had expressed urgent concern about the stop-work order and the termination for the grant supporting the study based on the belief that it is unethical to stop follow-up for participants who have received study product.

20. If the grant is re-terminated before the project is complete in June 2029, then these harms—to the study participants, the populations the research serves, and to my own career goals and well-being—will repeat themselves.

**Role of Class Representative**

21. I am ready to assume the responsibilities of serving as a class representative. I understand that I must stay informed regarding developments in the lawsuit, communicate regularly with my attorneys, and act in the best interests of the class. I have no conflicts that would prevent me from assuming this responsibility.

22. I have been in communication with other UC researchers, who would be members of the class, who have suffered the same general type of harm as I describe above, from the abrupt termination of their previously approved research grants. This harm is widespread, and I believe it will only increase in scope and impact if classwide relief is not granted.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this July 10th day of July, 2026, at Castiglione della Pescaia, Italy Italy.

DocuSigned by:
FE68F257CBED461
Matthew Spinelli