Erwin Chemerinsky (admitted *pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 3:25-cv-04737-RL<br><br>**DECLARATION OF SHANNON BOETTCHER IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**<br><br>Judge: The Honorable Rita F. Lin<br><br>Hearing Date: October 20, 2026<br>Hearing Time: 10:00 AM<br>Courtroom: 4 – 17th Floor |

46686\21188417.1

I, Shannon Boettcher, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently to those facts. The facts stated here are based on my personal knowledge, my role as PI, and my review of records maintained in the ordinary course of administering Award EE0011322, including award documents, project reports, correspondence, and research records.

2. I am a tenured chemistry professor at the University of California, Berkeley, where I hold the Theodore Vermeulen Chair. I have joint appointments in the Department of Chemical & Biomolecular Engineering and the Department of Chemistry. A true and correct copy of my CV is attached as **Exhibit A**.

3. I submit this declaration in my individual capacity and as the UC Berkeley principal investigator on DOE Award EE0011322. I do not submit this declaration on behalf of any institutional entity.

4. My research focus is to advance electrochemical science, engineering and technology. In the Boettcher laboratory, part of the Center for Electrochemical Science, Engineering, and Technology (which I founded), I work alongside PhD candidates, postdoctoral students, visiting scholars, and other UC researchers to study, design, synthesize, fabricate, and model materials and devices for electrochemical applications. These applications include those for efficient and inexpensive energy conversion and storage, materials and chemical production, and critical materials refining and recovery.

5. The Boettcher laboratory's research innovations yield, among other outputs, numerous peer-reviewed scientific publications as well as patents (some of which are now licensed to U.S. companies, including a company founded by a Boettcher laboratory researcher). These publications and patents reflect the group's combined expertise and are routinely co-authored.

Research projects in my laboratory have to date relied heavily on federal grant funding. Because of my seniority and lab directorial role, I am typically Principal Investigator ("PI") or co-PI on such grants, but every grant requires the participation of multiple research scientists with project-

relevant skills. These roles are specified by function in grant documents.

6. Our grant-funded projects contemplate that our laboratory's core researchers—PhD candidates, postdoctoral students, and I—function as members of an integrated team with shared responsibility for project outputs and deliverables. Our scientific publications and patents reflect the leadership role of individual lab researchers in areas of their specialized expertise: normally a PhD candidate or postdoctoral scholar is the first-listed author on a research paper, indicating their primary role.

7. Reciprocally, the PhD and postdoctoral researchers in my lab are dependent on funding via specific grants (a) for their financial support; (b) to further their training; and (c) to advance their careers through innovation, presentations, publications, and patents. Indeed, they are typically more grant dependent than I am, because I am a salaried UC employee and they are typically funded only by one or several research grants.

**Grant Application and DOE Award EE0011322**

8. In July 2023, when I was employed at the University of Oregon, I applied for a Department of Energy grant with a proposal titled, *Advanced Electrodes for Stable, High-Performance, Alkaline-Exchange-Membrane Electrolyzers Without Supporting Electrolyte.* An electrolyzer is a device that uses electricity to convert water into hydrogen and oxygen gases. Hydrogen derived from electrolysis is expected to be an increasingly important component of domestic and international energy systems, as it links inexpensive, but intermittent, electricity from wind and solar generation (and other sources) to applications in chemical production, manufacturing, and transportation energy. The ability of these electrolyzers to operate with intermittent electricity will also help support the electric grid. This project sought to make that process more durable, efficient, and cost-effective without relying on expensive materials. This project focused specifically on alkaline-exchange-membrane water electrolyzers that were designed to operate without supporting electrolyte and to use low-cost materials, including non-precious-metal catalysts. The alkaline-exchange-membrane electrolyzer described in the grant application has the potential to be the most cost-effective electrolyzer technology, and if successfully commercialized by U.S.-based partners would enhance U.S. economic

competitiveness. A true and correct copy of my grant proposal is attached as **Exhibit B**.

9. On March 13, 2024, I was awarded Department of Energy (DOE) grant DE-EE0011322. The project term was specified as September 1, 2024 to August 31, 2027. The total grant sum to be awarded was $4,673,728, which included funds for our work at UC Berkeley as well as work performed at sub-awardee locations, including the University of Delaware (Newark, Delaware), De Nora Tech, LLC (Concord, Ohio), and Versogen, Inc. (Newark, Delaware, a U.S. based manufacturer of electrolyzer membranes and devices). A true and correct copy of the grant award document, which DOE terms an "Assistance Agreement," is attached as **Exhibit C**.

10. My DOE grant was awarded pursuant to Funding Opportunity Announcement DE-FOA-0002922, entitled "Bipartisan Infrastructure Law: Clean Hydrogen Electrolysis, Manufacturing, and Recycling," which DOE's Hydrogen and Fuel Cell Technologies Office issued on March 15, 2023. A true and correct copy of that Funding Opportunity Announcement is attached as **Exhibit D**. The Funding Opportunity Announcement states activities are awarded pursuant to 42 U.S.C. §§ 16161c and 16161d, (Ex. D at 2, 69), and it further states that awards made under it "will be funded, in whole or in part, with funds appropriated by" the Infrastructure Investment and Jobs Act. Ex. D at 1. I applied for my grant under this same Funding Opportunity Announcement. *See* Ex. B (identifying Funding Opportunity Number DE-FOA-0002922 in the header).

11. As I had moved from the University of Oregon to UC Berkeley in January of 2024, DOE permitted me to transfer my grant. Some of the researchers on my team moved with me from University of Oregon to UC Berkeley, and were funded on this award. Others continued their research at the University of Oregon funded by other research grants, where I continued to hold a temporary researcher appointment during the transition period between institutions.

12. My research team's work at UC Berkeley funded by DOE Award EE0011322 has yielded numerous scientific advances and corresponding publications, including publication in the top-tier journal *Science*. Publishing research results in *Science* is rare and difficult, with only the work deemed most important to the community recommended for publication by peer reviewers and editors. We also exceeded the milestones specified for the project over the initial year of

performance and had received positive feedback from meetings with DOE program managers. On July 7, 2025, we submitted the annual project continuation report as stipulated in the grant contract.

13. A true and correct copy of our Continuation Report/Applications is attached as **Exhibit E**.

14. A true and correct copy of our *Science* article reporting the work funded by Award EE0011322 is attached as **Exhibit F**.

15. A true and correct copy of a *UC Berkeley News* story describing the societal benefits expected to accrue from our research is attached as **Exhibit G**.

## Grant Termination in October 2025

16. Despite our project's progress and ongoing promise, our team was informed by our Sponsored Projects Office in October 2025 that DOE had unilaterally terminated our grant via e-mailed notice dated October 2, 2025. A true and correct copy of DOE's notice is attached as **Exhibit H**.

17. DOE thereafter sent a letter confirmatory of grant termination, dated October 10, 2025. A true and correct copy of DOE's letter is attached as **Exhibit I.**

18. Before receiving the termination notice and letter, neither I nor, to my knowledge, my project team, had been informed by DOE of any technical deficiency, missed milestone, compliance concern, adverse technical review, or other project-specific performance problem with Award EE0011322. I was not provided any technical review, reviewer comments, programmatic assessment, or other project-specific explanation for the termination. To the contrary, our July 2025 continuation application reported that the project had completed all key Budget Period (BP) 1 milestones, met the BP Go/No-Go criterion, and made substantial progress toward future milestones.

19. To my knowledge, DOE did not request from me or UC Berkeley a corrective action plan, milestone revision, additional technical information, budget modification, scope reduction, or other project-specific response before terminating the award.

20. The DOE letter stated, as the basis for termination:

> *The Department has reviewed your financial assistance agreement in accordance with this policy and determined that this project is not consistent with this Administration's goals, policies and priorities. . . . This project does not effectuate the Department of Energy's priorities of ensuring affordable, reliable, and abundant energy to meet growing demand and/or addresses the national emergency declared pursuant to Executive Order 14156.*

Ex. I. The letter contained no explanation of how our team's work was at odds with the stated DOE goal of ensuring "affordable, reliable, and abundant energy," which is indeed the essence of our research.

**Appeal of Grant Termination**

21. UC Berkeley administratively appealed the termination of our award via letter dated November 7, 2025. A true and correct copy of the appeal letter, minus its exhibits, is attached as **Exhibit J**. It is now more than eight months since UC Berkeley submitted its reconsideration request/informal dispute seeking reinstatement of Award DE-EE0011322. DOE acknowledged receipt in November 2025 and stated that the request was under review. On July 7, 2026, after I requested an update, DOE again stated that the request "remains under review" and that closeout activity under 2 C.F.R. § 200.344 is paused until the informal dispute process is concluded or until further notice. DOE has not provided a decision on the request or any project-specific technical explanation for the termination.

**Research Team**

22. At the time of the October 2025 termination of DOE Award EE0011322, the following four doctoral and postdoctoral researchers in the Boettcher laboratory were being paid from the award, had active DOE-project responsibilities, or were expected to continue working on the award-funded project. Each performed scientific functions essential to the project, and each was directly harmed by the termination:

(a) Dr. Jin Wook Yang, a postdoctoral scholar, was partially supported by the DOE award and was responsible for analyzing the materials and contact surfaces in the device before and after operation to understand how they perform and how they degrade over time. The termination

disrupted his DOE-funded characterization work and related opportunities to contribute to project deliverables, publications, and follow-on research.

(b) Dr. Dong Su Kim, a postdoctoral scholar, was partially supported by the DOE award and was responsible for analyzing the materials and contact surfaces in the device before and after operation to understand how they perform and how they degrade over time. The termination disrupted his DOE-funded work, including project-related characterization, analysis, and associated publication opportunities.

(c) Jihan Zhang, a PhD student, was supported by the DOE award during the project and was responsible for development of an ultra-stable anode for pure water electrolysis and device scaling. Although his Fall 2025 payroll support came through a UC Berkeley Graduate Student Instructor appointment, he continued working on the DOE project until closeout. The termination disrupted work that was expected to support his doctoral research, training, project deliverables, and project-related publications.

(d) Duha Syar, a PhD student, was supported by the DOE award and was responsible for development of a precious-metal-free and stable cathode for pure water electrolysis and device scaling. The termination disrupted DOE-funded work that was expected to support a substantial part of her graduate research and training, as well as related project outputs and publication opportunities.

23. The October 2025 termination also caused professional and reputational harm to at least four additional researchers who were grant-funded in earlier project phases and whose work formed part of the project's scientific foundation. These researchers include Dr. Shujin Hou, Dr. Emma Kaeli, Dr. Yuta Inoue, and Dr. Anthony Ekennia. Although these researchers were not being paid from the DOE award at the time of the October 2025 termination, they had performed

DOE-project work in earlier phases. Because the project was terminated before completion, their prior research efforts and results will not be incorporated into future co-authored publications and follow-on project work as contemplated, and will not yield the full scientific advances, professional recognition, and career benefits the project was expected to produce.

24. My roles as PI are to oversee the entire research project, including sub-awards; to file patents; to submit papers; and to manage technology transfer efforts.

25. As is typical in grantmaking, names of key grant-supported researchers are not included in grant applications or award letters, because they can be hired only *after* it is certain that grant funding has been obtained. Thus, these researchers are identified to grantor agencies in post-award documents, such as periodic progress reports.

26. Our team's last pre-termination progress report to DOE, covering the period July 1

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| | | | | | Participants | | |
| | | | Participant Information | | | | |
| | Organization | First Name | Last Name | Job Title | Role in the Project | If the Role in the Project is Other, Please Specify | U.S. State or Territory of Residence |
| | Unviersity of California, Berkeley | Shannon | Boettcher | Professor | PD/PI | | CA |
| | Unviersity of California, Berkeley | Shujin | Hou | Postdoc | Other | Postdoc | CA |
| | Unviersity of California, Berkeley | Emma | Kaeli | Postdoc | Other | Postdoc | CA |
| | Unviersity of California, Berkeley | Yuta | Inoue | Postdoc | Other | Postdoc- fellowship | CA |
| | Unviersity of California, Berkeley | Jin Wook | Yang | Postdoc | Other | Postdoc -fellowship | CA |
| | Unviersity of California, Berkeley | Dong Su | Kim | Postdoc | Other | Postdoc- fellowship | CA |
| | Unviersity of California, Berkeley | Anthony | Ekennia | Postdoc | Other | Postdoc | CA |
| | Unviersity of California, Berkeley | Jihan | Zhang | Graduate student | Student | | CA |
| | Unviersity of California, Berkeley | Duha | Syar | Graduate student | Student | | CA |
| | University of Delaware | Hui | Duan | Research Associate II | Co PD/PI | | DE |
| | University of Delaware | Hoffman | Jeff | Graduate student | Student | | PA |
| | University of Delaware | Lan | Wang | Senior Scientist | Co PD/PI | | DE |
| | University of Delaware | Yushan | Yan | Professor | Co PD/PI | | DE |
| | University of Delaware | Pengjia | Chen | Graduate student | Student | | DE |
| | University of Delaware | Wendy | Zhang | Graduate student | Student | | DE |
| | University of Delaware | Dunsmore | Lisa | Senior Scientist | Other | Scientific researcher | DE |
| | De Nora, LLC | Kieran | Spence | Scientist | Other | Scientific researcher | OH |
| | De Nora, LLC | Ed | Revers | Research Accociate | Other | Scientific researcher | OH |
| | De Nora, LLC | Mounika | Kodali | Senior Scientist | Other | Scientific researcher | OH |
| | De Nora, LLC | Andrew | Smeltz | Director of R&D | Co PD/PI | | OH |
| | Versogen | Balsu | Lakshmanan | Chief Technology Officer | Other | Scientific researcher | DE |
| | Versogen | Archana | Sekar | Research Engineer | Other | Scientific researcher | DE |
| | Versogen | Brian | Setzler | Chemical Engineer | Other | | DE |
| | Versogen | Luke | Brusse | Test Engineer | Other | | DE |
| | Versogen | Lincoln | Pritt | Chemical Engineer | Other | | DE |
| | Versogen | Maggie | Spagnolo | Engineer | Other | | DE |
| | Versogen | Keda | Hu | Senior Chemist | Other | | DE |
| | Versogen | William | Wilhelm | Engineering Technician | Other | | DE |
| | Versogen | Colin | Davis | Production Lead | Other | | DE |

through September 30, 2025, is an example of where in grant documentation this researcher specification occurs. That report contained an Excel spreadsheet identifying each above-listed researcher by name and function. Because it is not possible to attach a dynamic spreadsheet hereto, I here present a screenshot of the salient columns of the "Personnel" tab, which shows UC research personnel supported by and active in the project in that time span.

27. In total, five members of our research team were directly harmed by DOE's abrupt

grant termination because they were wholly or partly supported by the DOE award at the time of termination or were expected to continue working on the award-funded project after termination: Dr. Jin Wook Yang, Dr. Dong Su Kim, Jihan Zhang, Duha Syar, and myself, Shannon Boettcher. In addition, the termination caused professional and reputational harm to another four researchers who were grant-funded in earlier project phases and whose research efforts and results were expected to be incorporated into future co-authored publications and project advances: Dr. Shujin Hou, Dr. Emma Kaeli, Dr. Yuta Inoue, and Dr. Anthony Ekennia. Each of these researchers is identified by name in the UC payroll detail sheet for the months preceding grant termination, a true and correct copy of which is **Exhibit K** hereto.

## Harm from DOE Grant Termination

28. The termination of DOE Award EE0011322 caused harm to me as PI and to researchers in the Boettcher laboratory. By the time of our July 2025 continuation application, the team had completed all key Budget Period 1 milestones, met the BP Go/No-Go criterion, made substantial progress toward future milestones, and published or prepared multiple high-impact/profile manuscripts. The project had demonstrated an electrolyte-free anode operating at 1.0 amp per square centimeter and 1.89 V with a 100 mV per 1000 hours degradation rate, far exceeding the BP1 target of 500 mV per 1000 hours.

29. The termination eliminated the expected support for the remaining project period, including anticipated Budget Year (BY) 2 and BY3 federal funds totaling $2,906,133 across the project team. It also forced me to divert substantial time from research leadership to administrative appeals, contingency planning, support for affected personnel, and efforts to identify replacement or bridge funding. It further disrupted the coordinated work of UC Berkeley, the University of Delaware, Versogen, and De Nora on catalyst development, ionomer development, electrode/interphase engineering, cell/stack testing, and delayed efforts to commercialize the technology.

30. As PI, I was responsible for integrating these efforts, overseeing subawards, coordinating publications, protecting intellectual property, and managing technology-transfer opportunities. The termination impaired my ability to deliver the full DOE-approved scope of

work, including continued development of potentially transformative pure-water-fed alkaline-exchange-membrane electrolyzer technology demonstrations, scale-up to larger cells and stacks, long-term durability testing, low- or non-precious-metal cathode development, and commercialization-relevant validation with U.S.-based partners. It also harmed the laboratory's productivity, publication pipeline, patent and licensing opportunities, reputation with collaborators, and ability to sustain a research program in an internationally competitive hydrogen technology area.

31. The termination also caused harm to the PhD candidates and postdoctoral scholars supported by the award. The researchers working on this project were not easily interchangeable personnel. They had specialized expertise in electrochemical device design, anode and cathode development, catalyst synthesis, membrane and ionomer chemistry, interface characterization, durability testing, mechanism analysis, and device scaling. Their work was integrated across the project's technical tasks, including non-precious-metal anode electrocatalysts, durable hydroxide-conducting ionomers, stable catalyst-ionomer interfaces, and cell and stack testing. The award provided financial support for their research appointments and, for the PhD students, was expected to support major portions of their doctoral training.

32. When the award was terminated, active research tasks had to be stopped, slowed, narrowed, or redirected, including experiments needed for device optimization, long-term durability studies, characterization of degradation mechanisms, manuscript preparation, patentable advances, and scale-up toward 25 $cm^2$ cells, 100 $cm^2$ cells, and a >1 kW short-stack demonstration suited for commercial prototypes. This disrupted dissertation and postdoctoral research plans, delayed or reduced opportunities for first-author and co-authored publications, limited opportunities to present high-profile results, and diverted researchers from the work for which they had been trained and recruited. The termination also weakened a training platform connected to the project, including hands-on electrochemical technology training through the Summer Electrochemistry Academy. More broadly, it slowed career-building work for early-career scientists in a nationally important area of electrochemical technology and reduced the continuity of a research team assembled to advance U.S.-based innovation in low-cost, durable electrolyzers.

33. The termination affected the PhD candidates and postdoctoral scholars differently depending on their role and funding status, but in each case the harm was tied to the DOE project. For researchers paid from the award at or near termination, the termination disrupted financial support and ongoing experimental work. For researchers supported earlier in the project period, the termination disrupted work they had performed or were continuing to develop into publications, presentations, patents, or follow-on experiments. For PhD students, the disruption affected dissertation-related research and training. For postdoctoral scholars, it reduced opportunities to complete and publish project work, build a record in a specialized field, and continue career-building research in electrochemical technology.

34. Because DOE did not provide any project-specific technical basis or criteria for the termination, I did not understand how DOE had determined that this award should be terminated. This lack of explanation compounded the harm from the termination because it prevented the team from addressing any purported concern and made it more difficult to seek replacement or bridge funding on an informed basis.

35. On October 1, 2025, OMB Director Russell Vought publicly stated on X that "Nearly $8 billion in Green New Scam funding" was being cancelled and listed states including California. DOE's October 2, 2025 termination email, which followed shortly the announcement on X, and the October 10 termination letter to UC Berkeley, did not identify any project-specific technical deficiency and did not explain what criteria DOE used to apply the stated termination rationale to Award EE0011322.

36. Based on the technical record described above, including our completed BP1 milestones, met Go/No-Go criterion, peer-reviewed publications, and ongoing work with U.S.-based partners, I did not understand how Award EE0011322 fit the public X characterization. DOE did not explain why this technical program was included in any such category or what criteria were used to make that determination. To the contrary, based on DOE's own public descriptions of American Energy Dominance, I understood this award to support DOE objectives related to energy innovation, affordable and reliable energy, U.S. scientific leadership, manufacturing competitiveness, and supply-chain security. The project was successfully building

technical leadership and developing durable, lower-cost, pure-water-fed alkaline-exchange-membrane electrolyzers using low-cost materials, with U.S.-based project partners.

**Role of Class Representative**

37. I am ready to assume the responsibilities of serving as a class representative. I understand that I must stay informed regarding developments in the lawsuit, communicate regularly with my attorneys, and act in the best interests of the class. I have no conflicts that would prevent me from assuming this responsibility.

38. I have been in communication with other UC researchers who would be members of the class, and who have suffered the same general type of harm as I describe above, from the abrupt termination of their previously awarded research grants. The harms described above are not unique to my award.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 13th day of July 2026, in Berkeley, California.




Shannon Boettcher