Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA THAKUR, et al., | Case No. 3:25-cv-04737-RL |
| Plaintiffs, | **JOINT STATUS REPORT RE ANTICIPATED TIMELINE FOR FILING PRELIMINARY APPROVAL MOTION RE SETTLEMENT WITH EPA** |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

As noted in the previous status report (Dkt. 209), Plaintiffs and Defendant Environmental Protection Agency have reached an agreement in principle to resolve Plaintiffs' claims on a class-wide basis. The Parties continue to work on the documentation, which they anticipate will be finalized and executed by or before August 14, 2026. Plaintiffs expect the preliminary approval motion can be filed by or before August 28, 2026. Defendant EPA expects the preliminary approval motion can be filed by September 11, 2026. EPA anticipates needing the additional time to ensure compliance with agency procedures and Rule 23, and also expects limited availability in August due to scheduled leave and the Labor Day weekend. EPA remains prepared to confer with Plaintiffs as needed. In any case, the Parties will make every effort to file the motion as soon as possible. Additionally, the Parties will notify the Court expeditiously if circumstances arise that require extending the estimated dates above.

Dated: July 27, 2026

By: /s/  *Kevin Budner*

Elizabeth J. Cabraser (CA Bar No.  83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (CA Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

*Attorneys for Plaintiffs and the Proposed Class*

Date: July 27, 2026          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Kathryn Barragan*
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Kevin R. Budner, am the ECF User whose identification and password are being used to file this JOINT STATUS REPORT RE ANTICIPATED TIMELINE FOR FILING PRELIMINARY APPROVAL MOTION RE SETTLEMENT WITH EPA. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: July 27, 2026                                 _/s/ Kevin R. Budner_____
                                                                     Kevin R. Budner

3551751.3                              -3-                    JOINT STATUS REPORT RE SETTLEMENT WITH EPA
                                                                        CASE NO. 3:25-CV-04737-RL