BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,* <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> **FEDERAL DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND THE AUGUST 11, 2026 DEADLINE FOR DEFENDANTS' COMBINED SUMMARY JUDGMENT MOTION** <br><br> Judge:  Hon. Rita F. Lin |

Pursuant to Civil Local Rule 7-11, Defendants respectfully move for an order permitting them to extend their August 11, 2026 deadline to file their combined motion for summary judgment and opposition to Plaintiffs' motion for summary judgment by 10 days, to August 21, 2026.  Counsel for Defendants conferred with counsel for Plaintiffs prior to filing this motion, and Plaintiffs "take no position on and will not oppose" Defendants' request.  In support of this request, Defendants state as follows:

FED. DEFS' ADMIN. MOTION
CASE NO. 25-CV-4737

1

1.     On May 15, 2026, the Court entered a briefing schedule for cross-motions for summary judgment.  *See* ECF No. 199.  The Court set a schedule for the parties to file their respective briefs on their cross motions for summary judgment as follows:

    a.  Plaintiffs file their summary judgment motion no later than July 15, 2026;

    b.  Defendants file a combined opposition and cross-motion for summary judgment and opposition no later than August 11, 2026;

    c.  Plaintiffs file a combined opposition and reply no later than September 8, 2026; and

    d.  Defendants file a reply no later than September 22, 2026.

    e.  The Court set a hearing on the parties' cross motions for summary judgment for October 20, 2026.

*See id.*

2.     In accordance with that order, on July 15, 2026, Plaintiffs filed their Motion for Summary Judgment and for Class Certification ("Motion").  *See* ECF Nos. 210–218.

3.     Plaintiffs' Motion seeks summary judgment on new claims not in the operative Third Amended Complaint (ECF No. 184), including two new First Amendment claims not previously pled.  *See* ECF No. 210 at 29–31.

4.     The Motion further seeks to add three named Plaintiffs as class representatives, none of whom appear in the operative complaint, and seeks summary judgment on new factual allegations concerning grant terminations involving the newly proposed named Plaintiffs.  *See* ECF No. 210 at 58–60; *see also* ECF Nos. 215–217.

5.     Additionally, the Motion seeks summary judgment on separation of powers theories with respect to individual named Plaintiffs only, including on allegations concerning a new proposed named Plaintiff, Dr. Boettcher, who is absent from the operative complaint.  *See* ECF No. 210 at 38–42, 44 n.10.

6.     Finally, the Motion seeks to expand the proposed Class Definition beyond what Plaintiffs seek in the operative complaint and includes several declarations and exhibits in support of the proposed expanded classes.  *Compare* ECF No. 184, Prayer for Relief *with* ECF No. 210 at 43–45; *see also* ECF Nos. 212–214.

7.    These newly asserted facts, claims, plaintiffs, have significantly increased the procedural and substantive complexity of Defendants' combined summary judgment motion and opposition—complexity that Defendants did not anticipate when agreeing to the original August 11, 2026 deadline. *See* Barragan Decl. ¶ 3.

8.    Additionally, prior counsel assigned to this matter recently left the Department of Justice to begin a judicial clerkship, and undersigned counsel, the remaining trial attorney currently assigned, anticipates spending significant time researching and drafting responses to the new issues raised by Plaintiffs.  *See* Barragan Decl. ¶ 4.

9.    Defendants therefore respectfully request a 10-day extension of their deadline to file their combined motion in opposition and cross-motion for summary judgment.  Good cause exists because Plaintiffs' Motion raises new claims, new Plaintiffs, and new factual allegations, requiring additional time for Defendants to respond thoroughly and accurately.  Defendants want to ensure that the claims at issue in this case are properly before the Court, particularly given that the Parties "anticipate that this matter likely will be resolved on Plaintiffs' motion for summary judgment (and any cross-motions filed by Defendants)." *See* ECF No. 58.

10.    The Parties previously stipulated to modified schedules for summary judgment briefing on September 9, 2025, November 20, 2025, and May 15, 2026.  *See* ECF No. 198.  The Court approved each stipulated modification.  This is the first extension of time that Defendants have individually requested.

11.    Counsel for Defendants conferred with Plaintiffs' counsel by telephone regarding this administrative motion on August 4, 2026.  Plaintiffs do not oppose this extension request.  Plaintiffs stated: "[a]lthough we don't agree that the substance of our motion itself justifies additional time, we take no position on and will not oppose your administrative motion. We would like it noted, however, that plaintiffs prefer to keep the current hearing date."

For all the foregoing reasons, Defendants respectfully request the Court extend their deadline to respond to Plaintiffs' Motion for Summary Judgment by 10 days, to August 21, 2026, and similarly extend all remaining summary judgment briefing deadlines in the case by ten days.  Defendants respectfully propose the following adjusted summary-judgment briefing schedule:

FED. DEFS' ADMIN. MOTION
CASE NO. 25-CV-4737

| Event | Current Deadline | Proposed Revised Deadline |
|-------|------------------|---------------------------|
| Defendants' Combined Opposition and Cross Motion for Summary Judgment | 8/11/2026 | 8/21/2026 |
| Plaintiffs' Reply and Opposition to Cross Motion | 9/8/2026 | 9/18/2026 |
| Defendants' Reply | 9/22/2026 | 10/2/2026 |
| Hearing | 10/20/2026 | 10/20/2026, or Court's convenience |

DATED: August 5, 2026                    Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General


JOSEPH E. BORSON
Assistant Branch Director


/s/ Kathryn Barragan____
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov


Attorneys for United States

FED. DEFS' ADMIN. MOTION
CASE NO. 25-CV-4737

4