BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEETA THAKUR, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,* <br><br> Defendants. | Case No. 25-cv-4737-RFL <br><br> **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND THE AUGUST 11, 2026 DEADLINE FOR DEFENDANTS' COMBINED SUMMARY JUDGMENT MOTION** <br><br> Judge:  Hon. Rita F. Lin |

## [PROPOSED] ORDER

Having considered Defendants' Administrative Motion for an Extension of Time to file their combined opposition to Plaintiffs' motion for summary judgment and motion for summary judgment, and noting that Plaintiffs do not oppose the requested relief, the Court finds that good cause supports the requested modification.

[PROPOSED] ORDER
CASE NO. 25-CV-4737

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' deadline to file their combined motion for summary judgment and opposition to Plaintiffs' Motion for Summary Judgment is extended by ten (10) days, to August 21, 2026.

2. All remaining summary-judgment briefing deadlines are likewise extended by ten (10) days, and the briefing schedule is revised as follows:

| Event | Current Deadline | [Proposed] Revised Deadline |
|---|---|---|
| Defendants' Combined Opposition and Cross Motion for Summary Judgment | 8/11/2026 | **8/21/2026** |
| Plaintiffs' Reply and Opposition to Cross Motion | 9/8/2026 | **9/18/2026** |
| Defendants' Reply | 9/22/2026 | **10/2/2026** |
| Hearing | 10/20/2026 | **10/20/2026** |

IT IS SO ORDERED.

_____August 5___, 2026

_____
The Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. 25-CV-4737

2