BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 25-cv-4737-RFL<br><br>**STATUS REPORT REGARDING ANTICIPATED TIMELINE FOR FILING PRELIMINARY APPROVAL MOTION RE SETTLEMENT WITH EPA** |

On July 20, 2026, the Court directed the Parties to submit a joint status report with an estimated timeline for filing a preliminary approval motion for the EPA settlement. *See* Minute Order (July 20, 2026). In the Parties' July 27, 2026 joint status report, the Parties advised the Court that they anticipated finalizing and executing a settlement agreement on or before August 14, 2026. ECF No. 221. Plaintiffs anticipated filing the preliminary approval motion by August 28, 2026, while EPA anticipated filing the preliminary approval motion by September 11, 2026. *Id.*

EPA submits this notice to advise the Court that it requires additional time to finalize the settlement language and obtain necessary management approvals. EPA expects to execute the settlement agreement by September 1, 2026, instead of the previously reported August 14, 2026 date. EPA's existing estimate for filing the preliminary approval motion—September 11, 2026—remains unchanged. *See* ECF No. 221.

DATED: August 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn Barragan*

KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for the United States*