**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 19, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Donald J. Trump, President of the United States, et al.
v. Neeta Thakur, Individually and on Behalf of All Others
Similarly Situated, et al.
No. 26-210
(Your No. 25-4249)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 18, 2026 and placed on the docket August 19, 2026 as No. 26-210.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst