Erwin Chemerinsky (admitted *pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 3:25-cv-04737-RL<br><br>**DECLARATION OF VINOD NARAYANAN IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**<br><br>Judge: The Honorable Rita F. Lin<br><br>Hearing Date: October 20, 2026<br>Hearing Time: 10:00 AM<br>Courtroom: 4 – 17th Floor |

I, Vinod Narayanan, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently to those facts.

2. I am a Director of the UC Davis Western Cooling Efficiency Center and Chair of the UC Davis Mechanical and Aerospace Engineering Department. I am a principal investigator on a terminated Department of Energy ("DOE") grant.

3. By letter dated October 02, 2025, DOE informed me that grant DE-EE0010190 was being terminated. The Solar Energy Technologies Office (SETO) within the Office of Energy Efficiency and Renewable Energy had made this award to UC Davis for the project, *Enabling Micro-pin Array Receivers for Power Generation and High-temperature Process Heating Using Metal Additive Manufacturing – Development, Design and De-risk.* A true and correct copy of the letter from DOE announcing termination of this grant is attached to the Declaration of Claudia Polsky In Support of Plaintiffs' Combined Motion for Summary Judgment and Class Certification ("Polsky Declaration") at pages 5-6 of Exhibit C.

4. This collaborative project among five universities, two companies, and a national laboratory aims to advance high temperature solar for process heating in industrial applications, such as drying and chemicals processing. A significant fraction of energy use in such industries is in the form of heat. By enabling solar heat for these industrial processes, it is possible to advance domestic manufacturing by adding an additional source of industrial heat and thereby strengthen reliability of energy sources. The grant-funded project specifically aims to use metal Additive Manufacturing (AM) to fabricate a key component of the solar heat loop, namely a solar receiver. The key aspect of our work is to show that we can develop scalable, unique, efficient high-temperature thermal devices by using metal AM. U.S. manufacturing for deep energy technologies in nuclear, fossil, industrial process heat, defense, space, and transportation would have benefited from the outcomes of the project. DOE's SETO office, now a part of Integrated Energy Systems Office, clearly states on its website that it supports development of U.S.-manufactured solar thermal systems for industrial heat, which is exactly what we were demonstrating.

5. The grant termination adversely affected the entire four-person research team at UC

Davis, as follows:

(a) **Jesus Gutierrez Plascencia,** a PhD candidate in Mechanical and Aerospace engineering, was fully financially supported by the grant. He was leading the modeling and optimization of the solar receiver for process heating applications. As a result of the grant termination, Jesus has had to support himself as a Teaching Assistant, significantly slowing down his time to degree completion. Due to this termination, we are having to scale down the scope of Jesus' dissertation and eliminate an exciting component of AI optimization that would have laid the framework for a new generation of thermal devices. Jesus lost the opportunity for continued interaction with industry, national lab, and academic partners on the grant. It has delayed Jesus' graduation by at least one year.

(b) **Dr. Erfan Rasouli**, an R&D Engineering Supervisor at UC Davis's Western Cooling Efficiency Center, provided input on project design and CAD modeling of the receiver, and was conducting experimental testing. This work was funded by DOE's grant. As a result of grant termination, Dr. Rasouli had to be reassigned at a higher percentage to other projects. He lost the opportunity to oversee scale-up of the patented technology, which would have resulted in commercialization opportunities.

(c) **Aref Aboud**, an R&D III engineer at Western Cooling Efficiency Center and PhD student, was involved in experimental testing of the receiver, and was funded by the grant. After the grant termination, Aref had to be reassigned to other projects at a higher percentage than budgeted. Aref and Dr. Rasouli led the complex on-sun high pressure and temperature testing of the small-scale receiver at UC Davis. Although the testing was successful, they will not have the funding needed to complete the last step and publish an archival article and disseminate results.

(d) As faculty PI, I (**Vinod Narayanan**) provided overall guidance and direction for the entire project. I also advised Jesus on his PhD dissertation research. The research from this project would have enabled team members to advance research in advancing additive manufacturing for energy applications, and in adoption of our patented micro pin array solar receiver. In the third phase of the project, we would have had an opportunity to scale up the technology and demonstrate it at the National Solar Thermal Test Facility at Sandia National Laboratory. This capstone demonstration would have been the culmination of more than a decade of work on the development of the technology, at a scale where industrial partners would have been interested in discussing adoption. We were in the midst of detailed planning for this demonstration when we received the termination notice. The termination has also slowed dissemination of our results to the scientific community.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 15th day of September 2026, in Davis, California.

DocuSigned by:
Vinod Narayanan
525661D5CA1D490...

Vinod Narayanan