BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 25-cv-4737<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT TO OCTOBER 9, 2026**<br><br>Judge: Hon. Rita F. Lin |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants ("the Parties"), through their respective undersigned counsel, stipulate and agree to extend Defendants' reply in support of their cross-motion for summary judgment by one week, to October 9, 2026. *See* Order dated August 5, 2026, ECF No. 223. In support of the stipulation, the Parties state as follows:

1. On August 5, 2026, the Court modified the briefing schedule for the Parties' cross-motions for summary judgment. *See id.* Under that revised schedule, Defendants' reply deadline was set for October 2, 2026.

2. On September 24, 2026, the Court continued the hearing on the Parties' cross-motions for summary judgment to December 10, 2026. *See* ECF No. 239.

3. The same day, undersigned counsel for Defendants was assigned to assist in another matter in this District, where both an administrative record and a brief in opposition to a preliminary injunction motion are due on Monday, September 28, 2026, and a hearing is scheduled for Thursday, October 1, 2026. Undersigned counsel also has deadlines in other ongoing matters next week. In light of this unexpected workload, good cause exists to extend Defendants' October 2, 2026 reply deadline by one week, to October 9, 2026.

4. Accordingly, the Parties stipulate and agree that Defendants' reply deadline shall be extended by one week, to October 9, 2026.

5. The Parties have previously stipulated to modified schedules on September 9, 2026, November 20, 2025, and May 15, 2026. *See* ECF No. 198. The Court approved each stipulated modification.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and subject to the Court's approval, that the schedule shall be modified as reflected in Paragraph 4 above.

Date: September 25, 2026

By: /s/ *Kathryn Barragan*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Kathryn Barragan*
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

Dated: September 25, 2026

By: /s/ *Kyle A. McLorg*

Anthony P. Schoenberg (CA Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (CA Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (CA Bar No. 306363)
dsilva@fbm.com
Kyle A. McLorg (CA Bar No. 332136)
kmclorg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: 415. 954.4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (CA Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: 510.642.6483

Elizabeth J. Cabraser (CA Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (CA Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (CA Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (CA Bar No. 339635)
awanless@lchb.com
Clare D. Perez (CA Bar No. 363027)
cdperez@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

**Dated: ___________** ______________________________

**Hon. Rita F. Lin**

**ATTESTATION**

Pursuant to Local Rule 5-1(i), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ Kathryn Barragan*