Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NEETA THAKUR, et al.,

Plaintiffs,

vs.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 3:25-cv-04737-RFL

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESET HEARING DATE AND TAKE PRELIMINARY APPROVAL MOTION UNDER SUBMISSION OR NOTICE FOR EARLIER HEARING DATE**

Judge: The Honorable Rita F. Lin

**~~[PROPOSED]~~ ORDER**

After considering Plaintiffs' unopposed Administrative Motion to Reset Hearing Date For Summary Judgment Motions and Take Preliminary Approval Motion Under Submission, the papers supporting that Administrative Motion including the Parties' Stipulation, and for good cause shown, it is hereby ORDERED:

1. The hearing on the Parties' cross-Motions for Summary Judgment is reset to November 17, 2026, at 1:30 p.m.;

2. The Court will take Plaintiffs' unopposed Motion for Preliminary Approval under submission.

SO ORDERED.

DATED: September 30, 2026

The Honorable Rita F. Lin
United States District Court Judge