Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
Erwin Chemerinsky (admitted *pro hac vice*)
echemerinsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin Budner (State Bar No. 287271)
kbudner@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEETA THAKUR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 3:25-cv-04737-RL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION AS TO DEPARTMENT OF ENERGY**<br><br>Hearing Date: November 17, 2026<br>Hearing Time: 1:30 PM<br>Judge: Hon. Rita F. Lin |

Plaintiffs' Motion for Summary Judgment and Class Certification as to the Department of Energy Class ("Motion"), and Defendant Department of Energy's Cross-Motion for Summary Judgment as to the Department of Energy Class ("Cross-Motion"), came before this Court for hearing on November 17, 2026. The Court, after considering the briefing and argument of the Parties, and for good cause shown, HEREBY ORDERS as follows:

1. Plaintiffs' Motion as to Plaintiffs' claim against Defendant Department of Energy for violation of the Equal Protection Clause is **GRANTED**.
2. Defendant Department of Energy's Cross-Motion as to Plaintiffs' claim against Department of Energy for violation of the Equal Protection Clause is **DENIED**.
3. The Department of Energy Class consists of:

   All University of California researchers, including faculty, staff, academic appointees, and employees across the University of California system, who worked or were hired to work on a research grant or sub-award that (a) named a UC researcher as a principal researcher, investigator, or project leader on the grant application or sub-award and (b) was included in the 284 grants that DOE terminated "based solely on the political identity of the grant recipient's state," on or around October 2, 2025.

   Excluded from the class are Defendants, the judicial officer(s) assigned to this case, and their respective employees, staffs, and family members.

4. Plaintiffs Plamen Atanassov, Louise Bedsworth, and Shannon Boettcher are appointed as class representatives of the Department of Energy Class.
5. The following attorneys are appointed as class counsel for the Department of Energy Class: Elizabeth J. Cabraser, Richard M. Heimann, and Kevin R. Budner of Lieff Cabraser Heimann & Bernstein, LLP; Anthony P. Schoenberg of Farella, Braun + Martel; and Erwin Chemerinsky and Claudia Polsky of Berkeley Law.
6. All of the grant terminations effectuated by DOE in October 2025 that resulted in the termination of a grant as to a member of the Department of Energy Class are **VACATED**.
7. DOE is **ENJOINED** from giving effect to any grant termination that results in the

termination of a grant as to a member of the Department of Energy Class, where the termination was among the 283 grant award terminations effectuated by DOE in October 2025.

8. DOE shall **RESTORE** the affected members of the Department of Energy Class to the status quo and **REINSTATE** the terminated grants.

9. DOE shall provide an automatic no-cost extension of the term for each reinstated grant for a period at least equal to the period during which the grant was unlawfully terminated.

10. DOE shall not terminate, indefinitely suspend, or disallow costs for any reinstated grant unless the agency: (i) determines that a grantee has failed to comply with either the original terms and conditions of the award, or any agreed-upon modified terms; (ii) provides, by individualized letter, a grant-specific explanation of the violation and reason for termination; and (iii) the agency's reasoning is consistent with the Court's injunction and accompanying order. *See* ECF No. 54 & 55.

11. All of Plaintiffs' remaining claims against the Defendants, including Plaintiffs' claims against Defendant Department of Energy for violation of the First Amendment and the Administrative Procedures Act, remain stayed pursuant to the Court's Order on the Parties' Stipulation to that effect. *See* ECF No. 228.

**IT IS SO ORDERED.**

DATED: November ___, 2026

______________________________
The Honorable Rita F. Lin
United States District Court Judge