JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEETA THAKUR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 25-cv-4737-RFL<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Rita F. Lin |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Combined Motion for Summary Judgment and Class Certification (ECF No. 210); Defendants' Combined Motion for Summary Judgment and Opposition to Plaintiffs' Motion (ECF No. 226); the Parties' responses, replies, and supplemental briefing concerning the cross-motions (ECF Nos. 233, 245, 248, 249, 251, 252); and the entire record, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' request to add a third named plaintiff asserting claims involving grants terminated by

the Department of Energy (“DOE”), ECF No. 210 at 58-60, is **DENIED**;

2. As to Plaintiffs’ equal protection claim concerning certain grants terminated by DOE, as alleged in Count III of the Third Amended Complaint (ECF No. 184), Plaintiffs’ Motion for Summary Judgment is **DENIED**, and Defendants’ Motion for Summary Judgment is **GRANTED**;
3. With respect to Plaintiffs’ proposed Department of Energy Class, ECF No. 210 at 44, Plaintiffs’ Motion for Class Certification is **DENIED**;
4. Consistent with the Court’s prior Order (ECF No. 228), proceedings on all remaining claims shall remain **STAYED** until the Supreme Court either (a) denies the Government’s position for a writ of certiorari or (b) grants the petition and issues a decision.

IT IS SO ORDERED.

____________________, 2026

______________________________
The Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE